IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Durham Division

| | |
|---|---|
| VICTOR VOE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS MANSFIELD, *et al.*,<br><br>Defendants. | Civil No. 1:23-cv-864 |

## NOTICE OF SPECIAL APPEARANCE

Pursuant to Local Rule 83.1(d), please take notice of the special appearance of Deepika Ravi of HWG LLP as counsel of record for all Plaintiffs in the above-captioned civil action.

Ms. Ravi certifies that she is an active member in good standing of the Bars of the State of California and the District of Columbia. Ms. Ravi further certifies that she understands that, by entering an appearance, she submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the above-captioned civil action for which she is specially appearing and that she will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials, and other proceedings.

Ms. Ravi is appearing in the above-captioned civil action in association with Amy E. Richardson of HWG LLP. Ms. Richardson is an active member in good standing of the

1

bar of this Court. Ms. Richardson certifies that she will remain responsible to this Court for the conduct of the litigation and acknowledges that she must sign all pleadings and papers, except for certificates of service. Ms. Richardson further certifies she will be present during pretrial conferences, potentially dispositive proceedings, and at trial.

* * *

Dated: October 11, 2023

Respectfully submitted,

| | |
|---|---|
| /s/ Amy E. Richardson<br>Amy E. Richardson (N.C. Bar 28768)<br>Lauren E. Snyder (N.C. Bar 54150)<br>HWG LLP<br>333 Fayetteville Street, Suite 1500<br>Raleigh, NC 27601<br>Telephone: (919) 429-7386<br>Facsimile: (202) 730-1301<br>arichardson@hwglaw.com<br>lsnyder@hwglaw.com | Tara L. Borelli*<br>LAMBDA LEGAL DEFENSE AND<br>   EDUCATION FUND, INC.<br>730 Peachtree Street NE, Suite 640<br>Atlanta, GA 30318-1210<br>Telephone: (404) 897-1880<br>Facsimile: (404) 897-1884<br>tborelli@lambdalegal.org |
| /s/ Deepika H. Ravi*<br>HWG LLP<br>919 M Street N.W., 8th Floor,<br>Washington, D.C. 20036<br>Telephone: (202) 730-1300<br>Facsimile: (202) 730-1301<br>dravi@hwglaw.com | Omar Gonzalez-Pagan*<br>Sruti J. Swaminathan*<br>LAMBDA LEGAL DEFENSE AND<br>   EDUCATION FUND, INC.<br>120 Wall Street, 19th Floor<br>New York, NY 10005<br>Telephone: (212) 809-8585<br>Facsimile: (212) 658-9721<br>ogonzalez-pagan@lambdalegal.org<br>sswaminathan@lambdalegal.org |
| Dmitriy Tishyevich*<br>MCDERMOTT WILL & EMERY<br>One Vanderbilt Avenue<br>New York, NY 10017-3852<br>Phone: (212) 547-5534<br>Facsimile: (646) 417-7668<br>dtishyevich@mwe.com | Abigail Coursolle*<br>NATIONAL HEALTH LAW PROGRAM<br>3701 Wilshire Boulevard, Suite 315<br>Los Angeles, CA 90010<br>Telephone: (310) 736-1652<br>coursolle@healthlaw.org |

Anna Fosberg*  
MCDERMOTT WILL & EMERY  
The Brandywine Bldg.  
1000 N West Street, Suite 1400  
Wilmington, DE 19801  
Phone: (302) 485-3936  
Facsimile: (302) 351-8711  
afosberg@mwe.com

Catherine McKee*  
NATIONAL HEALTH LAW PROGRAM  
1512 E. Franklin Street, Suite 110  
Chapel Hill, NC 27514  
Telephone: (919) 968-6308  
mckee@healthlaw.org

* Appearing by special appearance pursuant to L.R. 83.1(d).

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2023 I caused the foregoing Notice of Special Appearance to be electronically filed with the Clerk of the Court using the CM/ECF system, and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record. In addition, I served each Defendant via certified mail.

/s/ Deepika H. Ravi
Deepika H. Ravi
HWG LLP
1919 M Street N.W., 8th Floor,
Washington, D.C. 20036
Phone: 202-730-1353
Fax: 202-730-1301
dravi@hwglaw.com