# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| Victor Voe, *et al.*, <br> *Plaintiff* <br> v. <br> Thomas Mansfield, *et al.*, <br> *Defendant* | Case No. 1:23-cv-864 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date: 10/11/2023

/s/ Lauren E. Snyder
*Attorney's signature*

Lauren E. Snyder 54150
*Printed name and bar number*

HWG LLP
333 Fayetteville St., Suite 1500
Raleigh, NC 27601
*Address*

lsnyder@hwglaw.com
*E-mail address*

(919) 504-9823
*Telephone number*

(202) 730-1301
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2023 I caused the foregoing Appearance of Counsel to be electronically filed with the Clerk of the Court using the CM/ECF system, and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record. In addition, I served each Defendant via certified mail.

/s/ Lauren E. Snyder
Lauren E. Snyder
HWG LLP
333 Fayetteville St., Suite 1500,
Raleigh, NC 27601
Phone: 919-504-9823
Fax: 202-730-1301
lsnyder@hwglaw.com