UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| VICTOR VOE, et al. | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) **Case No.:** |
| vs. | ) |
| THOMAS MANSFIELD, et al. | ) |
| | ) |
| Defendant(s). | ) |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATE AND LIMITED LIABILITY PARTY. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS, INC. d/b/a GLMA: HEALTH PROFESSIONALS ADVANCING LGBTQ+ EQUALITY    who is  Plaintiff                                ,

(Name of Party)                              (Plaintiff/Moving Party or Defendant)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    ( ) Yes              (✔) No

2. Does party have any parent corporations?

    ( ) Yes              (✔) No

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations: _____
    _____
    _____

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    ( ) Yes      (✔) No

If yes, identify all such owners: _____

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

    ( ) Yes      (✔) No

If yes, identify entity and nature of interest: _____

5. In a case based on diversity jurisdiction, pursuant to Fed.R.Civ.P.7.1(a)(2), the following is a list of all members or partners of _____ and their states of citizenship:
    (name of LLC or LP party)

| (name of member or partner) | (state of citizenship) |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

Note: If there are additional members or partners, provide their names and states of citizenship on a separate page. If any of the members or partners are an LLC or LP, provide the names and states of citizenship of the members or partners on a separate page, using the same method to identify the citizenship of members or partners through any layered entities, traced back to corporations or individuals. *See Capps v. Newmark Southern Region, LLC*, No. 21-1196 (4th Cir. Nov. 16, 2022).

/a/ Amy Richardson          October 11, 2023
(Signature)          (Date)

MDNC (12/22)