# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF NORTH CAROLINA
## Durham Division

| | |
|---|---|
| VICTOR VOE, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>THOMAS MANSFIELD, *et al.*,<br><br>    *Defendants*. | Civil No. 1:23-cv-00864 |

## NOTICE OF SPECIAL APPEARANCE

Pursuant to Local Rule 83.1(d), please take notice of the special appearance of Tara L. Borelli of Lambda Legal Defense and Education Fund, Inc., as counsel of record for all Plaintiffs in the above-captioned civil action.

Ms. Borelli certifies that she is an active member in good standing of the State Bars of Georgia, California, and Washington. Ms. Borelli further certifies that she understands that, by entering an appearance, she submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the above-captioned civil action for which she is specially appearing and that she will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials, and other proceedings.

Ms. Borelli is appearing in the above-captioned civil action in association with Amy E. Richardson of HWG LLP. Ms. Richardson is an active member in good standing of the

1

bar of this Court. Ms. Richardson certifies that she will remain responsible to this Court for the conduct of the litigation and acknowledges that she must sign all pleadings and papers, except for certificates of service. Ms. Richardson further certifies she will be present during pretrial conferences, potentially dispositive proceedings, and at trial.

* * *

Respectfully submitted,

/s/ Amy E. Richardson
Amy E. Richardson
N.C. Bar No. 28768
Lauren E. Snyder
N.C. Bar No. 54150
HWG LLP
333 Fayetteville Street, Suite 1500
Raleigh, NC 27601
Telephone: 919-429-7386
Facsimile: 202-730-1301
arichardson@hwglaw.com
lsnyder@hwglaw.com

Deepika H. Ravi*
HWG LLP
919 M Street N.W., 8th Floor,
Washington, D.C. 20036
Telephone: 202-730-1300
Facsimile: 202-730-1301
dravi@hwglaw.com

Dmitriy Tishyevich*
MCDERMOTT WILL & EMERY
One Vanderbilt Avenue
New York, NY 10017-3852
Phone: 212-547-5534
Facsimile: 646-417-7668
dtishyevich@mwe.com

Anna Fosberg*
MCDERMOTT WILL & EMERY
The Brandywine Bldg.
1000 N West Street, Suite 1400
Wilmington, DE 19801
Phone: 302-485-3936
Facsimile: 302-351-8711
afosberg@mwe.com

Dated: October 11, 2023

/s/ Tara L. Borelli
Tara L. Borelli*
LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
1 West Court Square, Ste. 105
Decatur, GA 30030
Telephone: 404-897-1880
Facsimile: 404-897-1884
tborelli@lambdalegal.org

Sruti J. Swaminathan*
Omar Gonzalez-Pagan*
LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
Telephone: 212-809-8585
Facsimile: 212-809-0055
sswaminathan@lambdalegal.org
ogonzalez-pagan@lambdalegal.org

Abigail Coursolle*
NATIONAL HEALTH LAW PROGRAM
3701 Wilshire Boulevard, Suite 315
Los Angeles, CA 90010
Telephone: (310) 736-1652
coursolle@healthlaw.org

Catherine McKee*
NATIONAL HEALTH LAW PROGRAM
1512 E. Franklin Street, Suite 110
Chapel Hill, NC 27514
Telephone: (984) 278-7666
mckee@healthlaw.org

*Counsel for Plaintiffs*

\* Notice of special appearance pursuant to L.R. 83.1(d) forthcoming.

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2023 I caused the foregoing Notice of Special Appearance to be electronically filed with the Clerk of the Court using the CM/ECF system, and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record. In addition, I caused each Defendant to be served via certified mail.

/s/ Tara L. Borelli
Tara L. Borelli
LAMBDA LEGAL DEFENSE AND
   EDUCATION FUND, INC.
730 Peachtree Street NE, Suite 640
Atlanta, GA 30318-1210
Telephone: 404-897-1880
Facsimile: 404-897-1884
tborelli@lambdalegal.org