UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA
Durham Division

| | |
|---|---|
| VICTOR VOE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> THOMAS MANSFIELD, *et al.*, <br><br> *Defendants*. | Civil No. 1:23-cv-00864 |

## NOTICE OF SPECIAL APPEARANCE

Pursuant to Local Rule 83.1(d), please take notice of the special appearance of Omar Gonzalez-Pagan of Lambda Legal Defense and Education Fund, Inc., as counsel of record for all Plaintiffs in the above-captioned civil action.

Mr. Gonzalez-Pagan certifies that he is an active member in good standing of the State Bars of Massachusetts and New York. Mr. Gonzalez-Pagan further certifies that he understands that, by entering an appearance, he submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the above-captioned civil action for which he is specially appearing and that he will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials, and other proceedings.

Mr. Gonzalez-Pagan is appearing in the above-captioned civil action in association with Amy E. Richardson of HWG LLP. Ms. Richardson is an active member in good

1

standing of the bar of this Court. Ms. Richardson certifies that she will remain responsible to this Court for the conduct of the litigation and acknowledges that she must sign all pleadings and papers, except for certificates of service. Ms. Richardson further certifies she will be present during pretrial conferences, potentially dispositive proceedings, and at trial.

* * *

| Respectfully submitted, | Dated: October 11, 2023 |
|---|---|
| /s/ *Amy E. Richardson* | */s/ Omar Gonzalez-Pagan* |
| Amy E. Richardson | Omar Gonzalez-Pagan* |
| N.C. Bar No. 28768 | Sruti J. Swaminathan* |
| Lauren E. Snyder | LAMBDA LEGAL DEFENSE AND |
| N.C. Bar No. 54150 |    EDUCATION FUND, INC. |
| HWG LLP | 120 Wall Street, 19th Floor |
| 333 Fayetteville Street, Suite 1500 | New York, NY 10005 |
| Raleigh, NC 27601 | Telephone: 212-809-8585 |
| Telephone: 919-429-7386 | Facsimile: 212-809-0055 |
| Facsimile: 202-730-1301 | ogonzalez-pagan@lambdalegal.org |
| arichardson@hwglaw.com | sswaminathan@lambdalegal.org |
| lsnyder@hwglaw.com | |
| | Tara L. Borelli* |
| Deepika H. Ravi* | LAMBDA LEGAL DEFENSE AND |
| HWG LLP |    EDUCATION FUND, INC. |
| 919 M Street N.W., 8th Floor, | 1 West Court Square, Ste. 105 |
| Washington, D.C. 20036 | Decatur, GA 30030 |
| Telephone: 202-730-1300 | Telephone: 404-897-1880 |
| Facsimile: 202-730-1301 | Facsimile: 404-897-1884 |
| dravi@hwglaw.com | tborelli@lambdalegal.org |
| | |
| Dmitriy Tishyevich* | Abigail Coursolle* |
| MCDERMOTT WILL & EMERY | NATIONAL HEALTH LAW PROGRAM |
| One Vanderbilt Avenue | 3701 Wilshire Boulevard, Suite 315 |
| New York, NY 10017-3852 | Los Angeles, CA 90010 |
| Phone: 212-547-5534 | Telephone: (310) 736-1652 |
| Facsimile: 646-417-7668 | coursolle@healthlaw.org |
| dtishyevich@mwe.com | |
| | Catherine McKee* |
| Anna Fosberg* | NATIONAL HEALTH LAW PROGRAM |
| MCDERMOTT WILL & EMERY | 1512 E. Franklin Street, Suite 110 |
| The Brandywine Bldg. | Chapel Hill, NC 27514 |
| 1000 N West Street, Suite 1400 | Telephone: (984) 278-7666 |
| Wilmington, DE 19801 | mckee@healthlaw.org |
| Phone: 302-485-3936 | |
| Facsimile: 302-351-8711 | *Counsel for Plaintiffs* |
| afosberg@mwe.com | |
| | * Appearing by special appearance pursuant to L.R. 83.1(d). |

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2023 I caused the foregoing Notice of Special Appearance to be electronically filed with the Clerk of the Court using the CM/ECF system, and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record. In addition, I caused each Defendant to be served via certified mail.

/s/ Omar Gonzalez-Pagan
Omar Gonzalez-Pagan
LAMBDA LEGAL DEFENSE AND
 EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
Telephone: 212-809-8585
Facsimile: 212-809-0055
ogonzalez-pagan@lambdalegal.org
