IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Durham Division

VICTOR VOE, *et al.*,

*Plaintiffs*,

v.

THOMAS MANSFIELD, *et al.*,

*Defendants*.

Civil No. 1:23-cv-864

### PLAINTIFFS VICTOR VOE'S, VANESSA VOE'S, AND VANCE VOE'S MOTION TO PROCEED PSEUDONYMOUSLY

Pursuant to Federal Rule of Civil Procedure 5.2, Plaintiff Victor Voe, by and through his parents, Vanessa Voe and Vance Voe; and Plaintiffs Vanessa Voe and Vance Voe (together, "Movants") hereby move the Court for permission to proceed in this action under the pseudonyms "Victor Voe," "Vanessa Voe," and "Vance Voe." A supporting memorandum of law is filed contemporaneously herewith. A proposed order granting this motion is attached as Exhibit 1.

\* \* \*

Respectfully submitted,

/s/ Amy E. Richardson
Amy E. Richardson (N.C. Bar 28768)
Lauren E. Snyder (N.C. Bar 54150)
HWG LLP
333 Fayetteville Street, Suite 1500
Raleigh, NC 27601
Telephone: (919) 429-7386
Facsimile: (202) 730-1301
arichardson@hwglaw.com
lsnyder@hwglaw.com

Deepika H. Ravi*
HWG LLP
919 M Street N.W., 8th Floor,
Washington, D.C. 20036
Telephone: (202) 730-1300
Facsimile: (202) 730-1301
dravi@hwglaw.com

Dmitriy Tishyevich*
MCDERMOTT WILL & EMERY
One Vanderbilt Avenue
New York, NY 10017-3852
Phone: (212) 547-5534
Facsimile: (646) 417-7668
dtishyevich@mwe.com

Anna Fosberg*
MCDERMOTT WILL & EMERY
The Brandywine Bldg.
1000 N West Street, Suite 1400
Wilmington, DE 19801
Phone: (302) 485-3936
Facsimile: (302) 351-8711
afosberg@mwe.com

Dated: October 11, 2023

Tara L. Borelli*
LAMBDA LEGAL DEFENSE AND
  EDUCATION FUND, INC.
1 West Court Square, Ste. 105
Decatur, GA 30030

Telephone: (404) 897-1880
Facsimile: (404) 897-1884
tborelli@lambdalegal.org

Omar Gonzalez-Pagan*
Sruti J. Swaminathan*
LAMBDA LEGAL DEFENSE AND
  EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
Telephone: (212) 809-8585
Facsimile: (212) 658-9721
ogonzalez-pagan@lambdalegal.org
sswaminathan@lambdalegal.org

Abigail Coursolle*
NATIONAL HEALTH LAW PROGRAM
3701 Wilshire Boulevard, Suite 315
Los Angeles, CA 90010
Telephone: (310) 736-1652
coursolle@healthlaw.org

Catherine McKee*
NATIONAL HEALTH LAW PROGRAM
1512 E. Franklin Street, Suite 110
Chapel Hill, NC 27514
Telephone: (984) 278-7666
mckee@healthlaw.org

* Appearing by special appearance pursuant to L.R. 83.1(d).

*Counsel for Plaintiffs*

2

Case 1:23-cv-00864-LCB-LPA   Document 13   Filed 10/11/23   Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2023 I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record. In addition, I served each Defendant via certified mail.

Dated: October 11, 2023          /s/ Amy E. Richardson
                                 Amy E. Richardson
                                 N.C. State Bar No. 28768
                                 HWG LLP
                                 333 Fayetteville Street, Suite 1500
                                 Raleigh, NC 27601
                                 Telephone: 919-429-7386
                                 Facsimile: 202-730-1301
                                 arichardson@hwglaw.com