**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

|  |  |
|---|---|
| VICTOR VOE, *et al.*, | |
| *Plaintiffs*, | |
| *v.* | Civil No. <u>1:23-cv-864</u> |
| THOMAS MANSFIELD, *et al.*, | |
| *Defendants.* | |

**EXPERT DECLARATION OF JOHANNA OLSON-KENNEDY, M.D., M.S.**

I, Johanna Olson-Kennedy, M.D., M.S., hereby declare and state as follows:

1.      I am over 18 years of age, of sound mind, and in all respects competent to testify.

2.      I have been retained by counsel for Plaintiffs as an expert in connection with the above-captioned litigation.  The opinions expressed herein are my own and do not express the views or opinions of my employer.

3.      I have actual knowledge of the matters stated herein.  If called to testify in this matter, I would testify truthfully and based on my expert opinion.

**BACKGROUND AND QUALIFICATIONS**

A.      **Qualifications and Experience**

4.      I am a double board-certified physician in Pediatrics and Adolescent Medicine.  I specialize in the care of transgender youth and gender diverse children.

1

5.      I received my Doctor of Medicine (M.D.) degree from the Chicago Medical School in 1997.  In 2000, I completed my residency in pediatrics at the Children's Hospital of Orange County, California.  In 2003, I completed a three-year fellowship in adolescent medicine at Children's Hospital Los Angeles. In 2015, I received a Master of Science degree in Clinical, Biomedical and Translational Investigations.

6.      I have been a licensed physician in California since 2000.

7.      I am currently the Medical Director of the Center for Transyouth Health and Development (the "Center"), in the Division of Adolescent Medicine at Children's Hospital Los Angeles in California.  The Center is the largest clinic in the United States for transgender youth and gender diverse youth and provides them with both medical and mental health services, including consultation and support for families with transgender and gender diverse children; gender-affirming medical treatments, when indicated, including medications to suppress puberty in peri-pubertal youth (i.e., youth at the onset of puberty) and gender-affirming hormones used for masculinization or feminization; as well as surgical referrals when indicated for older adolescents.  Under my direction, the Center conducts rigorous research aimed at understanding the experience of gender diversity and gender dysphoria from childhood through early adulthood.

8.      Over the course of my work with this population during the past 17 years, I have provided services for approximately 1,200 young people and their families, and currently have an active panel of around 650 patients of varying ages, up to 25 years old.

9. I have been awarded research grants to examine the impact of early medical interventions to treat gender dysphoria, including puberty-delaying medication (commonly known as puberty blockers) and gender-affirming hormones, on the physiological and psychosocial development of gender diverse and transgender youth.

10. I have lectured extensively across the United States and internationally on the treatment and care of gender diverse children and transgender adolescents, with the subjects including pubertal suppression, gender-affirming hormone therapy, transitioning teens and the adolescent experience, age considerations in administering hormones, and the need for, risks, and outcomes of hormonal treatments.

11. I have published over 20 peer-reviewed journal articles on transgender health-related issues, as well as over two dozen additional publications, such as articles, chapters, and editorials, both peer-reviewed and non-peer-reviewed.

12. I am the principal investigator on a multisite National Institutes of Health grant to continue, for an additional 5 years, an ongoing study examining the impact of gender-affirming medical care for transgender youth on physiologic and psychological health and well-being. The first seven years have already been completed. This was the first study of its kind in the U.S. to determine longitudinal outcomes among this population of vulnerable youth. The study to date has yielded approximately 28 manuscripts.

13. I am an Associate Professor at the Keck School of Medicine at the University of Southern California and an attending physician at Children's Hospital Los Angeles.

Case 1:23-cv-00864-LCB-LPA   Document 14-5   Filed 10/11/23   Page 3 of 65

14.     I have been a member of the World Professional Association for Transgender Health ("WPATH") since 2010, and a Board Member of the U.S. Professional Association for Transgender Health ("USPATH") since 2017.  In 2022, I was appointed to the Executive Board of the USPATH.  I am also a member of the Society for Adolescent Health and Medicine and the American Academy of Pediatrics.  In addition, I am a member of the LGBT Special Interest Group of the Society for Adolescent Health and Development.

15.     I am the 2014 Recognition Awardee for the Southern California Regional Chapter of the Society for Adolescent Health and Medicine.

16.     In 2019, I was invited by the University of Bristol as a Benjamin Meaker visiting professor, the purpose of which is to bring distinguished researchers from overseas to Bristol in order to enhance the research activity of the university.

17.     My professional background, experience, publications, and presentations are further detailed in my curriculum vitae ("CV").  A true and correct copy of my most up-to-date CV is attached as **Exhibit A**.

**B.      Previous Testimony**

18.     In the last four years, I have testified as an expert in court or by deposition in the following cases: *van Garderen v. Montana*, Cause No. DV-23-541, Slip Op., at 33-34 (Fourth Jud. Dist. Ct., Missoula Cnty., Mont.); *Noe v. Parson*, Case No. 23AC-CC04530 (Cole Cnty. Circuit Ct., Mo.); *Loe v. Texas*, Case No. D-1-GN-23-003616 (201st Jud. District Ct., Travis Cnty., Tex.); *Dekker v Weida*, Case No. 4:22-cv-00325-RH-MAF (N.D. Fla.); *Fain v. Crouch*, No. 3:20-cv-00740 (S.D. W.Va.); *Kadel v. Folwell*, Case No.

Case 1:23-cv-00864-LCB-LPA   Document 14-5   Filed 10/11/23   Page 4 of 65

1:19-cv-00272-LCB-LPA (M.D.N.C.); *Miller v. Purdue* (Colorado); *In the interest of JA.D.Y. and JU.D.Y., Children*, Case No. DF-15-09887 (255th Jud. District Ct., Dallas Cnty., Tex.); and *Paul E. v. Courtney F.*, No. FC2010-051045 (Superior Ct., Maricopa Cnty., Ariz.).

C.    **Compensation**

19.    I am being compensated for my work on this matter at a rate of $200.00 per hour for preparation of declarations and expert reports, as well as any pre-deposition and/or pre-trial preparation and any deposition testimony or trial testimony.  My compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony I may provide.

D.    **Bases for Opinions**

20.    In preparing this report, I have relied on my training and years of research and clinical experience, as set out in my CV, and the materials listed in the CV.  See Exhibit A.

21.    I have also relied on the published research relating to gender dysphoria and its treatments, including the materials listed in the attached bibliography.  *See* **Exhibit B**. The sources cited therein are authoritative, scientific peer-reviewed publications.  Some of these publications are specifically cited as supportive examples in particular sections of this declaration.

22.    The materials I have relied upon in preparing this report are the same types of materials that experts in my field of study regularly rely upon when forming opinions

Case 1:23-cv-00864-LCB-LPA   Document 14-5   Filed 10/11/23   Page 5 of 65

on the subject. I reserve the right to revise and supplement the opinions expressed in this report or the bases for them if any new information becomes available in the future, including as a result of new scientific research or publications or in response to statements and issues that may arise in my area of expertise.

23. In addition, I have reviewed North Carolina House Bill 808 (hereafter, "HB808" or "the Ban"), enacted by the North Carolina General Assembly and entitled "An Act to Prohibit Gender Transition Procedures for Minors".

## EXPERT OPINIONS

### A. Gender Identity

24. The term gender identity was originally coined in 1964 by American psychiatrist Robert J. Stoller, a noted psychoanalyst who studied sexual orientation, gender identity, and differences in sexual development.[1] Gender identity is a distinct characteristic and is defined as one's internal sense of being male or female (or rarely, both or neither). It has a strong biological basis. Every person has a gender identity.

25. The concept of gender identity is contemporaneously understood both colloquially and within the domain of science and medicine to denote someone's gender. It is a concept well-understood and accepted in medicine and science. Indeed, gender

---

[1] Stoller, R.J. (1964). A Contribution to the Study of Gender Identity, *The International journal of psycho-analysis*, 45, 220–226.

identity information is commonly collected and reported on within the context of scientific research.[2]

26.     The term cisgender refers to a person whose gender identity matches their sex assigned at birth.  The term transgender refers to a person whose gender identity does not match their sex assigned at birth.

27.     Historically, a person is assigned a sex when they are born, typically in binary fashion (i.e., male or female), based on the appearance of their external genitalia.  However, a more contemporary understanding of sex shows that sex comprises multiple characteristics.  Among the multiple sex-related characteristics are genitalia, chromosomal makeup, hormones, variations in brain structure and function, and gender identity.  For some of these characteristics there is significant variance as reflected by the dozens of intersex mechanisms and varying gender identities.   Additionally, not all sex characteristics, including gender identity, are always in alignment.  Accordingly, the Endocrine Society Guidelines state that, "As these may not be in line with each other (e.g., a person with XY chromosomes may have female-appearing genitalia), the terms biological sex and biological male or female are imprecise and should be avoided."[3]

---

[2] Clayton JA, Tannenbaum C. (2016). Reporting Sex, Gender, or Both in Clinical Research? *JAMA*. 316(18): 1863–1864.

[3] Hembree, W.C., Cohen-Kettenis, P.T., Gooren, L., et al. (2017). Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline, *The Journal of Clinical Endocrinology & Metabolism*, 102(11): 3869–3903.

28.    As early as 1966 it has been understood that gender identity cannot be changed.[4]  Efforts to do so have been shown to be unsuccessful and harmful.

29.    While some individuals have advocated for models of therapy like "conversion" or "reparative" therapy for individuals with a transgender identity or experience, there is no evidence that such approaches are effective.  Instead, such practices (also known as termed "gender identity conversion efforts") have been linked to adverse mental health outcomes, including suicide attempts.[5]  Accordingly, 20 states and the District of Columbia have banned reparative therapy for youth, and major medical organizations have issued statements deeming the practice to be unethical.[6]

B.    **Gender Dysphoria and its Treatment**

30.    Gender Dysphoria is a serious medical condition characterized by distress due to a misalignment between assigned birth sex and a person's internal sense of their gender.  Because, by definition, a transgender person is a person who experiences a misalignment between assigned birth sex and a person's internal sense of their gender, only transgender people can suffer gender dysphoria.

---

[4] Benjamin, H. (1966). The Transsexual Phenomenon. New York: The Julian Press, Inc. Publishers.

[5] Turban, J.L., Beckwith, N., Reisner, S.L., & Keuroghlian, A.S. (2020). Association Between Recalled Exposure to Gender Identity Conversion Efforts and Psychological Distress and Suicide Attempts Among Transgender Adults. *JAMA Psychiatry*, 77(1), 68-76.

[6] Movement Advancement Proj., *Conversion "Therapy" Laws,* https://www.lgbtmap.org/equality-maps/conversion_therapy (last updated Jan. 30, 2023).

31.     Gender Dysphoria was formerly categorized as Gender Identity Disorder ("GID") but the condition was renamed in May 2013, with the release of the American Psychiatric Association ("APA")'s fifth edition of the *Diagnostic and Statistical Manual of Mental Disorders* ("DSM").[7]   In announcing this change, the APA explained that in addition to the name change, the criteria for the diagnosis were revised "to better characterize the experiences of affected children, adolescents, and adults."[8]   The APA further stressed that "gender nonconformity is not in itself a mental disorder.  The critical element of gender dysphoria is the presence of clinically significant distress associated with the condition."[9]

32.     For a person to be diagnosed with Gender Dysphoria, there must be a marked difference between the individual's expressed/experienced gender and the gender others would assign to the individual, present for at least six months.  In children, the desire to be of the other gender must be present and verbalized.[10]   The condition must cause clinically significant distress or impairment in social, occupational, or other important areas of functioning.

---

[7] A text revision to the Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition was published in 2022 ("DSM-5-TR").

[8] DSM-5.

[9] *Id.*

[10] Notably, the DSM-IV included a separate diagnosis for GID in children, which required the child to display a number of behaviors stereotypical of the non-natal gender. That diagnosis, and its list of behavioral requirements, have been deleted from the DSM-5 and replaced by updated and more precise diagnostic criteria.

Case 1:23-cv-00864-LCB-LPA   Document 14-5   Filed 10/11/23   Page 9 of 65

33.    The World Professional Association of Transgender Health ("WPATH") has clear recommendations for the health of transgender and gender non-conforming people in what is now the *Standards of Care for the Health of Transgender and Gender Diverse People, Version 8* ("SOC 8").[11]  The SOC are based on the best available science and expert professional consensus in transgender health.  The SOC-8's recommendation statements were developed based on data derived from independent systematic literature reviews, background reviews, and expert opinions.  Its grading of recommendations was based on the available evidence supporting interventions, a discussion of risks and harms, as well as the feasibility and acceptability of these.  SOC-8 recommends the provision of medical interventions for adolescents and adults (but not for prepubertal children) with gender dysphoria, based on an individual patient's needs.  These medical interventions include puberty-delaying medications, hormone therapy, and surgery.

34.    The WPATH SOC have been endorsed and cited as authoritative by the major medical associations in the United States, including the American Medical Association, the American Academy of Pediatrics, the American Psychiatric Association, the American Psychological Association, the Endocrine Society, the Pediatric Endocrine Society, the American College of Physicians, and the American Academy of Family Physicians, among others.

---

[11] Coleman, et al. (2022) (SOC 8).

Case 1:23-cv-00864-LCB-LPA   Document 14-5   Filed 10/11/23   Page 10 of 65

35.     The UCSF Center for Excellence in Transgender Care as well as the Endocrine Society have also both published comprehensive guidelines for the care of transgender and non-binary individuals that are largely consistent with the WPATH SOC.[12]

36.     Under the WPATH SOC and other clinical practice guidelines for the treatment of gender dysphoria, care should be provided using an individualized approach.

37.     For children who have not yet reached puberty, medical intervention is unnecessary and unwarranted.  After the onset of puberty, medical interventions such as puberty blockers, and later hormones and surgery, may be appropriate.

38.     The gender-affirmative model is defined as a method of therapeutic care that includes allowing children to speak for themselves about their self-experienced gender identity and expressions and providing support for them to evolve into their authentic gender selves, no matter at what age.  The affirmative approach to care considers no gender identity outcome – transgender, cisgender, or otherwise – to be preferable.[13]  It permits a patient to explore gender development and self-definition within a safe setting.  A fundamental concept of this approach is that gender diversity is not a mental illness.

39.     Under the gender-affirmative model, support is not characterized by "encouraging" children or youth to be transgender or not, but rather by allowing children

---

[12] Deutsch, M.B. (ed.). (2016). Guidelines for the Primary and Gender-Affirming Care of Transgender and Gender Nonbinary People (2d ed.). San Francisco, CA: UCSF Center of Excellence for Transgender Health, https://transcare.ucsf.edu/guidelines (UCSF Guidelines); Hembree, et al. (2017) (Endocrine Society Guidelines).

[13] Turban and Ehrensaft (2018).

11

who express a desire to undergo a social transition (which may include changing names, pronouns, clothing, hairstyles, etc.) to do so. There is no evidence, either in the scientific or the clinical setting, that gender affirmation leads a child or adolescent down a path of inevitable transgender identity. To the contrary, studies show that gender identification does not meaningfully differ before and after social transition.[14]

40.     Under the affirmative care model, as understood in the scientific literature, medical care may be recommended following the onset of puberty.

41.     Consistent with the current widely accepted clinical practice guidelines, the most effective treatment for adolescents with gender dysphoria, in terms of both their mental and medical health, contemplates an individualized approach. Under the guidelines, medical and surgical interventions for adolescents with gender dysphoria are determined by the care team (usually a medical and mental health professional) in collaboration with the patient, and the patient's parent(s) or guardian(s), if the patient is a minor after a comprehensive biopsychosocial evaluation of the patient. These medical decisions are made by the care team in conjunction with the patient and, if the patient is a minor, the patient's parent(s) or guardian(s), and consider the patient's social situation, level of gender dysphoria, developmental stage, existing medical and mental health conditions, and other relevant factors. Sometimes treatment begins with puberty-delaying

---

[14] Rae, J. R., Gülgöz, S., Durwood, L., DeMeules, M., Lowe, R., Lindquist, G., & Olson, K. R. (2019). Predicting early-childhood gender transitions. *Psychological Science*, 30(5), 669-681.

Case 1:23-cv-00864-LCB-LPA   Document 14-5   Filed 10/11/23   Page 12 of 65

medications, later followed by gender-affirming hormones.  The majority of youth, and certainly all adults, accessing treatment are already well into or have completed puberty.

### 1) *Puberty Blockers*

42.     The beginning signs of puberty in transgender youth (the development of breast buds in assigned birth females and increased testicular volume in assigned birth males) is often a painful and sometimes traumatic experience that brings increased gender dysphoria and the potential development of a host of comorbidities including depression, anxiety, substance abuse, self-harming behaviors, social isolation, high-risk sexual behaviors, and increased suicidality.  The development of secondary sex characteristics is a permanent change in an individual's phenotype.

43.     Puberty suppression, which involves the administration of gonadotrophin-releasing hormone analogues ("GnRHa"), essentially pauses puberty, thereby allowing the young person the opportunity to explore gender without having to experience the anxiety and distress associated with developing undesired secondary sexual characteristics.  In addition, for parents/guardians who are uneducated about gender diversity and/or who have only recently become aware of their child's transgender identity, puberty blockers provide additional time and opportunity to integrate this new information into their own experience and to develop skills to support their child.  Puberty suppression also has the benefit of potentially rendering obsolete some gender-affirming surgeries down the line, such as male chest reconstruction, tracheal shave, facial feminization, and vocal cord alteration, which otherwise would be required to correct the initial "incorrect" puberty.

44.    Puberty suppression has been used safely for decades in children with other medical conditions, including precocious puberty, and is a reversible intervention.[15] Both the Endocrine Society and the WPATH SOC recommend initiation of puberty suppression at the earliest stages of puberty (usually, Tanner 2) assuming someone has engaged in medical services before or around this time, regardless of chronological age, in order to avoid the stress and trauma associated with developing secondary sex characteristics of the natal sex. If the medication is discontinued, the young person continues their endogenous puberty.

45.    A robust and growing body of reliable evidence, including peer-reviewed cross-sectional and longitudinal studies, demonstrates the positive impact of pubertal suppression in youth with gender dysphoria on psychological functioning including a decrease in behavioral and emotional problems, a decrease in depressive symptoms, and improvement in general functioning.[16]

---

[15] Mul, D. & Hughes, I. (2008). The use of GnRH agonists in precocious puberty. *European journal of endocrinology / European Federation of Endocrine Societies*. 159 Suppl 1. S3-8.

