# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | | |
|---|---|---|
| Victor Voe, et al. ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:23-cv-00864 |
| Thomas Mansfield, et al. ) | | |
| *Defendant* ) | | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

See attached.

Date: 10/17/2023

/s/ Michael E. Bulleri
*Attorney's signature*

Michael Bulleri, N.C. State Bar No. 35196
*Printed name and bar number*

N.C. Department of Justice
Post Office Box 629
Raleigh, NC 27602
*Address*

mbulleri@ncdoj.gov
*E-mail address*

(919) 716-6400
*Telephone number*

*FAX number*

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: THOMAS MANSFIELD, in his official capacity as Chief Executive Officer of the North Carolina Medical Board; and MICHAUX R. KILPATRICK; CHRISTINE M. KHANDELWAL; DEVDUTTA G. SANGVAI; JOHN W. RUSHER; WILLIAM M. BRAWLEY; W. HOWARD HALL; N. MELINDA HILL-PRICE; SHARONA Y. JOHNSON; JOSHUA D. MALCOLM; MIGUEL A. PINEIRO; ANURADHA RAO-PATEL; ROBERT RICH, JR.; and DAVID P. SOUSA, in their official capacities as members of the North Carolina Medical Board.