# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| Victor Voe, et al.<br>*Plaintiff*<br>v.<br>Thomas Mansfield, et al.<br>*Defendant* | Case No. 1:23-cv-00864 |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

KODY H. KINSLEY in his official capacity as Secretary of the DHHS, and NC DHHS.

Date: 10/20/2023

/s/ Colleen M. Crowley
*Attorney's signature*

Colleen Crowley, N.C. State Bar No. 25375
*Printed name and bar number*

N.C. Department of Justice
Post Office Box 629
Raleigh, NC 27602
*Address*

ccrowley@ncdoj.gov
*E-mail address*

(919) 716-6400
*Telephone number*

*FAX number*