UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:23-CV-00864
DURHAM DIVISION

| | |
|---|---|
| VICTOR VOE, by and through his parents and next friends, Vanessa Voe and Vance Voe; *et al.*, | )<br>)<br>)<br>) |
| *Plaintiffs*, | ) |
| v. | )<br>) |
| THOMAS MANSFIELD, in his official capacity as Chief Executive Officer of the North Carolina Medical Board; *et al.*, | )<br>)<br>)<br>) |
| *Defendants*, | )<br>) |
| and | )<br>) |
| PHILIP E. BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate, and TIMOTHY K. MOORE, in his official capacity as Speaker of the North Carolina House of Representatives, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| *Proposed Intervenors.* | ) |

**DEFENDANT MEDICAL BOARD'S RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

NOW COMES Defendants Thomas Mansfield, in his official capacity as Chief Executive Officer of the North Carolina Medical Board, Michaux R. Kilpatrick, Christine M. Khandelwal, Devdutta G. Sangvai, John W. Rusher, William M. Brawley, W. Howard Hall, N. Melinda Hill-Price, Sharona Y. Johnson; Joshua D. Malcolm, Miguel A. Pineiro, Anuradha Rao-Pate, Robert Rich, Jr. and David P. Sousa, in their official capacities as members of the North Carolina Medical Board (collectively, "the Medical Board"), by and through undersigned counsel, hereby respond to Plaintiffs' Motion for Preliminary

Injunction [D.E. 14]. The Medical Board takes no position on Plaintiffs' motion.

Respectfully submitted, this 1st day of November 2023.

JOSHUA H. STEIN
Attorney General

*/s/* Michael Bulleri
Michael Bulleri
Special Deputy Attorney General
N.C. State Bar No. 35196
E-mail: mbulleri@ncdoj.gov

N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602-0629
Telephone: (919) 716-6900
Facsimile: (919) 716-6761

*Counsel for Defendant Medical Board*

2