IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| VICTOR VOE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:23CV864 |
| | ) | |
| MICHAUX R. KILPATRICK, | ) | |
| MD, PHD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter came before the Court on Plaintiffs Victor Voe's, Vanessa Voe's, and Vance Voe's (together, the "Movants") motion for permission to proceed in this action under pseudonyms.

Having considered Movants' motion and supporting memorandum, as well as the Response by Intervenor Defendants, the Court finds there is good cause to grant Movants' motion and hereby **ORDERS:**

1. Movants may proceed in this action under the pseudonyms "Victor Voe," "Vaness Voe," and "Vance Voe." Movants' counsel shall disclose Movants' true names and, to the extent otherwise discoverable under the Federal Rules of Civil Procedure, other information that identifies Movants or Movants' family members, directly or indirectly ("Identifying Information"), upon request to Defendants' counsel and the Court.

2. All publicly filed documents shall identify Movants only by Movants' pseudonyms.

3.     All documents filed with the Court that contain Movants' name or Identifying Information shall be redacted.

4.     Defendants' counsel may disclose Identifying Information to Defendants, Defendants' employees, and experts retained in this action, but only to the extent reasonably necessary to litigate this action.

5.     Individuals to whom Identifying Information is disclosed, as provided in Paragraph 4, shall not further disclose that information to any other person without first obtaining written confirmation from Movants' counsel that such disclosure is necessary to litigate this action.

6.     Under no circumstances shall any person disclose Identifying Information to the media without the express written consent of Movants' counsel.

7.     Before disclosing Identifying Information to any person for purposes of litigating this action, Defendants' counsel shall give that person a copy of this Order, require that person to read this Order, specifically point out to that person the provisions of Paragraphs 6 and 7 of this Order, and specifically warn that person that violation of this Order may result in sanctions for contempt of court.

8.     If any specific issues related to non-disclosure of Identifying Information arise during the course of litigation, the parties shall seek to resolve those issues without court intervention. If the parties cannot agree, they shall seek further clarification from this Court.

9.      This Order does not provide any independent support for any of

Movants' claims for relief.

This, the 16th day of November 2023.

                                        /s/ L. Patrick Auld
                                        **L. Patrick Auld**
                                        **United States Magistrate Judge**