# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

Victor Voe, et al

    v.                                           Case Number: 1:23CV00864

Thomas Mansfield, et al

## N O T I C E

**Take notice** that a proceeding in this case has been **set**/re**set** as indicated below:

        **PLACE:**    L. Richardson Preyer Building
                                324 W. Market St., Greensboro, NC
**COURTROOM NO.:**    1A
 **DATE AND TIME:**    January 29, 2024 at 9:30 a.m.
     **PROCEEDING:**    Initial Pretrial Conference

**Local Rule 16.1(b) provides that the parties must hold their R. 26(f) conference at least 14 days before the scheduled initial pretrial conference and submit to the court their report within 10 days thereafter.** The scheduled initial pretrial conference is automatically canceled upon the submission to the court of the Joint Rule 26(f) Report (LR 16.2) that includes **L.R. 5.4 & 5.5.** **If parties are unable to reach agreement on a discovery plan and therefore submit separate Rule 26(f) Reports (LR 16.3), and (L.R. 5.4 & 5.5) they shall appear for the scheduled initial pretrial conference.**

_____

John S. Brubaker, Clerk

By: /s/ Kimberly Garrett, Deputy Clerk

Date:   December 14, 2023

TO:    ALL COUNSEL AND/OR PARTIES OF RECORD