IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Durham Division

| | |
|---|---|
| VICTOR VOE, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>THOMAS MANSFIELD, *et al.*,<br><br>    *Defendants*,<br><br>and<br><br>PHILIP E. BERGER, *et al.*,<br><br>    *Intervenor-Defendants*. | Civil No. 1:23-CV-864-LCB-LPA |

**ORDER**

Upon consideration of the Motion for Leave to File Second Amended Complaint ("Motion for Leave") by Plaintiffs Victor Voe, by and through his parents and next friends, Vanessa Voe and Vance Voe; Vanessa Voe; Vance Voe; Riley Smith, M.D., on behalf of his patients; PFLAG, Inc.; American Association of Physicians For Human Rights, Inc. d/b/a GLMA: Health Professionals Advancing LGBTQ+ Equality, and for good cause shown, it is hereby **ORDERED** that Plaintiffs' Motion for Leave is **GRANTED**. The Second Amended Complaint at ECF No. 70-1 is deemed filed as of the date Plaintiffs filed their Motion for Leave.

Dated: _____  　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　The Honorable Loretta C. Biggs
　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge for the
　　　　　　　　　　　　　　　　　　　　　　Middle District of North Carolina