IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Durham Division

| | |
|---|---|
| VICTOR VOE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> THOMAS MANSFIELD, *et al.*, <br><br> *Defendants*, <br><br> and <br><br> PHILIP E. BERGER, *et al.*, <br><br> *Intervenor-Defendants*. | Civil No. 1:23-CV-864-LCB-LPA |

**PLAINTIFFS' RESPONSE TO INTERVENOR-DEFENDANTS'
MOTION TO FILE MATERIALS UNDER SEAL**

Plaintiffs respectfully submit this response to Intervenor-Defendants' Motion to File Under Seal Brief in Support of Their Motion for Leave to File Supplemental Expert Declaration and Corresponding Declaration. ECF No. 77. Because there are two related motions pending before the Court, Plaintiffs offer the following background for clarity:

1. On April 2, 2024, Intervenor-Defendants filed a motion seeking leave to file a supplemental declaration from Dr. Cantor, and an accompanying appendix of materials. ECF No. 75. Plaintiffs vigorously oppose the relief sought in that motion and will file a response on or before the April 23, 2024 deadline to do so. ECF No. 75; LR 7.3(f).

1

2. The same day, Intervenor-Defendants filed a motion seeking leave to file under seal portions of their supporting brief (ECF No. 76), Dr. Cantor's declaration (ECF No. 79), and the accompanying appendix (ECF No. 79-1). ECF No. 77. Plaintiffs respond here to the request to seal those materials.

3. While Plaintiffs believe the underlying motion to *file* these materials should be denied in the first instance (which would moot the motion to seal), Plaintiffs do not oppose the motion to *seal* portions of those documents in the event that the Court grants Intervenor-Defendants leave to file them.

\* \* \*

Respectfully submitted,                    Dated: April 16, 2024

| | |
|---|---|
| Amy E. Richardson (N.C. Bar 28768)<br>HWG LLP<br>333 Fayetteville Street, Suite 1500<br>Raleigh, NC 27601<br>Telephone: (919) 429-7386<br>Facsimile: (202) 730-1301<br>arichardson@hwglaw.com | /s/ Tara L. Borelli<br>Tara L. Borelli*<br>LAMBDA LEGAL DEFENSE AND<br>   EDUCATION FUND, INC.<br>1 West Court Square, Ste. 105<br>Decatur, GA 30030<br>Telephone: (404) 897-1880<br>Facsimile: (404) 897-1884<br>tborelli@lambdalegal.org |

Amy E. Richardson (N.C. Bar 28768)
HWG LLP
333 Fayetteville Street, Suite 1500
Raleigh, NC 27601
Telephone: (919) 429-7386
Facsimile: (202) 730-1301
arichardson@hwglaw.com

Deepika H. Ravi*
HWG LLP
1919 M Street N.W., 8th Floor,
Washington, D.C. 20036
Telephone: (202) 730-1300
Facsimile: (202) 730-1301
dravi@hwglaw.com

Dmitriy Tishyevich*
MCDERMOTT WILL & EMERY
One Vanderbilt Avenue
New York, NY 10017-3852
Phone: (212) 547-5534
Facsimile: (646) 417-7668
dtishyevich@mwe.com

Anna Fosberg*
MCDERMOTT WILL & EMERY
The Brandywine Bldg.
1000 N West Street, Suite 1400
Wilmington, DE 19801
Phone: (302) 485-3936
Facsimile: (302) 351-8711
afosberg@mwe.com

/s/ Tara L. Borelli
Tara L. Borelli*
LAMBDA LEGAL DEFENSE AND
   EDUCATION FUND, INC.
1 West Court Square, Ste. 105
Decatur, GA 30030
Telephone: (404) 897-1880
Facsimile: (404) 897-1884
tborelli@lambdalegal.org

Omar Gonzalez-Pagan*
Sruti J. Swaminathan*
LAMBDA LEGAL DEFENSE AND
   EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
Telephone: (212) 809-8585
Facsimile: (212) 658-9721
ogonzalez-pagan@lambdalegal.org
sswaminathan@lambdalegal.org

Abigail Coursolle*
NATIONAL HEALTH LAW PROGRAM
3701 Wilshire Boulevard, Suite 315
Los Angeles, CA 90010
Telephone: (310) 736-1652
coursolle@healthlaw.org

Catherine McKee*
NATIONAL HEALTH LAW PROGRAM
1512 E. Franklin Street, Suite 110
Chapel Hill, NC 27514
Telephone: (984) 278-7666
mckee@healthlaw.org

\* Appearing by notice of special appearance pursuant to L.R. 83.1(d).

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record.

Dated: April 16, 2024

/s/ Tara L. Borelli
Tara L. Borelli*
LAMBDA LEGAL DEFENSE AND
   EDUCATION FUND, INC.
1 West Court Square, Ste. 105
Decatur, GA 30030
Telephone: (404) 897-1880
Facsimile: (404) 897-1884
tborelli@lambdalegal.org

*Appearing by notice of special appearance pursuant to L.R. 83.1(d).