IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Durham Division

| | |
|---|---|
| VICTOR VOE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> THOMAS MANSFIELD, *et al.*, <br><br> *Defendants*, <br><br> and <br><br> PHILIP E. BERGER, *et al.*, <br><br> *Intervenor-Defendants*. | Civil No. 1:23-CV-864-LCB-LPA |

**SUGGESTION OF SUBSEQUENTLY DECIDED AUTHORITY**

Pursuant to Local Rule 7.3(i), Plaintiffs, by and through undersigned counsel, hereby submit this suggestion of subsequently decided authority and attach as Exhibit A hereto a copy of an opinion of the U.S. Court of Appeals for the Fourth Circuit, *B.P.J. v. West Virginia State Board of Education*, et al., No. 23-1078, decided April 16, 2024.

\* \* \*

1

Respectfully submitted,                    Dated: April 17, 2024

| | |
|---|---|
| Amy E. Richardson (N.C. Bar 28768)<br>HWG LLP<br>333 Fayetteville Street, Suite 1500<br>Raleigh, NC 27601<br>Telephone: (919) 429-7386<br>Facsimile: (202) 730-1301<br>arichardson@hwglaw.com<br><br>Deepika H. Ravi*<br>HWG LLP<br>1919 M Street N.W., 8th Floor,<br>Washington, D.C. 20036<br>Telephone: (202) 730-1300<br>Facsimile: (202) 730-1301<br>dravi@hwglaw.com<br><br>Dmitriy Tishyevich*<br>MCDERMOTT WILL & EMERY<br>One Vanderbilt Avenue<br>New York, NY 10017-3852<br>Phone: (212) 547-5534<br>Facsimile: (646) 417-7668<br>dtishyevich@mwe.com<br><br>Anna Fosberg*<br>MCDERMOTT WILL & EMERY<br>The Brandywine Bldg.<br>1000 N West Street, Suite 1400<br>Wilmington, DE 19801<br>Phone: (302) 485-3936<br>Facsimile: (302) 351-8711<br>afosberg@mwe.com | /s/ Tara L. Borelli<br>Tara L. Borelli*<br>LAMBDA LEGAL DEFENSE AND<br>   EDUCATION FUND, INC.<br>1 West Court Square, Ste. 105<br>Decatur, GA 30030<br>Telephone: (404) 897-1880<br>Facsimile: (404) 897-1884<br>tborelli@lambdalegal.org<br><br>Omar Gonzalez-Pagan*<br>Sruti J. Swaminathan*<br>LAMBDA LEGAL DEFENSE AND<br>   EDUCATION FUND, INC.<br>120 Wall Street, 19th Floor<br>New York, NY 10005<br>Telephone: (212) 809-8585<br>Facsimile: (212) 658-9721<br>ogonzalez-pagan@lambdalegal.org<br>sswaminathan@lambdalegal.org<br><br>Abigail Coursolle*<br>NATIONAL HEALTH LAW PROGRAM<br>3701 Wilshire Boulevard, Suite 315<br>Los Angeles, CA 90010<br>Telephone: (310) 736-1652<br>coursolle@healthlaw.org<br><br>Catherine McKee*<br>NATIONAL HEALTH LAW PROGRAM<br>1512 E. Franklin Street, Suite 110<br>Chapel Hill, NC 27514<br>Telephone: (984) 278-7666<br>mckee@healthlaw.org<br><br>* Appearing by notice of special appearance pursuant to L.R. 83.1(d). |

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record.

Dated: April 17, 2024

/s/ Tara L. Borelli
Tara L. Borelli*
LAMBDA LEGAL DEFENSE AND
   EDUCATION FUND, INC.
1 West Court Square, Ste. 105
Decatur, GA 30030
Telephone: (404) 897-1880
Facsimile: (404) 897-1884
tborelli@lambdalegal.org

*Appearing by notice of special appearance pursuant to L.R. 83.1(d).