UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| VICTOR VOE, by and through his parents and next friends, Vanessa Voe and Vance Voe; *et al.*,<br><br>    *Plaintiffs,*<br><br>v.<br><br>THOMAS MANSFIELD, in his official capacity as Chief Executive Officer of the North Carolina Medical Board; *et al.*,<br><br>    *Defendants,*<br><br>and<br><br>PHILIP E. BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate, and TIMOTHY K. MOORE, in his official capacity as Speaker of the North Carolina House of Representatives,<br><br>    *Intervenor-Defendants.* | CASE NO. 1:23-cv-864-LCB-LPA |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56(a) and Local Rule 56.1, Plaintiffs Victor Voe, by and through his parents and next friends, Vanessa Voe and Vance Voe; Vanessa Voe; Vance Voe; Riley Smith, M.D., on behalf of his patients; Joy Doe, by and through her parents and next friends, Jennifer Doe and James Doe; Jennifer Doe; James Doe; PFLAG, Inc.; American Association of Physicians for Human Rights, Inc. d/b/a GLMA: Health Professionals Advancing LGBTQ+ Equality (collectively, "Plaintiffs"),

respectfully move the Court for summary judgment on all claims, seeking declaratory and permanent injunctive relief.

Plaintiffs' motion seeks a judgment as to liability on their claims that Defendants' enforcement of Sections 1 and 3 of House Bill 808 ("HB808") violates the right to equal protection guaranteed by the Fourteenth Amendment's Equal Protection Clause, U.S. Const. amend. XIV, § 1; the right to parental autonomy guaranteed by the Fourteenth Amendment's Due Process Clause, *id.*; Section 1557 of the Affordable Care Act ("ACA"), 42 U.S.C. § 18116; and the Medicaid Act's EPSDT requirements, 42 U.S.C. §§ 1396a(a)(10)(A), 1396a(a)(43)(C), 1396d(a)(4)(B), and 1396d(r)(5).

Plaintiffs respectfully request that this Court issue a declaratory judgment finding that Defendants' enforcement of HB808 violates Plaintiffs' rights under the Equal Protection Clause, Due Process Clause, ACA, and Medicaid Act's EPSDT requirements, and permanently enjoin Defendants, their agents, employees, successors, and all others acting in concert with them, from enforcing Sections 1 and 3 of HB808.

\* \* \*

Respectfully submitted,

/s/ Amy E. Richardson
Amy E. Richardson (N.C. Bar 28768)
HWG LLP
333 Fayetteville Street, Suite 1500
Raleigh, NC 27601
Telephone: (919) 429-7386
Facsimile: (202) 730-1301
arichardson@hwglaw.com

Deepika H. Ravi*
HWG LLP
1919 M Street N.W., 8th Floor,
Washington, D.C. 20036
Telephone: (202) 730-1300
Facsimile: (202) 730-1301
dravi@hwglaw.com

Dmitriy Tishyevich*
MCDERMOTT WILL & EMERY
One Vanderbilt Avenue
New York, NY 10017-3852
Phone: (212) 547-5534
Facsimile: (646) 417-7668
dtishyevich@mwe.com

Anna Fosberg*
MCDERMOTT WILL & EMERY
The Brandywine Bldg.
1000 N West Street, Suite 1400
Wilmington, DE 19801
Phone: (302) 485-3936
Facsimile: (302) 351-8711
afosberg@mwe.com

Dated: October 10, 2024

/s/ Tara L. Borelli
Tara L. Borelli*
LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
1 West Court Square, Ste. 105
Decatur, GA 30030
Telephone: (404) 897-1880
Facsimile: (404) 897-1884
tborelli@lambdalegal.org

Omar Gonzalez-Pagan*
LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
Telephone: (212) 809-8585
Facsimile: (212) 658-9721
ogonzalez-pagan@lambdalegal.org

Abigail Coursolle*
NATIONAL HEALTH LAW PROGRAM
3701 Wilshire Boulevard, Suite 315
Los Angeles, CA 90010
Telephone: (310) 736-1652
coursolle@healthlaw.org

Catherine McKee*
NATIONAL HEALTH LAW PROGRAM
1512 E. Franklin Street, Suite 110
Chapel Hill, NC 27514
Telephone: (984) 278-7666
mckee@healthlaw.org

* Appearing by notice of special appearance pursuant to L.R. 83.1(d).

# CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record.

Dated: October 10, 2024				/s/ Amy E. Richardson
						Amy E. Richardson (N.C. Bar 28768)
						HWG LLP
						333 Fayetteville Street, Suite 1500
						Raleigh, NC 27601
						Telephone: (919) 429-7386
						Facsimile: (202) 730-1301
						arichardson@hwglaw.com