# EXHIBIT [5] -

# Karasic Deposition Transcript

(public document)

1                    UNITED STATES DISTRICT COURT

2                 MIDDLE DISTRICT OF NORTH CAROLINA

3

4         VICTOR VOE, by and through

5         his parents and next friends,

6         Vanessa Voe and Vance Voe,

7         et al.,

8                   Plaintiffs

9         vs.                              CASE NO.:

10        THOMAS MANSFIELD, in his          1:23-cv-864

11        official capacity as Chief

12        Executive Officer of the

13        North Carolina Medical

14        Board, et al.,

15                   Defendants

16        and

17        PHILIP BERGER, in his official

18        Capacity as President Pro

19        Tempore of the North Carolina

20        Senate, and TIMOTHY K. MOORE,

21                 (Continued on the next page.)

1    (Continued)

2

3    in his official capacity as

4    Speaker of the North Carolina

5    House of Representatives,

6             Intervenor-Defendants

7    _____/

8

9             The Virtual Video-recorded Deposition of

10   DR. DAN H. KARASIC, was held on Tuesday, September

11   10, 2024, commencing at 9:03 a.m., at the offices of

12   the deponent, in Cloverdale, California, before

13   Oneeka S. Hill, Notary Public.

14

15

16

17

18

19

20

21   REPORTED BY:  Oneeka S. Hill

1        APPEARANCES:

2

3            ON BEHALF OF THE PLAINTIFFS:

4            ABIGAIL COURSOLLE, ESQUIRE (Via Zoom)

5            CATHERINE MCKEE, ESQUIRE (Via Zoom)

6                National Health Law Program

7                3701 Wilshire Boulevard

8                Suite 315

9                Los Angeles, California

10               Telephone:  (310) 736-1652

11               E-mail:  Coursolle@healthlaw.org

12

13           ON BEHALF OF THE INTERVENOR-DEFENDANTS:

14           CLARK HILDABRAND, ESQUIRE (Via Zoom)

15               Cooper & Kirk, PLLC

16               1523 New Hampshire Avenue, Northwest

17               Washington, D.C.  20036

18               Telephone:  (202) 220-9600

19               E-mail:  Childabrand@cooperkirk.com

20

21           (Appearances continued on the next page.)

1       APPEARANCES:  (CONTINUED)

2

3                   ON BEHALF OF THE DEFENDANT:

4                   LAURA MCHENRY, ESQUIRE (Via Zoom)

5                       North Carolina Department of Justice

6                       1512 Pony Run Road.

7                       Raleigh, North Carolina  27615.

8

9

10      ALSO PRESENT:  TARA BORELLI

11

12

13      DAN REIDY, VIDEOGRAPHER

14

15

16

17

18

19

20

21

1            And so, they -- it was refused by the

2       IRB.  It's very unusual for major journal like

3       Archives to publish it anyway.  And -- so then the

4       publisher over the editor of Archives retracted the

5       article.  And so, then, they brought it to this

6       other journal, and I'm not aware of -- of anything

7       else --

8            Q    Okay.

9            A    -- you know, involved with this -- this

10      other journal.

11           Q    Okay.  Let's go back to your affirmative

12      report.  It's Exhibit 1, paragraph 44 is what we're

13      going to look at.

14           A    Yes.

15           Q    So these are the DSM-5-TR criteria for

16      gender dysphoria in adolescents and adults, right?

17           A    Yes.

18           Q    And these are different from the

19      criteria for gender dysphoria in children, right?

20           A    Yes.

21           Q    All right.  So you see there's like a A

1          criteria that has some subcriteria with it?

2                  A      Yes.

3                  Q      So for A, if a minor has a strong desire

4          for the primary and/or secondary sex characteristics

5          of the other gender, plus had a strong conviction

6          that the minor had the typical feelings and

7          reactions of the other gender, then that would be

8          enough to satisfy the A criterion, right?

9                  A      So the -- the -- this diagnosis is made

10         in adolescents and adults.  So you're talking about

11         in a adolescent minor?

