# EXHIBIT [6] -

# Shumer Deposition Transcript

(public document)

1    UNITED STATES DISTRICT COURT

2    MIDDLE DISTRICT OF NORTH CAROLINA

3    - - - - - - - - - - - - - - - - - - - - - x

4    VICTOR VOE, by and through his parents

5    and next friends, Vanessa Voe and Vance

6    Voe; et al.,

7                    Plaintiffs,

8                            CASE NO:1:23-cv-864

9           -against-

10   THOMAS MANSFIELD, in his official

11   capacity as Chief Executive Officer

12   of the North Carolina Medical Board, et al,

13

14                    Defendants,

15

16   and

17

18   PHILIP E. BERGER, in his official

19   capacity as President Pro Tempore of

20   the North Carolina Senate, and

21   Timothy K. Moore, in his official

22   capacity as Speaker of the North

23   Carolina House of Representatives,

24

25                    Invervenor-Defendants

1      - - - - - - - - - - - - - - - - - - - - - x

2                REMOTE DEPOSITION

3                August 22, 2024

                 9:30 A.M. - 4:10 P.M.

4

5                EXAMINATION BEFORE TRIAL OF DANIEL

6      SHUMER, MD, taken pursuant to Court Order, and

7      held at the above-noted time and place before

8      Barbara A. Hightower, a Notary Public of the

9      State of New York.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1         A P P E A R A N C E S:
 2
           THE NATIONAL HEALTH LAW PROGRAM
 3         Counsel for Plaintiffs
           1512 E. Franklin Street, Ste 110
 4         Chapel Hill, N.C. 27514-2816
           BY:  CATHERINE MCKEE, ESQ.
 5              mckee@healthlaw.org
                984.278.7666
 6
                ABIGAIL COURSOLLE, ESQ.
 7              coursolle@healthlaw.org
 8         LAMBDA LEGAL
           Counsel for Plaintiffs
 9         120 Wall Street, 19th Foor
           New York, N.Y.  10005-3919
10         BY:  TARA BORELLI, ESQ.
                tborelli@lambdalegal.org
11
12         THE DOWLING FIRM
           Counsel for Intervenor-Defendants
13         3801 Lake Boone Trail, Suite 260
           Raleigh, N.C. 27607
14         BY:  CRAIG SCHAUER, ESQ.
                cschauer@dowlingfirm.com
15              919.529.3351
16         COOPER & KIRK, PLLC
           Counsel for Intervenor-Defendants
17         1523 New Hampshire Avenue, NW
           Washington, D.C. 20036
18         BY:  CLARK L HILDABRAND, ESQ.
                childabrand@cooperkirk.com
19              202.220.9600
20
21
22
23
24
25
```

1      Q    So Tanner Stage 1 would be

2   prepubertal; is that correct?

3      A    It is correct.  I think just for

4   clarity, Tanner staging is a physical exam

5   finding; so Tanner Stage 1, if we're talking

6   about breast development, is no breast

7   development.  Tanner Stage 2, is breast buds.

8   Tanner Stage 1 for testicular enlargement is

9   no testosterone enlargement pass 4 cc's.

10   Tanner Stage 2 is testicular enlargement

11   beyond 4 cc's.  So Tanner staging, to be

12   clear, is a physical exam finding which

13   represents the start of puberty.

14      Q    Let's go back.

15         So are natal females who receive puberty

16   blockers at Tanner Stage 2 unlikely to later

17   require surgical removal of breast tissue?

18                    MS. McKEE:   Objection.

19                    Form.

20      A    So it depends on what happens

21   after they receive GNRH agonist.  They would

22   be at Tanner Stage 2.  If that hypothetical

23   patient continued GNRH agonist therapy and

24   then in later adolescence starting

25   testosterone and continued testosterone and

1    never underwent endogenous puberty pass stage

2    Tanner Stage 2, then yes, they would be

3    unlikely to require a masculinizing chest

4    surgery to treat gender dysphoria because they

5    would not have developed breasts.

6         Q    So for those natal females who

7    receive puberty blockers at Tanner Stage 2,

8    then receive testosterone, is it correct that

9    zero percent of them will need surgery to

10   remove their breast tissue as a treatment for

11   gender dysphoria?

12                    MS. McKEE:    Objection.

13                Form.

14        A    I don't like talking in absolutes

15   like zero percent, because I think that the

16   medicine doesn't really work that way, but my

17   expectation is that someone that followed that

18   treatment pathway would not require a

19   masculinizing chest surgery.

20        Q    So you would not say zero

21   percent?

22        A    I don't think I would say zero

23   percent about any medical question that you

24   would ask about anything, but that would be my

25   expectation, that they would not require

Case 1:23-cv-00864-LCB-LPA    Document 143-6    Filed 10/11/24    Page 6 of 35

1          Q     Do you agree that gender identity
2     is a deeply felt internal intrinsic sense of
3     self?
4          A     Yes.
5          Q     A minute ago you said gender
6     identity involving belonging to a particular
7     sex.  Do some people view themselves as
