# EXHIBIT [7] - Olson-Kennedy Deposition Transcript

(public document)

```
 1              UNITED STATES DISTRICT COURT
 2              MIDDLE DISTRICT OF NORTH CAROLINA
 3    _____
 4    VICTOR VOE, by and through his
 5    Parents and next friends, Vanessa
 6    Voe and Vance Voe; et al.,
 7              Plaintiffs,
 8         v.                                    Case No.
 9    THOMAS MANSFIELD, in his                   1:23-cv-864
10    official capacity as chief
11    executive officer of the
12    North Carolina Medical Board;
13    et al.,
14              Defendants.
15    and
16    PHILIP E. BERGER, in his
17    Official capacity as president
18    pro tempore of the North Carolina
19    Senate, and TIMOTHY K. MOORE,
20    in his official capacity as
21    Speaker of the North Carolina
22    House of Representatives,
23              Intervenor-Defendants.
24    _____
25
```

```
 1            VIDEOTAPED DEPOSITION OF
 2         JOHANNA OLSON-KENNEDY, M.D., M.S.
 3   DATE:            Monday, August 19, 2024
 4   TIME:            9:01 a.m.
 5   LOCATION:        Remote Proceeding
 6                    South Pasadena, CA ZIP
 7   OFFICIATED BY:   Benjamin Kolman
 8   JOB NO.:         6868052
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

                    A P P E A R A N C E S

    ON BEHALF OF PLAINTIFFS:

         OMAR GONZALEZ-PAGAN, ESQUIRE (by videoconference)

         Lambda Legal

         120 Wall Street

         New York, NY 10005

         ogonzalez-pagan@lambdalegal.org

         (617) 686-3464


         TARA BORELLI, ESQUIRE

         Lambda Legal

         1 West Court Square

         Decatur, GA 30030

         tborelli@lambdalegal.org

         (404) 897-1880


         ABIGAIL COURSOLLE, ESQUIRE (by videoconference)

         National Health Law Program

         3701 Wilshire Boulevard, Suite 315

         Los Angeles, CA 90010

         coursolle@healthlaw.org

         (310) 204-6010

```
 1              A P P E A R A N C E S (cont'd)
 2     ON BEHALF OF PLAINTIFFS:
 3          CATHERINE MCKEE, ESQUIRE (by videoconference)
 4          National Health Law Program
 5          1512 E. Franklin Street, Suite 110
 6          Chapel Hill, NC 27514
 7          mckee@healthlaw.org
 8          (919) 968-6308
 9
10     ON BEHALF OF INTERVENOR DEFENDANTS PHILIP E. BERGER AND
11     TIMOTHY K. MOORE:
12          BRIAN W. BARNES, ESQUIRE (by videoconference)
13          Coooper & Kirk
14          1523 New Hampshire Avenue NW
15          Washington, DC 20036
16          bbarnes@cooperkirk.com
17          (202) 220-9600
18
19          CLARK HILDABRAND, ESQUIRE (by videoconference)
20          Cooper & Kirk
21          1523 New Hampshire Avenue NW
22          Washington, DC 20036
23          childabrand@cooperkirk.com
24
25
```

1  A P P E A R A N C E S (cont'd)
2  ON BEHALF OF INTERVENOR DEFENDANTS PHILIP E. BERGER AND
3  TIMOTHY K. MOORE:
4      CRAIG SCHAUER, ESQUIRE (by videoconference)
5      The Dowling Firm
6      3801 Lake Boone Trail
7      Raleigh, Nelson Carreno 27607
8      cschauer@dowlingfirm.com
9      (919) 529-3351
10
11 ON BEHALF OF DEFENDANT THOMAS MANSFIELD AND THE NORTH
12 CAROLINA MEDICAL BOARD:
13     MICHAEL BULLERI, ESQUIRE (by videoconference)
14     North Carolina Department of Justice
15     114 Edenton Street
16     Raleigh, NC 27603
17     mbulleri@ncdoj.gov
18     (919) 564-7100
19
20
21
22
23
24
25

1  A P P E A R A N C E S (cont'd)
2  ON BEHALF OF DEFENDANT NORTH CAROLINA DEPARTMENT OF
3  HEALTH AND HUMAN SERVICES:
4      COLLEEN M. CROWLEY, ESQUIRE (by videoconference)
5      North Carolina Department of Justice
6      114 Edenton Street
7      Raleigh, NC 27603
8      ccrowley@ncdoj.gov
9
10 ALSO PRESENT:
11     Denise Scott, Paralegal, Lambda Legal
12     (by videoconference)
13     Orson Braithwaite, Videographer, Veritext Legal
14     Solutions (by videoconference)
15
16
17
18
19
20
21
22
23
24
25

1  question in the directionality that you posited it.
2      Q   Sure.  So I think the question was, are all
3  people who satisfy the DSM-5's diagnostic criteria for
4  gender dysphoria in children transgender?
5      A   I think so, yes.
6      Q   Are all people who satisfy the DSM-5's
7  diagnostic criteria for gender dysphoria in adolescents
8  and adults transgender?
9      A   I think there are rare times when people get
10 this diagnosis and -- and it's a false positive.
11     Q   What do you mean by a false positive?
12     A   That they have received the diagnosis, but
13 they might not necessarily be transgender.
14     Q   If you'd flip to the next page of Exhibit 3
15 for me.  I think it's page 714 of the PDF.
16         And I wanted to ask you about criterion A.6.,
17 for the diagnosis of gender dysphoria in children.  It
18 says there, "In boys (assigned gender), a strong
19 rejection of typically masculine toys, games, and
20 activities, and a strong avoidance of rough-and-tumble
21 play."
22         You see that?
23     A   I do.
24     Q   What are typically masculine toys, games and
25 activities?

1   numbers that are on the document, under A3, there's a
2   discussion of the 2009 Endocrine Society guidelines, and
3   then there's a sentence that says:
4           "Furthermore, the impact of GnRHa's on the
5   bone health of transgender children, specifically in
6   those younger than 12 years, remains unknown."
7           You see that?
8       A   Yes.
9       Q   And did you write that sentence?
10      A   I did.
11      Q   Let's see, next paragraph, same page, middle
12  of the paragraph, it says:
13          "Studies in adult transgender populations have
14  reported on the physiologic impact of cross-sex
15  hormones, but no studies to date have detailed the
16  physiological impact of cross-sex hormone administration
17  in transgender adolescents."
18          You see that?
19      A   I do.
20      Q   And did you write that?
21      A   I did.
22      Q   Okay.  Are you an expert on reasons why the
23  North Carolina legislature enacted House Bill 808?
24              MR. GONZALEZ-PAGAN:  Objection.  Form.
25  And to the extent that it calls for a legal conclusion.

