EXHIBIT [17] -

DHHS Workgroup Emails 1

(public document)

**From:** "Dowler, Shannon" <Shannon.Dowler@dhhs.nc.gov>
**To:** "Auletta, Jacques" <Jacques.Auletta@dhhs.nc.gov>
**Subject:** RE: [External] RE: pediatricians- WorkGroup request for contributors
**Date:** Thu, 13 Jan 2022 16:13:23 +0000
**Importance:** Normal
**Inline-Images:** image002.jpg; image004.png; image006.jpg; image007.jpg; image008.jpg

yep

**From:** Auletta, Jacques <Jacques.Auletta@dhhs.nc.gov>
**Sent:** Thursday, January 13, 2022 10:39 AM
**To:** Dowler, Shannon <Shannon.Dowler@dhhs.nc.gov>
**Subject:** FW: [External] RE: pediatricians- WorkGroup request for contributors

FYI. Add these 2?

**Jacques (Jack) Auletta**
Executive Assistant to Shannon Dowler, M.D., Chief Medical Officer
NC Medicaid
Division of Health Benefits
NC Department of Health and Human Services

Jacques.Auletta@dhhs.nc.gov
Mobile: 919-609-2772



**Find a COVID-19 vaccine location near you at MySpot.nc.gov.**

Twitter | Facebook | Instagram | YouTube | LinkedIn

**Learn more about our values.**

      

**From:** Elizabeth Hudgins <Elizabeth@ncpeds.org>
**Sent:** Thursday, January 13, 2022 8:10 AM
**Cc:** Auletta, Jacques <Jacques.Auletta@dhhs.nc.gov>
**Subject:** [External] RE: pediatricians- WorkGroup request for contributors

**CAUTION:** External email. Do not click links or open attachments unless you verify. Send all suspicious email as an attachment to Report Spam.

Hello – I hope you are well and warm these chilly days. The following two pediatricians have agreed to participate in the discussion group on gender affirming care. Thank you for helping to convene this important discussion! Please let me know if you need anything further. Thank you and take care.

~Elizabeth

Dr. Deanna Adkins. She is co-author of AAP/College of Osteopathic Peds report:
https://assets2.hrc.org/files/documents/SupportingCaringforTransChildren.pdf
Deanna Adkins, M.D. deanna.adkins@duke.edu

Dr. Emily Vander Schaaf. She is our Policy Co-chair and brings a deep interest in transgender issue with a pediatric primary care lens.
Emily Vander Schaaf emily.vanderschaaf@gmail.com



Elizabeth Hudgins, MPP | Executive Director
North Carolina Pediatric Society
919-839-1156 x104 | elizabeth@ncpeds.org

1100 Wake Forest Road, Suite 200
Raleigh NC 27604

---

**From:** Elizabeth Hudgins
**Sent:** Tuesday, January 11, 2022 2:21 PM
**Cc:** Auletta, Jacques <Jacques.Auletta@dhhs.nc.gov>
**Subject:** surgeons - WorkGroup request for contributors

Hi Jack – I hope you are well. I'm still working on the pediatricians, but for the surgery side two surgeons at UNC who are able and willing and enthusiastic to participate

Dr. Dick Sutherland (peds) richard_sutherland@med.unc.edu
Dr. Brad Figler (adult) figler@med.unc.edu

(yes Dr. Sutherland's email has his first name and Dr. Figler's does not)

Thanks and take care.

~Elizabeth



Elizabeth Hudgins, MPP | Executive Director
North Carolina Pediatric Society
919-839-1156 x104 | elizabeth@ncpeds.org

1100 Wake Forest Road, Suite 200
Raleigh NC  27604

---

**From:** Dowler, Shannon <Shannon.Dowler@dhhs.nc.gov>
**Sent:** Tuesday, January 11, 2022 11:17 AM
**To:** Kate Menard (kate_menard@med.unc.edu) <kate_menard@med.unc.edu>; Elizabeth Hudgins <Elizabeth@ncpeds.org>; ggriggs <ggriggs@ncafp.com>; rhuffman <rhuffman@ncpsychiatry.org>; Auletta, Jacques <Jacques.Auletta@dhhs.nc.gov>
**Subject:** WorkGroup request for contributors
**Importance:** High

Dear Friends,
In a couple weeks I will convene a workgroup to think through Gender Affirming Surgery and Medicaid's role in coverage. This is a highly charged topic from a political perspective and I would prefer to keep this work on the DL right now. Can you please identify 1-2 docs who are willing to meet for an hour every other week x4 meetings to help me think through this topic? Ideally they would have expertise in transgender care, gender dysphoria, and gender affirming surgery. Once you have those folks identified, get their email to @Auletta, Jacques so he can include them in the meeting series, which will be Mondays 5:15-6:15(exact dates TBD). Thanks in advance for identifying folks from your brain trust who are willing to serve. I would also be interested in a surgeon or two if your folks have recommendations on who we might include who performs a fair number of GAS.
Thanks in advance.
Shannon

Shannon Dowler, MD, FAAFP, CPE
Chief Medical Officer
NC Medicaid
Division of Health Benefits
N.C. Department of Health and Human Services

(Cell) 919-906-5778
shannon.dowler@dhhs.nc.gov

820 S. Boylan Avenue
Raleigh, NC 27603

2501 Mail Service Center
Raleigh, NC 27699



**Find a COVID-19 vaccine location near you at MySpot.nc.gov.**

Email correspondence to and from this address is subject to the North Carolina Public Records Law and may be disclosed to third parties by an authorized State official. Unauthorized disclosure of juvenile, health, legally privileged, or otherwise confidential information, including confidential information relating to an ongoing State procurement effort, is prohibited by law. If you have received this email in error, please notify the sender immediately and delete all records of this email.

**CAUTION:** This message originated outside of North Carolina Pediatric Society.

**CAUTION:** This message originated outside of North Carolina Pediatric Society.