EXHIBIT [19] -

DHHS Workgroup Emails 3

(public document)

| | |
|---:|:---|
| **From:** | "Dowler, Shannon" <Shannon.Dowler@dhhs.nc.gov> |
| **To:** | "Bucknor, Michelle R" <michelle_bucknor@uhc.com>, "Cheely, George" <gcheely@amerihealthcaritasnc.com>, "William W. Lawrence" <William.W.Lawrence@carolinacompletehealth.com>, "Ogden, Michael" <michael.ogden@healthybluenc.com>, "Komives, Eugenie M" <Eugenie.Komives@wellcare.com>, "Daniel, Beth" <beth.daniel@dhhs.nc.gov>, "Clayton, Melissa A" <Melissa.Clayton@dhhs.nc.gov>, "Terrell, Sandra D" <sandra.terrell@dhhs.nc.gov>, "Brown, Carrie" <carrie.brown@dhhs.nc.gov>, "McCoy, Keith" <Keith.McCoy@dhhs.nc.gov>, "White, Janelle R" <Janelle.White@dhhs.nc.gov>, "Taormina, Velma V" <Velma.Taormina@dhhs.nc.gov>, "figler@med.unc.edu" <figler@med.unc.edu>, "richard_sutherland@med.unc.edu" <richard_sutherland@med.unc.edu>, "erin_carey@med.unc.edu" <erin_carey@med.unc.edu>, "adeyemi_ogunleye@med.unc.edu" <adeyemi_ogunleye@med.unc.edu>, "deanna.adkins@duke.edu" <deanna.adkins@duke.edu>, "emily.vanderschaaf@gmail.com" <emily.vanderschaaf@gmail.com>, "drsved@aol.com" <drsved@aol.com>, "kerry.landry@catalystnc.com" <kerry.landry@catalystnc.com>, "Rhett10@mac.com" <Rhett10@mac.com> |
| **Cc:** | "Nance, Jessica" <Jessica.Nance_ACN@dhhs.nc.gov>, "Figler, Brad" <figler@unc.edu>, "jenabbo@gmail.com" <jenabbo@gmail.com> |
| **Subject:** | Canceled: GAS Workgroup |
| **Date:** | Fri, 11 Mar 2022 16:06:56 +0000 |
| **Importance:** | High |
| **Attachments:** | unnamed |

Thanks for all the input! We look forward to sharing next steps in the future!
Shannon


Please join this brain trust for a series of meetings to explore the role a Medicaid program can play in the management of Gender Dysphoria through Gender Affirming Surgery. Each session will have a specific focus and discussion topics will be included in the calendar invite for the meeting so you can ponder in advance(topics will include Commercial coverage, what other Medicaid states do, what defines elective, reversals, and more). At the end of this work group, the Medicaid team will take the learnings from your expert input and assimilate it into a plan for clinical coverage policy modifications as indicated. To maintain the focus and progress, I would prefer this group remain constant and make every attempt to attend all sessions. This will be interactive and a safe place to challenge assumptions and ask challenging questions.  Thanks in advance for your willingness to partner in this conversation.

Shannon Dowler, MD, FAAFP, CPE
Chief Medical Officer
NC Medicaid
(Cell) 919-906-5778
shannon.dowler@dhhs.nc.gov


==Additional invitees TBD (pending responses to Dr. Dowler's email request).==

_____

# Microsoft Teams meeting

**Join on your computer or mobile app**
[Click here to join the meeting](#)

**Join with a video conferencing device**
[ncgov@m.webex.com](mailto:ncgov@m.webex.com)
Video Conference ID: 118 720 541 7
[Alternate VTC instructions](#)

**Or call in (audio only)**
[+1 984-204-1487,,626846262#](#)   United States, Raleigh

Phone Conference ID: 626 846 262#
[Find a local number](#) | [Reset PIN](#)

[Learn More](#) | [Meeting options](#)
_____

DHHS_000790