EXHIBIT [20] -

DHHS Workgroup Leader Email

(public document)

**From:** "Daniel, Beth" <beth.daniel@dhhs.nc.gov>
**To:** "Dowler, Shannon" <Shannon.Dowler@dhhs.nc.gov>, "Taormina, Velma V" <Velma.Taormina@dhhs.nc.gov>
**Cc:** "Terrell, Sandra D" <sandra.terrell@dhhs.nc.gov>
**Subject:** RE: Code update
**Date:** Thu, 07 Jul 2022 18:15:34 +0000
**Importance:** Normal

---

I'm asking Kristi to check all edits associated with these codes so that we can make it easier to be paid.
Are we going to pay for all of the services in the list? Hair removal, for example.
We will need to use the code that most accurately describes the service provided. For example, we cannot tell providers to use a "soft tissue" surgical code when "labiaplasty" is the actual procedure done.

**Beth Daniel, MSN, RN**
Associate Director Medical Health Clinical Policy
NC Medicaid, Clinical Policy
919-390-9352 – Cell
Pronouns: she / her / hers

---

**From:** Dowler, Shannon <Shannon.Dowler@dhhs.nc.gov>
**Sent:** Thursday, July 7, 2022 11:59 AM
**To:** Daniel, Beth <beth.daniel@dhhs.nc.gov>; Taormina, Velma V <Velma.Taormina@dhhs.nc.gov>
**Cc:** Terrell, Sandra D <sandra.terrell@dhhs.nc.gov>
**Subject:** RE: Code update

What I was hearing in our calls was that the issue was the edits in our surgery claims that was stopping payments, so we need to articulate which codes, ideally not using any of the below, could be used to have the surgery covered. Example is orchiectomy and chronic testicle pain. What we don't want is explicit coverage that the legislature could come back and by law disallow us to cover.

**From:** Daniel, Beth <beth.daniel@dhhs.nc.gov>
**Sent:** Thursday, July 7, 2022 11:21 AM
**To:** Taormina, Velma V <Velma.Taormina@dhhs.nc.gov>; Dowler, Shannon <Shannon.Dowler@dhhs.nc.gov>
**Cc:** Terrell, Sandra D <sandra.terrell@dhhs.nc.gov>
**Subject:** RE: Code update

An FYI
CPT code 17999 = **unlisted procedure, skin, mucous membrane and subcutaneous tissue**.
As an unlisted procedure code that can be used for many things by providers, it is a covered code. Most documents concerning GAS state that this code should be used for laser hair removal.
When an unlisted procedure code is submitted on a claim the provider must submit a "special report" outlining the exact service provided and why an unlisted procedure code was needed.
So, although the code is covered, special instructions would need to be given to GDIT on how to process a claim containing that code when medical records indicate it was billed for laser hair removal.

**Beth Daniel, MSN, RN**
Associate Director Medical Health Clinical Policy
NC Medicaid, Clinical Policy
919-390-9352 – Cell
Pronouns: she / her / hers

**From:** Taormina, Velma V <Velma.Taormina@dhhs.nc.gov>
**Sent:** Thursday, July 7, 2022 11:10 AM
**To:** Dowler, Shannon <Shannon.Dowler@dhhs.nc.gov>
**Cc:** Daniel, Beth <beth.daniel@dhhs.nc.gov>; Terrell, Sandra D <sandra.terrell@dhhs.nc.gov>
**Subject:** Code update

Shannon—I have reviewed all of the other state's clinical policies and these are the only diagnosis codes that are required in order to cover the service. They do not delineate the surgical codes to have specific codes such as torsed testicle, pain, etc. Beth had Sara review our list for covered services and whether they need a PA. I have attached the updated spreadsheet which shows that we cover almost all of them already. I added the code description on the ones that we do not currently cover for your review.

| ICD10 Code | Definition |
|---|---|
| F64.0 | Transsexualism |
| F64.1 | Dual role transvestism |
| F64.2 | Gender identity disorder of childhood |
| F64.8 | Other gender identity disorders |
| F64.9 | Gender identity disorder, unspecified |
| Z87.890 | Personal history of sex reassignment |

I have not sent this out to any of our partners yet. I wanted for you to review it first.

Velma

**From:** Daniel, Beth <beth.daniel@dhhs.nc.gov>
**Sent:** Tuesday, July 5, 2022 10:51 AM
**To:** Taormina, Velma V <Velma.Taormina@dhhs.nc.gov>
**Cc:** Sherman, Sara G <sara.sherman@dhhs.nc.gov>; Clayton, Melissa A <Melissa.Clayton@dhhs.nc.gov>
**Subject:** Copy of GAS Procedures 6.30.22.xlsx

Dr. T,
I asked our coder, Sara Sherman, to look at the list of codes for coverage and for required PA. ==These questions were answered based on system information, not if the code was going to be used in GAS rather than if for other reason.== Let us know if you have any questions,

Email correspondence to and from this address is subject to the North Carolina Public Records Law and may be disclosed to third parties by an authorized State official. Unauthorized disclosure of juvenile, health, legally privileged, or otherwise confidential information, including confidential information relating to an ongoing State procurement effort, is prohibited by law. If you have received this email in error, please notify the sender immediately and delete all records of this email.