# EXHIBIT 27 - VOENC_WPATH_137459-64

(public placeholder for sealed document)