# EXHIBIT [28] - HHS Emails With Johns Hopkins

(public document)

**From:** Chang, Christine (AHRQ/CEPI)
**To:** Karen Robinson; Ritu Sharma; Lisa Wilson
**Subject:** RE: Ongoing review on gender-affirming surgeries: duplication with EPC program nomination
**Date:** Tuesday, September 1, 2020 9:26:00 AM

Oh wow, sorry to hear about the issues with the sponsor. It sounds like the sole way of disseminating the work is through manuscripts? The reviews will not be otherwise made available? That's disappointing.

Knowing that there is little/no evidence about children and adolescents is helpful. Do you have time to chat later today or this week? It wouldn't be long, just 10-15 minutes. It might be easier than email. My time is unstructured today. I also have time Thursday 9-11 and 1-2; and Friday afternoon.

If these times don't work, we can correspond by email.

Thanks for the follow-up and appreciate that there's a lot going on!
Christine

---

**From:** Karen Robinson <krobin@jhmi.edu>
**Sent:** Monday, August 31, 2020 4:57 PM
**To:** Chang, Christine (AHRQ/CEPI) <████████████████████>; Ritu Sharma <rsharma6@jhu.edu>; Lisa Wilson <LisaWilson@jhmi.edu>
**Subject:** Re: Ongoing review on gender-affirming surgeries: duplication with EPC program nomination

Christine -

I'm sorry I failed to get back to you. I have been distracted and I am not sure what we will end up publishing in a timely manner as we have been having issues with this sponsor trying to restrict our ability to publish.

I don't think any of the planned manuscripts would be an overlap. This is not because the review questions were different but we found little to no evidence about children and adolescents.

Does this help? I am happy to have a chat with you or others about the potential overlap in scope.

thanks
Karen

---

**From:** Chang, Christine (AHRQ/CEPI) ████████████████████
**Sent:** Monday, August 31, 2020 1:59 PM

**To:** Karen Robinson; Ritu Sharma; Lisa Wilson
**Subject:** RE: Ongoing review on gender-affirming surgeries: duplication with EPC program nomination

**External Email - Use Caution**

Hi Karen,

I hope that this finds you well. I'm following up to see if the team has confirmed whether in-process manuscripts of SRs for WPATH duplicate the scope of the nomination on gender dysphoria from AAFP?

Thanks! Christine

**From:** Karen Robinson <krobin@jhmi.edu>
**Sent:** Wednesday, August 19, 2020 10:10 AM
**To:** Chang, Christine (AHRQ/CEPI) ███████████████████ Ritu Sharma <rsharma6@jhu.edu>; Lisa Wilson <LisaWilson@jhmi.edu>
**Subject:** RE: Ongoing review on gender-affirming surgeries: duplication with EPC program nomination

Christine –

Yes, we addressed 13 questions regarding hormone therapy, including questions regarding puberty suppression (AAFP KQ1). One manuscript related to that work has just been accepted ("Effects of antiandrogens on prolactin levels among transgender women on estrogen therapy: a systematic review"), and we have two others in process. One manuscript on use of hormone therapy for voice outcomes has just been submitted. We haven't made decisions yet regarding manuscripts from the reviews on surgery.

Thanks,
Karen

**From:** Chang, Christine (AHRQ/CEPI) <███████████████████>
**Sent:** August 19, 2020 8:58 AM
**To:** Karen Robinson <krobin@jhmi.edu>; Ritu Sharma <rsharma6@jhu.edu>; Lisa Wilson <LisaWilson@jhmi.edu>
**Subject:** RE: Ongoing review on gender-affirming surgeries: duplication with EPC program nomination

**External Email - Use Caution**

Thanks for letting us know. It sounds like you did quite a few reviews for WPATH, and not just the one on surgical interventions. Did you also look at hormone therapy?

Also do you have an estimate when the manuscripts will be submitted? If there is duplication, just want to think through when the reviews would be available to AAFP.

Interesting work!

Christine

---

**From:** Karen Robinson <krobin@jhmi.edu>
**Sent:** Wednesday, August 19, 2020 8:46 AM
**To:** Chang, Christine (AHRQ/CEPI) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Ritu Sharma <rsharma6@jhu.edu>; Lisa Wilson <LisaWilson@jhmi.edu>
**Subject:** RE: Ongoing review on gender-affirming surgeries: duplication with EPC program nomination

Christine –

We completed and submitted reports of reviews (dozens!) to WPATH earlier this year. We are currently working on some manuscripts from that work.

I will check in with team regarding possible overlap with the proposed question from AAFP with one or more of the questions we addressed. Depending on the question, we had no limits regarding age and questions included multiple types of interventions (surgical, hormone, voice therapy...).

Thanks,
Karen

---

**From:** Chang, Christine (AHRQ/CEPI) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** August 18, 2020 10:07 AM
**To:** Karen Robinson <krobin@jhmi.edu>; Ritu Sharma <rsharma6@jhu.edu>
**Subject:** Ongoing review on gender-affirming surgeries: duplication with EPC program nomination

**External Email - Use Caution**

Hi Karen and Ritu,
I hope that this finds you well. We received a nomination from AAFP proposing a new SR on treatment for gender dysphoria in children and adolescents (https://protect2.fireeye.com/url?k=1dabe5ba-41fffcc6-1dabd485-0cc47adc5fa2-76970053e60a2f7e&u=https://effectivehealthcare.ahrq.gov/get-involved/nominated-

topics/treatments-gender-dysphoria-transgender-youth). Their KQ include one on surgical affirmation for adolescents who have initiated puberty:

KQ3: For adolescents who identify as transgender and have initiated puberty, what are the benefits and harms of surgical affirmation as compared to no intervention or social affirmation without or without medical affirmation?

    Outcomes: Depression/anxiety, suicidality, distress/dysphoria, social interaction, QoL

In PROSPERO we identified your ongoing review funded by WPATH on gender-affirming surgeries for transgender people. We are writing to see if there is duplication with this review. It appears that you are including individuals <18 years old, and no restriction on age—is that correct? Also for the comparator, are you including non-surgical interventions? Lastly, what is the timing for completion of the review?

Thanks, Christine

_____

Christine S. Chang, MD MPH
Associate Director, Evidence-based Practice Center Program
Center for Evidence and Practice Improvement
Agency for Healthcare Research and Quality
5600 Fishers Lane
Rockville, MD 20857