# EXHIBIT 46 - VOENC_WPATH_070909-11

(public placeholder for sealed document)