# Exhibit 18

| From: | Wenhold, Jennifer |
|---|---|
| To: | Khoury, Weesam |
| Subject: | Fwd: Confirmation. |
| Date: | Thursday, October 27, 2022 11:33:42 AM |
| Attachments: | image001.png |

Get Outlook for iOS

**From:** Vazquez, Paul <Paul.Vazquez@flhealth.gov>
**Sent:** Thursday, October 27, 2022 10:51:32 AM
**To:** Wenhold, Jennifer <Jennifer.Wenhold@flhealth.gov>
**Subject:** FW: Confirmation.



**Paul A. Vazquez, J.D.**
Executive Director
Florida Board of Medicine
Florida Department of Health
Phone: 850-245-4130

**PLEASE NOTE:** Florida has a very broad public records law.  Most written communications to or from state officials regarding state business are public records available to the public and media upon request.  Your e-mail communications may therefore be subject to public disclosure.

**From:** James Cantor <jamescantorphd@gmail.com>
**Sent:** Thursday, October 27, 2022 10:23 AM
**To:** Vazquez, Paul <Paul.Vazquez@flhealth.gov>
**Subject:** Confirmation.

EXTERNAL EMAIL: DO NOT CLICK links or open attachments unless you recognize the sender and know the content is safe.

Mr. Vazquez:

1.  The hardcopy of my invoice is in the mail.

2.  I have been told the agenda change occurred because of a specific politician.  Please indicate exactly who, the answer to which is of obvious public interest.  If you are unwilling to disclose that, please so indicate, and that is what I will say in the future.

3.  As best I can tell, the problem started with a tweet, such as the one pasted below.  That tweet led to a politician's anxiety, which led the politician to override the Florida Board of Medicine, behind closed doors, anonymously and without responsibility of outcome.  Although I am perfectly happy to defend my de-stigmatization campaign, the important point is how Twitter has greater influence on

Floridians than even its own medical board. That, of course, is of greatest public interest of all. Do please indicate if any of my conclusions is incorrect.

I have already shared the information I had during a podcast interview this week, and I have another coming up. I want to know whether I should be saying, "The Florida medical board won't say" or "The Florida medical board didn't respond." Both indicate the confidence Floridians should have in their state's process. This secrecy gives cause to both sides on this issue to question and challenge any decision the board ultimately makes.

- James Cantor



FDOH_000064914