# Exhibit 19

| | |
|---|---|
| **From:** | James Cantor |
| **To:** | Vazquez, Paul |
| **Subject:** | It"s happening already. |
| **Date:** | Friday, October 28, 2022 1:15:50 PM |

EXTERNAL EMAIL: DO NOT CLICK links or open attachments unless you recognize the sender and know the content is safe.

You have likely ended my career on this.

https://www.mediamatters.org/gays-against-groomers/florida-expert-formerly-slated-testify-favor-trans-health-care-ban-once