# Exhibit 20

```
 1           IN THE CIRCUIT COURT OF COLE COUNTY
                      STATE OF MISSOURI
 2

 3      EMILY NOE, et al.                          Plaintiffs

 4
      v.                  Case No. 23AC-CC04530
 5

 6      MICHAEL L. PARSON, in his official
        capacity as Governor for
 7      the State of Missouri, et al.              Defendants

 8

 9

10                      ZOOM ORAL DEPOSITION

11                              OF

12
                          MICHAEL BAILEY
13
              (Taken on June 26, 2024 at 10:00 a.m.)
14

15

16

17

18

19

20

21

22

23

24

25
```

888-893-3767  Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.  LEXITAS
www.lexitaslegal.com  California Firm Registration #179

Case 1:23-cv-00864-LCB-LPA    Document 148-21    Filed 10/11/24    Page 2 of 6

```
 1                 A P P E A R A N C E S

 2

     ON BEHALF OF THE PLAINTIFF:
 3

     GILLIAN R. WILCOX,
 4   ACLU of Missouri Foundation
     406 West 34th Street, Ste. 420
 5   Kansas City, MO 64111
     gwilcox@aclu-mo.org
 6

     and
 7

     NORA HUPPERT
 8   Lambda Legal Defense
     and Education Fund, Inc.
 9   65 E. Wacker Pl., Suite 2000
     Chicago, IL 60601
10   (312) 663-4413
     nhuppert@lambdalegal.org
11

     and
12

     OMAR GONZALEZ-PAGAN
13   Lambda Legal Defense
     and Education Fund, Inc.
14   120 Wall Street, 19th Floor
     New York, NY 10005
15   (212) 809-8585
     ogonzalez-pagan@lambdalegal.org
16

     and
17

     JONATHAN D. SCHMID,
18   ACLU of Missouri Foundation
     906 Olive Street, Suite 1130
19   St. Louis, Missouri 63101
     Phone: (314) 652-3114
20   jschmid@aclu-mo.org

21   ON BEHALF OF THE DEFENDANT:

22   HAL FRAMPTON
     hframpton@ADFlegal.org
23


24   ALSO PRESENT:
     Ted Kramer
25   Zaria Chaney
```

888-893-3767　　Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.　　LEXITAS
www.lexitaslegal.com　　California Firm Registration #179

Case 1:23-cv-00864-LCB-LPA　　Document 148-21　　Filed 10/11/24　　Page 3 of 6

```
 1                    P R O C E E D I N G S
 2   THEREUPON,
 3                     DR. MICHAEL BAILEY,
 4      THE WITNESS HEREINBEFORE NAMED, having been first duly
 5   cautioned and sworn by me to testify to the truth, the whole
 6   truth, and nothing but the truth, testified on his oath as
 7   follows, to-wit:
 8                          EXAMINATION
 9              THE COURT REPORTER:  Will you raise your right
10         hand?  Do you swear or affirm the testimony you're
11         about to give is the truth, the whole truth and
12         nothing but the truth?
13         THE WITNESS:  I swear, I do.
14              THE COURT REPORTER:  We're on the record.
15              MS. HUPPERT:  Okay, thank you.
16   BY MS. HUPPERT:
17   Q   Good morning, Dr. Bailey, thank you for joining us today.
18   As you've heard, I represent the plaintiffs in this matter, and
19   I'm just going to be asking you some questions about your
20   opinions in this case.  First, I just want to go over a couple
21   of basic ground rules and that'll hopefully make it easier for
22   for you, for everyone, and most importantly, for our court
23   reporter.
24              MS. HUPPERT:  Sorry, is it just me, I did not
25         hear anything?
```

888-893-3767
www.lexitaslegal.com   Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
California Firm Registration #179   

Case 1:23-cv-00864-LCB-LPA   Document 148-21   Filed 10/11/24   Page 4 of 6

1  autogynephilic, at times, you're -- you're using that to
2  describe trans women not exclusively attracted to men; that's
3  fair to say?
4  A    Well, paragraph 55 has results from two different studies,
5  one, Litman, et al., 2024, in -- that -- that particular
6  finding, six of seven males who have previously identified as
7  transgender and change their minds, reported a history of
8  erotic arousal with cross dressing.  So, erotic arousal with
9  crossdressing is perhaps the strongest correlate of
10 autogynephilia.
11 Q    Well, we'll talk about that in a moment, but I'm talking
12 about the Blanchard study --
13 A    Yeah --
14 Q    -- language.
15 A    Oh, the Blanchard study -- yeah, the Blanchard, that given
16 the way that I phrased that, or 14 individuals likely to be
17 autogynephilic, because they were attracted to women when they
18 were transitioning, so yes, in that case, that is in third,
19 based upon their conventional sexual orientation.
20 Q    And your view is that autogynephilia causes people to be
21 transgender?
22 A    You say, my view, this is a very important issue,
23 something that I'm very interested in scientifically.  I
24 believe it is likely, it's a hypothesis that autogynephilia in
25 a sub-set of males with autogynephilia causes gender dysphoria,

888-893-3767           Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                              California Firm Registration #179



Case 1:23-cv-00864-LCB-LPA     Document 148-21     Filed 10/11/24     Page 5 of 6

1 however --

2 Q    -- you subscribe to?

3 A    -- that is a hypothesis I believe; however, I -- I do want

4 to emphasize that the best data we have, and it's not great

5 data, are -- are that only a minority, perhaps a small

6 minority, of autogynephilic males develop intents gender --

7 Q    -- and this hypothesis was generated by Ray Blanchard in

8 the 1980s?

9 A    The 1980s and early 1990s, yeah.

10 Q    Has it been proven?

11 A    Science is not like mathematics, where we have proofs.  We

12 study things and accumulate evidence and we compare different

13 explanations for -- of phenomena, and in my view, Blanchard's

14 theory of autogynephilia and his two types, taxonomy of male or

15 female transsexualism is the best theory and accounts for

16 interesting data.

17 Q    There are people who are autogynephilic who are not

18 transgender, right?

19 A    Yes, there are people who are autogynephilic without being

20 -- without identifying as transgender and I think also without

21 wanting to become women.

22 Q    Going back to this paragraph of your report, 55, you say

23 that, regret is not rare among this population, meaning trans

24 women, not exclusively attracted to men, and one of the sources

25 you point to, as you were just talking about, is the Litman

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
California Firm Registration #179

Case 1:23-cv-00864-LCB-LPA    Document 148-21    Filed 10/11/24    Page 6 of 6