# Exhibit 10

```
From:     William Malone
Sent:     10/28/2019 3:11:39 PM
To:       "Michael Laidlaw" <mike@drlaidlaw.com>
Cc:       "Shupe Jamie" <jamie.shupe@yahoo.com>
Subject:  Re: Endocrine Society's Latest Slime
```

James, what Mike said. It might take years, but we're going to get them.

> On Oct 28, 2019, at 4:48 PM, Michael Laidlaw wrote:
>
> Thanks Jamie. It is an ultimate, long term goal of mine to make sure that the Endocrine Society is embarrassed, publicly humiliated, and sued mercilessly by the many detransitioners and particularly those harmed as children and adolescents by their low to no quality evidence guidelines.
>
>
> The Endocrine Society wrote a letter of support for Joahanna Olson-Kennedy's child transing experiments, which I have been unable to obtain even by FOIA.
> But eventually, I hope to use that as part of the evidence.
> And hopefully, Safer will get what's coming to him as well for pushing off label drug use.
>
>
> Thanks Jamie for all that you are doing.
>
> -Mike
>
> On 2019-10-28 15:31, James Shupe (Formerly Jamie Shupe) wrote:
>> Have you guys seen this garbage that just got released?
>> "Endocrine Society urges policymakers to follow science on transgender health"
>> "Considerable scientific evidence has emerged demonstrating a durable
>> biological element underlying gender identity. There do not seem to be
>> external forces that genuinely cause individuals to change gender
>> identity. The Endocrine Society called for policies to reflect this
>> reality in our position statement on transgender health."
>> So what exactly is the science?
>> Following the trail leads to their position statement:
>> https://www.endocrine.org/advocacy/priorities-and-positions/transgender-health
>> Saraswat A, et al. Evidence Supporting the Biologic Nature of Gender
>> Identity. Endocr Pract. 2015 Feb;21(2): 199-204.
>> So who authored the study?
>> No surprises to find Joshua Safer but who's this Jamie Weinand guy?
>> https://journals.aace.com/doi/abs/10.4158/EP14351.RA
>> A transgender man...
>> "Jamie Weinand is a fourth-year med student and a trans man."
>> https://tgforum.com/the-week-in-trans-32717/
>> Seem Kristina Olson can't find the evidence:

```
>> "Thus, whereas the topic is an active line of work in many research
>> laboratories around the world, definitive conclusions about genetic
>> and neural correlates of gender identity remain elusive."
>> https://www.scientificamerican.com/article/when-sex-and-gender-collide/
```