# Exhibit 12

**From:** Michael Laidlaw
**Sent:** 1/14/2020 1:50:08 PM
**To:** "Fred Deutsch" <Fred.Deutsch@sdlegislature.gov>
**Cc:** "James Shupe (Formerly Jamie Shupe)" <jamie.shupe@yahoo.com>, "William Malone" <malone.will@gmail.com>, "Chris Motz" <cmotz@sdcatholicconference.org>, "Richard Mast" <rmast@lc.org>, "Matt Sharp" <msharp@adflegal.org>, "Timothy Millea MD" <tmillea@qcora.com>, "Scott, Greg" <Greg.Scott@heritage.org>, "Quentin Van Meter" <kidendo@comcast.net>, "MD Paul Hruz PhD" <hruz_p007@att.net>, "Monique Robles MD" <pamosa27@comcast.net>, "Gary McCaleb" <mccgsm@gmail.com>, "Glenn Ridder" <glenn.ridder@outlook.com>, "Natasha Chart" <natasha.chart@gmail.com>, "Hudson, MD Bernard" <loyolamd82@gmail.com>, "David Pickup" <davidpickuplmft@gmail.com>, "Katherine Cave" <kelseycoalition@gmail.com>, "Eunie Smith" <alaeagle@charter.net>, "Margaret Clarke" <margaretclarke317@icloud.com>, "Horvath Hacsi" <birdcatcher9@yahoo.com>, "Roger Brooks" <rbrooks@adflegal.org>, "Walt Heyer" <waltsbook@yahoo.com>, "McHugh Paul" <pmchugh1@jhmi.edu>, "Lappert Patrick" <patrick@lappertplasticsurgery.com>, "Vernadette Broyles" <vbroyles@childparentrights.org>, "Mary McAlister" <mmcalister@childparentrights.org>, "Jane Robbins" <rlrobb123@gmail.com>, drmcretella@gmail.com
**Subject:** Re: SD Bill status

Great news Fred! The mass of people are against puberty blockers for minors. And the rest of the insanity. I have absolutely no doubt. But we must be ready with our arguments of course.

-Mike

On 2020-01-14 13:42, Fred Deutsch wrote:

I will turn in the SD bill in about an hour and a half. It will then become a public document. Of the 105 members in the legislature, we ended up with 42 co-sponsoring the bill. We head into committee hearing on Friday with a good head of steam.

Fred