# Exhibit 13

```
Attachment:
From:         "James Shupe (Formerly Jamie Shupe)"
Sent:         1/14/2020 6:05:05 AM
To:           "Michael Laidlaw" <mike@drlaidlaw.com>
Cc:
Bcc:
Subject:      Re: Legislative Packet
Attachments:  image001.png
```

Dr. Laidlaw (Mike),

Thank you for your hard work on this article and all the other stuff you've got your fingers into.

I'm retired, so I get to play on the internet all day, but the folks like you and Dr. Malone are taking time out of your days and lives to make a difference for these kids and that doesn't go unnoticed.

Blessings,

James

On Monday, January 13, 2020, 10:48:35 PM EST, Michael Laidlaw <mike@drlaidlaw.com> wrote:

All,

I've got a new piece out in the Public Discourse tonight on why the Pediatric Endocrine Society is wrong about puberty blockers being reversible and is ignoring serious harms.

https://www.thepublicdiscourse.com/2020/01/59422/

Please read and share widely with legislators, educators, friends family etc.

I think it will help in the intellectual battle when trying to get our important legislation passed in the states.

Thanks

-Mike

On 2020-01-09 19:28, Timothy Millea MD wrote:

Terrific information, particularly on background to support the position. Thank you for the obviously significant time and thought applied. I'm likely late to this "team", but thanks to Fred and Michelle, am grateful for all the expertise. There is a small but growing number of us in the Catholic Medical Association who are pushing this issue forward, and this type of information is great help in getting ahead of it.

Tim Millea, M.D.

At-large member, CMA Board of Director

CMA State Director for Iowa

---

**From:** Vernadette Broyles [mailto:vbroyles@childparentrights.org]
**Sent:** Thursday, January 9, 2020 2:20 PM
**To:** Fred Deutsch; William Malone; Michael Laidlaw; Chris Motz; Richard Mast; Matt Sharp; Timothy Millea MD; Quentin Van Meter; MD Paul Hruz PhD; Monique Robles MD; Gary McCaleb; Glenn Ridder; Natasha Chart; Hudson, MD Bernard; David Pickup; Katherine Cave; Eunie Smith; Margaret Clarke; Horvath Hacsi; Roger Brooks; Walt Heyer; James Shupe; McHugh Paul; Lappert Patrick
**Cc:** Mary McAlister; Jane Robbins; drmcretella@gmail.com
**Subject:** Legislative Packet

**EXTERNAL EMAIL - USE CAUTION**

Dear Team

Attached, at long last, is a **Legislative Packet** of information and documents that Jane Robbins and I created, with the help, review, and editing of Michelle, to be used in support of the Vulnerable Child Protection Acts being introduced in our respective states.

In this arena there is such ignorance, and misinformation, about the issue of transgenderism that we felt that legislators needed a primer to accurately understand it. We have received permission from the Minnesota Family Institute to use Chapters 1 - 3 of the Parent Resource Guide as such a primer. We then created handouts on the three key issues we know the other side is going to attack us on: 1) the suicide claim, 2) the claim that the medical community widely supports these treatments, and 3) the bald-faced lie (we've already seen in the media) that these interventions are not happening in minors. Representative Ehrhart generously paid for the design work for the handouts to have a similar look to the Parent Resource Guide. Finally, is a generic Whitepaper, based on the SD and GA white papers we all worked on.

Our goal was to create a packet of information (well researched, full of citations, and formatted to catch the eye with the major points) that will educate and inform our legislators and supporting organizations, but also will arm them with ready answers for the major attacks of misinformation that will be thrown at them. Attached are the following:

- Parent Resource Guide - Chaps. 1 - 3 primer on the transgender issue (please note, we do not have permission to bind this document with any of the others)
- Suicide handout
- Medical professionals handout
- Medical Interventions in minors handout
- Whitepaper (generic)

I would very much like to hear what you all think about these handouts and the packet they create. Please share these with your legislators and feel free disseminate them as widely as possible with allies. We hope they become weapons in the hands of many warriors!

Vernadette

Vernadette R. Broyles, Esq.
President and General Counsel

5805 State Bridge Rd., Suite G310
Johns Creek, GA 30097
770.448.4525
vbroyles@childparentrights.org
www.childparentrights.org

On Dec 23, 2019, at 7:43 PM, Fred Deutsch <Fred.Deutsch@sdlegislature.gov> wrote:

All, just passing along a very rough first draft of an educational website under development to educate and motivate South Dakotans about the bill. I plan to do a video recording to explain the need for the bill that will go on the site. Any input is always welcome. - Fred
<VYPA web layout.pdf>