# Exhibit 32

```
 1              UNITED STATES DISTRICT COURT
 2              MIDDLE DISTRICT OF NORTH CAROLINA
 3
 4     VICTOR VOE, by and through
 5     his parents and next friends,
 6     Vanessa Voe and Vance Voe,
 7     et al.,
 8              Plaintiffs
 9     vs.                                CASE NO.:
10     THOMAS MANSFIELD, in his           1:23-cv-864
11     official capacity as Chief
12     Executive Officer of the
13     North Carolina Medical
14     Board, et al.,
15              Defendants
16     and
17     PHILIP BERGER, in his official
18     Capacity as President Pro
19     Tempore of the North Carolina
20     Senate, and TIMOTHY K. MOORE,
21              (Continued on the next page.)
```

1        (Continued)

2

3        in his official capacity as

4        Speaker of the North Carolina

5        House of Representatives,

6              Intervenor-Defendants

7        _____/

8

9              The Virtual Video-recorded Deposition of

10       DR. DAN H. KARASIC, was held on Tuesday, September

11       10, 2024, commencing at 9:03 a.m., at the offices of

12       the deponent, in Cloverdale, California, before

13       Oneeka S. Hill, Notary Public.

14

15

16

17

18

19

20

21       REPORTED BY:  Oneeka S. Hill

```
 1         APPEARANCES:

 2

 3             ON BEHALF OF THE PLAINTIFFS:

 4             ABIGAIL COURSOLLE, ESQUIRE (Via Zoom)

 5             CATHERINE MCKEE, ESQUIRE (Via Zoom)

 6                  National Health Law Program

 7                  3701 Wilshire Boulevard

 8                  Suite 315

 9                  Los Angeles, California

10                  Telephone:  (310) 736-1652

11                  E-mail:  Coursolle@healthlaw.org

12

13             ON BEHALF OF THE INTERVENOR-DEFENDANTS:

14             CLARK HILDABRAND, ESQUIRE (Via Zoom)

15                  Cooper & Kirk, PLLC

16                  1523 New Hampshire Avenue, Northwest

17                  Washington, D.C.  20036

18                  Telephone:  (202) 220-9600

19                  E-mail:  Childabrand@cooperkirk.com

20

21             (Appearances continued on the next page.)
```

```
 1        APPEARANCES:  (CONTINUED)
 2
 3              ON BEHALF OF THE DEFENDANT:
 4              LAURA MCHENRY, ESQUIRE (Via Zoom)
 5                 North Carolina Department of Justice
 6                 1512 Pony Run Road.
 7                 Raleigh, North Carolina  27615.
 8
 9
10        ALSO PRESENT:  TARA BORELLI
11
12
13        DAN REIDY, VIDEOGRAPHER
14
15
16
17
18
19
20
21
```

1  but -- but it's generally bodily distress that is
2  the -- the target of treatment.  And so, some of
3  those people may not be uncomfortable with their
4  body and not -- not make changes.
5            Typically, people who are binary
6  transgender identified do have this sort of distress
7  for -- for medical care, but then there are -- it's
8  not a complete distinction, but nonbinary people
9  who, you know, may not desire a -- a bodily change,
10 but -- but report let's say dysphoria with social
11 role.
12       Q    So individual -- so you're not treating
13 an individual for being transgender, right?
14       A    We're -- right.  We're treating a
15 transgender person who has gender dysphoria.
16       Q    Can some non-transgender people have
17 gender dysphoria as well?
18       A    I would say, by definition, if you have
19 gender dysphoria that one might be considered
20 transgender.  People might report their identities
21 in all kinds of ways, but we are -- when -- in

1  making the gender dysphoria diagnosis, we are making
2  it in transgender people.
3      Q    Would you agree that some gender
4  dysphoric adolescents have their gender dysphoria
5  resolve without medical intervention?
6      A    So there is -- there is data mostly from
7  older reports of -- but there -- but -- but there's
8  certainly data that, before the onset of puberty,
9  their -- which -- which are people who don't have
10 the diagnosis of gender dysphoria of adolescents and
11 adulthood, and by definition that there can be
12 changes in identification.  It -- from the data we
13 have and the studies we have, gender dysphoria of
14 adolescents and adulthood overwhelmingly persists.
15     Q    So overwhelmingly persists.  Are there
16 some, even if it's a small number, you have their
17 gender dysphoria desist even after adolescence
18 begins?
19     A    So there -- there was a study by Cavve
20 where they were able to track down something like
21 548 out of 552.  Almost all the people who had

```
1    State of Maryland
2    City of Baltimore, to wit:
3         I, ONEEKA S. HILL, a Notary Public of the
4    State of Maryland, City of Baltimore, do hereby
5    certify that the within-named witness personally
6    appeared before me at the time and place herein set
7    out, and after having been duly sworn by me,
8    according to law, was examined by counsel.
9         I further certify that the examination was
10   recorded stenographically by me and this transcript
11   is a true record of the proceedings.
12        I further certify that I am not of counsel to
13   any of the parties, nor in any way interested in the
14   outcome of this action.
15        As witness my hand and notarial seal this 16th
16   day of September, 2024.
17
18                          [signature: Oneeka Hill]
19                          ONEEKA S. HILL,
                            Notary Public
20   My Commission Expires:
21   June 20, 2025
```