[16] See for example: de Vries, A.L., Steensma, T.D., Doreleijers, T.A., & Cohen-Kettenis, P.T. (2011). Puberty Suppression in Adolescents with Gender Identity Disorder: A Prospective Follow-Up Study. *The Journal of Sexual Medicine*, 8(8), 2276-2283; Turban, J.L., King, D., Carswell, J.M., & Keuroghlian, A.S. (2020). Pubertal Suppression for Transgender Youth and Risk of Suicidal Ideation. *Pediatrics*, 145(2):e20191725; van der Miesen, A.I., Steensma, T.D., de Vries, A.L., *et al.* (2020). Psychological Functioning in Transgender Adolescents Before and After Gender-Affirmative Care Compared with Cisgender General Population Peers. *Journal of Adolescent Health*, 66(6), 699-704; Achille, C., Taggart, T., Eaton, N.R., *et al.* (2020). Longitudinal Impact of Gender-Affirming Endocrine Intervention on the Mental Health and Well-Being of Transgender Youths: Preliminary Results. *International Journal of Pediatric Endocrinology*, 2020(8),

14

46.     The initial follow-up studies evaluating the use of puberty suppression in relation to psychological well-being in adolescents with gender dysphoria came from the Netherlands and demonstrated that behavioral and emotional problems and depressive symptoms decreased, and general functioning significantly improved during treatment.[17]

47.     A study from the United Kingdom demonstrated that a combination of psychological support and puberty suppression were associated with improved psychosocial functioning in adolescents with gender dysphoria than psychological support only.[18]

48.     A more recent cross-sectional study from the Dutch team demonstrated that transgender youth undergoing pubertal suppression had better psychological functioning than those youth who had not yet begun puberty delaying treatment.[19]

49.     Achille et al. demonstrated a positive effect of puberty blockade on mental health in a small, prospective investigation.  The study characterized a treatment cohort over progressive interventions moving from puberty blockade to GAH treatment.[20]

---

1-5; and Costa, R., Dunsford, M., Skagerberg, E., Holt, V., Carmichael, P., & Colizzi, M. (2015). Psychological Support, Puberty Suppression, and Psychosocial Functioning in Adolescents with Gender Dysphoria. *The journal of sexual medicine*, *12*(11), 2206–2214.

[17] de Vries, et al. (2011); de Vries, et al. (2014).

[18] Costa, et al. (2015).

[19] Van der Miesen, et al. (2020).

[20] Achille, et al. (2020).

Case 1:23-cv-00864-LCB-LPA   Document 14-5   Filed 10/11/23   Page 15 of 65

50.     Overall, this growing body of evidence is consistent with and supports the clinical experience spanning a period of decades demonstrating the significant positive effects of puberty blockade in youth with gender dysphoria.

51.     Over the course of my work with gender diverse and transgender youth during the past 17 years, I have prescribed puberty-delaying medications for over 350 patients.  All of those patients have benefitted from putting their endogenous puberty process on pause, even the small handful who discontinued GnRH analogues and went through their endogenous puberty.  Many of these young people were able to matriculate back into school environments, begin appropriate peer relationships, and participate meaningfully in therapy and family functions.  Children who had contemplated or attempted suicide or self-harm (including cutting and burning) associated with monthly menstruation or the anxiety about their voice dropping were offered respite from those dark places of despair.  GnRH analogues for puberty suppression are, in my opinion, a sentinel event in the history of transgender medicine, and have changed the landscape almost as much as the development of synthetic hormones.

52.     Puberty blockers, thus, can significantly alleviate and prevent worsening distress of gender dysphoria that frequently comes with puberty.

53.     Puberty blockers also afford youth the opportunity to undergo a single, congruent pubertal process and avoid many of the surgical interventions previously necessary to physically align with their gender, and other physical changes that cannot be

addressed later by surgery. It is a simple and reversible intervention that has the capacity to improve health outcomes and, for some patients, save lives.

## *2)* *Gender-Affirming Hormones*

54.     Cross-gender or gender-affirming hormone therapy involves administering steroids of the experienced sex (i.e., their gender identity) (estrogen for transfeminine individuals and testosterone for transmasculine individuals). The purpose of this treatment is to attain the appropriate masculinization or feminization of the transgender person to achieve a gender phenotype that matches as closely as possible to their gender identity. Gender-affirming hormone therapy is a partially reversible treatment in that some of the effects produced by the hormones are reversible (e.g., changes in body fat composition, decrease in facial and body hair) while others are irreversible (e.g., deepening of the voice, breast tissue development).

55.     Under the widely accepted clinical practice guidelines, including the WPATH SOC-8, eligibility and medical necessity should be determined case-by-case, based on an assessment of the youth's unique circumstances and needs and their cognitive and emotional maturation and ability to provide informed consent. The decision should be made only after a careful review with the youth and parents/guardians of the potential risks and benefits of hormone therapy, including potential risks to fertility and options for fertility preservation. The youth's primary care provider, therapist, or another experienced mental health professional can help document and confirm the patient's history of gender

dysphoria, the medical necessity of the intervention, and the youth's readiness to transition medically.

56.     As with the use of puberty blockers, the data demonstrating the positive effects of gender-affirming hormones and gender-affirming surgery , including in adolescents, is well established and growing.[21]

57.     The Dutch team at The Center of Expertise on Gender Dysphoria at the VU University Medical Center Amsterdam continued to report out the improvement within their cohort of youth with gender dysphoria after GAH.  De Vries et al. reported in 2014 that their cohort of young adults who began care in adolescence had steadily improving mental health (including lessening of depression, anxiety, anger, internalizing and externalizing psychopathologic symptoms) following puberty blockade, gender-affirming hormones and gender-affirming surgery.[22]

---

[21] *See*, *e.g.*, Chen, D., Berona, J., Chan, Y. M., Ehrensaft, D., Garofalo, R., Hidalgo, M. A., ... & Olson-Kennedy, J. (2023). Psychosocial Functioning in Transgender Youth after 2 Years of Hormones. *New England Journal of Medicine*, *388*(3), 240-250; Turban, J. L., King, D., Kobe, J., Reisner, S. L., & Keuroghlian, A. S. (2022). Access to gender-affirming hormones during adolescence and mental health outcomes among transgender adults. *PLoS One*, *17*(1), e0261039; Achille, C., Taggart, T., Eaton, N.R., *et al*. (2020). Longitudinal Impact of Gender-Affirming Endocrine Intervention on the Mental Health and Well-Being of Transgender Youths: Preliminary Results. *International Journal of Pediatric Endocrinology*, 2020(8), 1-5; de Lara, D.L., Rodríguez, O.P., Flores, I.C., *et al*. (2020). Psychosocial Assessment in Transgender Adolescents. *Anales de Pediatría (English Edition)*, 93(1), 41-48; and Allen, L.R., Watson, L.B., Egan, A.M., & Moser, C.N. (2019). Well-Being and Suicidality Among Transgender Youth After Gender-Affirming Hormones. *Clinical Practice in Pediatric Psychology*, 7(3), 302-311.

[22] de Vries, et al. (2014).

Case 1:23-cv-00864-LCB-LPA   Document 14-5   Filed 10/11/23   Page 18 of 65

58.     A German observational study reported that among the participants at follow-up, adolescents in the gender-affirming hormone and gender-affirming surgery groups reported emotional and behavioral problems and physical quality of life scores similar to the German norm mean.[23]

59.     Also from Germany, Neider et al. reported that among a group of 75 adolescents with gender dysphoria satisfaction improved the further along the treatment course had progressed.[24]

60.     From the United States, Kuper et al. carried out a prospective study and reported their cohort of transgender and non-binary youth starting either puberty delaying treatment or gender-affirming hormones demonstrated improvement at follow up (around a year) in depression, anxiety and body esteem.[25]

61.     While small, Grannis et al. demonstrated decreased depression and anxiety in a group of transmasculine youth taking testosterone versus an untreated control group.[26]

---

[23] Becker-Hebly, I., Fahrenkrug, S., Campion, F., Richter-Appelt, H., Schulte-Markwort, M., & Barkmann, C. (2021). Psychosocial health in adolescents and young adults with gender dysphoria before and after gender-affirming medical interventions: A descriptive study from the Hamburg Gender Identity Service. *European Child & Adolescent Psychiatry*, 30(11), 1755–1767.

[24] Nieder, T. O., Mayer, T. K., Hinz, S., Fahrenkrug, S., Herrmann, L., & Becker-Hebly, I. (2021). Individual treatment progress predicts satisfaction with transition-related care for youth with gender dysphoria: A prospective clinical cohort study. *The Journal of Sexual Medicine*, 18(3), 632–645.

[25] Kuper, L. E., Stewart, S., Preston, S., Lau, M., & Lopez, X. (2020). Body dissatisfaction and mental health outcomes of youth on gender-affirming hormone therapy. *Pediatrics*, 145(4).

[26] Grannis, C., Leibowitz, S. F., Gahn, S., Nahata, L., Morningstar, M., Mattson, W. I., Chen, D., Strang, J. F., & Nelson, E. E. (2021). Testosterone treatment, internalizing

19

62. Similarly, Allen et al. followed a cohort of 47 adolescents with gender dysphoria and found statistically significant improvements in general well-being and suicidality, as measured by the National Institutes of Health "Ask Suicide Screening Questions" instrument.[27]

63. Most recently our team at the Trans Youth Care United States reported in the New England Journal of Medicine an improvement among 315 youth in positive affect and life satisfaction as well as a decrease in depressive and anxiety symptoms after two years of gender-affirming hormone treatment.[28]

64. The data documenting the efficacy of hormone treatment in transgender adults is robust and goes back even further. Numerous longitudinal studies document improvement in various mental health parameters including depression, anxiety, self-confidence, body image and self-image, general psychological functioning.[29]

---

symptoms, and body image dissatisfaction in transgender boys. *Psychoneuroendocrinology*, 132, 105358, 1-8.

[27] Allen, L.R., Watson, L.B., Egan, A.M., & Moser, C.N. (2019). Well-Being and Suicidality Among Transgender Youth After Gender-Affirming Hormones. *Clinical Practice in Pediatric Psychology*, 7(3), 302-311.

[28] Chen D, Berona J, Chan YM, Ehrensaft D, Garofalo R, Hidalgo MA, Rosenthal SM, Tishelman AC, Olson-Kennedy J. (2023). Psychosocial Functioning in Transgender Youth after 2 Years of Hormones. *New England Journal of Med.* 2023 Jan 19;388(3):240-250.

[29] See for example: Colizzi, M., et al. (2014). Transsexual patients' psychiatric comorbidity and positive effect of cross-sex hormonal treatment on mental health: results from a longitudinal study. *Psychoneuroendocrinology*, *39*, 65–73; Colizzi, M., et al. (2013). Hormonal treatment reduces psychobiological distress in gender identity disorder, independently of the attachment style. *The journal of sexual medicine*, *10*(12), 3049–3058; Corda, E., et al. (2016). Body image and gender role perceived in gender dysphoria: Cross-sex hormone therapy effects. *European Psychiatry*, 33(S1), S589-S589; Fisher, A. D., et al. (2016). Cross-Sex Hormone Treatment and Psychobiological Changes in Transsexual

Case 1:23-cv-00864-LCB-LPA   Document 14-5   Filed 10/11/23   Page 20 of 65

65.     This established and growing body of evidence is consistent with decades of clinical experience demonstrating the positive effect of gender-affirming hormones in adolescents and adults with gender dysphoria.

66.     Over the past 17 years, I have prescribed gender-affirming hormones for over 1,000 adolescents and young adults.  Many of my patients have described the opportunity to align their physical body with their gender as lifesaving.  Being afforded the opportunity to have one's gender perceived accurately by others changes the life trajectory of adolescents and young adults.  When I began doing this work in 2006, I considered it a victory for transgender adolescents to finish high school.  Currently I witness my patients being able to go to college, graduate school, learn trades, become doctors, lawyers, filmmakers, artists, get married, raise families and many other things.  This shift directly correlates with access to early gender-affirming care, as gender dysphoria takes up an

---

Persons: Two-Year Follow-Up Data. *The Journal of clinical endocrinology and metabolism*, *101*(11), 4260–4269; Heylens, G., et al. (2014). Effects of different steps in gender reassignment therapy on psychopathology: a prospective study of persons with a gender identity disorder. *The journal of sexual medicine*, *11*(1), 119–126; Keo-Meier, C. L., et al. (2015). Testosterone treatment and MMPI-2 improvement in transgender men: a prospective controlled study. *Journal of consulting and clinical psychology*, *83*(1), 143–156; Manieri, C., et al. (2014) Medical Treatment of Subjects with Gender Identity Disorder: The Experience in an Italian Public Health Center, *International Journal of Transgenderism*, 15:2, 53-65; Motta, G., et al. (2018). Does Testosterone Treatment Increase Anger Expression in a Population of Transgender Men? *The journal of sexual medicine*, *15*(1), 94–101; Oda, H., & Kinoshita, T. (2017). Efficacy of hormonal and mental treatments with MMPI in FtM individuals: cross-sectional and longitudinal studies. *BMC psychiatry*, *17*(1), 256; and Turan, Ş., et al. (2018). Alterations in Body Uneasiness, Eating Attitudes, and Psychopathology Before and After Cross-Sex Hormonal Treatment in Patients with Female-to-Male Gender Dysphoria. *Archives of sexual behavior*, *47*(8), 2349–2361.

enormous amount of energy that prevents adolescents from performing the tasks required of all adolescents. If gender dysphoria gets addressed early, adolescents and young adults can carry on with the tasks of school, family, relationships, friendships and others. Prior to accessing gender-affirming care, many young people with gender dysphoria can't imagine their futures, and many actively try to end their own lives.

67.     As is the case for all medical interventions for minors, before the initiation of puberty blockers and gender-affirming hormone treatment, a process of informed consent is followed. Youth and their parent(s) or legal guardian are given information about the permanent changes as well as those that require ongoing use of hormones, potential side effects and what is known and unknown about each medication. Youth and family members have the opportunity to ask and get answers to questions. Parents must consent before treatment is provided.

### 3) *Gender-Affirming Surgeries*

68.     Some transgender individuals need surgical interventions to help bring their phenotype into alignment with their gender. For youth with gender dysphoria under the age of 18, the most common gender-affirming surgery is masculinizing chest surgery. While the WPATH SOC 8 do not preclude genital surgery based on a patient's age, it is extraordinarily rare that a minor would undergo genital surgery. As with puberty blockers and gender-affirming hormones, surgery performed on minors requires informed consent from the parent(s) or legal guardian of the youth, as well as assent from the youth.

Case 1:23-cv-00864-LCB-LPA   Document 14-5   Filed 10/11/23   Page 22 of 65

69. Peer-reviewed research has shown improvements in mental health following gender-affirming chest surgery for transgender males with gender dysphoria where medically indicated.[30]

70. A recent systematic review that included data from 1,052 transmasculine patients who obtained chest surgery found that pooled overall postoperative satisfaction was 92%,[31] while another recent study that examined 209 adolescents who had undergone gender-affirming chest surgery between 2013 and 2020 found an extremely low rate of post-operative regret (0.95%).[32]

---

[30] *See, e.g.*, Ascha, M., Sasson, D. C., Sood, R., Cornelius, J. W., Schauer, J. M., Runge, A., Muldoon, A. L., Gangopadhyay, N., Simons, L., Chen, D., Corcoran, J. F., & Jordan, S. W. (2022). Top Surgery and Chest Dysphoria Among Transmasculine and Nonbinary Adolescents and Young Adults. *JAMA Pediatrics*, *176*(11), 1115–1122; Sood, R., Chen, D., Muldoon, A. L., Chen, L., Kwasny, M. J., Simons, L. K., Gangopadhyay, N., Corcoran, J. F., & Jordan, S. W. (2021). Association of Chest Dysphoria With Anxiety and Depression in Transmasculine and Nonbinary Adolescents Seeking Gender-Affirming Care. *The Journal of Adolescent Health*, *68*(6), 1135–1141; Mehringer, J. E., et al. (2021). Experience of Chest Dysphoria and Masculinizing Chest Surgery in Transmasculine Youth. *Pediatrics*, *147*(3), e2020013300; Olson-Kennedy, J., et al. (2018). Chest Reconstruction and Chest Dysphoria in Transmasculine Minors and Young Adults: Comparisons of Nonsurgical and Postsurgical Cohorts. *JAMA Pediatrics*, *172*(5), 431–436.

[31] Bustos, V. P., Bustos, S. S., Mascaro, A., Del Corral, G., Forte, A. J., Ciudad, P., Kim, E. A., Langstein, H. N., & Manrique, O. J. (2021). Regret after Gender-affirmation Surgery: A Systematic Review and Meta-analysis of Prevalence. *Plastic and reconstructive surgery. Global open*, *9*(3), e3477.

[32] Tang, A., Hojilla, J. C., Jackson, J. E., Rothenberg, K. A., Gologorsky, R. C., Stram, D. A., ... & Yokoo, K. M. (2022). Gender-affirming mastectomy trends and surgical outcomes in adolescents. *Annals of Plastic Surgery*, *88*(4), S325-S331.

23

71.     This is consistent with decades of research confirming that gender confirmation surgery is therapeutic and therefore an effective treatment for gender dysphoria.[33]

*       *       *

72.     Recognizing the importance of individualized care, the WPATH SOC-8 has this to say about all gender-affirming medical interventions: "The SOC-8 guidelines are intended to be flexible to meet the diverse health care needs of TGD people globally.  While adaptable, they offer standards for promoting optimal health care and for guiding treatment of people experiencing gender incongruence.  As in all previous versions of the SOC, the criteria put forth in this document for gender-affirming interventions are clinical guidelines; individual health care professionals and programs may modify them in consultation with the TGD person.  Clinical departures from the SOC may come about because of a patient's unique anatomic, social, or psychological situation; an experienced health care professional's evolving method of handling a common situation; a research protocol; lack of resources in various parts of the world; or the need for specific harm-

---

[33] *See*, *e.g.*, Almazan, A. N., & Keuroghlian, A. S. (2021). Association Between Gender-Affirming Surgeries and Mental Health Outcomes. *JAMA surgery*, 156(7), 611–618; Almazan, et al. (2021); Murad, M. H., et al. (2010). Hormonal therapy and sex reassignment: A systematic review and meta-analysis of quality of life and psychosocial outcomes. *Clinical Endocrinology*, 72(2), 214-231; Smith, Y., et al. (2005). Sex reassignment: Outcomes and predictors of treatment for adult and adult transsexuals. *Psychological Medicine* 35(1): 89-99; and Pfafflin, F., & Junge, A. (1998). Sex reassignment: Thirty years of international follow-up studies after sex reassignment surgery, a comprehensive review, 1961-1991.