12                 Q      Yes.

13                 A      Okay.  So -- so they would need to have

14         a marked incongruence between their experience or

15         express gender and assigned gender of at least six

16         months, and then they would have to have two of the

17         other six symptoms.

18                 Q      You say -- and so, in the marked

19         incongruence between the -- when experienced

20         expressed gender and assigned gender at least six

21         months duration, is it as manifested by at least two

1          of the following?

2                  A       Right.  So they have to have that A

3          criteria -- no, they have to have two of them that

4          reflect this broader A criteria.  So the A criteria

5          is that marked incongruence between expressed or

6          experienced gender, and assigned gender at least six

7          months duration, and the manifestation of A is --

8          are these six subheadings, and you have to have two

9          of them.

10                 Q       And for the B criterion, the DSM-5-TR

11         considers whether there is significant distress or

12         impairment in social, occupational or other

13         important areas of functioning, right?

14                 A       Yes.

15                 Q       Let's go to -- to paragraph 62.  It's on

16         page 17.

17                 A       Yes.

18                 Q       So am I correct that you opine in your

19         report that WPATH SOC 8 and the Endocrine Society

20         Guidelines are the authoritative protocols for the

21         treatment of gender dysphoria, is that right?

1    confirm when you have a chance to pull it up that

2    that's Hembree, 2017?

3         A    Yes, so it's Hembree, 2017.

4         Q    Let's turn to page -- it's 3875 in the

5    numbering that this document uses.  It should be

6    around page 7 in the PDF, page 3875.

7              So you see that this includes Table 1

8    definitions of terms used in this guideline.

9         A    Yes.

10        Q    Do you see down where the table defines

11   the word "sex"?

12        A    Yes, biologic sex you mean?

13        Q    I'm looking -- so, it also has a

14   definition for biologic sex.  But, also, does it

15   define just sex by itself?

16        A    Yes.

17        Q    So for the definition of sex by itself,

18   that refers to attributes that characterize

19   biological maleness or femaleness, the best known

20   attributes include the sex determining genes, the

21   sex chromosomes, the HY antigen, the gonads, sex

1      hormones, internal and external genitalia, and

2      secondary sex characteristics, right?

3           A     Yes.

4           Q     So the Endocrine Society Guidelines do

5      not include gender identity as an attribute for sex,

6      correct?

7                 MS. COURSOLLE:  Object to form.

8           A     That's correct.

9                 MR. HILDABRAND:  I know we haven't gone

10     quite an hour.  I'm getting ready to start on a much

11     larger block.  I don't know if we want to take a

12     lunch break at some point -- (inaudible) -- on that

13     time.  Would that be fine with y'all?

14                THE WITNESS:  Yes.

15                MR. HILDABRAND:  All right.  Let's go

16     off the record then.

17                THE VIDEOGRAPHER:  We're going off the

18     record.  The time on the video is 12:04 p.m.

19                (A break was taken.)

20                THE VIDEOGRAPHER:  We're back on the

21     record.  The time on the video is 12:35 p.m.

Docusign Envelope ID: 60DFF5F1-3B77-4980-B37B-914FBB90BE4A

1                    CERTIFICATE OF DEPONENT

2

3            I hereby certify that I have read and

4     examined the foregoing transcript, and the same is a

5     true and accurate record of the testimony given by

6     me.

7

8            Any additions or corrections that I feel

9     are necessary will be made on the Errata Sheet.

10

11

State of New York
12  County of Suffolk
The foregoing instrument was
acknowledged before me this 20th day                    _R_ _Kmr_ Dan karasic
13   of September, 2024, by DAN HALABAN                _____
KARASIC.

14                                                        DR. DAN H. KARASIC

15

Ariel Grimaldi
Notary Public
16  My commission expires July 2nd, 2028        9/20/24
This electronic notarial act                          _____
involved a remote online appearance
17  involving the use of communication                        DATE
technology.

18

19            (If needed, make additional copies of the Errata

20     Sheet on the next page or use a blank piece of

21     paper.)

Ariel Leigh Grimaldi
Notary Public - State of New York
No. 01GR0026438
Qualified in Suffolk County
My Commission Expires Jul. 02, 2028