8     belonging to multiple sexes?
9          A     More commonly people identify as
10    one sex -- as part of one sex or the other.
11    Some people have a gender identity that does
12    not fall into that binary category.
13         Q     Is determining someone's gender
14    identity, take place as a formal bio
15    psychosocial interview conducted by trained
16    professionals to use their clinical training
17    and judgment as part of that process?
18                   MS. MCKEE: Objection, form.
19                   THE WITNESS:  I'm sorry.  Can
20              you repeat that?
21         Q     Just to make this easier, let's
22    turn to Exhibit 2 which was your Rebuttal
23    Report.
24         A     Okay.
25         Q     Once you pull it up, turn to page

1          A      Okay.

2          Q      So on S252, it says Appendix B

3    Glossary?

4          A      Yes.

5          Q      So is this a glossary that D-2022

6    WPATHS Standards provided about different

7    terms?

8          A      Yes.

9          Q      Is one of those terms

10   non-binary?

11         A      Yes.

12         Q      So the last line in the non-binary

13   definition, do you see where it says "examples

14   of non-binary gender ideas are gender queer,

15   gender-diverse, gender-fluid, demi-gender,

16   bi-gender and a-gender?

17         A      Yes.

18         Q      And do you agree that those are

19   examples of non-binary gender identities?

20         A      Yes.

21         Q      And gender fluid individuals are

22   individuals who have a gender that changes

23   over time, correct?

24         A      Yes.

25                I would say that maybe more precisely.

1      Their understanding of their gender identity

2      changes over time.  But the word fluid,

3      meaning changes, to me means precisely that

4      the person's description of their gender

5      identity changes over time.

6           Q     So sometimes their understanding

7      may be that they're male and sometimes that

8      they're female, and sometimes something

9      different?

10          A     Yes.

11          Q     All right.  Let's turn to S-77 in

12     this document?

13          A     I'm there.

14          Q     Do you see on the upper left where

15     it says "some research has found children may

16     experience gender fluidity or even

17     detransition after initial social

18     transition"?

19          A     Yes.

20          Q     Do you agree that some research

21     has found children may experience gender

22     fluidity or even detransition after an initial

23     social transition?

24          A     My experience and from my

25     understanding of the literature, that

1        possibility.

2               Q      All right.  Let's go to page 189.

3               A      Okay.

4               Q      Do you see where -- it's in the

5        paragraph before pertaining to consent for

6        treatment.  Where Dr. Olson-Kennedy authors,

7        say that "the impact of puberty blockers

8        administered to minors" quote "in early

9        puberty and less than 12 years of age has not

10       been published."

11              A      I see that, yes.

12              Q      Do you agree that the impact of

13       puberty blockers administered to minor in

14       early puberty and less than 12 years of age

15       has not been published?

16              A      This sentence comes from the fact

17       that the initial Dutch protocol that was

18       published used age cut-offs rather than

19       developmental stage cuf-offs in terms of

20       prescribing, and their criteria was Tanner

21       Stage 2 and 12 years of age.  So the longest

22       longitudinal data that we have involves

23       patients that received GNRH agonist starting

24       at at least age 12.

25              I don't know that I can give you

1    citations of studies that included patients

2    younger than age 12, and so therefore I can't

3    claim to say that the sentence is false.

4         Q    So can you provide any citations

5    to patients younger than age 12?

6         A    I can't right now, no.

7         Q    All right.  Let's go back to your

8    Affirmative Report which is Exhibit 1.  We're

9    going to go to page 26.

10        So looking at this, do medical

11   conditions such as delayed puberty and

12   hypogonadism require treatment with

13   hormones?

14        A    They may, yes.

15        Q    Does the failure to progress

16   through puberty normally have serious medical

17   and social consequences?

18                  MS. McKEE:   Objection.

19             Form.

20        A    Sorry.  Can you ask that question

21   again, please.

22        Q    Does the failure to progress

23   through puberty, normally have serious medical

24   and social consequences?

25                  MS. McKEE:   Same

1    will either be their endogenous puberty, as

2    GNRH agonist are withdrawn, or it would be a