```
 1            CERTIFICATE OF DEPOSITION OFFICER
 2              I, BENJAMIN KOLMAN, the officer before whom
 3      the foregoing proceedings were taken, do hereby certify
 4      that any witness(es) in the foregoing proceedings, prior
 5      to testifying, were duly sworn; that the proceedings
 6      were recorded by me and thereafter reduced to
 7      typewriting by a qualified transcriptionist; that said
 8      digital audio recording of said proceedings are a true
 9      and accurate record to the best of my knowledge, skills,
10      and ability; that I am neither counsel for, related to,
11      nor employed by any of the parties to the action in
12      which this was taken; and, further, that I am not a
13      relative or employee of any counsel or attorney employed
14      by the parties hereto, nor financially or otherwise
15      interested in the outcome of this action.
16                                        [signature: BK]
17                                        BENJAMIN KOLMAN
18                                        Notary Public in and for the
19                                        Commonwealth of Virginia
20
21      [X] Review of the transcript was requested.
22
23
24
25
```

```
 1                CERTIFICATE OF TRANSCRIBER
 2            I, CHERYL MCKINNEY, do hereby certify that
 3      this transcript was prepared from the digital audio
 4      recording of the foregoing proceeding, that said
 5      transcript is a true and accurate record of the
 6      proceedings to the best of my knowledge, skills, and
 7      ability; that I am neither counsel for, related to, nor
 8      employed by any of the parties to the action in which
 9      this was taken; and, further, that I am not a relative
10      or employee of any counsel or attorney employed by the
11      parties hereto, nor financially or otherwise interested
12      in the outcome of this action.
13
14                                    /s/ Cheryl McKinney
15                                    CHERYL MCKINNEY
16
17
18
19
20
21
22
23
24
25
```

```
 1      v. Mansfield, Thomas Et Al
 2    Dr. Johanna Olson-Kennedy (#6868052)
 3                E R R A T A   S H E E T
 4    PAGE_112_ LINE__21__ CHANGE_"or able" to_____
 5    _"or are able"_____
 6    REASON__Transcription error_____
 7    PAGE_145__ LINE 12,23,25 CHANGE___"Vandermisson" to____
 8    _"van der Miesen"_____
 9    REASON_Transcription error_____
10    PAGE_149__ LINE_10__ CHANGE_"deviate to "deviates"_
11    _____
12    REASON_Transcription error_____
13    PAGE_____ LINE_____ CHANGE_____
14    _____
15    REASON_____
16    PAGE_____ LINE_____ CHANGE_____
17    _____
18    REASON_____
19    PAGE_____ LINE_____ CHANGE_____
20    _____
21    REASON_____
22
23    _____[signature]_____  October 3, 2024____
24    Dr. Johanna Olson-Kennedy              Date
25
```

```
 1      v. Mansfield, Thomas Et Al
 2    Dr. Johanna Olson-Kennedy (#6868052)
 3                  ACKNOWLEDGEMENT OF DEPONENT
 4       I, Dr. Johanna Olson-Kennedy, do hereby declare that I
 5    have read the foregoing transcript, I have made any
 6    corrections, additions, or changes I deemed necessary as
 7    noted above to be appended hereto, and that the same is
 8    a true, correct and complete transcript of the testimony
 9    given by me.
10
11    _____     October 3, 2024
                                          _____
12    Dr. Johanna Olson-Kennedy                   Date
13    *If notary is required
                                    STATE OF FLORIDA COUNTY OF BROWARD
14                            SUBSCRIBED AND SWORN TO BEFORE ME THIS
15                              __3rd__ DAY OF ____October_____, 20_24_.
16
17
18                              _____
19                              NOTARY PUBLIC  David Merkatz
20    ( X) produced Driver's License as ID
21                                            David Merkatz
                                              NOTARY PUBLIC
                                              STATE OF FLORIDA
22                                            Appt. No. HH 367674
                                              Expires February 28, 2027
                                              Online Notary Center
23             Notarial Act performed by Audio-Video Communication.
24
25
```