Case 1:23-cv-00864-LCB-LPA   Document 14-5   Filed 10/11/23   Page 24 of 65

reduction strategies. These departures should be recognized as such, explained to the patient, and documented for quality patient care and legal protection."

73. Gender-affirming medical interventions are considered medically necessary for many adolescents with gender dysphoria and are recognized as such by the major professional organizations.

74. There are no evidence-based interventions, other than gender-affirming medical care, to treat gender dysphoria for those who need it.

75. I am familiar with the practices of many gender-affirming care medical providers across the country based on my professional interactions with them through research including our NIH-funded multisite study, professional collaborations, and conferences. Providers across the country, including in Texas, report having observed the same positive outcomes for their patients with gender dysphoria as a result of gender-affirming medical interventions that I have outlined in this declaration and have observed in my over 17 years providing this care.

76. Under HB808, medical providers would be left with no evidence-based treatment approaches to support their adolescent patients with gender dysphoria. This denial of necessary and effective care will thus result in negative health consequences for transgender adolescents in North Carolina.

**CONCLUSION**

77. Gender-affirming medical and surgical care is effective, beneficial, and necessary for transgender people suffering with gender dysphoria, including transgender

25

youth after the onset of puberty. It is well documented and studied, through years of clinical experience, observational scientific studies, and even some longitudinal studies. It is also the accepted standard of care by all major medical organizations in the United States.

78. The denial of gender-affirming medical care, on the other hand, is harmful to transgender people. It exacerbates their dysphoria and may cause anxiety, depression, and suicidality, among other harms.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this <u>6th</u> day of October 2023.

_____
Johanna Olson-Kennedy, M.D., M.S.

# Exhibit A

# CURRICULUM VITAE
## JOHANNA OLSON-KENNEDY MS, MD
### JUNE 28, 2023

**PERSONAL INFORMATION:**

| Work |
| --- |
| 4650 Sunset Blvd. MS 2<br>Los Angeles, CA 90027 |
| Phone: 323-361-3128 |
| Fax: 323-953-8116 |
| Work Email: jolson@chla.usc.edu |

**EDUCATION AND PROFESSIONAL APPOINTMENTS**

**EDUCATION:**

| Year | Degree, Field, Institution, City |
| --- | --- |
| 1992 | BA, Mammalian Physiology, UC San Diego, San Diego |
| 1993 | MS, Animal Physiology, The Chicago Medical School, Chicago |
| 1997 | MD, Medical Doctor, The Chicago Medical Shool, Chicago |
| 2015 | MS, Clinical and Biomedical Investigations in Translational Science, USC, Los Angeles |

**POST-GRADUATE TRAINING:**

| Year-Year | Training Type, Field, Mentor, Department, Institution, City |
| --- | --- |
| 1997 - 1998 | Internship, Pediatrics, Children's Hospital Orange County, Orange |
| 1998 - 2000 | Residency, Pediatrics, Antonio Arrieta, Children's Hosptial Orange County, Orange |
| 2000 - 2003 | Fellowship, Adolescent Medicine, Children's Hospital Los Angeles, Los Angeles |
| 2012 - 2015 | Master's Degree, Clinical and Biomedical Investigations in Translational Science, USC |

**ACADEMIC APPOINTMENTS:**

| Year-Year | Appointment | Department, Institution, City, Country |
| --- | --- | --- |
| 2006 - 2016 | Assistant Professor of Clinical Pediatrics | Division of Adolescent Medicine, Children's Hospital Los Angeles/USC Keck School of Medicine, Los Angeles, USA |
| 2016 - Present | Associate Professor of Clinical Pediatrics | Division of Adolescent Medicine, Children's Hospital Los Angeles/USC Keck School of Medicine, Los Angeles, USA |

**CLINICAL/ADMINISTRATIVE APPOINTMENTS:**

| | | |
| --- | --- | --- |
| 2008 - 2012 | Fellowship Director | Division of Adolescent Medicine, Children's Hospital Los Angeles, Los Angeles, USA |
| 2012 - present | Medical Director | The Center for Transyouth Health and Development, Division of Adolescent Medicine, Children's Hospital Los Angeles, Los Angeles, USA |

| 2021 - present | Clinical consultant | Santa Barbara Neighborhood Clinics |
|---|---|---|

## LICENSURE, CERTIFICATIONS

### LICENSURE:

| Year | License number, State, Status |
|---|---|
| 2000 | A-67352, California, Active |

### BOARD CERTIFICATION OR ELIGIBILITY:

| Year | Board, State, Status |
|---|---|
| 2001, 2009, 2015 | Pediatrics, California, active |

### SPECIALTY CERTIFICATION:

| Year | Specialty Certification, Status |
|---|---|
| 2003, 2013 | Adolescent Medicine, California, active |

## HONORS, AWARDS:

| Year | Description | Awarding agency, address, city |
|---|---|---|
| 2009 | Health Care Advocacy Champion | Democratic Advocates for Disability Issues, Los Angeles |
| 2010 | Clinical Research Academic Career Development Award | Saban Research Center TSRI Program: Community Health Outcomes and Intervention, Los Angeles |
| 2012 | Extraordinary Service Award | Equality California, 202 W 1st St., Suite 3-0130, Los Angeles |
| 2013 | Top Doctor | Castle Connolly |
| 2014 | Anne Marie Staas Ally Award | Stonewall Democratic Club; 1049 Havenhurst Drive #325, West Hollywood |
| 2014 | Top Doctor | Castle Connolly |
| 2014 | Recognition Award for Outstanding, Compassionate and Innovative Service | SoCal Society for Adolescent Health and Medicine Regional Chapter, Los Angeles |
| 2015 | The Champion Award | The Division of Adolescent Medicine; CHAMPION FUND 5000 Sunset Blvd. Los Angeles |
| 2016 | America's Most Honored Professional's – Top 10% | America's Most Honored Professional's |
| 2016 | Regional Top Doctor | Castle Connolly |
| 2017 | Exceptional Women in Medicine | Castle Connolly |
| 2017 | Regional Top Doctor | Castle Connolly |
| 2017 | America's Most Honored Professional's – Top 5% | America's Most Honored Professional's |
| 2018 | Regional Top Doctor | Castle Connolly |
| 2019 | Benjamin Meaker Visiting Professorship | University of Bristol, Bristol UK |
| 2019 | Regional Top Doctor | Castle Connolly |
| 2019 | L.A's Top Docs | Los Angeles Magazine |
| 2019 | Top Docs | Pasadena Health |
| 2019 | America's Most Honored Professional's – Top 1% | America's Most Honored Professional's |
| 2020 | Regional Top Doctor | Castle Connolly |
| 2020 | Southern California Top Doc | Castle Connolly |

| 2020 | Southern California Top Doctors | |
|------|-------------------------------|---|
| 2020 | L.A's Top Docs | Los Angeles Magazine |
| 2020 | America's Most Honored Professional's – Top 1% | America's Most Honored |
| 2021 | Southern California Top Doc | Castle Connolly |
| 2021 | America's Most Honored Doctors – Top 1% | America's Most Honored |
| 2021 | Top Doctors | Castle Connolly |
| 2022 | America's Most Honored Doctors – Top 1% | America's Most Honored |
| 2022 | Top Doctors | Castle Connolly |

## TEACHING

### DIDACTIC TEACHING:
*Keck School of Medicine at USC*

| Year-Year | Course Name | Units/Hrs | Role |
|-----------|-------------|-----------|------|
| 2019 | Puberty Suppression and Hormones; Medical Interventions for Transgender Youth | One hour | Curriculum development and delivery |
| 2020, 2021, 2022 | Approach to the Care of Gender Non-conforming Children and Transgender Youth | One hour | Curriculum development and delivery |
| 2023 | Transgender and Non-binary Youth and Young Adults 101 | One hour | Curriculum development and delivery |

*CalState Fullerton*

| Year-Year | Course Name | Units/Hrs | Role |
|-----------|-------------|-----------|------|
| 2017 | Gender Nonconforming and Transgender Youth | One hour | Curriculum development and delivery |

### UNDERADUATE, GRADUATE AND MEDICAL STUDENT (OR OTHER) MENTORSHIP:

| Year-Year | Trainee Name | Trainee Type | Dissertation/Thesis/Project Title |
|-----------|--------------|--------------|-----------------------------------|
| 2015 - 2016 | David Lyons | MD | Transgender Youth Clinical Clerkship |
| 2016 - 2019 | Jonathan Warus | MD | Chest Reconstruction and Chest Dysphoria in Transmasculine Minors and Young Adults: Comparisons of Nonsurgical and Postsurgical Cohorts |
| 2019 - 2021 | Laer Streeter | MD | Comparison of Histrelin Implants |
| 2020 - Present | Richard Mateo Mora | MD | Fertility Preservation Among Transgender Women |
| 2022 | Avery Everhart | PhD | Incomplete Data & Insufficient Methods: Transgender Population Health Research in the US |

**GRADUATE STUDENT THESIS, EXAM AND DISSERTATION COMMITTEES:**

| Year-Year | Trainee Name | Committee Type | Student Department |
|-----------|--------------|----------------|--------------------|
| 2022 | Avery Everhart | Dissertation | Social Work |

**POSTGRADUATE MENTORSHIP:**

| Year-Year | Trainee Name | If past trainee, current position and location |
|-----------|--------------|------------------------------------------------|
| 2012-2013 | Lisa Simons, MD | Clinical Instructor – Lurie Children's Hospital |
| 2013 | Shelley Aggarwal, MD | Clinical Instructor – Stanford University School of Medicine |
| 2014 | Julie Spencer, MD | Adolescent Medicine Provider Kaiser Hospital |
| 2014-2015 | Michael Haymer, MD | Program Director, Psychiatry Department UCLA |
| 2015-2017 | Patrick Shepherd, MD | CHLA Endocrinology Fellow |
| 2015-2018 | Jonathan Warus, MD | Faculty, CHLA/USC Keck School of Medicine |
| 2015-2020 | Shannon Dunlap, PhD | Postdoctoral Scholar - Research Associate, University of Southern California, Suzanne Dworak-Peck School of Social Work |
| 2020-Present | Marianela Gomez-Rincon, MD | Adolescent Medicine Fellow |
| 2020-Present | Jonathan Warus, MD | CHLA, Assistant Professor of Clinical Pediatrics |
| 2022 | Emmett Henderson, PhD, MS | USC Suzanne Dworak-Peck School of Social Work Senior mentor K99; USC |

**MENTORSHIP OF FACULTY:**

| Year-Year | Mentee Name | Mentee Department |
|-----------|-------------|-------------------|
| 2021 - present | Jonathan Warus, MD | Division of Adolescent Medicine, CHLA |
| 2022 - present | Brigid Conn, PhD | Clinical Psychologist, CHLA |

**SERVICE**

**DEPARTMENT SERVICE:**

| Year-Year | Position, Committee | Organization/Institution |
|-----------|---------------------|--------------------------|
| 2010-2015 | Secretary, The CHAMPION Fund Executive Board | The Division of Adolescent Medicine, Children's Hospital Los Angeles |

**HOSPITAL OR MEDICAL GROUP SERVICE:**

| Year-Year | Position, Committee | Organization/Institution |
|-----------|---------------------|--------------------------|
| 2021 - present | Committee Member | SOGI work group, CHLA |

**PROFESSIONAL SERVICE:**

| Year-Year | Position, Committee | Organization/Institution |
|---|---|---|
| 2012-present | Member, LGBT Special Interest Group | Society for Adolescent Health and Medicine |
| 2022 | Secretary, Executive Board of Directors | US Professional Association of Transgender Health |
| 2016-present | | |

**CONSULTANTSHIPS AND ADVISORY BOARDS:**

| Year | Position, Board | Organization/Hospital/School, Institution |
|---|---|---|
| 2010-2017 | Member, Advisory Board | Transyouth Family Allies |
| 2017-present | Member, National Medical Committee | Planned Parenthood |
| 2017 - Present | Board Member | US Professional Association of Transgender Health |
| 2021 | Expert Panelist | Robert Wood Johnson Foundation - National Commission on Data Transformation for Health Equity |
| 2021 | Member, Advisory Board | The National LGBTQIA+ Health Education Center |
| 2023 | Working Group Member; Expanding the Evidence Base in Gender-Affirming Care for Transgender and Gender Diverse Populations | NIH, Sexual & Gender Minority Research Office |
| 2023 | Consultant | Behavioral Health Excellence-Technical Assistance Center funded by the Health Resources and Services Administration (HRSA) to provide technical assistance, training, resources, tools, and consultation to their BHWET (Behavioral Health Workforce Education and Training), OWEP (Opioid Workforce Expansion Program) and GPE (Graduate Psychology Education) grantees. |

**PROFESSIONAL SOCIETY MEMBERSHIPS:**

| Year- Year | Society |
|---|---|
| 2003 - present | Society for Adolescent Health and Medicine |
| 2005 - present | American Academy of Pediatrics |
| 2006 - 2011 | Los Angeles Pediatric Society (Past president 2010) |
| 2010 - present | Professional Association for Transgender Health |
| 2014 - present | Society for Pediatric Research |
| 2017 - present | US Professional Association for Transgender Health |

**MAJOR LEADERSHIP POSITIONS: (E.G., DEAN, CHAIR, INSTITUTE DIRECTOR, HOSPITAL ADMINISTRATION, ETC.)**

**RESEARCH AND SCHOLARSHIP**

**EDITORSHIPS AND EDITORIAL BOARDS:**

| Year-Year | Position | Journal/Board Name |
|---|---|---|
| 2015 - present | Associate Editor | Journal of Transgender Health |

**MANUSCRIPT REVIEW:**

| Year-Year | Journal |
|---|---|
| 2014 - present | Pediatrics |
| 2014 - present | Journal of Adolescent Health |
| 2014 - present | LGBT Health |
| 2014 - present | International Journal of Transgenderism |
| 2015 - present | Journal of Transgender Health |
| 2018 - present | Clinical Child Psychology and Psychiatry |
| 2018 - present | Journal of Sexual Medicine |
| 2021 - present | JAMA Peds |

**GRANT REVIEWS:**

| Year | Description | Awarding agency, City, State, Country |
|---|---|---|
| 2017 | Cognition and Perception Study Section | National Institutes of Health, Bethesda, Maryland, USA |
| 2017 | Neurological, Aging and Musculoskeletal Epidemiology Study Section | National Institutes of Health, Bethesda, Maryland, USA |
| 2018 | Social Psychology, Personality and Interpersonal Processes Study Section | National Institutes of Health, Bethesda, Maryland, USA |
| 2018 | Neurological, Aging and Musculoskeletal Epidemiology Study Section | National Institutes of Health, Bethesda, Maryland, USA |
| 2019 | Special Emphasis Panel Review of Research Conference (R13) Grants | National Institutes of Health, Bethesda, Maryland, USA |
| 2019 | The Einstein Foundation Award for Promoting Quality in Research | Einstein Foundation, Berlin |
| 2020 | Biobehavioral and Behavioral Sciences Study Section | National Institutes of Health, Bethesda, Maryland, USA |
| 2021 | Social Psychology, Personality and Interpersonal Processes Study Section | National Institutes of Health, Bethesda, Maryland, USA |

**MAJOR AREAS OF RESEARCH INTEREST**

| Research Areas |
|---|
| 1. Transgender and non-binary children, adolescents and young adults |
| 2. HIV medication adherence |

**GRANT SUPPORT - CURRENT:**

| Grant No. (PI)2R01HD082554-06A1 (Olson-Kennedy) | Dates of Award: 2021-2026 |
|---|---|
| Agency: NICHD | Percent Effort 25% |
| *Title:* The Impact of Early Medical Treatment in Transgender Youth | |
| *Description:* This is the continuations of a multicenter study, the first of its kind in the U.S. to evaluate the long-term outcomes of medical treatment for transgender youth. This study will provide essential, evidence-based information on the physiological and psychosocial impact, as well as safety, of hormone blockers and cross-sex hormones use in this population. | |

| Role: Principle Investigator |
|---|
| Total Direct Costs: $4,918,586 |

| Grant No. 1R01HD097122-01 (Hidalgo) | Dates of Award: 2019-2024 |
|---|---|
| Agency: NICHD | Percent Effort 2.5% |

| Title: A Longitudinal Study of Gender Nonconformity in Prepubescent Children |
|---|
| Description: The purpose of this study is to establish a national cohort of prepubertal transgender/gender nonconforming (TGNC) children (and their parents), and longitudinally observe this cohort to expand the body of empirical knowledge pertaining to gender development and cognition in TGNC children, their mental health symptomology and functioning over time, and how family-initiated social gender transition may predict or alleviate mental health symptoms and/or diagnoses. |
| Role: Site PI |
| Total Direct Costs: $2,884,950 |

| Grant No. LGBT Health Equity | Dates of Award: 2023-2025 |
|---|---|
| Agency: California Department of Public Health | Percent Effort 10% |

| Title: Beliefs, Knowledge, and Attitudes of Pediatric Primary Care Providers Serving Latine Communities Regarding Gender-Affirming Care for Minors |
|---|
| Description: This study aims to better understand the current barriers facing Latine pubertal TGNB youth and their parents/caretakers in accessing gender affirming care, assess the attitudes, beliefs, knowledge, perspectives, and comfort level of pediatric primary care providers serving people in predominately Latine communities regarding TGNB youth. |
| Role: Principle Investigator |
| Total Direct Costs: $237,857 |

**GRANT SUPPORT - PAST:**

| Grant No. (PI) 1RO1HD082554-01A1 | Dates of Award: 2015-2020 |
|---|---|
| Agency: NICHD | Percent Effort 45% |

| Title: The Impact of Early Medical Treatment in Transgender Youth |
|---|
| Description: This is a multicenter study, the first of its kind in the U.S. to evaluate the long-term outcomes of medical treatment for transgender youth. This study will provide essential, evidence-based information on the physiological and psychosocial impact, as well as safety, of hormone blockers and cross-sex hormones use in this population. |
| Role: Principle Investigator |
| Total Direct Costs: $4,631,970 |

| Grant No. (COI) R01AI128796-01 | Dates of Award: 2/24/17-1/31/18 |
|---|---|
| Agency: NIAID | Percent Effort: 5% |
| Title: Maturation, Infectibility and Trauma Contributes to HIV Susceptibility in Adolescents | |

Description: This proposal explores the overarching hypothesis that fluctuations in sex steroid levels and mucosal trauma (sexual activity) are key determinants of mucosal immune activation and epithelial integrity, and that microbial communities are central to these processes. We will pursue this hypothesis by examining longitudinal changes in the anogenital microbiome as well as protein expression at these mucosal sites during sexual maturation (cisgender youth) and in hormonally-controlled sexual maturation (transgender youth). Associations between sex steroid levels, microbial community composition, mucosal trauma, and vaginal proteins will be determined and modeled.