3    puberty that aligns with the sex that they

4    identify with when they were provided the

5    testosterone or estrogen.

6         Leaving someone in a permanent

7    prepubital state would not be healthy for

8    someone physically or socially.  And so I

9    think just like patients that have

10   hypogonadism or delayed puberty, the patient,

11   their parents, the provider, we're thinking

12   about all these factors:  Physical health,

13   social health, emotional health, when making

14   decisions about the timing of medical

15   interventions and the timing of puberty.

16        Q    So do you see -- and we have been

17   talking about this, where your report says

18   "testosterone or estrogen treatment", "These

19   patients to be unable to progress through

20   puberty normally which would have serious

21   medical and social consequences."

22        Is that what you wrote?

23        A    Yes.

24        Q    And do you agree with that

25   statement?

1          A     I think that's -- my answer to
2     your last question was my way of saying yes, I
3     agree with that statement and with the context
4     that I provided, in addition.
5          Q     Okay.  So, is one example with
6     having the physical appearance of and immature
7     11 year old in high school presents emotional
8     and social challenges?
9          A     It may, yes.
10         Q     All right.  Let's go back to
11    Exhibit 6, which was the UCFS pdf.  We're
12    going to go to page 191.
13         Do you see at the end under Gender
14    Affirming hormornes, Part II, the line "Having
15    the physical appearance of a sexually immature
16    11 year old in high school can cause" -- "can
17    present emotional and social challenges that
18    are amplified by a gender dysphoria."
19         A     Yes.  Yes, I see that sentence.
20         Q     Do you agree that "having the
21    physical appearance of a sexually immature 11
22    year old in high school, can present emotional
23    and social challenges that are amplified by
24    gender dysphoria?
25         A     I certainly think that's possible.

1    development, that they may have experienced

2    some of that secondary sex characteristic

3    development and had associated distress, as it

4    was in line with their gender identity, and

5    that treatment with a medical intervention may

6    be indicated; however, that hasn't been my

7    experience.

8         My experience working with non-binary

9    individuals has been more commonly that a

10   patient is expressing their difference in

11   gender identity with non-medical

12   interventions, and those non-medical

13   interventions are helpful, and a medical

14   intervention isn't indicated.

15        Q    Would those non-medical

16   interventions include psychotherapy?

17        A    That wasn't what I was thinking of

18   when I said non-medical interventions.  I was

19   thinking of elements of social transition, the

20   way that a person expresses themselves through

21   their names, pronouns, clothes, or

22   presentation to the world.

23        I think of phychotherapy as something

24   that is potentially helpful for one, including

25   and especially teenagers, and including and

1    especially teenagers that are early struggling

2    with elements of their identity; but that

3    someone with a non-binary identity, I wouldn't

4    expect that non-binary identity or any

5    distress associated with that non-binary

6    identity to dissipate with psychotherapy.  And

7    I might expect psychotherapy to be helpful in

8    providing creative ways to allow that young

9    person to thrive in the context of their

10   non-binary gender identity.

11        Q    Have you ever provided

12   testosterone or estrogen as a gender dysphoria

13   treatment for a non-binary minor?

14        A    I don't know that I can answer

15   that question specifically.  I would tell you

16   that if someone identified as non-binary and

17   said that neither male nor female gender fits

18   me, I'm identifying right in the middle, that

19   that would not be someone that would meet my

20   diagnostic criteria for treatment of gender

21   dysphoria, and eligibility for treatment with

22   estrogen or testosterone; and I have not

23   treated someone with that particular story

24   with testosterone or estrogen.  But each

25   individual patient's description of their

1          So, let's dive into Exhibit 11, McNamara
2     2024 a little bit more.  And so we're going to
3     pull up Exhibit 11 and turn to page 15?
4          A     Okay.
5          A     15?
6          Q     15, yes.
7          A     Okay.
8          Q     Do you see about in the middle of
9     the page where it says that puberty pausing
10    medications are nearly always part of a stage
11    process that includes other treatments?
12         A     I do see that.  But if you don't
13    mind, can I just read that paragraph to myself