Role: Co-Investigator

Total Direct Costs: $44,816

| | |
|---|---|
| Grant No. (PI) U01HD040463 | Dates of Award 2006 – 2016 |
| Agency: NIH/NICHD | Percent Effort: 10% |
| Title: Adolescent Medicine Trials Network for HIV/AIDS | |
| Description: Adolescent Medicine Trials Network for HIV/AIDS | |
| Role: Co-Investigator | |
| Total Direct Costs: 2,225,674 | |

| | |
|---|---|
| Grant No. (PI) SC CTSI 8KL2TR000131 | Dates of Award: 2012-2014 |
| Agency: KL2 Mentored Career Research Development Program of the Center for Education, Training and Career Development | Percent Effort: 37.5% |
| Title: The Impact of Hormone Blockers on the Physiologic and Psychosocial Development of Gender Non-Conforming Peri-Pubertal Youth | |
| Description: This study aimed to understand the impact of puberty blocking medications on mental health and physiolgic parameters in peri-pubertal transgender youth. | |
| Role: Principal Investigator | |
| Total Direct Costs: 191,525 | |

**Invited Lectures, Symposia, keynote addresses**

| Date | Type | Title, Location |
|---|---|---|
| 2014 | Invited Lecture | Transgender Youth; Needs, Risks, Outcomes and the Role of the System, Including Permanency and Inclusion for Our Youth, Administrative Office of the Courts, Center for Families and Children, San Diego, California |
| 2015 | Invited Lecture | Caring for Gender Non-Conforming and Transgender Youth, Lopez Family Foundation Special Lecture for Puerto Rico and Panama, Lopez Family Foundation, Children's Hospital Los Angeles, Los Angeles, California |
| 2015 | Symposium | Transgender Youth – An Overview of Medical and Mental Health Needs of Gender Non-Conforming Children and Transgender Adolescents, Public Child Welfare Training Academy, Academy for Professional Excellence at San Diego State University School of Social Work, San Diego, California |
| 2015 | Invited Lecture | Meeting the Needs of Transgender Adolescents; 1st Annual Southern California LGBT Health Symposium; USC/UCLA, Los Angeles, California |

| 2015 | Symposium | Transgender Youth; An Overview of Medical and Mental Health Needs of Gender Non-conforming Children and Transgender Adolescents; GetReal California's Initiative; "Integrating Sexual Orientation, Gender Identity, and Expression (SOGIE) into California's Child Welfare System," Oakland, California |
|------|-----------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 2016 | Invited Symposium | Caring for Gender Nonconforming and Transgender Youth; Idyllwild, California |
| 2016 | Educational symposium | Gender 101: A Primer; Vista Mar, California |
| 2016 | Invited Lecture | Caring for Gender Non-conforming Children and Teens in the New Millennium - A Multidisciplinary Team Approach, California Association of Marriage and Family Therapists, Los Angeles, California |
| 2016 | Invited Lecture | Caring for Gender Nonconforming Children and Transgender Youth, California Psychological Association, Continuing Education Institute, Irvine, California |
| 2016 | Invited Lecture | Health Issues Related to Transgender Youth; LA City Health Commission, Los Angeles, California |
| 2016 | Invited Lecture | Caring for Gender Nonconforming and Transgender Youth, Medical Directors 12th Annual Update on Reproductive Health and Medical Leadership, Planned Parenthood, Steamboat Springs, Colorado |
| 2016 | Invited Lecture | Caring For Transgender Teens, UCLA Meet the Professor, Los Angeles, CA |
| 2017 | Symposium | Caring for Gender Non-Conforming and Transgender Youth, TransYouth Care, Santa Barbara, CA |
| 2017 | Invited Lecture | Healthcare for TGNC Youth, Expanding Competency for LGBT Youth in the System Conference, Center for Juvenile Justice Reform, Washington DC |
| 2017 | Invited Lecture | Gender Non-conforming and Transgender Children and Youth; Center for Early Education, West Hollywood, CA |
| 2017 | Invited Lecture | Gender Non-Conforming Children and Transgender Youth, Board of Behavioral Sciences, Orange, CA |
| 2017 | Invited Lecture | Puberty Suppression and Hormones; Medical Interventions for Transgender Youth, Santa Monica Rape Treatment Center, Santa Monica, CA |
| 2017 | Invited Lecture | Transgender Youth Care in the New Millennium, USC Law and Global Health Initiative, Los Angeles, CA |
| 2018 | Invited Lecture | Supporting Gender Diverse and Transgender Youth: A Deeper Look at Gender Dysphoria, Invited lecture, Oakwood School, Studio City, California, 2018 |
| 2018 | Invited Lecture | Working with Trans and Gender Non-Conforming Youth, Children's Hospital Orange County, CA |
| 2018 | Invited Lecture | Caring for gender Non-conforming and Transgender Youth and Young Adults, Ascend Residential, Encino CA |
| 2018 | Invited Lecture | Caring for gender Non-conforming and Transgender Youth and Young Adults, California State University Northridge, Northridge, CA |
| 2018 | Invited Lecture | Gender Dysphoria; School Nurse Association of Idaho Annual Conference, School Nurse Association of Idaho Association, Boise Idaho |
| 2018 | Invited Lecture | Gender and What You Should Know, Archer School for Girls, Brentwood, CA |
| 2018 | Symposium | Caring for Gender Non-Conforming and Transgender Youth, TransYouth Care, Oceanside, CA |
| 2018 | Invited Lecture | Gender Dysphoria: Beyond the Diagnosis, Advance LA Thriving Through Transitions Conference, The Help Group, Los Angeles, California |

| 2018 | Invited Lecture | Caring for Gender Non-Conforming and Transgender Youth, Andrology Society of America Clinical Symposium, Andrology Society of America, Portland, Oregon |
|------|-----------------|------|
| 2018 | Symposium | Caring for Gender Non-Conforming and Transgender Youth, TransYouth Care, Los Angeles, CA |
| 2018 | Invited Lecture | Caring for Gender Non-Conforming and Transgender Youth, Center for Early Education, Los Angeles, CA |
| 2019 | Symposium | The Care of Trans and Gender Non-Conforming Youth and Young Adults, Cal State Los Angeles, California |
| 2019 | Symposium | The Care of Trans and Gender Non-Conforming Youth and Young Adults, Claremont Colleges, California |
| 2019 | Symposium | TransYouth Care; Flagstaff, AZ |
| 2019 | Invited Lecture | Transgender and Gender Non-conforming Youth, Invited lecture, Elevations Residential Treatment, Salt Lake City, Utah |
| 2019 | Invited Lecture | Gender Diverse and Transgender Youth; What Pediatricians Should Know, Common Problems in Pediatrics Conference, Utah AAP, Utah |
| 2019 | Invited Lecture | Caring for Gender Diverse and Transgender Youth, Grand Rounds, UCLA Olive View, CA |
| 2019 | Invited Lecture | Caring for Gender Diverse and Transgender Youth, Grand Rounds, Good Samaritan, Los Angeles, California |
| 2019 | Invited Lecture | Puberty Suppression in Youth with Gender Dysphoria, Fenway Trans Health Program, Boston |
| 2019 | Invited Lecture | Recognizing the Needs of Transgender Youth, California Department of Corrections and Rehabilitation, Ventura, CA |
| 2019 | Invited Lecture | Gender Dysphoria; Beyond the Diagnosis, Gender Education Demystification Symposium, Gender Education and Demystification, Atlanta, Georgia |
| 2019 | Invited Lecture | Caring for Gender Nonconforming and Transgender Youth, Los Angeles Superior Court/Los Angeles Bar Association Training, CA |
| 2019 | Invited Lecture | Supporting Gender Diverse and Transgender Youth; A Deeper Look at Gender Dysphoria, Oakwood School, CA |
| 2020 | Symposium | Trans Youth Care, Chico Transgender Week, Virtual Presentation |
| 2020 | Invited Lecture | Gender Nonconforming and Transgender Youth, Novartis, Virtual Presentation |
| 2020 | Invited Lecture | Advanced Hormones; More than Just T and E, CHLA, Virtual Presentation |
| 2020 | Invited Lecture | Video Telehealth and Transgender Youth, Telehealth Best Practices for the Trans Community, The Central Texas Transgender Health Coalition, Virtual Presentation |
| 2020 | Invited Lecture | Gear Talk, Transforming Families, Virtual Lecture |
| 2020 | Invited Lecture | Tips for Parenting a Trans or Gender Diverse Youth, Models of Pride, Virtual Presentation |
| 2020 | Invited Lecture | Caring for Gender Diverse and Transgender Youth, LGBTQ+ Clinical Academy, Palo Alto University, Virtual presentation |
| 2020 | Invited Lecture | Medical Interventions for transgender youth, Cal State Los Angeles, Los Angeles |
| 2020 | Plenary Session | Understanding Issues Involving Gender Non-Conforming and Transgender Individuals Coming to a Courtroom Near You,  Mid-Winter Workshop for Judges of the Ninth Circuit, Palm Springs, CA |

| 2021 | Invited Lecture | Gender Affirmation through a Social Justice Lens; Center for Gender Equity in Medicine and Science (GEMS) at Keck School of Medicine, Los Angeles |
|---|---|---|
| 2021 | Invited Lecture | Introduction to the Care of Gender Diverse and Transgender Youth, Providence Medical Group – South Bay Pediatrics (Torrance, San Pedro, Redondo Beach), virtual lecture |
| 2021 | Invited Lecture | Caring for Gender Diverse and Transgender Youth. San Luis Obispo Acceptance, Cal Poly, Virtual Presentation |
| 2022 | Invited Lecture | Transgender and Non-binary children and youth, Board of Behavioral Sciences |
| 2022 | Invited Lecture | Gender Affirmation through a Social Justice Lens; University of Arizona Health Sciences LGBTQ+ Symposium & Health Fair |
| 2022 | Invited Lecture | Gender Dysphoria in Children, Adolescents and Young Adults, MedLambda and PsychSIG Keck USC School of Medicine, Virtual Lecture |
| 2022 | Invited Lecture | Caring for Transgender and Gender Nonconforming Youth, Presbyterian Healthcare Services, New Mexico, Virtual lecture |
| 2022 | Invited Lecture | Transgender and Non-Binary Youth, Rogers Behavioral Health, Virtual Lecture |
| 2023 | Invited Lecture | Transgender and Non-binary Youth and Young Adults 101, When Healthcare Gets Political; Health Justice and Systems of Care course, Keck USC School of Medicine, Los Angeles |
| 2023 | Invited Lecture | Transgender and Non-Binary Youth; Navigating Gender Care in 2023, Improving Outcomes Conference, UC Davis, Sacramento, CA |
| 2023 | Invited Lecture | Gender Affirming Medical and Mental Health Care for Transgender Adolescents, California Association of Marriage and Family Therapists Annual Conference, Santa Clara, CA |
| 2023 | Invited Lecture | Trans Youth Care in 2023; What's New, What's Not, Behavioral Health Excellence-Technical Assistance Center |
| 2023 | Invited Lecture | Pharmacology for Transgender Children and Adolescents, NICHD Pediatric Clinical Pharmacological Lecture Series, May 2023 |
| 2023 | Invited Lecture | The Transyouth Center for Health and Development at CHLA, USC Ellison Institution, Pride Week, June 2023 |
| | | |

**Invited Grand Rounds, CME Lectures**

| Date | Type | Title, Location |
|---|---|---|
| 2014 | Grand Rounds | Caring for Gender Non-conforming Children and Teens in the New Millennium - A Multidisciplinary Team Approach; Seattle Children's Hospital, Seattle, Washington |
| 2014 | CME lecture | Transgender Youth; An Overview of Medical and Mental Health Needs of Gender Non-conforming Children and Transgender Adolescents; Eisenhower Medical Center Transgender Health Symposium, Palm Springs, California |
| 2014 | Grand Rounds | Toddlers to Teens: Comprehensive Health Care for the Transgender Child, Cultural Psychiatry Lecture Series, University of Iowa Carver College of Medicine, Iowa City, Iowa |

| 2014 | Grand Rounds | Caring for Gender Non-conforming Children and Teens in the New Millennium; A Multidisciplinary Team Approach, Children's Hospital Los Angeles, Los Angeles, California |
|---|---|---|
| 2014 | CME lecture | Difficult Cases, Gender Spectrum Family Conference, Gender Spectrum, Moraga, California |
| 2014 | CME lecture | Cross-sex Hormones for Teenagers, How Young is Too Young? Philadelphia Trans Health Conference, Philadelphia, Pennsylvania |
| 2014 | CME lecture | Pediatric Update, Philadelphia Trans Health Conference, Philadelphia, Pennsylvania |
| 2015 | Grand Rounds | Caring for Gender Nonconforming and Transgender Youth, Stanford Division of Adolescent Medicine, Palo Alto, CA |
| 2015 | CME Educational Lecture | Update on the Transgender Patient for the PCP, St. Joseph's Providence, Burbank, CA |
| 2015 | CME Educational Lecture | Caring for Gender Non-Conforming Children and Transgender Teens, Providence Tarzana, CA |
| 2015 | Grand Rounds | Caring for Gender Nonconforming and Transgender Youth, University of Southern California, Los Angeles, California |
| 2015 | Grand Rounds | Puberty Blockers and Cross Sex Hormones, Pediatric Endocrinology, Children's Hospital Los Angeles, Los Angeles, California |
| 2015 | CME lecture | Youth and Hormones, 2015 Gender Expansion Conference, University of Montana, Missoula Montana |
| 2015 | CME lecture | Transyouth Healthcare, 2015 Gender Expansion Conference, University of Montana, Missoula Montana |
| 2015 | CME lecture | Supporting Transgender Youth, Southern Oregon University Student Health and Wellness Center Workshop, Southern Oregon University, Ashland, Oregon |
| 2015 | PCS Grand Rounds | Caring for Gender Nonconforming Children and Transgender Youth, Children's Hospital Los Angeles, Los Angeles, California |
| 2015 | CME lecture | Medical Care for Gender Non-Conforming Children, Transgender Adolescents and Young Adults in the New Millennium, Continuing Medical Education of Southern Oregon, Medford, Oregon |
| 2015 | Grand Rounds | Medical Care for Gender Non-Conforming Children and Transgender Youth, Olive View Medical Center-UCLA, Sylmar, California |
| 2015 | Grand Rounds | Caring for Gender Non-conforming Children and Transgender Teens, Harbor-UCLA Department of Pediatrics, Torrance, California |
| 2015 | CME lecture | Caring for Gender Non-conforming Children and Teens in the New Millennium, Healthcare Partners Pediatric Town Hall Meeting, Healthcare Partners CME, Glendale, California |
| 2016 | Pediatric Grand Rounds | Puberty Suppression and Hormones; Medical Interventions for Transgender Youth; Children's Hospital Los Angeles, Los Angeles, California |
| 2016 | Endocrine Grand Rounds | Approach to Care of Gender Non-Conforming Children and Transgender Adolescents; Cedars Sinai Hospital, Los Angeles, California |
| 2016 | Pediatric Grand Rounds | Care of Gender Non-Conforming Children and Transgender Adolescents in the New Millennium, Stanford Lucille Packard Children's Hospital, Palo Alto, California |
| 2016 | Pediatric Update | Caring for Gender Variant Children and Adolescents, Pediatric Update for the Primary Provider, Children's Hospital St. Louis, St. Louis, Missouri |

| 2016 | Grand Rounds | Care of Gender Non-Conforming Children and Transgender Adolescents in the New Millennium, St. Jude's Grand Rounds, Memphis, Tennessee |
|------|-------------|------------|
| 2016 | CME Educational Lecture | Transgender and Gender Non-Conforming Youth: Innovative Approaches to Care in 2016; Integrating Substance Use, Mental Health, and Primary Care Services: Courageous and Compassionate Care, Los Angeles, California |
| 2016 | CME; professional conference | Caring for Gender Non-conforming Children and Teens in the New Millennium - A Multidisciplinary Team Approach, Arizona Psychiatric Society, Tempe, Arizona |
| 2016 | CME/Educational Symposium | Caring for Gender Nonconforming and Transgender Youth, San Diego, California |
| 2016 | CME/CEU Educational Training | Medical Interventions for Transgender Youth and Young Adults, San Diego State University, San Diego, California |
| 2016 | Grand Rounds | Caring for Gender Nonconforming Children and Transgender Youth, Mt. Sinai Hospital, Pediatric Grand Rounds George J. Ginandes Lecture, New York, New York |
| 2016 | CME Educational Lecture | The Transgender Experience, Providence Tarzana, CA |
| 2017 | CME Educational Seminar | Caring for Gender Non-Conforming and Transgender Youth, TransYouth Care, San Diego, CA |
| 2017 | CME Educational Seminar | The Care of Gender Non-Conforming children and Transgender Youth; Orange County Health Care Agency, Orange County, CA |
| 2017 | CME Educational Lecture | Rethinking Gender, Adolescent Grand Rounds, Children's Hospital Los Angeles, Los Angeles, CA |
| 2017 | CME Educational Lecture | Gender Non-Conforming Children and Transgender Youth, CME lecture for OB/Gyn, Omnia-Prova Education Collaborative, inc. Pasadena, California |
| 2017 | CME Educational Lecture | Gender Non-Conforming and Transgender Children and Adolescents, Developmental Pediatrics continuing education lecture, Children's Hospital Los Angeles, CA |
| 2017 | CME Educational Lecture | Care of Gender Non-Conforming Children and Transgender Adolescents, Lopez Family Foundation Educational Lecture, Los Angeles, CA |
| 2017 | CME Educational Lecture | Puberty Suppression and Hormones; Medical Interventions for Transgender Youth, USC Keck School of Medicine Reproductive Health, Los Angeles, CA |
| 2017 | CME Educational Seminar | Caring for Gender Non-Conforming and Transgender Youth, TransYouth Care, San Diego, CA |
| 2018 | CME Symposium | Caring for Gender Nonconforming and Transgender Youth, Glendale Unified School District, CA |
| 2018 | CME Educational Lecture | Caring for Gender Non-Conforming Children and Transgender Youth, CME by the Sea, CA |