14    before?
15         Q     Yes, of course?
16         A     Okay, thank you.  Okay, thank you.
17         Q     No problem.  Do you agree that
18    puberty blockers are nearly always part of a
19    stage process that includes other
20    treatments?
21         A     I agree to the extent that puberty
22    blockers are not prescribed in isolation,
23    right.  The patient receiving puberty blockers
24    is also being supported by their family,
25    perhaps being supported by mental health

1    professional.  They are likely -- the majority

2    of patients prescribed puberty blockers will

3    be eligible for testosterone and estrogen

4    treatments.

5         And so the point that the paragraph is

6    making is that trying to isolate each

7    individual component of what really is a

8    Complex Model of Care, is challenging and may

9    be not the outcome that is most important.

10        I think the other thing just to know

11   about puberty pausing medications is that they

12   refer to here is that they really -- I

13   wouldn't expect the puberty pausing

14   medication, or the GNRH agonist, to lead to

15   resolution of gender dysphoria.  Rather, it's

16   being used as a bridge to making the next

17   decision which may be testosterone or

18   estrogen.  And so I would expect someone on

19   pubertal suppression to not have progression

20   of gender dysphoria, but there is no affirming

21   changes happening during that time.

22        So, I'm trying to isolate blockers and

23   come away with conclusions in a vacuum, is

24   challenging and maybe not the right question

25   to be asking.  So I think that's what Dr.

1    McNamara was saying in that paragraph.

2         Q     Thank you.  Are puberty blockers a

3    treatment that has only been more readily

4    available for gender-affirming purposes over

5    the past eight to ten years?

6         A     I think it depends on where you

7    live.

8         Q     And so here, the article says --

9    and I'm not -- just the folks with the article

10   says here, "Further the review expects an

11   abundance long-term data on treatments that

12   have only been more readily available for

13   gender affirming purposes over the past eeight

14   to ten years?

15        A     Yes.

16        Q     Do you -- have they -- have

17   puberty blockers been a treatment that's only

18   been more readily available in Michigan, for

19   example, over the past eight to ten years?

20        A     Yes.

21        Q     Have you set up -- if I remember

22   correctly, did you help start the clinic where

23   you work at now develop in 2015?

24        A     Yes.

25        Q     Let's move on to page 5.  This is

1        think is really important when we're talking

2        about individual patients and families.

3             Q       Okay.  And for your patients, have

4        you had any patients who started puberty

5        suppression early in Tanner Stage 2, then took

6        cross-sex hormones for several years, and then

7        later had a biological child?

8             A       I have not had that experience.

9             Q       At your clinic would you -- sorry.

10       Do your clinic or anyone else at the

11       University of Michigan perform gonadectomies

12       on minors as a treatment for gender

13       dysphoria?

14            A       No.

15            Q       If a patient came to you and said

16       I want you to perform a gonadectomy on my

17       child, would you allow the parent to make that

18       decision for the child?

19            A       I don't perform gonadectomies on

20       anyone because I'm not a surgeon, but I think

21       your point is would I recommend gonadectomy?

22       My personal view is no.  But I think that I

23       have a hard time stating that absolutely;

24       because again I like to leave room for the

25       fact that these are very individual decisions,

1                    C E R T I F I C A T E

2

3        State of New York         )

                                   ):ss

4        County of Westchester     )

5

6                    I, BARBARA HIGHTOWER, a

7        Shorthand Reporter and Notary Public within

8        and for the State of New York, do hereby

9        certify:

10                   That the witness(es) whose

11       testimony is hereinbefore set forth was duly

12       sworn by me, and the foregoing transcript is a

13       true record of the testimony given by such

14       witness(es).

15                   I further certify that I am not

16       related to any of the parties to this action

17       by blood or marriage, and that I am in no way

18       interested in

19

20                   _____

                     BARBARA HIGHTOWER

21

22

23

24

25

A C K N O W L E D G E M E N T

    I, DANIEL SHUMER, M.D. hereby certify that I have read the transcript of my testimony taken under oath on August 22, 2024, that the transcript is a true, complete and correct record of what was asked, answered and said during my testimony under oath, and that the answers on the record as given by me are true and correct.