| 2018 | CME Symposium | Caring for Gender Non-Conforming and Transgender Youth, TransYouth Care, Austin, TX |
|---|---|---|
| 2018 | CME Educational Lecture | Approach to the Care of Gender Non-Conforming Children and Transgender Youth, Desert Oasis Healthcare, Palm Desert, CA |
| 2018 | CME Workshop | Mental and Medical Healthcare for Transgender Adolescents, California Association of Marriage and Family Therapists, Garden Grove, CA |
| 2018 | CME Educational Lecture | Approach to the Care of Gender Non-Conforming Children and Transgender Youth, Keck School of Medicine, Los Angeles, CA |
| 2018 | Grand Rounds | Caring for Gender Non-Conforming Children and Transgender Adolescents, Primary Children's Hospital, Salt Lake City, UT |
| 2018 | CME Educational Lecture | Caring for Transgender Youth, Chico Trans Week, Chico, CA |
| 2018 | CME Educational Lecture | Rethinking Gender, UCSD Medical School, San Diego, CA |
| 2018 | CME Educational Lecture | Rethinking Gender, UCLA Medical School, Los Angeles, CA |
| 2019 | Symposium | Recognizing the Needs of Transgender Youth, California Department of Corrections and Rehabilitation, Stockton, CA |
| 2019 | Symposium | The Care of Trans and Gender Non-Conforming Youth and Young Adults, Cal State Los Angeles, California |
| 2019 | Symposium | The Care of Trans and Gender Non-Conforming Youth and Young Adults, Claremont Colleges, California |
| 2019 | CME Lecture | Gender Diverse and Transgender Youth, Harbor UCLA Medical Center Grand Rounds, Torrance, CA |
| 2019 | CME Lecture | Gender Dysphoria – Beyond the Diagnosis, Gender Odyssey San Diego, San Diego, CA |
| 2019 | Grand Rounds | Transgender Youth; What's New in 2019?, Children's Hospital Los Angeles, CA |
| 2019 | CME Symposium | Caring for Gender Nonconforming and Transgender Youth, Children's Hospital Orange County, CA |
| 2019 | CME Symposium | Caring for Gender Nonconforming and Transgender Youth, Stanislaus County Behavioral Health and Recovery Services, CA |
| 2019 | CME Eduational Lecture | Rethinking Gender, Olive View Medical Center Grand Rounds, CA |
| 2020 | CME Lecture | Gender Affirmation Through a Social Justice Lens, SAHM Conference, Virtual Presentation |
| 2020 | CME Lecture | Introduction to the Care of Gender Diverse and Transgender Youth, AAP Conference, Virtual Lecture |
| 2020 | CME Lecture | Conversations with LGBTQ youth; the role of the pediatrician, AAP Conference, Virtual Lecture |

| 2020 | Grand Rounds | Creating Affirming Environments for Trans and Gender Diverse Patients, USC OB/Gyn Grand Rounds, Virtual Presentation |
|------|--------------|---------------------------------------------------------------------------------------------------------------------|
| 2020 | CME Lecture | Introduction to the Care of Gender Diverse and Transgender Youth, Resident Lecture, CHLA |
| 2020 | CME Lecture | Introduction to the Care of Gender Diverse and Transgender Youth, Facey Medical Group, Los Angeles, CA |
| 2020 | Plenary Lecture | Reframing Gender Dysphoria, LEAH Conference, Los Angeles, CA |
| 2020 | CME Lecture | Gender Affirming Care for Pre and Peri-pubertal Trans and Gender Diverse Youth, LEAH Conference, Los Angeles, CA |
| 2020 | CME Lecture | Introduction to the Care of Gender Diverse and Transgender Youth, Division of Endocrinology, USC, Los Angeles, CA |
| 2021 | CME Lecture | Transitioning from Invalidation and Trauma to Gender Affirming Care; ACCM Grand Rounds, Children's Hospital Los Angeles, Virtual presentation |
| 2021 | CME Symposium | TransYouth Care; Transfamily Support San Diego, Virtual Symposium |
| 2021 | Symposium | TransYouth Care for Parents; Santa Clara, CA |
| 2022 | CME Lecture | Gender affirming medical interventions; An Evolving landscape, Critical Issues in Child and Adolescent Mental Health Conference, San Diego, California |
| 2022 | CME Symposium | TransYouth Care for Mental Health Providers; Santa Clara, CA |
| 2022 | CME Symposium | TransYouth Care; Transfamily Support San Diego, Virtual Symposium |
| 2023 | CME Lecture | Transgender Patients, Unique Considerations, Scripps Mercy Hospital, Virtual Symposium, Aug 2023 |

**International Lectures**

| Date | Type | Title, Location |
|------|------|-----------------|
| 2013 | Keynote | Caring for Gender Non-conforming Children and Adolescents in the New Millennium, Vancouver, Canada |
| 2016 | CME; professional conference | Social Transitions in Pre-pubertal Children; What do we know? World Professional Association of Transgender Health, Amsterdam, The Netherlands |
| 2016 | CME; professional conference | Beyond Male and Female; Approach to Youth with Non-Binary Gender Identities, World Professional Association of Transgender Health, Amsterdam, The Netherlands |
| 2016 | CME; professional conference | Workgroup on Gender Nonconforming/Transgender Youth: Biopsychosocial Outcomes and Development of Gender Identity, World Professional Association of Transgedner Health, Amsterdam, The Netherlands |
| 2017 | Invited Lecture | Gender Dysphoria, Beyond the Diagnosis, Pink Competency, Oslo Norway |

| 2017 | Invited Lecture | Caring for Gender Non-Conforming Children and Transgender Adolescents: A United States Perspective, Pink Competency, Oslo Norway |
|---|---|---|
| 2017 | Invited Lecture | Caring for Gender Non-conforming and Transgender youth and Young Adults, Diverse Families Forum: The Importance of Family Support in The Trans And LGBT Children, Organized by COPRED and The International Association Of Families For Diversity (FDS), Mexico City, Mexico |
| 2018 | Invited Lecture | Chest Reconstruction and Chest Dysphoria in Transmasculine Adolescents and Young Adults: Comparison of Nonsurgical and Postsurgical Cohorts, Buenos Aires, Argentina |
| 2018 | Invited Lecture | Transgender Youth and Gender Affirming Hormones; A 6-8 year follow-up, Buenos Aires, Argentina |
| 2018 | Invited Lecture | Transyouth Care – An NIH Multisite Study About the Impact of Early Medical Treatment in Transgender Youth in the US, Buenos Aires, Argentina |
| 2018 | Invited Lecture | Uso de Hormonas Reaffirmantes de Genero en Adolescentes Transgenero, Trans Amor Congreso Nacional de Transexualidad Juvenil y Infantos, Monterey, Mexico |
| 2018 | Invited Lecture | Bloquedores de la Pubertad, Trans Amor Congreso Nacional de Transexualidad Juvenil y Infantos, Monterey, Mexico |
| 2018 | CME Educational Lecture | Puberty Blockers and Gender Affirming Hormones for Transgender Youth: What Do We Know, and What Have We Learned, Pediatric Academic Societies, Toronto, Canada |
| 2019 | Grand Rounds | Rethinking Gender, Grand Rounds, The Hospital for Sick Children, Toronto, Canada |
| 2019 | Keynote | ***Gender Dysphoria; Beyond the Diagnosis,*** Promoting Innovation and Collaboration to Support Gender Diverse Youth Conference, The Hospital for Sick Children, Toronto, Canada, December 2019 |
| 2019 | Invited Lecture | Hormonas que Affirman el Genero pasa Juventud y Adultos Menores Trans, Transformando Desde el Amor y Las Familias, Colombia |
| 2019 | Invited Lecture | Infancia Trans y da Genero Diverso, Transformando Desde el Amor y Las Familias, Colombia |
| 2019 | Invited Lecture | Transgender Youth: Medical and Mental Health Needs, Bristol, United Kingdom |
| 2019 | Invited Lecture | Rethinking Gender, University of Bristol, United Kingdom |
| 2019 | CME; professional conference | Male Chest Reconstruction and Chest Dysphoria in Transmasculine Adolescents and Young Adults, European Professional Association of Transgender Health, Rome Italy |
| 2019 | CME; professional conference | Transgender Youth and Gender Affirming Hormones; 5-7 Year Follow Up, European Professional Association of Transgender Health, Rome Italy |
| 2019 | CME Educational Lecture | Gender Dysphoria; Beyond the Diagnosis, European Professional Association of Transgender Health, Rome Italy |

| 2022 | Plenary Session | The Landscape of Gender Affirming Care for Youth in the US, AusPATH, Virtual |
| 2022 | CME; professional conference | Emotional Functioning of Adolescents with Gender Dysphoria After Two Years of Treatment; WPATH Conference, Montreal, Canada |
| 2022 | CME; Professional Conference | Creating Enduring Materials; WPATH Conference, Montreal, Canada |

**Keynote/Plenary Presentations**

| *Date* | *Type* | *Title, Location* |
|---|---|---|
| 2015 | Keynote | The Future of Trans Care in the New Millennium, Gender Infinity Conference, Houston, Texas |
| 2016 | Plenary Session | Caring for Trans Youth and Gender Non-Conforming Children, Transgender Spectrum Conference, St. Louis, Missouri |
| 2017 | Invited Lecture | Rethinking Gender, Keynote, Annual Convocation Welcome Luncheon for the LGBTA Community, University of Massachusetts, Worcester, Massachusetts, 2017 |
| 2018 | Keynote | Future Directions, USPATH, Washington DC |
| 2019 | Keynote | Gender Dysphoria; A Deeper Dive Beyond the Diagnosis, Inaugural LGBTQ summit, Santa Clara CA |
| 2021 | CME; professional conference | Advances and Challenges in the Care of Transgender/Gender Diverse Youth; USPATH Conference, Virtual presentation |
| 2022 | Keynote | Gender Affirmation Through a Social Justice Lens, Indiana University School of Medicine |
| 2022 | Invited Lecture | Transgender and Non-Binary Youth, Supporting the Well-Being of LGBTQ Youth Certificate Program Center for Juvenile Justice Reform Georgetown University, virtual training |
| 2022 | Invited Lecture | Transgender and Non-Binary Youth, Young Women's Career Conference (YWCC) for the Girls Academic Leadership Academy; virtual lecture |
| 2023 | Invited Lecture | |

<u>PUBLICATIONS:</u>

\* INDICATES TRAINEES
\*\* INDICATE YOURSELF AS CO-FIRST OR CO-CORRESPONDING OR SENIOR AUTHORS

REFEREED JOURNAL ARTICLES:
1. Belzer M, Sanchez K, **Olson J**, Jacobs AM, Tucker D. Advance supply of emergency contraception: a randomized trial in adolescent mothers. J Pediatr Adolesc Gynecol. 2005 Oct;18(5):347-54. PubMed PMID: 16202939.

2. Puccio JA, Belzer M, **Olson J**, Martinez M, Salata C, Tucker D, Tanaka D. The use of cell phone reminder calls for assisting HIV-infected adolescents and young adults to adhere to highly active antiretroviral therapy: a pilot study. AIDS Patient Care STDS. 2006 Jun;20(6):438-44. PubMed PMID: 16789857.

3. **Olson J\*\*,** Forbes C, Belzer M. Management of the transgender adolescent. Arch Pediatr Adolesc Med. 2011 Feb;165(2):171-6. doi: 10.1001/archpediatrics.2010.275. Review. PubMed PMID: 21300658.

4. Simons L\*, Schrager SM, Clark LF, Belzer M, **Olson J\*\*.** Parental support and mental health among transgender adolescents. J Adolesc Health. 2013 Dec;53(6):791-3. DOI: 10.1016/j.jadohealth.2013.07.019. Epub 2013 Sep 4. PubMed PMID: 24012067; PubMed Central PMCID: PMC3838484.

5. Belzer ME, Naar-King S, **Olson J**, Sarr M, Thornton S, Kahana SY, Gaur AH, Clark LF; Adolescent Medicine Trials Network for HIV/AIDS Interventions. The use of cell phone support for non-adherent HIV-infected youth and young adults: an initial randomized and controlled intervention trial. AIDS Behav. 2014 Apr;18(4):686-96. doi: 10.1007/s10461-013-0661-3. PubMed PMID: 24271347; PubMed Central PMCID: PMC3962719.

6. **Olson J\*\*,** Garofalo R. The peripubertal gender-dysphoric child: puberty suppression and treatment paradigms. Pediatr Ann. 2014 Jun;43(6):e132-7. doi: 10.3928/00904481-20140522-08. PMID: 24972421.

7. **Olson J\*\*,** Schrager SM, Clark LF, Dunlap SL, Belzer M. Subcutaneous Testosterone: An Effective Delivery Mechanism for Masculinizing Young Transgender Men. LGBT Health. 2014 Sep;1(3):165-7. doi: 10.1089/lgbt.2014.0018. Epub 2014 Jun 26. PMID: 26789709.

8. Schrager SM, **Olson J,** Beharry M\*, Belzer M, Goldsich K\*, Desai M, Clark LF. Young men and the morning after: a missed opportunity for emergency contraception provision? J Fam Plann Reprod Health Care. 2015 Jan;41(1):33-7. doi: 10.1136/jfprhc-2013-100617. Epub 2014 Jan 24. PubMed PMID: 24465024.

9. Belzer M, Kolmodin MacDonell K, Clark L, Huang J, **Olson J**, Kahana S, Naar S, Sarr M, Thornton S. Acceptability and Feasibility of a Cell Phone Support Intervention for Youth Living with HIV with Nonadherence to Antiretroviral Therapy, AIDS Patient Care and STDs, Vol. 29, No. 6, June 2015: 338-345. doi: 10.1089/apc.2014.0282; PMID: 25928772

10. Klein DA, Ellzy JA, **Olson J\*\*.** Care of a Transgender Adolescent. Am Fam Physician. 2015 Jul 15;92(2):142-8. PMID: 26176373.

11. **Olson J\*\*,** Schrager SM, Belzer M, Simons LK\*, Clark LF. Baseline Physiologic and Psychosocial Characteristics of Transgender Youth Seeking Care for Gender Dysphoria. J Adolesc Health. 2015 Oct;57(4):374-80. doi: 10.1016/j.jadohealth.2015.04.027. Epub 2015 Jul 21. PMID: 26208863; PMCID: PMC5033041.

12. **Olson-Kennedy J\*\*,** Cohen-Kettenis PT, Kreukels BP, Meyer-Bahlburg HF, Garofalo R, Meyer W, Rosenthal SM. Research priorities for gender nonconforming/transgender youth: gender identity development and biopsychosocial outcomes. Curr Opin Endocrinol Diabetes Obes. 2016 Apr;23(2):172-9. doi: 10.1097/MED.0000000000000236. PMID: 26825472; PMCID: PMC4807860.

13. **Olson-Kennedy J\*\*,** Okonta V, Clark LF, Belzer M. Physiologic Response to Gender-Affirming Hormones Among Transgender Youth. J Adolesc Health. 2018 Apr;62(4):397-401. doi: 10.1016/j.jadohealth.2017.08.005. Epub 2017 Oct 19. PMID: 29056436; PMCID: PMC7050572.

14. **Olson-Kennedy J**\**, Warus J\*, Okonta V, Belzer M, Clark LF. Chest Reconstruction and Chest Dysphoria in Transmasculine Minors and Young Adults: Comparisons of Nonsurgical and Postsurgical Cohorts. JAMA Pediatr. 2018 May 1;172(5):431-436. doi: 10.1001/jamapediatrics.2017.5440. PMID: 29507933; PMCID: PMC5875384.

15. Sayegh CS, MacDonell KK, Clark LF, Dowshen NL, Naar S, **Olson-Kennedy J**, van den Berg JJ, Xu J, Belzer M. The Impact of Cell Phone Support on Psychosocial Outcomes for Youth Living with HIV Nonadherent to Antiretroviral Therapy. AIDS Behav. 2018 Oct;22(10):3357-3362. doi: 10.1007/s10461-018-2192d-4. PMID: 29948339; PMCID: PMC6530981.

16. Pang KC, Notini L, McDougall R, Gillam L, Savulescu J, Wilkinson D, Clark BA, **Olson-Kennedy J**, Telfer MM, Lantos JD. Long-term Puberty Suppression for a Nonbinary Teenager. Pediatrics. 2020 Feb;145(2):e20191606. doi: 10.1542/peds.2019-1606. PMID: 31974217.

17. **Olson-Kennedy J**\**, Chan YM, Garofalo R, et al. Impact of Early Medical Treatment for Transgender Youth: Protocol for the Longitudinal, Observational Trans Youth Care Study. JMIR Res Protoc. 2019;8(7):e14434. Published 2019 Jul 9. doi:10.2196/14434; PMID: 31290407

18. Rider, G. N., Berg, D., Pardo, S. T., **Olson-Kennedy, J.**, Sharp, C., Tran, K. M., Calvetti, S., & Keo-Meier, C. L. (2019). Using the Child Behavior Checklist (CBCL) with transgender/gender nonconforming children and adolescents. *Clinical Practice in Pediatric Psychology, 7*(3), 291–301. https://doi.org/10.1037/cpp0000296

19. **Olson-Kennedy J**\**, Chan YM, Rosenthal S, Hidalgo MA, Chen D, Clark L, Ehrensaft D, Tishelman A, Garofalo R. Creating the Trans Youth Research Network: A Collaborative Research Endeavor. Transgend Health. 2019 Nov 1;4(1):304-312. doi: 10.1089/trgh.2019.0024. PMID: 31701011; PMCID: PMC6830532.