9/26/2024
_____

DATE

_____

DANIEL SHUMER, M.D.

Sworn to before me, this 26th day of September, 2024.

_____,

Notary Public

ERIC A ARMOUR
Notary Public - State of Michigan
County of Washtenaw
My Commission Expires Aug 2, 2030
Acting in the County of Washtenaw

1                    ERRATA SHEET

2             FOR THE TRANSCRIPT OF:

              DANIEL SHUMER, M.D.

3                AUGUST 22, 2024

4

    Page   Line      CHANGE/CORRECTION   REASON

5

    See attached <u>errata sheet</u>    _____

6

7    _____   _____    _____    _____

8    _____   _____    _____    _____

9    _____   _____    _____    _____

10   _____   _____    _____    _____

11   _____   _____    _____    _____

12   _____   _____    _____    _____

13   _____   _____    _____    _____

14   _____   _____    _____    _____

15   _____   _____    _____    _____

16   _____   _____    _____    _____

17   _____   _____    _____    _____

18   _____   _____    _____    _____

19   _____   _____    _____    _____

20

    _____      9/26/2024

21   DANIEL SHUMER, MD            DATE

22

23

24

25

| Page | Line | Change | | Reason |
|------|------|--------|---|--------|
| 10 | 20-21 | change "North Carolina" to "North Dakota" | | transcription error |
| 11 | 10 | change "prohibited" to "prohibiting" | | transcription error |
| 14 | 8 | change "Atkins" to "Adkins" | | transcription error |
| 17 | 6 | change "Atkins, Dr. Dan Kurasic" to "Adkins, Dr. Dan Karasic" | | transcription error |
| 17 | 11-12 | change "Mr. Michael" to "Dr. Michael" | | transcription error |
| 19 | 19 | change "Motts" to "Mott" | | transcription error |
| 19 | 25 | change "Motts" to "Mott" | | transcription error |
| 20 | 5 | change "Motts" to "Mott" | | transcription error |
| 20 | 6 | change "there for" to "therefore" | | transcription error |
| 20 | 22 | change "adolescence" to "adolescents" | | transcription error |
| 20 | 23 | change "includes" to "including" | | transcription error |
| 21 | 2 | change "Pediatricic" to "Pediatrics" | | transcription error |
| 21 | 3 | change "lextures" to "lectures" | | transcription error |
| 22 | 25 | change "endocrinologist" to "endocrinology" | | transcription error |
| 23 | 13 | change "making" to "make" | | transcription error |
| 23 | 21 | change "bio psycho social" to "biopsychosocial" | | transcription error |
| 23 | 24 | change "collateral" to "collaterals" | | transcription error |
| 23 | 24 | change "therapist" to "therapists" | | transcription error |
| 24 | 10 | change "have new" to "have a new" | | transcription error |

1

| | | | |
|---|---|---|---|
| 27 | 18 | change “impulses” to “in pulses” | transcription error |
| 27 | 21 | change “impulses” to “in pulses” | transcription error |
| 28 | 8 | change “test” to “tests” | transcription error |
| 28 | 10 | change “is” to “has” | transcription error |
| 28 | 16 | change “stipulates” to “stimulates” | transcription error |
| 28 | 23 | change “breasts” to “breast” | transcription error |
| 29 | 7 | change “mean” to “means” | transcription error |
| 29 | 17 | change “ec cetera” to “et cetera” | transcription error |
| 31 | 17 | change “Is” to “Does | transcription error |
| 32 | 5 | change “prepubital?” to “prepubertal.” | transcription error |
| 33 | 6 | change “maybe” to “may be” | transcription error |
| 33 | 12 | change “your” to “who are” | transcription error |
| 33 | 16-17 | The transcript is incorrect, but I cannot remember the exact wording of the question. | transcription error |
| 34 | 14 | change “would” to “when” | transcription error |
| 34 | 16 | change “minor” to “minor’s” | transcription error |
| 34 | 23 | change “an identification” to “and identification” | transcription error |
| 34 | 25 | change “phychotherapy” to “psychotherapy” | transcription error |
| 35 | 5 | change “phychotherapy” to “psychotherapy” | transcription error |
| 36 | 11 | change “persist” to “persists” | transcription error |
| 37 | 4 | change “peri-pubital” to “peri-pubertal” | transcription error |
| 37 | 5 | change “two-thirds of” to “two-thirds are” | transcription error |
| 37 | 6 | change “pubital” to “pubertal” | transcription error |

| 37 | 12 | change "ascend" to "assent" | transcription error |
|----|----|------------------------------|---------------------|
| 39 | 13 | change "nine years old" to "nine-year-old" | transcription error |
| 39 | 23 | change "to minor" to "to a minor" | transcription error |
| 40 | 11 | change "pubital" to "pubertal" | transcription error |
| 40 | 15 | change "dominizing" to "feminizing" | transcription error |
| 42 | 19 | change "declined" to "inclined" | transcription error |
| 43 | 1 | change "pass" to "past" | transcription error |
| 43 | 16 | change "pass" to "past" | transcription error |
| 45 | 9 | change "testosterone enlargement pass" to "testicular enlargement pass" | transcription error |
| 45 | 24 | change "starting" to "started" | transcription error |