20. Lee JY, Finlayson C, **Olson-Kennedy J**, Garofalo R, Chan YM, Glidden DV, Rosenthal SM. Low Bone Mineral Density in Early Pubertal Transgender/Gender Diverse Youth: Findings from the Trans Youth Care Study. Journal of the Endocrine Society. 2020 September 1;4(9):bvaa065. PMID: 32832823; PMCID: PMC7433770; DOI: 10.1210/jendso/bvaa065

21. Millington K, Schulmeister C, Finlayson C, Grabert R, **Olson-Kennedy J**, Garofalo R, Rosenthal SM, Chan YM. Physiological and Metabolic Characteristics of a Cohort of Transgender and Gender-Diverse Youth in the United States. J Adolesc Health. 2020 Sep;67(3):376-383. doi: 10.1016/j.jadohealth.2020.03.028. Epub 2020 May 14. PMID: 32417098; PMCID: PMC7483238.

22. Pang KC, Notini L, McDougall R, Gillam L, Savulescu J, Wilkinson D, Clark BA, **Olson-Kennedy J**, Telfer MM, Lantos JD. Long-term Puberty Suppression for a Nonbinary Teenager. Pediatrics. 2020 Feb;145(2):e20191606. doi: 10.1542/peds.2019-1606. PMID: 31974217.

23. **Olson-Kennedy J**\**, Streeter LH\*, Garofalo R, Chan YM, Rosenthal SM. Histrelin Implants for Suppression of Puberty in Youth with Gender Dysphoria: A Comparison of 50 mcg/Day (Vantas) and 65 mcg/Day (SupprelinLA). Transgender health. 2021 February;6(1):36-42. PMID:33644320; PubMed Central PMCID: PMC7906230; DOI:10.1089/trgh.2020.0055.

24. Millington K, Finlayson C, **Olson-Kennedy J**, Garofalo R, Rosenthal SM, Chan YM. Association of High-Density Lipoprotein Cholesterol With Sex Steroid Treatment in Transgender

and Gender-Diverse Youth. JAMA pediatrics. 2021 May 1;175(5):520-521. PMID: 33587098; PMCID: PMC7885095; DOI: 10.1001/jamapediatrics.2020.5620.

25. Chen D, Abrams M, Clark L, Ehrensaft D, Tishelman AC, Chan YM, Garofalo R, **Olson-Kennedy J**, Rosenthal SM, Hidalgo MA. Psychosocial Characteristics of Transgender Youth Seeking Gender-Affirming Medical Treatment: Baseline Findings from the Trans Youth Care Study. The Journal of adolescent health: official publication of the Society for Adolescent Medicine. 2021 June;68(6):1104-1111. PMID: 32839079; PMCID: PMC7897328; DOI: 10.1016/j.jadohealth.2020.07.033.

26. Julian JM, Salvetti B, Held JI, Murray PM, Lara-Rojas L, **Olson-Kennedy J\*\***. The Impact of Chest Binding in Transgender and Gender Diverse Youth and Young Adults. J Adolesc Health. 2021 Jun;68(6):1129-1134. doi: 10.1016/j.jadohealth.2020.09.029. Epub 2020 Oct 27. PMID: 33121901.c

27. Millington, K., et al. (2022). "The effect of gender-affirming hormone treatment on serum creatinine in transgender and gender-diverse youth: implications for estimating GFR." Pediatr Nephrol **37**(9): 2141-2150. PMID: 35083530

28. Schulmeister C, Millington K, Kaufman M, Finlayson C, **Olson-Kennedy J**, Garofalo R, Chan YM, Rosenthal SM. Growth in Transgender/Gender-Diverse Youth in the First Year of Treatment With Gonadotropin-Releasing Hormone Agonists. J Adolesc Health. 2022 Jan;70(1):108-113. doi: 10.1016/j.jadohealth.2021.06.022. Epub 2021 Jul 24. PMID: 34315674; PMCID: PMC9673472.

29. Chen, D., Berona J, Yee-Ming C, Ehrensaft D, Garofalo R, Hidalgo M, Rosenthal S, Tishelman A, **Olson-Kennedy J** (2023). "Psychosocial Functioning in Transgender Youth after 2 Years of Hormones." New England Journal of Medicine **388**(3): 240-250. PMID: 36652355

30. Conn BM, Chen D, **Olson-Kennedy J**, Chan YM, Ehrensaft D, Garofalo R, Rosenthal SM, Tishelman A, Hidalgo MA. High Internalized Transphobia and Low Gender Identity Pride Are Associated With Depression Symptoms Among Transgender and Gender-Diverse Youth. J Adolesc Health. 2023 Jun;72(6):877-884. doi: 10.1016/j.jadohealth.2023.02.036. Epub 2023 Apr 10. PMID: 37045610; PMCID: PMC10243649.

31. Ashley F, Tordoff D, **Olson-Kennedy J**, Restar A, (2023) Randomized-controlled trials are methodologically inappropriate in adolescent transgender healthcare, International Journal of Transgender Health, DOI: 10.1080/26895269.2023.2218357

32. Vance SR Jr, Chen D, Garofalo R, Glidden DV, Ehrensaft D, Hidalgo M, Tishelman A, Rosenthal SM, Chan YM, **Olson-Kennedy J**, Sevelius J. Mental Health and Gender Affirmation of Black and Latine Transgender/Nonbinary Youth Compared to White Peers Prior to Hormone Initiation. J Adolesc Health. 2023 Aug 22:S1054-139X(23)00333-6. doi: 10.1016/j.jadohealth.2023.06.022. Epub ahead of print. PMID: 37610390.

33. Dunlap, S.L., Goldbach, J.T., **Olson-Kennedy, J**. *et al.* "How in God's Name Are We Going to Navigate This?": Parent Support for Transgender Adolescents. *J Child Fam Stud* (2023). https://doi.org/10.1007/s10826-023-02649-2

## REFEREED REVIEWS, CHAPTERS, AND EDITORIALS:

1. Belzer ME, **Olson J\*\***. Adherence in Adolescents: A Review of the literature. Adolescent Medicine: State of the Art Reviews.  Evaluation and Management of Adolescent Issues. American Academy of Pediatrics 2008:1999-117.

2. Hidalgo M, Ehrensaft E, Tishelman A, Clark LF, Garofalo R, Rosenthal SM, Spack NP, **Olson J**; The Gender Affirmative Model: What We Know and What We Aim to Learn. *Human Development* 1 October 2013; 56 (5): 285–290. https://doi.org/10.1159/000355235

3. Forcier M, **Olson J\*\***, Transgender and Gender Nonconforming Youth, AM:STARs Hot Topics in Adolescent Health: Adolescent Medicine State of the Art Reviews, 25(2), August 2014 American Academy of Pediatrics Section on Adolescent Health; PMID: 27132320

4. **Olson J\*\*,** Transgender Youth and Young Adults. In: Neinstein's Adolescent and Young Adult Health Care: A Practical Guide, 6th edition, Lippincott Williams and Wilkins, 2015

5. **Olson-Kennedy J\*\***. Mental Health Disparities Among Transgender Youth: Rethinking the Role of Professionals. JAMA Pediatr. 2016 May 1;170(5):423-4. doi: 10.1001/jamapediatrics.2016.0155. PMID: 26998945.

6. Clark BA, Virani A, Ehrensaft D, **Olson-Kennedy J**. Resisting the Post-Truth Era: Maintaining a Commitment to Science and Social Justice in Bioethics. Am J Bioeth. 2019 Jul;19(7):W1-W3. doi: 10.1080/15265161.2019.1618951. PMID: 31237512.

7. **Olson-Kennedy J\*\*.** The Care of Gender Non-Conforming and Transgender Youth. Lavin N, Manual of Endocrinology and Metabolism, 5th Edition, Wolters Kluwer, 2019

8. **Olson-Kennedy J\*\***. When the Human Toll of Conversion Therapy Is Not Enough. JAMA Pediatr. 2022 May 1;176(5):450-451. doi: 10.1001/jamapediatrics.2022.0049. PMID: 35254396.

9. Turban JL, Brady C, **Olson-Kennedy J**. Understanding and Supporting Patients with Dynamic Desires for Gender-Affirming Medical Interventions. *JAMA Netw Open.* 2022;5(7):e2224722. doi:10.1001/jamanetworkopen.2022.24722; PMID: 35877127

## NON-REFEREED JOURNAL ARTICLES, REVIEWS, OR OTHER COMMUNICATIONS:

1. **Olson, J\*\*.** Lesbian, gay, bisexual, transgender, queer youth and the internet- a virtual closet or cornucopia? – California Pediatrician, Jan 2011

2. Hildago MA, Ehrensaft D, Tishelman AC, Clark LF, Garofalo R, Rosenthal SM, Spack NP, **Olson J\*\*.** The gender affirmative model: What we know and what we aim to learn. *Human Development*, 2013, 3: 285-290. Edited manuscript; senior author

3. **Olson-Kennedy, J\*\*,** 2018. "Hot Topics and Fresh Paradigms in Gender, Diversity, and Care", AM:STARs: LGBTQ Youth: Enhancing Care For Gender and Sexual Minorities, American Academy of Pediatrics Section on Adolescent Health

4. **Olson J\*\*,** Forcier M, Overview of the management of gender nonconformity in children and adolescents, In: UpToDate, Post TW (Ed), UpToDate, Waltham, MA Role: co-first authored manuscript – drafting and editing.

5. Forcier M, **Olson J\*\*,** Overview of gender development and clinical presentation of gender nonconformity in children and adolescents, In: UpToDate, Post TW (Ed), UpToDate, Waltham, MA. Role: co-first authored manuscript – drafting and editing.

**ABSTRACTS AND PRESENTATIONS:**

1. Beharry M\*, **Olson J\*\*,** Men and the Morning After, poster presented at the Society for Adolescent Health and Medicine, Toronto, 2010.

2. **Olson J\*\*,** Clark L, Schrager S, Simons L, Belzer M, Baseline Characteristics Of Transgender Youth Naïve To Cross Sex Hormone Therapy, J Adol Health, February 2013 (Vol. 52, Issue 2, Supplement 1, Pages S35-S36, DOI: 10.1016/j.jadohealth.2012.10.086)

3. **Olson J,** Transgender Youth; An Overview of Medical and Mental Health Needs of Gender Non-conforming Children and Transgender Adolescents, Models of Pride, Los Angeles LGBT Center's LifeWorks, Los Angeles, CA, 2014

4. **Olson J,** Transitioning Teens and the Adolescent Experience, Gender Spectrum Family Conference, Gender Spectrum, Moraga, CA, 2014

5. **Olson J,** Outside of the Gender Binary: Defining and Caring for Non-Binary Identified Youth, Gender Spectrum Family Conference, Gender Spectrum, Moraga, CA, 2014

6. **Olson J,** Medical Care of Transgender Adolescents, Cross sex Hormones, Gender Infinity Conference, Houston, TX, 2014

7. **Olson J,** Cross Sex Hormone Therapy for Transgender Teens, Southern Comfort Conference, Atlanta, GA, 2014

8. **Olson J,** Puberty Suppression, Southern Comfort Conference, Atlanta, GA, 2014

9. **Olson J,** Medical Treatment of Gender Nonconforming and Transgender Youth, Chico Trans\* Week, Stonewall Alliance & Chico California Association of Marriage and Family Therapists, Chico, CA

10. **Olson J,** Transgender Youth 101, Stonewall LGBT Health Symposium, Los Angeles, CA, 2014

11. **Olson J,** Gender Non-conforming Children and Transgender Adolescents, EDGY Conference, Los Angeles, CA, 2015

12. **Olson J**, Gender Non-conforming Children and Transgender Teens, Chico Trans Week, Stonewall Alliance Center of Chico, Chico, CA, 2015

13. **Olson J**, Cross-sex Hormones for Transgender Youth, Transgender Health and Education Alliance Family Conference, Atlanta, Georgia, 2015

14. **Olson J**, Puberty Suppression in Gender Non-conforming Children, Gender Odyssey Conference, Gender Odyssey, Seattle, WA, 2014

15. **Olson J**, Cross sex Hormones, Gender Odyssey Conference, Gender Odyssey, Seattle, WA, 2014

16. **Olson J**, Just a Boy, Just a Girl, Gender Spectrum, Gender Spectrum Professional Conference, Moraga, California, 2015

17. **Olson J**, Transition for Teens and Young Adults, Gender Infinity Provider and Advocacy Day, Gender Infinity Conference, Houston, TX, 2015

18. **Olson J**, Puberty Blockers and Hormone Therapy, Gender Infinity Conference, Houston, TX, 2015

19. **Olson J**, Just a Boy, Just a Girl; Gender Odyssey Conference, Seattle, WA, 2015

20. **Olson J**, Puberty Blockers and Cross Sex Hormones, Gender Odyssey Conference, Seattle, WA, 2015

21. **Olson J**, Outside of the Binary, Gender Odyssey Conference, Seattle, WA, 2015

22. **Olson J**, Outside of the Gender Binary: Defining and Caring for Non-Binary Identified Youth, Gender Spectrum, Gender Spectrum Family Conference, Moraga, CA, 2015

23. **Olson, J**, Caring for Youth with Gender Dysphoria, Pediatric Academic Societies Annual Meeting, Pediatric Academic Societies, San Diego, California, 2015

24. **Olson-Kennedy J,** Parents of Trans and Gender Fluid Youth, Models of Pride, Los Angeles, CA, 2016

25. **Olson-Kennedy J,** Caring for Gender Nonconforming and Transgender Youth, Intersections in Queer Health, SoCal LGBT Health Conference, Irvine, CA, 2016

26. **Olson-Kennedy J,** Outside of the Binary; Care for Non-Binary Adolescents and Young Adults, US Professional Association of Transgender Health, Los Angeles, CA, 2016

27. **Olson-Kennedy J,** Gender Nonconforming Children and Adolescents, AAP National Conference, San Francisco, California, 2016

28. **Olson-Kennedy J,** Masculinizing Hormone Therapy, Gender Infinity, Houston Texas, 2016

29. **Olson-Kennedy J,** Just a Boy, Just a Girl, Houston, Gender Infinity, Houston Texas, 2016

30. **Olson-Kennedy J,** Puberty Blockers, Houston, Gender Infinity, Houston Texas, 2016

31. **Olson-Kennedy J,** Gender Affirming Hormone Therapy for Adolescents and Young Adults, Gender Infinity, Houston Texas, 2016

32. **Olson-Kennedy J,** Feminizing Hormone Therapy, Gender Infinity, Houston Texas, 2016

33. **Olson-Kennedy J,** Models of Care & Legal Issues Related to Consent, Gender Infinity, Houston Texas, 2016

34. **Olson-Kennedy J,** Defining and Caring for Non-binary Identified Youth, Gender Infinity, Houston   Texas, 2016

35. **Olson-Kennedy J,** Beyond Male and Female; Approach to Youth with Non-Binary Gender Identities; Gender Spectrum, Moraga, California, 2016

36. **Olson-Kennedy J,** Meier, C, TYFA Research: Demographics of a US sample of Two Cohorts of Gender Non-conforming Children, Gender Odyssey, Seattle, WA 2016

37. **Olson-Kennedy J,** Gender Affirming Hormones; Gender Odyssey, Seattle, WA 2016

38. **Olson-Kennedy J,** Beyond Male and Female; Approach to Youth with Non-Binary Gender Identities; Gender Odyssey, Seattle, WA, 2016

39. **Olson-Kennedy J,** Puberty Suppression; What When and How?; Gender Odyssey, Seattle, WA, 2016

40. **Olson-Kennedy J,** Care of Gender Nonconforming Children and Adolescents, Southeastern Transgender Health Summit, Asheville, North Carolina, 2016

41. **Olson-Kennedy J,** Puberty Suppression in the United States; practice models, lessons learned, and unanswered questions, US Professional Association of Transgender Health, Los Angeles, CA 2017

42. **Olson-Kennedy J,** Puberty Suppression in the United States; practice models, lessons learned, and unanswered questions, US Professional Association of Transgender Health, Los Angeles, CA 2017

43. **Olson-Kennedy J,** "Just a Boy, Just a Girl" Gender Infinity, Houston TX 2017

44. **Olson-Kennedy J,** Chest Dysphoria – The Impact of Male Chest Reconstruction, Gender Infinity, Houston TX 2017

45. **Olson-Kennedy J,** Outside of the Binary; Care for Non-Binary Adolescents and Young Adults, Gender Infinity, Houston TX 2017

46. **Olson-Kennedy J,** Puberty Blockers; What, When and How, Gender Infinity, Houston TX 2017

47. **Olson-Kennedy J,** Gender Non-Conforming Children and Transgender Youth; Integrated Care Conference, Los Angeles, CA, 2017

48. **Olson-Kennedy J,** Gender Non-Conforming and Transgender Children and Adolescents; A Multidisciplinary Approach, California Psychiatric Association Annual Conference, Yosemite, CA, 2017

49. **Olson-Kennedy J,** Gender Dysphoria; Beyond the Diagnosis, Models of Pride, Los Angeles, CA

50. **Olson-Kennedy J,** Puberty Delay and Cross Hormones for Trans* Youth, Models of Pride, Los Angeles, CA

51. **Olson-Kennedy J,** Masculinizing Hormones, Central Texas Transgender Health Conference, Austin, TX, 2017

52. **Olson-Kennedy J,** Children, Youth, Families and Hormone Blockers, Central Texas Transgender Health Conference, Austin, TX, 2017

53. **Olson-Kennedy J,** "Just a Boy, Just a Girl" Gender Infinity, Houston TX, 2017

54. **Olson-Kennedy J,** Chest Dysphoria – The Impact of Male Chest Reconstruction, Gender Odyssey Professional Symposium, Seattle, WA, 2017

55. **Olson-Kennedy J,** Puberty Delay and Cross Hormones for Transyouth, Gender Odyssey Professional Symposium, Seattle, WA, 2017

56. **Olson-Kennedy J**, Olson-Kennedy A, Just a Girl, Just a Boy, Gender Odyssey Professional Symposium, Pasadena, CA, 2017

57. **Olson-Kennedy J**, Puberty Blockers and Cross Sex Hormones, Gender Odyssey, Pasadena, CA, 2017

58. **Olson-Kennedy J**, Olson-Kennedy A, Gender Dysphoria, Gender Spectrum Family Conference, Moraga, CA, 2017

59. **Olson-Kennedy J**, Rethinking Gender, Chico TransGNC Week, Chico, CA, 2017

60. **Olson-Kennedy J**, Caring for Gender Non-Conforming and Transgender Youth, Chico TransGNC Week, Chico, CA, 2017