| 46 | 1 | change "pass" to "past" | transcription error |
| 46 | 15-16 | change "that the medicine" to "that medicine" | transcription error |
| 51 | 12 | change "identify" to "identity" | transcription error |
| 52 | 6 | change "involving" to "involved" | transcription error |
| 53 | 5-6 | change "bio psycho-social" to "biopsychosocial" | transcription error |
| 53 | 7 | change "professionals to" to "professionals who" | transcription error |
| 53 | 8 | change "in judgment" to "and judgment" | transcription error |
| 54 | 9 | change "there is" to "there are" | transcription error |
| 54 | 21 | change "feelings" to "feeling" | transcription error |
| 54 | 23 | change "adolescent" to "adolescents" | transcription error |
| 56 | 20 | change "terms" to "term" | transcription error |
| 56 | 23 | change "themselves" to "themself" | transcription error |

3

| | | | |
|---|---|---|---|
| 57 | 14 | change "WPATHS" to "WPATH" | transcription error |
| 58 | 5-6 | change "D-2022 WPATHS" to "the 2022 WPATH" | transcription error |
| 58 | 14 | change "ideas" to "identities" | transcription error |
| 60 | 2 | change "prepubital" to "prepubertal" | transcription error |
| 60 | 4 | change "ways" to "way" | transcription error |
| 61 | 24 | change "just asked about that." to "just asked about." | transcription error |
| 63 | 6-7 | change "that sort of" to "that are sort of" | transcription error |
| 63 | 8 | change "WPATHSs" to "WPATH's" | transcription error |
| 63 | 10 | change "Societies" to "Society's" | transcription error |
| 64 | 2 | change "is" to "does" | transcription error |
| 64 | 10 | change "transgender" to "transdermal" | transcription error |
| 65 | 3 | change "safety in" to "safety and" | transcription error |
| 65 | 22 | change "a" to "the" | transcription error |
| 66 | 6 | change "in some" to "in sum" | transcription error |
| 66 | 9-10 | change "depression anxiety rates" to "depression and anxiety rates" | transcription error |
| 66 | 11 | change "include" to "includes" | transcription error |
| 67 | 13-14 | change "expect that elective treatment" to "expect that effective treatment" | transcription error |
| 67 | 21 | change "stress" to "distress" | transcription error |
| 67 | 22 | change "associated with a gender dysphoria" to "associated with gender dysphoria" | transcription error |
| 68 | 21 | change "UCFS" to "UCSF" | transcription error |

4

| 69 | 11 | change "means to me. They're both" to "means to me – they're both" | transcription error |
|---|---|---|---|
| 69 | 12 | change "collects" to "collect" | transcription error |
| 69 | 16 | change "UCFS" to "UCSF" | transcription error |
| 69 | 24 | change "UCFS" to "UCSF" both places it appears | transcription error |
| 70 | 14 | change "as was" to "as it was" | transcription error |
| 70 | 21 | change "UCFS" to "UCSF" | transcription error |
| 73 | 4 | change "in" to "and" | transcription error |
| 73 | 10 | change "parenthesis" to "parentheses" | transcription error |
| 73 | 22 | change "Hormones" to "Hormone" | transcription error |
| 74 | 11 | change "adolescent" to "adolescents" | transcription error |
| 74 | 21 | change "D-1" to "51" | transcription error |
| 77 | 6 | change "Steven" to "Stephen" | transcription error |
| 77 | 7 | change "West" to "Wesp" | transcription error |
| 77 | 17 | change "to" to "for" | transcription error |
| 78 | 7 | remove quotation mark | transcription error |
| 78 | 8 | remove first quotation mark (after the word minors) | transcription error |
| 78 | 13 | change "minor" to "minors" | transcription error |
| 78 | 19 | change "cuf-offs" to "cut-offs" | transcription error |
| 80 | 7 | change "that assigned" to "that are assigned" | transcription error |
| 81 | 2 | change "agonist" to "agonists" | transcription error |
| 81 | 7 | change "prepubital" to "prepubertal" | transcription error |

5

| | | | |
|---|---|---|---|
| 81 | 18 | "testosterone or estrogen treatment" to "without testosterone or estrogen treatment" | transcription error |
| 81 | 19 | change "patients to" to "patients would" | transcription error |
| 82 | 6 | change "and" to "an" | transcription error |
| 82 | 11 | change "UCFS" to "UCSF" | transcription error |
| 84 | 17 | change "in" to "and" | transcription error |
| 85 | 10-11 | change "for of gender disorder" to "for the diagnosis of gender dysphoria" | transcription error |
| 85 | 12 | change "and that" to "and met" | transcription error |
| 86 | 20 | change "Kleinfelder" to "Klinefelter" | transcription error |
| 87 | 24 | change "resolving" to "resulting" | transcription error |
| 89 | 6 | change "Activity" to "Activities" | transcription error |
| 89 | 9 | change "North Carolina" to "North Dakota" | transcription error |
| 90 | 6 | change "worked" to "works" | transcription error |
| 92 | 8-9 | change "assessment and this being done in the model." to "assessment being done in this model." | transcription error |
| 92 | 10 | change "model care" to "model of care" | transcription error |
| 92 | 11-12 | change "commonly more common" to "more common" | transcription error |