61. **Olson-Kennedy J**, Puberty Suppression in the United States; practice models, lessons learned, and unanswered questions, US Professional Association of Transgender Health, Los Angeles, CA, 2017

62. **Olson-Kennedy J**, The Impact of Male Chest Reconstruction on Chest Dysphoria in Transmasculine Adolescents and Young Men; A Preliminary Study, US Professional Association of Transgender Health, Los Angeles, CA, 2017

63. **Olson-Kennedy J**, Outside of the Binary; Care for Non-Binary Adolescents and Young Adults, US Professional Association of Transgender Health, Los Angeles, CA, 2017

64. **Olson-Kennedy J**, Olson-Kennedy A, Gender Dysphoria: Beyond the Diagnosis, Center for Juvenile Justice Reform Supporting the Well-Being of LGBTQ Youth Certificate Program, Washington DC, 2018

65. **Olson-Kennedy J**, Olson-Kennedy A, Gender Dysphoria; Beyond the Diagnosis; Midwest LGBTQ Health Symposium, Chicago, IL, 2018

66. **Olson-Kennedy J**, Puberty Suppression and Gender Affirming Hormones, Gender Fest, Las Vegas, NV, 2018

67. **Olson-Kennedy J**, Gender Dysphoria; Beyond the Diagnosis, Gender Odyssey Family Conference, Seattle WA, 2018

68. **Olson-Kennedy J**, Gender Affirming Hormone Therapy for Transmasculine Adolescents and Young Adults, Gender Infinity, Houston, TX, 2018

69. **Olson-Kennedy J**, Outside of the Binary; Care for Non-Binary Adolescents and Young Adults, Gender Infinity, Houston, TX, 2018

70. **Olson-Kennedy J**, Chest Dysphoria and the Impact of Chest Reconstruction, Gender Infinity, Houston, TX, 2018

71. **Olson-Kennedy J**, Olson-Kennedy A, Landon S, Just a Girl, Just a Boy, Gender Infinity, Houston, TX, 2018

72. **Olson-Kennedy J**, Hormones 201: More than Testosterone and Estrogen, Gender Odyssey Professional Symposium, WA, 2018

73. **Olson-Kennedy J**, Puberty Suppression: What, When, and How, Gender Odyssey Family Conference, Seattle WA, 2018

74. **Olson-Kennedy J**, Gender Google; Gender Odyssey Family Conference, Seattle WA, 2018

75. **Olson-Kennedy J**, Male Chest Reconstruction and Chest Dysphoria in Transmasculine Minors and Young Adults, Gender Odyssey Professional Symposium, WA, 2018

76. **Olson-Kennedy J**, Mosser S, Chest Surgery, Gender Spectrum, Moraga, CA 2018

77. **Olson-Kennedy J**, Olson-Kennedy A, Understanding Gender Dysphoria, Gender Spectrum, Moraga, CA 2018

78. **Olson-Kennedy J**, Puberty Suppression and Gender Affirming Hormones, Gender Odyssey, Los Angeles, CA, 2018

79. **Olson-Kennedy J**, Olson-Kennedy A, Gender Dysphoria – Beyond the Diagnosis, Gender Odyssey, Los Angeles, CA, 2018

80. **Olson-Kennedy J**, Olson-Kennedy A, Transyouth Care – Self-reflection on Personal Biases and Their Impact on Care, Society for Adolescent Health and Medicine, Seattle WA, 2018

81. **Olson-Kennedy J**, Rethinking Gender, Society for Adolescent Health and Medicine, Seattle WA, 2018

82. **Olson-Kennedy J**, Providing 360 degree transgender hormone therapy: beyond the protocols, Medical Directors Council (MeDC) 14th Annual Clinical Update in Reproductive Health and Medical Leadership, Snowbird, Utah, 2018

83. **Olson-Kennedy J**, Olson-Kennedy A, Gender Dysphoria: Beyond the Diagnosis, Gender Education and deMystification Symposium, Salt Lake City, Utah, 2018

84. **Olson-Kennedy J**, Rethinking Gender, SoCal LGBTQIA Health Conference, Los Angeles, CA, 2018

85. **Olson-Kennedy J**, Hormones 201 – Beyond T and E, Gender Odyssey San Diego, San Diego, CA, 2019

86. **Olson-Kennedy J**, Olson-Kennedy A, Landon S, Just a Boy, Just a Girl, Gender Odyssey San Diego, San Diego, CA, 2019

87. **Olson-Kennedy J**, Gender Dysphoria; A Deeper Dive Beyond the Diagnosis, Advance LA Conference, California

88. **Olson-Kennedy J**, Histrelin Implants for Suppression of Puberty in Youth with Gender Dysphoria: a Comparison of 50 mcg/day (Vantas) and 65 mcg/day (SupprelinLA), WPATH Conference, Virtual Presentation, 2020

89. **Olson-Kennedy J**, Chest Reconstruction and Chest Dysphoria in Transmasculine Adolescents and Young Adults, Comparison of Post-surgical and Non-surgical Cohorts, WPATH Conference, Virtual Presentation, 2020

90. **Olson-Kennedy J**, Olson-Kennedy A, Gender Dysphoria: Beyond the Diagnosis, Center for Juvenile Justice Reform Supporting the Well-Being of LGBTQ Youth Certificate Program, Virtual Presentation, 2020


**MEDIA AND TELEVISION APPEARANCES:**

2008, Lost Little Boy, The Dr. Phil Show
2011, My Extraordinary Family, ABC Nightline
2011, Transgender Youth, Rosie O'Donnell's The DOC Club
2011, Adolescents and Bullying, Dr. Drew show
January 2012, Transgender Child: A Parents' Difficult Choice, Our America with Lisa Ling, OWN Network

May 2012, Transgender Teen's Journey From Meghan to Mason "Really, Really Good" NBC, Bruce Hentsel Show

July 2012, Living a Transgender Childhood, Dateline

July 2013, Boy to Girl, One Child's Journey, People Magazine

October 2013, Coy Mathis: One Child's Fight to Change Gender, Rolling Stone Magazine

June 2014, Born This Way: Stories of Young Transgender Children, CBS The Sunday Morning Show

January 2015, Eisenhower Medical Center Hosts Transgender Symposium, Desert Sun

January 2015 Transgender 13-year-old Zoey having therapy, BBC

January 2015, The DeMita Fletcher Family: What We Learned From Our Transgender Son, People.com

January 2015, Driven to Suicide?, People Magazine
April 2015, Transgender Teen Opens Up about Struggles, Journey, ABC 7

April 2015, Transgender community, allies see Jenner interview in positive light, LA Times

April 2015, Bruce Jenner's transgender journey will lead to more understanding, many say, Daily News

April 2015, Fellow Olympian on Bruce Jenner's Transgender Announcement: 'Hardest Thing I Could Ever Imagine' ET Online

April 2015, Local Teens Hopes to Inspire Transgender Youth by Speaking Publicly About Transition, KCBS

May 2015, Boy, You'll Be a Woman Soon, Elle (France)

June 2015, Clinics Serve Transgender Kids, LA Times

July 2015, 'I Am Jazz': Transgender Teen on Grappling with High School, Puberty, ABC/Nightline

July 2015, Transgender experience isn't caused by a hormone imbalance so just give it up already
A new study confirms what researchers have long been saying: Gender dysphoria isn't physiological, Salon

July 2015, New study proves transgender status is not the result of a hormone imbalance, Examiner.com

July 2015, Transgender youth have typical hormone levels, Science Daily

July 2015, Health Effects of Transitioning in Teen Years Remain Unknown, NPR

July 2015, STUDY: Being Young and Trans Is Not the Result of a Hormonal Imbalance

July 2015, Transgender Kids Found to Have No Hormone Abnormalities Contributing To Their Experience, The Advocate

July 2015, No Difference in Hormone Levels of Transgender Youth, Science 2.0

July 2015, Transgender Youth Don't Have Hormone Abnormalities, Doctors Lounge

July 2015, Parenting My Transgender Teen: Britt Rubenstein, Mom-Momstampblog

August 2015, Identifying as a Different Gender, Student Science

August 2015, Inside Vanity Fair: Trans America, Our New Special Issue on Gender Identity and Expression, Vanity Fair

August 2015, Why There's a Medical Crisis for Transgender Youth, The Hollywood Reporter

August 2015, Transgender Medical Crises, Daily Kos

August 2015, Op-ed: Jazz Jennings is TV's Unsung Trans Heroine, Buzz Feed

October 2015, Pausing Puberty with Hormone Blockers May Help Transgender Kids, Fox News

November 2015, Al Jazeera America – Betrayed by their bodies: For trans teens, puberty can be a trauma

November 2015, Daycare workers fired for not acknowledging 6-year-old as transgender boy, Rolling Out.com

Jan/Feb 2016, Young and Transgender, How to Best Help Them Thrive, Scientific American Mind

# Exhibit B

## BIBLIOGRAPHY

Achille, C., Taggart, T., Eaton, N. R., Osipoff, J., Tafuri, K., Lane, A., & Wilson, T. A. (2020). Longitudinal impact of gender-affirming endocrine intervention on the mental health and well-being of transgender youths: preliminary results. *International journal of pediatric endocrinology*, *2020*, 8.

Allen, L.R., Watson, L.B., Egan, A.M., & Moser, C.N. (2019). Well-Being and Suicidality Among Transgender Youth After Gender-Affirming Hormones. *Clinical Practice in Pediatric Psychology*, 7(3), 302-311.

Allen, H.C., Garbe, M.C., Lees, J., Aziz, N., Chaaban, H., Miller, J.L., Johnson, P., & DeLeon, S. (2018). Off-Label Medication use in Children, More Common than We Think: A Systematic Review of the Literature. *The Journal of the Oklahoma State Medical Association*, *111*(8), 776–783.

Almazan, A. N., & Keuroghlian, A. S. (2021). Association Between Gender-Affirming Surgeries and Mental Health Outcomes. *JAMA surgery*, 156(7), 611–618.

American Academy of Child and Adolescent Psychiatry (2019). AACAP Statement Responding to Efforts to ban Evidence-Based Care for Transgender and Gender Diverse Youth. https://www.aacap.org/AACAP/Latest_News/AACAP_Statement_Responding_to_Efforts-to_ban_Evidence-Based_Care_for_Transgender_and_Gender_Diverse.aspx

American Medical Association and GLMA (2019). Health Insurance Coverage for Gender-Affirming Care of Transgender Patients. https://www.ama-assn.org/system/files/2019-03/transgender-coverage-issue-brief.pdf

American Psychiatric Association. (2022). Diagnostic and statistical manual of mental disorders (5th ed., text rev.). Arlington, VA: American Psychiatric Publishing.

American Psychiatric Association. (2013). Diagnostic and Statistical Manual of Mental Disorders (5th ed.). Arlington, VA: American Psychiatric Publishing.

American Psychological Association. (2021). APA Resolution on Gender Identity Change Efforts. https://www.apa.org/about/policy/resolution-gender-identity-change-efforts.pdf

American Psychological Association. (2015). Guidelines for psychological practice with transgender and gender nonconforming people. *American Psychologist*, 70, 832-864.

American Psychological Association. (2008). APA Resolution on Transgender, Gender Identity, and Gender Expression Non-Discrimination. https://www.apa.org/about/policy/resolution-gender-identity.pdf

Ascha, M., Sasson, D. C., Sood, R., Cornelius, J. W., Schauer, J. M., Runge, A., Muldoon, A. L., Gangopadhyay, N., Simons, L., Chen, D., Corcoran, J. F., & Jordan, S. W. (2022). Top Surgery and Chest Dysphoria Among Transmasculine and Nonbinary Adolescents and Young Adults. *JAMA pediatrics*, *176*(11), 1115–1122.

Becker-Hebly, I., Fahrenkrug, S., Campion, F., Richter-Appelt, H., Schulte-Markwort, M., & Barkmann, C. (2021). Psychosocial health in adolescents and young adults with gender dysphoria before and after gender-affirming medical interventions: A descriptive study from the Hamburg Gender Identity Service. *European Child & Adolescent Psychiatry*, 30(11), 1755–1767.

Beemyn, G. (2014). Transgender History in the United States. In L. Erickson-Schroth (Ed.), Trans Bodies, Trans Selves (pp. 1-50). Oxford, New York: Oxford University Press, USA.

Benjamin, H. (1966). The Transsexual Phenomenon. New York: The Julian Press, Inc. Publishers.

Biggs M. (2022). The Dutch Protocol for Juvenile Transsexuals: Origins and Evidence. *Journal of sex & marital therapy*, 1–21. Advance online publication. https://doi.org/10.1080/0092623X.2022.2121238

Brandelli Costa, A. (2019) Formal comment on: Parent reports of adolescents and young adults perceived to show signs of a rapid onset of gender dysphoria. PLoS ONE 14(3): e0212578.

Bullough, B., & Bullough, V. L. (1998). Transsexualism: Historical perspectives, 1952 to present. In D. Denny (Ed.), Current concepts in transgender identity (pp. 15-34). New York: Garland Publishing.

Bustos, V. P., Bustos, S. S., Mascaro, A., Del Corral, G., Forte, A. J., Ciudad, P., Kim, E. A., Langstein, H. N., & Manrique, O. J. (2021). Regret after Gender-affirmation Surgery: A Systematic Review and Meta-analysis of Prevalence. *Plastic and reconstructive surgery. Global open*, *9*(3), e3477.

Byne, W., Karasic, D. H., Coleman, E., Eyler, A. E., Kidd, J. D., Meyer-Bahlburg, H. F. L., … Pula, J. (2018). Gender dysphoria in adults: An overview and primer for psychiatrists. *Transgender Health*, *3*(1), 57-70.

Chen D, Berona J, Chan YM, Ehrensaft D, Garofalo R, Hidalgo MA, Rosenthal SM, Tishelman AC, Olson-Kennedy J. (2023). Psychosocial Functioning in Transgender Youth after 2 Years of Hormones. *New England Journal of Med.* 2023 Jan 19;388(3):240-250.

Chen, D., Simons, L., Johnson, E. K., Lockart, B. A., & Finlayson, C. (2017). Fertility Preservation for Transgender Adolescents. *The Journal of adolescent health: official publication of the Society for Adolescent Medicine*, *61*(1), 120–123.

Chen, D., Hidalgo, M. A., Leibowitz, S., Leininger, J., Simons, L., Finlayson, C., & Garofalo, R. (2016). Multidisciplinary Care for Gender-Diverse Youth: A Narrative Review and Unique Model of Gender-Affirming Care. *Transgender health*, *1*(1), 117–123.

Chew, D., Anderson, J., Williams, K., May, T., & Pang, K. (2018). Hormonal Treatment in Young People With Gender Dysphoria: A Systematic Review. *Pediatrics*, *141*(4), e20173742.

Clayton JA, Tannenbaum C. (2016). Reporting Sex, Gender, or Both in Clinical Research? *JAMA*. 316(18): 1863–1864.

Coleman, E., Radix, A. E., Bouman, W. P., Brown, G. R., de Vries, A. L. C., Deutsch, M. B., Ettner, R., Fraser, L., Goodman, M., Green, J., Hancock, A. B., Johnson, T. W., Karasic, D. H., Knudson, G. A., Leibowitz, S. F., Meyer-Bahlburg, H. F. L., Monstrey, S. J., Motmans, J., Nahata, L., Nieder, T. O., … Arcelus, J. (2022). Standards of Care for the Health of Transgender and Gender Diverse People, Version 8. *International journal of transgender health*, *23*(Suppl 1), S1–S259.

Coleman, E., Bockting, W., Botzer, M., Cohen-Kettenis, P., DeCuypere, G., Feldman, J., ... & Zucker, K. (2012). Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7. *International Journal of Transgenderism*, 13(4), 165-232.

2

Colizzi, M., Costa, R., & Todarello, O. (2014). Transsexual patients' psychiatric comorbidity and positive effect of cross-sex hormonal treatment on mental health: results from a longitudinal study. *Psychoneuroendocrinology*, *39*, 65–73.

Colizzi, M., Costa, R., Pace, V., & Todarello, O. (2013). Hormonal treatment reduces psychobiological distress in gender identity disorder, independently of the attachment style. *The journal of sexual medicine*, *10*(12), 3049–3058.

Colton-Meier, S. L., Fitzgerald, K. M., Pardo, S. T., & Babcock, J. (2011). The effects of hormonal gender affirmation treatment on mental health in female-to-male transsexuals. *Journal of Gay & Lesbian Mental Health*, 15(3), 281-299.

Corda, E., Bandecchi, C., Deiana, V., Pintore, S., Pinna, F., Pusceddu, R., . . . Carpiniello, B. (2016). Body image and gender role perceived in gender dysphoria: Cross-sex hormone therapy effects. *European Psychiatry*, 33(S1), S589-S589.

Costa, R., Dunsford, M., Skagerberg, E., Holt, V., Carmichael, P., & Colizzi, M. (2015). Psychological Support, Puberty Suppression, and Psychosocial Functioning in Adolescents with Gender Dysphoria. *The journal of sexual medicine*, *12*(11), 2206–2214.

Daniel, H., & Butkus, R. (2015). Lesbian, gay, bisexual, and transgender health disparities: Executive summary of a policy position paper from the American College of Physicians. *Annals of Internal Medicine, 163*(2)*, 135-137.

de Lara, D.L., Rodríguez, O.P., Flores, I.C., *et al*. (2020). Psychosocial Assessment in Transgender Adolescents. *Anales de Pediatría (English Edition)*, 93(1), 41-48.

de Vries, A.L.C., Richards, C., Tishelman, A.C., Motmans, J., Hannema, S.E., Green, J., & Rosenthal, S.M. (2021). Bell v Tavistock and Portman NHS Foundation Trust [2020] EWHC 3274: Weighing current knowledge and uncertainties in decisions about gender-related treatment for transgender adolescents. *International Journal of Transgender Health*. 22:3, 217-224.

de Vries, A.L.C., McGuire, J. K., Steensma, T. D., Wagenaar, E. C. F., Doreleijers, T. A. H., & Cohen-Kettenis, P. T. (2014). Young Adult Psychological Outcome After Puberty Suppression and Gender Reassignment. *Pediatrics*, *134*(4), 696-704.

de Vries, A.L., Steensma, T.D., Doreleijers, T.A., & Cohen-Kettenis, P.T. (2011). Puberty suppression in adolescents with gender identity disorder: a prospective follow-up study. *The journal of sexual medicine*, *8*(8), 2276–2283.