| 93 | 1 | change "WPATHS" to "WPATH's" | transcription error |
| 93 | 5 | change "Is" to "Does" | transcription error |
| 94 | 9 | change "adolescent" to "adolescents" | transcription error |
| 95 | 8 | change "inperson" to "in-person" | transcription error |
| 98 | 15 | change "dis-formed (phonetic)" to "dysphoric" | transcription error |

| | | | |
|---|---|---|---|
| 98 | 24 | change "Parenhood" to "Parenthood" | transcription error |
| 100 | 13 | change "testies" to "testes" | transcription error |
| 100 | 17 | change "testies" to "testes" | transcription error |
| 100 | 21 | change "testies" to "testes" | transcription error |
| 101 | 4 | change "Some individuals, the" to "Some individuals with a" | transcription error |
| 101 | 8 | change "of the" to "with a" | transcription error |
| 101 | 12 | change "of the" to "with a" | transcription error |
| 101 | 22 | change "testies" to "testes" | transcription error |
| 102 | 7 | change "DST" to "DSD" | transcription error |
| 102 | 12 | change "DST" to "DSD" | transcription error |
| 102 | 16 | change "with" to "without" | transcription error |
| 103 | 15 | change "woman" to "women" | transcription error |
| 104 | 7 | change "nanogram" to "nanograms" | transcription error |
| 104 | 17 | change "label" to "labeled" | transcription error |
| 104 | 25 | change "which is" to "with" | transcription error |
| 105 | 16 | change "getting" with "giving" | transcription error |
| 106 | 20 | change "is" to "as" | transcription error |
| 107 | 9 | change "endo-tumor, as pre-baked (phonetic)" to "endo-tumor is pretty general" | transcription error |
| 107 | 10 | change "is" to "are" | transcription error |
| 107 | 12 | change "woman" to "women" | transcription error |
| 107 | 15 | change "Laidlaw" to "Laidlaw's" | transcription error |

| | | | |
|---|---|---|---|
| 108 | 6 | change “woman with endocrine-secreting tumor” to “women with endocrine-secreting tumors” | transcription error |
| 108 | 7 | change “suppose” to “supposed” | transcription error |
| 108 | 10 | change “woman” to “women” | transcription error |
| 109 | 2 | change “terms of subject contention” to “terms are a subject of contention” | transcription error |
| 109 | 25 | The transcript is incorrect, but I cannot remember the exact wording of the question. | transcription error |
| 110 | 21-22 | change “where he say ‘Tanner etal demonstrate” to “where you say ‘Caanen et al. demonstrated” | transcription error |
| 110 | 23 | change “woman” to “women” | transcription error |
| 112 | 16 | change “of gender” to “for gender” | transcription error |
| 113 | 8 | change “visualized” to “individualized” | transcription error |
| 113 | 13 | change “dysphoria” to “dysphoric” | transcription error |
| 114 | 4 | change “was in line” to “was not in line” | transcription error |
| 114 | 21 | change “names” to “name” | transcription error |
| 114 | 24 | change “one” to “everyone” | transcription error |
| 115 | 1 | change “early” to “really” | transcription error |
| 117 | 19 | change “exist” to “exists” | transcription error |
| 118 | 16 | change “perimeters” to “parameters” | transcription error |
| 119 | 6 | change “Aide” to “VIII” | transcription error |
| 119 | 7 | change “Yes.” to “No.” | transcription error |
| 121 | 15 | change “or” to “with” | transcription error |
| 121 | 23 | change “worthless” to “worse” | transcription error |

| | | | |
|---|---|---|---|
| 121 | 24 | change "amount" to "amounts" | transcription error |
| 124 | 19 | change "summary, gender-affirming" to "summary, banning gender-affirming" | transcription error |
| 132 | 2 | change "forwards" to "forward" | transcription error |
| 132 | 6 | change "rating" to "grading" | transcription error |
| 133 | 13 | change "if" to "have" | transcription error |
| 134 | 12 | change "site" to "cite" | transcription error |
| 137 | 5 | change "this 7th of" to "this is the 7th version of" | transcription error |
| 137 | 18 | remove quotation mark | transcription error |
| 137 | 21 | remove quotation mark | transcription error |
| 139 | 11 | change "different" to "given" | transcription error |
| 140 | 4 | change "parenthesis" to "parentheses" | transcription error |
| 141 | 20 | change "old" to "olds" | transcription error |
| 142 | 8 | change "adolescents" to "adolescent" | transcription error |
| 142 | 9 | change "old" to "olds" | transcription error |
| 142 | 16 | change "year-olds?" to "year-olds." | transcription error |
| 143 | 17 | change "criticizing" to "criticism" | transcription error |
| 144 | 9 | change "relationship" to "recency" | transcription error |
| 145 | 14 | change "Harrington" to "Karrington" | transcription error |
| 145 | 18 | change "genderl identity of" to "gender identity and" | transcription error |
| 146 | 21 | change "adolescence" to "adolescents" | transcription error |
| 147 | 7 | change "bio psychosocial" to "biopsychosocial" | transcription error |
| 147 | 22 | change "he's" to "she's" | transcription error |

9

| | | | |
|---|---|---|---|
| 147 | 23 | change "persistent" to "persistence" | transcription error |