Deutsch, M.B. (ed.). (2016). Guidelines for the Primary and Gender-Affirming Care of Transgender and Gender Nonbinary People (2d ed.). San Francisco, CA: UCSF Center of Excellence for Transgender Health. https://transcare.ucsf.edu/guidelines

Dhejne, C., Öberg, K., Arver, S., & Landén, M. (2014). An analysis of all applications for sex reassignment surgery in Sweden, 1960-2010: prevalence, incidence, and regrets. *Archives of sexual behavior*, *43*(8), 1535–1545.

Drescher, J., Haller, E., & Yarbrough, E. (2018). Position statement on access to care for transgender and gender diverse individuals. Caucus of LGBTQ Psychiatrists and the Council on Minority Mental Health and Health Disparities, American Psychiatric Association.

Case 1:23-cv-00864-LCB-LPA   Document 14-5   Filed 10/11/23   Page 60 of 65

Ehrensaft, D. (2017). Gender nonconforming youth: current perspectives. *Adolescent health, medicine and therapeutics*, *8*, 57–67.

Eugster E. A. (2019). Treatment of Central Precocious Puberty. *Journal of the Endocrine Society*, *3*(5), 965–972.

Euling, S. Y., Herman-Giddens, M. E., Lee, P. A., Selevan, S. G., Juul, A., Sørensen, T. I., Dunkel, L., Himes, J. H., Teilmann, G., & Swan, S. H. (2008). Examination of US puberty-timing data from 1940 to 1994 for secular trends: panel findings. *Pediatrics*, *121 Suppl 3*, S172–S191.

Expósito-Campos P. (2021). A Typology of Gender Detransition and Its Implications for Healthcare Providers. *Journal of sex & marital therapy*, *47*(3), 270–280.

Fisher, A. D., Castellini, G., Ristori, J., Casale, H., Cassioli, E., Sensi, C., Fanni, E., Amato, A. M., Bettini, E., Mosconi, M., Dèttore, D., Ricca, V., & Maggi, M. (2016). Cross-Sex Hormone Treatment and Psychobiological Changes in Transsexual Persons: Two-Year Follow-Up Data. *The Journal of clinical endocrinology and metabolism*, *101*(11), 4260–4269.

Frattarelli, D. A., Galinkin, J. L., Green, T. P., Johnson, T. D., Neville, K. A., Paul, I. M., Van Den Anker, J. N., & American Academy of Pediatrics Committee on Drugs (2014). Off-label use of drugs in children. *Pediatrics*, *133*(3), 563–567.

Fleming, M., Steinman, C., & Bocknek, G. (1980). Methodological problems in assessing sex-reassignment surgery: a reply to Meyer and Reter. *Archives of sexual behavior*, *9*(5), 451–456.

Grannis, C., Leibowitz, S. F., Gahn, S., Nahata, L., Morningstar, M., Mattson, W. I., Chen, D., Strang, J. F., & Nelson, E. E. (2021). Testosterone treatment, internalizing symptoms, and body image dissatisfaction in transgender boys. *Psychoneuroendocrinology*, 132, 105358, 1-8.

Heber, J. Correcting the scientific record on gender incongruence – and an apology, PLoS ONE (Mar. 19, 2019), https://everyone.plos.org/2019/03/19/correcting-the-scientific-record-and-an-apology/.

Hembree, W. C., Cohen-Kettenis, P. T., Gooren, L., Hannema, S. E., Meyer, W. J., Murad, M. H., Rosenthal, S. M., Safer, J. D., Tangpricha, V., & T'Sjoen, G. G. (2017). Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline. *The Journal of clinical endocrinology and metabolism*, *102*(11), 3869–3903.

Heylens, G., Verroken, C., De Cock, S., T'Sjoen, G., & De Cuypere, G. (2014). Effects of different steps in gender reassignment therapy on psychopathology: a prospective study of persons with a gender identity disorder. *The journal of sexual medicine*, *11*(1), 119–126.

Hill, D. B. (2008). Dear Doctor Benjamin: Letters from Transsexual Youth (1963–1976), *International Journal of Transgenderism*, 10:3-4, 149-170.

Hirschfeld, M. (1991). The Transvestites: An Investigation of the Erotic Drive to Cross Dress. [Die Transvestiten]. Translated by M. Lombardi-Nash. Buffalo: Prometheus Books. [Originally Leipzig: Spohr, 1910]

4

Kennedy, N. (2022) Deferral: the sociology of young trans people's epiphanies and coming out. *Journal of LGBT Youth*, 19:1, 53-75.

Keo-Meier, C. L., Herman, L. I., Reisner, S. L., Pardo, S. T., Sharp, C., & Babcock, J. C. (2015). Testosterone treatment and MMPI-2 improvement in transgender men: a prospective controlled study. *Journal of consulting and clinical psychology*, *83*(1), 143–156.

Klink, D., Caris, M., Heijboer, A., van Trotsenburg, M., & Rotteveel, J. (2015). Bone mass in young adulthood following gonadotropin-releasing hormone analog treatment and cross-sex hormone treatment in adolescents with gender dysphoria. *The Journal of clinical endocrinology and metabolism*, *100*(2), E270–E275.

Korpaisarn, S., & Safer, J. D. (2019). Etiology of Gender Identity. Endocrinology and metabolism clinics of North America, 48(2), 323–329.

Kuper, L.E., Stewart, S., Preston, S., Lau, M., & Lopez, X. (2020). Body Dissatisfaction and Mental Health Outcomes of Youth on Gender-Affirming Hormone Therapy. *Pediatrics*. 145. e20193006.

Littman L. (2019). Correction: Parent reports of adolescents and young adults perceived to show signs of a rapid onset of gender dysphoria. *PloS one*, *14*(3), e0214157.

Littman L. (2018). Parent reports of adolescents and young adults perceived to show signs of a rapid onset of gender dysphoria. *PloS one*, *13*(8), e0202330.

Lopez, X., Marinkovic, M., Eimicke, T., Rosenthal, S.M., & Olshan, J.S. (2017). Statement on gender-affirmative approach to care from the pediatric endocrine society special interest group on transgender health. *Current opinion in pediatrics*. 29(4): 475-480.

Mallory, C., Brown, T. N.T., Conron, K.J. (2019). Conversion Therapy and LGBT Youth: Update. Los Angeles, CA: The Williams Institute, UCLA School of Law.

Manieri, C., Castellano, E., Crespi, C., Di Bisceglie, C., Dell'Aquila, C., Gualerzi, A., & Molo, M. (2014) Medical Treatment of Subjects with Gender Identity Disorder: The Experience in an Italian Public Health Center, *International Journal of Transgenderism*, 15:2, 53-65.

Marano, A. A., Louis, M. R., & Coon, D. (2021). Gender-Affirming Surgeries and Improved Psychosocial Health Outcomes. *JAMA surgery*, *156*(7), 685–687.

Masic, I., Miokovic, M., & Muhamedagic, B. (2008). Evidence based medicine - new approaches and challenges. *Acta informatica medica : AIM : journal of the Society for Medical Informatics of Bosnia & Herzegovina : casopis Drustva za medicinsku informatiku BiH*, *16*(4), 219–225.

Mehringer, J. E., Harrison, J. B., Quain, K. M., Shea, J. A., Hawkins, L. A., & Dowshen, N. L. (2021). Experience of Chest Dysphoria and Masculinizing Chest Surgery in Transmasculine Youth. *Pediatrics*, *147*(3), e2020013300.

Motta, G., Crespi, C., Mineccia, V., Brustio, P. R., Manieri, C., & Lanfranco, F. (2018). Does Testosterone Treatment Increase Anger Expression in a Population of Transgender Men?. *The journal of sexual medicine*, *15*(1), 94–101.

Movement Advancement Proj., *Conversion "Therapy" Laws*, https://www.lgbtmap.org/equality-maps/conversion_therapy (last updated Jan. 30, 2023).

Case 1:23-cv-00864-LCB-LPA   Document 14-5   Filed 10/11/23   Page 62 of 65

Mul, D. & Hughes, I. (2008). The use of GnRH agonists in precocious puberty. *European journal of endocrinology / European Federation of Endocrine Societies*. 159 Suppl 1. S3-8.

Murad, M. H., Elamin, M. B., Garcia, M. Z., Mullan, R. J., Murad, A., Erwin, P. J., & Montori, V. M. (2010). Hormonal therapy and sex reassignment: A systematic review and meta-analysis of quality of life and psychosocial outcomes. *Clinical Endocrinology*, 72(2), 214-231.

Narayan, S. K., Hontscharuk, R., Danker, S., Guerriero, J., Carter, A., Blasdel, G., Bluebond-Langner, R., Ettner, R., Radix, A., Schechter, L., & Berli, J. U. (2021). Guiding the conversation-types of regret after gender-affirming surgery and their associated etiologies. *Annals of translational medicine*, *9*(7), 605.

Nieder, T. O., Mayer, T. K., Hinz, S., Fahrenkrug, S., Herrmann, L., & Becker-Hebly, I. (2021). Individual treatment progress predicts satisfaction with transition-related care for youth with gender dysphoria: A prospective clinical cohort study. *The Journal of Sexual Medicine*, 18(3), 632–645

Oda, H., & Kinoshita, T. (2017). Efficacy of hormonal and mental treatments with MMPI in FtM individuals: cross-sectional and longitudinal studies. *BMC psychiatry*, *17*(1), 256.

Olson, K. R., Durwood, L., Horton, R., Gallagher, N. M., & Devor, A. (2022). Gender Identity 5 Years After Social Transition. *Pediatrics*, *150*(2), e2021056082.

Olson-Kennedy, J., Warus, J., Okonta, V., Belzer, M., & Clark, L. F. (2018). Chest Reconstruction and Chest Dysphoria in Transmasculine Minors and Young Adults: Comparisons of Nonsurgical and Postsurgical Cohorts. *JAMA pediatrics*, *172*(5), 431–436.

Paterick, T. J., Carson, G. V., Allen, M. C., & Paterick, T. E. (2008). Medical informed consent: general considerations for physicians. *Mayo Clinic proceedings*, *83*(3), 313–319.

Pauly, I. (1981). Outcome of Sex Reassignment Surgery for Transsexuals. *The Australian and New Zealand journal of psychiatry*. 15. 45-51. doi:10.3109/00048678109159409.

Pfafflin, F., & Junge, A. (1998). Sex reassignment: Thirty years of international follow-up studies after sex reassignment surgery, a comprehensive review, 1961-1991. (Jacobson & Meir, trans.).

Rae, J. R., Gülgöz, S., Durwood, L., DeMeules, M., Lowe, R., Lindquist, G., & Olson, K. R. (2019). Predicting early-childhood gender transitions. *Psychological Science*, 30(5), 669-681.

Rafferty, J. American Academy of Pediatrics (AAP) Committee on Psychosocial Aspects of Child and Family Health, AAP Committee on Adolescence, AAP Section on Lesbian, Gay, Bisexual, and Transgender Health and Wellness. (2018). Ensuring comprehensive care and support for transgender and gender-diverse children and adolescents. *Pediatrics*. 142(4):e20182162.

Restar A. J. (2020). Methodological Critique of Littman's (2018) Parental-Respondents Accounts of "Rapid-Onset Gender Dysphoria". *Archives of sexual behavior*, *49*(1), 61–66.

Saraswat, A., Weinand, J.D., & Safer, J. (2015). Evidence supporting the biologic nature of gender identity. Endocrine practice, 21 2, 199-204.

Sharman, Z. (Ed.). (2016). The remedy: Queer and trans voices on health and health care. Vancouver, BC: Arsenal Pulp Press.

Slaby, R., Frey, K. (1975). Development of Gender Constancy and Selective Attention to Same Sex Models, *Child Development*, 46(4): 849-856.

Smith, Y., Van Goozen, S., Kuiper, A., & Cohen-Kettenis, P. (2005). Sex reassignment: Outcomes and predictors of treatment for adolescent and adult transsexuals. *Psychological Medicine* 35(1): 89-99.

Sood, R., Chen, D., Muldoon, A. L., Chen, L., Kwasny, M. J., Simons, L. K., Gangopadhyay, N., Corcoran, J. F., & Jordan, S. W. (2021). Association of Chest Dysphoria With Anxiety and Depression in Transmasculine and Nonbinary Adolescents Seeking Gender-Affirming Care. *The Journal of adolescent health: official publication of the Society for Adolescent Medicine*, *68*(6), 1135–1141.

Stoller, R.J. (1964). A Contribution to the Study of Gender Identity, *The International journal of psycho-analysis*, 45, 220–226.

Suess Schwend, A. (2020). Trans health care from a depathologization and human rights perspective. *Public Health Rev* 41, 3.

Substance Abuse and Mental Health Services Administration. (2015). Ending Conversion Therapy: Supporting and Affirming LGBTQ Youth. HHS Publication No. (SMA) 15-4928. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Tang, A., Hojilla, J. C., Jackson, J. E., Rothenberg, K. A., Gologorsky, R. C., Stram, D. A., Mooney, C. M., Hernandez, S. L., & Yokoo, K. M. (2022). Gender-Affirming Mastectomy Trends and Surgical Outcomes in Adolescents. *Annals of plastic surgery*, *88*(4 Suppl), S325–S331.

Tordoff, D. M., Wanta, J. W., Collin, A., Stepney, C., Inwards-Breland, D. J., & Ahrens, K. (2022). Mental Health Outcomes in Transgender and Nonbinary Youths Receiving Gender-Affirming Care. *JAMA network open*, *5*(2), e220978.

Turan, Ş., Aksoy Poyraz, C., Usta Sağlam, N. G., Demirel, Ö. F., Haliloğlu, Ö., Kadıoğlu, P., & Duran, A. (2018). Alterations in Body Uneasiness, Eating Attitudes, and Psychopathology Before and After Cross-Sex Hormonal Treatment in Patients with Female-to-Male Gender Dysphoria. *Archives of sexual behavior*, *47*(8), 2349–2361.

Turban JL, King D, Kobge J, et al. (2022). Access to gender-affirming hormones during adolescents and mental health outcomes among transgender adults. *PLoS One*. 17(1):e0261039.

Turban, J. L., Loo, S. S., Almazan, A. N., & Keuroghlian, A. S. (2021). Factors Leading to "Detransition" Among Transgender and Gender Diverse People in the United States: A Mixed-Methods Analysis. *LGBT health*, *8*(4), 273–280.

Turban, J.L., Beckwith, N., Reisner, S.L., & Keuroghlian, A.S. (2020). Association Between Recalled Exposure to Gender Identity Conversion Efforts and Psychological Distress and Suicide Attempts Among Transgender Adults. *JAMA Psychiatry*, 77(1), 68-76.

Turban, J.L., King, D., Carswell, J.M., & Keuroghlian, A.S. (2020). Pubertal Suppression for Transgender Youth and Risk of Suicidal Ideation. *Pediatrics*, 145(2).

Turban, J.L., & Ehrensaft, D. (2018). Research Review: Gender identity in youth: treatment paradigms and controversies. *Journal of child psychology and psychiatry, and allied disciplines*, *59*(12), 1228–1243.

7

U.S. Dep't Health & Hum. Servs., NCD 140.3, Transsexual Surgery 18, 21 (2014), available at https://www.hhs.gov/sites/default/files/static/dab/decisions/board-decisions/2014/dab2576.pdf.

U.S. Food and Drug Admin. Understanding Unapproved Use of Approved Drugs "Off Label" (Feb. 5, 2018), https://www.fda.gov/patients/learn-about-expanded-access-and-other-treatment-options/understanding-unapproved-use-approved-drugs-label.

U.S. Food and Drug Admin, "Citizen Petition Regarding the Food and Drug Administration's Policy on Promotion of Unapproved Uses of Approved Drugs and Devices; Request for Comments," 59 Fed. Reg. 59,820 (Nov. 18, 1994).

van der Miesen, A.I., Steensma, T.D., de Vries, A.L., *et al*. (2020). Psychological Functioning in Transgender Adolescents Before and After Gender-Affirmative Care Compared with Cisgender General Population Peers. *Journal of Adolescent Health*, 66(6), 699-704.

Vlot, M. C., Klink, D. T., den Heijer, M., Blankenstein, M. A., Rotteveel, J., & Heijboer, A. C. (2017). Effect of pubertal suppression and cross-sex hormone therapy on bone turnover markers and bone mineral apparent density (BMAD) in transgender adolescents. *Bone*, *95*, 11–19.

Weinand, J.D., Safer, J.D. (2015). Hormone therapy in transgender adults is safe with provider supervision: A review of hormone therapy sequelae for transgender individuals. *Journal of Clinical and Translational Endocrinology*. 2(2):55-60

Wiepjes, C. M., Nota, N. M., de Blok, C., Klaver, M., de Vries, A., Wensing-Kruger, S. A., de Jongh, R. T., Bouman, M. B., Steensma, T. D., Cohen-Kettenis, P., Gooren, L., Kreukels, B., & den Heijer, M. (2018). The Amsterdam Cohort of Gender Dysphoria Study (1972-2015): Trends in Prevalence, Treatment, and Regrets. *The journal of sexual medicine*, *15*(4), 582–590.

World Health Organization. (2018). Gender Incongruence. In International Classification of Diseases, 11th Revision. https://icd.who.int/browse11/l-m/en#/http%3A%2F%2Fid.who.int%2Ficd%2Fentity%2F411470068

World Professional Association for Transgender Health. (2018). WPATH Position on "Rapid-Onset Gender Dysphoria (ROGD)" https://www.wpath.org/media/cms/Documents/Public%20Policies/2018/9_Sept/WPATH%20Position%20on%20Rapid-Onset%20Gender%20Dysphoria_9-4-2018.pdf

World Professional Association for Transgender Health. (2016). Position Statement on Medical Necessity of Treatment, Sex Reassignment, and Insurance Coverage in the U.S.A. https://www.wpath.org/newsroom/medical-necessity-statement

Yaish, I., Tordjman, K., Amir, H., Malinger, G., Salemnick, Y., Shefer, G., Serebro, M., Azem, F., Golani, N., Sofer, Y., Stern, N., & Greenman, Y. (2021). Functional ovarian reserve in transgender men receiving testosterone therapy: evidence for preserved anti-Müllerian hormone and antral follicle count under prolonged treatment. *Human reproduction (Oxford, England)*, *36*(10), 2753–2760.