| 148 | 13 | change "Harrington" to "Karrington" | transcription error |
| 148 | 21 | change "persistence" to "provision" | transcription error |
| 151 | 19 | change "begin" to "begins" | transcription error |
| 151 | 20 | change "belies" to "aligns" | transcription error |
| 152 | 9 | change "is received treatment and then say" to "has received treatment and then said" | transcription error |
| 153 | 22 | change "pretend-sphill" to "pretend-spiel" | transcription error |
| 154 | 12 | change "cast" to "Cass" | transcription error |
| 154 | 20 | change "A" to "Q" | transcription error |
| 155 | 12 | change "in" to "and" | transcription error |
| 156 | 6 | change "would not considered" to "would not have considered" | transcription error |
| 158 | 23 | change "idealogical" to "ideological" | transcription error |
| 161 | 7 | change "Dr. Jansen" to "Dr. Janssen" | transcription error |
| 161 | 9 | change "Woodman" to "Whitman" | transcription error |
| 163 | 9-10 | change "Erin Jensen" to "Aron Janssen" | transcription error |
| 163 | 13 | change "Dr. Jensen" to "Dr. Janssen" | transcription error |
| 166 | 13 | change "suggest" to "suggests" | transcription error |
| 167 | 10 | change "stage" to "staged" | transcription error |
| 167 | 19 | change "stage" to "staged" | transcription error |
| 167 | 25 | change "supported by mental" to "supported by a mental" | transcription error |
| 168 | 22 | change "I'm" to "in" | transcription error |

| | | | |
|---|---|---|---|
| 168 | 23 | change "is" to "it's" | transcription error |
| 169 | 11 | change "abundance long" to "abundance of long" | transcription error |
| 169 | 13 | change "eeight" to "eight" | transcription error |
| 170 | 6 | change "adolescent" to "adolescents" | transcription error |
| 170 | 20 | add "Q" to the start of the line | transcription error |
| 173 | 18 | change "for" to "or" | transcription error |
| 173 | 19 | change "treatment (phonetic) to" to "treatment of" | transcription error |
| 173 | 24 | change "Reviews" to "Review's" | transcription error |
| 176 | 18 | change "hormone" to "hormonal" | transcription error |
| 177 | 21 | change "there is a 20" to "there is 20" | transcription error |
| 178 | 2 | change "there is clues that -- genetic" to "there are clues that -- genetics" | transcription error |
| 178 | 23 | change "Heylends" to "Heylens" | transcription error |
| 179 | 18-19 | change "generate (inaudible)," to "gender," | transcription error |
| 180 | 19 | change "L-2020" to "et al. 2020" | transcription error |
| 180 | 21 | change "do but a butter" to "do you have a better" | transcription error |
| 181 | 13 | change "do" to "does" | transcription error |
| 181 | 14 | change "Section" to Sex" | transcription error |
| 181 | 15 | change "Hormone" to "Hormones" | transcription error |
| 182 | 20 | change "anatomy in" to "anatomy and" | transcription error |
| 183 | 8 | change "have DSD" to "have a DSD" | transcription error |
| 184 | 6 | change "is" to "are" | transcription error |

| | | | |
|---|---|---|---|
| 184 | 15 | change "the" to "there" | transcription error |
| 185 | 24 | change "hormone" to "hormones" | transcription error |
| 187 | 18 | change "distressed" to "distressing" | transcription error |
| 188 | 5 | change "stressing" to "distressing" | transcription error |
| 188 | 6 | "per seven years" to "for seven days" | transcription error |
| 188 | 22 | change "etal" to "et al." | transcription error |
| 189 | 10 | change "CASS Report" to "case report" | transcription error |
| 189 | 20 | change "Do" to "Does" | transcription error |
| 190 | 1-2 | change "report passes 3X at the" to "report says Stage 3 at the" | transcription error |
| 190 | 8 | change "X times the fall count" to "at this time his antral follicle count" | transcription error |
| 190 | 9-10 | change "and breast for" to "and his breasts were" | transcription error |
| 191 | 20 | change "menstraul" to "menstrual" | transcription error |
| 192 | 4-5 | change "'Persky finding was that a few youth, 20 percents," to "Persky's finding was that 'few youth, 20 percent," | transcription error |
| 192 | 7 | change "children and" to "children or" | transcription error |
| 192 | 10 | change "fertile" to "fertility" | transcription error |
| 192 | 16 | change "dysphoria" to "dysphoric" | transcription error |
| 192 | 21 | change "have" to "are" | transcription error |
| 193 | 5 | change "animates" to "gametes" | transcription error |
| 193 | 14 | change "teacher" to "future" | transcription error |
| 196 | 16 | change "has the same" to "has same" | transcription error |
| 196 | 19 | change "is" to "are" | transcription error |

12

| | | | |
|---|---|---|---|
| 198 | 14 | change "topic, that" to "topic, not that" | transcription error |
| 199 | 10 | change "Do" to "Does" | transcription error |
| 200 | 3 | change "adulthood?" to "adulthood." | transcription error |
| 201 | 20 | change "resolve" to "result" | transcription error |
| 201 | 23 | change "are offering" to "are you offering" | transcription error |

13