# IDRX 3 -

# Karasic *Misanin* Deposition Transcript

## (Public document)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

---o0o---

| | | |
|---|---|---|
| STERLING MISANIN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. |
| | ) | 2:24-cv-4734- |
| ALAN WILSON, in his official | ) | BHH |
| capacity as the Attorney | ) | |
| General of South Carolina, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

---o0o---

FRIDAY, OCTOBER 25, 2024

VIDEOTAPED DEPOSITION OF DAN H. KARASIC, M.D.

CONFIDENTIAL TRANSCRIPT

---o0o---

REPORTER: BALINDA DUNLAP, CSR 10710, RPR, CRR, RMR

MAGNA
LEGAL SERVICES

A P P E A R A N C E S
---o0o---

FOR THE PLAINTIFFS:

    ACLU
    125 Broad Street, 18th Floor
    New York, New York 10004
    BY: HARPER SELDIN, ESQ.
    (267)615-4686
    hseldin@aclu.org

    SELENDY GAY
    1290 Avenue of the Americas
    New York, New York 10104
    BY: AINE CAROLAN, ESQ.
    (212)390-9337
    acarolan@selendygay.com

FOR THE DEFENDANTS:

    COOPER & KIRK, PLLC
    1523 New Hampshire Avenue, N.W.
    Washington, D.C. 20036
    BY: CLARK L. HILDABRAND, ESQ.
    (202) 220-9600
    childabrand@cooperkirk.com

ALSO PRESENT:

    Frank Quirarte, Videographer

INDEX OF EXAMINATION
---o0o---

DAN H. KARASIC                          PAGE

BY MR. HILDABRAND                          6

INDEX OF EXHIBITS
---o0o---

NUMBER  DESCRIPTION                      PAGE

1    Expert Declaration of Dan H.          5
     Karasic, M.D.
2    South Carolina General Assembly      11
     125th Session, 2023-2024
3    Remote Videotaped Deposition of      24
     Dan H. Karasic, M.D., Dated
     July 13, 2022
4    Endocrine Treatment of Gender-       29
     Dysphoric/Gender-Incongruent
     Persons: An Endocrine Society
     Clinical Practice Guideline
5    Videotaped Deposition of Dan H.      32
     Karasic, M.D., Dated May 20, 2022
6    Guidelines for Psychological         36
     Practice With Transgender and
     Gender Nonconforming People
7    International Journal of             45
     Transgender Health Article
     "Standards of Care for the Health
     of Transgender and Gender Diverse
     People, Version 8"
8    Videotaped Deposition in Dan         55
     Karasic, M.D., Dated April 15,
     2022
9    Transcript of Bench Trial-          79
     Volume 1, Dated October 17, 2022

INDEX OF EXHIBITS
---o0o---

NUMBER  DESCRIPTION                      PAGE

10    Article Titled "Trajectories of     84
      Adolescents Treated with
      Gonadotropin-Releasing Hormone
      Analogues for Gender Dysphoria
11    Original Investigation Dated       100
      March 4, 2024, Reidentification
      With Birth-Registered Sex in a
      Western Australian Pediatric
      Clinic Cohort
12    WPATH Dated December 21, 2016,     163
      Position Statement on Medical
      Necessity of Treatment, Sex
      Reassignment, and Insurance
      Coverage in the U.S.A.
13    American Society of Plastic        164
      Surgeons Publication on ASPS
      Statement to Press Regarding
      Gender Surgery for Adolescents,
      Dated August 14, 2024
14    Supplemental Declaration of       171
      Dan Karasic, M.D., Dated
      April 22, 2024
15    Defendants' Summary Judgment      175
      Exhibit 181 (Redacted)
16    Defendants' Summary Judgment      194
      Exhibit 186 (Redacted)
17    Defendant's Summary Judgment      197
      Exhibit 188 (Redacted)

1        SAN FRANCISCO, CALIFORNIA, OCTOBER 25, 2024
2                    ---o0o---
3        BE IT REMEMBERED that on Friday, the 25th
4    day of October 2024, commencing at the hour of
5    9:03 a.m. thereof, at 39 Drumm Street, Suite 300,
6    San Francisco, California, before me, Balinda
7    Dunlap, a Certified Shorthand Reporter in and for
8    the County of San Francisco, State of California,
9    appeared:
10       (Reporter marked Exhibit Number 1
11       for identification.)
12       THE VIDEOGRAPHER: All right. Good
13   morning, ladies and gentlemen. This is the start
14   of media labeled Number 1 in the video-recorded
15   deposition of Dr. Dan Karasic. It's in the matter    09:02:58
16   of Sterling Misanin, et al., versus Alan Wilson,
17   et al. It's being held in the United States
18   District Court for the District of South Carolina,
19   Charleston Division. It's Case No. 2:24-cv-4734.
20       This deposition is being held today at       09:03:20
21   39 Drumm Street, San Francisco, California. The
22   time is approximately 9:03 a.m.
23       My name is Frank Quirarte. I am your
24   legal videographer today from Magna Legal Services.
25   Our court reporter is Balinda Dunlap, also in      09:03:39



2  (Pages 2 to 5)

1  association with Magna Legal Services.
2      At this time will counsel and all present
3  please identify yourself for the record.
4      MR. HILDABRAND:  This is Clark Hildabrand
5  with the law firm of Cooper & Kirk representing      09:03:52
6  defendants.
7      MR. SELDIN:  This is Harper Seldin with
8  the ACLU on behalf of plaintiffs.
9      MS. CAROLAN:  This is Aine Carolan of
10 Selendy Gay, PLLC, also on behalf of the      09:04:06
11 plaintiffs.
12     THE VIDEOGRAPHER:  Madam Court Reporter,
13 would you please swear in the witness.
14         DAN H. KARASIC, M.D.
15 called as a witness by the Defense, having
16 been sworn to tell the truth, the whole truth, and
17 nothing but the truth, was examined and testified
18 as follows:
19     EXAMINATION BY MR. HILDABRAND
20     Q.  All right.  Dr. Karasic, we've met online      09:04:23
21 before, but good to meet you in person.  Can you
22 just again state your name for the record.
23     A.  Sure.  It's Dan Karasic.
24     Q.  Are you competent to give truthful
25 testimony today?      09:04:39

1      A.  Yes.
2      Q.  Are you under the influence of any
3  medications or substances that might make you not
4  competent to give truthful testimony today?
5      A.  No.      09:04:48
6      Q.  I want to go over a few ground rules for
7  our deposition today.  I know you've done this
8  before.  But please answer all questions verbally
9  so the court reporter can record your verbal
10 response.      09:04:59
11     Please try not to talk too fast.  Try to
12 speak clearly.  I'll try to do the same to make
13 sure the court reporter can get everything down.
14     Please ask me for an explanation if you do
15 not understand my question.  If you do not ask for      09:05:09
16 an explanation, I'll assume that you understood my
17 question and that you are answering the question
18 that I asked.
19     Please try not to interrupt any question I
20 ask.  Wait until I'm finished asking, and I'll try      09:05:19
21 to do the same when you're answering questions.
22 Sometimes there's just occasions where it's not
23 clear where the answer to a question stops, so
24 we'll try to get through that.
25     Counsel for plaintiffs may object to a      09:05:28

1  question that I ask.  But unless they instruct you
2  not to answer the question, you should answer it.
3      And please let me know if at any time you
4  want to take a break, and we'll take a short lunch
5  break at some point as well.  All right.      09:05:40
6      MR. SELDIN:  One -- thank you.  One other
7  matter of housekeeping.  Plaintiffs maintain at
8  this stage of discovery that this deposition of
9  seven hours is one deposition for the purposes of
10 the entire litigation.  So any time that defendants      09:05:53
11 take today deposing Dr. Karasic will come out of a
12 total of seven hours.
13     I know defendants have taken a different
14 view.  That is fine.  We'll resolve that at a later
15 date.  I just wanted to note for the record.      09:06:05
16     MR. HILDABRAND:  And defendants take the
17 opposite position.  But we, of course, just saying
18 that for the record.  We'll resolve that at some
19 point.
20     Q.  Dr. Karasic, have you ever given testimony      09:06:12
21 under oath?
22     A.  Yes.
23     Q.  How many times?
24     A.  More than ten, I think.
25     Q.  What's the most recent case?      09:06:22

1      A.  The most recent case was in Voe, the North
2  Carolina case.
3      Q.  And that was last month, right?
4      A.  Yes.
5      Q.  Have you spoken with anyone for the      09:06:38
6  purposes of preparing for this deposition?
7      A.  I spoke with the lawyers present.
8      Q.  Did you tell anyone you were going to be
9  deposed today?
10     A.  My spouse.      09:06:52
11     Q.  Did you review any documents to prepare
12 for this deposition?
13     A.  Yes.  I -- I reviewed my declaration and
14 took a quick look at a couple other articles.
15 Mostly reviewed the declaration.      09:07:14
16     Q.  First I'll introduce officially Exhibit 1,
17 which we've marked.  Do you mind taking a look at
18 what we've marked as Exhibit 1.
19     Is that the declaration that you submitted
20 in this case?      09:07:29
21     A.  Yes.
22     Q.  So you mentioned a couple of articles.
23     What articles were those that you looked
24 at to prepare for this deposition?
25     A.  Let's see.  I was trying to just think      09:07:36

1  what I -- what I looked at. So I had -- there was
2  one that was a new article for me that I had just
3  seen from Christine Olson's group, and that was
4  on -- that a high percentage of folks in their
5  study who had started on gender-affirming          09:08:26
6  medications and remained on those medicines.
7      Q. That's not an article cited in your
8  declaration, I assume?
9      A. No. It just -- was just published.
10     Q. Anything else that you -- articles that     09:08:37
11 you can remember that you looked at for purposes of
12 this deposition?
13     A. I'm trying to think specifically for this
14 declaration. I don't recall.
15     Q. What documents did you review in preparing  09:08:51
16 your declaration in this case?
17     A. I reviewed, first of all, prior
18 declarations, and then I reviewed references where
19 I was making sure they were the correct one, like
20 among the Dutch studies --                         09:09:29
21     (Clarification by the reporter.)
22     THE WITNESS: I'm sorry. The Dutch
23 studies. They're all Vandermaesen, Vanderloos.
24 They're -- they're all Vander-something, and so
25 checking on it wasn't --                           09:09:37

1      Q. BY MR. HILDABRAND: See you started -- I'm
2  sorry.
3      So were you starting from a previous
4  declaration, and you checked your references --
5      A. Yes.                                         09:09:48
6      Q. -- to make sure they were correct?
7      A. Yes.
8      Q. Did you review any legislative documents
9  to prepare your declaration?
10     A. Yes. I reviewed the South Carolina law      09:09:56
11 and -- and I believe the complaint.
12     MR. HILDABRAND: I will mark this as
13 Exhibit 2.
14     (Reporter marked Exhibit Number 2
15     for identification.)                           09:10:30
16     Q. BY MR. HILDABRAND: If you want to scroll,
17 look through this.
18     And this is the South Carolina law that
19 you reviewed?
20     A. Yes.                                         09:10:36
21     Q. And what in the complaint did you review?
22     A. I -- I reviewed a document, a complaint
23 document, that was filed by the counsel for ACLU
24 for the -- for the plaintiffs in this case.
25     Q. Did -- did you list the complaint in your  09:11:30

1  declaration as something that you reviewed?
2      A. I don't know.
3      Q. So can you point me to somewhere in your
4  declaration where you identified the complaint as
5  something that you reviewed to prepare the          09:11:46
6  declaration?
7      A. It may have been at the time of my
8  declaration that I just had reviewed the North
9  Carolina house bill.
10     Q. Sorry. Do you mean the North Carolina       09:12:04
11 house bill or the South Carolina house bill?
12     A. Sorry. The South Carolina house bill.
13 Sorry.
14     Q. Yeah. You're also a witness in the Voe v.
15 Mansfield, which is the North Carolina case,        09:12:13
16 correct?
17     A. Yes.
18     (Clarification by the reporter.)
19     Q. BY MR. HILDABRAND: Am I correct that you
20 did not review any statements by particular South   09:12:30
21 Carolina legislators regarding House Bill 4624?
22     MR. SELDIN: Object to form.
23     THE WITNESS: I do not recall reviewing
24 any of those.
25     Q. BY MR. HILDABRAND: Am I correct that you   09:12:42

1  did not offer an opinion regarding any animus by
2  the South Carolina Legislature?
3      MR. SELDIN: Object to form.
4      THE WITNESS: I did not offer an opinion
5  on that, correct.                                   09:12:53
6      Q. BY MR. HILDABRAND: Are you currently
7  preparing a reply declaration for this case?
8      A. Not yet, but I assume so, the way these
9  things go.
10     Q. That's why I'm asking.                       09:13:05
11     Have you reviewed the medical records of
12 any plaintiff or class member in this case?
13     A. No.
14     Q. Have you interviewed any plaintiff or
15 putative class member in this case?                  09:13:19
16     A. No.
17     Q. Have you interviewed the parent of any
18 minor plaintiff or putative class member in this
19 case?
20     A. No.                                          09:13:27
21     Q. Am I correct that you do not provide an
22 opinion on the particular medical needs of specific
23 individuals in this case?
24     MR. SELDIN: Object to form.
25     THE WITNESS: That's correct.              09:13:34

MAGNA
LEGAL SERVICES

1    Q.  BY MR. HILDABRAND:  Did you previously
2  work at Dimensions Clinic?
3    A.  Yes.
4    Q.  And that's located here in San Francisco;
5  is that right?                    09:13:41
6    A.  Yes.
7    Q.  And your patients at Dimensions Clinic
8  were 12 to 25 years old; is that right?
9    A.  Yes.
10    Q.  And you now have a telehealth practice; is   09:13:49
11  that correct?
12    A.  Yes.
13    Q.  And all of your telehealth patients are
14  located in California; is that right?
15    A.  Yes.                      09:13:58
16    Q.  None of your telehealth patients live in
17  South Carolina; is that correct?
18    A.  That's correct.
19    Q.  And you've never practiced medicine in
20  South Carolina, correct?              09:14:08
21    A.  That's correct.
22    Q.  You do not personally determine when your
23  patients have begun to enter stage 2; is that
24  correct?
25    A.  That's correct.              09:14:19

1    Q.  And all of your patients are at least at
2  Tanner stage 2; is that correct?
3    A.  That's correct.
4    Q.  Have you performed over 130 medical
5  reviews for the State of California?        09:14:31
6    A.  Yes.
7    Q.  When was the last medical review you
8  performed for the State of California?
9    A.  In the last month.
10    Q.  About how many medical reviews have you    09:14:45
11  performed for the State of California in the last
12  year?
13    A.  You know, it's a good question.  So the --
14  the site where you would enter the reviews used to
15  keep a running count.  And then maybe three years   09:15:01
16  ago they changed systems, and the count was 110
17  then.
18        And so it's possible I've done 160, 170.
19  I don't know.  But just to be conservative, I think
20  I may have said 130.  These days I probably do one   09:15:16
21  a month.  At one time it was -- it was much more
22  common.
23    Q.  Are you paid for conducting these medical
24  reviews?
25    A.  Yes.                      09:15:41

1    Q.  About how much are you paid per medical
2  review?
3    A.  $250 for a routine review.  If it's, like,
4  an emergency review, it's 300.
5    Q.  And the last medical review you mentioned,   09:15:55
6  did that review involve gender-affirming care?
7    A.  Yes.
8    Q.  Do most of the reviews that you conducted
9  involve gender-affirming care?
10    A.  All of them do.              09:16:10
11    Q.  And are these medical reviews based on the
12  documents without meeting the patients themselves;
13  is that right?
14    A.  Yes.
15    MR. SELDIN:  Object to form.        09:16:24
16    THE WITNESS:  Yes.
17    Q.  BY MR. HILDABRAND:  What is
18  gender-affirming care?
19    A.  So gender-affirming care has more than one
20  meaning depending on how -- the context in which it   09:16:40
21  is applied.  When we talk about gender-affirming
22  medical or medical and surgical care, we're talking
23  about care that helps align the body with --
24  typically with aspects of the person's sense of
25  self for the purpose of treating gender dysphoria.   09:17:05

1    Q.  So you mentioned surgical or medical, but
2  isn't there a broader gender-affirming care not
3  gender-affirming surgical care?
4    A.  Yes.  So that includes gender-affirming
5  psychotherapy, which is one that allows the patient   09:17:26
6  or client to -- to explore their understanding of
7  gender as well as any symptoms they may have
8  without a superimposition of the agenda of the --
9  of the therapist.
10    Q.  Do you agree that psychotherapy is helpful   09:17:56
11  for many gender dysphoric individuals?
12    MR. SELDIN:  Object to form.
13    THE WITNESS:  Yes.
14    Q.  BY MR. HILDABRAND:  So you mentioned
15  psychotherapy and then also other treatments, I     09:18:06
16  assume you consider them.
17        Could you provide a list for me of what
18  are the other treatments that you consider under
19  the gender-affirming care umbrella?
20    A.  So the -- so are you asking other than      09:18:20
21  psychotherapy and medical interventions?  Are you
22  asking the types of medical interventions?
23    Q.  Yeah.  So what types of medical
24  interventions would you consider part of
25  gender-affirming care?              09:18:41

MAGNA
LEGAL SERVICES

1      A.  So I would include puberty blockers and
2  hormones used with youth.  With adults, hormones,
3  surgical interventions.  When done with youth,
4  that's usually chest surgery for transmasculine
5  youth.  For adults, that includes genital        09:19:16
6  surgeries.
7         And then there's -- there are also other
8  surgeries, like breast augmentation for trans
9  women, facial feminization surgery for trans women,
10  other surgeries that help align a person's body   09:19:40
11  with their sense of self.
12      Q.  Breast augmentation, is that a surgery
13  just for trans women?  Is that what you said?
14      A.  Yes.
15      Q.  And for adolescents, what specific        09:19:55
16  surgical interventions are included as part of
17  gender-affirming care for adolescents?
18         MR. SELDIN:  Object to form.
19         THE WITNESS:  So in -- at least in common
20  practice, the surgical intervention that is used in   09:20:13
21  adolescents is chest surgery for transmasculine
22  youth.
23      Q.  BY MR. HILDABRAND:  So by "chest surgery,"
24  what -- what do you mean by "chest surgery"?
25      A.  So it's mastectomy with a reconstruction   09:20:30

1  of a male-appearing chest typically, although in
2  some, for example, nonbinary people it may just be
3  breast reduction.
4      Q.  Are there any other surgical interventions
5  that are part of gender-affirming care for         09:20:52
6  adolescents?
7         MR. SELDIN:  Object to form.
8         THE WITNESS:  So not -- not typically.
9  Typically genital surgeries aren't done in -- in
10  adolescents.  They have been done, but it certainly   09:21:05
11  has not been part of my practice.
12      Q.  BY MR. HILDABRAND:  For adults, what sort
13  of genital surgeries do you consider part of
14  gender-affirming care?
15      A.  So that can include vaginoplasty,          09:21:25
16  orchiectomy, phalloplasty, metoidioplasty, which is
17  another surgery for transmasculine people.
18         I'm sorry.  Can you repeat the question?
19      Q.  Yeah.  So I just wanted to know what
20  specific surgeries for adults do you consider part   09:21:52
21  of gender-affirming care?
22      A.  So -- so that can include, as I said,
23  facial feminization surgery, breast augmentation,
24  sometimes body-contouring procedures, which is kind
25  of remove all of fat tissue.  And then, as I said,   09:22:24

1  chest surgery for transmasculine adults.
2      Q.  And I think I understand this is correct,
3  but just to make sure.
4         So are puberty blockers not a
5  gender-affirming care for adults?                  09:22:48
6      A.  Correct.
7      Q.  Under the WPATH standards of care -- and
8  WPATH is W-P-A-T-H -- adolescents do not have to
9  receive psychotherapy or mental health counseling
10  before beginning puberty blockers; is that correct?   09:23:05
11         MR. SELDIN:  Object to form.
12         THE WITNESS:  That's -- that's correct.
13  They don't need to be in psychotherapy, but they do
14  need to have a comprehensive mental health
15  evaluation.                                        09:23:18
16      Q.  BY MR. HILDABRAND:  And psychotherapy is
17  distinct from that comprehensive mental health
18  evaluation; is that correct?
19      A.  That's correct.
20      Q.  So in other words, ongoing work with a     09:23:30
21  mental health professional is not required under
22  the WPATH standards of care for prescription of
23  puberty blockers as a treatment for an adolescent's
24  gender dysphoria?
25         MR. SELDIN:  Object to form.              09:23:45

1         THE WITNESS:  So the adolescent chapter
2  recommends an ongoing relationship with a mental
3  practitioner, but it does not require ongoing
4  psychotherapy.
5      Q.  BY MR. HILDABRAND:  And since we're         09:23:58
6  talking about puberty blockers for cross-sex
7  hormones, under the WPATH standards of care,
8  adolescents do not have to receive --
9         (Clarification by the reporter.)
10         MR. HILDABRAND:  I'll start again and go     09:23:58
11  slower this time.
12      Q.  BY MR. HILDABRAND:  Under the WPATH
13  standards of care, adolescents do not have to
14  receive psychotherapy before beginning cross-sex
15  hormones; is that correct?                         09:24:17
16         MR. SELDIN:  Object to form.
17         THE WITNESS:  So that's correct.  They
18  need to receive an evaluation, but they don't need
19  to be in psychotherapy.
20      Q.  BY MR. HILDABRAND:  And then just to be     09:24:30
21  clear, ongoing work with a mental health
22  professional is not required under the WPATH
23  standards of care for a prescription of cross-sex
24  hormones as treatment for an adolescent's gender
25  dysphoria?                                         09:24:46

MAGNA
LEGAL SERVICES

1    MR. SELDIN: Object to form.
2       THE WITNESS: It's recommended but not
3  required.
4       Q. BY MR. HILDABRAND: If you will look at
5  your declaration, paragraph 37 here. It's on        09:24:54
6  page 10. I don't know if that's helpful.
7       Do you see where you say in paragraph 37
8  that the SOC8 -- and just so we're clear, the SOC8
9  stands for Standards of Care Version 8 published by
10  WPATH; is that right?                               09:25:20
11      A. That's correct.
12      Q. So the SOC8 provides guidelines for
13  multidisciplinary care of transgender individuals.
14      Is that what you said in that part of your
15  declaration?                                        09:25:30
16      A. Yes.
17      Q. But you agree that in the U.S., most
18  transgender care is provided in private practice
19  settings and there's no multidisciplinary team
20  present?                                            09:25:41
21      MR. SELDIN: Object to form. Foundation.
22      MR. HILDABRAND: What's the objection to
23  form for the question?
24      MR. SELDIN: Could you read the question
25  back, please.                                       09:25:49

1       (Record read as follows:
2          "QUESTION: But you agree that
3       in the U.S., most transgender care
4       is provided in private practice
5       settings and there's no            09:25:37
6       multidisciplinary team present?")
7       MR. SELDIN: Vague as to defined terms.
8       But you can answer the question. I'm not
9  going to instruct you not to answer.
10      Q. BY MR. HILDABRAND: So let me repeat the   09:26:21
11  question again.
12      Do you agree in the U.S., most transgender
13  care is provided in private practice settings and
14  there's no multidisciplinary team present?
15      MR. SELDIN: And I will renew. Same          09:26:30
16  objection.
17      THE WITNESS: Yes. Even though
18  multidisciplinary care, I think, is much more
19  common in transgender care than in other aspects of
20  care, even in the United States, I believe, you     09:26:41
21  know, the great majority of the care in the United
22  States is delivered in a private practice office.
23      Q. BY MR. HILDABRAND: So do you agree that
24  in the vast majority of cases, transgender care in
25  the United States is delivered without a           09:26:59

1  multidisciplinary team present?
2       MR. SELDIN: Object to form.
3       THE WITNESS: I would say yes,
4  particularly with adults. The most common way
5  that adults receive care is with their primary care  09:27:13
6  provider as they do for other forms of care.
7       Q. BY MR. HILDABRAND: Were you an expert
8  witness in a case in the state of Washington?
9       A. Yes.
10      Q. And was that case C.P. v. Blue Cross Blue   09:27:38
11  Shield of Illinois?
12      A. Yes.
13      MR. HILDABRAND: I will give you a copy of
14  this and mark this as, I think, Exhibit 3.
15      (Reporter marked Exhibit Number 3           09:27:51
16      for identification.)
17      Q. BY MR. HILDABRAND: Did you testify at a
18  deposition in C.P. v. Blue Cross Blue Shield of
19  Illinois?
20      A. Yes.                                       09:28:11
21      Q. Did that deposition occur in July of 2022?
22      A. I -- I believe so, yes. I'd have to look
23  at the date, but that sounds right.
24      Q. Does this appear --
25      A. Here it is.                                09:28:24

1       Q. I'm sorry. Does this appear to be your --
2  the deposition transcript from your deposition in
3  that case?
4       A. Yes.
5       Q. If you can, please turn to page 87 in the   09:28:32
6  transcript.
7       So in the Washington case, is there an
8  individual called C.P. who was involved?
9       A. Yes.
10      Q. Was C.P. a minor?                           09:28:59
11      A. Yes.
12      Q. So you're asked a question here. Do you
13  see on Page 87, lines 3 to 5, did you testify that
14  "but in the U.S., most transgender care is provided
15  in private practice settings and there's no         09:29:13
16  multidisciplinary team present"?
17      A. Yeah, can you give me the line? But that
18  sounds -- sounds right.
19      Q. Page 87, lines 3 through 5.
20      A. Oh, I'm sorry. (Sotto voce.)               09:29:26
21      Q. It is page 87 of the deposition
22  transcript. You'll have a -- at the top of the page
23  it should have page 162 of 598 where it was filed
24  in the docket. But in the deposition transcript,
25  it should have page 87.                            09:29:46

MAGNA
LEGAL SERVICES

Case 1:23-cv-00864-LCB-LPA    Document 168-3    Filed 11/12/24    Page 8 of 110

1     A.  Oh, I see it.  Okay.  Page 87, yes.
2     Q.  So just I'll repeat the question, just
3 sort of make sure we're clear.
4         Did you testify during your deposition in
5 the C.P. case that "but in the U.S., most          09:30:21
6 transgender care is provided in private practice
7 settings and there is no multidisciplinary team
8 present"?
9         MR. SELDIN:  I'll just object.  This is
10 three lines of a much longer answer that contains    09:30:35
11 additional context on pages 86 and 87.
12         But you can answer.
13         THE WITNESS:  Yes, I testified to that.
14     Q.  BY MR. HILDABRAND:  And counsel for
15 plaintiffs mentioned a larger context, and it's      09:30:47
16 from line 14 on page 86.
17         Do you see where the question begins?
18     A.  On -- okay.
19     Q.  It would be on the left-hand side here.
20     A.  Yes.  Yes.                                   09:31:09
21     Q.  And lines 14 to 19, is that how you
22 remember the question that you were asked?
23     A.  Yes.
24     Q.  And then lines 20 on page 86 through
25 line 8 on page 87, is that an accurate reflection    09:31:22

1 of how you testified during this deposition?
2     A.  Yes.  I mean, maybe if someone's referring
3 to a larger context, there's the next sentence that
4 says, "There can be referrals to people from other
5 disciplines.  In other words, American healthcare    09:31:41
6 usually isn't structured in terms of a team working
7 in one setting but, rather, people in private
8 practice who might refer out as necessary."
9     Q.  And if you want to turn in your
10 declaration -- I put the documents together, and     09:32:01
11 we'll refer to them later on, but you can set them
12 aside for now.
13     A.  Okay.
14     Q.  If you want to turn in your declaration
15 back to paragraph 29.  This should be on page 7.     09:32:15
16         Do you see where you say here that "at
17 birth, infants are assigned a sex, either male or
18 female, based on the appearance of their external
19 genitalia"?
20     A.  Yes.                                         09:32:34
21     Q.  And am I correct that you did not provide
22 any citation for this claim?
23     A.  No.
24     Q.  You did not -- to be clear, you did not
25 provide any citation for this claim?                 09:32:44

1     A.  No.
2     Q.  So just to be clear, the answer is "yes,"
3 you did not provide any citation for this claim; is
4 that correct?
5         MR. SELDIN:  Object to form.                  09:32:57
6         But you can answer if you understand.
7     Q.  BY MR. HILDABRAND:  Maybe you just want to
8 explain.
9     A.  Yes.  That statement does not have a
10 citation.                                            09:33:06
11     Q.  Thank you.
12         And you do personally not make sex
13 assignments for infants?
14         MR. SELDIN:  Object to form.
15         THE WITNESS:  That's correct.                09:33:13
16     Q.  BY MR. HILDABRAND:  And then going to the
17 next paragraph here, paragraph 30, am I correct
18 that you cite Hembree 2017 as your only authority
19 other than the challenged at for this paragraph
20 about the definition of sex?                         09:33:24
21     A.  Yes.  I only cited Hembree.
22     Q.  And is Hembree 2017 the 2017 Endocrine
23 Society guidelines?
24     A.  Yes.
25         MR. HILDABRAND:  I will introduce this in    09:33:35

1 a second here.  I will introduce these as
2 Exhibit 4.
3         (Reporter marked Exhibit Number 4
4         for identification.)
5     Q.  BY MR. HILDABRAND:  Doctor, do you          09:34:08
6 recognize these as the Endocrine Society guidelines
7 from 2017?
8     A.  Yes.
9     Q.  All right.  Can you turn to page -- it's
10 3875 in this document.                               09:34:21
11         Do you see Table 1, "Definitions of Terms
12 Used in this Guideline"?
13     A.  Yeah, I see Table 1.
14     Q.  Do you see down here where Table 1 defines
15 the word "sex"?                                      09:34:47
16     A.  Yes.
17     Q.  And the definition of sex as provided by
18 the 2017 Endocrine Society guidelines is "Sex:
19 This refers to tributes that characterize
20 biological maleness or femaleness" --               09:35:06
21         (Clarification by the reporter.)
22     Q.  BY MR. HILDABRAND:  "Sex:  This refers to
23 attributes that characterize biological maleness or
24 femaleness.  The best-known attributes include
25 sex-determining genes, the sex chromosomes, the H-Y  09:35:19

```
 1   antigen, the gonads, sex hormones, internal and
 2   external genitalia, and secondary sex
 3   characteristics."
 4        Is that the definition that Hembree 2017
 5   provided for the word "sex"?          09:35:43
 6        A.   Yes.  But that same table does have a
 7   definition for "biological sex," which includes
 8   that statement that the terms "biological sex" and
 9   "biological male or female" are imprecise and
10   should be avoided.                     09:36:02
11        Q.   And it does not include that statement in
12   the definition of "sex"; is that correct?
13        MR. SELDIN:  Object to the form.
14        THE WITNESS:  It has a separate -- the
15   same table has a separate listing for the  09:36:11
16   definition of "biological sex."
17        Q.   BY MR. HILDABRAND:  And the Endocrine
18   Society guidelines do not include gender identity
19   as an attribute for sex, correct?
20        MR. SELDIN:  Objection to form.  Misstates  09:36:26
21   the document.
22        Q.   BY MR. HILDABRAND:  All right.  So he's
23   saying I'm misstating the document.  So if you look
24   at the definition of "sex," do you see gender
25   identity included as an attribute for sex in the  09:36:32
```

```
 1   definition in Hembree 2017?
 2        A.   No.
 3        Q.   And Hembree 2017 also does not include
 4   variations in brain structure and function as an
 5   attribute for sex, correct?            09:36:48
 6        A.   Correct.
 7        Q.   And you agree that sex is a physical
 8   characteristic, right?
 9        MR. SELDIN:  Object to form.
10        THE WITNESS:  Sex -- so as -- as one   09:37:06
11   refers to sex assigned at birth, sex is a physical
12   characteristic.  There's also, you know, the sexual
13   act, et cetera.
14        Q.   BY MR. HILDABRAND:  Yeah.  So not
15   including sexual intercourse.           09:37:26
16        A.   Yes.
17        Q.   When I am referring to the word "sex," sex
18   is a physical characteristic, correct?
19        A.   Sex usually refers to physical
20   characteristics, yes.                  09:37:36
21        Q.   And do you agree that sex, not sexual
22   intercourse, is based on an evaluation of external
23   genital appearance in chromosomal sex?
24        MR. SELDIN:  Object to form.
25        THE WITNESS:  So the sex assigned at birth  09:37:50
```

```
 1   is connected to genital appearance.  There are some
 2   people who either have ambiguous genitalia or
 3   who -- at least cursory examination of the
 4   genitalia identifies them as a sex other than their
 5   chromosomes, for example, people with X-Y  09:38:22
 6   chromosomes with complete androgen insensitivity.
 7        (Clarification by the reporter.)
 8        Q.   BY MR. HILDABRAND:  Did you testify at
 9   deposition in a case in Arkansas?
10        A.   Yes.                         09:38:41
11        Q.   And was that case Brandt, B-r-a-n-d-t, v.
12   Rutledge, R-u-t-l-e-d-g-e?
13        A.   Yes.
14        MR. HILDABRAND:  All right.  I'm going to
15   enter this as Exhibit 5.               09:38:56
16        (Reporter marked Exhibit Number 5
17         for identification.)
18        MR. SELDIN:  Do you have a copy of it,
19   Counsel?
20        MR. HILDABRAND:  I'm not sure if I have
21   one here.
22        Do you mind if counsel uses the one that's
23   marked right now?
24        (Discussion off the record.)
25        Q.   BY MR. HILDABRAND:  Is this a copy of your  09:39:35
```

```
 1   deposition transcript in that case?
 2        A.   Yes.
 3        Q.   And you testified under oath in May 2022
 4   in Brandt v. Rutledge; is that correct?
 5        A.   Yes.                         09:39:49
 6        Q.   Can you turn to -- it's page 66.  Were
 7   you -- starting at line 21, were you asked the
 8   question, "Okay.  Is a person's sex a physical
 9   characteristic of the person?"
10        A.   Yes.                         09:40:24
11        Q.   And was your answer starting at line 23,
12   "So sex -- someone's sex -- generally, that -- when
13   one is using that word, typically one is referring
14   to some specific things like sex assigned at birth,
15   which is physical because it's based on an  09:40:43
16   evaluation of external genital appearance;
17   chromosomal sex, which, you know, can be determined
18   by examining their chromosomes"?
19        A.   So in that response there's a semicolon
20   because I had a pause.  So sex assigned at birth  09:41:01
21   based on evaluation of external genitalia --
22   genital appearance.  Chromosomal sex is based on
23   examining their chromosomes.  But those two aren't
24   always -- they're usually the same, but they're not
25   always the same.                       09:41:18
```

MAGNA
LEGAL SERVICES

1    Q.  Is the text of this document an accurate
2  reflection of how you responded during this
3  deposition?
4    A.  Yes.  Because the -- text has a sem --
5  semicolon, so a pause.  In other words, sex      09:41:31
6  assigned at birth is -- is based on evaluation of
7  external genital appearance.  Chromosomal sex is
8  determined by examining chromosomes.  In other
9  words, there's often a qualifier with sex of -- of
10  the -- how you're determining the sex you're    09:41:53
11  describing.
12    Q.  So you look at external genital
13  appearance, but you might also consider the
14  chromosomes; is that correct?
15    A.  No.  So sex assigned at birth, no one is    09:42:06
16  looking at the chromosomes typically.  If they
17  assign it at birth, it's in the, you know, delivery
18  room, and so that's based on appearance.  But -- so
19  somebody might talk about people's sex assigned at
20  birth.                                   09:42:28
21         But in another context, there might be a
22  discussion of chromosomal sex.  And chromosomal
23  sex, though it usually aligns with genital
24  appearance, it doesn't always.
25         So what I was trying to say here is that    09:42:41

1  when you're talking about sex, that you designate
2  sex assigned at birth versus, for example,
3  chromosomal sex.
4    Q.  So sex is not always the same as sex
5  assigned at birth; is that right?           09:42:58
6    A.  Yes.
7    Q.  And the Endocrine Society guidelines also
8  defined gender identity; is that right?
9    A.  Let me get back to that table.  Yes.
10    Q.  And so then let's go back to -- switch    09:43:20
11  documents to your declaration, so back to
12  paragraph 31.  It's on page -- the bottom of
13  page 7, going to the top of page 8.
14         Am I correct that here you did not include
15  the Endocrine Society's definition of gender    09:43:43
16  identity?
17    A.  Wait.
18    Q.  Your declaration marked as Exhibit 1,
19  paragraph 31, which is on page 7 going on to the
20  top of page 8.                        09:43:57
21    A.  Sorry.
22    Q.  Sorry.
23    A.  Yes.  So that reference was from the
24  American Psychological Association, that -- that
25  quote.                              09:44:12

1    Q.  And --
2    A.  But -- but it's similar to -- it looks
3  like, to the one used in the Endocrine Society
4  paper.
5    Q.  But I'm correct that you did not cite the  09:44:26
6  Endocrine Society in paragraph 31; is that right?
7    A.  Correct.  I cited the American
8  Psychological Association.
9    Q.  Did you alter the American Psychological
10  Association's definition of gender identity?    09:44:39
11    A.  I -- it was a quote.  It looks like I put
12  a bracket for "or another" genders.  So but the
13  rest of it is -- is a quote from American
14  Psychological Association 2015, page 862 --
15        (Clarification by the reporter.)      09:45:05
16        THE WITNESS:  Page 862.  That's at least
17  what I referenced.
18    Q.  BY MR. HILDABRAND:  Do you remember what
19  the source originally said before you bracketed
20  part of it?                          09:45:20
21    A.  No.
22        MR. HILDABRAND:  We'll take a look at it.
23  We'll mark this as Exhibit 6.
24        (Reporter marked Exhibit Number 6
25         for identification.)             09:45:53

1    Q.  BY MR. HILDABRAND:  So, Dr. Karasic, is
2  this what you cited as the American Psychological
3  Association 2015?
4    A.  Yes, I believe so.
5    Q.  Do you mind turning to page 862.  And    09:46:09
6  before you do that, can you go to page 860 just so
7  we can get this context here?
8    A.  Oh, page 860.
9    Q.  Sorry.  Do you see on page 860 where it
10  says "Appendix A, Definitions"?           09:46:38
11    A.  Yes.
12    Q.  So this is the definition section of this
13  document?
14    A.  Yes.
15    Q.  Okay.  Then let's go over to page 862.    09:46:48
16        Do you see where the document provides a
17  definition of gender identity at the top here?
18    A.  Yes.
19    Q.  And did the American Psychological
20  Association 2015 define gender identity as a    09:47:07
21  "Person's deeply felt inherent sense of being a
22  boy, a man, or male, a girl, a woman, or female, or
23  an alternative gender (e.g., gender queer, gender
24  nonconforming, gender neutral) that may or may not
25  correspond to a person's sex assigned at birth or    09:47:32

1 to a person's primary or secondary sex
2 characteristics. Because gender identity is
3 internal, a person's gender identity is not
4 necessarily visible to others. Affirmed gender
5 identity refers to a person's gender identity after   09:47:49
6 coming out as TGNC or undergoing a social and/or
7 medical transition process"?
8      A. Yes.
9      Q. Do you agree that gender queer is a gender
10 identity?                                 09:48:09
11     A. So gender queer was a gender identity that
12 was commonly used in the 2000s and early 2010s
13 before nonbinary found common usage. And so people
14 were -- I think there was kind of an eventual
15 adoption of nonbinary as an umbrella term for the    09:48:43
16 different ways that people who identified as
17 neither male nor female label themselves. And so
18 gender queer was a common one in a -- in an earlier
19 era but not common now.
20     Q. But do you agree that gender queer is a      09:49:04
21 gender identity?
22     A. So yeah. Gender queer is a gender
23 identity that people ascribe to themselves.
24     Q. And so did some people used to describe
25 themselves gender queer or gender identity but now   09:49:18

1 they describe themselves as gender nonbinary; is
2 that correct?
3      A. That's correct.
4      Q. Do you agree that gender nonconforming --
5 sorry. Do you agree that gender nonconforming is a   09:49:30
6 gender identity?
7      A. So gender nonconforming was a descriptor
8 that sometimes people used for nonbinary, but it
9 was also sometimes used to describe people who --
10 whose gender expression, for example, was -- was    09:50:02
11 nonbinary, or even gender expression was different
12 from cisgender youth.
13      So it was more commonly used at one point
14 in -- in describing what are now -- now very often
15 called gender diverse people, particularly youth.   09:50:28
16     Q. Just to make sure I'm understanding,
17 gender nonconforming is a gender identity, though,
18 right?
19         MR. SELDIN: Object to form.
20         THE WITNESS: So gender nonconforming       09:50:41
21 is -- can be a gender identity, but it's not as
22 common -- common usage. It's either people
23 describing themselves as their gender is nonbinary
24 or -- it also, though, gender nonconforming was
25 used as a descriptor for people, especially young   09:51:13

1 people whose behavior was different from their
2 cisgender peers.
3      Q. BY MR. HILDABRAND: So -- and -- just to
4 get to the other part you were testifying about
5 earlier, so some people used to describe themselves  09:51:27
6 as gender nonconforming but later identify
7 themselves as gender diverse or gender nonbinary?
8      A. So yes. But I think the more common usage
9 was particularly in prepubertal children where
10 gender nonconforming was not their self-descriptors  09:52:00
11 so much as rather descriptors of parents or
12 clinicians and -- that may -- may use the words
13 "gender diverse" now, but still sometimes use
14 "gender nonconforming," so less often an identity
15 that someone put forward, but some people -- some   09:52:22
16 people did.
17      Q. And so you mentioned it is often used by
18 doctors or parents.
19      So would parents or doctors use the term
20 "gender nonconforming" to refer to a prepubertal    09:52:32
21 child if that child wasn't acting how you'd expect
22 a stereotypical boy or stereotypical girl to act?
23      A. Yes.
24      Q. And do you agree that gender neutral is a
25 gender identity?                          09:52:49

1      A. So again, it -- it has been used by some
2 people as a gender identity. Again, more often now
3 people would just -- would use the term
4 "nonbinary."
5      Q. But you'd agree that gender neutral is a    09:53:14
6 gender identity, right?
7      A. So gender neutral can be a descriptor of
8 someone's gender identity.
9      Q. Do you agree that people that identify as
10 gender queer may redefine gender or decline to      09:53:32
11 define themselves as gender altogether?
12     A. That sounds like a quote from somewhere.
13     Q. Oh, sorry. It's a quote from -- right.
14 Sorry. I am not trying to -- it's a quote from
15 right here, I think, what we just read.             09:53:56
16        MR. SELDIN: As you can see, I barely need
17 to be here.
18     Q. BY MR. HILDABRAND: But I'm not trying to
19 trap you with this. But I'm just asking, do you
20 agree with that statement, that people who identify  09:54:03
21 as gender queer may redefine gender or decline to
22 define themselves --
23        (Clarification by the reporter.)
24     Q. BY MR. HILDABRAND: Yeah. So do you agree
25 that people who identify as gender queer may        09:54:12

1   redefine gender or decline to define themselves as
2   gender altogether.
3     A. So again, gender queer is not so much in
4   common usage now, but it did -- and I'm not quite
5   sure what redefining gender means. But it could   09:54:41
6   include people who decline to identify themselves
7   as male or female. And in -- in that sense, many
8   of those people would describe themselves as
9   nonbinary now.
10     Q. And to people who identify as gender queer   09:55:04
11   may think of themselves as both man and woman,
12   bigender, pangender, androgyne -- that's
13   a-n-d-r-o-g-y-n-e -- neither man nor woman,
14   genderless, gender neutral, neutrois,
15   n-e-u-t-r-o-i-s, agender, moving between genders,   09:55:22
16   gender fluid, or embodying a third gender?
17     A. So that's a list of ways in asking, for
18   example, in psychotherapy, with someone who
19   identifies as nonbinary how they might describe
20   their gender. Those are descriptors that people   09:55:48
21   might -- might give.
22     As I say, again, it's -- you know,
23   "nonbinary" has -- has kind of largely taken the
24   place of "gender queer." But there are some people
25   who still use that or other -- come up with other   09:56:12

1   terms that, let's say, in psychotherapy to try to
2   describe their understanding of their gender.
3     Q. So their understanding of their gender or
4   their understanding of their gender identity?
5     A. Their -- their understanding of their   09:56:33
6   gender identity.
7     Q. Do some non -- do some nonbinary people
8   not consider themselves to be transgender?
9     MR. SELDIN: Object to form.
10     THE WITNESS: So people -- people can put   09:56:49
11   the labels on themselves that they choose to put on
12   themselves. But typically we do look at nonbinary
13   people within that transgender umbrella,
14   recognizing that there can be differences between
15   the range of identities of nonbinary people from   09:57:21
16   people who have a binary cross-gender identity.
17     Q. BY MR. HILDABRAND: When you say we do not
18   put, do you mean doctors, psychiatrists,
19   psychologists?
20     A. Yeah. So that we -- when you said "we do   09:57:38
21   not put," we -- we generally put them in -- the
22   nonbinary people in the category with binary
23   transgender people but recognize that there are
24   differences both in terms of their identity and in
25   terms of -- and often in terms of their -- their   09:58:05

1   needs.
2     Q. So you would say -- when you say "we" in
3   your answer, do you mean healthcare providers?
4     A. Healthcare providers.
5     MR. SELDIN: And, Mr. Hildabrand, I think   09:58:18
6   we've been going the better part of an hour. I'm
7   not sure where you are in this line.
8     MR. HILDABRAND: I'm pretty close to the
9   ending of this section here, so maybe five more
10   minutes and we can take a break.   09:58:32
11     MR. SELDIN: Is that okay?
12     THE WITNESS: Yeah. That's fine.
13     Q. BY MR. HILDABRAND: But some binary people
14   themselves do not consider themselves to be
15   transgender; is that right?   09:58:38
16     MR. SELDIN: Object to form.
17     THE WITNESS: I -- I can't account for --
18   for everybody's identity, but people do identify
19   and individualize in individual ways.
20     Our focus as clinicians is on people's --   09:59:00
21   the presence or absence of gender dysphoria. But
22   certainly, when we're working with somebody in
23   psychotherapy, it is important for us to have an
24   understanding of how they identify.
25     MR. HILDABRAND: I'm going to hand you   09:59:20

1   what I will mark as, I think, Exhibit 7.
2     (Reporter marked Exhibit Number 7
3     for identification.)
4     Q. BY MR. HILDABRAND: Are these the WPATH
5   Standards of Care Version 8?   09:59:37
6     A. Yes.
7     Q. And you were one of the coauthors of these
8   standards of care; is that right?
9     A. Yes.
10     Q. Are you the chair of the mental health   09:59:51
11   chapter?
12     A. Yes.
13     Q. Let's go to -- it's page S252 in here. I
14   think this is toward the end. But you probably
15   know this better than I do.   10:00:16
16     MR. SELDIN: I don't know, Mr. Hildabrand.
17   There have been a lot of these cases.
18     Q. BY MR. HILDABRAND: Do you see at the top
19   of S252 "Appendix B: Glossary"?
20     A. Yes.   10:00:34
21     Q. So this is a glossary of different terms
22   used in WPATH's Standards of Care Version 8?
23     A. Yes.
24     Q. Do you see -- it's on the right-hand
25   column here -- the term -- the term "nonbinary"?   10:00:47

MAGNA
LEGAL SERVICES

1    A.  Yes.
2    Q.  Do you see within that definition that
3  "some nonbinary people consider themselves to be
4  transgender or trans; some do not because they
5  consider transgender to be part of the gender          10:01:07
6  binary"?
7    A.  Yes.
8    Q.  And do you agree with that statement?
9    A.  Well, yes.  As I said, people have
10  different descriptors of themselves.  And so          10:01:22
11  whether or not somebody considers being nonbinary
12  part of a larger being transgender or whether
13  they -- in this case it says some people consider
14  being transgender to be part of a gender binary.
15    Our conception generally is, as healthcare          10:01:54
16  providers, that a kind of broader description of
17  transgender to include nonbinary people, but there
18  may be people who disagree with that.
19    Q.  Okay.  So healthcare providers'
20  understanding of an individual's gender identity is    10:02:16
21  not always the same as how that individual
22  expresses their gender identity?
23    MR. SELDIN:  Object to form.  Misstates
24  testimony.
25    THE WITNESS:  Yeah.  So as clinicians,          10:02:26

1  there are some things that are -- are pretty
2  rigidly the same.  You know, do people meet
3  diagnostic criteria for gender dysphoria, for
4  example, or do people have clinical symptoms.
5    But identity, and particularly when you          10:02:44
6  get to nonbinary people's identity, it can be
7  individualistic.
8    Q.  BY MR. HILDABRAND:  Okay.  Is eunuch also
9  a gender identity?
10    A.  So there are people who identify as          10:03:08
11  eunuchs as their gender identity.
12    Q.  And you've diagnosed individuals who
13  identify as eunuch with gender dysphoria; is that
14  correct?
15    A.  I have, a few.          10:03:19
16    MR. HILDABRAND:  All right.  Let's go -- I
17  think we -- if we want to take a break, we can stop
18  there.
19    Let's go off the record.
20    THE VIDEOGRAPHER:  We are off the record.          10:03:31
21  The time is 10:03 a.m.
22    (A recess was taken.)
23    THE VIDEOGRAPHER:  We're back on the
24  record.  The time is 10:11 a.m.
25    Q.  BY MR. HILDABRAND:  Let's go back to your    10:12:15

1  declaration real fast.
2    A.  Uh-huh.
3    Q.  Can you go to paragraph 31.
4    Do you see here on page -- top of page 8,
5  where you say "Gender identity, which has          10:12:30
6  biological bases, is not a product of external
7  influence and not subject to voluntary change"?
8    A.  Yes.
9    Q.  Am I correct that you do not provide any
10  authority for the statement that gender identity    10:12:44
11  has biological bases?
12    A.  I don't -- I did not put a reference, no.
13    Q.  Thank you.
14    Did you have any discussions with counsel
15  during the break that we just had?          10:12:56
16    A.  No.
17    Q.  Let's go to paragraph 33.
18    Do you see where you say that "gender
19  dysphoria" -- paragraph 33 is on page 8.  Sorry.
20    All right.  Do you see where you say that    10:13:13
21  "Gender dysphoria is distress related to the
22  incongruence between one's gender identity and
23  attributes related to one's sex assigned at birth"?
24    A.  Yes.
25    Q.  Is that correct statement?          10:13:27

1    A.  Yes.
2    Q.  And the DSM-V has diagnoses for gender
3  dysphoria in children --
4    A.  Yes.
5    Q.  -- and gender dysphoria in adolescents and    10:13:36
6  adults; is that correct?
7    A.  Yes.
8    Q.  And those are distinct diagnoses?
9    A.  Yes.
10    Q.  And it looks like you copied the criteria    10:13:43
11  for those two diagnoses here in paragraphs 34 and
12  35 in your declaration?
13    A.  Yes.
14    Q.  In minors with a diagnosis of gender
15  dysphoria in children are not eligible for puberty    10:13:56
16  blockers, cross-sex hormones, or surgery as a
17  treatment for that gender dysphoria; is that right?
18    A.  Right.  Prepubertal children who are the
19  people who receive the gender dysphoria in children
20  diagnosis did not receive medical intervention.    10:14:16
21    Q.  So only individuals with a gender
22  dysphoria in adolescents and adults diagnosis are
23  eligible for --
24    (Clarification by the reporter.)
25    Q.  BY MR. HILDABRAND:  Yeah.  So only    10:14:35

MAGNA
LEGAL SERVICES

1  individuals with a gender dysphoria in adolescents
2  and adults diagnosis are eligible for pubertal
3  suppression, cross-sex hormones, or surgery as a
4  treatment for gender dysphoria; is that correct?
5      A.  I'm sorry.  Can you repeat the question?    10:14:47
6      Q.  So an individual cannot receive pubertal
7  suppression, cross-sex hormones, or surgery as a
8  treatment for gender dysphoria if they do not have
9  a gender dysphoria in adolescents and adults
10  diagnosis; is that right?                10:15:01
11     A.  That's correct.
12     Q.  And so here in paragraph 35, you have the
13  criteria for gender dysphoria in adolescents and
14  adults; is that right?
15     A.  Yes.                        10:15:14
16     Q.  And so you have -- there's an "A"
17  requirement here at the top; is that right?
18     A.  Yes.
19     Q.  And to satisfy this "A" requirement, the
20  patient must have two of the following criteria    10:15:22
21  from 1 through 6 --
22     A.  Yes.
23     Q.  -- is that right?
24        Sorry.  Is the answer "yes"?
25     A.  Yes.  Sorry.                  10:15:30

1      Q.  And to satisfy the "B" requirement, the
2  patient must have clinically significant distress
3  or impairment in social, occupational, or other
4  important areas of functioning, correct?
5      A.  Yes.                        10:15:44
6      Q.  Does the DSM-V also have an other
7  specified gender dysphoria diagnosis?
8      A.  Yes.
9      Q.  And individuals with other specified
10  gender dysphoria do not meet the full criteria for    10:15:55
11  gender dysphoria?
12     A.  Correct.
13     Q.  And does the DSM-V also have an
14  unspecified gender dysphoria diagnosis?
15     A.  The -- I -- I believe that's covered in    10:16:17
16  the other -- you just mentioned the other specified
17  diagnosis.  I'm not sure about a difference between
18  other specified and unspecified.
19     Q.  So your understanding is that unspecified
20  gender dysphoria is part of other specified gender    10:16:36
21  dysphoria in the DSM-V?
22        MR. SELDIN:  Object to form.
23        THE WITNESS:  I don't recall if they list
24  it that way.
25     Q.  BY MR. HILDABRAND:  And so individuals --    10:16:4?

1  regardless of how it's listed, individuals with
2  unspecified gender dysphoria also don't meet the
3  full criteria for gender dysphoria; is that right?
4      A.  Right.
5         MR. SELDIN:  Object to form.        10:16:56
6         THE WITNESS:  The DSM, they changed their
7  labels with DSM-V, but they've always had a
8  category for people who don't fully meet the
9  criteria for -- for diagnosis.
10     Q.  BY MR. HILDABRAND:  And so when we're    10:17:1?
11  talking about the DSM-V, can you explain what the
12  DSM-V is?
13     A.  Sure.  So the diagnostic and statistical
14  manual for mental disorders has -- is periodically
15  updated by the American Psychiatric Association.    10:17:30
16  The current version is DSM-V-TR.  The TR referred
17  to text revision.  But the criteria are -- are
18  generally the same as in DSM-V.  It's just they
19  update the descriptive text.
20     Q.  Gotcha.  So gender dysphoria did not exist    10:17:59
21  as a diagnosis until 2013 with the publication in
22  the DSM-V, right?
23     A.  That's correct.  It replaced gender
24  identity disorder, which was a diagnosis in -- in
25  the previous DSM-IV.                  10:18:15

1      Q.  For example, a child might have been
2  diagnosed with gender identity disorder in children
3  in the DSM-IV; is that right?
4      A.  That's correct.
5      Q.  And a child with gender identity disorder    10:18:29
6  in children was not necessarily transgender; is
7  that right?
8         (Clarification by the reporter.)
9         MR. HILDABRAND:  Transgender.
10        THE WITNESS:  Right.  That there were    10:18:39
11  people who had gender identity disorder of
12  childhood who had strong cross-gender behaviors but
13  didn't have a transgender identity.
14     Q.  BY MR. HILDABRAND:  So we don't know if
15  you've included in research about gender identity    10:19:02
16  disorder before 2013 met the diagnostic criteria
17  for gender dysphoria; is that right?
18        MR. SELDIN:  Object to form.
19        THE WITNESS:  I'm sorry.  I didn't hear
20  the question.                      10:19:15
21     Q.  BY MR. HILDABRAND:  Yeah.  So we don't
22  know if you included in research about gender
23  identity disorder before 2013 met the diagnostic
24  criteria for gender dysphoria?
25        MR. SELDIN:  Same objection.        10:19:28

MAGNA LEGAL SERVICES

```
1          THE WITNESS:  I'm -- I'm still not quite
2    sure what you're asking.
3      Q.  BY MR. HILDABRAND:  Yeah.  So there was
4    research done on children with gender identity
5    disorder --                          10:19:36
6      A.  Right.
7      Q.  -- before the year 2013, correct?
8      A.  Yes.
9      Q.  And we cannot know if all the youth in
10   those studies met the criteria for gender    10:19:44
11   dysphoria; is that right?
12     A.  That -- that's correct.  There were in
13   those studies people who actually were not given a
14   diagnosis at all who were included in this study
15   just because they were brought into the clinic for  10:20:00
16   cross-gender behavior.
17         And then there were those who met gender
18   identity disorder in -- in children diagnosed --
19   diagnosis.  But because the A-1 criteria relating
20   to a transgender identity was not part of the    10:20:22
21   diagnosis -- not a required part -- it was one
22   criterion, but they could meet that -- the
23   diagnosis only on behavior until DSM-IV -- I mean
24   DSM-V.
25     Q.  Gotcha.  And having a gender dysphoria in   10:20:44
```

```
1    children diagnosis does not necessarily mean that a
2    minor is transgender; is that right?
3          MR. SELDIN:  Objection to form.
4          THE WITNESS:  So in -- in the diagnosis
5    now, there is this A-1 criteria.  But we -- we give   10:21:05
6    a clinical diagnosis, which can be different from
7    self-identity.  So -- so there are people who label
8    prepubertal children as transgender children, and
9    there are those who prefer to use a broader term,
10   like gender diverse, to -- to include people who --   10:21:39
11   who may or may not have a transgender identity.
12     Q.  BY MR. HILDABRAND:  Gotcha.  Did you
13   testify in a case in West Virginia?
14     A.  Yes.
15     Q.  And to clarify, did you testify at       10:22:03
16   deposition in that West Virginia case?
17     A.  Yes.
18         MR. HILDABRAND:  I believe this is
19   Exhibit 8 that we're on.
20         (Reporter marked Exhibit Number 8      10:22:19
21         for identification.)
22     Q.  BY MR. HILDABRAND:  And this -- this
23   redacts material that says "confidential" here, but
24   I'm not going to ask you, of course, about that.
25         But does this reflect your deposition    10:22:29
```

```
1    transcript from that April 2022 deposition?
2      A.  Yes.
3      Q.  And you were under oath for that
4    deposition; is that correct?
5      A.  Yes.                    10:22:40
6      Q.  Can you turn to page 26.  If you look at
7    26, lines 8 through 10.
8      A.  Yes.
9      Q.  Do you see where you -- do you testify
10   that -- that having gender dysphoria in children is   10:23:03
11   not necessarily the same thing as being a
12   transgender person?
13     A.  Yes.
14         MR. SELDIN:  I'll just note for the record
15   that's a small excerpt of a larger question -- of a   10:23:11
16   larger answer to a question that goes on to
17   page 25.
18     Q.  BY MR. HILDABRAND:  Does the transcript
19   here accurately reflect the question and the full
20   answer that you provided?               10:23:22
21         MR. SELDIN:  And, Dr. Karasic, the
22   question is on page 25.
23         THE WITNESS:  Yes.  But I think that
24   that -- that what I said then, gender dysphoria in
25   children is not necessarily the same thing as being   10:23:54
```

```
1    a transgender person, you know, holds with or
2    without the context.  Because gender dysphoria is a
3    diagnosis we make, and being a transgender person
4    is not going to be an --
5          (Clarification by the reporter.)      10:24:20
6          THE WITNESS:  An identity that someone
7    has.  And so -- yeah, so I think that answer is
8    correct.
9      Q.  BY MR. HILDABRAND:  Okay.  Let's go to
10   paragraph 50.  We can move away from that document,   10:24:31
11   set it aside.
12         Let's go to paragraph 56 in your
13   declaration.
14         Do you see in the first sentence here on
15   paragraph 56 where you say, "Many bills like the    10:25:00
16   one passed in South Carolina claim that for most
17   youth, gender dysphoria will resolve on its own,
18   making medical interventions unnecessary"?
19     A.  Yes.
20     Q.  Here you're not talking about anything     10:25:13
21   specific in South Carolina's law, correct?
22     A.  No.
23     Q.  And you didn't review any other bills or
24   laws in preparing your declaration; is that
25   correct?                       10:25:24
```

1    A.  That's correct.
2    Q.  Other than gender dysphoria in adolescents
3  and -- sorry.  Other than gender dysphoria in
4  adolescents and adults, no other psychiatric
5  diagnosis is treated with surgery; is that correct?    10:25:33
6    MR. SELDIN:  Object to form.
7    THE WITNESS:  There are very, very rare
8  cases.  There have been people with very severe OCD
9  who've had singular -- cingulate -- cingulate gyrus
10  surgery, a little part of the brain, when all else    10:26:09
11  has -- has failed.
12    There are people who get insertions of
13  electrodes essentially for treatment-resistant
14  depression.  But surgery is not the typical
15  intervention for diagnoses in the -- in the DSM.    10:26:34
16    Q.  BY MR. HILDABRAND:  So can you name any
17  other -- can you name any diagnosis in the DSM
18  other than gender dysphoria in adolescents and
19  adults for which surgery is a recommended
20  treatment?    10:26:53
21    MR. SELDIN:  Object to form.
22    THE WITNESS:  So I said, in rare cases,
23  major depressive disorder severe recurrent that's
24  treatment resistant and, in rare cases, severe
25  obsessive compulsive disorder.  But I don't think    10:27:06

1  that those are talked about in the DSM, per se.
2  But in the broader literature it's very rare for --
3  for surgery to be involved in DSM diagnoses.
4    Q.  BY MR. HILDABRAND:  You already brought up
5  the Brandt deposition, so if you want to bring --    10:27:32
6  get that back out here.  I think it was marked as
7  Exhibit 5.  (Sotto voce.)
8    Can you -- do you see on line 20 -- well,
9  I'll wait until you get there.
10    MR. SELDIN:  What page are you on?    10:28:08
11    MR. HILDABRAND:  Page 79.
12    Q.  So during the Brandt deposition you were
13  asked, "Are there any other psychiatric diagnoses
14  that you're aware of that were treated with
15  surgery?"    10:28:32
16    And your answer was "no"?
17    A.  Yes.  That's correct.
18    Q.  I think we've also used the Fain
19  deposition transcript, if you want to pull it out.
20  It should be Exhibit 8.  Go to page 137.  It should    10:28:53
21  be toward the end.
22    All right.  So on page 137, if you look at
23  lines 2 through 6.
24    So during the deposition in Fain, were you
25  asked, "Are you aware of any other DSM-V diagnosis    10:29:31

1  that is treated surgically?"
2    A.  Yes.
3    Q.  And was your answer to that question, "I
4  cannot think of another DSM-V diagnosis that is
5  treated surgically"?    10:29:45
6    A.  Yes.
7    Q.  And so do you agree that there are not
8  other DSM-V diagnoses that are treated surgically?
9    MR. SELDIN:  Object to form.
10    THE WITNESS:  Well, I couldn't think of    10:30:03
11  one on those depositions.

10:30:49

1

10:32:56



10:33:37

16    Q.    And gender incongruence is a diagnosis
17  under ICD-11; is that right?
18        MR. SELDIN:   I'm just going to -- I
19  apologize for interrupting.  If you're not asking
20  any more questions about this particular patient, I    10:33:53
21  think this can end the portion of the deposition
22  that we're going to designate confidential.
23        MR. HILDABRAND:   Yeah.  After the -- of
24  course you can send a note by email what -- in a
25  letter what you want designated by confidential.    10:34:03

1   But I'm going to move away from those questions.
2   So thank you for that statement.
3       Q.    So is gender incongruence a diagnosis
4   under ICD-11?
5       A.    Yes.                       10:34:21
6       Q.    The United States doesn't use ICD-11; is
7   that right?
8       A.    That's correct.
9       Q.    Does the United States use ICD-10-CM
10  instead?                           10:34:28
11      A.    Yes.
12      Q.    In contrast to gender dysphoria, gender
13  incongruence does not require
14  clinically-significant distress, right?
15      A.    That's correct.               10:34:37
16      Q.    And WPATH SOC8's criteria for hormonal and
17  surgical treatments for adults and adolescents uses
18  gender incongruence --
19        (Clarification by the reporter.)
20      Q.  BY MR. HILDABRAND:  Yeah.  WPATH Standards   10:34:40
21  of Care Version 8's criteria for hormonal and
22  surgical treatments for adults and adolescents uses
23  gender incongruence as the relevant diagnosis
24  instead of gender dysphoria; is that right?
25      A.    Yes.  Though when they do talk about       10:35:07

1   initiating treatment, they talk about the presence
2   of dysphoria as well.
3       Q.    Let's go back to the WPATH standards of
4   care.  I think it was marked as Exhibit 7.  We're
5   going to go in this to S256, which, I think, is the    10:35:34
6   third-to-last page.
7         Is this the Appendix D:  Summary criteria
8   for hormonal and surgical treatments for adults and
9   adolescents?
10      A.    Yes.  This is for, yes, adults and         10:36:03
11  adolescents.
12      Q.    Right.  So let's go -- let's start here
13  down on the bottom left.  It's the summary criteria
14  for adults?
15      A.    Yes.                        10:36:15
16      Q.    It has criteria for hormones.
17        Do you see that?
18      A.    Yes.
19      Q.    And so for A, the A criteria is "Gender
20  incongruence is marked as sustained," right?        10:36:21
21      A.    Yes.  Yes.
22      Q.    And B, the criteria is "Meets diagnostic
23  criteria for gender incongruence prior to
24  gender-affirming hormone treatment in a region
25  where a diagnosis is necessary to access            10:36:37

1   healthcare"; is that right?
2       A.    Yeah.  So that -- when they're referring
3   to regions where a diagnosis is necessary to access
4   healthcare, that includes the gender dysphoria
5   diagnosis in the -- in the United States.           10:36:54
6         So most of the rest of the world is using
7   gender incongruence.  But the diagnosis that's
8   necessary to access care for the United States is
9   gender dysphoria.
10      Q.    It doesn't mention expressly gender        10:37:13
11  dysphoria, though, correct?
12      A.    Well, in other parts of the DSM it does
13  talk about the presence of dysphoria.  And I
14  believe the medical necessity part talks about the
15  presence of having -- of dysphoria.                 10:37:29
16        So they were trying to make it
17  international by using gender incongruence.  But
18  they -- they do say where a diagnosis is necessary,
19  and we don't have gender incongruence as a
20  diagnosis in the U.S.                           10:37:54
21        And so the understanding is that that
22  diagnosis is gender dysphoria in the U.S.
23      Q.    You say it's the understanding.  But for
24  B, to be clear, it does not mention gender
25  dysphoria, correct?                           10:38:07

17  (Pages 62 to 65)

1    A.  There, but else -- elsewhere in associated
2  it does talk about gender dysphoria.
3    Q.  So in Appendix D, "Criteria for Hormones,"
4  B, it does not mention gender dysphoria, correct?
5        MR. SELDIN:  Object to form.  This is      10:38:26
6  summary criteria.
7        You can answer.
8        THE WITNESS:  Yes.  It is the summary
9  criteria, and it does -- it just mentions gender
10  incongruence under the "Criteria for Hormones"      10:38:37
11  here.
12    Q.  BY MR. HILDABRAND:  And did your counsel
13  just tell you that it's summary criteria?
14    A.  Well, he said it, but I noticed that.  I
15  knew that that was the case as well, so...      10:38:49
16        MR. SELDIN:  And I'll note for the record
17  that this was introduced as Appendix D, summary
18  criteria for hormonal and --
19        MR. HILDABRAND:  Yes.  But counsel for
20  plaintiffs is not testifying in this case.  So I'd      10:39:02
21  ask you to please limit your objections to not
22  substantively testify for the witness.
23    Q.  Can you point me to where in WPATH SOC8 it
24  includes gender dysphoria as a requirement for this
25  B?      10:39:16

1    A.  So they mention the presence of dysphoria.
2  But the -- when they talk about criteria, there was
3  a decision to use gender incongruence because
4  ICD-11 is the diagnostic criteria in the rest of
5  the world.  Gender dysphoria, which is DSM-V and      10:39:40
6  codes to IC-10-CM in the United States, is our --
7  our diagnosis.
8        So I know at least in the -- in the
9  discussion of this, the understanding was that the
10  diagnosis codes to -- is gender incongruence      10:40:02
11  outside of the U.S., and the diagnosis that's
12  required in the U.S. is -- is the diagnosis that we
13  use of gender dysphoria.
14    Q.  But this page and no other page in WPATH
15  SOC8 refers to that understanding, correct?      10:40:21
16        MR. SELDIN:  Object to form.
17        THE WITNESS:  They do refer to -- they do,
18  like -- let's see.  Page 57 says, "While gender
19  dysphoria is still considered a mental health
20  diagnosis in the DSM-V-TR, the American Psychiatric      10:40:46
21  Association, gender incongruence is no longer seen
22  as a pathological or a mental disorder in the world
23  health community."
24        And so where this can have some importance
25  is if someone has gender dysphoria and they're      10:41:17

1  treated with hormones and they no longer have
2  gender dysphoria because they no longer have
3  distress that's sufficient to impair social
4  occupational functioning or to be clinically
5  significant, so they're no longer meeting the DSM      10:41:39
6  criteria, but they still need hormones to maintain
7  that state.
8        And so the -- within the rest of the
9  world, a clinician is not necessarily making a
10  mental health diagnosis, but, rather, they are      10:42:01
11  maintaining that person on their hormones even if
12  they don't have clinically-significant distress.
13  But let's see...
14    Q.  BY MR. HILDABRAND:  And so you pointed me
15  to page 57.  Page 57 does not say that in the      10:42:17
16  United States gender dysphoria is a requirement
17  before prescription of hormones, right?
18    A.  Let's see.  So -- so as I said, there
19  are -- there are -- they did make the decision
20  in -- it says here, 8, to use the international      10:42:52
21  criteria.  But that doesn't mean that Standards of
22  Care 8 are not -- there's -- there's not
23  application to -- to people in the United States
24  who are receiving a different diagnosis.
25        So they do talk about -- again, in --      10:43:26

1  let's see -- S15 talks about in the United States
2  they use gender dysphoria, focusing on distress.
3  And let's see.  Where is --
4    Q.  I hate to interrupt you.  Before we get to
5  another page, to be clear, page 15 does not say      10:43:53
6  that gender dysphoria is required before
7  prescription of hormones in the United States,
8  correct?
9        MR. SELDIN:  Dr. Karasic, were you done
10  with your prior answer?      10:44:04
11        THE WITNESS:  That's correct.
12        But it does say, for example, then on that
13  same section on S17, "However, gender incongruence
14  that causes clinically significant distress and
15  impairment often requires medically necessary      10:44:18
16  clinical interventions."
17        And so "In many countries, medically
18  necessary gender-affirming care is documented by
19  the treating health professional as treatment for
20  gender incongruence and/or as treatment for gender      10:44:37
21  dysphoria."
22        And so they do refer to -- there's the
23  broader referring of gender incongruence as the
24  international diagnosis.  But it's also clear
25  within the United States' context that that      10:44:54

MAGNA
LEGAL SERVICES

1 diagnosis is gender dysphoria.
2 　　Q.　BY MR. HILDABRAND:　Page 17 of WPATH's
3 Standards of Care Version 8 does not say that
4 gender dysphoria is required before prescription of
5 hormones, correct?　　　　　　　　　10:45:08
6 　　　　MR. SELDIN:　Object to form.
7 　　Q.　BY MR. HILDABRAND:　In the United States?
8 　　A.　Standards of Care 8 is referring to
9 internationally.　But it does say that gender
10 incongruence that causes clinically-significant　10:45:22
11 distress and impairment often requires
12 medically-necessary clinical intervention.
13 　　　　So they are -- within Standards of Care 8,
14 they are accommodating the diagnostic criteria
15 within the United States, but they're also using　10:45:40
16 this broader criteria that's used internationally.
17 　　Q.　So to be clear, page 17 of the WPATH
18 Standards of Care Version 8 does not say that a
19 gender dysphoria diagnosis is required before
20 prescription of cross-sex hormones in the United　10:45:57
21 States?
22 　　　　MR. SELDIN:　Object to form.　Asked and
23 answered.
24 　　　　THE WITNESS:　So it does not specifically
25 say that.　　　　　　　　　　　　　10:46:09

1 　　Q.　BY MR. HILDABRAND:　Okay.　Let's go back
2 to the summary criteria.　And, of course, in your
3 answers, feel free to pull up something that's more
4 specific.　But in -- on page 256, "Criteria for
5 Surgery," the A criteria for surgery for adults is　10:46:24
6 "gender incongruence is marked and sustained,"
7 right?
8 　　A.　Yes.
9 　　Q.　The 8 criteria here does not reference
10 gender dysphoria, right?　　　　　　　10:46:47
11 　　A.　Yes.
12 　　Q.　And for B, under "Criteria for Surgery,"
13 it says, "Meets diagnostic criteria for gender
14 incongruence prior to gender-affirming surgical
15 intervention in regions where a diagnosis" --　10:46:57
16 "diagnosis is necessary to access healthcare,"
17 right?
18 　　A.　Yes.
19 　　Q.　And Criteria B here does not expressly
20 mention gender dysphoria, correct?　　　10:47:05
21 　　A.　It mentions gender incongruence.　It uses
22 the international diagnostic criteria.
23 　　Q.　And then going down to "Summary Criteria
24 for Adolescents," do you see where it has
25 "puberty-blocking agents"?　　　　　　10:47:21

1 　　A.　Yes.
2 　　Q.　So under the criteria for puberty-blocking
3 agents, WPATH's A criteria is that "gender
4 diversity/incongruence is marked and sustained over
5 time," right?　　　　　　　　　　　10:47:41
6 　　A.　Yes.
7 　　Q.　And then the B criteria for WPATH for
8 prescription of puberty-blocking agents is "meets
9 the diagnostic criteria of gender incongruence in
10 situations where a diagnosis is necessary to access　10:47:49
11 healthcare," right?
12 　　A.　Yes.
13 　　Q.　And what's gender diversity?
14 　　A.　So here they're referring to -- so in --
15 in someone receiving puberty blockers, they may be　10:48:05
16 just a Tanner stage 2, and so they may have been
17 observed to -- to be gender different in some way
18 in childhood without having a diagnosis of gender
19 incongruence of adolescence and adulthood until
20 they reach, you know, Tanner stage 2, and that's　10:48:34
21 adolescence.
22 　　Q.　Let's move on to page 860 -- this is
23 page 527 here.
24 　　A.　Okay.
25 　　Q.　Do you see where it has the criteria for　10:48:48

1 adolescents' prescription of hormonal treatments?
2 　　A.　Yes.
3 　　Q.　So WPATH's A criteria for hormonal
4 treatments for adolescents is "gender
5 diversity/incongruence is marked and sustained over　10:49:02
6 time"?
7 　　A.　Yes.
8 　　Q.　And the B criteria is "meets the
9 diagnostic criteria of gender incongruence in
10 situations where a diagnosis is necessary to access　10:49:14
11 healthcare"?
12 　　A.　Yes.
13 　　Q.　And then do you see where WPATH lists its
14 criteria for surgery for adolescents?
15 　　A.　Yes.　　　　　　　　　　　10:49:22
16 　　Q.　And so the A criteria for surgery for
17 adolescents is "gender diversity/incongruence is
18 marked and sustained over time," right?
19 　　A.　Yes.
20 　　Q.　And the B criteria is "meets the　　　10:49:32
21 diagnostic criteria of gender incongruence in
22 situations where a diagnosis is necessary to access
23 healthcare"?
24 　　A.　Yes.　And again, they're -- they are
25 including the United States where the diagnosis is　10:49:49

19　(Pages 70 to 73)

1  gender dysphoria.
2      Q.  And again here, B does not mention gender
3  dysphoria, correct?
4      A.  Correct.
5      Q.  And the authors at WPATH were aware that     10:49:59
6  gender incongruence is not -- you're an author of
7  the WPATH standards of care?
8      A.  Yes.
9      Q.  And you're aware that gender incongruence
10  is not a diagnosis used under the ICD-10, correct?     10:50:11
11      MR. SELDIN:  Object to form.
12      THE WITNESS:  I'm sorry.  What was that?
13      Q.  BY MR. HILDABRAND:  You're aware that
14  gender incongruence is not a diagnosis under
15  ICD-10?     10:50:23
16      MR. SELDIN:  Same objection.
17      THE WITNESS:  That's -- that's correct,
18  because it was an international committee.  They --
19  they chose to use the IC-11 criteria as opposed to
20  IC-10.  But the understanding -- and I don't think     10:50:36
21  I can pick this out, this -- you know, from --
22  fully from here from this time.
23      But certainly mentioned about having
24  dysphoria in -- when they talk about medical
25  necessity of care of an intervention, the -- that     10:50:58

1  in the United States that diagnosis is gender
2  dysphoria because that's the diagnosis that we use.
3      Q.  BY MR. HILDABRAND:  And you can't point me
4  to any part of the WPATH's Standards of Care
5  Version 8 that says that gender dysphoria is a     10:51:12
6  requirement before the provision of
7  gender-affirming surgery in the United States,
8  correct?
9      MR. SELDIN:  Object to form.
10      THE WITNESS:  So they -- they refer --     10:51:23
11  they -- it's an international document, and so they
12  are trying to use international terminology.
13      Q.  BY MR. HILDABRAND:  The document refers to
14  the United States in several points, correct?
15      A.  Yes.  But, for example, you know, it --     10:51:38
16  it's certainly possible at some time in the very
17  distant future that the United States could adopt
18  IC-11, you know, probably -- well, we take about 20
19  years after the rest of the world.  That will
20  probably be standards of care 9 or 10.     10:51:59
21      But there was an editorial decision that
22  they made rather to -- rather than use "gender
23  dysphoria" and "gender incongruence," to just say
24  "gender incongruence" through the document.
25      Q.  And the document also does not say --     10:52:18

1      (Clarification by the reporter.)
2      Q.  BY MR. HILDABRAND:  The document also does
3  not say that gender dysphoria is necessary before
4  provision of gender-affirming surgery in the United
5  States, correct?     10:52:31
6      MR. SELDIN:  Object to form.
7      THE WITNESS:  It does mention dysphoria
8  when they talk about the medical necessity of an
9  intervention.
10      Q.  BY MR. HILDABRAND:  Can you identify for     10:52:42
11  me where in WPATH Standards of Care Version 8 it
12  says that gender dysphoria is a necessary diagnosis
13  for the provision of gender-affirming surgery in
14  the United States?
15      MR. SELDIN:  Object to form.     10:52:57
16      THE WITNESS:  When -- when standards of
17  care makes statements like that, they use "gender
18  incongruence," not "gender dysphoria."  As I said,
19  that was an editorial decision, because the United
20  States is one country and the rest of the world     10:53:09
21  are -- you know, many other countries that have
22  members of WPATH, and we use Standards of Care 8 as
23  well.
24      Q.  BY MR. HILDABRAND:  So was it an editorial
25  decision not to say that gender dysphoria is a     10:53:21

1  necessary diagnosis before provision of
2  gender-affirming surgery in the United States?
3      MR. SELDIN:  Object to form.  Asked and
4  answered.  Misstates testimony.
5      THE WITNESS:  So they did -- when -- at --     10:53:33
6  at certain times in Standards of Care 8 they do
7  refer to dysphoria, including when they're talking
8  about the medical necessity of an intervention.
9  They talk about the presence of dysphoria as part
10  of that.     10:53:49
11      But when they're making the criteria, they
12  use gender incongruence.
13      Q.  BY MR. HILDABRAND:  Just yes or no.  You
14  cannot point me to any part of WPATH's Standards of
15  Care Version 8 that requires a diagnosis of gender     10:54:02
16  dysphoria before provision of a gender-affirming
17  surgery in the United States?
18      MR. SELDIN:  Object to form.  Asked and
19  answered.  Misstates testimony.
20      THE WITNESS:  As I said, they opted in     10:54:14
21  their list of criteria to use "gender incongruence"
22  rather than saying "gender incongruence" and
23  "gender dysphoria" in the U.S.  But -- and in -- I
24  think in previous iterations, they said, "Meets
25  diagnostic criteria according to local context,"     10:54:32

1  which made it clearer that -- that it's different
2  in the United States than the rest of the world.
3      Q.  BY MR. HILDABRAND:  And I hate to do this,
4  but I really need a yes-or-no answer here.
5      Can you identify a page in WPATH's        10:54:46
6  Standards of Care Version 8 that requires a
7  diagnosis of gender dysphoria before provision of
8  gender-affirming surgery in the United States?
9      MR. SELDIN:  Object to form.  Asked and
10  answered.  Misstates testimony.              10:54:59
11      THE WITNESS:  Yeah.  They don't list
12  criteria specifically for the United States.
13      Q.  BY MR. HILDABRAND:  Thank you.
14      Do you agree that some people's gender
15  identity changes or evolves over the course of   10:55:24
16  development or course of a lifetime?
17      A.  So in general, people's gender identity is
18  quite stable over a lifetime.  But I'm not denying
19  the existence of detransitioners of people who --
20  who do have -- who do report a change in their   10:55:48
21  identity, sometimes even as they still report
22  having gender dysphoria.  But they -- they don't
23  describe themselves the same way as they did before
24  transition.
25      Q.  So you agree that for some people, their   10:56:07

1  gender identity can change over time?
2      MR. SELDIN:  Object to form.
3      THE WITNESS:  I think it's very uncommon.
4  And what's striking, as I've worked with people for
5  over 30 years, how people's -- how persistent   10:56:20
6  people's gender identity is.
7      There are people who over time, especially
8  nonbinary people, who will have a different
9  descriptor.  It may have been gender queer in their
10  previous era, and now they may -- they may say   10:56:44
11  nonbinary.  And so there -- there are people who
12  report.
13      And we make clinical diagnoses of gender
14  dysphoria.  But people come to us or report in, you
15  know, the media or in their blogs or wherever, you   10:57:12
16  know, what their gender identity is, and there are
17  people that report that has changed.
18      I -- in terms of my patients, I certainly
19  have some gender-fluid patients who sometimes
20  identify as more masculine and sometimes identify   10:57:31
21  as more feminine within kind of a nonbinary
22  umbrella.
23      MR. HILDABRAND:  I'm going to enter this
24  as -- I think we're on Exhibit 9 now.
25      (Reporter marked Exhibit Number 9       10:57:42

1      for identification.)
2      Q.  BY MR. HILDABRAND:  You mentioned Brandt
3  v. Rutledge earlier.
4      Did you also testify at trial in Brandt v.
5  Rutledge?                                     10:58:00
6      A.  Yes.
7      Q.  Is this a transcript of the day you
8  testified in that case?
9      A.  Yes.
10      Q.  And you testified under oath at trial in   10:58:05
11  Brandt v. Rutledge; is that right?
12      A.  Yes.
13      Q.  Let's go to page 31.  Sir, were you asked,
14  "is it possible that someone's gender identity can
15  change or their understanding of their gender   10:58:32
16  identity can change over time?"
17      And then you answer --
18      A.  I'm sorry.  Where -- where are you
19  looking?
20      Q.  Yeah.  So let's -- let's see.  So I think   10:58:42
21  actually it starts on the previous page, on
22  page 30 --
23      A.  Okay.
24      Q.  -- line 25, "Q," it says, "You testified
25  that people can't voluntarily change their gender   10:58:50

1  identity, but is it possible that someone's gender
2  identity can change or their understanding of their
3  gender identity can change over time?"
4      Were you asked that question on direct
5  examination?                                  10:59:04
6      A.  Yes.
7      Q.  And was your answer down starting at
8  line 7, that "for most people, gender identity is
9  quite stable, but some people evolve in their
10  gender identity over the course of development or   10:59:14
11  course of a lifetime"?
12      A.  Yes.
13      Q.  And do you agree with that statement
14  today?
15      A.  Yes.                                 10:59:29
16      Q.  All right.  Let's go back to your
17  declaration.  Let me go to paragraph 31.  Sorry.  A
18  lot of documents.  This is going to be the part of
19  paragraph 31 that's on page 8.
20      Do you see where you say, "Gender        11:00:15
21  identity, which has" a -- "which has biological
22  bases, is not a product of external influence and
23  not subject to voluntary change"?
24      A.  Yes.
25      Q.  So you're not aware of gender identity   11:00:25

MAGNA
LEGAL SERVICES

1  changing based on an external influence; is that
2  right?
3      A.  So I -- I think what's been put out there
4  in terms of in -- in the media of people becoming
5  trans because they've been exposed to another trans   11:00:45
6  person, for example, that has not been my
7  experience with my patients.
8      So I think that people's kind of
9  understanding might affect the labels that they
10  give to themselves.  But -- but gender identity is   11:01:17
11  this very stable core that is not catching or, you
12  know, easily changeable, you know, as -- it's clear
13  from the many decades of people receiving
14  psychotherapy to try to change their gender
15  identity, people are very motivated to change their   11:01:44
16  gender identity, but were unable to do so.
17      Q.  So you're not aware, for example, a child
18  first expressing a nonbinary or transgender
19  identity after meeting a nonbinary or transgender
20  person?                                    11:02:01
21      MR. SELDIN:  Object to form.
22      THE WITNESS:  So when you talk about
23  children, they -- in those circumstances,
24  typically, they -- they already been having
25  experiences that -- you know, where they might be   11:02:17

1  labeled as gender diverse.  There is -- they're
2  not -- they don't, you know -- they're not born
3  and, you know, at the same time sex is assigned at
4  birth, they say, "But my gender is"...
5      You know, there's a process of development   11:02:38
6  through childhood where they might figure things
7  out.  And so sometimes that could be that they need
8  someone who -- who identifies in a certain way and
9  then, you know, might try on that -- that label.
10     Q.  BY MR. HILDABRAND:  Let's go down to   11:03:06
11  paragraph 57.  It's on page 16.  And you cite
12  several articles here in paragraph 57, and one of
13  them is Brik, et al., 2020; is that right?
14     A.  Yes.
15     Q.  And just for transcribing, Brik is   11:03:33
16  B-r-i-k.
17     A.  Yes.
18     Q.  And you've read that article several times
19  before, right?
20     A.  Yes.                                11:03:45
21     Q.  And Brik 2020 report that one adolescent
22  identified at birth as male stopped
23  gender-affirming medication after falling in love
24  with a girl and desisted from his transgender
25  identity, right?                           11:03:58

1      MR. SELDIN:  Object to form.
2      THE WITNESS:  That's -- would be my
3  recollection, is that their -- yeah.  I would have
4  to have it in front of me to say definitively,
5  but -- but that is my recollection.          11:04:17
6      MR. HILDABRAND:  Let's do that, then.
7  We'll mark it real fast, and I'll give it to you
8  here.
9      (Reporter marked Exhibit Number 10
10     for identification.)                     11:04:46
11     Q.  BY MR. HILDABRAND:  All right.  So is
12  this, what's been marked as Exhibit 10, Brik --
13     A.  Yes.
14     Q.  -- 2020?
15     A.  Yes.                                11:04:52
16     Q.  Let's turn to page 2615.  Do you see on
17  the bottom right of this page here where it says,
18  "For one adolescent, the experience of falling in
19  love made him doubt whether he was transgender.
20  This is in line with previous findings of the first   11:05:19
21  romantic experiences and the awareness of one's
22  sexual attraction playing an important role in the
23  resolution of dysphoria in adolescents"?
24     A.  Yes.  But can you tell me -- I just want
25  to find where you -- where that is.          11:05:36

1      Q.  Yeah.  It's here, page 26 --
2      A.  Oh, here at the last paragraph.  Okay.  I
3  see.  Sorry.
4      Q.  So you agree that's what the article says
5  here?                                      11:05:44
6      A.  Yes.  That's from, yeah, a -- an article
7  by Steensma in 2011 from a kind of qualitative, I
8  think, perspective on the youth that we're seeing
9  in the -- in the Dutch program.
10     Q.  So you mean -- just to be clear, when you   11:06:09
11  say "that," you are referring to the statement that
12  "the first romantic experiences and the awareness
13  of one's sexual attraction play an important role
14  in the resolution of gender dysphoria in
15  adolescents"?                              11:06:25
16     A.  Yes.  I'm saying that that, I believe, is
17  an assertion by Steensma in 2011 that they're
18  referring to in that as -- that this one
19  adolescent, that that was a -- you know, an
20  example.  And so, you know, this does say -- it   11:06:52
21  says 1.9 percent of the 333 adolescents did stop
22  taking medication.
23     Q.  We'll get back to that in a second.
24     So do you agree with the statement that
25  the first romantic experiences and the awareness of   11:07:11

22 (Pages 82 to 85)

1 one's sexual attraction play an important role in a
2 resolution of gender dysphoria in adolescents?
3     MR. SELDIN:  Object to form.
4     THE WITNESS:  No.  I think that's --
5 that's an assertion that's been made.  I don't        11:07:26
6 really know if -- you know, how common that is.
7     Q.  BY MR. HILDABRAND:  Do you agree that that
8 happens for some individuals, that the first
9 romantic experiences and the awareness of their
10 sexual attraction played an important role in the      11:07:51
11 resolution of gender dysphoria?
12     MR. SELDIN:  Object to form.
13     THE WITNESS:  That hasn't been my
14 experience with my patients, that -- that it's very
15 rare for there to be a resolution of gender            11:08:08
16 dysphoria in adolescents.  And I haven't seen that
17 particularly in patients of mine.
18     I was aware of a colleague's patient years
19 ago who detransitioned as a result of a romantic
20 relationship and -- and was someone who was            11:08:35
21 assigned male at birth, who transitioned and was
22 living as female, got into a relationship with a
23 heterosexual woman, detransitioned as a result.
24 But that person continued to have gender dysphoria.
25     So, you know, even under -- I mean, that's    11:09:00

1 a different circumstance that that happened to that
2 person as an adult.  But the gender dysphoria, you
3 know, persisted in that case even with a romantic
4 relationship.  So I -- I know that that has been
5 asserted, but I don't know if that is -- is the        11:09:22
6 case in any, you know, broader way.
7     Q.  BY MR. HILDABRAND:  Just to make sure I'm
8 understanding.  So that person still had gender
9 dysphoria in adult -- in adults even after
10 detransitioning?                                       11:09:37
11     A.  Right.  So that person detransitioned
12 and -- so lived as male but would in private dress
13 as female to try to address their gender dysphoria.
14 So they -- they still had the gender dysphoria.
15 They just identified as male for the sake of their     11:10:03
16 relationship and when they were with their spouse.
17     Q.  And you also mentioned a 1.9 percent rate.
18     Did Brik 2020 also exclude the nine
19 children or adolescents who had stopped attending
20 appointments?                                          11:10:24
21     A.  Yes, I assume so.  But if you look at
22 Cavve, which I cite in my declaration from Perth,
23 from Western Australia, they were able to track
24 down almost everyone, because Western Australia,
25 during a big part of that time it was the -- there    11:10:53

1 was COVID.  So you couldn't actually even leave
2 western -- or enter Western Australia.
3     Anyway, it's very remote, among the most
4 remote cities in the world, and so they were able
5 to track down almost everyone.  And they found only    11:11:11
6 two out of approximately 200 of the people who had
7 started puberty blockers or hormones in their
8 clinic who had left the clinic, had stopped
9 treatment because of reidentification with their
10 birth sex.  So that was 1 percent.  So again, it       11:11:34
11 can happen, but it's quite uncommon.
12     Q.  We'll get to Cavve in a second.  But for
13 Brik 2020, it also excluded children and
14 adolescents who did not want hormonal treatments;
15 is that right?                                          11:11:55
16     MR. SELDIN:  Object to form.
17     THE WITNESS:  Yeah.  It says 3.5 percent
18 no longer wished gender-affirming treatment.
19     Q.  BY MR. HILDABRAND:  And so for Cavve as
20 well -- well, we can get to that in a little bit.      11:12:08
21     Let's go to paragraph 55 of your
22 declaration first.
23     MR. SELDIN:  Counsel, I think we're coming
24 up on another hour.
25     MR. HILDABRAND:  Then that's all the more    11:12:23

1 reason to take a break.
2     So let's go off the record then.
3     THE VIDEOGRAPHER:  We're off the record.
4 The time is 11:11 a.m.
5     (The noon recess was taken.)
6         ---o0o---
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

MAGNA
LEGAL SERVICES

1    SAN FRANCISCO, CALIFORNIA, OCTOBER 25, 2024
2         AFTERNOON SESSION
3         ---o0o---
4         THE VIDEOGRAPHER:  Okay.  We're on the
5    record.  The time is 11:47 a.m.        11:48:10
6    Q.  BY MR. HILDABRAND:  All right.  Doctor,
7    other than lunch, did you discuss anything with
8    counsel during the break?
9    A.  No.
10   [REDACTED]
11
12
13
14
15
16
17   Q.  Okay.  Have any of your adolescent
18   patients been treated with surgery for a DSM-V
19   diagnosis other than gender dysphoria?
20   A.  No.                               11:48:44
21   Q.  Now let's go to your declaration to
22   paragraph 55.
23   A.  I'm sorry.
24   Q.  Sorry.  Page 14, paragraph 55.
25   A.  Yes.                              11:49:06

1    Q.  Do you see this line that "over 50 years
2    of gender-affirming surgery in Sweden, the regret
3    rate as measured by legal gender change reversal
4    was 2 percent," citing Dhejne, et al., 2014?
5    A.  Yes.  Dhejne.                     11:49:22
6    Q.  Dhejne.  Okay.  And for the reporter,
7    that's D-h-e-j-n-e.
8         Was it Dhejne; is that right?
9    A.  Dhejne, like from Denmark.
10   Q.  Thank you.  The Swedish data in Dhejne  11:49:34
11   2014 would not have captured patients who simply
12   lived with regret without reapplying to legally
13   reverse their gender- --
14   A.  Correct.
15   Q.  -- affirming surgery?              11:49:56
16        MR. SELDIN:  Object to form.
17        THE WITNESS:  That's correct.
18   Q.  BY MR. HILDABRAND:  And the 2 percent
19   Swedish regret rate also would not include people
20   who died or committed suicide before applying for a  11:50:01
21   legal gender change; is that correct?
22        MR. SELDIN:  Object to form.
23        THE WITNESS:  That's correct.
24   Q.  BY MR. HILDABRAND:  At the time you wrote  11:50:10
25   your declaration in this case, you knew about those

1    ways in which the 2 percent was an understatement
2    of the Swedish regret rate, right?
3         MR. SELDIN:  Object to form.
4         THE WITNESS:  Well, one can also look at
5    it over time.  It is over 50 years.  And the last  11:50:22
6    decade they reported, they only had 0.3 percent
7    regret.  Most of the regret was earlier in that
8    period.  So there's a lot of ways to look at that
9    data.
10        But I think saying a 2 percent regret rate  11:50:40
11   is -- you know, is a reasonable way of looking at
12   it, particularly then when you're including it with
13   Bustos's systematic review and meta-analysis, you
14   know, finding 1 percent across a whole bunch of
15   different studies.                    11:51:14
16   Q.  BY MR. HILDABRAND:  A couple follow-up
17   questions.  So am I correct, your declaration only
18   mentions Sweden when discussing this 2 percent
19   regret rate?
20   A.  Yes.                              11:51:21
21   Q.  And do some individuals express regret
22   many years after applying for a legal gender
23   change?
24        MR. SELDIN:  Object to form.
25        THE WITNESS:  You -- oh, you mean after  11:51:32

1    applying the first time for legal gender change?
2    There are people who are -- are you saying in
3    Sweden or generally?
4    Q.  BY MR. HILDABRAND:  In Sweden.  Might some
5    individuals express regret about their legal gender  11:51:55
6    change many years after that occurs?
7         MR. SELDIN:  Object to form.
8         THE WITNESS:  Yes.  And so this would
9    capture if they -- you know, however many years up
10   to 50 after their -- after their surgery.  11:52:13
11        So it captures the data in a different way
12   because it is looking at a whole population, and
13   over 50 years, there's, you know, just many
14   different ways of trying to, you know, get some
15   idea of what that percentage might be.  11:52:32
16   Q.  BY MR. HILDABRAND:  Are you aware that
17   Sweden has adopted guidelines for gender-affirming
18   care that are very different from the WPATH
19   guidelines?
20        MR. SELDIN:  Object to form.     11:52:43
21        THE WITNESS:  So the government of Sweden
22   has -- has made some recommendations.  And I'm
23   happy to -- if you're presenting something or is
24   that --
25   Q.  BY MR. HILDABRAND:  Oh, no.  Finish your  11:53:02

24 (Pages 90 to 93)

1  answer.  Sorry.
2      A.  Yeah.  Though I would say that -- that
3  young people in Sweden are continuing to get
4  puberty blockers when clinically indicated.  The
5  government report -- there was a government report    11:53:22
6  labeling puberty blockers as experimental and to be
7  given in exceptional circumstances as determined by
8  a clinical evaluation.
9          And everyone in Sweden and, I think, most
10  places would have a clinical evaluation before    11:53:44
11  puberty blockers.  So it has not prevented people,
12  young people, in Sweden from getting puberty
13  blockers.
14      Q.  All right.  Let's look at what we marked
15  as Exhibit 5.  This is the Brandt deposition.  If    11:53:57
16  you will pull that out and turn to page 93.
17          MR. SELDIN:  I think that's the Brandt
18  trial.  If you want the dep.
19          MR. HILDABRAND:  Yep.
20          MR. SELDIN:  Is that one over there,    11:54:16
21  Brandt?
22          THE WITNESS:  Yes.
23      Q.  BY MR. HILDABRAND:  Let's look at page 93,
24  lines 12 to 16.  So were you asked the question,
25  "And so -- so Sweden has adopted guidelines that    11:54:36

1  are very different from the WPATH guidelines;
2  correct?"
3      A.  Correct.
4      Q.  And your answer was "Correct"?
5      A.  Yes.    11:54:46
6      Q.  And let's go to -- further down the page,
7  were you also asked the question, "Okay.  And these
8  are more restrictive guidelines; correct?"
9      A.  Yes.
10      Q.  And your answer was "Correct"?    11:54:59
11      A.  Yes.
12      Q.  You don't need to describe it, but am I
13  correct that your declaration in this case also
14  does not mention the Cass Review?
15          MR. SELDIN:  Object to form.    11:55:15
16          THE WITNESS:  That's correct.
17      Q.  BY MR. HILDABRAND:  Do you agree that the
18  Cass Review of gender-affirming care is relevant to
19  understanding the provision of gender-affirming
20  care?    11:55:31
21          MR. SELDIN:  Object to form.
22          THE WITNESS:  I think it's relevant to the
23  provision of gender-affirming care in the United
24  Kingdom.
25      Q.  BY MR. HILDABRAND:  But you don't think    11:55:40

1  it's relative to the provision of gender-affirming
2  care in the United States?
3      A.  Well, it's a very particular document, a
4  government-commissioned report.  Not -- they're not
5  practice guidelines.  It is a government    11:55:57
6  recommendation within their -- of care within their
7  national health service.
8      Q.  Do you agree that the experience of mental
9  health providers around the world is relevant to
10  the provision of gender-affirming care in the    11:56:10
11  United States?
12          MR. SELDIN:  Object to form.
13          THE WITNESS:  Yes.  But the Cass Review
14  was not driven by the mental health providers
15  working with trans youth in -- in the United    11:56:22
16  Kingdom.  More generally, it's hard to know
17  everyone who was involved because their process and
18  their authors are opaque.
19          But I do know that many of the people who
20  were providing that care in the United Kingdom were    11:56:43
21  not part of the process of the Cass Review, so I
22  view it certainly as some kind of a governmental
23  response.
24      Q.  BY MR. HILDABRAND:  Did the WPATH
25  Standards of Care Version 8 identify everyone who    11:56:58

1  provided comments on the WPATH Standards of Care
2  Version 8?
3          MR. SELDIN:  Object to form.
4          THE WITNESS:  So Standards of Care 8 --
5  Standards of Care 8 identified all of the authors.    11:57:13
6  The Cass Review does not.
7      Q.  BY MR. HILDABRAND:  Did any U.S.
8  government officials review or provide comments on
9  WPATH Standards of Care Version 8?
10          MR. SELDIN:  Object to form.    11:57:26
11          THE WITNESS:  The WPATH Standards of Care
12  8 process happened without outside input up until
13  the 2021 release for public comment.  In 2021 there
14  was a -- as part of the process, there was a
15  request for public comment and a commitment to try    11:57:57
16  to be responsive to that.
17          And so I wasn't a part of the comments
18  that you're referring to because I wasn't on the
19  adolescent chapter, but I know on the mental health
20  chapter, we were encouraged to review those    11:58:12
21  comments.  And, you know, if any -- if anything
22  needed to be addressed, that -- that people outside
23  the committee hadn't marked but were identified by
24  the public, that that was part of the process, was
25  to try to incorporate public comment on that.    11:58:32

MAGNA ▶
LEGAL SERVICES

1    Q.  BY MR. HILDABRAND:  Did the WPATH
2  Standards of Care Version 8 as published identify
3  any U.S. government official who provided comments
4  on the standards?
5        MR. SELDIN:  Object to form.         11:58:43
6        THE WITNESS:  No.
7    Q.  BY MR. HILDABRAND:  And were U.S.
8  government officials only provided the same
9  November 2021 version of the WPATH standards of
10  care that other members of the public were    11:58:57
11  provided?
12        MR. SELDIN:  Object to form.
13        THE WITNESS:  I don't know.
14    Q.  BY MR. HILDABRAND:  Earlier today you
15  mentioned Cavve 2024, right?           11:59:09
16    A.  Yes.
17    Q.  And that study examined outcomes for
18  558 -- sorry, 548 youth; is that right?
19    A.  Yes.
20    Q.  And if you want to look at paragraph 54, I    11:59:18
21  think this is one of the places you discuss it.
22    A.  Excuse me while I -- let me just do this
23  so I --
24        (Discussion off the record.)
25        THE WITNESS:  Yes.              11:59:43

1    Q.  BY MR. HILDABRAND:  Your declaration,
2  paragraph 54, you say here that "of 196 youth who
3  are started on puberty blockers or hormones only
4  two (1 percent) discontinued medical treatment
5  because of reidentification with birth sex."    12:00:02
6    A.  Yes.
7    Q.  And a higher proportion of youth referred
8  to the gender clinic but you did not start puberty
9  blockers or hormones reidentified with their birth
10  sex; is that right?               12:00:16
11        MR. SELDIN:  Object to form.
12        THE WITNESS:  Oh, the people who did not
13  start, yeah, I don't remember the percentage, but
14  perhaps -- perhaps you do.
15    Q.  BY MR. HILDABRAND:  So the 196 youth that    12:00:29
16  you refer to here, those are just the individuals
17  who started puberty blockers or hormones; is that
18  right?
19    A.  Yes.
20    Q.  And so the rest of that 548 youth did not    12:00:37
21  begin puberty blockers or hormones; is that right?
22        MR. SELDIN:  Object to form.
23        THE WITNESS:  Yeah, I assume that the
24  others did not.
25    Q.  BY MR. HILDABRAND:  And you didn't provide    12:00:49

1  the reidentification rate for the individuals who
2  did not start puberty blockers or hormones,
3  correct?
4        MR. SELDIN:  Object to form.
5        THE WITNESS:  Correct.  Because this    12:00:58
6  number was the number who -- that I provided were
7  the people who discontinued medical treatment.  So
8  they looked at those who started treatment.  They
9  tried to follow up with them, and they found that a
10  small percentage had discontinued medical    12:01:21
11  treatment.  And of those, only two discontinued
12  treatment because of identification with birth sex.
13    Q.  BY MR. HILDABRAND:  And are you aware of
14  any author of Cavve 2024 who has acknowledged that
15  the article may understate reidentification rates?    12:01:41
16        MR. SELDIN:  Object to form.
17        THE WITNESS:  No.
18        MR. HILDABRAND:  I will enter this as
19  Exhibit 11, I think is what we're on.
20        (Reporter marked Exhibit Number 11    12:01:49
21        for identification.)
22    Q.  BY MR. HILDABRAND:  Does this look like a
23  printout of the article key points, abstract, and
24  information from the JAMA Network?
25    A.  Yes.                   12:02:14

1        MR. SELDIN:  And, Counsel, is this -- I
2  know you just identified it, but to be clear, this
3  is not the full article?
4        MR. HILDABRAND:  No.  Yes, this is the
5  printout of where the article is at at the -- you    12:02:23
6  see the https address at the top of the page?
7        MR. SELDIN:  Okay.  But not the full
8  article?
9        MR. HILDABRAND:  This is not the full
10  article itself.                12:02:31
11        MR. SELDIN:  Okay.  Thank you.
12    Q.  BY MR. HILDABRAND:  Do you see on -- do
13  you want to turn to -- I think its page 4.
14    A.  Yes.
15    Q.  Do you see that there's some comments on    12:02:44
16  the article?
17    A.  Yes.
18    Q.  And the reason for this is -- the primary
19  purpose of the article.  So I want to talk about
20  the comments here today.  So you see --       12:02:53
21    A.  And these are comments when it's on the
22  JAMA -- JAMA Network website?
23    Q.  Yes.  I will represent to you that that's
24  what these are here.
25        So you see the first one appears to be a    12:03:08

1  comment from a Sarah Jorgensen?
2      A.  Yes.
3      Q.  And for the transcript, that's
4  J-o-r-g-e-n-s-e-n.
5      And then if you want to turn to page 5.    12:03:21
6  Do you see that there is a March 13th, 2024,
7  comment from Blake Cavve?
8      A.  Yes.
9      Q.  Have you read this comment before?
10     A.  I don't recall.                       12:03:37
11     Q.  Is Blake Cavve the primary author?
12     A.  Yes.
13     Q.  All right.  Let's go to page 6, I believe.
14  I want to ask about the comment here.
15     Do you see, mostly down the page, where he   12:04:01
16  says, "It is possible that a small number of active
17  patients may have expressed feelings of
18  reidentification Jan-Dec 2020 and may not have
19  been closed"?
20     A.  Yes.  So this paper was only following up   12:04:20
21  with people who have closed out their care in the
22  clinic.  And so I assume he's saying that it's
23  possible that there are a small number of people
24  who are still in the clinic but may have
25  reidentified with their birth sex.            12:04:37

1      Q.  So is it possible for this study that some
2  individuals could have continued mental health
3  appointments after the reidentification and not
4  been closed?
5      MR. SELDIN:  Object to form.              12:04:50
6      THE WITNESS:  Yeah.  He says it's possible
7  that there's a small number of those -- of those
8  patients.
9      Q.  BY MR. HILDABRAND:  Okay.
10     A.  Who -- because the study was of those who   12:04:57
11  had closed out their care in the clinic.
12     Q.  All right.  Let's go up a little bit on
13  the page.  Do you see the paragraph that begins,
14  "Therefore, while it is possible that for some
15  patients the lack of engagement is due to        12:05:20
16  reidentification and hence we may underestimate
17  total reidentification rates, this is limited to
18  our estimate of those who reidentified before
19  triage appointment and, to a lesser degree, those
20  in the process of a multidisciplinary assessment"?   12:05:34
21     A.  Yes.
22     MR. SELDIN:  And I'll just note for the
23  record that that paragraph continues, "This does
24  not affect our estimates of reidentification
25  following provision of gender-affirming medical   12:05:46

1  treatment."
2      Q.  BY MR. HILDABRAND:  Right.  So here we're
3  talking about not the 196, but we're talking about
4  the rest of that 548 who did not receive puberty
5  blockers and hormones; is that right?            12:05:58
6      A.  Well, they do talk about, I think -- I
7  think they may have some number about hormone --
8  here where it says, "Patients who reidentify with
9  their birth-registered sex comprise 5.3 percent of
10  all referral closures."                         12:06:24
11     And so even though it was only 1 percent
12  of those who started hormones, there were people,
13  again, a small percentage, who perhaps during their
14  assessment process or afterwards, you know,
15  exploring their gender but, you know, in that     12:06:48
16  process, reidentified with their birth gender.
17     Q.  And some individuals were removed from the
18  study due to lack of engagement; is that correct?
19     MR. SELDIN:  Object to form.
20     THE WITNESS:  As I recall, though, they       12:07:08
21  did -- there were 552 closed referrals, and they
22  were able -- yeah.  If you look under "Results," a
23  reason for closure was determined for 548.
24     And the reason that sticks out is that's
25  extraordinarily rare in research for anything to be   12:07:25

1  able to have a -- you know, a reason why people
2  left the clinic for 548 out of 552.  That's very --
3  that's 99 percent, right?
4      Q.  Is it -- is it your understanding that
5  some individuals were removed from the study due to   12:07:45
6  lack of engagement?
7      MR. SELDIN:  Object to form.
8      THE WITNESS:  Can you show me that
9  sentence where it says that?
10     Q.  BY MR. HILDABRAND:  I'm just asking what   12:07:57
11  your -- if -- if you don't know, you don't know.
12     A.  I don't know.
13     Q.  Okay.  Thank you.
14     Let's go back to your declaration,
15  paragraph 54.  Do you see this sentence toward the   12:08:06
16  top of the paragraph where you say, "For example,
17  in one study in the Netherlands, none of the youth
18  who received puberty blockers, hormones, and
19  surgery, and followed over an eight-year period
20  expressed regret"?                              12:08:28
21     A.  Yes.
22     Q.  And that study involved a cohort of 70
23  youth; is that right?
24     A.  Yes.
25     Q.  And you are aware that one of the youth in   12:08:36

MAGNA
LEGAL SERVICES

1  that study actually died of complications from
2  their gender surgery?
3       MR. SELDIN: Object to form.
4       THE WITNESS: Yes. They had a
5  vaginoplasty using a colon, which they do in the  12:08:49
6  Netherlands, but it's very rarely done here, and
7  the person got sepsis from that. And that risk is
8  one of the reasons why that's a quite rare surgery
9  here in the United States.
10    Q. BY MR. HILDABRAND: And you did not  12:09:06
11  mention that death anywhere in your declaration,
12  right?
13       MR. SELDIN: Object to form.
14       THE WITNESS: No.
15    Q. BY MR. HILDABRAND: And of the 70  12:09:12
16  youth, 15 dropped out of the study due to
17  nonparticipation; is that right?
18       MR. SELDIN: Object to form.
19       THE WITNESS: Yes. That's my
20  understanding.  12:09:22
21    Q. BY MR. HILDABRAND: And of the 55 who
22  participated fully, another 15 were missing some
23  data; is that correct?
24    A. That sounds right.
25    Q. Do you know whether the youth involved in  12:09:33

1  DeVries 2014 received psychotherapy?
2    A. Yes. Well, psychotherapy was -- is
3  offered in their -- in their program.
4    Q. So the youth involved in that study did
5  receive psychotherapy?  12:09:52
6    A. I don't know the details in terms of if it
7  was possible for them to decline psychotherapy or
8  how often they had to see a therapist as part of
9  that care.
10    Q. But your understanding is that  12:10:08
11  psychotherapy was normally available for --
12    A. It was available, I think, is my
13  understanding, for people in this study.
14    Q. Let's go now -- skip ahead to paragraph
15  67. It's on page 19.  12:10:25
16      Am I correct that the only citation you
17  provide for paragraph 67 is Owen-Smith 2018?
18    A. Yes.
19    Q. And Owen-Smith 2018 was a survey of only
20  adults, correct?  12:10:51
21    A. Yes.
22    Q. And Owen-Smith 2018 also excluded
23  individuals whose gender identity was the same as
24  natal sex at the time of the survey, right?
25       MR. SELDIN: Object to form.  12:11:04

1       THE WITNESS: Yes.
2    Q. BY MR. HILDABRAND: Owen-Smith 2018 also
3  excluded individuals who were receiving transgender
4  care exclusively from mental health providers,
5  right?  12:11:13
6    A. Yes. I believe it was of those who were
7  receiving medical interventions.
8    Q. Now, let's go to paragraph 44 in your
9  declaration.
10      And here do you provide WPATH standards of  12:11:40
11  care requirements for pubertal suppression and
12  cross-sex hormones for minors?
13    A. Yes.
14    Q. Am I correct that you have not studied how
15  many healthcare providers in South Carolina use the  12:11:53
16  WPATH Standards of Care Version 8?
17       MR. SELDIN: Object to form.
18       THE WITNESS: I have not studied
19  healthcare in South Carolina.
20    Q. BY MR. HILDABRAND: Am I correct that you  12:12:03
21  have not studied how many healthcare providers in
22  South Carolina use the 2017 Endocrine Society
23  guidelines?
24       MR. SELDIN: Object to form.
25       THE WITNESS: That's correct.  12:12:15

1    Q. BY MR. HILDABRAND: And for (c) here in
2  paragraph 44 you say, "Demonstrates the emotional
3  and cognitive maturity required to provide informed
4  consent/assent for the treatment"; is that right?
5    A. Yes.  12:12:31
6    Q. Assent requires the youth to be
7  cognitively mature enough to make decisions and to
8  have an understanding of future consequences; is
9  that right?
10    A. Yes.  12:12:39
11    Q. Are 15-year-olds cognitively mature enough
12  to make decisions about sexual intercourse?
13       MR. SELDIN: Object to form.
14       THE WITNESS: Can you repeat the question?
15    Q. BY MR. HILDABRAND: Yeah. Are  12:12:54
16  15-year-olds cognitively mature enough to make
17  decisions about sexual intercourse?
18       MR. SELDIN: Object to form.
19       THE WITNESS: About consenting to sexual
20  intercourse?  12:13:04
21    Q. BY MR. HILDABRAND: It's a great
22  clarifier. Are 15-year-olds cognitively mature
23  enough to decide to consent to sexual intercourse?
24       MR. SELDIN: Object to form.
25       THE WITNESS: I think that's young.  12:13:15

MAGNA
LEGAL SERVICES

1    Q.  BY MR. HILDABRAND:  Are some 15-year-olds
2  cognitively mature enough to decide to consent to
3  sexual intercourse?
4        MR. SELDIN:  Object to form.
5        THE WITNESS:  Can you repeat the question?    12:13:29
6    Q.  BY MR. HILDABRAND:  Are some 15-year-olds
7  cognitively mature enough to consent to sexual
8  intercourse?
9        MR. SELDIN:  Object to form.
10       THE WITNESS:  It's not a -- that's not an    12:13:46
11  assessment for consent that I have ever made, so I
12  -- but -- so I don't know if I would, you know,
13  make a response to that.
14       I think certainly there are, you know,
15  reasons for, you know, restriction of consent for    12:14:14
16  sex for minors generally.
17    Q.  BY MR. HILDABRAND:  You say "reasons for
18  restrictions."  Do you mean government prohibiting
19  minors from being allowed to consent to sexual
20  intercourse?                        12:14:31
21       MR. SELDIN:  Object to form.
22       THE WITNESS:  So it's not -- it's more a
23  prohibition of adults having sex with minors.  And
24  I think there are reasonable, you know, reasons for
25  that.                               12:14:51

1        There are minors who have sex with minors
2  where -- you know, where government tends not to be
3  involved in those decisions.
4        Certainly, hopefully, parental, you know,
5  advice and parenting general -- generally might    12:15:14
6  inform, you know, good decision-making by the youth
7  involved.
8    Q.  BY MR. HILDABRAND:  So do you think that
9  some 15-year-olds are cognitively mature enough to
10  decide with parental involvement in that decision    12:15:27
11  to have sexual intercourse with another minor?
12       MR. SELDIN:  Object to form.
13       THE WITNESS:  It's not an assessment I've
14  ever made.
15    Q.  BY MR. HILDABRAND:  So you don't have an    12:15:38
16  opinion one way or another about that question?
17       MR. SELDIN:  Object to form.
18       THE WITNESS:  I would say that there are
19  good reasons to be concerned about a 15-year-old
20  consenting to sex.                  12:15:56
21    Q.  BY MR. HILDABRAND:  But you cannot
22  definitively say that 15-year-olds are not
23  cognitively mature enough to decide to have sexual
24  intercourse with another minor?
25       MR. SELDIN:  Object to form.    12:16:09

1        THE WITNESS:  Yeah, I think I've answered
2  the question.
3    Q.  BY MR. HILDABRAND:  And are 15-year-olds
4  able to have an understanding of the consequences
5  of sexual intercourse?              12:16:27
6        MR. SELDIN:  Object to form.
7        THE WITNESS:  They -- the cognitive
8  abilities of 15-year-olds certainly can vary.  But
9  there are reasons to be concerned about -- about
10  their cognitive abilities consenting to it.  But    12:16:45
11  I've never done that sort of cognitive assessment.
12    Q.  BY MR. HILDABRAND:  Are 15-year-olds
13  cognitively mature enough to understand orgasm?
14       MR. SELDIN:  Object to form.
15       THE WITNESS:  I think that minors can    12:17:05
16  sometimes have pretty sophisticated understandings
17  of sex from -- whether it's their reading or
18  otherwise, whether or not they engage in sex.
19       So there are people -- I have patients,
20  not that I talk about consent for sex with, but I    12:17:32
21  do have patients that age who have pretty mature
22  cognitive abilities.  I think there's -- and there
23  are those who don't at all.
24       So I do think that there's a variation,
25  but there's also just kind of a larger set of    12:17:58

1  concerns for minors consenting to sex and
2  particularly consenting to sex for adults -- with
3  adults and what -- what the consequences of that --
4  that may be.
5    Q.  BY MR. HILDABRAND:  Do you have any minor    12:18:14
6  patients who are -- have or had minor patients who
7  are 15 years old or younger who were cognitively
8  mature enough to decide to consent to sexual
9  intercourse?
10       MR. SELDIN:  Object to form.    12:18:26
11       THE WITNESS:  I've never made that
12  assessment.  I'm just saying I do have 15-year-olds
13  who are very cognitively mature and others who are
14  not.  So I think if you're in a more broader way,
15  you know, making decisions where, first of all,    12:18:41
16  they're not consenting all of the -- they're only
17  assenting and the parents are consenting.
18       When I work with youth, even in terms of
19  adjusting antidepressant doses, I'm consulting with
20  and getting the consent of the parents.    12:19:08
21       And so there is a -- an appreciation that
22  there is a level of understanding that the parents
23  can give, and that's why we need parental consent
24  for every -- for every minor, even for quite small
25  decisions, because we do respect that there are,    12:19:32

1  you know, limitations that minors have.
2      Q.  BY MR. HILDABRAND:  Do you agree that
3  15-year-olds are categorically incapable of
4  assenting to sexual intercourse?
5      MR. SELDIN:  Object to form.            12:19:49
6      THE WITNESS:  I think you've asked me this
7  question, like, a dozen times, and I've tried to
8  answer it as best I can.
9      Q.  BY MR. HILDABRAND:  Yeah.  I just want to
10 make sure I understand your position as best I    12:19:58
11 could.  You use consent, assent.  I want to make
12 sure I'm understanding it.
13     So can you answer the question?
14     A.  I -- I think -- I think when you -- if you
15 are trying to draw analogies to assent for medical  12:20:09
16 care for minors, you have to take into account that
17 the parents are the ones giving the consent and the
18 minors are assenting.
19     I don't think there's a rough equivalent
20 where the parents are consenting to sex and the    12:20:28
21 minors are consenting for 15-year-olds.  So I
22 don't -- I'm not -- it's not a process that I am
23 familiar with.
24     Q.  And are 12-year-olds cognitively mature
25 enough to understand orgasm?              12:20:42

1      MR. SELDIN:  Object to form.
2      THE WITNESS:  So I would -- I have minor
3  patients where they have had long discussions with
4  their therapists and with their parents about the
5  potential consequences of care.  A 12-year-old is   12:21:14
6  not going to assent without also the consent of
7  parents and without kind of a process.
8      Q.  BY MR. HILDABRAND:  Yeah.  And I just
9  wanted to understand that process.
10     So can a 12-year-old of that age, are they   12:21:33
11 cognitively mature enough when providing that
12 assent to understand what orgasm means?
13     MR. SELDIN:  Object to form.
14     THE WITNESS:  So they -- in the context of
15 parental consent and extended discussions with --   12:21:53
16 about consequences of care, they are -- minors
17 can -- are able to assent for care.  But their --
18 even though -- maybe you're referring to some
19 comment that was made about minors having orgasm.
20     In -- in the actual research, if you look    12:22:42
21 at the Dutch data, there was an update on this data
22 in Portugal recently.  The -- that's eventually
23 being published.
24     They found that minors who got -- in the
25 Dutch cohort, minors who got puberty blockers were  12:23:12

1  -- at a young age, at 11, 12 years old, were
2  actually more likely be able to orgasm or achieve
3  sexual satisfaction than those who didn't get
4  treated until they were late in adolescence.
5      And -- and so -- and in particular, when     12:23:40
6  you're looking at transgender girls, the -- and
7  then they're -- this is longitudinal, so they're
8  following up with them as adults when they are
9  sexually active.
10     But they were looking at minors whose --     12:23:59
11 in the Dutch cohort started puberty blockers early,
12 those that started puberty blockers or hormones
13 later in adolescence, presumably Tanner Stage 5 or
14 later, and then they were also comparing them to
15 cisgender women in the general population.         12:24:25
16     And the rate of orgasm and reaching --
17 having sexual satisfaction was -- was roughly the
18 same.  And it was actually more of the minors, 11,
19 12 years old, Tanner Stage 2, who got puberty
20 blockers did report good sexual satisfaction        12:24:51
21 compared to those that got -- had interventions
22 later.
23     So, you know, would -- I mean, that's just
24 that kind of data.  So I'm not sure if, like -- in
25 the question if there's, like, an assumption that   12:25:12

1  somebody is at 11 able to consent to say good-bye
2  to sexual satisfaction forever, because that's not
3  at least what the Dutch data shows.
4      And -- but there has been, you know,
5  certainly, you know, discussion about, you know,    12:25:31
6  what people consent -- assent to, you know, at a
7  young age, and it's certainly something that we,
8  you know, had to think about and talk about.
9      Q.  BY MR. HILDABRAND:  Yeah.  So a couple
10 follow-up questions.  First, you mentioned a        12:25:49
11 Portugal study.
12     Is that -- do you refer to that in your
13 declaration?
14     A.  The study was presented in Portugal.
15     Q.  Okay.                            12:25:57
16     A.  And it was presented in Portugal.  The
17 conference was at the end of September, and so it
18 was after the declaration.  It was only, you know,
19 in the past month.
20     However, the -- that data with a smaller      12:26:08
21 amount of data collected was presented also in
22 Montreal at the WPATH in 2022.  And there was a
23 question in the audience of when it was going to be
24 published.  So I assume soon, but it's not yet been
25 published.  But you can see it as abstracts,        12:26:34

MAGNA
LEGAL SERVICES

1  presumably, for the conferences.
2      Q.  And one of those conferences was Montreal
3  2022; is that right?
4      A.  Montreal was 2022 for WPATH, and then
5  Portugal, Lisbon, is 2024.                12:26:45
6      Q.  Thank you.
7          And so you'd agree that some
8  gender-affirming treatments negatively impact
9  the ability of an individual to achieve orgasms; is
10  that correct?                           12:26:58
11      MR. SELDIN:  Object to form.
12      THE WITNESS:  So whenever we provided a
13  treatment -- the health practitioner provides a
14  treatment, goes over risks and benefits of
15  treatment.  And so, you know, for an adult to be --  12:27:15
16  if somebody is assigned male at birth and then they
17  transition and they're taking an androgen-lowering
18  drug along with estrogen, that can affect their
19  sexual functioning.  And so that's discussed with
20  the patient.                            12:27:44
21      Q.  BY MR. HILDABRAND:  When you say "affect,"
22  it could affect it negatively in some cases?
23      A.  Yes.
24      Q.  And again, am I correct that you have not
25  studied informed consent practices of South         12:27:52

1  Carolina healthcare providers?
2      MR. SELDIN:  Object to form.
3      THE WITNESS:  That's correct.
4      Q.  BY MR. HILDABRAND:  Does the WPATH
5  Standards of Care Version 8 require both parents to   12:28:00
6  consent to gender-affirming treatment or just one
7  parent?
8      MR. SELDIN:  Object to form.
9      THE WITNESS:  So Standards of Care 8, it's
10  not law.  They are clinical guidelines, and those   12:28:15
11  guidelines are different in different countries.
12  In some countries minors can assent for care at
13  age 16; I believe in the U.K. and in the
14  Netherlands.
15      In the U.S., people need to have parental   12:28:37
16  consent.  Minors need to have parental consent for
17  any kind of care other than, like, emergency care
18  when someone is in a car accident and they can't
19  find their parent.
20      But other than that situation, parents do    12:28:57
21  need to consent unless there's -- you know, it's a
22  guardian, if they have a guardian, or except for,
23  you know, a few cases where someone's an
24  emancipated minor.
25      Q.  BY MR. HILDABRAND:  So -- so consent      12:29:12

1  practices vary based on the jurisdiction's laws; is
2  that correct?
3      MR. SELDIN:  Object to form.
4      THE WITNESS:  Based on national laws.  But
5  in general in the United States, people do need,     12:29:23
6  you know, parental consent if they're getting
7  gender-affirming care under the age of 18.
8      Q.  BY MR. HILDABRAND:  You said based on a
9  national law.  Is that --
10      A.  No.  National laws like of the U.K. and   12:29:39
11  the Netherlands, for example, are different from
12  American law.  So there are other countries that
13  set different ages of consent than the United
14  States.  But the United States, in general, it
15  is -- in general, it's 18.                 12:29:58
16      And -- and certainly all the care that I
17  provide when someone's under 18, I'm getting
18  consent from -- from the parents.  If there's -- if
19  the parents are together and there's agreement that
20  one of the parents is consenting, they may be the    12:30:21
21  only parent who's participating in the
22  conversations, but the other parent still maintains
23  the ability to object.
24      And I do have patients where one parent
25  has objected, and that has kept the patient from     12:30:38

1  getting care that the other parent wanted or
2  that -- you know, that the doctors have discussed.
3      Q.  So is it your understanding, though, that
4  that's a matter of federal law in the United States
5  or a matter of state law regarding consent?          12:30:57
6      MR. SELDIN:  Object to form.
7      THE WITNESS:  My understanding is it's
8  state law.
9      Q.  BY MR. HILDABRAND:  And you practice here
10  in California; is that right?               12:31:05
11      A.  Yes.
12      Q.  And in California, California allows
13  courts to authorize gender-transition procedures on
14  minors when the minor is physically present in the
15  state even if the parents do not consent; is that    12:31:15
16  correct?
17      MR. SELDIN:  Object to form.  Calls for a
18  legal conclusion.
19      THE WITNESS:  Yeah.  There is -- there
20  was, like, sanctuary law where -- but I am not       12:31:23
21  aware of -- I'm not fully aware of all the details
22  of the law, and I'm not aware of any time that that
23  has -- has happened.
24      You know, there have been a handful of
25  cases where one parent -- where two parents         12:31:48

MAGNA ▸
LEGAL SERVICES

1  disagree in terms of care. Typically one parent
2  the courts -- these are cases where people get
3  divorced and where only one parent is caring for
4  the -- their child.
5      And sometimes the Court has granted sole    12:32:10
6  medical decision-making to that -- to that one
7  parent. So there are circumstances uncommon, but
8  they can happen where one parent consents without
9  the other parent.
10     The ordinary care that I see is that both    12:32:28
11  parents need to come to an agreement on what care
12  is provided to their child.
13    Q. BY MR. HILDABRAND: Do you agree that
14  gender-affirming treatment should not be provided
15  to the minor when a parent does not consent to that   12:32:51
16  treatment?
17     MR. SELDIN: Object to form.
18     THE WITNESS: So if both parents are legal
19  decision-makers, then both of them need to consent.
20     As I said, there have been a few cases    12:33:09
21  where one parent -- the courts have declared one
22  parent as the decision-making parent, and that
23  parent does get to make medical decisions for the
24  child.
25     You know, one would like to think that    12:33:27

1  parents could get together and -- you know, to
2  decide on care, and that is what happens when the
3  parents are together.
4     But there are a few cases of divorce where
5  the parents are not able to come to an agreement.    12:33:47
6  And I'm aware of, you know, a handful of cases when
7  courts have -- have intervened and given the
8  custodial parent the right to make the medical
9  decision.
10    Q. BY MR. HILDABRAND: And so you don't see    12:34:03
11  any problem in those cases of divorce or other
12  circumstances where the Court has intervened to
13  decide who should make the decision --
14     MR. SELDIN: Object to --
15    Q. BY MR. HILDABRAND: -- for the child?    12:34:14
16     MR. SELDIN: Object to form.
17     THE WITNESS: So I think there are cases
18  one parent is not involved in the child's life,
19  that there may be -- and somebody needs to make a
20  decision, because it is a decision either way, yes    12:34:25
21  or no, to any intervention. And that's, you know,
22  things that the courts have done in other types of
23  medical care as well.
24     And so I think that, of course, there's
25  the, you know, due process of law of the Court, you    12:34:42

1  know, considering those circumstances. Obviously
2  those are not ideal circumstances, but there are
3  times where, you know, one can imagine it might be
4  necessary.
5    Q. BY MR. HILDABRAND: Do you view it as    12:35:00
6  abusive toward a child to -- for a parent to refuse
7  to affirm the child's asserted gender identity?
8     MR. SELDIN: Object to form.
9     THE WITNESS: So I think that when you
10  have cases where parents don't want to accept    12:35:20
11  their -- their child's identity and that -- and
12  that's creating conflict that's brought to the
13  mental health provider, that it is important that
14  some family work or, you know, some sort is done to
15  try to bring the family together.    12:35:47
16     And that sometimes can be important even
17  in adults, where even though the adult seeking
18  care -- the young adult seeking care has the full
19  legal right to, you know, provide that care, they
20  also may, you know, be part of a family where it's    12:36:06
21  important to -- where it's helpful for the -- the
22  young adult to, you know, remain part of that
23  family.
24     And so trying to work with the family so
25  that they can better understand each other and    12:36:24

1  communicate with each other and be respectful of
2  each other, I think those are -- can be
3  important -- important things.
4    Q. BY MR. HILDABRAND: So do you agree it's
5  not abusive of a child for a parent to refuse to    12:36:35
6  affirm a child's asserted gender identity?
7     MR. SELDIN: Object to form.
8     THE WITNESS: I -- I think it certainly
9  happens in cases where the parents are not trying
10  to be abusive. I think there are some cases    12:36:55
11  where -- you know, where abuse can be part of it,
12  whether it's physical abuse or throwing the child
13  out of the house or -- you know, there can be kind
14  of abusive practices.
15     I think that -- though, that the person    12:37:18
16  who might be transitioning or considering
17  transitioning has been thinking about doing that
18  for -- often for a very long time, and the parent
19  may just be hearing about it. And they may need to
20  have their own process in terms of even figuring    12:37:36
21  out what to do.
22     And so, you know, I'm respectful that --
23  that just because a parent might be initially
24  rejecting, it doesn't necessarily mean that -- that
25  repair within that family isn't possible.    12:37:57

1    Q.  BY MR. HILDABRAND:  So to make sure I
2  understand your understanding, so in a scenario
3  where a parent does take the time to consider the
4  issue fully but makes a decision and is not
5  physically abusive but tells the child that the          12:38:11
6  parent will not affirm the child's transgender
7  identity, is that child abuse?
8        MR. SELDIN:  Object to form.  Calls for a
9  legal conclusion.
10       THE WITNESS:  Yeah.  So I don't believe        12:38:27
11  that a parent simply saying "I can't accept that,"
12  that that is child abuse.
13   Q.  BY MR. HILDABRAND:  Okay.  Are you -- so
14  just some quick questions.  Are you a surgeon?
15   A.  No.                                          12:38:48
16   Q.  Are you a neurologist?
17   A.  No.
18   Q.  And are you an endocrinologist?
19   A.  No.
20   Q.  Are you a urologist?                         12:38:53
21   A.  No.
22   Q.  Are you a gynecologist?
23   A.  No.
24   Q.  And are you a bioethicist?
25   A.  No.                                          12:39:00

1    Q.  And you do not personally prescribe
2  puberty blockers or hormones?
3    A.  No.
4    Q.  Sorry.  My question was worded poorly, so
5  I just want to be clear.                                 12:39:10
6        So it's correct that you do not personally
7  prescribe puberty blockers or hormones?
8    A.  That's correct.
9    Q.  Thank you.
10       MR. SELDIN:  Did you see me flinch?          12:39:21
11   Q.  BY MR. HILDABRAND:  I just want to make
12  sure we're clear here, so I don't want to say you
13  said something that you didn't mean.
14       Puberty blockers are only potentially
15  appropriate for treating gender dysphoria            12:39:34
16  adolescents not gender dysphoric adults, right?
17   A.  Not gender dysphoria adults.  Adults
18  typically -- there are occasions when adults have
19  used androgen -- those kind of androgen-blocking
20  drugs, but that's not the norm of -- of care.        12:39:55
21   Q.  Okay.  And do you agree that a concern
22  about puberty blockers is that if someone is on
23  puberty blockers for too long, then that might
24  affect bone density?
25   A.  Yes.                                          12:40:09

1    Q.  What is the longest time period one of
2  your patients has remained on puberty blockers as a
3  treatment for gender dysphoria?
4    A.  I don't have, you know, an actual kind of
5  account of it.  But typically, within two years, if   12:40:34
6  they're on puberty blockers, the -- you know, there
7  would be a discussion of moving to hormones if
8  the -- if the youth is continuing to want to pursue
9  transition.
10   Q.  Have any of your patients remained on     12:40:55
11  puberty blockers as a treatment for gender
12  dysphoria for more than five years?
13   A.  Not any -- no.  I wouldn't say -- I'd say
14  no.  I mean, I think I've had -- I've had some
15  adults who were on antiandrogens alone for a while   12:41:12
16  but not even that long.  So I would say no.
17   Q.  Does Tanner Stage 2 normally complete
18  before an individual becomes an adult?
19   A.  Yes.
20   Q.  Have you had patients who are 24 years old  12:41:29
21  and still in Tanner Stage 2 because they took
22  puberty blockers?
23   A.  No.
24   Q.  Okay.  I'm going to need you to pull out
25  the Brandt deposition transcript, which is           12:41:40

1  Exhibit 5, like we were just --
2    A.  Okay.
3    Q.  -- just on that there.
4        MR. SELDIN:  And, Mr. Hildabrand, we're
5  coming up on about an hour.  I'm just not sure        12:41:49
6  where you are in terms of --
7        MR. HILDABRAND:  Yeah.  There's a short
8  stream of -- maybe five minutes, and then we take a
9  break.  Sound good?
10       MR. SELDIN:  That sounds great.  Thank      12:41:59
11  you.
12       Does that work for you, Dr. Karasic?
13       THE WITNESS:  Yeah.
14   Q.  BY MR. HILDABRAND:  And actually, I'm
15  sorry.  Let's go to the Brandt trial transcript.  I   12:42:06
16  think that's Exhibit 9.
17       MR. SELDIN:  That's the dep.  I think you
18  want the trial.
19       THE WITNESS:  Oh.
20       MR. SELDIN:  Right there.                   12:42:23
21       THE WITNESS:  Thank you.
22   Q.  BY MR. HILDABRAND:  We're going to go to
23  page 282 in this.  We're going to look on page 282,
24  lines 5 through 9.
25       Sir, were you asked the question starting   12:42:57

1    at line 5, "So was your answer to that, yes, you
2    think someone at Tanner II can make an important
3    decision about that?"
4          Was that a question you were asked at
5    trial?                        12:43:09
6      A.  I assume so.
7      Q.  Did you answer that question, "I mean, I
8    have patients who were Tanner II, and they are 24,
9    because they have been on puberty blockers, I
10   think they're making their own decisions just    12:43:18
11   fine"?
12     A.  I think that was a transcript error.  I
13   would not have said I have patients who are
14   Tanner 2 who are 24.
15     Q.  Have you informed the Court or opposing    12:43:30
16   counsel in this case that this is a transcript
17   error?
18     A.  No, I haven't.  This is the first time I
19   recall actually seeing the transcript of the trial.
20         MR. SELDIN:  Counsel, I want to look back,    12:43:42
21   because I think the header on this is an Adkins
22   cross, not a Karasic cross.
23         MR. HILDABRAND:  Oh, I'm sorry.
24         THE WITNESS:  Yeah.  That would make more
25   sense.                        12:43:57

1          MR. HILDABRAND:  There we go.  That
2    answered the question right there.
3          THE WITNESS:  I answered truthfully.
4          MR. HILDABRAND:  There we go.
5      Q.  BY MR. HILDABRAND:  And so the answer is    12:44:04
6    no, you do not have any patients who are 24 --
7      A.  No, I do not have any patients who are 24
8    and Tanner Stage 2.
9      Q.  And you'd find it odd to have a patient
10   who's 24 years old and still Tanner Stage 2; is    12:44:14
11   that right?
12     A.  It would be very unusual for me because
13   I've never had a patient -- I don't -- I wouldn't
14   see, you know, being on puberty blockers until
15   age 24.                       12:44:25
16     Q.  Thank you.  And sorry if I messed up.  I
17   was not intending to there.
18         Do you agree that the vast majority of
19   patients who will begin puberty blockers as a
20   treatment of gender dysphoria will start cross-sex    12:44:38
21   hormones?
22         MR. SELDIN:  Object to form.
23         THE WITNESS:  Can you repeat the question?
24   Sorry.  I was just -- I was just thinking about the
25   24 --                         12:44:46

1      Q.  BY MR. HILDABRAND:  I'm glad we clarified
2    that there.
3      A.  Right.  I don't remember saying that.
4          MR. SELDIN:  An expert with a typo is like
5    a dog with a bone.  You gotta really tell him to    12:44:55
6    look away.
7      Q.  BY MR. HILDABRAND:  Yeah.  So do you agree
8    that the vast majority of patients who begin
9    puberty blockers as a treatment for gender
10   dysphoria will start cross-sex hormones?    12:45:05
11         MR. SELDIN:  Object to form.
12         THE WITNESS:  That's correct.
13     Q.  BY MR. HILDABRAND:  And do you agree that
14   puberty blockers can be sterilizing if a minor
15   started puberty blockers and then transitions    12:45:14
16   further with cross-sex hormones?
17         MR. SELDIN:  Object to form.
18         THE WITNESS:  So if they start cross-sex
19   hormones, then it can be sterilizing.  Of course,
20   cross-sex hormones for people assigned male at    12:45:28
21   birth themselves can affect fertility as well.
22         MR. HILDABRAND:  I think you mentioned a
23   break.  I think this is a good place to call it --
24         MR. SELDIN:  It's been about an hour.
25         MR. HILDABRAND:  -- so let's go off the    12:45:40

1    record.
2          MR. SELDIN:  Thank you.
3          THE VIDEOGRAPHER:  We're off the record.
4    The time is 12:45 p.m.
5          (A recess was taken.)    12:54:31
6          THE VIDEOGRAPHER:  Okay.  We're back on
7    the record.  The time is 12:54 p.m.
8      Q.  BY MR. HILDABRAND:  I guess first of all,
9    did you discuss anything with counsel during the
10   break?                        12:54:41
11     A.  No.
12     Q.  And just to close out what I mentioned
13   earlier, does Dr. Adkins practice in North
14   Carolina?
15     A.  I believe she does practice in North    12:54:56
16   Carolina, yeah.
17     Q.  For cross-sex hormones, do you agree that
18   decreased testicular mass is an irreversible side
19   effect of taking estrogen as a treatment for gender
20   dysphoria?                    12:55:12
21         MR. SELDIN:  Objection to form.
22         THE WITNESS:  Yeah, it can be for -- it --
23   right.  It can be an irreversible treatment and
24   that's why for -- when people are starting
25   hormones, if they have -- if they're not already on    12:55:27

1  puberty blockers -- if it's puberty blockers, it
2  should be before they start puberty blockers. But
3  there should be a discussion about fertility. And
4  the parents and the young person need to be fully
5  aware of potential ramifications on fertility.        12:55:48
6      Q. BY MR. HILDABRAND: Is decreased
7  testicular mass an irreversible side effect of
8  taking testosterone as a treatment for gender
9  dysphoria?
10      MR. SELDIN: Object to form.        12:56:01
11      THE WITNESS: Not for gender dysphoria.
12  There are bodybuilders who take testosterone and
13  have decreased testicular mass that way because of
14  the feedback mechanism, but that's not for gender
15  dysphoria.        12:56:18
16      Q. BY MR. HILDABRAND: Why is decreased
17  testicular mass an irreversible side effect of
18  taking testosterone as a treatment for gender
19  dysphoria?
20      MR. SELDIN: Object to form.        12:56:29
21      THE WITNESS: Because people who are
22  taking testosterone for gender dysphoria typically
23  don't have testes.
24      Q. BY MR. HILDABRAND: You say "typically."
25      Are you aware of any individuals with        12:56:43

1  testes who are prescribed testosterone as a
2  treatment for gender dysphoria?
3      MR. SELDIN: Object to form.
4      THE WITNESS: No.
5      Q. BY MR. HILDABRAND: Let's go to        12:57:00
6  paragraph 51 in your declaration. This is on
7  page 13. The declaration is Exhibit 1.
8      A. Sorry. There's a big mound here. Here we
9  go.
10      Q. All right. And then paragraph 51 on        12:57:25
11  page 13. This is the section where you discuss the
12  efficacy of puberty blockers and hormone therapy
13  for treating adolescents with gender dysphoria; is
14  that right?
15      A. Yes.        12:57:58
16      Q. And you cite "Cornell 'What We Know'" for
17  the benefits of these treatments?
18      A. I do it to -- I cite it for the statement
19  that "Medical treatment for gender dysphoria has
20  been studied for over half a century." So most of        12:58:17
21  that half century was -- most that study was on
22  adults.
23      According to what we know is a compendium
24  of -- it's a systematic review and meta-analysis of
25  treatment of gender dysphoria up until, I think,        12:58:31

1  1971, but going back -- I'm sorry -- 2017, but
2  going back to the 1970s or '80s, going back many --
3  many years.
4      Q. So you'd agree that this "Cornell 'What We
5  Know'" review looks at predominantly studies of        12:58:51
6  adults?
7      A. Yes.
8      Q. And can you name a study demonstrating
9  that medical transition reduces the rate of
10  completed suicides among any population of        12:59:02
11  transgender minors?
12      MR. SELDIN: Object to form.
13      THE WITNESS: So that as a measure,
14  completed suicide, no.
15      Q. BY MR. HILDABRAND: I see you -- go to        12:59:17
16  paragraph 59. It's a few pages ahead, page 17. I
17  see you used the word "safe" here to describe
18  gender-affirming medical interventions.
19      When you use the word "safe" here, do you
20  mean that the benefits of gender-affirming medical        12:59:40
21  interventions greatly exceed the risk?
22      MR. SELDIN: Object to form.
23      THE WITNESS: Yes.
24      Q. BY MR. HILDABRAND: All right. And when
25  you use the word "safe" to describe these medical        12:59:52

1  interventions, you don't mean that the
2  interventions are entirely without risk, right?
3      MR. SELDIN: Object to form.
4      THE WITNESS: Right. Every intervention
5  has potential side effects.        01:00:04
6      Q. BY MR. HILDABRAND: Do you agree that
7  there's limited data on the optimal timing of
8  gender-affirming interventions as well as the
9  long-term physical, psychological, and
10  neurodevelopmental outcomes in youth?        01:00:16
11      MR. SELDIN: Object to form.
12      THE WITNESS: Can you repeat the question?
13      Q. BY MR. HILDABRAND: Yeah. So do you agree
14  there's limited data on the optimal timing of
15  gender-affirming interventions as well as the        01:00:25
16  long-term physical, psychological, and
17  neurodevelopmental outcomes in youth?
18      MR. SELDIN: Object to form.
19      THE WITNESS: I think that if we -- it
20  sounds like there's a couple parts to that        01:00:42
21  question.
22      So if you're talking about when the
23  optimal time to start, there certainly is some data
24  that in -- for some youth, youth who have -- who
25  have had gender dysphoria at a young age that has        01:01:14

MAGNA
LEGAL SERVICES

1    persisted over time, that starting at Tanner
2    Stage 2 can -- can help them. Certainly, the --
3    the Dutch experience is supportive of that.
4        But there are people who start gender
5    transition at later times in their life, and    01:01:39
6    sometimes at what they consider the appropriate
7    time in their life, which sometimes is later in
8    adolescents and sometimes into adulthood.
9        I have adolescent patients, particularly
10   some nonbinary adolescent patients, who have gender   01:01:58
11   dysphoria and have considered medical interventions
12   and decided to -- to wait. And so that -- you
13   know, there's not one age for everyone.
14       In terms of long-term outcomes, there
15   are -- the Dutch are continuing to follow their   01:02:32
16   population, and, you know, they are -- they have
17   people who are maybe, you know, 30 years from when
18   they started puberty blockers.
19       But there is the nature of launch to no
20   follow-up with young people in that if you're -- if   01:02:59
21   you want to know how someone who started on puberty
22   blockers at age 11 is doing at age 80, then it's
23   going to take 70 years to get that -- that
24   research. So, you know, we have research as it
25   kind of comes in.                              01:03:19

1        Q.  BY MR. HILDABRAND:  Gotcha.  And so we
2    don't have research on individuals who started
3    puberty blockers at age 11 as a treatment for
4    gender dysphoria at the age of when they're 50, 60
5    years old; is that right?                      01:03:30
6        MR. SELDIN:  Object to form.
7        THE WITNESS:  Well, the -- the Dutch are
8    following some people who are in their 40s by now.
9    But from that data -- I mean, from their data,
10   we're going to have to wait, you know, for the   01:03:54
11   systematic study of those folks.
12       I mean, there have been people, young
13   people, who have been transitioning since the
14   1950s, if not earlier.  And so there are some
15   people who as individuals have transitioned and   01:04:13
16   lived long lives.
17       But in terms of a kind of systematic study
18   from the start of puberty blockers to old age,
19   we're going to have to wait.
20       Q.  BY MR. HILDABRAND:  Is it your         01:04:32
21   understanding that the Dutch have been prescribing
22   puberty --
23       (Clarification by the reporter.)
24       Q.  BY MR. HILDABRAND:  Yeah.  Had the Dutch
25   been prescribing puberty blockers as a treatment   01:04:44

1    for gender dysphoria since before 2013?
2        A.  Oh, yeah.  Because -- so by the time
3    2014's DeVries study came around, she was reporting
4    on a population of people who had started on
5    puberty blockers and started on hormones, and then   01:05:07
6    as adults had surgery, and then following up on
7    those.  And so that's quite a number of years from
8    the start of puberty to being adults who've --
9    who've had surgery.
10       So they -- the Dutch have had people now   01:05:25
11   for several decades on puberty blockers, and -- but
12   they had to have, well, 70, I suppose, people who
13   had, you know, made it to adulthood and then had
14   surgery to be able to report for the 2014 paper.
15       Q.  So if the Dutch were prescribing puberty   01:05:54
16   blockers to a minor in 2010, they would have been
17   using the gender identity disorder diagnosis; is
18   that correct?
19       MR. SELDIN:  Object to form.
20       THE WITNESS:  So in 2010, they would have   01:06:07
21   been using the gender identity disorder of adults
22   diagnosis.
23       Q.  BY MR. HILDABRAND:  Because the gender
24   dysphoria diagnosis did not exist in 2010; is that
25   right?                                         01:06:19

1        A.  The gender identity diagnosis for children
2    and a separate diagnosis for adolescents and adults
3    did exist back then.  And -- but, yeah, they would
4    have in 2010 been using gender identity disorder of
5    adolescents and adults.                        01:06:42
6        Q.  But just to be clear to make sure I
7    understand, they would -- in 2010, doctors were not
8    using gender dysphoria in adolescents and adults
9    diagnosis, correct?
10       A.  No.  It would have been a gender identity   01:06:59
11   disorder in 2010.
12       Q.  Let's go to the WPATH standards of care,
13   which I think are Exhibit 7.
14       (Discussion off the record.)
15       Q.  BY MR. HILDABRAND:  We all agree we are on   01:07:50
16   WPATH's Standards of Care Version 8 right now.
17   Turn to page S65.
18       Do you see on the -- I'll wait until you
19   get there.  Do you see the statement -- it's in the
20   bottom left-hand paragraph -- that "there is,       01:08:16
21   however, limited data on the optimal timing of
22   gender-affirming interventions as well as the
23   long-term physical, psychological, and
24   neurodevelopmental outcomes in youth"?
25       A.  Yeah.  Can you tell me exactly where   01:08:42

1  you're looking?
2  Q.  Yeah.  Page S65 underneath where it says
3  "Considerations of Ages for Gender-Affirming
4  Medical and Surgical Treatment," the paragraph that
5  begins --                              01:08:54
6  A.  Oh, okay.
7  Q.  -- "a growing body."  And then it says,
8  "There is, however, limited data on the optimal
9  timing of gender-affirming interventions as well as
10  the long-term physical, psychological, and        01:09:01
11  neurodevelopmental outcomes in youth."
12  A.  Yes.
13  Q.  And do you agree with this statement?
14  A.  I'm not quite sure what they mean in terms
15  of "limited data on the optimal timing," just      01:09:26
16  because I view it that the optimal timing is
17  different for different patients.  But -- but, you
18  know, I agree that -- certainly that there's
19  limited data on long-term physical, psychological,
20  and neurodevelopmental outcomes to youth.          01:09:48
21  Q.  Okay.  And do you agree that the impact of
22  pubertal suppression on brain development is not
23  well known but could be of concern?
24  MR. SELDIN:  Object to form.
25  THE WITNESS:  So I think that it -- when    01:10:08

1  one says "could be of concern," I think it's
2  something that, you know, is worth continued
3  exploration.
4  I don't think that there has been any of
5  the papers I have written -- any of the papers that   01:10:24
6  I've read -- sorry about that -- that clearly show
7  what the, you know, cognitive impact may or may not
8  be.
9  Q.  BY MR. HILDABRAND:  So kind of look at the
10  first part of what I asked you there.              01:10:45
11  Do -- do you agree that the impact of
12  pubertal suppression on brain development is not
13  well known?
14  MR. SELDIN:  Object to form.  Asked and
15  answered.                              01:10:58
16  THE WITNESS:  So if -- yeah.  If that
17  question were asked if there is any neurocognitive
18  impact, whether that's known, I would say no.
19  I would -- I would say that there are many
20  trans youth that I take care of who have done very   01:11:21
21  well cognitively and probably better than if they
22  hadn't received care.  Because depression and
23  emotional distress can also impair cognitive
24  development.
25  And so -- so I -- but I do agree that --    01:11:42

1  that further research on this would be -- would be
2  useful.
3  Q.  BY MR. HILDABRAND:  Did you publish a
4  study in 2017 on vaginoplasties performed on
5  minors?                                01:12:01
6  A.  Yes.
7  Q.  And was that a study done with your
8  colleague Milrod?
9  A.  Yes.
10  Q.  And the WPATH Standards of Care Version 7   01:12:13
11  were the standards in effect at the time of that
12  2017 paper; is that right?
13  A.  Yes.
14  Q.  And those -- and the WPATH Standards of
15  Care Version 7 did not allow vaginoplasties on     01:12:26
16  minors, right?
17  A.  Right.  They -- their recommended age
18  was -- was 18.  But, you know, it was a set of
19  guidelines, and so we did -- we sought out -- even
20  though neither Dr. Milrod or I had had any patients   01:12:49
21  have vaginoplasties under 18, we surveyed basically
22  all the surgeons that did vaginoplasties with WPATH
23  to find out their -- their experience over the
24  course of their careers, really.
25  Q.  In the study, did you and your colleague   01:13:10

1  hear that at least one minor received a
2  vaginoplasty at age 15?
3  A.  Yeah.  My colleague heard that that was
4  the case.
5  Q.  Did you or your colleague -- I'll say, and   01:13:23
6  vaginoplasties are quite unusual at age 15; is that
7  right?
8  A.  Yes.
9  Q.  Did you or your colleague report that
10  surgeon to a medical board for further            01:13:35
11  investigation?
12  MR. SELDIN:  Object to form.
13  THE WITNESS:  No.  I don't even know who
14  that surgeon is, because of the -- my colleague
15  collected the data, but it was anonymized,        01:13:53
16  basically, before -- before I saw it.  So I don't
17  know which -- which surgeon that was.  It could
18  have, you know, been 20 years earlier for all I
19  know.
20  Q.  BY MR. HILDABRAND:  Did your colleague see   01:14:06
21  the nonanonymized data or conduct the interviews?
22  A.  Yes.
23  Q.  Do you think governments should ever ban
24  treatments?
25  MR. SELDIN:  Object to form.           01:14:20

1    THE WITNESS: To ban any treatment? So I
2 think that -- that there -- there can be treatments
3 that are happening that -- that are very clearly
4 shown to be harmful without any supported benefit,
5 where -- you know, where that could be a          01:15:08
6 possibility.
7    My general inclination has been that --
8 that medical boards should be the primary people
9 looking at, you know, when -- when someone
10 practices outside of the standard of care, outside    01:15:31
11 of kind of community standards.
12    Q. BY MR. HILDABRAND: So is your standard
13 that government should only step in to ban
14 treatments when a treatment is very clearly harmful
15 and without any supported benefit?          01:15:45
16    MR. SELDIN: Object to form.
17    THE WITNESS: Well, that is where I could
18 see that be -- where I could see it be -- you know,
19 where I could see it being justifiable.
20    Q. BY MR. HILDABRAND: And do you think    01:16:08
21 conversion therapy should be banned?
22    MR. SELDIN: Object to form.
23    THE WITNESS: So I've not been someone at
24 the -- at the forefront of conversion therapy bans.
25 But given that there's data showing it to be    01:16:31

1 harmful and that there have been many decades of
2 data showing it not to be helpful, you know, you
3 could go back to Daniel Brown in 1960, a military
4 psychiatrist who had spent time doing some research
5 at UCLA.          01:16:53
6    But he published in 1960 that he had never
7 seen a transgender -- or no, that there's no
8 evidence, that no one has ever seen, basically, in
9 the literature as to that time someone change their
10 gender identity with psychotherapy. And he was    01:17:10
11 referring to adults who were being treated at that
12 time.
13    But -- but, you know, you could go back to
14 that and then -- you know, since then, where there
15 have been surveys showing mental health outcomes in    01:17:30
16 people who have been subjected to conversion
17 therapy.
18    So I think that that is -- you know, may
19 fall under, you know, that there's clearly no
20 benefit and evidence that it is harmful. But --    01:17:51
21 but I've -- I've tended to -- my belief has tended
22 to be that -- that those bans are more -- it should
23 be more the province of licensing boards as opposed
24 to things like state criminal penalties.
25    Q. BY MR. HILDABRAND: Do you agree that    01:18:27

1 there should not be state civil penalties apart
2 from medical board regulations for conducting
3 conversion therapy?
4    MR. SELDIN: Object to form.
5    THE WITNESS: I haven't really thought it    01:18:41
6 through that much, but I do -- I just -- maybe just
7 a little libertarian streak or something, where I
8 do have caution about government overreach, you
9 know, into even, like, the therapy room.
10    Q. BY MR. HILDABRAND: Is conversion therapy    01:19:12
11 something that healthcare providers can perform for
12 prepubertal minors?
13    MR. SELDIN: Object to form.
14    THE WITNESS: Well, no, not according to
15 certainly the law in some places. I do think that    01:19:44
16 some practitioners -- some people who have been
17 accused of conversion therapy in minors have said
18 that what they're doing is not conversion therapy.
19 And so that's, you know, kind of a matter of
20 discussion as to whether -- whether it is or isn't.    01:20:04
21    Q. BY MR. HILDABRAND: So what do you
22 understand conversion therapy to mean?
23    A. So conversion therapy is when the
24 therapist is taking a stance upfront that a goal of
25 treatment is to -- to change or keep the person    01:20:22

1 from being a lesbian or being transgender, and that
2 that -- that is really kind of baked into the --
3 into the therapy.
4    Q. Is it your understanding that Dr. Zucker
5 used to encourage prepubescent patients to identify    01:20:52
6 as their birth sex?
7    MR. SELDIN: Object to form.
8    THE WITNESS: Yes.
9    Q. BY MR. HILDABRAND: And do you consider
10 that practice conversion therapy?          01:21:04
11    A. I have not rushed into -- I was not coming
12 to conclusions that he was a conversion therapist,
13 because I know that was something that he was
14 accused of and that was banned by the Province of
15 Ontario and that he asserted that he was not doing    01:21:33
16 conversion therapy. And, you know, that was -- you
17 know, that controversy does exist.
18    I -- I would say that there really isn't
19 evidence that his psychotherapeutic intervention to
20 try to realign somebody with their birth sex is    01:22:01
21 effective and there is evidence of harm.
22    There is a fairly famous case out of UCLA
23 where Lovaas and Rekers did a study. Rekers was
24 the psychology post doc, I believe, who kind of led
25 the effort, and Lovaas was a pioneer in treating    01:22:34

MAGNA
LEGAL SERVICES

1  autism at UCLA.
2      And they had a patient that they reported
3  on as a success of realigning someone with their
4  birth sex.  That person came to UCLA as a feminine
5  boy.                                01:23:02
6      He was probably prehomosexual the entire
7  time, had some really abusive treatment encouraged
8  by the therapist by his father, and made a suicide
9  attempt during treatment that was not reported.
10      They did publish it as a great success.    01:23:22
11  And later the patient committed suicide --
12  identified as a gay man, not -- so in that sense,
13  maybe it was a success -- although the people who
14  didn't get therapy in that study identified largely
15  as gay men as well -- committed suicide.    01:23:44
16      And then the parents sued and brought it
17  to the ABC 20/20 show, so it got a lot of publicity
18  many years after the fact after George Rekers was
19  arrested with a male -- or caught with a male
20  escort.                            01:23:59
21      And it was, you know, shown that this
22  person who was kind of behind this work was -- was
23  somewhat hypocritical with their anti-LGBT views.
24  And I think that publicity brought the family many
25  years after the fact to bring it out into the    01:24:17

1  public.
2      But if you look at the publication, that
3  was like -- that was providing that the work
4  that -- that was kind of the intellectual
5  foundation for -- for Ken Zucker's work.    01:24:28
6      And -- and so clearly you can have harm,
7  and I haven't seen any published evidence of
8  benefit.
9   Q.  All right.  So just two quick follow-ups.
10      So first, you'd agree that it's    01:24:45
11  inappropriate for a doctor not to publish results
12  that -- simply because they disagreed with whether
13  the results would help the form of treatment that
14  they prefer?
15      MR. SELDIN:  Object to form.    01:25:02
16      THE WITNESS:  Well, now I think we're
17  going to a different subject.  But if we're talking
18  about this case, they did publish it.  They just
19  kind of lied when they published it.  And that led
20  to two young gender-nonconforming people getting    01:25:14
21  harmful treatment and treatment that, in retrospect
22  in large surveys, have been connected with mental
23  health harm and which never showed benefit.
24      But, you know, if you're -- if you're
25  referring to a different subject, I'm happy to talk    01:25:34

1  about that.
2   Q.  BY MR. HILDABRAND:  Yeah.  So I'd
3  appreciate it.  So you'd agree it's inappropriate
4  for a medical researcher to lie about the data that
5  they are publishing, right?             01:25:45
6   A.  Yes.
7      MR. SELDIN:  Object to form.
8      THE WITNESS:  Yes.
9   Q.  BY MR. HILDABRAND:  And you agree that
10  it's inappropriate for a medical researcher to    01:25:51
11  choose not to publish results simply because they
12  do not support a preferred treatment approach of
13  the medical provider?
14      MR. SELDIN:  Object to form.
15      THE WITNESS:  Well, there's a lot of    01:26:06
16  research that isn't -- isn't published.  And there
17  is certainly more research that doesn't find an
18  outcome either way that doesn't get published.  So
19  I'm not going to speculate on the motives of every
20  person where that's happened.            01:26:23
21   Q.  BY MR. HILDABRAND:  You would not refuse
22  to publish research simply because it does not
23  support your preferred medical treatment practices;
24  is that right?
25      MR. SELDIN:  Object to form.    01:26:35

1      THE WITNESS:  So that's kind of a big
2  hypothetical, but I have, you know, published or
3  been involved in publication of research where, you
4  know, there were some findings that were
5  interesting and there were other kind of hopeful    01:26:50
6  findings that didn't materialize.  This is not in
7  the gender world.  This has to do with depression
8  treatment.
9      So, you know -- but the -- what I can say
10  about being in -- particularly about my experience    01:27:09
11  doing randomized clinical trials with depression
12  treatment is that there are a lot of variables that
13  can come into play that are unexpected.
14      Even with randomization, you don't always
15  end up with two equal groups, and that sometimes    01:27:29
16  you don't get the kind of clarity of information
17  that you're -- you're seeking.
18      I don't think I can talk, though, about
19  all hypotheticals.  I'm talking about my
20  experience.                         01:27:50
21   Q.  BY MR. HILDABRAND:  Yeah.  So before you
22  go down that, just to clarify an earlier line of
23  questioning, I was asking you about Dr. Zucker.
24      Do you mind just explaining -- since I
25  think we both have some understanding of who he is,    01:28:00

MAGNA
LEGAL SERVICES

1  but do you mind just explaining just very briefly
2  who Dr. Zucker is?
3      A.  Sure.
4          MR. SELDIN:  Object to form.
5          THE WITNESS:  So Dr. Zucker is a          01:28:07
6  psychologist who for many years was at University
7  of Toronto, and his clinic along with the adult
8  clinic at University of Toronto were the kind of
9  sole assessors from the province of Ontario for --
10 for his clinic's transgender youth and for the        01:28:33
11 adult clinic for adults.  And so he -- he had that
12 role for many years.
13         And then after a -- after the province of
14 Ontario passed an anti-conversion therapy law, he
15 was accused of conversion therapy.  And even though   01:29:02
16 there was not a finding that he was practicing
17 conversion therapy, they decided to close his
18 clinic anyway.
19     Q.  BY MR. HILDABRAND:  And did Dr. Zucker --
20 was he a coauthor of the WPATH Standards of Care      01:29:20
21 Version 7?
22     A.  Yes.
23     Q.  He was not an author of the WPATH
24 Standards of Care Version 8?
25     A.  Yes.                                          01:29:31

1      Q.  Have you seen -- there's an article in
2  the New York Times this past week about
3  Dr. Olson-Kennedy.
4          Did you see that article?
5      A.  I did see that article.                       01:29:45
6      Q.  Would it be appropriate for
7  Dr. Olson-Kennedy to refuse to publish data
8  about the effects of puberty blockers solely
9  because the data would not support prescribing
10 puberty blockers as a treatment for gender            01:30:03
11 dysphoria?
12         MR. SELDIN:  Object to form.
13         THE WITNESS:  So I was a little -- I was a
14 little puzzled by the article just because that
15 group has published a bunch, and they've also         01:30:13
16 presented their data regularly, including the WPATH
17 conference in Lisbon and in Montreal.
18         I don't know about the framing of the
19 article, and so I'm hesitant, having not talked
20 with Dr. Olson-Kennedy, to really, you know, pass     01:30:35
21 judgment in some way.
22         But I -- also, I didn't read it as that
23 she was refusing to publish it but that they -- you
24 know, that this was -- that certainly that they
25 were, you know, concerned about the current           01:31:01

1  political climate that the -- the article might
2  come out in.  But again, that was just my take
3  reading --
4      Q.  BY MR. HILDABRAND:  Gotcha.
5      A.  -- reading the article.                       01:31:17
6      Q.  We can ask Dr. Olson-Kennedy someday.
7      A.  Yeah.  Exactly.  You'll have the
8  opportunity to get that much more directly than me.
9      Q.  Let's turn back, then, to what you wrote.
10 Let's go to paragraph 59 in your declaration.  This   01:31:27
11 is on page 17, paragraph 59.
12         You write that "Gender-affirming medical
13 interventions in accordance with the WPATH SOC 8
14 and Endocrine Society Guideline are widely
15 recognized in the medical community as safe,          01:31:50
16 effective, and medically necessary for many
17 adolescents with gender dysphoria," right?
18     A.  Yes.
19     Q.  And your first citation here is to the
20 American Academy of Pediatrics, 2018, right?          01:32:02
21     A.  Yes.
22     Q.  And to be clear, the American Academy of
23 Pediatrics has not endorsed WPATH Standards of Care
24 Version 8?
25         MR. SELDIN:  Object to form.                  01:32:14

1          THE WITNESS:  No.  I don't know what they
2  may have said in any amicus briefs or otherwise.
3  But actually, some of these citations -- maybe it
4  would be more accurate to say gender-affirming
5  medical interventions in accordance with WPATH       01:32:36
6  standards of care, because, of course, the 2018
7  citation was when Standards of Care 7 was -- was in
8  effect.
9          And -- and so -- but I'm not -- I wasn't
10 talking about necessarily a formal endorsement by     01:32:55
11 the organizations.  Some of the organizations have
12 recognized standards of care in documents like
13 amicus briefs.
14         But also in the publications of the
15 different organizations, they've made reference to    01:33:17
16 the standards of care and Endocrine Society
17 guidelines in terms of recommendations and practice
18 guidelines.
19     Q.  BY MR. HILDABRAND:  And just to be clear,
20 all of the citations you provided here other than     01:33:32
21 WPATH 2022 predate the publication of WPATH
22 Standards of Care Version 8?
23     A.  Right.  And so in that case, it really
24 should have just been WPATH standards of care and
25 not W -- and not SOC8.  I think that's an error in    01:33:46

1  that -- in that statement.
2     Q.  Gotcha.  And the American Academy of
3  Pediatrics has not formally endorsed the WPATH
4  Standards of Care Version 8, right?
5     MR. SELDIN:  Objection to form.     01:34:04
6     THE WITNESS:  It would be unusual to have
7  a formal endorsement.  But many -- many
8  organizations have referenced the WPATH standards
9  of care, as I said, in amicus briefs and also in
10  their own clinical guidelines as it relates to the    01:34:26
11  care of transgender people.
12     Q.  BY MR. HILDABRAND:  But am I correct that
13  you don't cite any formal endorsement by the
14  American Academy of Pediatrics --
15     A.  Right.               01:34:39
16     Q.  -- of WPATH Standards of Care Version 8?
17     A.  Yes.
18     Q.  And am I correct that you do not cite any
19  formal endorsements of the WPATH Standards of Care
20  Version 8 by the American Medical Association?    01:34:48
21     A.  Yes.
22     Q.  So shortly after the publication of WPATH
23  Standards of Care Version 8, you testified at trial
24  in the Brandt case in Arkansas; is that right?
25     A.  Yes.  So let's see.  The Brandt case, it    01:35:06

1  looks like the testimony was October 17th, 2022,
2  and Standards of Care 8 -- just trying to think of
3  what the date was, but it was -- they were close.
4     Q.  They were close.  Let's look at the
5  transcript there.  So let's look at the transcript    01:35:28
6  from the trial.  I think that was Exhibit 9.
7     Do you see on the first page it says
8  October 17, 2022?
9     A.  Yes.
10     Q.  So that would have been right after --    01:35:54
11     A.  Right after, yes.
12     Q.  Sorry.  Just to be clear, October 17,
13  2022, would have been slightly after the
14  publication of the WPATH Standards of Care
15  Version 8?               01:36:10
16     A.  Yes.
17     Q.  All right.  Just making sure this is what
18  you testified to here.
19     So let's go to page 34 and, actually, the
20  last line on page 33.  Your answer to a question    01:36:39
21  was that "I would say especially the WPATH
22  Standards of Care."  Because we're talking about
23  the WPATH standards of care here.
24     And the question you were asked at 2 to 3
25  was, "Are they recognized as best practices by any    01:36:55

1  professional groups," right?
2     A.  Yes.
3     Q.  And your answer to that question was,
4  "Yes.  Many large mainstream medical and mental
5  health organizations recognize the WPATH Standards    01:37:05
6  of Care in different ways as an authority and
7  practice guidelines for transgender health."
8     Is that your testimony?
9     A.  Yes.  Yes.
10     Q.  And then you're asked the question, "Could    01:37:17
11  you name some of those organizations?"
12     And your answer was, "Sure.  The American
13  Psychiatric Association that I'm part of, the
14  American Psychological Association, American
15  Medical Association, the American Academy of    01:37:29
16  Pediatrics are some of the many organizations that
17  recognize the WPATH Standards of Care."
18     Is that what you testified?
19     A.  Yes.
20     Q.  When you say "recognized" here, you do not    01:37:39
21  mean formally endorse; is that correct?
22     A.  Yes.
23     Q.  With your declaration in this case, did
24  you include an Exhibit B, bibliography?  And feel
25  free to look at it.  This is Exhibit 1.    01:38:20

1     MR. SELDIN:  Right here.
2     THE WITNESS:  Yes.
3     Q.  BY MR. HILDABRAND:  If you want to turn to
4  it.  It's around docket page 44 in here.
5     A.  Yes.               01:38:42
6     Q.  So this bibliography includes, among other
7  sources, some letters and position statements by
8  organizations mentioned in your declaration; is
9  that right?
10     A.  Yes.               01:38:50
11     Q.  Not all of the documents in Exhibit B were
12  peer-reviewed publications, right?
13     A.  Meaning the -- well, I mean, the articles
14  were peer reviewed, but some of the policy
15  statements could just have been, you know, the    01:39:07
16  policy statements of the organization.
17     Q.  Right.  So is one example the American
18  Medical Association's 2012 letter to the National
19  Governor's Association, that was not a
20  peer-reviewed publication, right?    01:39:22
21     A.  Right.  But my understanding is at least
22  from the workings of the American Psychiatric
23  Association, that when they do put forward a
24  position of public statement, that it is consistent
25  with their -- the -- what's previously been    01:39:41

MAGNA
LEGAL SERVICES

1   approved by the organization.
2       Q.  And another one I just wanted to ask about
3   is the Williams Institute 2022 publication.
4       A.  So -- I'm sorry.  Where's that?
5       Q.  Well, I think you reference somewhere.      01:40:18
6   I'm sure we'll see it here.
7       A.  You mean Herman?
8       Q.  Yes.  There we go.  Thank you.
9           Was that a peer-reviewed publication?
10      A.  I don't recall.  That may well just be a      01:40:36
11  self-publication of their own survey.  But I don't
12  know if they've published it in any form.
13      Q.  It looks like it was published at the
14  williamsinstitute.law.ucla.edu website.
15      A.  Okay.                                  01:40:55
16      Q.  Is that right?
17      A.  Yeah.  Looks like it, yes.
18      Q.  Was there also -- did WPATH also publish a
19  medical necessity statement in 2016?
20      A.  Yes.                                    01:41:18
21      Q.  Was that a peer-reviewed publication?
22      A.  No.
23      Q.  Was that simply constituting the
24  professional and clinical opinions of the signers?
25          MR. SELDIN:  Object to form.           01:41:28

1           THE WITNESS:  Yes, yes.
2       Q.  BY MR. HILDABRAND:  And you're one of the
3   authors of the 2016?
4       A.  Yes.  It was a product of the board of
5   directors at the time, and I was on the board.      01:41:37
6           MR. HILDABRAND:  I'll give you a copy of
7   that right here.  I'll enter that as -- I think
8   we're on Exhibit 12.  Enter this as Exhibit 12.
9           (Reporter marked Exhibit Number 12
10          for identification.)                   01:42:15
11      Q.  BY MR. HILDABRAND:  Is this an accurate
12  copy of the 2016 "Position Statement on Medical
13  Necessity of Treatment, Sex Reassignment, and
14  Insurance Coverage in the U.S.A."?
15      A.  Yes.                                    01:42:26
16      Q.  Let's turn toward the end of the document,
17  so the last page before you get the list of signers
18  here.
19          Do you see where it says, "Professional
20  associations that have issued statements in support   01:42:47
21  of the WPATH standards of care include," and then
22  it has a list of medical organizations there?
23      A.  Yes.
24      Q.  And is the second-to-the-last organization
25  mentioned the American Society of Plastic Surgeons?  01:43:01

1       A.  Yes.
2       Q.  What is the American Society of Plastic
3   Surgeons?
4       A.  They are a professional organization of
5   American plastic surgeons.                         01:43:15
6       Q.  Am I correct that you do not mention the
7   American Society of Plastic Surgeons in your
8   declaration as a group that has supported the WPATH
9   Standards of Care Version 8?
10      A.  No, I did not.                          01:43:30
11      Q.  Am I correct that you don't mention the
12  American Society of Plastic Surgeons anywhere in
13  your declaration; is that right?
14      A.  No.
15      Q.  And just for clarity -- and I see you      01:43:46
16  smiling there -- you did not mention the American
17  Society of Plastic Surgeons in your declaration.
18          Is it correct that you did not mention the
19  American Society of Plastic Surgeons in your
20  declaration?                                   01:44:03
21      A.  Yes, it is correct.
22      Q.  Okay.  Thank you.
23          MR. HILDABRAND:  I will enter this, as I
24  think we are on Exhibit 13.  And one more.
25          (Reporter marked Exhibit Number 13      01:44:16

1           for identification.)
2       Q.  BY MR. HILDABRAND:  Have you seen this
3   document before?
4       A.  Yes.
5       Q.  Is this a statement that the American      01:44:45
6   Society of Plastic Surgeons published on August
7   14th, 2024?
8       A.  Yes.
9       Q.  So this statement was published a week
10  before you signed your declaration, correct?      01:44:57
11      A.  If that was -- was that August 20 -- I'd
12  have to --
13      Q.  Feel free to refer to your declaration if
14  you want.
15          (Discussion off the record.)           01:45:08
16          THE WITNESS:  Yeah.  It was one week
17  before, yes.
18      Q.  BY MR. HILDABRAND:  Are you aware that the
19  American Society of Plastic Surgeons has not
20  endorsed any organization's practiced              01:46:02
21  recommendations for the treatment of adolescents
22  with gender dysphoria?
23      A.  That's what they said, yes.
24      Q.  And the American Society of Plastic
25  Surgeons currently understands that there's        01:46:17

42 (Pages 162 to 165)

1  "considerable uncertainty as to the long-term
2  efficacy for the use of chest and genital surgical
3  interventions for the treatment of adolescents with
4  gender dysphoria"; is that correct?
5      A.  That's what they state.  I mean,        01:46:33
6  certainly, you know, as we talked about, they're
7  not doing genital surgical interventions on
8  adolescents.  It really comes down to chest surgery
9  for transmasculine youth, where I would disagree in
10  terms of uncertainty about even long-term efficacy,   01:46:53
11  you know.
12          It was Bruce, et al., that -- where they
13  looked at thirty-year experience chest surgery.
14  The median age was young adults, but where there
15  was very high satisfaction over that 30 years of    01:47:23
16  experience.
17          And so -- so, you know, it's -- I don't
18  think there's an absence of -- you know, of data.
19  But I do agree that there is an absence of data on
20  genital surgical interventions, because those are   01:47:44
21  not done -- typically done.
22      Q.  All right.  And you agree that a
23  vaginoplasty is a genital surgical intervention?
24      A.  Yes.
25      Q.  And as shown with your 2017 article, some   01:47:57

1  surgeons in the United States have performed
2  vaginoplasties on minors as a treatment for gender
3  dysphoria?
4      A.  I think a handful have.  I'm not aware of
5  surgeons who are currently doing that, just because  01:48:14
6  I have minor patients who have reached out to the
7  offices of quite a number of surgeons, asking if
8  they have a minimum age of 18.  And the response
9  they've heard back is yes.  And so -- and none of
10  my patients have -- have received treatment for     01:48:35
11  that.
12          But our study did find that there were
13  some surgeons who had reported at some point having
14  done surgery on people under 18.
15      Q.  But you agree that the current standards   01:48:50
16  of the United States is not to perform
17  vaginoplasties on minors as a treatment for gender
18  dysphoria?
19          MR. SELDIN:  Object to form.
20          THE WITNESS:  I would agree that -- that   01:49:04
21  that is standard practice.  You know, one could
22  make the argument, as some surgeons did in the 2017
23  paper, that someone who is very -- very mature --
24  very mature and transitioned a long time ago and
25  they're 17 and going away to college and the family  01:49:30

1  wants them to have surgery before starting in the
2  dorms as a freshman, that one could come up with
3  scenarios, which I think were probably the majority
4  of the times that that was done in the past.
5          But it hasn't come up in my -- in my       01:49:53
6  practice.  And even in that scenario, there have
7  been decisions that -- for example, that the
8  patient might have surgery scheduled for the summer
9  after the first year of school.
10      Q.  BY MR. HILDABRAND:  And just one last      01:50:12
11  question about this.
12          The ASPS currently understands that the
13  existing evidence base for chest and genital
14  surgical interventions for the treatment of
15  adolescents with gender dysphoria is low           01:50:24
16  quality/low certainty; is that correct?
17          MR. SELDIN:  Object to form.
18          THE WITNESS:  Well, that was the statement
19  that they -- that they released.
20      Q.  BY MR. HILDABRAND:  WPATH's membership     01:50:40
21  includes some lawyers as voting members; is that
22  correct?
23      A.  Yes.  There are a handful of -- of lawyers
24  or legal scholars who are in WPATH.
25      Q.  And you were the chair of the mental       01:50:55

1  health chapter for WPATH's Standards of Care
2  Version 8, right?
3      A.  Yes.
4      Q.  You cannot speak to whether the people
5  involved in drafting WPATH Standards of Care        01:51:04
6  Version 8 outside of your chapter were experts?
7          MR. SELDIN:  Object to form.
8          THE WITNESS:  So I can't speak to -- to
9  every member of Standards of Care 8, from
10  my chapter.  But the process to join a chapter was  01:51:20
11  really meant to try to find the experts in the
12  field.
13          However, each chapter also had a
14  representative appointed in addition to that
15  process, that -- a kind of community representative  01:51:44
16  of sorts.  But in our chapter, that person was a
17  psychotherapist and certainly very valuable.  Even
18  though they weren't an academician in transgender
19  care, they provided valuable perspective.
20      Q.  BY MR. HILDABRAND:  And you do not know    01:52:12
21  how the other chapter committees selected the
22  studies they cited in their chapters; is that
23  correct?
24          MR. SELDIN:  Object to form.
25          THE WITNESS:  That's correct.  Each        01:52:23

1  chapter worked independently.  We saw the Delphi
2  statements, and then we didn't see the chapter as a
3  whole until it was released publicly.
4      Q.  BY MR. HILDABRAND:  And so your experience
5  with the WPATH Standards of Care Version 8 was      01:52:34
6  really contained to the chapter that you were the
7  chapter lead on and voting -- in voting for Delphi
8  statements; is that correct?
9          MR. SELDIN:  Object to form.
10         THE WITNESS:  Yes.                    01:52:44
11         MR. SELDIN:  And, Mr. Hildabrand, it's
12  been about an hour, but I am not sure where you are
13  in this line.
14         MR. HILDABRAND:  I think it is a great
15  place to stop.  Let's go off the record.           01:52:51
16         THE VIDEOGRAPHER:  We're off the record.
17  The time is 1:52 p.m.
18         (A recess was taken.)
19         THE VIDEOGRAPHER:  We're now on the
20  record.  The time is 2:01 p.m.                01:02:17
21      Q.  BY MR. HILDABRAND:  Did you discuss
22  anything with counsel during the break?
23      A.  No.
24      Q.  Great.
25         MR. HILDABRAND:  I am going to introduce    02:02:30

1  Exhibit 14.
2          (Reporter marked Exhibit Number 14
3           for identification.)
4      Q.  BY MR. HILDABRAND:  Did you create a
5  supplemental declaration in the Voe v. Mansfield    02:02:57
6  case?
7      A.  Yes.
8      Q.  Is this a -- the public version of that
9  supplemental declaration?
10      A.  Yes.                          02:03:05
11      Q.  And if you turn to page 14 of the
12  declaration, did you declare under penalty of
13  perjury under the laws of the United States of
14  America that the foregoing is true and correct?
15      A.  Yes.                          02:03:27
16      Q.  Let's turn to pages 3 and 4.  When you get
17  there, do you see paragraph 10?
18      A.  Paragraph 10 on page 3?
19      Q.  Yes.
20      A.  Yes.                          02:03:56
21      Q.  And it also goes on to page 4, right?
22      A.  Yes.
23      Q.  Does paragraph 10 accurately reflect the
24  timeline for the development of the WPATH Standards
25  of Care Version 8?                        02:04:15

1      A.  Yes.
2      Q.  And stakeholders provided feedback on the
3  publicly-released draft of the WPATH Standards of
4  Care Version 8 from November 2021 to January 2022,
5  correct?                             02:04:26
6      A.  Yes.
7      Q.  And WPATH Standards of Care Version 8 was
8  finalized by the chair and cochairs on June 10th,
9  2022, correct?
10      A.  Yes.                          02:04:37
11      Q.  And there were no major edits to the WPATH
12  Standards of Care Version 8 after it was finalized
13  by the chair and cochairs on June 10th, 2022,
14  correct?
15      A.  Well, I didn't see it from the time of     02:04:50
16  the -- from the -- I didn't see it in its
17  entirely -- entirety from the release of its
18  public -- the public release of this draft until
19  its publication.  So I can't -- I can't say when
20  revisions after public comment actually happened.   02:05:21
21      Q.  You were -- you were the chair of the
22  chapter on mental health, right?
23      A.  Yes.
24      Q.  So did you review the June 10th -- sorry.
25         Did you review the version of the WPATH      02:05:37

1  Standards of Care Version 8 that was finalized on
2  June 10, 2022?
3      A.  I only reviewed the final draft of my
4  chapter.  So, you know, we know of that timeline
5  from the timeline provided by the editors.  But for  02:05:57
6  most of the process, each chapter chair worked on
7  their -- on their chapter.
8          And -- and so in terms of the June 10th,
9  I -- I'm not sure of the exact date.  But in
10  that -- in that time period, you know, I had --      02:06:21
11  actually, probably before that, I had word that our
12  chapter had been approved in its -- in its final
13  draft.
14      Q.  So you did not see -- outside of your
15  chapter, you did not see the version of the WPATH    02:06:37
16  Standards of Care Version 8 that was finalized on
17  June 10th, 2022, right?
18      A.  That's correct.
19      Q.  And your chapter was the mental health
20  chapter.  That was Chapter 18, right?          02:06:56
21      A.  Yes.
22      Q.  Did you edit any other chapters?
23      A.  No.
24      Q.  Did you draft a medical necessity
25  statement that went into Chapter 2 on global        02:07:10

MAGNA
LEGAL SERVICES

1  applicability?
2      A.  I provided input into a medical necessity
3  statement.  I -- I was asked to provide and put on
4  that, given my experience as a board member.  And
5  as a board member, we -- we had approved that          02:07:33
6  previous statement on medical necessity and also
7  had a discussion that -- that a new version of it
8  should be in Standards of Care 8.
9      Q.  Did you provide any edits for the medical
10  necessity statement for WPATH Standards of Care     02:07:52
11  Version 8?
12      A.  Yes.  I -- I provided my input into it.  I
13  don't recall all of the input, but -- but I did
14  provide input into the medical necessity statement
15  in -- in standards of care, which was not in my --  02:08:10
16  in my chapter.
17      Q.  What do you mean by "input," just so I
18  understand what you mean here?
19      A.  I don't remember the details, but I think
20  I was asked by Eli Coleman who was involved along    02:08:28
21  with the global applicability chapter that that
22  section was in in terms of -- in terms of having
23  that -- that portion in that chapter.  And so I was
24  asked for input, and I provided input.
25      Q.  And -- sorry.  What -- what do you mean by  02:08:54

1  "input"?  Do you mean comments?  Do you mean edits?
2  Did you draft the medical necessity statement?
3  What -- what sort of input do you mean?
4      MR. SELDIN:  Object to form.
5      THE WITNESS:  So my recollection is that I     02:09:07
6  made comments on the draft.
7      MR. HILDABRAND:  Okay.  I'm going to
8  introduce another document here, Exhibit 15.
9      (Reporter marked Exhibit Number 15
10      for identification.)                            02:10:04
11      Q.  BY MR. HILDABRAND:  Does this appear to be
12  a summary judgment exhibit filed in the Boe Alabama
13  case?
14      A.  Yes.
15      Q.  And if you want to turn to -- I think it's  02:10:20
16  marked as BOEAL_WPATH_126713.  I'll provide you the
17  page number of the document.
18      A.  I'm sorry.  1267?
19      Q.  13.
20      A.  13.  Okay.                                  02:10:46
21      Q.  It's going to be marked at the bottom here
22  as 75.  And feel free to refer to the previous page
23  or the next page if you need to.
24      But was this an email circulated among
25  WPATH members about the medical necessity           02:11:11

1  statement?
2      A.  This seems like a comment by one of the
3  people who is commenting on -- on it.
4      MR. SELDIN:  And I'll just note for the
5  record, Counsel, that this exhibit contains         02:11:52
6  redactions, I assume, that are original redactions
7  from the filing?
8      MR. HILDABRAND:  This is the -- this is
9  the redactions from the version that was filed on
10  the docket on October 9th, 2024.                     02:12:02
11      MR. SELDIN:  Thank you.
12      Q.  BY MR. HILDABRAND:  Do you see in this
13  January 6, 2022, email where it says, "Thank you
14  for putting this together.  You've done a great job
15  with this.  Indeed, it is important that such a      02:12:18
16  statement is part of the actual SOC"?
17      A.  Yes.
18      Q.  Was the 2016 statement not a part of the
19  Standards of Care Version 7 itself?
20      A.  That's correct.  There was mention, brief   02:12:32
21  mention, of medical necessity in Standards of
22  Care 7.  It was at a time, I think, where there --
23  there was less of an issue because there was less
24  insurance coverage in the U.S. as it was being put
25  together in that time period of 2009 to 2011.        02:12:53

1      And -- and so the board put out a
2  statement in 2016 about medical necessity.  And
3  then at that time, the board discussion was that in
4  the future that this should just be updated with
5  each standards of care.                              02:13:32
6      Q.  And does the email go on to say that
7  "indeed, the original medical necessity statement
8  was specific to the U.S. because this is where we
9  were experiencing the problem with our obtuse and
10  unhealthy system of healthcare coverage, and we     02:13:43
11  need a tool for our attorneys to use in defending
12  access to care here"?
13      A.  That's what that comment says.
14      Q.  Was the original medical necessity
15  statement a tool for attorneys to use in defending  02:13:56
16  access to care in the United States?
17      A.  No.  You know, I -- I don't know who wrote
18  this comment.  But it was not so much -- in my
19  experience, it was not so much attorneys, but it
20  was with -- for example, independent medical        02:14:18
21  reviews, they did want to know WPATH's views on the
22  medical necessity of individual procedures.  And so
23  having some specificity about that, I think, was --
24  was part of that in terms of my experience.
25      But the legal issues over medical             02:14:56

1  necessity didn't really start happening, at least
2  my experience, until 2020, 2021 or so when the kind
3  of political battles over transgender care started.
4      Q.  So is the more recent medical necessity
5  statement, was that designed as a tool for        02:15:22
6  attorneys to use in defending gender-affirming
7  care?
8      MR. SELDIN:  Object to form.
9      THE WITNESS:  No.  I mean, not in -- in my
10  view, it was -- you know, there was a decision in    02:15:37
11  2016, which was long before these legal actions, to
12  have -- try to have a medical necessity statement.
13  And there was a decision at that time in the board
14  that we should be updating it with -- with the
15  standards of care.                                02:16:07
16      And -- but that -- all of that
17  discussion -- and certainly, you know, there --
18  there was -- there were questions of what
19  procedures might be medically necessary, what might
20  not.  But there wasn't the -- this kind of        02:16:22
21  political debate until much later.
22      And -- and we had already -- had made the
23  decision even back in 2016 that this should be
24  included in the standards of care.  And it was part
25  of the discussion that we had when we had meetings.  02:16:48

1      We had meetings around standards of care
2  at the WPATH meeting in Buenos Aires in 2018.  And
3  this was, you know, part of discussions that I
4  recall back then.  And so while it could be, you
5  know -- certainly WPATH standards of care is being    02:17:18
6  used in legal contexts that we wouldn't have
7  anticipated when we started doing first Standards
8  of Care 7 and then Standards of Care 8.
9      But it -- we didn't do the standards of
10  care -- our audience wasn't politicians.  It was to    02:17:36
11  be putting out a practice guideline for -- for
12  clinicians, really.
13      Q.  BY MR. HILDABRAND:  When were you first
14  hired as an expert witness to work on a case where
15  plaintiffs have challenged a -- the law regarding    02:17:50
16  gender-affirmative care?
17      MR. SELDIN:  Object to form.
18      THE WITNESS:  It would have been in 2020
19  or 2021.
20      Q.  BY MR. HILDABRAND:  So is it fair to say    02:18:03
21  that you were hired as an expert witness to testify
22  on behalf of plaintiffs challenging laws regarding
23  gender-affirming care before the publication of
24  WPATH Standards of Care Version 8?
25      MR. SELDIN:  Object to form.        02:18:15

1      THE WITNESS:  Yes.  Yes.
2      Q.  BY MR. HILDABRAND:  And let's go to --
3  it's going to be page 70 in this document here.
4      It's marked at the bottom as BOEAL --
5  BOEAL_WPATH_126708.                        02:18:27
6      Is this an email sent on April 29, 2022,
7  that you were a recipient on?
8      A.  Yes.
9      Q.  And the medical necessity statement had
10  passed the Delphi process by April 29, 2022; is    02:18:57
11  that correct?
12      A.  Yes.  That's what it says.
13      Q.  All right.  Let's go to page 69 now.  It
14  is right next door.
15      So after the medical necessity statement    02:19:26
16  completed the Delphi process, a WPATH author asked
17  to remove the word "wishing" because "wishing"
18  makes the medical care seem optional, correct?
19      MR. SELDIN:  Object to form.
20      THE WITNESS:  I see that, you know, in    02:19:50
21  the -- in this email that was sent out.  I can -- I
22  can somebody made that comment.
23      Q.  BY MR. HILDABRAND:  And you received that
24  email, right?
25      A.  Yeah.  I assume I did, because I can see    02:20:03

1  that my name is not redacted, that I was on the
2  email list of people involved in the editing of the
3  medical necessity statement.
4      Q.  Do you see where the individual who sent
5  the email asked, "Would it be possible or advisable    02:20:16
6  or prudent to replace 'wishing' with 'in need of'
7  here"?
8      A.  Yes.
9      Q.  Do you know if that change was made to the
10  medical necessity statement WPATH Standards of Care    02:20:29
11  Version 8?
12      A.  I don't -- I do not know.
13      Q.  Let's turn to --
14      A.  I would tell you in, you know, chain
15  emails about editing, not this, but you know,    02:20:41
16  papers I've been involved in, that very often it
17  seems like somebody would pick out a word and say,
18  "I don't like this word.  Can we use a different
19  word?"
20      Q.  All right.  Let's turn to pages 65 to 66.    02:20:52
21  They're marked BOEAL_WPATH_126704 and then -- I'm
22  sorry -- 703 and then 704.
23      A.  Yes.
24      Q.  Is this an email that you sent in May
25  2022?                                    02:21:14

1    A.   This -- we're looking on page 65.  We're
2  looking at a -- an email sent by somebody else that
3  quotes me.  Says, "Good morning, Dan and everyone."
4       So somebody was responding, I think, to
5  something that I had -- that I had written.          02:21:37
6    Q.   Yes.  So I see the email up at the top
7  that says, "Dan, you write."  Then do you see at
8  the bottom of page 65 where it says "from:  Dan
9  Karasic"?
10   A.   Wait.  Where are you talking about?  Oh,     02:21:50
11 there.  Oh, so you're talking about the -- at the
12 bottom of 65?  Okay.
13   Q.   Sorry.  There's multiple emails and just
14 clarifying.
15   A.   Yes.                           02:22:00
16   Q.   I am talking about the one here that you
17 sent.
18   A.   Yes.
19   Q.   So you sent this email starting at the
20 bottom of page 65 --                    02:22:06
21   A.   Yes.
22   Q.   -- and going to the top of page 66?
23   A.   Let me look on page 66.  Yes.
24   Q.   And you explained in your email that
25 establishing medical necessity is central to all    02:22:16

1  healthcare provision in the U.S.?
2    A.   Yes.
3    Q.   And you also explained that "currently,
4  there are lawsuits in the U.S. trying to reverse
5  the position of trans healthcare by asserting that  02:22:29
6  it is categorically not medically necessary"?
7    A.   Yes.  So this was in -- I think in this
8  email conversation with the -- the broader chapter
9  lead that included the medical necessity statement
10 who was from another country, where perhaps medical  02:22:49
11 necessity was not part of their -- was not used in
12 the same way.  So that was -- that was why that
13 discussion happened.
14   Q.   And you also said that "the policy of the
15 U.S. Federal Government from 1981 to 2014 was that   02:23:08
16 trans care was experimental, not medically
17 necessary, which meant that insurance and
18 government provision of healthcare was allowed to
19 exclude trans care during those years."
20       Is that part of what you said here?        02:23:25
21   A.   That is correct.
22   Q.   And it is correct that the policy of the
23 U.S. Federal Government from 1981 to 2014 was that
24 trans care was experimental?
25   A.   Of the U.S. --                   02:23:36

1       MR. SELDIN:  Object to form.
2       You can answer.
3       THE WITNESS:  The U.S. Federal Government
4  said in 1981 that transgender care was experimental
5  and, thus, did not need to be covered and wasn't    02:23:50
6  covered by Medicare.
7    Q.   BY MR. HILDABRAND:  And --
8    A.   And then that did not -- it reversed until
9  2014.
10   Q.   And just to be clear, when you say "trans   02:24:06
11 care," are we talking about gender-affirming care?
12   A.   Yeah.  We're talking about medical care
13 related to transition.
14   Q.   And then you go on at the very end of this
15 paragraph to say that "the right wing in the U.S.   02:24:26
16 is trying to force us back to those years or
17 worse."
18   A.   Yes.
19   Q.   And is that what you believed, that "the
20 right wing in the U.S. is trying to force us back    02:24:34
21 to those years or worse"?
22       MR. SELDIN:  Object to form.
23       THE WITNESS:  So I'm not a political
24 activist, but that was my read on what was
25 happening in 2022 and, you know, continues to be     02:24:54

1  happening, is that transgender care has become
2  politicized in a way that is not beneficial to our
3  patients.
4       It's become a political talking point, a
5  way for people to try to win elections.  And -- and  02:25:16
6  I don't think that is a measured way to determine
7  the care that we provide.
8    Q.   BY MR. HILDABRAND:  And so this first
9  paragraph that you had here starting with "Thanks,
10 this document is an update," and going to "force us  02:25:36
11 back to those years or worse," that was your
12 explanation for why the medical necessity statement
13 had utility in the United States, correct?
14       MR. SELDIN:  Object to form.
15       THE WITNESS:  No.  So the medical --        02:25:49
16 the -- I was commenting to somebody from another
17 part of the world of why people might be passionate
18 about this in the United States, yet it seems
19 inapplicable in some other parts of the world.
20 There -- there is a different environment that        02:26:19
21 we're in.
22       But the decision to have the medical
23 necessity statement focused on insurance
24 reimbursement in the U.S. was made by the board.
25 And I mentioned that in a previous email in the      02:26:33

1  email chain that we had seen.
2      There was a decision in 2016, not only to
3  put out the -- the medical necessity statement, but
4  that it should be updated with -- with the
5  standards of care.                    02:26:53
6      So this person was either working on the
7  global applicability chapter and I think wondering
8  why is there this globally applicable when this
9  seems kind of America centric. And that was, I
10  think, part of my conversation about why they might   02:27:10
11  be seeing some passion about this among the
12  American members who are commenting, because this
13  has become a politicized issue.
14      But -- but having the medical necessity
15  statement in -- in the standards of care was       02:27:26
16  something that was decided long before any of these
17  court cases happened.
18      Q.  BY MR. HILDABRAND: Gotcha. So then you
19  went on to say, "So this statement is incredibly
20  important in the U.S. but might not have utility    02:27:40
21  everywhere in the world and is useful for the
22  statement to have global applicability, but this is
23  a case in which a U.S.-centric statement is
24  defensible."
25      A.  Yes.                         02:27:51

1      Q.  And so is this your explanation here for
2  why this U.S.-centric statement is defensible?
3      A.  Yes.
4      Q.  Let's go to page 64. It's marked at the
5  bottom as BOEAL_WPATH_126702.            02:28:05
6      Is -- in the middle of the page, is this
7  another May 2022 email that you've sent?
8      A.  Yes.
9      Q.  Did you note in this email that "medical
10  necessity is at the center of dozens of lawsuits in   02:28:30
11  the U.S. right now"?
12      A.  Yes, I did say that.
13      Q.  And you also stated that it is "as well as
14  being at the center of all reimbursement for trans
15  care in the U.S.," right?              02:28:52
16      A.  Yes.
17      Q.  Let's go to page 43.
18      A.  Page 43, you say?
19      Q.  43. It's marked at the bottom as
20  BOEAL_WPATH_109286.                   02:29:23
21      So is this an August 27, 2021, email that
22  you sent before the medical necessity statement
23  went through the Delphi process?
24      A.  Yes.
25      Q.  And did you state that "there are       02:29:45

1  important lawsuits happening right now in the U.S.,
2  one or more of which could go to the Supreme Court
3  on whether trans care is medically necessary versus
4  experimental or cosmetic"?
5      A.  Yes.                          02:30:08
6      Q.  And then did you say, "I cannot overstate
7  the importance of SOC8 getting this right at this
8  important time"?
9      A.  Yes.
10      Q.  So this is an important time because there   02:30:20
11  are important lawsuits happening in the U.S., and
12  there is now a case in the U.S. Supreme Court
13  involving gender-affirming care; is that right?
14      MR. SELDIN: Object to the form.
15      THE WITNESS: Well, at that time there    02:30:32
16  wasn't a case at the -- at the Supreme Court.
17      But in this comment, I mean, I also do
18  say, you know, this was a very long plan. But then
19  when there was some discussion -- and I don't know
20  if it's included in here -- of -- again, this was    02:30:52
21  kind of a back-and-forth with someone from another
22  part of the world who was saying -- you know,
23  similarly when I talked about the discussions of
24  using gender incongruence rather than gender
25  dysphoria, there was a strong sentiment from people   02:31:09

1  outside the United States that the document have
2  global applicability. And indeed, there's this
3  global applicability chapter.
4      And I was trying to make the argument
5  that, well, the United States is part of the world.   02:31:24
6  And so, you know, even if certain parts of the
7  standards of care are more central to the United
8  States, they're still important.
9      But the -- the decision to put it in was
10  actually made -- and which I mentioned somewhere in   02:31:41
11  this string too -- by the board back -- way back in
12  2016. And the -- the 2016 statement was pretty
13  expansive too in terms of the care that's provided.
14      And I did want that -- just a kind of a
15  statement that is -- that's very clear and -- but    02:32:07
16  the -- there have been this very long previous
17  discussion about -- about its inclusion.
18      And so the decision for its inclusion was
19  not made in response to the fact that there were
20  lawsuits.                          02:32:34
21      My comments of somebody asking why is this
22  important, you know, was -- well, just, you know,
23  in the United States, we are more focused on this
24  than we have been.
25      Q.  BY MR. HILDABRAND: When was the first    02:32:49

MAGNA
LEGAL SERVICES

1    draft of the medical necessity statement for WPATH
2    Standards of Care Version 8 created?
3         MR. SELDIN:  Object to form.
4         THE WITNESS:  So while the original draft
5    was in 2016, and so that was the -- you know, the          02:33:01
6    medical necessity statement.  And so that was the
7    starting point for putting out a statement in -- in
8    Standards of Care 8.
9    Q.   BY MR. HILDABRAND:  And the 2016 statement
10   was the one that was published shortly after             02:33:15
11   with -- separately from WPATH Standards of Care
12   Version 7, right?
13   A.   Yes.
14   Q.   And when was the decision made to put the
15   medical necessity statement in Chapter 2 on general     02:33:26
16   applicability?
17   A.   So that was an editor's decision that I
18   didn't have anything to do with.
19        There was -- you know, the decision that I
20   was involved in was in 2016.  I was not the author      02:33:44
21   of -- I remember I was one of the coauthors.  I was
22   a member of the board.  But I was not the primary
23   author of the original medical necessity statement.
24   But I was on the board, and we approved that we
25   were the authors as the people who approved the         02:34:02

1    statement.
2         And when we did that, we also decided that
3    the appropriate time to update this statement would
4    be on future iterations of the standards of care.
5    Q.   Has expanding health insurance coverage           02:34:18
6    for gender transition surgeries --
7         (Reporter clarification.)
8    Q.   BY MR. HILDABRAND:  Has expanding health
9    insurance coverage for gender transition surgeries
10   made those surgeries more common?                       02:34:32
11        MR. SELDIN:  Object to form.
12        THE WITNESS:  Has -- you mean expanding
13   insurance access?
14   Q.   BY MR. HILDABRAND:  Yeah.  Has expanding
15   health insurance coverage for gender transition         02:34:47
16   surgeries made the surgeries more common?
17   A.   So there are people who -- who get the
18   surgeries who never were able to.
19        For example, I know in San Francisco when
20   there was the expansion, there was a decision by        02:35:07
21   the State of California that Medi-Cal, California's
22   Medicaid, should include transgender surgeries, and
23   at the same time there was the expansion of the
24   Affordable Care Act, that we had quite a number of
25   people in San Francisco who couldn't afford surgery     02:35:27

1    until they had coverage.
2         So when they had coverage -- some people
3    have waited 20 years for surgery and -- and then
4    had it once there was coverage.
5    Q.   All right.  Can you go to the Brandt trial        02:36:03
6    transcript.  This was marked as Exhibit 9.  Let's
7    go to page 190 in here.
8         Do you see your answer?
9         It says question at line 10, "In the
10   course of writing" this "article" -- or "In the        02:36:49
11   course of writing the article, you learned that
12   there was an increase in the number of minors being
13   referred for vaginoplasty, correct?"
14        Were you asked that question?
15   A.   Yes.                                               02:37:00
16   Q.   And was your answer that "at that time, it
17   was 2016.  And in 2013 and 2014 is when insurance
18   started covering vaginoplasty more generally in the
19   US.  And so it was a time where there was an
20   increase because more people could afford to get it    02:37:13
21   and there were new surgeons who were entering
22   practice at that time.  And so -- so it was a time,
23   whether people were minors or not, where more
24   people were getting -- had access to vaginoplasty."
25   A.   Yeah --                                            02:37:24

1    Q.   Is that what you testified?
2    A.   So I made a little bit of an error there.
3    Because in my response I was talking about
4    vaginoplasty more generally, not that there was --
5    that had an idea of -- because insurance coverage,     02:37:41
6    I think, you know, may well not have been covering
7    those, you know, any other vaginoplasties in
8    minors.
9         So when I was talking about 2013 and 2014,
10   I was talking about vaginoplasty more generally in     02:38:03
11   the U.S.  And so more -- so more -- more
12   vaginoplasties were -- were taking place.
13        The numbers over time with -- for minors I
14   think is -- I think it was very small then, and I
15   think it's less now.  But in my mind, that answer      02:38:37
16   was about -- was that there were people who started
17   getting surgery they couldn't afford once they had
18   insurance coverage.
19   Q.   Is it your understanding there are more
20   vaginoplasties being performed on adults today than    02:38:54
21   there were in 2013?
22   A.   Yes.
23   Q.   And are there more vaginoplasties being
24   performed on adults in today's gender-affirming
25   treatment than there were in 2016?                      02:39:06

1     A.  More today, yes.
2     Q.  I think we mentioned this earlier, but we
3  talked about Admiral Levine.
4        Who is Admiral Levine?
5     A.  Admiral Levine is the Deputy Surgeon        02:39:27
6  General of the United States.
7     Q.  Is Admiral Levine transgender?
8        MR. SELDIN:  Object to form.
9        THE WITNESS:  Yes.
10       MR. HILDABRAND:  I will introduce what I        02:39:45
11  want to mark as Exhibit 16.
12       (Reporter marked Exhibit Number 16
13       for identification.)
14       MR. SELDIN:  And then before you get
15  started, Counsel, I just -- I'm noting that the        02:40:13
16  cover page of Exhibit 16 indicates that it's been
17  redacted.  Are those the redactions as filed, or
18  has counsel --
19       MR. HILDABRAND:  Exactly.  These are --
20  these are the redactions as filed on October 9th,        02:40:24
21  2024.
22       MR. SELDIN:  Thank you for that.
23     Q.  BY MR. HILDABRAND:  Does this appear to be
24  defendant's summary judgment Exhibit 186 in the Boe
25  case from Alabama?        02:40:38

1     A.  Yes.
2     Q.  Have you seen this document before?
3     A.  I think in a prior deposition.
4     Q.  Are you aware that WPATH sent the version
5  of the Standards of Care 8 that was approved by the        02:40:55
6  chairs to Admiral Levine in 2022?
7        MR. SELDIN:  Object to form.
8        THE WITNESS:  Only from people asking
9  about it in depositions.  So I was not on -- on
10  this email chain or -- you know, other than voting        02:41:13
11  on Delphi, I was not, you know, an author of the
12  adolescent chapter.
13       So yeah, I was not involved in -- in this
14  email chain.
15       MR. BY MR. HILDABRAND:  Okay.  Let's go to --        02:41:39
16  it's page 11 in the document collection.  It's
17  BOEAL_WPATH_072114.
18       Have you seen this document before?
19     A.  If I have, it was in a prior deposition.
20     Q.  Do you see -- is this -- it appears to be        02:42:04
21  an email to the adolescent Standards of Care 8
22  group?
23     A.  Yes.
24     Q.  Do you see where it says -- the paragraph,
25  "We sent the document to Admiral Levine, Minister        02:42:14

1  of Health for the U.S.A., for their reviews"?
2     A.  Yes.  It sounds like whoever was authoring
3  this was not American, since they thought she was
4  the Minister of Health for the U.S.A., but yes.
5     Q.  And so earlier on it says the whole        02:42:34
6  document, over 500 pages, has now been checked for
7  references, et cetera, and sent to the IJTH; is
8  that right?
9     A.  Yes.  For publication.
10    Q.  And this email was sent on July 29th,        02:42:45
11  2022?
12    A.  Yes.
13    Q.  Are you aware that Admiral Levine asked
14  WPATH to remove the age limits for gender-affirming
15  care?        02:43:06
16       MR. SELDIN:  Object to form.  Foundation.
17       THE WITNESS:  Only, I think, from anything
18  I may have read in the news or in depositions.
19       Q.  BY MR. HILDABRAND:  Do you see here in the
20  email where it says, "Apparently, the situation in        02:43:16
21  the U.S.A. is terrible, and she and the Biden
22  administration worried that having ages in the
23  document will make matters worse.  She asked us to
24  remove them."
25    A.  Yes, I see that.        02:43:29

1     Q.  Have you read that paragraph before?
2     A.  Perhaps in a deposition, but I don't
3  recall.
4        MR. HILDABRAND:  And let's introduce one
5  more document here.  This will be Exhibit 17.  And        02:43:53
6  again, this was the version that was filed on the
7  docket recently.  I may make additional redactions.
8        (Reporter marked Exhibit Number 17
9        for identification.)
10       Q.  BY MR. HILDABRAND:  Does this appear to be        02:44:29
11  defendants' summary judgment Exhibit 188 in Boe v.
12  Alabama -- sorry, Boe v. Marshal?
13    A.  Yes.
14    Q.  Have you seen this document before?
15    A.  I would have -- I don't know.  Yeah.        02:44:44
16    Q.  Let's go just to the first page here.
17    A.  Sure.
18    Q.  This is a page marked BOEAL_WPATH_106118.
19       Have you seen this page before?
20    A.  I -- only -- if I did, it was only in a        02:45:09
21  deposition.
22    Q.  Not for preparing a declaration or
23  anything like that, right?
24    A.  Not preparing a declaration.
25    Q.  Is this --        02:45:20

1    A.  As far as I can recall, although I did
2  in -- have a rebuttal declaration where I read a
3  whole bunch of emails.  But I don't remember what
4  was in there, yeah, which ones.
5    Q.  Does this appear to be a -- an email from    02:45:33
6  Jon Arcelus?
7    A.  Yes.
8    Q.  Who is that?
9    A.  Jon Arcelus was a -- one of the cochairs
10  of Standards of Care 8.                02:45:45
11    Q.  And it was to Walter Bouman; is that
12  right?
13    A.  Yes.
14    Q.  Who's -- who's that?
15    A.  Walter Bouman at the time, I believe, was    02:45:54
16  chair of -- or board president of WPATH.
17    Q.  And looks like Eli Coleman was cc'd.
18       Was Eli Coleman the overall chair of the
19  WPATH Standards of Care Version 8?
20    A.  Yes.                        02:46:18
21    Q.  Are you aware that WPATH agreed to remove
22  the minimal ages in September 2022 to convince the
23  AAP not to oppose the WPATH Standards of Care
24  Version 8?
25       MR. SELDIN:  Object to form.        02:46:34

1       THE WITNESS:  So I'm -- I don't want to
2  come to conclusions about full motivation.  But
3  I -- I do see that -- you know, from this email,
4  that -- that they have expressed strong opposition,
5  and that the -- that these meetings of folks    02:47:03
6  involved in Standards of Care 8, that they agreed
7  to remove the minimal ages.
8    Q.  BY MR. HILDABRAND:  Do you see where it
9  says, "In the last few days and as an emergency, we
10  have had several meetings among the SOC8 chairs and    02:47:19
11  the adolescent chapter members"?
12    A.  Yes.
13    Q.  Were you involved in any of those
14  meetings?
15    A.  No.  That -- I think those -- when they    02:47:27
16  say "SOC8 chairs," they meant the -- Eli Coleman
17  and the two cochairs and then the adolescent
18  chapter members.
19    Q.  So you think they mean Eli Coleman, Asa
20  Radix, Jon Arcelus?                02:47:45
21    A.  Yes.
22    Q.  And those are the three individuals who
23  cosigned this email here?
24    A.  Yes.
25    Q.  And the email goes on to say that "We have    02:47:50

1  agreed to remove the minimal ages from the
2  document.  We have add a short sentence as agreed
3  with AAP.  We are hoping that by doing this, the
4  AAP will be more satisfied, and they will not
5  oppose the SOC8.  We are waiting for their answer."    02:48:05
6    A.  Yes.
7    Q.  Were you aware -- have you ever seen this
8  statement at the time that you prepared your
9  declaration in this case?
10       MR. SELDIN:  Object to form.        02:48:19
11       THE WITNESS:  No.  Unless, you know,
12  the -- as I said, unless in the emails that I was
13  supposed to review as an expert in one of the
14  cases, unless this was one of those emails, but I
15  don't recall reading this email before.        02:48:36
16    Q.  BY MR. HILDABRAND:  Are you aware that the
17  Standards of Care Version 8 was not released on
18  September 6, 2022, as agreed with its publisher
19  because the American Academy of Pediatrics said
20  they'd actively oppose SOC8 if the age limit stayed    02:48:57
21  in SOC8?
22       MR. SELDIN:  Objection to form.
23  Foundation.
24       THE WITNESS:  No.
25    Q.  BY MR. HILDABRAND:  Let's turn to -- I    02:49:07

1  think it's page 38 in this collection.  At the
2  bottom it says BOEAL_WPATH_106656.
3       Have you ever seen this email chain
4  before?
5    A.  No, not as far as I can recall.        02:49:38
6    Q.  Do you see the "To" line says, "WPATH
7  BOD"?  Is that the WPATH board of directors?
8    A.  Yes.
9    Q.  Were you on the WPATH board of directors
10  at the time, or did you join later?        02:49:50
11    A.  No.  I was on the WPATH board of directors
12  from 2014 to 2018.
13    Q.  Great.  Thank you.
14       In the grade methodology, if I said that
15  there were five paradigmatic contexts where a    02:50:13
16  strong --
17       (Clarification by the reporter.)
18    Q.  BY MR. HILDABRAND:  Paradigmatic contexts,
19  where a strong recommendation can be made based on
20  low-quality evidence, would you be familiar with    02:50:23
21  what I'm referring to?
22       MR. SELDIN:  Object to form.
23       THE WITNESS:  I would have to look at
24  the -- at the document.
25    Q.  BY MR. HILDABRAND:  Okay.  So you couldn't    02:50:32

MAGNA
LEGAL SERVICES

1  right now name for me any of those five
2  paradigmatic contexts where a strong recommendation
3  could be made based on low-quality evidence?
4       MR. SELDIN:  Object to form.
5       THE WITNESS:  No.  I mean, strong         02:50:47
6  recommendations are made, and certainly national --
7  you know, most national practice recommendations
8  are made on low or very low-quality grade or no
9  grade evidence.  But I don't know the quote that
10  you're seeking.                               02:51:09
11      Q.  BY MR. HILDABRAND:  Does the grade system
12  provide recommendations for care?
13      MR. SELDIN:  Object to form.
14      THE WITNESS:  So the -- the grade system
15  provides a level of certainty of using a particular  02:51:25
16  set of data in order to believe that something is
17  true.
18      Q.  BY MR. HILDABRAND:  All right.  So does it
19  provide recommendations for care, or is that
20  distinct from what the grade system does?      02:51:47
21      MR. SELDIN:  Object to form.
22      THE WITNESS:  So that's distinct from the
23  grade recommendations, because people -- because
24  you can have a low grade.  The grade could be of
25  low certainty.  And yet the -- you know,       02:52:06

1  recommendations are made for -- for care.  And
2  indeed most recommendations for care are made with
3  low certainty or a very low certainty or no grade
4  at all.
5       Q.  BY MR. HILDABRAND:  I know today we    02:52:24
6  focused on the WPATH standards of care quite a bit.
7       But did the 2017 Endocrine Society
8  guidelines for -- the individuals who drafted the
9  2017 Endocrine Society guidelines, were those
10  individuals all endocrinologists?            02:52:43
11      MR. SELDIN:  Object to form.
12      THE WITNESS:  I would have to look at
13  the -- at the list of members.
14      Q.  BY MR. HILDABRAND:  Yeah.  I think we had
15  that as Exhibit 4, to go back quite a ways here,  02:52:56
16  but Exhibit 4.
17      MR. SELDIN:  Are you talking about the
18  Endocrine Society guideline?
19      MR. HILDABRAND:  Yes.  The 2017.
20      Q.  Can you identify any of the authors who is  02:53:05
21  a surgeon?
22      A.  Yeah.  So -- I would say not all are
23  endocrinologists, because Peggy Cohen-Kettenis is
24  not an endocrinologist.
25      Q.  What is Peggy Cohen-Kettenis?         02:53:18

1       A.  She is a psychologist.  She was at the
2  time the head of the Dutch research team.
3       Q.  Are any of the individuals who authored or
4  coauthored the 2017 Endocrine Society guidelines
5  surgeons?                                      02:53:33
6       MR. SELDIN:  Object to form.
7       THE WITNESS:  Not as far as I know.  I --
8  I know the disciplines of most of these people, but
9  I believe that are others are -- involved as
10  endocrinologists.                             02:53:57
11      Q.  BY MR. HILDABRAND:  Were several of the
12  individuals who are authors, they are also
13  coauthors of the WPATH Standards of Care Version 8?
14      MR. SELDIN:  Object to the form.
15      THE WITNESS:  Yes.  I assume that Stephen  02:54:08
16  Rosenthal, Joshua Safer, Vin Tangpricha, maybe --
17  maybe Gaya, that some of those people were also on
18  Standards of Care 8.
19      Some of them were -- were probably retired
20  or too old to be on Standards of Care 8.       02:54:28
21      Q.  BY MR. HILDABRAND:  And do the 2017
22  Endocrine Society guidelines also include
23  recommendations about gender-affirming surgeries?
24      MR. SELDIN:  Object to form.
25      THE WITNESS:  They -- they do make some    02:54:40

1  reference, from my recollection.
2       Q.  BY MR. HILDABRAND:  Do the 2017 Endocrine
3  Society guidelines provide any recommended minimal
4  ages for gender-affirming surgeries?
5       MR. SELDIN:  Object to form.              02:54:56
6       THE WITNESS:  I would have to look again.
7  But I think they do somewhere here make some
8  recommendations, but I would have to look
9  specifically for where they -- where they say that.
10      Q.  BY MR. HILDABRAND:  So off the top of your  02:55:16
11  head, you don't know if the 2017 Endocrine Society
12  guidelines make recommendations about
13  gender-affirming surgeries?
14      A.  I think that they -- my recollection is
15  that they may have in terms of chest surgery and,  02:55:33
16  you know, that the people are adults and getting
17  general surgery.  But I don't -- I don't recall.
18  Certainly the focus of the guidelines were
19  endocrine treatments, not surgical treatments.
20      Q.  Do you want to -- if you would move to   02:56:18
21  page 3893 in this document.
22      A.  Yeah.
23      Q.  Do you see where the 2017 Endocrine
24  Society guidelines provide criteria for
25  gender-affirming surgery which affects fertility?  02:56:30

MAGNA
LEGAL SERVICES

1    A.  Yes.
2    Q.  So the 2017 Endocrine Society Guidelines
3  provided criteria for gender-affirming surgery?
4    A.  Yes.  And in particular here, yes,
5  effects -- yes.                          02:56:48
6      MR. HILDABRAND:  If we want to take --
7  let's go off the record now, if that's all right.
8      THE VIDEOGRAPHER:  We're off the record.
9  The time is 2:56 p.m.
10      (A recess was taken.)          03:06:25
11      THE VIDEOGRAPHER:  Okay.  We're back on
12  the record.  The time is 3:05 p.m.
13    Q.  BY MR. HILDABRAND:  Dr. Karasic, let's go
14  back to what was marked as Exhibit 15.
15    A.  Which one?  Okay.            03:06:37
16    Q.  We're going to go to page 42.  Also marked
17  at the bottom is BOEAL_WPATH_109285.
18    A.  Page 42?
19    Q.  Yes.  Have you seen this email at the top
20  before?                              03:07:06
21    A.  Yes.
22    Q.  And this is an email you sent to Eli
23  Coleman on August 28, 2021; is that correct?
24    A.  Yes.
25    Q.  And did you tell Eli Coleman, "I will come   03:07:22

1  up with an edited updated draft of the medical
2  necessity statement for the introduction"?
3    A.  Yes.
4    Q.  And let's go to page 64.  That's also
5  marked at the bottom as BOEAL_WPATH_126702.      03:07:48
6    A.  Yes.
7    Q.  All right.  And this -- is this an email
8  you sent in May 2022?
9    A.  Yes.
10    Q.  And did you suggest, "Is the Delphi   03:08:04
11  statement on medical necessity in the medical
12  necessity statement we have been circulating still
13  going in the introduction of SOC8?  If so, then a
14  different refocused statement could go in a global
15  chapter"?                            03:08:22
16    A.  Yes.  This was in response to an email
17  chain, again, where probably the same person was
18  objecting to having this U.S.-centric statement, I
19  assume.  And so there was a discussion of different
20  possibilities of -- and -- and I think that's what   03:08:43
21  I meant.
22    Q.  Okay.  Have you answered all the questions
23  today fully and truthfully to the best of your
24  ability?
25    A.  Yes.                          03:08:57

1      MR. HILDABRAND:  I will turn it over to
2  plaintiffs, reserve, of course, any redirect.
3      MR. SELDIN:  Thank you.  We don't have any
4  questions for the witness.  We will, however, read
5  and sign.  Thank you.                  03:09:08
6      Also, I have noted that within this
7  deposition, there was certain discussions of a
8  specific patient of Dr. Karasic's.  We've marked
9  that confidential.
10      I know there's a pending email about how   03:09:21
11  we're dealing with confidential information in
12  other contexts.  You and I will sort that out.  But
13  I just want to note, again, that we do have a
14  confidential portion of this deposition transcript
15  as it stands.                        03:09:28
16      MR. HILDABRAND:  Thank you.
17      We reserve, of course, our rights on it
18  being designated or not, but we'll sort that out
19  later.
20      And we, of course, would like to have the   03:09:34
21  transcript ordered, I think expedited.
22      MR. SELDIN:  And plaintiffs will have what
23  defendants are having in terms of time.  So thank
24  you.
25      MR. HILDABRAND:  All right.        03:09:43

1      THE VIDEOGRAPHER:  This concludes today's
2  deposition of Dr. Dan Karasic.  The master media of
3  today's deposition will remain in the custody of
4  Magna Legal Services.  The time is 3:09 p.m.
5      (Whereupon the proceedings were
6      concluded at 3:09 p.m.)
7      ---o0o---
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1  I have read the foregoing deposition transcript and
2     by signing hereafter, approve same.
3  Dated_____.
4
5        _____
6            (Signature of Deponent)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1        DEPOSITION OFFICER'S CERTIFICATE
2            (Civ. Proc. § 2025.520(e))
3  STATE OF CALIFORNIA      )
4                )  Ss
5  COUNTY OF SAN FRANCISCO  )
6        I, BALINDA DUNLAP, CSR #10710, hereby
7  certify:
8        I am a duly qualified Certified Shorthand
9  Reporter, in the State of California, holder of
10 Certificate Number CSR 10710 issued by the Court
11 Reporters Board of California and which is in full
12 force and effect.  (Bus. & Prof. § 8016)
13       I am not financially interested in this
14 action and am not a relative or employee of any
15 attorney of the parties, or of any of the parties.
16 (Civ. Proc. § 2025.320(a))
17       I am authorized to administer oaths or
18 affirmations pursuant to California Code of Civil
19 Procedure, Section 2093(b) and prior to being
20 examined, the deponent was first placed under oath
21 or affirmation by me.  (Civ. Proc. §§ 2025.320,
22 2025.540(a))
23       I am the deposition officer that
24 stenographically recorded the testimony in the
25 foregoing deposition and the foregoing transcript

1  is a true record of the testimony given.  (Civ.
2  Proc. § 2025.540(a))
3        I have not, and shall not, offer or
4  provide any services or products to any party's
5  attorney or third party who is financing all or
6  part of the action without first offering same to
7  all parties or their attorneys attending the
8  deposition and making same available at the same
9  time to all parties or their attorneys.  (Civ.
10 Proc. § 2025.320(b))
11       I shall not provide any service or product
12 consisting of the deposition officer's notations or
13 comments regarding the demeanor of any witness,
14 attorney, or party present at the deposition to any
15 party or any party's attorney or third party who is
16 financing all or part of the action, nor shall I
17 collect any personal identifying information about
18 the witness as a service or product to be provided
19 to any party or third party who is financing all or
20 part of the action.  (Civ. Proc. § 2025.320(c))
21
22 Dated: _____
23        _____
24
25

1        DEPOSITION OFFICER'S CERTIFICATE
        (Civ.Proc. § 2025.520(e))
2
   STATE OF CALIFORNIA     )
3                )  Ss.
   COUNTY OF SAN FRANCISCO )
4
5        I, Balinda Dunlap, hereby
6  certify:
7        I am the deposition officer that
8  stenographically recorded the testimony in the
9  foregoing deposition.
10       Written notice pursuant to Code of Civil
11 Procedure, Section 2025.520(a), having been sent,
12 the deponent took the following action within the
13 allotted period with respect to the transcript of
14 the deposition:
15       ( ) In person, at the office of the
16 deposition officer, made the changes set forth on
17 the original of the transcript.  (The parties
18 attending the deposition have been notified of said
19 changes.)
20       ( ) Approved the transcript by signing
21 it.
22       ( ) Refused to approve the transcript by
23 not signing it.
24       ( ) By means of a signed letter, made the
25 changes and approved or refused to approve the

MAGNA
LEGAL SERVICES

1  transcript as set forth therein.  (Said letter has
2  been attached to the original transcript and copies
3  thereof mailed to all parties attending the
4  deposition.)
5       ( ) Failed to approve the transcript
6  within the allotted time period.
7  Dated _____.
8
9
10  _____
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

MAGNA
LEGAL SERVICES

## A

**AAP**
198:23 200:3,4
**ABC**
150:17
**abilities**
112:8,10,22
**ability**
118:9 120:23 207:24
**able**
87:23 88:4 104:22
105:1 112:4 115:17
116:2 117:1 123:5
140:14 191:18
**absence**
44:21 166:18,19
**abstract**
100:23
**abstracts**
117:25
**abuse**
125:11,12 126:7,12
**abusive**
124:6 125:5,10,14
126:5 150:7
**academician**
169:18
**Academy**
156:20,22 158:2,14
160:15 200:19
**acarolan@selendy...**
2:10
**accept**
124:10 126:11
**access**
64:25 65:3,8 71:16
72:10 73:10,22
177:12,16 191:13
192:24
**accident**
119:18
**accommodating**
70:14
**account**
44:17 114:16 128:5

**accurate**
26:25 34:1 157:4
163:11
**accurately**
56:19 171:23
**accused**
148:17 149:14
154:15
**achieve**
116:2 118:9
**acknowledged**
100:14
**ACLU**
2:4 6:8 11:23
**act**
31:13 40:22 191:24
**acting**
40:21
**action**
211:14 212:6,16,20
213:12
**actions**
178:11
**active**
102:16 116:9
**actively**
200:20
**activist**
184:24
**actual**
115:20 128:4 176:16
**add**
200:2
**addition**
169:14
**additional**
26:11 197:7
**address**
87:13 101:6
**addressed**
97:22
**adjusting**
113:19
**Adkins**
130:21 133:13
**administer**

211:17
**administration**
196:22
**Admiral**
194:3,4,5,7 195:6,25
196:13
**adolescence**
72:19,21 116:4,13
**adolescent**
21:1 83:21 84:18
85:19 90:17 97:19
138:9,10 195:12,21
199:11,17
**adolescents**
4:4,13 18:15,17,21
19:6,10 20:8 21:8
21:13 49:5,22 50:1
50:9,13 58:2,4,18
63:17,22 64:9,11
71:24 73:1,4,14,17
84:23 85:15,21 86:2
86:16 87:19 88:14
127:16 135:13
138:8 141:2,5,8
156:17 165:21
166:3,8 168:15
**adolescent's**
20:23 21:24
**adopt**
75:17
**adopted**
93:17 94:25
**adoption**
38:15
**adult**
87:2,9 90:15,16
118:15 124:17,18
124:22 128:18
154:7,11
**adulthood**
72:19 138:8 140:13
**adults**
18:2,5 19:12,20 20:1
20:5 24:4,5 49:6,22
50:2,9,14 58:4,19
63:17,22 64:8,10,14

71:5 87:9 107:20
110:23 113:2,3
116:8 124:17
127:16,17,17,18
128:15 135:22
136:6 140:6,8,21
141:2,5,8 147:11
154:11 166:14
193:20,24 205:16
**advice**
111:5
**advisable**
181:5
**affect**
82:9 103:24 118:18
118:21,22 127:24
132:21
**affirm**
124:7 125:6 126:6
**affirmation**
211:21
**affirmations**
211:18
**Affirmed**
38:4
**affirming**
91:15
**afford**
191:25 192:20
193:17
**Affordable**
191:24
**AFTERNOON**
90:2
**age**
112:21 115:10 116:1
117:7 119:13 120:7
131:15 137:25
138:13,22,22 139:3
139:4,18 144:17
145:2,6 166:14
167:8 196:14
200:20
**agenda**
17:8
**agender**

42:15
**agents**
71:25 72:3,8
**ages**
120:13 142:3 196:22
198:22 199:7 200:1
205:4
**ago**
15:16 86:19 167:24
**agree**
17:10 22:17 23:2,12
23:23 31:7,21 38:9
38:20 39:4,5 40:24
41:5,9,20,24 46:8
60:7 78:14,25 81:13
85:4,24 86:7 95:17
96:8 114:2 118:7
122:13 125:4
127:21 131:18
132:7,13 133:17
136:4 137:6,13
141:15 142:13,18
142:21 143:11,25
147:25 151:10
152:3,9 166:19,22
167:15,20
**agreed**
198:21 199:6 200:1,2
200:18
**agreement**
120:19 122:11 123:5
**ahead**
107:14 136:16
**Aine**
2:9 6:9
**Aires**
179:2
**al**
1:7,12 5:16,17 83:13
91:4 166:12
**Alabama**
175:12 194:25
197:12
**Alan**
1:10 5:16
**align**

16:23 18:10
**aligns**
34:23
**allotted**
213:13 214:6
**allow**
144:15
**allowed**
110:19 183:18
**allows**
17:5 121:12
**alter**
36:9
**alternative**
37:23
**altogether**
41:11 42:2
**ambiguous**
32:2
**America**
171:14 186:9
**American**
4:12 27:5 35:24 36:7
36:9,13 37:2,19
52:15 67:20 120:12
156:20,22 158:2,14
158:20 160:12,14
160:14,15 161:17
161:22 163:25
164:2,5,7,12,16,19
165:5,19,24 186:12
196:3 200:19
**Americas**
2:8
**amicus**
157:2,13 158:9
**amount**
117:21
**analogies**
114:15
**Analogues**
4:5
**androgen**
32:6 127:19
**androgen-blocking**
127:19

**androgen-lowering**
118:17
**androgyne**
42:12
**and/or**
38:6 69:20
**animus**
13:1
**anonymized**
145:15
**answer**
7:8,23 8:2,2 23:8,9
26:10,12 28:2,6
33:11 44:3 50:24
56:16,20 57:7 59:16
60:3 66:7 69:10
78:4 80:17 81:7
94:1 95:4,10 114:8
114:13 130:1,7
131:5 159:20 160:3
160:12 184:2 192:8
192:16 193:15
200:5
**answered**
70:23 77:4,19 78:10
112:1 131:2,3
143:15 207:22
**answering**
7:17,21
**answers**
71:3
**antiandrogens**
128:15
**anticipated**
179:7
**antidepressant**
113:19
**antigen**
30:1
**anti-conversion**
154:14
**anti-LGBT**
150:23
**anyway**
88:3 154:18
**apart**

148:1
**apologize**
62:19
**Apparently**
196:20
**appear**
24:24 25:1 175:11
194:23 197:10
198:5
**appearance**
27:18 31:23 32:1
33:16,22 34:7,13,18
34:24
**appeared**
5:9
**appears**
101:25 195:20
**Appendix**
37:10 45:19 64:7
66:3,17
**applicability**
174:1,21 186:7,22
189:2,3 190:16
**applicable**
186:8
**application**
68:23
**applied**
16:21
**applying**
91:20 92:22 93:1
**appointed**
169:14
**appointment**
103:19
**appointments**
87:20 103:3
**appreciate**
152:3
**appreciation**
113:21
**approach**
152:12
**approaches**
60:18
**appropriate**



127:15 138:6 155:6
191:3
**approve**
210:2 213:22,25
214:5
**approved**
162:1 173:12 174:5
190:24,25 195:5
213:20,25
**approximately**
5:22 88:6
**April**
3:22 4:16 56:1 180:6
180:10
**Arcelus**
198:6,9 199:20
**areas**
51:4
**argument**
167:22 189:4
**Arkansas**
32:9 158:24
**arrested**
150:19
**article**
3:19 4:3 10:2,7 83:18
85:4,6 100:15,23
101:3,5,8,10,16,19
155:1,4,5,14,19
156:1,5 166:25
192:10,11
**articles**
9:14,22,23 10:10
83:12 161:13
**Asa**
199:19
**ascribe**
38:23
**aside**
27:12 57:11
**asked**
7:18 25:12 26:22
33:7 59:13,25 70:22
77:3,18 78:9 80:13
81:4 94:24 95:7
114:6 129:25 130:4

143:10,14,17
159:24 160:10
174:3,20,24 180:16
181:5 192:14
196:13,23
**asking**
7:20 13:10 17:20,22
41:19 42:17 54:2
62:19 105:10
153:23 167:7
189:21 195:8
**aspects**
16:24 23:19
**ASPS**
4:12 168:12
**Assembly**
3:9
**assent**
109:6 114:11,15
115:6,12,17 117:6
119:12
**assenting**
113:17 114:4,18,21
**asserted**
87:5 124:7 125:6
149:15
**asserting**
183:5
**assertion**
85:17 86:5
**assessment**
103:20 104:14
110:11 111:13
112:11 113:12
**assessors**
154:9
**assign**
34:17
**assigned**
27:17 31:11,25 33:14
33:20 34:6,15,19
35:2,5 37:25 48:23
83:3 86:21 118:16
132:20
**assignments**
28:13

**associated**
66:1
**association**
6:1 35:24 36:8,14
37:3,20 52:15 67:21
158:20 160:13,14
160:15 161:19,23
**associations**
163:20
**Association's**
36:10 161:18
**assume**
7:16 10:8 13:8 17:16
87:21 99:23 102:22
117:24 130:6 176:6
180:25 204:15
207:19
**assumption**
116:25
**attached**
214:2
**attempt**
150:9
**attending**
87:19 212:7 213:18
214:3
**attorney**
1:11 211:15 212:5,14
212:15
**attorneys**
177:11,15,19 178:6
212:7,9
**attraction**
84:22 85:13 86:1,10
**attribute**
30:19,25 31:5
**attributes**
29:23,24 48:23
**audience**
117:23 179:10
**augmentation**
18:8,12 19:23
**August**
4:14 165:6,11 187:21
206:23
**Australia**

87:23,24 88:2
**Australian**
4:7
**author**
74:6 100:14 102:11
154:23 180:16
190:20,23 195:11
**authored**
204:3
**authoring**
196:2
**authority**
28:18 48:10 160:6
**authorize**
121:13
**authorized**
211:17
**authors**
74:5 96:18 97:5
163:3 190:25
203:20 204:12
**autism**
150:1
**available**
107:11,12 212:8
**Avenue**
2:8,13
**avoided**
30:10
**aware**
59:14,25 74:5,9,13
81:25 82:17 86:18
93:16 100:13
105:25 121:21,21
121:22 123:6 134:5
134:25 165:18
167:4 195:4 196:13
198:21 200:7,16
**awareness**
84:21 85:12,25 86:9
**a-n-d-r-o-g-y-n-e**
42:13
**A-1**
54:19 55:5
**a.m**
5:5,22 47:21,24 89:4

90:5

**B**

**B**
45:19 51:1 64:22
65:24 66:4,25 71:12
71:19 72:7 73:8,20
74:2 160:24 161:11
**back**
22:25 27:15 35:9,10
35:11 47:23,25 59:6
64:3 71:1 81:16
85:23 90:11 105:14
130:20 133:6 136:1
136:2,2 141:3 147:3
147:13 156:9 167:9
178:23 179:4
184:16,20 185:11
189:11,11 203:15
206:11,14
**back-and-forth**
188:21
**baked**
149:2
**Balinda**
1:24 5:6,25 211:6
213:5
**ban**
145:23 146:1,13
**banned**
146:21 149:14
**bans**
146:24 147:22
**barely**
41:16
**base**
168:13
**based**
16:11 27:18 31:22
33:15,21,22 34:6,18
82:1 120:1,4,8
201:19 202:3
**bases**
48:6,11 81:22
**basically**
144:21 145:16 147:8

**battles**
178:3
**becoming**
82:4
**beginning**
20:10 21:14
**begins**
26:17 103:13 142:5
**begun**
14:23
**behalf**
6:8,10 179:22
**behavior**
40:1 54:16,23
**behaviors**
53:12
**belief**
147:21
**believe**
11:11 23:20 24:22
37:4 51:15 55:18
65:14 85:16 102:13
108:6 119:13
126:10 133:15
149:24 198:15
202:16 204:9
**believed**
184:19
**Bench**
3:23
**beneficial**
185:2
**benefit**
146:4,15 147:20
151:8,23
**benefits**
118:14 135:17
136:20
**best**
114:8,10 159:25
207:23
**best-known**
29:24
**better**
44:6 45:15 124:25
143:21

**BHH**
1:10
**bibliography**
160:24 161:6
**Biden**
196:21
**big**
87:25 135:8 153:1
**bigender**
42:12
**bill**
12:9,11,11,12,21
**bills**
57:15,23
**binary**
43:16,22 44:13 46:6
46:14
**bioethicist**
126:24
**biological**
29:20,23 30:7,8,9,16
48:6,11 81:21
**birth**
27:17 31:11,25 33:14
33:20 34:6,15,17,20
35:2,5 37:25 48:23
83:4,22 86:21 88:10
99:5,9 100:12
102:25 104:16
118:16 132:21
149:6,20 150:4
**birth-registered**
4:7 104:9
**bit**
88:20 103:12 193:2
203:6
**Blake**
102:7,11
**blockers**
18:1 20:4,10,23 21:6
49:16 72:15 88:7
94:4,6,11,13 99:3,9
99:17,21 100:2
104:5 105:18
115:25 116:11,12
116:20 127:2,7,14

127:22,23 128:2,6
128:11,22 130:9
131:14,19 132:9,14
132:15 134:1,1,2
135:12 138:18,22
139:3,18,25 140:5
140:11,16 155:8,10
**blogs**
79:15
**Blue**
24:10,10,18,18
**board**
145:10 148:2 163:4,5
174:4,5 177:1,3
178:13 185:24
189:11 190:22,24
198:16 201:7,9,11
211:11
**boards**
146:8 147:23
**BOD**
201:7
**body**
16:23 18:10 142:7
**bodybuilders**
134:12
**body-contouring**
19:24
**Boe**
175:12 194:24
197:11,12
**BOEAL**
180:4
**BOEAL_WPATH...**
195:17
**BOEAL_WPATH...**
197:18
**BOEAL_WPATH...**
201:2
**BOEAL_WPATH...**
206:17
**BOEAL_WPATH...**
187:20
**BOEAL_WPATH...**
187:5 207:5
**BOEAL_WPATH...**

181:21
**BOEAL_WPATH...**
180:5
**BOEAL_WPATH...**
175:16
**bone**
127:24 132:5
**born**
83:2
**bottom**
35:12 64:13 84:17
141:20 175:21
180:4 182:8,12,20
187:5,19 201:2
206:17 207:5
**Bouman**
198:11,15
**boy**
37:22 40:22 150:5
**bracket**
36:12
**bracketed**
36:19
**brain**
31:4 58:10 60:13
61:13 142:22
143:12
**Brandt**
32:11 33:4 59:5,12
80:2,4,11 94:15,17
94:21 128:25
129:15 158:24,25
192:5
**break**
8:4,5 44:10 47:17
48:15 89:1 90:8
129:9 132:23
133:10 170:22
**breast**
18:8,12 19:3,23
**brief**
176:20
**briefly**
154:1
**briefs**
157:2,13 158:9

**Brik**
83:13,15,21 84:12
87:18 88:13
**bring**
59:5 124:15 150:25
**Broad**
2:4
**broader**
17:2 46:16 55:9 59:2
69:23 70:16 87:6
113:14 183:8
**brought**
54:15 59:4 124:12
150:16,24
**Brown**
147:3
**Bruce**
166:12
**Buenos**
179:2
**bunch**
92:14 155:15 198:3
**Bus**
211:12
**Bustos's**
92:13
**B-r-a-n-d-t**
32:11
**B-r-i-k**
83:16

---
### C
---
**c**
2:1 109:1
**California**
5:1,6,8,21 14:14 15:5
15:8,11 90:1 121:10
121:12,12 191:21
211:3,9,11,18 213:2
**California's**
191:21
**call**
132:23
**called**
6:15 25:8 39:15
**Calls**

121:17 126:8
**capacity**
1:11
**capture**
93:9
**captured**
91:11
**captures**
93:11
**car**
119:18
**care**
3:19 16:6,9,18,19,22
16:23 17:2,3,19,25
18:17 19:5,14,21
20:5,7,22 21:7,13
21:23 22:9,13,18
23:3,13,18,19,20,21
23:24 24:5,5,6
25:14 26:6 45:5,8
45:22 61:7,17 63:21
64:4 65:8 68:22
69:18 70:3,8,13,18
74:7,25 75:4,20
76:11,17,22 77:6,15
78:6 93:18 95:18,20
95:23 96:2,6,10,20
96:25 97:1,4,5,9,11
98:2,10 102:21
103:11 107:9 108:4
108:11,16 114:16
115:5,16,17 119:5,9
119:12,17,17 120:7
120:16 121:1 122:1
122:10,11 123:2,23
124:18,18,19
127:20 141:12,16
143:20,22 144:10
144:15 146:10
154:20,24 156:23
157:6,7,12,16,22,24
158:4,9,11,16,19,23
159:2,14,22,23
160:6,17 163:21
164:9 169:1,5,9,19
170:5 171:25 172:4

172:7,12 173:1,16
174:8,10,15 176:19
176:22 177:5,12,16
178:3,7,15,24 179:1
179:5,8,8,10,16,23
179:24 180:18
181:10 183:16,19
183:24 184:4,11,11
184:12 185:1,7
186:5,15 187:15
188:3,13 189:7,13
190:2,8,11 191:4,24
195:5,21 196:15
198:10,19,23 199:6
200:17 202:12,19
203:1,2,6 204:13,18
204:20
**careers**
144:24
**caring**
122:3
**Carolan**
2:9 6:9,9
**Carolina**
1:2,11 3:9 5:18 9:2
11:10,18 12:9,10,11
12:12,15,21 13:2
14:17,20 57:16
108:15,19,22 119:1
133:14,16
**Carolina's**
57:21
**case**
1:9 5:19 8:25 9:1,2
9:20 10:16 11:24
12:15 13:7,12,15,19
13:23 24:8,10 25:3
25:7 26:5 32:9,11
33:1 46:13 55:13,16
61:19 66:15,20 80:8
87:3,6 91:25 95:13
130:16 145:4
149:22 151:18
157:23 158:24,25
160:23 171:6
175:13 179:14

186:23 188:12,16
194:25 200:9
**cases**
23:24 45:17 58:8,22
58:24 118:22
119:23 121:25
122:2,20 123:4,6,11
123:17 124:10
125:9,10 186:17
200:14
**Cass**
95:14,18 96:13,21
97:6
**catching**
82:11
**categorically**
114:3 183:6
**category**
43:22 52:8
**caught**
150:19
**causes**
69:14 70:10
**caution**
148:8
**Cavve**
87:22 88:12,19 98:15
100:14 102:7,11
**cc'd**
198:17
**center**
187:10,14
**central**
182:25 189:7
**centric**
186:9,23 187:2
207:18
**century**
135:20,21
**certain**
77:6 83:8 189:6
208:7
**certainly**
19:10 44:22 74:23
75:16 79:18 96:22
110:14 111:4 112:8

117:5,7 120:16
125:8 137:23 138:2
142:18 148:15
152:17 155:24
166:6 169:17
178:17 179:5 202:6
205:18
**certainty**
168:16 202:15,25
203:3,3
**Certificate**
211:1,10 213:1
**Certified**
5:7 211:8
**certify**
211:7 213:6
**cetera**
31:13 196:7
**chain**
181:14 186:1 195:10
195:14 201:3
207:17
**chair**
45:10 168:25 172:8
172:13,21 173:6
198:16,18
**chairs**
195:6 199:10,16
**challenged**
28:19 179:15
**challenging**
179:22
**change**
48:7 78:20 79:1
80:15,16,25 81:2,3
81:23 82:14,15 91:3
91:21 92:23 93:1,6
147:9 148:25 181:9
**changeable**
82:12
**changed**
15:16 52:6 79:17
**changes**
78:15 213:16,19,25
**changing**
82:1

**chapter**
21:1 45:11 97:19,20
169:1,6,10,10,13,16
169:21 170:1,2,6,7
172:22 173:4,6,7,12
173:15,19,20,20,25
174:16,21,23 183:8
186:7 189:3 190:15
195:12 199:11,18
207:15
**chapters**
169:22 173:22
**characteristic**
31:8,12,18 33:9
**characteristics**
30:3 31:20 38:2
**characterize**
29:19,23
**Charleston**
1:3 5:19
**checked**
11:4 196:6
**checking**
10:25
**chest**
18:4,21,23,24 19:1
20:1 166:2,8,13
168:13 205:15
**child**
40:21,21 53:1,5
82:17 122:4,12,24
123:15 124:6 125:5
125:12 126:5,7,12
**childabrand@coo...**
2:15
**childhood**
53:12 72:18 83:6
**children**
40:9 49:3,15,18,19
53:2,6 54:4,18 55:1
55:8,8 56:10,25
82:23 87:19 88:13
141:1
**child's**
123:18 124:7,11
125:6 126:6

**choose**
43:11 152:11
**chose**
74:19
**Christine**
10:3
**chromosomal**
31:23 33:17,22 34:7
34:22,22 35:3
**chromosomes**
29:25 32:5,6 33:18
33:23 34:8,14,16
**cingulate**
58:9,9
**circulated**
175:24
**circulating**
207:12
**circumstance**
87:1
**circumstances**
82:23 94:7 122:7
123:12 124:1,2
**cisgender**
39:12 40:2 116:15
**citation**
27:22,25 28:3,10
107:16 156:19
157:7
**citations**
157:3,20
**cite**
28:18 36:5 83:11
87:22 135:16,18
158:13,18
**cited**
10:7 28:21 36:7 37:2
169:22
**cities**
88:4
**citing**
91:4
**Civ**
211:2,16,21 212:1,9
212:20
**civil**



148:1 211:18
213:10
**Civ.Proc**
213:1
**claim**
27:22,25 28:3 57:16
**clarification**
10:21 12:18 21:9
29:21 32:7 36:15
41:23 49:24 53:8
57:5 61:22 63:19
76:1 139:23 191:7
201:17
**clarified**
132:1
**clarifier**
109:22
**clarify**
55:15 153:22
**clarifying**
182:14
**clarity**
153:16 164:15
**Clark**
2:14 6:4
**class**
13:12,15,18
**clear**
7:23 21:21 22:8 26:3
27:24 28:2 65:24
69:5,24 70:17 82:12
85:10 90:14 101:2
127:5,12 141:6
156:22 157:19
159:12 184:10
189:15
**clearer**
78:1
**clearly**
7:12 143:6 146:3,14
147:19 151:6
**client**
17:6
**climate**
156:1
**clinic**

4:8 14:2,7 54:15 88:8
88:8 99:8 102:22,24
103:11 105:2 154:7
154:8,11,18
**clinical**
3:14 47:4 55:6 69:16
70:12 79:13 94:8,10
119:10 153:11
158:10 162:24
**clinically**
51:2 68:4 69:14 94:4
**clinically-significant**
63:14 68:12 70:10
**clinician**
68:9
**clinicians**
40:12 44:20 46:25
179:12
**clinic's**
154:10
**close**
44:8 133:12 154:17
159:3,4
**closed**
102:19,21 103:4,11
104:21
**closure**
104:23
**closures**
104:10
**coauthor**
154:20
**coauthored**
204:4
**coauthors**
45:7 190:21 204:13
**cochairs**
172:8,13 198:9
199:17
**Code**
211:18 213:10
**codes**
67:6,10
**cognitive**
109:3 112:7,10,11,22
143:7,23

**cognitively**
109:7,11,16,22 110:2
110:7 111:9,23
112:13 113:7,13
114:24 115:11
143:21
**Cohen-Kettenis**
203:23,25
**cohort**
4:8 105:22 115:25
116:11
**Coleman**
174:20 198:17,18
199:16,19 206:23
206:25
**colleague**
144:8,25 145:3,5,9
145:14,20
**colleague's**
86:18
**collect**
212:17
**collected**
117:21 145:15
**collection**
195:16 201:1
**college**
167:25
**colon**
106:5
**column**
45:25
**come**
8:11 42:25 79:14
122:11 123:5
153:13 156:2 168:2
168:5 199:2 206:25
**comes**
138:25 166:8
**coming**
38:6 88:23 129:5
149:11
**commencing**
5:4
**comment**
97:13,15,25 102:1,7

102:9,14 115:19
172:20 176:2
177:13,18 180:22
188:17
**commenting**
176:3 185:16 186:12
**comments**
97:1,8,17,21 98:3
101:15,20,21 175:1
175:6 189:21
212:13
**commitment**
97:15
**committed**
91:20 150:11,15
**committee**
74:18 97:23
**committees**
169:21
**common**
15:22 18:19 23:19
24:4 38:13,18,19
39:22,22 40:8 42:4
60:17 86:6 191:10
191:16
**commonly**
38:12 39:13
**communicate**
125:1
**community**
67:23 146:11 156:15
169:15
**compared**
116:21
**comparing**
116:14
**compendium**
135:23
**competent**
6:24 7:4
**complaint**
11:11,21,22,25 12:4
**complete**
32:6 128:17
**completed**
136:10,14 180:16



106:1
**comprehensive**
20:14,17
**comprise**
104:9
**compulsive**
58:25
**conception**
46:15
**concern**
127:21 142:23 143:1
**concerned**
111:19 112:9 155:25
**concerns**
113:1
**concluded**
209:6
**concludes**
209:1
**conclusion**
121:18 126:9
**conclusions**
149:12 199:2
**conduct**
145:21
**conducted**
16:8
**conducting**
15:23 148:2
**conference**
117:17 155:17
**conferences**
118:1,2
**confidential**
1:19 55:23 61:3
62:22,25 90:11
208:9,11,14
**conflict**
124:12
**connected**
32:1 151:22
**consent**
109:23 110:2,7,11,15
110:19 112:20
113:8,20,23 114:11
114:17 115:6,15

117:1,6 118:25
119:6,16,16,21,25
120:6,13,18 121:5
121:15 122:15,19
**consenting**
109:19 111:20
112:10 113:1,2,16
113:17 114:20
120:20
**consents**
122:8
**consent/assent**
109:4
**consequences**
109:8 112:4 113:3
115:5,16
**conservative**
15:19
**consider**
17:16,18,24 19:13,20
34:13 43:8 44:14
46:3,5,13 126:3
138:6 149:9
**considerable**
166:1
**Considerations**
142:3
**considered**
61:13 67:19 138:11
**considering**
124:1 125:16
**considers**
46:11
**consistent**
161:24
**consisting**
212:12
**constituting**
162:23
**consulting**
113:19
**contact**
61:11
**contained**
170:6
**contains**

26:10 176:5
**context**
16:20 26:11,15 27:3
34:21 37:7 57:2
69:25 77:25 115:14
**contexts**
179:6 201:15,18
202:2 208:12
**continue**
61:3
**continued**
86:24 103:2 143:2
**continues**
103:23 184:25
**continuing**
94:3 128:8 138:15
**contrast**
63:12
**controversy**
149:17
**conversation**
183:8 186:10
**conversations**
120:22
**conversion**
146:21,24 147:16
148:3,10,17,18,22
148:23 149:10,12
149:16 154:15,17
**convince**
198:22
**Cooper**
2:12 6:5
**copied**
49:10
**copies**
214:2
**copy**
24:13 32:18,25 163:6
163:12
**core**
82:11
**Cornell**
135:16 136:4
**correct**
10:19 11:6 12:16,19

12:25 13:5,21,25
14:11,17,18,20,21
14:24,25 15:2,3
20:2,6,10,12,18,19
21:15,17 22:11
27:21 28:4,15,17
30:12,19 31:5,6,18
33:4 34:14 35:14
36:5,7 39:2,3 47:14
48:9,25 49:6 50:4
50:11 51:4,12 52:23
53:4 54:7,12 56:4
57:8,21,25 58:1,5
59:17 63:8,15 65:11
65:25 66:4 67:15
69:8,11 70:5 71:20
74:3,4,10,17 75:8
75:14 76:5 91:14,17
91:21,23 92:17 95:2
95:3,4,8,10,13,16
100:3,5 104:18
106:23 107:16,20
108:14,20,25
118:10,24 119:3
120:2 121:16 127:6
127:8 132:12
140:18 141:9
158:12,18 160:21
164:6,11,18,21
165:10 166:4
168:16,22 169:23
169:25 170:8
171:14 172:5,9,14
173:18 176:20
180:11,18 183:21
183:22 185:13
192:13 206:23
**correspond**
37:25
**cosigned**
199:23
**cosmetic**
188:4
**counsel**
6:2 7:25 11:23 26:14
32:19,22 48:14


MAGNA
LEGAL SERVICES

66:12,19 88:23 90:8
101:1 130:16,20
133:9 170:22 176:5
194:15,18
**counseling**
20:9
**count**
15:15,16
**countries**
69:17 76:21 119:11
119:12 120:12
**country**
76:20 183:10
**County**
5:8 211:5 213:3
**couple**
9:14,22 92:16 117:9
137:20
**course**
8:17 55:24 62:24
71:2 78:15,16 81:10
81:11 123:24
132:19 144:24
157:6 192:10,11
208:2,17,20
**court**
1:1 5:18,25 6:12 7:9
7:13 122:5 123:12
123:25 130:15
186:17 188:2,12,16
211:10
**courts**
121:13 122:2,21
123:7,22
**cover**
194:16
**coverage**
4:11 163:14 176:24
177:10 191:5,9,15
192:1,2,4 193:5,18
**covered**
51:15 184:5,6
**covering**
192:18 193:6
**COVID**
88:1

**create**
171:4
**created**
190:2
**creating**
124:12
**criminal**
147:24
**criteria**
47:3 49:10 50:13,20
51:10 52:3,9,17
53:16,24 54:10,19
55:5 63:16,21 64:7
64:13,16,19,22,23
66:3,6,9,10,13,18
67:2,4 68:6,21
70:14,16 71:2,4,5,9
71:12,13,19,22,23
72:2,3,7,9,25 73:3,8
73:9,14,16,20,21
74:19 77:11,21,25
78:12 205:24 206:3
**criterion**
54:22
**cross**
24:10,18 130:22,22
**cross-gender**
43:16 53:12 54:16
**cross-sex**
21:6,14,23 49:16
50:3,7 62:5 70:20
108:12 131:20
132:10,16,18,20
133:17
**CRR**
1:24
**CSR**
1:24 211:6,10
**current**
52:16 155:25 167:15
**currently**
13:6 61:9 165:25
167:5 168:12 183:3
**cursory**
32:3
**custodial**

123:8
**custody**
209:3
**C.P**
24:10,18 25:8,10
26:5

------

**D**

**D**
64:7 66:3,17
**Dan**
1:18 3:2,7,11,15,21
4:15 5:15 6:14,23
182:3,7,8 209:2
**Daniel**
147:3
**data**
91:10 92:9 93:11
106:23 115:21,21
116:24 117:3,20,21
137:7,14,23 139:9,9
141:21 142:8,15,19
145:15,21 146:25
147:2 152:4 155:7,9
155:16 166:18,19
202:16
**date**
8:15 24:23 159:3
173:9
**Dated**
3:11,15,22,24 4:6,9
4:14,15 210:3
212:22 214:7
**day**
5:4 80:7
**days**
15:20 199:9
**dealing**
208:11
**death**
106:11
**debate**
178:21
**decade**
92:6
**decades**

82:13 140:11 147:1
**December**
4:9
**decide**
109:23 110:2 111:10
111:23 113:8 123:2
123:13
**decided**
138:12 154:17
186:16 191:2
**decision**
67:3 68:19 75:21
76:19,25 111:10
123:9,13,20,20
126:4 130:3 178:10
178:13,23 185:22
186:2 189:9,18
190:14,17,19
191:20
**decisions**
109:7,12,17 111:3
113:15,25 122:23
130:10 168:7
**decision-makers**
122:19
**decision-making**
111:6 122:6,22
**declaration**
3:7 4:15 9:13,15,19
10:8,14,16 11:4,9
12:1,4,6,8 13:7 22:5
22:15 27:10,14
35:11,18 48:1 49:12
57:13,24 81:17
87:22 88:22 90:21
91:25 92:17 95:13
99:1 105:14 106:11
108:9 117:13,18
135:6,7 156:10
160:23 161:8 164:8
164:13,17,20
165:10,13 171:5,9
171:12 197:22,24
198:2 200:9
**declarations**
10:18



**declare**
171:12
**declared**
122:21
**decline**
41:10,21 42:1,6
107:7
**decreased**
133:18 134:6,13,16
**deep**
61:13
**deeply**
37:21
**defendants**
1:13 2:11 4:17,18 6:6
8:10,13,16 197:11
208:23
**defendant's**
4:20 194:24
**defending**
177:11,15 178:6
**Defense**
6:15
**defensible**
186:24 187:2
**define**
37:20 41:11,22 42:1
**defined**
23:7 35:8
**defines**
29:14
**definition**
28:20 29:17 30:4,7
30:12,16,24 31:1
35:15 36:10 37:12
37:17 46:2
**Definitions**
29:11 37:10
**definitively**
84:4 111:22
**degree**
103:19
**delivered**
23:22,25
**delivery**
34:17

**Delphi**
170:1,7 180:10,16
187:23 195:11
207:10
**demeanor**
212:13
**Demonstrates**
109:2
**demonstrating**
136:8
**Denmark**
91:9
**density**
127:24
**denying**
78:18
**dep**
94:18 129:17
**depending**
16:20
**deponent**
210:6 211:20 213:12
**deposed**
9:9
**deposing**
8:11
**deposition**
1:18 3:10,15,21 5:15
5:20 7:7 8:8,9 9:6
9:12,24 10:12 24:18
24:21 25:2,2,21,24
26:4 27:1 32:9 33:1
34:3 55:16,25 56:1
56:4 59:5,12,19,24
62:21 94:15 128:25
195:3,19 197:2,21
208:7,14 209:2,3
210:1 211:1,23,25
212:8,12,14 213:1,7
213:9,14,16,18
214:4
**depositions**
60:11 195:9 196:18
**depression**
58:14 60:13 61:8,9
61:14,15,24 62:1,5

62:9,14 90:13
143:22 153:7,11
**depressive**
58:23
**Deputy**
194:5
**describe**
38:24 39:1,9 40:5
42:8,19 43:2 78:23
95:12 136:17,25
**describing**
34:11 39:14,23
**description**
3:6 4:2 46:16
**descriptive**
52:19
**descriptor**
39:7,25 41:7 79:9
**descriptors**
40:11 42:20 46:10
**designate**
35:1 62:22
**designated**
62:25 208:18
**designed**
178:5
**desisted**
83:24
**details**
107:6 121:21 174:19
**determine**
14:22 185:6
**determined**
33:17 34:8 94:7
104:23
**determining**
34:10
**detransitioned**
86:19,23 87:11
**detransitioners**
78:19
**detransitioning**
87:10
**development**
78:16 81:10 83:5
142:22 143:12,24

171:24
**DeVries**
107:1 140:3
**Dhejne**
91:4,5,6,8,9,10
**diagnosed**
47:12 53:2 54:18
**diagnoses**
49:2,8,11 58:15 59:3
59:13 60:8,18 61:24
79:13
**diagnosis**
49:14,20,22 50:2,10
51:7,14,17 52:9,21
52:24 54:14,19,21
54:23 55:1,4,6 57:3
58:5,17 59:25 60:4
62:16 63:3,23 64:25
65:3,5,7,18,20,22
67:7,10,11,12,20
68:10,24 69:24 70:1
70:19 71:15,16
72:10,18 73:10,22
73:25 74:10,14 75:1
75:2 76:12 77:1,15
78:7 90:19 140:17
140:22,24 141:1,2,9
**diagnostic**
47:3 52:13 53:16,23
64:22 67:4 70:14
71:13,22 72:9 73:9
73:21 77:25
**died**
91:20 106:1
**difference**
51:17
**differences**
43:14,24
**different**
8:13 38:16 39:11
40:1 45:21 46:10
55:6 61:8 68:24
72:17 78:1 79:8
87:1 92:15 93:11,14
93:18 95:1 119:11
119:11 120:11,13



142:17,17 151:17
151:25 157:15
160:6 181:18
185:20 207:14,19
**Dimensions**
14:2,7
**direct**
81:4
**directly**
156:8
**directors**
163:5 201:7,9,11
**disagree**
46:18 122:1 166:9
**disagreed**
151:12
**disciplines**
27:5 204:8
**discontinued**
99:4 100:7,10,11
**discovery**
8:8
**discuss**
90:7 98:21 133:9
135:11 170:21
**discussed**
118:19 121:2
**discussing**
92:18
**discussion**
32:24 34:22 67:9
98:24 117:5 128:7
134:3 141:14
148:20 165:15
174:7 177:3 178:17
178:25 183:13
188:19 189:17
207:19
**discussions**
48:14 115:3,15 179:3
188:23 208:7
**disorder**
52:24 53:2,5,11,16
53:23 54:5,18 58:23
58:25 67:22 140:17
140:21 141:4,11

**disorders**
52:14
**distant**
75:17
**distinct**
20:17 49:8 202:20,22
**distress**
48:21 51:2 63:14
68:3,12 69:2,14
70:11 143:23
**District**
1:1,2 5:18,18
**diverse**
3:20 39:15 40:7,13
55:10 83:1
**diversity**
72:13
**diversity/incongru...**
72:4 73:5,17
**Division**
1:3 5:19
**divorce**
123:4,11
**divorced**
122:3
**doc**
149:24
**docket**
25:24 161:4 176:10
197:7
**doctor**
29:5 90:6 151:11
**doctors**
40:18,19 43:18 121:2
141:7
**document**
11:22,23 29:10 30:21
30:23 34:1 37:13,16
57:10 75:11,13,24
75:25 76:2 96:3
163:16 165:3 175:8
175:17 180:3
185:10 189:1 195:2
195:16,18,25 196:6
196:23 197:5,14
200:2 201:24

205:21
**documented**
69:18
**documents**
9:11 10:15 11:8
16:12 27:10 35:11
81:18 157:12
161:11
**dog**
132:5
**doing**
125:17 138:22 147:4
148:18 149:15
153:11 166:7 167:5
179:7 200:3
**door**
180:14
**dorms**
168:2
**doses**
113:19
**doubt**
84:19
**dozen**
114:7
**dozens**
187:10
**Dr**
5:15 6:20 8:11,20
37:1 56:21 69:9
129:12 133:13
144:20 149:4
153:23 154:2,5,19
155:3,7,20 156:6
206:13 208:8 209:2
**draft**
172:3,18 173:3,13,24
175:2,6 190:1,4
207:1
**drafted**
203:8
**drafting**
169:5
**draw**
114:15
**dress**

87:12
**driven**
96:14
**dropped**
106:16
**drug**
118:18
**drugs**
127:20
**Drumm**
5:5,21
**DSM**
52:6 58:15,17 59:1,3
60:18 65:12 68:5
**DSM-IV**
52:25 53:3 54:23
**DSM-V**
49:2 51:6,13,21 52:7
52:11,12,18,22
54:24 59:25 60:4,8
67:5 90:18
**DSM-V-TR**
52:16 67:20
**due**
103:15 104:18 105:5
106:16 123:25
**duly**
211:8
**Dunlap**
1:24 5:7,25 211:6
213:5
**Dutch**
10:20,22 85:9 115:21
115:25 116:11
117:3 138:3,15
139:7,21,24 140:10
140:15 204:2
**dysphoria**
4:5 16:25 20:24
21:25 44:21 47:3,13
48:19,21 49:3,5,15
49:17,19,22 50:1,4
50:8,9,13 51:7,10
51:11,14,20,21 52:2
52:3,20 53:17,24
54:11,25 56:10,24

MAGNA
LEGAL SERVICES

57:2,17 58:2,3,18
63:12,24 64:2 65:4
65:9,11,13,15,22,25
66:2,4,24 67:1,5,13
67:19,25 68:2,16
69:2,6,21 70:1,4,19
71:10,20 74:1,3,24
75:2,5,23 76:3,7,12
76:18,25 77:7,9,16
77:23 78:7,22 79:14
84:23 85:14 86:2,11
86:16,24 87:2,9,13
87:14 90:19 127:15
127:17 128:3,12
131:20 132:10
133:20 134:9,11,15
134:19,22 135:2,13
135:19,25 137:25
138:11 139:4 140:1
140:24 141:8
155:11 156:17
165:22 166:4 167:3
167:18 168:15
188:25

**dysphoric**
17:11 60:20 127:16

**Dysphoric/Gender...**
3:13

**D-h-e-j-n-e**
91:7

**D.C**
2:13

———————
E
———————
**E**
2:1,1

**earlier**
38:18 40:5 61:6 80:3
90:11,12 92:7 98:14
133:13 139:14
145:18 153:22
194:2 196:5

**early**
38:12 116:11

**easily**
82:12

**edit**
173:22

**edited**
207:1

**editing**
181:2,15

**editorial**
75:21 76:19,24

**editors**
173:5

**editor's**
190:17

**edits**
172:11 174:9 175:1

**effect**
133:19 134:7,17
144:11 157:8
211:12

**effective**
149:21 156:16

**effects**
137:5 155:8 206:5

**efficacy**
135:12 166:2,10

**effort**
149:25

**eight-year**
105:19

**either**
27:17 32:2 39:22
123:20 152:18
186:6

**elections**
185:5

**electrodes**
58:13 60:12

**Eli**
174:20 198:17,18
199:16,19 206:22
206:25

**eligible**
49:15,23 50:2

**email**
62:24 175:24 176:13
177:6 180:6,21,24
181:2,5,24 182:2,6

**edit**

**emails**
181:15 182:13 198:3
200:12,14

**emancipated**
119:24

**embodying**
42:16

**emergency**
16:4 119:17 199:9

**emotional**
109:2 143:23

**employee**
211:14

**encourage**
149:5

**encouraged**
97:20 150:7

**endocrine**
3:12,13 28:22 29:6
29:18 30:17 35:7,15
36:3,6 108:22
156:14 157:16
203:7,9,18 204:4,22
205:2,11,19,23
206:2

**endocrinologist**
126:18 203:24

**endocrinologists**
203:10,23 204:10

**endorse**
160:21

**endorsed**
156:23 158:3 165:20

**endorsement**
157:10 158:7,13

**endorsements**
158:19

**engage**

182:19,24 183:8
185:25 186:1 187:7
187:9,21 195:10,14
195:21 196:10,20
198:5 199:3,23,25
200:15 201:3
206:19,22 207:7,16
208:10

**112:18**

**engagement**
103:15 104:18 105:6

**enter**
14:23 15:14 32:15
79:23 88:2 100:18
163:7,8 164:23

**entering**
192:21

**entire**
8:10 150:6

**entirely**
137:2 172:17

**entirety**
172:17

**environment**
185:20

**episodes**
62:14

**equal**
153:15

**equivalent**
114:19

**era**
38:19 79:10

**error**
130:12,17 157:25
193:2

**escort**
150:20

**especially**
39:25 79:7 159:21

**ESQ**
2:5,9,14

**essentially**
58:13

**establishing**
182:25

**estimate**
103:18

**estimates**
103:24

**estrogen**
118:18 133:19

**et**
1:7,12 5:16,17 31:13

83:13 91:4 166:12
196:7
**eunuch**
47:8,13
**eunuchs**
47:11
**evaluation**
20:15,18 21:18 31:22
33:16,21 34:6 94:8
94:10
**eventual**
38:14
**eventually**
115:22
**everybody's**
44:18
**evidence**
147:8,20 149:19,21
151:7 168:13
201:20 202:3,9
**evolve**
81:9
**evolves**
78:15
**exact**
173:9
**exactly**
141:25 156:7 194:19
**examination**
3:1 6:19 32:3 81:5
**examined**
6:17 98:17 211:20
**examining**
33:18,23 34:8
**example**
19:2 32:5 35:2 39:10
42:18 47:4 53:1
69:12 75:15 82:6,17
85:20 90:12 105:16
120:11 161:17
168:7 177:20
191:19
**exceed**
136:21
**exceptional**
94:7

**excerpt**
56:15
**exclude**
87:18 183:19
**excluded**
88:13 107:22 108:3
**exclusively**
108:4
**Excuse**
98:22
**exhibit**
4:17,19,20 5:10 9:16
9:18 11:13,14 24:14
24:15 29:2,3 32:15
32:16 35:18 36:23
36:24 45:1,2 55:19
55:20 59:7,20 64:4
79:24,25 84:9,12
94:15 100:19,20
129:1,16 135:7
141:13 159:6
160:24,25 161:11
163:8,8,9 164:24,25
171:1,2 175:8,9,12
176:5 192:6 194:11
194:12,16,24 197:5
197:8,11 203:15,16
206:14
**EXHIBITS**
3:5 4:1
**exist**
52:20 140:24 141:3
149:17
**existence**
78:19
**existing**
168:13
**expanding**
191:5,8,12,14
**expansion**
191:20,23
**expansive**
189:13
**expect**
40:21
**expedited**

208:21
**experience**
82:7 84:18 86:14
96:8 138:3 144:23
153:10,20 166:13
166:16 170:4 174:4
177:19,24 178:2
**experiences**
82:25 84:21 85:12,25
86:9
**experiencing**
177:9
**experimental**
94:6 183:16,24 184:4
188:4
**expert**
3:7 24:7 132:4
179:14,21 200:13
**experts**
169:6,11
**explain**
28:8 52:11
**explained**
182:24 183:3
**explaining**
153:24 154:1
**explanation**
7:14,16 185:12 187:1
**exploration**
143:3
**explore**
17:6
**exploring**
104:15
**exposed**
82:5
**express**
92:21 93:5
**expressed**
102:17 105:20 199:4
**expresses**
46:22
**expressing**
82:18
**expression**
39:10,11

**expressly**
65:10 71:19
**extended**
115:15
**external**
27:18 30:2 31:22
33:16,21 34:7,12
48:6 81:22 82:1
**extraordinarily**
104:25
**e.g**
37:23

---

**F**

**facial**
18:9 19:23 61:20
62:9,12
**fact**
150:18,25 189:19
**failed**
58:11 214:5
**Fain**
59:18,24
**fair**
179:20
**fairly**
149:22
**fall**
147:19
**falling**
83:23 84:18
**familiar**
114:23 201:20
**family**
61:11 124:14,15,20
124:23,24 125:25
150:24 167:25
**famous**
149:22
**far**
198:1 201:5 204:7
**fast**
7:11 48:1 84:7
**fat**
19:25
**father**

MAGNA
LEGAL SERVICES

150:8
**federal**
121:4 183:15,23
184:3
**feedback**
134:14 172:2
**feel**
71:3 160:24 165:13
175:22
**feelings**
102:17
**felt**
37:21
**female**
27:18 30:9 37:22
38:17 42:7 86:22
87:13
**femaleness**
29:20,24
**feminine**
79:21 150:4
**feminization**
18:9 19:23 61:20
62:9,13
**fertility**
132:21 134:3,5
205:25
**field**
169:12
**figure**
83:6
**figuring**
125:20
**filed**
11:23 25:23 175:12
176:9 194:17,20
197:6
**filing**
176:7
**final**
173:3,12
**finalized**
172:8,12 173:1,16
**financially**
211:13
**financing**

212:5,16,19
**find**
84:25 119:19 131:9
144:23 152:17
167:12 169:11
**finding**
92:14 154:16
**findings**
84:20 153:4,6
**fine**
8:14 44:12 130:11
**Finish**
93:25
**finished**
7:20
**firm**
6:5
**first**
9:16 10:17 57:14
82:18 84:20 85:12
85:25 86:8 88:22
93:1 101:25 113:15
117:10 130:18
133:8 143:10
151:10 156:19
159:7 168:9 179:7
179:13 185:8
189:25 197:16
211:20 212:6
**five**
44:9 128:12 129:8
201:15 202:1
**flinch**
127:10
**Floor**
2:4
**fluid**
42:16
**focus**
44:20 205:18
**focused**
185:23 189:23 203:6
**focusing**
69:2
**folks**
10:4 139:11 199:5

**follow**
100:9 138:15
**followed**
105:19
**following**
50:20 102:20 103:25
116:8 139:8 140:6
213:12
**follows**
6:18 23:1
**follow-up**
92:16 117:10 138:20
**follow-ups**
151:9
**force**
184:16,20 185:10
211:12
**forefront**
146:24
**foregoing**
171:14 210:1 211:25
211:25 213:9
**forever**
117:2
**form**
12:22 13:3,24 16:15
17:12 18:18 19:7
20:11,25 21:16 22:1
22:21,23 24:2 28:5
28:14 30:13,20 31:9
31:24 39:19 43:9
44:16 46:23 51:22
52:5 53:18 55:3
58:6,21 60:9 66:5
67:16 70:6,22 74:11
75:9 76:6,15 77:3
77:18 78:9 79:2
82:21 84:1 86:3,12
88:16 91:16,22 92:3
92:24 93:7,20 95:15
95:21 96:12 97:3,10
98:5,12 99:11,22
100:4,16 103:5
104:19 105:7 106:3
106:13,18 107:25
108:17,24 109:13

109:18,24 110:4,9
110:21 111:12,17
111:25 112:6,14
113:10 114:5 115:1
115:13 118:11
119:2,8 120:3 121:6
121:17 122:17
123:16 124:8 125:7
126:8 131:22
132:11,17 133:21
134:10,20 135:3
136:12,22 137:3,11
137:18 139:6
140:19 142:24
143:14 145:12,25
146:16,22 148:4,13
149:7 151:13,15
152:7,14,25 154:4
155:12 156:25
158:5 162:12,25
167:19 168:17
169:7,24 170:9
175:4 178:8 179:17
179:25 180:19
184:1,22 185:14
188:14 190:3
191:11 194:8 195:7
196:16 198:25
200:10,22 201:22
202:4,13,21 203:11
204:6,14,24 205:5
**formal**
157:10 158:7,13,19
**formally**
158:3 160:21
**forms**
24:6
**forth**
213:16 214:1
**forward**
40:15 161:23
**found**
38:13 88:5 100:9
115:24
**foundation**
22:21 151:5 196:16

200:23
**framing**
155:18
**Francisco**
5:1,6,8,21 14:4 90:1
191:19,25 211:5
213:3
**Frank**
2:17 5:23
**free**
71:3 160:25 165:13
175:22
**freshman**
168:2
**Friday**
1:17 5:3
**front**
84:4
**full**
51:10 52:3 56:19
101:3,7,9 124:18
199:2 211:11
**fully**
52:8 74:22 106:22
121:21 126:4 134:4
207:23
**function**
31:4
**functioning**
51:4 68:4 118:19
**further**
95:6 132:16 144:1
145:10
**future**
75:17 109:8 177:4
191:4

————— G —————

**gay**
2:7 6:10 150:12,15
**Gaya**
204:17
**gender**
3:12,17,20 4:5,13
16:25 17:7,11 20:24
21:24 30:18,24 35:8

35:15 36:10 37:17
37:20,23,23,23,24
38:2,3,4,5,9,9,11,11
38:18,20,21,22,22
38:25,25 39:1,4,5,6
39:7,10,11,15,17,17
39:20,21,23,24 40:6
40:7,7,10,13,14,20
40:24,25 41:2,5,6,7
41:8,10,10,11,21,21
41:25 42:1,2,3,5,10
42:14,16,16,20,24
43:2,3,4,6 44:21
46:5,14,20,22 47:3
47:9,11,13 48:5,10
48:18,21,22 49:2,5
49:14,17,19,21 50:1
50:4,8,9,13 51:7,10
51:11,14,20,20 52:2
52:3,20,23 53:2,5
53:11,15,17,22,24
54:4,10,17,25 55:10
56:10,24 57:2,17
58:2,3,18 60:20
62:16 63:3,12,12,18
63:23,24 64:19,23
65:4,7,9,10,17,19
65:22,24 66:2,4,9
66:24 67:3,5,10,13
67:18,21,25 68:2,16
69:2,6,13,20,20,23
70:1,4,9,19 71:6,10
71:13,20,21 72:3,9
72:13,17,18 73:4,9
73:17,21 74:1,2,6,9
74:14 75:1,5,22,23
75:24 76:3,12,17,18
76:25 77:12,15,21
77:22,23 78:7,14,17
78:22 79:1,6,9,13
79:16 80:14,15,25
81:1,3,8,10,20,25
82:10,14,16 83:1,4
85:14 86:2,11,15,24
87:2,8,13,14 90:19
91:3,13,21 92:22

93:1,5 99:8 104:15
104:16 106:2
107:23 124:7 125:6
127:15,16,17 128:3
128:11 131:20
132:9 133:19 134:8
134:11,14,18,22
135:2,13,19,25
137:25 138:4,10
139:4 140:1,17,21
140:23 141:1,4,8,10
147:10 153:7
155:10 156:17
165:22 166:4 167:2
167:17 168:15
188:24,24 191:6,9
191:15
**genderless**
42:14
**genders**
36:12 42:15
**gender-affirmative**
179:16
**gender-affirming**
10:5 16:6,9,18,19,21
17:2,3,4,19,25
18:17 19:5,14,21
20:5 61:16 64:24
69:18 71:14 75:7
76:4,13 77:2,16
78:8 83:23 88:18
91:2 93:17 95:18,19
95:23 96:1,10
103:25 118:8 119:6
120:7 122:14
136:18,20 137:8,15
141:22 142:3,9
156:12 157:4 178:6
179:23 184:11
188:13 193:24
196:14 204:23
205:4,13,25 206:3
**gender-fluid**
79:19
**gender-nonconfor...**
151:20

**gender-transition**
121:13
**general**
1:11 3:9 78:17 111:5
116:15 120:5,14,15
146:7 190:15 194:6
205:17
**generally**
33:12 43:21 46:15
52:18 93:3 96:16
110:16 111:5
192:18 193:4,10
**genes**
29:25
**genital**
18:5 19:9,13 31:23
32:1 33:16,22 34:7
34:12,23 166:2,7,20
166:23 168:13
**genitalia**
27:19 30:2 32:2,4
33:21
**gentlemen**
5:13
**George**
150:18
**getting**
94:12 113:20 120:6
120:17 121:1
151:20 188:7
192:24 193:17
205:16
**girl**
37:22 40:22 83:24
**girls**
116:6
**give**
6:24 7:4 24:13 25:17
42:21 55:5 82:10
84:7 113:23 163:6
**given**
8:20 54:13 94:7
123:7 146:25 174:4
212:1
**giving**
114:17

**glad**
132:1
**global**
173:25 174:21 186:7
186:22 189:2,3
207:14
**globally**
186:8
**glossary**
45:19,21
**go**
7:6 13:9 21:10 35:10
37:6,15 45:13 47:16
47:19,25 48:3,17
57:9,12 59:20 64:3
64:5,12 71:1 80:13
81:16,17 83:10
88:21 89:2 90:11,21
95:6 102:13 103:12
105:14 107:14
108:8 129:15,22
131:1,4 132:25
135:5,9 136:15
141:12 147:3,13
153:22 156:10
159:19 162:8
170:15 177:6 180:2
180:13 184:14
187:4,17 188:2
192:5,7 195:15
197:16 203:15
206:7,13,16 207:4
207:14
**goal**
148:24
**goes**
56:16 118:14 171:21
199:25
**going**
9:8 23:9 28:16 32:14
35:13,19 44:6,25
55:24 57:4 61:3
62:18,22 63:1 64:5
71:23 79:23 81:18
115:6 117:23
128:24 129:22,23

136:1,2,2 138:23
139:10,19 151:17
152:19 167:25
170:25 175:7,21
180:3 182:22
185:10 206:16
207:13
**Gonadotropin-Rel...**
4:4
**gonads**
30:1
**good**
5:12 6:21 15:13
111:6,19 116:20
129:9 132:23 182:3
**good-bye**
117:1
**Gotcha**
52:20 54:25 55:12
139:1 156:4 158:2
186:18
**gotta**
132:5
**government**
93:21 94:5,5 96:5
97:8 98:3,8 110:18
111:2 146:13 148:8
183:15,18,23 184:3
**governmental**
96:22
**governments**
145:23
**government-comm...**
96:4
**Governor's**
161:19
**grade**
201:14 202:8,9,11,14
202:20,23,24,24
203:3
**granted**
122:5
**great**
23:21 109:21 129:10
150:10 170:14,24
176:14 201:13

**greatly**
136:21
**ground**
7:6
**group**
10:3 155:15 164:8
195:22
**groups**
153:15 160:1
**growing**
142:7
**guardian**
119:22,22
**guess**
133:8
**guideline**
3:14 29:12 156:14
179:11 203:18
**guidelines**
3:16 22:12 28:23
29:6,18 30:18 35:7
93:17,19 94:25 95:1
95:8 96:5 108:23
119:10,11 144:19
157:17,18 158:10
160:7 203:8,9 204:4
204:22 205:3,12,18
205:24 206:2
**gynecologist**
126:22
**gyrus**
58:9
_____
**H**
_____
**H**
1:18 3:2,7,11,15 6:14
**half**
135:20,21
**Hampshire**
2:13
**hand**
44:25
**handful**
121:24 123:6 167:4
168:23
**happen**

88:11 122:8
**happened**
87:1 97:12 121:23
152:20 172:20
183:13 186:17
**happening**
146:3 178:1 184:25
185:1 188:1,11
**happens**
86:8 123:2 125:9
**happy**
93:23 151:25
**hard**
96:16
**harm**
149:21 151:6,23
**harmful**
146:4,14 147:1,20
151:21
**Harper**
2:5 6:7
**hate**
69:4 78:3
**head**
204:2 205:11
**header**
130:21
**health**
3:19,19 20:9,14,17
20:21 21:21 45:10
67:19,23 68:10
69:19 96:7,9,14
97:19 103:2 108:4
118:13 124:13
147:15 151:23
160:5,7 169:1
172:22 173:19
191:5,8,15 196:1,4
**healthcare**
27:5 44:3,4 46:15,19
65:1,4 71:16 72:11
73:11,23 108:15,19
108:21 119:1
148:11 177:10
183:1,5,18
**hear**

53:19 145:1

**heard**
145:3 167:9

**hearing**
125:19

**held**
5:17,20

**help**
18:10 138:2 151:13

**helpful**
17:10 22:6 124:21
147:2

**helps**
16:23

**Hembree**
28:18,21,22 30:4
31:1,3

**Herman**
162:7

**hesitant**
155:19

**heterosexual**
86:23

**high**
10:4 166:15

**higher**
99:7

**Hildabrand**
2:14 3:3 6:4,4,19
8:16 11:1,12,16
12:19,25 13:6 14:1
16:17 17:14 18:23
19:12 20:16 21:5,10
21:12,20 22:4,22
23:10,23 24:7,13,17
26:14 28:7,16,25
29:5,22 30:17,22
31:14 32:8,14,20,25
36:18,22 37:1 40:3
41:18,24 43:17 44:5
44:8,13,25 45:4,16
45:18 47:8,16,25
49:25 51:25 52:10
53:9,14,21 54:3
55:12,18,22 56:18
57:9 58:16 59:4,11

60:19 61:16,23
62:23 63:20 66:12
66:19 68:14 70:2,7
71:1 74:13 75:3,13
76:2,10,24 77:13
78:3,13 79:23 80:2
83:10 84:6,11 86:7
87:7 88:19,25 90:6
91:18,24 92:16 93:4
93:16,25 94:19,23
95:17,25 96:24 97:7
98:1,7,14 99:1,15
99:25 100:13,18,22
101:4,9,12 103:9
104:2 105:10
106:10,15,21 108:2
108:20 109:1,15,21
110:1,6,17 111:8,15
111:21 112:3,12
113:5 114:2,9 115:8
117:9 118:21 119:4
119:25 120:8 121:9
122:13 123:10,15
124:5 125:4 126:1
126:13 127:11
129:4,7,14,22
130:23 131:1,4,5
132:1,7,13,22,25
133:8 134:6,16,24
135:5 136:15,24
137:6,13 139:1,20
139:24 140:23
141:15 143:9 144:3
145:20 146:12,20
147:25 148:10,21
149:9 152:2,9,21
153:21 154:19
156:4 157:19
158:12 161:3 163:2
163:6,11 164:23
165:2,18 168:10,20
169:20 170:4,11,14
170:21,25 171:4
175:7,11 176:8,12
179:13,20 180:2,23
184:7 185:8 186:18

189:25 190:9 191:8
191:14 194:10,19
194:23 195:15
196:19 197:4,10
199:8 200:16,25
201:18,25 202:11
202:18 203:5,14,19
204:11,21 205:2,10
206:6,13 208:1,16
208:25

**hired**
179:14,21

**holder**
211:9

**holds**
57:1

**hopeful**
153:5

**hopefully**
111:4

**hoping**
200:3

**hormonal**
63:16,21 64:8 66:18
73:1,3 88:14

**hormone**
4:4 64:24 104:7
135:12

**hormones**
18:2,2 21:7,15,24
30:1 49:16 50:3,7
61:19 62:6 64:16
66:3,10 68:1,6,11
68:17 69:7 70:5,20
88:7 99:3,9,17,21
100:2 104:5,12
105:18 108:12
116:12 127:2,7
128:7 131:21
132:10,16,19,20
133:17,25 140:5

**hour**
5:4 44:6 88:24 129:5
132:24 170:12

**hours**
8:9,12

**house**
12:9,11,11,12,21
125:13

**housekeeping**
8:7

**hseldin@aclu.org**
2:6

**https**
101:6

**hypocritical**
150:23

**hypothetical**
153:2

**hypotheticals**
153:19

**H-Y**
29:25

---

**I**

**ICD-10**
74:10,15

**ICD-10-CM**
63:9

**ICD-11**
62:17 63:4,6 67:4

**IC-10**
74:20

**IC-10-CM**
67:6

**IC-11**
74:19 75:18

**idea**
93:15 193:5

**ideal**
124:2

**identifiable**
61:1

**identification**
5:11 11:15 24:16
29:4 32:17 36:25
45:3 55:21 80:1
84:10 100:12,21
163:10 165:1 171:3
175:10 194:13
197:9

**identified**

12:4 38:16 83:22
87:15 97:5,23 101:2
150:12,14
**identifies**
32:4 42:19 83:8
**identify**
6:3 40:6 41:9,20,25
42:6,10 44:18,24
47:10,13 76:10 78:5
79:20,20 96:25 98:2
149:5 203:20
**identifying**
212:17
**identities**
43:15
**identity**
30:18,25 35:8,16
36:10 37:17,20 38:2
38:3,5,5,10,11,21
38:23,25 39:6,17,21
40:14,25 41:2,6,8
43:4,6,16,24 44:18
46:20,22 47:5,6,9
47:11 48:5,10,22
52:24 53:2,5,11,13
53:15,23 54:4,18,20
55:11 57:6 78:15,17
78:21 79:1,6,16
80:14,16 81:1,2,3,8
81:10,21,25 82:10
82:15,16,19 83:25
107:23 124:7,11
125:6 126:7 140:17
140:21 141:1,4,10
147:10
**II**
130:2,8
**IJTH**
196:7
**Illinois**
24:11,19
**imagine**
124:3
**impact**
118:8 142:21 143:7
143:11,18

**impair**
68:3 143:23
**impairment**
51:3 69:15 70:11
**implanting**
60:12
**importance**
67:24 188:7
**important**
44:23 51:4 84:22
85:13 86:1,10
124:13,16,21 125:3
125:3 130:2 176:15
186:20 188:1,8,10
188:11 189:8,22
**imprecise**
30:9
**inapplicable**
185:19
**inappropriate**
151:11 152:3,10
**incapable**
114:3
**inclination**
146:7
**include**
18:1 19:15,22 29:24
30:11,18 31:3 35:14
42:6 46:17 55:10
91:19 160:24
163:21 191:22
204:22
**included**
18:16 30:25 53:15,22
54:14 178:24 183:9
188:20
**includes**
17:4 18:5 30:7 65:4
66:24 161:6 168:21
**including**
31:15 73:25 77:7
92:12 155:16
**inclusion**
189:17,18
**incongruence**
48:22 62:16 63:3,13

63:18,23 64:20,23
65:7,17,19 66:10
67:3,10,21 69:13,20
69:23 70:10 71:6,14
71:21 72:9,19 73:9
73:21 74:6,9,14
75:23,24 76:18
77:12,21,22 188:24
**incorporate**
97:25
**increase**
192:12,20
**incredibly**
186:19
**independent**
177:20
**independently**
170:1
**INDEX**
3:1,5 4:1
**indicated**
94:4
**indicates**
194:16
**individual**
25:8 46:21 50:6
118:9 128:18
177:22 181:4
**individualistic**
47:7
**individualize**
44:19
**individualized**
44:19
**individuals**
13:23 17:11 22:13
47:12 49:21 50:1
51:9,25 52:1 86:8
92:21 93:5 99:16
100:1 103:2 104:17
105:5 107:23 108:3
134:25 139:2,15
199:22 203:8,10
204:3,12
**individual's**
46:20

**infants**
27:17 28:13
**influence**
7:2 48:7 81:22 82:1
**inform**
111:6
**information**
100:24 153:16
208:11 212:17
**informed**
109:3 118:25 130:15
**inherent**
37:21
**initially**
125:23
**initiating**
64:1
**input**
97:12 174:2,12,13,14
174:17,24,24 175:1
175:3
**insensitivity**
32:6
**insertions**
58:12
**Institute**
162:3
**instruct**
8:1 23:9
**insurance**
4:10 163:14 176:24
183:17 185:23
191:5,9,13,15
192:17 193:5,18
**intellectual**
151:4
**intending**
131:17
**intercourse**
31:15,22 109:12,17
109:20,23 110:3,8
110:20 111:11,24
112:5 113:9 114:4
**interested**
211:13
**interesting**



153:5
**internal**
30:1 38:3
**international**
3:18 65:17 68:20
69:24 71:22 74:18
75:11,12
**internationally**
70:9,16
**interrupt**
7:19 69:4
**interrupting**
62:19
**intervened**
123:7,12
**intervention**
18:20 49:20 58:15
70:12 71:15 74:25
76:9 77:8 123:21
137:4 149:19
166:23
**interventions**
17:21,22,24 18:3,16
19:4 57:18 61:8,15
69:16 108:7 116:21
136:18,21 137:1,2,8
137:15 138:11
141:22 142:9
156:13 157:5 166:3
166:7,20 168:14
**interviewed**
13:14,17
**interviews**
145:21
**introduce**
9:16 28:25 29:1
170:25 175:8
194:10 197:4
**introduced**
66:17
**introduction**
207:2,13
**investigation**
4:6 145:11
**involve**
16:6,9

**involved**
25:8 59:3 61:19
96:17 105:22
106:25 107:4 111:3
111:7 123:18 153:3
169:5 174:20 181:2
181:16 190:20
195:13 199:6,13
204:9
**involvement**
111:10
**involving**
188:13
**irreversible**
133:18,23 134:7,17
**issue**
126:4 176:23 186:13
**issued**
163:20 211:10
**issues**
177:25
**iterations**
77:24 191:4

**J**

**JAMA**
100:24 101:22,22
**January**
172:4 176:13
**Jan-Dec**
102:18
**job**
176:14
**join**
169:10 201:10
**Jon**
198:6,9 199:20
**Jorgensen**
102:1
**Joshua**
204:16
**Journal**
3:18
**judgment**
4:17,18,20 155:21
175:12 194:24

197:11
**July**
3:11 24:21 196:10
**June**
172:8,13,24 173:2,8
173:17
**jurisdiction's**
120:1
**justifiable**
146:19
**J-o-r-g-e-n-s-e-n**
102:4

**K**

**Karasic**
1:18 3:2,8,11,15,22
4:15 5:15 6:14,20
6:23 8:11,20 37:1
56:21 69:9 129:12
130:22 182:9
206:13 209:2
**Karasic's**
208:8
**keep**
15:15 148:25
**Ken**
151:5
**kept**
120:25
**key**
100:23
**kind**
19:24 38:14 42:23
46:16 60:17 79:21
82:8 85:7 96:22
112:25 115:7
116:24 119:17
125:13 127:19
128:4 138:25
139:17 143:9
146:11 148:19
149:2,24 150:22
151:4,19 153:1,5,16
154:8 169:15 178:2
178:20 186:9
188:21 189:14

**Kingdom**
95:24 96:16,20
**Kirk**
2:12 6:5
**knew**
66:15 91:25
**know**
7:7 8:3,13 12:2 15:13
15:19 19:19 22:6
23:21 31:12 33:17
34:17 42:22 45:15
45:16 47:2 53:14,22
54:9 57:1 60:15
67:8 72:20 74:21
75:15,18 76:21
79:15,16 82:12,12
82:25 83:2,3,5,9
85:19,20 86:6,6,25
87:3,4,5,6 92:11,14
93:9,13,14 96:16,19
97:19,21 98:13
101:2 104:14,15
105:1,11,11,12
106:25 107:6
110:12,12,14,15,24
111:2,4,6 113:15
114:1 116:23 117:4
117:5,5,6,8,18
118:15 119:21,23
120:6 121:2,24
122:25 123:1,6,21
123:25 124:1,3,14
124:19,20,22
125:11,13,22 128:4
128:6 131:14
135:16,23 136:5
138:13,16,17,21,24
139:10 140:13
142:18 143:2,7
144:18 145:13,17
145:18,19 146:5,9
146:18 147:2,13,14
147:18,19 148:9,19
149:13,16,17
150:21 151:24
153:2,4,9 155:18,20

155:24,25 157:1
161:15 162:12
166:6,11,17,18
167:21 169:20
173:4,4,10 177:17
177:17,21 178:10
178:17 179:3,5
180:20 181:9,12,14
181:15 184:25
188:18,19,22 189:6
189:22,22 190:5,19
191:19 193:6,7
195:10,11 197:15
199:3 200:11 202:7
202:9,25 203:5
204:7,8 205:11,16
208:10

**known**
142:23 143:13,18

**L**

**L**
2:14
**label**
38:17 55:7 83:9
**labeled**
5:14 83:1
**labeling**
94:6
**labels**
43:11 52:7 82:9
**lack**
103:15 104:18 105:6
**ladies**
5:13
**large**
151:22 160:4
**largely**
42:23 150:14
**larger**
26:15 27:3 46:12
56:15,16 112:25
**late**
116:4
**launch**
138:19

**law**
6:5 11:10,18 57:21
119:10 120:9,12
121:4,5,8,20,22
123:25 148:15
154:14 179:15
**laws**
57:24 120:1,4,10
171:13 179:22
**lawsuits**
183:4 187:10 188:1
188:11 189:20
**lawyers**
9:7 168:21,23
**lead**
170:7 183:9
**learned**
192:11
**leave**
88:1
**led**
149:24 151:19
**left**
64:13 88:8 105:2
**left-hand**
26:19 141:20
**legal**
5:24,24 6:1 91:3,21
92:22 93:1,5 121:18
122:18 124:19
126:9 168:24
177:25 178:11
179:6 209:4
**legally**
91:12
**legislative**
11:8
**legislators**
12:21
**Legislature**
13:2
**lesbian**
149:1
**lesser**
103:19
**letter**

62:25 161:18 213:24
214:1
**letters**
161:7
**let's**
9:25 35:10 37:15
43:1 45:13 47:16,19
47:25 48:17 57:9,12
64:3,12,12 67:18
68:13,18 69:1,3
71:1 72:22 80:13,20
80:20 81:16 83:10
84:6,16 88:21 89:2
90:21 94:14,23 95:6
102:13 103:12
105:14 107:14
108:8 129:15
132:25 135:5
141:12 156:9,10
158:25 159:4,5,19
163:16 170:15
171:16 180:2,13
181:13,20 187:4,17
192:6 195:15 197:4
197:16 200:25
206:7,13 207:4
**level**
113:22 202:15
**Levine**
194:3,4,5,7 195:6,25
196:13
**libertarian**
148:7
**licensing**
147:23
**lie**
152:4
**lied**
151:19
**life**
123:18 138:5,7
**lifetime**
78:16,18 81:11
**limit**
66:21 200:20
**limitations**

114:1
**limited**
103:17 137:7,14
141:21 142:8,15,19
**limits**
196:14
**line**
25:17 26:16,25 33:7
33:11 44:7 59:8
61:4 80:24 81:8
84:20 91:1 130:1
153:22 159:20
170:13 192:9 201:6
**lines**
25:13,19 26:10,21,24
56:7 59:23 94:24
129:24
**Lisbon**
118:5 155:17
**list**
11:25 17:17 42:17
51:23 77:21 78:11
163:17,22 181:22
203:13
**listed**
52:1
**listing**
30:15
**lists**
73:13
**literature**
59:2 147:9
**litigation**
8:10
**little**
58:10 88:20 103:12
148:7 155:13,14
193:2
**live**
14:16
**lived**
87:12 91:12 139:16
**lives**
139:16
**living**
86:22


MAGNA
LEGAL SERVICES

**local**
77:25
**located**
14:4,14
**long**
62:3 115:3 125:18
127:23 128:16
139:16 167:24
178:11 186:16
188:18 189:16
**longer**
26:10 67:21 68:1,2,5
88:18
**longest**
128:1
**longitudinal**
116:7
**longstanding**
62:2
**long-term**
137:9,16 138:14
141:23 142:10,19
166:1,10
**look**
9:14,17 11:17 22:4
24:22 30:23 34:12
36:22 43:12 56:6
59:22 87:21 92:4,8
94:14,23 98:20
100:22 104:22
115:20 129:23
130:20 132:6 143:9
151:2 159:4,5
160:25 182:23
201:23 203:12
205:6,8
**looked**
9:23 10:1,11 100:8
166:13
**looking**
34:16 80:19 92:11
93:12 116:6,10
142:1 146:9 182:1,2
**looks**
36:2,11 49:10 136:5
159:1 162:13,17

198:17
**lot**
45:17 81:18 92:8
150:17 152:15
153:12
**Lovaas**
149:23,25
**love**
83:23 84:19
**low**
168:15 202:8,24,25
203:3,3
**low-quality**
201:20 202:3,8
**lunch**
8:4 90:7

**M**

**Madam**
6:12
**Magna**
5:24 6:1 209:4
**mailed**
214:3
**mainstream**
160:4
**maintain**
8:7 68:6
**maintaining**
68:11
**maintains**
120:22
**major**
58:23 172:11
**majority**
23:21,24 131:18
132:8 168:3
**making**
10:19 57:18 68:9
77:11 113:15
130:10 159:17
212:8
**male**
27:17 30:9 37:22
38:17 42:7 83:22
86:21 87:12,15

118:16 132:20
150:19,19
**maleness**
29:20,23
**male-appearing**
19:1
**man**
37:22 42:11,13
150:12
**Mansfield**
12:15 171:5
**manual**
52:14
**March**
4:6 102:6
**mark**
11:12 24:14 36:23
45:1 84:7 90:10
194:11
**marked**
5:10 9:17,18 11:14
24:15 29:3 32:16,23
35:18 36:24 45:2
55:20 59:6 61:3
64:4,20 71:6 72:4
73:5,18 79:25 84:9
84:12 94:14 97:23
100:20 163:9
164:25 171:2 175:9
175:16,21 180:4
181:21 187:4,19
192:6 194:12 197:8
197:18 206:14,16
207:5 208:8
**Marshal**
197:12
**masculine**
79:20
**mass**
133:18 134:7,13,17
**mastectomy**
18:25
**master**
209:2
**material**
55:23

**materialize**
153:6
**matter**
5:15 8:7 121:4,5
148:19
**matters**
196:23
**mature**
109:7,11,16,22 110:2
110:7 111:9,23
112:13,21 113:8,13
114:24 115:11
167:23,24
**maturity**
109:3
**mean**
12:10 18:24 27:2
43:18 44:3 54:23
55:1 68:21 85:10
86:25 92:25 110:18
116:23 125:24
127:13 128:14
130:7 136:20 137:1
139:9,12 142:14
148:22 160:21
161:13 162:7 166:5
174:17,18,25 175:1
175:1,3 178:9
188:17 191:12
199:19 202:5
**meaning**
16:20 161:13
**means**
42:5 115:12 213:24
**meant**
169:11 183:17
199:16 207:21
**measure**
136:13
**measured**
91:3 185:6
**mechanism**
134:14
**media**
5:14 79:15 82:4
209:2



**median**
166:14
**Medicaid**
191:22
**medical**
4:9 13:11,22 15:4,7
    15:10,23 16:1,5,11
    16:22,22 17:1,21,22
    17:23 38:7 49:20
    57:18 65:14 74:24
    76:8 77:8 99:4
    100:7,10 103:25
    108:7 114:15 122:6
    122:23 123:8,23
    135:19 136:9,18,20
    136:25 138:11
    142:4 145:10 146:8
    148:2 152:4,10,13
    152:23 156:12,15
    157:5 158:20 160:4
    160:15 161:18
    162:19 163:12,22
    173:24 174:2,6,9,14
    175:2,25 176:21
    177:2,7,14,20,22,25
    178:4,12 180:9,15
    180:18 181:3,10
    182:25 183:9,10
    184:12 185:12,15
    185:22 186:3,14
    187:9,22 190:1,6,15
    190:23 207:1,11,11
**medically**
69:15,17 156:16
    178:19 183:6,16
    188:3
**medically-necessary**
70:12
**Medicare**
184:6
**medication**
61:9 83:23 85:22
**medications**
7:3 10:6
**medicine**
14:19

**medicines**
10:6
**Medi-Cal**
191:21
**meet**
6:21 47:2 51:10 52:2
    52:8 54:22
**meeting**
16:12 68:5 82:19
    179:2
**meetings**
178:25 179:1 199:5
    199:10,14
**meets**
64:22 71:13 72:8
    73:8,20 77:24
**member**
13:12,15,18 169:9
    174:4,5 190:22
**members**
76:22 98:10 168:21
    175:25 186:12
    199:11,18 203:13
**membership**
168:20
**men**
150:15
**mental**
20:9,14,17,21 21:2
    21:21 45:10 52:14
    67:19,22 68:10 96:8
    96:14 97:19 103:2
    108:4 124:13
    147:15 151:22
    160:4 168:25
    172:22 173:19
**mention**
65:10,24 66:4 67:1
    71:20 74:2 76:7
    95:14 106:11 164:6
    164:11,16,18
    176:20,21
**mentioned**
9:22 16:5 17:1,14
    26:15 40:17 51:16
    60:23 74:23 80:2

87:17 98:15 117:10
    132:22 133:12
    161:8 163:25
    185:25 189:10
    194:2
**mentions**
66:9 71:21 92:18
**messed**
131:16
**met**
6:20 53:16,23 54:10
    54:17
**meta-analysis**
92:13 135:24
**methodology**
201:14
**metoidioplasty**
19:16
**middle**
187:6
**military**
147:3
**Milrod**
144:8,20
**mind**
9:17 32:22 37:5
    60:14 153:24 154:1
    193:15
**mine**
86:17
**minimal**
198:22 199:7 200:1
    205:3
**minimum**
167:8
**Minister**
195:25 196:4
**minor**
13:18 25:10 55:2
    111:11,24 113:5,6
    113:24 115:2
    119:24 121:14
    122:15 132:14
    140:16 145:1 167:6
**minors**
49:14 108:12 110:16

110:19,23 111:1,1
    112:15 113:1 114:1
    114:16,18,21
    115:16,19,24,25
    116:10,18 119:12
    119:16 121:14
    136:11 144:5,16
    148:12,17 167:2,17
    192:12,23 193:8,13
**minutes**
44:10 129:8
**Misanin**
1:7 5:16
**missing**
106:22
**Misstates**
30:20 46:23 77:4,19
    78:10
**misstating**
30:23
**month**
9:3 15:9,21 117:19
**Montreal**
117:22 118:2,4
    155:17
**mood**
62:12
**morning**
5:13 182:3
**motivated**
82:15
**motivation**
199:2
**motives**
152:19
**mound**
135:8
**move**
57:10 63:1 72:22
    205:20
**moving**
42:15 128:7
**multidisciplinary**
22:13,19 23:6,14,18
    24:1 25:16 26:7
    103:20



multiple
182:13
**M.D**
1:18 3:8,11,15,22
4:15 6:14

---

**N**

N
2:1
name
5:23 6:22 58:16,17
136:8 160:11 181:1
202:1
natal
107:24
national
96:7 120:4,9,10
161:18 202:6,7
nature
138:19
necessarily
38:4 53:6 55:1 56:11
56:25 68:9 125:24
157:10
necessary
27:8 64:25 65:3,8,18
69:15,18 71:16
72:10 73:10,22 76:3
76:12 77:1 124:4
156:16 178:19
183:6,17 188:3
necessity
4:10 65:14 74:25
76:8 77:8 162:19
163:13 173:24
174:2,6,10,14 175:2
175:25 176:21
177:2,7,14,22 178:1
178:4,12 180:9,15
181:3,10 182:25
183:9,11 185:12,23
186:3,14 187:10,22
190:1,6,15,23 207:2
207:11,12
need
20:13,14 21:18,18

41:16 68:6 78:4
83:7 95:12 113:23
119:15,16,21 120:5
122:11,19 125:19
128:24 134:4
175:23 177:11
181:6 184:5
needed
97:22
needs
13:22 44:1 123:19
negatively
118:8,22
neither
38:17 42:13 144:20
nerve
61:12
Netherlands
105:17 106:6 119:14
120:11
Network
100:24 101:22
neurocognitive
143:17
neurodevelopmental
137:10,17 141:24
142:11,20
neurologist
126:16
neutral
37:24 40:24 41:5,7
42:14
neutrois
42:14
never
14:19 112:11 113:11
131:13 147:6
151:23 191:18
new
2:5,5,8,8,13 10:2
155:2 174:7 192:21
news
196:18
nine
87:18
non

43:7
nonanonymized
145:21
nonbinary
19:2 38:13,15 39:1,8
39:11,23 40:7 41:4
42:9,19,23 43:7,12
43:15,22 45:25 46:3
46:11,17 47:6 79:8
79:11,21 82:18,19
138:10
nonconforming
3:17 37:24 39:4,5,7
39:17,20,24 40:6,10
40:14,20
nonparticipation
106:17
noon
89:5
norm
127:20
normalized
62:12
normally
107:11 128:17
North
9:1 12:8,10,15
133:13,15
notations
212:12
note
8:15 56:14 62:24
66:16 103:22 176:4
187:9 208:13
noted
208:6
notice
213:10
noticed
66:14
notified
213:18
noting
194:15
November
98:9 172:4

number
3:6 4:2 5:10,14 11:14
24:15 29:3 32:16
36:24 45:2 55:20
79:25 84:9 100:6,6
100:20 102:16,23
103:7 104:7 140:7
163:9 164:25 167:7
171:2 175:9,17
191:24 192:12
194:12 197:8
211:10
numbers
193:13
n-e-u-t-r-o-i-s
42:15
N.W
2:13

---

**O**

oath
8:21 33:3 56:3 80:10
211:20
oaths
211:17
object
7:25 12:22 13:3,24
16:15 17:12 18:18
19:7 20:11,25 21:16
22:1,21 24:2 26:9
28:5,14 30:13 31:9
31:24 39:19 43:9
44:16 46:23 51:22
52:5 53:18 58:6,21
60:9 66:5 67:16
70:6,22 74:11 75:9
76:6,15 77:3,18
78:9 79:2 82:21
84:1 86:3,12 88:16
91:16,22 92:3,24
93:7,20 95:15,21
96:12 97:3,10 98:5
98:12 99:11,22
100:4,16 103:5
104:19 105:7 106:3
106:13,18 107:25



108:17,24 109:13
109:18,24 110:4,9
110:21 111:12,17
111:25 112:6,14
113:10 114:5 115:1
115:13 118:11
119:2,8 120:3,23
121:6,17 122:17
123:14,16 124:8
125:7 126:8 131:22
132:11,17 134:10
134:20 135:3
136:12,22 137:3,11
137:18 139:6
140:19 142:24
143:14 145:12,25
146:16,22 148:4,13
149:7 151:15 152:7
152:14,25 154:4
155:12 156:25
162:25 167:19
168:17 169:7,24
170:9 175:4 178:8
179:17,25 180:19
184:1,22 185:14
188:14 190:3
191:11 194:8 195:7
196:16 198:25
200:10 201:22
202:4,13,21 203:11
204:6,14,24 205:5
**objected**
120:25
**objecting**
207:18
**objection**
22:22 23:16 30:20
53:25 55:3 74:16
133:21 158:5
200:22
**objections**
66:21
**observed**
72:17
**obsessive**
58:25

**obtuse**
177:9
**Obviously**
124:1
**occasions**
7:22 127:18
**occupational**
51:3 68:4
**occur**
24:21
**occurs**
93:6
**OCD**
58:8
**October**
1:17 3:24 5:1,4 90:1
159:1,8,12 176:10
194:20
**odd**
131:9
**offer**
13:1,4 212:3
**offered**
107:3
**offering**
212:6
**office**
23:22 213:15
**officer**
211:23 213:7,16
**officer's**
211:1 212:12
**OFFICER'S**
213:1
**offices**
167:7
**official**
1:10 98:3
**officially**
9:16
**officials**
97:8 98:8
**oh**
25:20 26:1 37:8
41:13 85:2 92:25
93:25 99:12 129:19

130:23 140:2 142:6
182:10,11
**okay**
26:1,18 27:13 33:8
37:15 44:11 46:19
47:8 57:9 61:5 71:1
72:24 80:23 85:2
90:4,17 91:6 95:7
101:7,11 103:9
105:13 117:15
126:13 127:21
128:24 129:2 133:6
142:6,21 162:15
164:22 175:7,20
182:12 195:15
201:25 206:11,15
207:22
**old**
14:8 113:7 116:1,19
128:20 131:10
139:5,18 204:20
**Olson's**
10:3
**Olson-Kennedy**
155:3,7,20 156:6
**once**
192:4 193:17
**ones**
114:17 198:4
**one's**
48:22,23 84:21 85:13
86:1
**ongoing**
20:20 21:2,3,21
**online**
6:20
**Ontario**
149:15 154:9,14
**opaque**
96:18
**opinion**
13:1,4,22 111:16
**opinions**
162:24
**opportunity**
156:8

**oppose**
198:23 200:5,20
**opposed**
74:19 147:23
**opposing**
130:15
**opposite**
8:17
**opposition**
199:4
**opted**
77:20
**optimal**
137:7,14,23 141:21
142:8,15,16
**optional**
180:18
**orchiectomy**
19:16
**order**
202:16
**ordered**
208:21
**ordinary**
122:10
**organization**
161:16 162:1 163:24
164:4
**organizations**
157:11,11,15 158:8
160:5,11,16 161:8
163:22
**organization's**
165:20
**orgasm**
112:13 114:25
115:12,19 116:2,16
**orgasms**
118:9
**original**
4:6 176:6 177:7,14
190:4,23 213:17
214:2
**originally**
36:19
**outcome**

152:18
**outcomes**
98:17 137:10,17
138:14 141:24
142:11,20 147:15
**outside**
67:11 97:12,22
146:10,10 169:6
173:14 189:1
**overall**
198:18
**overreach**
148:8
**overstate**
188:6
**Owen-Smith**
107:17,19,22 108:2
**o0o**
1:4,16,20 2:2 3:1,5
4:1 5:2 89:6 90:3
209:7

---

**P**

**P**
2:1,1
**page**
3:2,6 4:2 22:6 25:5
25:13,19,21,22,23
25:25 26:1,16,24,25
27:15 29:9 33:6
35:12,13,13,19,20
36:14,16 37:5,6,8,9
37:15 45:13 48:4,4
48:19 56:6,17,22
59:10,11,20,22 64:6
67:14,14,18 68:15
68:15 69:5,5 70:2
70:17 71:4 72:22,23
78:5 80:13,21,22
81:19 83:11 84:16
84:17 85:1 90:24
94:16,23 95:6 101:6
101:13 102:5,13,15
103:13 107:15
129:23,23 135:7,11
136:16 141:17

142:2 156:11 159:7
159:19,20 161:4
163:17 171:11,18
171:21 175:17,22
175:23 180:3,13
182:1,8,20,22,23
187:4,6,17,18 192:7
194:16 195:16
197:16,18,19 201:1
205:21 206:16,18
207:4
**pages**
26:11 136:16 171:16
181:20 196:6
**paid**
15:23 16:1
**pangender**
42:12
**paper**
36:4 102:20 140:14
144:12 167:23
**papers**
143:5,5 181:16
**paradigmatic**
201:15,18 202:2
**paragraph**
22:5,7 27:15 28:17
28:17,19 35:12,19
36:6 48:3,17,19
50:12 57:10,12,15
81:17,19 83:11,12
85:2 88:21 90:22,24
98:20 99:2 103:13
103:23 105:15,16
107:14,17 108:8
109:2 135:6,10
136:16 141:20
142:4 156:10,11
171:17,18,23
184:15 185:9
195:24 197:1
**paragraphs**
49:11
**parent**
13:17 119:7,19
120:21,22,24 121:1

121:25 122:1,3,7,8
122:9,15,21,22,22
122:23 123:8,18
124:6 125:5,18,23
126:3,6,11
**parental**
111:4,10 113:23
115:15 119:15,16
120:6
**parenting**
111:5
**parents**
40:11,18,19 113:17
113:20,22 114:17
114:20 115:4,7
119:5,20 120:18,19
120:20 121:15,25
122:11,18 123:1,3,5
124:10 125:9 134:4
150:16
**part**
17:24 18:16 19:5,11
19:13,20 22:14
36:20 40:4 44:6
46:5,12,14 51:20
54:20,21 58:10
65:14 75:4 77:9,14
81:18 87:25 96:21
97:14,17,24 107:8
124:20,22 125:11
143:10 160:13
176:16,18 177:24
178:24 179:3
183:11,20 185:17
186:10 188:22
189:5 212:6,16,20
**partial**
61:10
**participated**
106:22
**participating**
120:21
**particular**
12:20 13:22 62:20
96:3 116:5 202:15
206:4

**particularly**
24:4 39:15 40:9 47:5
86:17 92:12 113:2
138:9 153:10
**parties**
211:15,15 212:7,9
213:17 214:3
**parts**
65:12 137:20 185:19
189:6
**party**
212:5,14,15,15,19,19
**party's**
212:4,15
**pass**
155:20
**passed**
57:16 154:14 180:10
**passion**
186:11
**passionate**
185:17
**pathological**
67:22
**patient**
17:5 50:20 51:2
60:12,19,23 61:1,5
61:7,17,18,24 62:1
62:4,8,20 86:18
90:12,14,16 118:20
120:25 131:9,13
150:2,11 168:8
208:8
**patients**
14:7,13,16,23 15:1
16:12 79:18,19 82:7
86:14,17 90:18
91:11 102:17 103:8
103:15 104:8
112:19,21 113:6,6
115:3 120:24 128:2
128:10,20 130:8,13
131:6,7,19 132:8
138:9,10 142:17
144:20 149:5 167:6
167:10 185:3



pause
33:20 34:5
**Pediatric**
4:7
**Pediatrics**
156:20,23 158:3,14
160:16 200:19
peer
161:14
peers
40:2
**peer-reviewed**
161:12,20 162:9,21
**Peggy**
203:23,25
**penalties**
147:24 148:1
**penalty**
171:12
**pending**
208:10
people
3:17,20 19:2,17 27:4
27:7 32:2,5 38:13
38:16,23,24 39:8,9
39:15,22,25 40:1,5
40:15,16 41:2,3,9
41:20,25 42:6,8,10
42:20,24 43:7,10,10
43:13,15,16,22,23
44:13,18 46:3,9,13
46:17,18 47:2,4,10
49:19 52:8 53:11
54:13 55:7,10 58:8
58:12 68:23 78:19
78:25 79:4,7,8,11
79:14,17 80:25 81:8
81:9 82:4,13,15
88:6 91:19 93:2
94:3,11,12 96:19
97:22 99:12 100:7
102:21,23 104:12
105:1 107:13
112:19 117:6
119:15 120:5 122:2
132:20 133:24

134:21 138:4,17,20
139:8,12,13,15
140:4,10,12 146:8
147:16 148:16
150:13 151:20
158:11 167:14
169:4 176:3 181:2
185:5,17 188:25
190:25 191:17,25
192:2,20,23,24
193:16 195:8
202:23 204:8,17
205:16
**people's**
34:19 44:20 47:6
78:14,17 79:5,6
82:8
**percent**
85:21 87:17 88:10,17
91:4,18 92:1,6,10
92:14,18 99:4 104:9
104:11 105:3
**percentage**
10:4 93:15 99:13
100:10 104:13
**perform**
148:11 167:16
**performed**
15:4,8,11 144:4
167:1 193:20,24
**period**
62:11 92:8 105:19
128:1 173:10
176:25 213:13
214:6
**periodically**
52:14
**perjury**
171:13
**persisted**
87:3 138:1
**persistent**
79:5
**person**
6:21 33:9 56:12 57:1
57:3 68:11 82:6,20

86:24 87:2,8,11
106:7 125:15 134:4
148:25 150:4,22
152:20 169:16
186:6 207:17
213:15
**personal**
212:17
**personally**
14:22 28:12 127:1,6
**Persons**
3:13
**person's**
16:24 18:10 33:8
37:21,25 38:1,3,5
**perspective**
85:8 169:19
**Perth**
87:22
**phalloplasty**
19:16
**physical**
31:7,11,18,19 33:8
33:15 125:12 137:9
137:16 141:23
142:10,19
**physically**
121:14 126:5
**pick**
74:21 181:17
**pioneer**
149:25
**place**
42:24 132:23 170:15
193:12
**placed**
211:20
**places**
94:10 98:21 148:15
**plaintiff**
13:12,14,18
**plaintiffs**
1:8 2:3 6:8,11 7:25
8:7 11:24 26:15
66:20 179:15,22
208:2,22

**plan**
188:18
**plastic**
4:12 163:25 164:2,5
164:7,12,17,19
165:6,19,24
**play**
85:13 86:1 153:13
**played**
86:10
**playing**
84:22
**please**
6:3,13 7:8,11,14,19
8:3 22:25 25:5
66:21
**PLLC**
2:12 6:10
**point**
8:5,19 12:3 39:13
66:23 75:3 77:14
167:13 185:4 190:7
**pointed**
68:14
**points**
75:14 100:23
**policy**
161:14,16 183:14,22
**political**
156:1 178:3,21
184:23 185:4
**politicians**
179:10
**politicized**
185:2 186:13
**poorly**
127:4
**population**
93:12 116:15 136:10
138:16 140:4
**portion**
61:2 62:21 174:23
208:14
**Portugal**
115:22 117:11,14,16
118:5

**position**
4:9 8:17 114:10
  161:7,24 163:12
  183:5
**possibilities**
207:20
**possibility**
146:6
**possible**
15:18 75:16 80:14
  81:1 102:16,23
  103:1,6,14 107:7
  125:25 181:5
**post**
149:24
**potential**
115:5 134:5 137:5
**potentially**
127:14
**practice**
3:14,17 14:10 18:20
  19:11 22:18 23:4,13
  23:22 25:15 26:6
  27:8 96:5 121:9
  133:13,15 149:10
  157:17 160:7
  167:21 168:6
  179:11 192:22
  202:7
**practiced**
14:19 165:20
**practices**
118:25 120:1 125:14
  146:10 152:23
  159:25
**practicing**
154:16
**practitioner**
21:3 118:13
**practitioners**
148:16
**predate**
157:21
**predominantly**
136:5
**prefer**

**preferred**
152:12,23
**prehomosexual**
150:6
**prepare**
9:11,24 11:9 12:5
**prepared**
200:8
**preparing**
9:6 10:15 13:7 57:24
  197:22,24
**prepubertal**
40:9,20 49:18 55:8
  148:12
**prepubescent**
149:5
**prescribe**
127:1,7
**prescribed**
62:5 135:1
**prescribing**
139:21,25 140:15
  155:9
**prescription**
20:22 21:23 68:17
  69:7 70:4,20 72:8
  73:1
**presence**
44:21 64:1 65:13,15
  67:1 77:9
**present**
2:16 6:2 9:7 22:20
  23:6,14 24:1 25:16
  26:8 121:14 212:14
**presented**
117:14,16,21 155:16
**presenting**
93:23
**president**
198:16
**Press**
4:13
**presumably**
116:13 118:1
**pretty**

55:9 151:14
44:8 47:1 112:16,21
  189:12
**prevented**
94:11
**previous**
11:3 52:25 77:24
  79:10 80:21 84:20
  174:6 175:22
  185:25 189:16
**previously**
14:1 161:25
**primary**
24:5 38:1 101:18
  102:11 146:8
  190:22
**printout**
100:23 101:5
**prior**
10:17 64:23 69:10
  71:14 195:3,19
  211:19
**private**
22:18 23:4,13,22
  25:15 26:6 27:7
  87:12
**probably**
15:20 45:14 75:18,20
  143:21 150:6 168:3
  173:11 204:19
  207:17
**problem**
123:11 177:9
**Proc**
211:2,16,21 212:2,10
  212:20
**procedure**
60:14 211:19 213:11
**procedures**
19:24 60:16 121:13
  177:22 178:19
**proceedings**
209:5
**process**
38:7 83:5 96:17,21
  97:12,14,24 103:20
  104:14,16 114:22

115:7,9 123:25
  125:20 169:10,15
  173:6 180:10,16
  187:23
**product**
48:6 81:22 163:4
  212:11,18
**products**
212:4
**Prof**
211:12
**professional**
20:21 21:22 69:19
  160:1 162:24
  163:19 164:4
**program**
85:9 107:3
**prohibiting**
110:18
**prohibition**
110:23
**proportion**
99:7
**provide**
13:21 17:17 27:21,25
  28:3 48:9 97:8
  99:25 107:17
  108:10 109:3
  120:17 124:19
  174:3,9,14 175:16
  185:7 202:12,19
  205:3,24 212:4,11
**provided**
22:18 23:4,13 25:14
  26:6 29:17 30:5
  56:20 60:22 90:12
  97:1 98:3,8,11
  100:6 118:12
  122:12,14 157:20
  169:19 172:2 173:5
  174:2,12,24 189:13
  206:3 212:18
**provider**
24:6 124:13 152:13
**providers**
44:3,4 46:16,19 96:9

96:14 108:4,15,21
119:1 148:11
**provides**
22:12 37:16 118:13
202:15
**providing**
96:20 115:11 151:3
**province**
147:23 149:14 154:9
154:13
**provision**
75:6 76:4,13 77:1,16
78:7 95:19,23 96:1
96:10 103:25 183:1
183:18
**prudent**
181:6
**psychiatric**
52:15 58:4 59:13
67:20 160:13
161:22
**psychiatrist**
147:4
**psychiatrists**
43:18
**psychological**
3:16 35:24 36:8,9,14
37:2,19 137:9,16
141:23 142:10,19
160:14
**psychologist**
154:6 204:1
**psychologists**
43:19
**psychology**
149:24
**psychotherapeutic**
149:19
**psychotherapist**
169:17
**psychotherapy**
17:5,10,15,21 20:9
20:13,16 21:4,14,19
42:18 43:1 44:23
82:14 107:1,2,5,7
107:11 147:10

**pubertal**
50:2,6 108:11 142:22
143:12
**puberty**
18:1 20:4,10,23 21:6
49:15 72:15 88:7
94:4,6,11,12 99:3,8
99:17,21 100:2
104:4 105:18
115:25 116:11,12
116:19 127:2,7,14
127:22,23 128:2,6
128:11,22 130:9
131:14,19 132:9,14
132:15 134:1,1,2
135:12 138:18,21
139:3,18,22,25
140:5,8,11,15 155:8
155:10
**puberty-blocking**
71:25 72:2,8
**public**
97:13,15,24,25 98:10
151:1 161:24 171:8
172:18,18,20
**publication**
4:12 52:21 151:2
153:3 157:21
158:22 159:14
161:20 162:3,9,21
172:19 179:23
196:9
**publications**
157:14 161:12
**publicity**
150:17,24
**publicly**
170:3
**publicly-released**
172:3
**publish**
144:3 150:10 151:11
151:18 152:11,22
155:7,23 162:18
**published**
10:9 22:9 98:2

115:23 117:24,25
147:6 151:7,19
152:16,18 153:2
155:15 162:12,13
165:6,9 190:10
**publisher**
200:18
**publishing**
152:5
**pull**
59:19 71:3 94:16
128:24
**purpose**
16:25 101:19
**purposes**
8:9 9:6 10:11
**pursuant**
211:18 213:10
**pursue**
128:8
**put**
27:10 36:11 40:15
43:10,11,18,21,21
48:12 82:3 161:23
174:3 176:24 177:1
186:3 189:9 190:14
**putative**
13:15,18
**putting**
176:14 179:11 190:7
**puzzled**
155:14
**p.m**
133:4,7 170:17,20
206:9,12 209:4,6

_____
**Q**
**qualified**
211:8
**qualifier**
34:9
**qualitative**
85:7
**quality/low**
168:16
**queer**

37:23 38:9,11,18,20
38:22,25 41:10,21
41:25 42:3,10,24
79:9
**question**
7:15,17,17,19,23 8:1
8:2 15:13 19:18
22:23,24 23:2,8,11
25:12 26:2,17,22
33:8 50:5 53:20
56:15,16,19,22 60:3
81:4 94:24 95:7
109:14 110:5
111:16 112:2 114:7
114:13 116:25
117:23 127:4
129:25 130:4,7
131:2,23 137:12,21
143:17 159:20,24
160:3,10 168:11
192:9,14
**questioning**
61:4 153:23
**questions**
7:8,21 62:20 63:1
92:17 117:10
126:14 178:18
207:22 208:4
**quick**
9:14 126:14 151:9
**Quirarte**
2:17 5:23
**quite**
42:4 54:1 78:18 81:9
88:11 106:8 113:24
140:7 142:14 145:6
167:7 191:24 203:6
203:15
**quote**
35:25 36:11,13 41:12
41:13,14 202:9
**quotes**
182:3

_____
**R**
**R**



2:1
**Radix**
199:20
**ramifications**
134:5
**randomization**
153:14
**randomized**
153:11
**range**
43:15
**rare**
58:7,22,24 59:2
 86:15 104:25 106:8
**rarely**
60:15 106:6
**rate**
87:17 91:3,19 92:2
 92:10,19 100:1
 116:16 136:9
**rates**
100:15 103:17
**reach**
72:20
**reached**
167:6
**reaching**
116:16
**read**
22:24 23:1 41:15
 83:18 102:9 143:6
 155:22 184:24
 196:18 197:1 198:2
 208:4 210:1
**reading**
112:17 156:3,5
 200:15
**real**
48:1 84:7
**realign**
149:20
**realigning**
150:3
**really**
62:12 78:4 86:6
 132:5 144:24 148:5

149:2,18 150:7
155:20 157:23
166:8 169:11 170:6
178:1 179:12
**reapplying**
91:12
**reason**
89:1 101:18 104:23
 104:24 105:1
**reasonable**
92:11 110:24
**reasons**
106:8 110:15,17,24
 111:19 112:9
**Reassignment**
4:10 163:13
**rebuttal**
198:2
**recall**
10:14 12:23 51:23
 102:10 104:20
 130:19 162:10
 174:13 179:4 197:3
 198:1 200:15 201:5
 205:17
**receive**
20:9 21:8,14,18 24:5
 49:19,20 50:6 104:4
 107:5
**received**
61:6,17,20 105:18
 107:1 143:22 145:1
 167:10 180:23
**receiving**
68:24 72:15 82:13
 108:3,7
**recess**
47:22 89:5 133:5
 170:18 206:10
**recipient**
180:7
**recognize**
29:6 43:23 160:5,17
**recognized**
156:15 157:12
 159:25 160:20

**recognizing**
43:14
**recollection**
84:3,5 175:5 205:1
 205:14
**recommendation**
96:6 201:19 202:2
**recommendations**
93:22 157:17 165:21
 202:6,7,12,19,23
 203:1,2 204:23
 205:8,12
**recommended**
22:2 58:19 144:17
 205:3
**recommends**
21:2
**reconstruction**
18:25
**record**
6:3,22 7:9 8:15,18
 23:1 32:24 47:19,20
 47:24 56:14 66:16
 89:2,3 90:5 98:24
 103:23 133:1,3,7
 141:14 165:15
 170:15,16,20 176:5
 206:7,8,12 212:1
**recorded**
211:24 213:8
**records**
13:11
**recurrent**
58:23
**recurring**
62:14
**redacted**
4:17,19,20 181:1
 194:17
**redactions**
176:6,6,9 194:17,20
 197:7
**redacts**
55:23
**redefine**
41:10,21 42:1

**redefining**
42:5
**redirect**
208:2
**reduces**
136:9
**reduction**
19:3
**refer**
27:8,11 40:20 67:17
 69:22 75:10 77:7
 99:16 117:12
 165:13 175:22
**reference**
35:23 48:12 71:9
 157:15 162:5 205:1
**referenced**
36:17 158:8
**references**
10:18 11:4 196:7
**referral**
104:10
**referrals**
27:4 104:21
**referred**
52:16 99:7 192:13
**referring**
27:2 31:17 33:13
 65:2 69:23 70:8
 72:14 85:11,18
 97:18 115:18
 147:11 151:25
 201:21
**refers**
29:19,22 31:11,19
 38:5 67:15 75:13
**reflect**
55:25 56:19 171:23
**reflection**
26:25 34:2
**refocused**
207:14
**refuse**
124:6 125:5 152:21
 155:7
**refused**



213:22,25
**refusing**
155:23
**regarding**
4:13 12:21 13:1
121:5 179:15,22
212:13
**regardless**
52:1
**region**
64:24
**regions**
65:3 71:15
**regret**
91:2,12,19 92:2,7,7
92:10,19,21 93:5
105:20
**regularly**
155:16
**regulations**
148:2
**reidentification**
4:6 88:9 99:5 100:1
100:15 102:18
103:3,16,17,24
**reidentified**
99:9 102:25 103:18
104:16
**reidentify**
104:8
**reimbursement**
185:24 187:14
**rejecting**
125:24
**Rekers**
149:23,23 150:18
**related**
48:21,23 184:13
**relates**
158:10
**relating**
54:19
**relationship**
21:2 86:20,22 87:4
87:16
**relative**

96:1 211:14
**release**
97:13 172:17,18
**released**
168:19 170:3 200:17
**relevant**
63:23 95:18,22 96:9
**remain**
124:22 209:3
**remained**
10:6 128:2,10
**remember**
10:11 26:22 36:18
99:13 132:3 174:19
190:21 198:3
**REMEMBERED**
5:3
**remote**
3:10 88:3,4
**remove**
19:25 180:17 196:14
196:24 198:21
199:7 200:1
**removed**
104:17 105:5
**renew**
23:15
**repair**
125:25
**repeat**
19:18 23:10 26:2
50:5 109:14 110:5
131:23 137:12
**replace**
181:6
**replaced**
52:23
**reply**
13:7
**report**
78:20,21 79:12,14,17
83:21 94:5,5 96:4
116:20 140:14
145:9
**reported**
92:6 150:2,9 167:13

**reporter**
1:24 5:7,10,25 6:12
7:9,13 10:21 11:14
12:18 21:9 24:15
29:3,21 32:7,16
36:15,24 41:23 45:2
49:24 53:8 55:20
57:5 61:22 63:19
76:1 79:25 84:9
91:6 100:20 139:23
163:9 164:25 171:2
175:9 191:7 194:12
197:8 201:17 211:9
**Reporters**
211:11
**reporting**
140:3
**represent**
101:23
**representative**
169:14,15
**representing**
6:5
**request**
97:15
**require**
21:3 63:13 119:5
**required**
20:21 21:22 22:3
54:21 67:12 69:6
70:4,19 109:3
**requirement**
50:17,19 51:1 66:24
68:16 75:6
**requirements**
108:11
**requires**
69:15 70:11 77:15
78:6 109:6
**research**
53:15,22 54:4 104:25
115:20 138:24,24
139:2 144:1 147:4
152:16,17,22 153:3
204:2
**researcher**

152:4,10
**reserve**
208:2,17
**resistant**
58:24
**resolution**
84:23 85:14 86:2,11
86:15
**resolve**
8:14,18 57:17
**respect**
113:25 213:13
**respectful**
125:1,22
**responded**
34:2
**responding**
182:4
**response**
7:10 33:19 61:10
96:23 110:13 167:8
189:19 193:3
207:16
**responsive**
97:16
**rest**
36:13 65:6 67:4 68:8
75:19 76:20 78:2
99:20 104:4
**restriction**
110:15
**restrictions**
110:18
**restrictive**
95:8
**result**
86:19,23
**results**
104:22 151:11,13
152:11
**retired**
204:19
**retrospect**
151:21
**reversal**
91:3



**reverse**
91:13 183:4
**reversed**
184:8
**review**
9:11 10:15 11:8,21
12:20 15:7 16:2,3,4
16:5,6 57:23 92:13
95:14,18 96:13,21
97:6,8,20 135:24
136:5 172:24,25
200:13
**reviewed**
9:13,15 10:17,18
11:10,19,22 12:1,5
12:8 13:11 161:14
173:3
**reviewing**
12:23
**reviews**
15:5,10,14,24 16:8
16:11 177:21 196:1
**revision**
52:17
**revisions**
172:20
**right**
5:12 6:20 8:5 9:3
14:5,8,14 16:13
22:10 24:23 25:18
29:9 30:22 31:8
32:14,23 35:5,8
36:6 39:18 41:6,13
41:15 44:15 45:8
47:16 48:20 49:17
49:18 50:10,14,17
50:23 52:3,4,22
53:3,7,10,17 54:6
54:11 55:2 59:22
62:17 63:7,14,24
64:12,20 65:1 68:17
71:7,10,17 72:5,11
73:18 80:11 81:16
82:2 83:13,19,25
84:11,17 87:11
88:15 90:6 91:8

92:2 94:14 98:15,18
99:10,18,21 102:13
103:12 104:2,5
105:3,23 106:12,17
106:24 107:24
108:5 109:4,9 118:3
121:10 123:8
124:19 127:16
129:20 131:2,11
132:3 133:23
135:10,14 136:24
137:2,4 139:5
140:25 141:16
144:12,16,17 145:7
151:9 152:5,24
156:17,20 157:23
158:4,15,24 159:10
159:11,17 160:1
161:1,9,12,17,20,21
162:16 163:7
164:13 166:22
169:2 171:21
172:22 173:17,20
180:13,14,24
181:20 184:15,20
187:11,15 188:1,7
188:13 190:12
192:5 196:8 197:23
198:12 202:1,18
206:7 207:7 208:25
**rights**
208:17
**right-hand**
45:24
**rigidly**
47:2
**risk**
106:7 136:21 137:2
**risks**
118:14
**RMR**
1:24
**role**
84:22 85:13 86:1,10
154:12
**romantic**

84:21 85:12,25 86:9
86:19 87:3
**room**
34:18 148:9
**Rosenthal**
204:16
**rough**
114:19
**roughly**
116:17
**routine**
16:3
**RPR**
1:24
**rules**
7:6
**running**
15:15
**rushed**
149:11
**Rutledge**
32:12 33:4 80:3,5,11
**R-u-t-l-e-d-g-e**
32:12

---
**S**
---
**S**
2:1
**safe**
136:17,19,25 156:15
**Safer**
204:16
**sake**
87:15
**San**
5:1,6,8,21 14:4 90:1
191:19,25 211:5
213:3
**sanctuary**
121:20
**Sarah**
102:1
**satisfaction**
116:3,17,20 117:2
166:15
**satisfied**

200:4
**satisfy**
50:19 51:1
**saw**
145:16 170:1
**saying**
8:17 30:23 77:22
85:16 92:10 93:2
102:22 113:12
126:11 132:3
188:22
**says**
27:4 37:10 46:13
55:23 67:18 68:20
71:13 75:5 76:12
80:24 84:17 85:4,21
88:17 102:16 103:6
104:8 105:9 142:2,7
143:1 159:7 163:19
176:13 177:13
180:12 182:3,7,8
192:9 195:24 196:5
196:20 199:9 201:2
201:6
**scenario**
126:2 168:6
**scenarios**
168:3
**scheduled**
168:8
**scholars**
168:24
**school**
168:9
**scroll**
11:16
**se**
59:1
**second**
29:1 60:25 85:23
88:12
**secondary**
30:2 38:1
**second-to-the-last**
163:24
**section**

37:12 44:9 69:13
135:11 174:22
211:19 213:11
**see**
9:25 11:1 22:7 25:13
26:1,17 27:16 29:11
29:13,14 30:24 37:9
37:16 41:16 45:18
45:24 46:2 48:4,18
48:20 56:9 57:14
59:8 64:17 67:18
68:13,18 69:1,3
71:24 72:25 73:13
80:20 81:20 84:16
85:3 91:1 101:6,12
101:15,20,25 102:6
102:15 103:13
105:15 107:8
117:25 122:10
123:10 127:10
131:14 136:15,17
141:18,19 145:20
146:18,18,19 155:4
155:5 158:25 159:7
162:6 163:19
164:15 170:2
171:17 172:15,16
173:14,15 176:12
180:20,22,25 181:4
182:6,7 192:8
195:20,24 196:19
196:25 199:3,8
201:6 205:23
**seeing**
85:8 130:19 186:11
**seeking**
124:17,18 153:17
202:10
**seen**
10:3 67:21 86:16
147:7,8 151:7 155:1
165:2 186:1 195:2
195:18 197:14,19
200:7 201:3 206:19
**Seldin**
2:5 6:7,7 8:6 12:22

13:3,24 16:15 17:12
18:18 19:7 20:11,25
21:16 22:1,21,24
23:7,15 24:2 26:9
28:5,14 30:13,20
31:9,24 32:18 39:19
41:16 43:9 44:5,11
44:16 45:16 46:23
51:22 52:5 53:18,25
55:3 56:14,21 58:6
58:21 59:10 60:9,24
62:18 66:5,16 67:16
69:9 70:6,22 74:11
74:16 75:9 76:6,15
77:3,18 78:9 79:2
82:21 84:1 86:3,12
88:16,23 91:16,22
92:3,24 93:7,20
94:17,20 95:15,21
96:12 97:3,10 98:5
98:12 99:11,22
100:4,16 101:1,7,11
103:5,22 104:19
105:7 106:3,13,18
107:25 108:17,24
109:13,18,24 110:4
110:9,21 111:12,17
111:25 112:6,14
113:10 114:5 115:1
115:13 118:11
119:2,8 120:3 121:6
121:17 122:17
123:14,16 124:8
125:7 126:8 127:10
129:4,10,17,20
130:20 131:22
132:4,11,17,24
133:2,21 134:10,20
135:3 136:12,22
137:3,11,18 139:6
140:19 142:24
143:14 145:12,25
146:16,22 148:4,13
149:7 151:15 152:7
152:14,25 154:4
155:12 156:25

158:5 161:1 162:25
167:19 168:17
169:7,24 170:9,11
175:4 176:4,11
178:8 179:17,25
180:19 184:1,22
185:14 188:14
190:3 191:11 194:8
194:14,22 195:7
196:16 198:25
200:10,22 201:22
202:4,13,21 203:11
203:17 204:6,14,24
205:5 208:3,22
**selected**
169:21
**Selendy**
2:7 6:10
**self**
16:25 18:11
**self-descriptors**
40:10
**self-identity**
55:7
**self-publication**
162:11
**sem**
34:4
**semicolon**
33:19 34:5
**send**
62:24
**sense**
16:24 18:11 37:21
42:7 130:25 150:12
**sent**
180:6,21 181:4,24
182:2,17,19 187:7
187:22 195:4,25
196:7,10 206:22
207:8 213:11
**sentence**
27:3 57:14 105:9,15
200:2
**sentiment**
188:25

**separate**
30:14,15 141:2
**separately**
190:11
**sepsis**
106:7
**September**
117:17 198:22
200:18
**service**
96:7 212:11,18
**services**
5:24 6:1 209:4 212:4
**Session**
3:9 90:2
**set**
27:11 57:11 112:25
120:13 144:18
202:16 213:16
214:1
**setting**
27:7
**settings**
22:19 23:5,13 25:15
26:7
**seven**
8:9,12
**severe**
58:8,23,24 61:24
62:1,4,8 90:13
**sex**
4:7,10 27:17 28:12
28:20 29:15,17,18
29:22,25 30:1,2,5,7
30:8,12,16,19,24,25
31:5,7,10,11,11,17
31:17,19,21,23,25
32:4 33:8,12,12,14
33:17,20,22 34:5,7
34:9,10,15,19,22,23
35:1,2,3,4,4 37:25
38:1 48:23 83:3
88:10 99:5,10
100:12 102:25
104:9 107:24
110:16,23 111:1,20

112:17,18,20 113:1
113:2 114:20 149:6
149:20 150:4
163:13
**sexual**
31:12,15,21 84:22
85:13 86:1,10
109:12,17,19,23
110:3,7,19 111:11
111:23 112:5 113:8
114:4 116:3,17,20
117:2 118:19
**sexually**
116:9
**sex-determining**
29:25
**Shield**
24:11,18
**short**
8:4 129:7 200:2
**Shorthand**
5:7 211:8
**shortly**
158:22 190:10
**show**
105:8 143:6 150:17
**showed**
151:23
**showing**
146:25 147:2,15
**shown**
146:4 150:21 166:25
**shows**
117:3
**side**
26:19 133:18 134:7
134:17 137:5
**sign**
208:5
**Signature**
210:6
**signed**
165:10 213:24
**signers**
162:24 163:17
**significant**

51:2 68:5 69:14
**signing**
210:2 213:20,23
**similar**
36:2
**similarly**
188:23
**simply**
91:11 126:11 151:12
152:11,22 162:23
**singular**
58:9
**Sir**
80:13 129:25
**site**
15:14
**situation**
119:20 196:20
**situations**
72:10 73:10,22
**skip**
107:14
**slightly**
159:13
**slower**
21:11
**small**
56:15 100:10 102:16
102:23 103:7
104:13 113:24
193:14
**smaller**
117:20
**smiling**
164:16
**SOC**
156:13 176:16
**social**
38:6 51:3 68:3
**Society**
3:13 4:12 28:23 29:6
29:18 30:18 35:7
36:3,6 108:22
156:14 157:16
163:25 164:2,7,12
164:17,19 165:6,19

165:24 203:7,9,18
204:4,22 205:3,11
205:24 206:2
**Society's**
35:15
**SOC8**
22:8,8,12 66:23
67:15 157:25 188:7
199:10,16 200:5,20
200:21 207:13
**SOC8's**
63:16
**sole**
122:5 154:9
**solely**
155:8
**somebody**
34:19 44:22 46:11
117:1 118:16
123:19 149:20
180:22 181:17
182:2,4 185:16
189:21
**someday**
156:6
**someone's**
27:2 33:12 41:8
80:14 81:1 119:23
120:17
**somewhat**
150:23
**soon**
117:24
**sophisticated**
112:16
**sorry**
10:22 11:2 12:10,12
12:13 19:18 25:1,20
35:21,22 37:9 39:5
41:13,14 48:19 50:5
50:24,25 53:19 58:3
74:12 80:18 81:17
85:3 90:23,24 94:1
98:18 127:4 129:15
130:23 131:16,24
135:8 136:1 143:6

159:12 162:4
172:24 174:25
175:18 181:22
182:13 197:12
**sort**
19:12 26:3 112:11
124:14 175:3
208:12,18
**sorts**
169:16
**Sotto**
25:20 59:7
**sought**
144:19
**Sound**
129:9
**sounds**
24:23 25:18,18 41:12
106:24 129:10
137:20 196:2
**source**
36:19
**sources**
161:7
**South**
1:2,11 3:9 5:18 11:10
11:18 12:11,12,20
13:2 14:17,20 57:16
57:21 108:15,19,22
118:25
**speak**
7:12 169:4,8
**specific**
13:22 18:15 19:20
33:14 57:21 60:25
71:4 177:8 208:8
**specifically**
10:13 70:24 78:12
205:9
**specificity**
177:23
**specified**
51:7,9,16,18,20
**speculate**
152:19
**spent**

MAGNA
LEGAL SERVICES

147:4

**spoke**
9:7

**spoken**
9:5

**spouse**
9:10 87:16

**Ss**
211:4 213:3

**stable**
78:18 81:9 82:11

**stage**
8:8 14:23 15:2 72:16
72:20 116:13,19
128:17,21 131:8,10
138:2

**stakeholders**
172:2

**stance**
148:24

**standard**
146:10,12 167:21

**standards**
3:19 20:7,22 21:7,13
21:23 22:9 45:5,8
45:22 63:20 64:3
68:21 70:3,8,13,18
74:7 75:4,20 76:11
76:16,22 77:6,14
78:6 96:25 97:1,4,5
97:9,11 98:2,4,9
108:10,16 119:5,9
141:12,16 144:10
144:11,14 146:11
154:20,24 156:23
157:6,7,12,16,22,24
158:4,8,16,19,23
159:2,14,22,23
160:5,17 163:21
164:9 167:15 169:1
169:5,9 170:5
171:24 172:3,7,12
173:1,16 174:8,10
174:15 176:19,21
177:5 178:15,24
179:1,5,7,8,9,24

181:10 186:5,15
189:7 190:2,8,11
191:4 195:5,21
198:10,19,23 199:6
200:17 203:6
204:13,18,20

**stands**
22:9 208:15

**start**
5:13 21:10 64:12
99:8,13 100:2
131:20 132:10,18
134:2 137:23 138:4
139:18 140:8 178:1

**started**
10:5 11:1 61:7 88:7
99:3,17 100:8
104:12 116:11,12
132:15 138:18,21
139:2 140:4,5 178:3
179:7 192:18
193:16 194:15

**starting**
11:3 33:7,11 81:7
129:25 133:24
138:1 168:1 182:19
185:9 190:7

**starts**
80:21

**state**
5:8 6:22 15:5,8,11
24:8 68:7 121:5,8
121:15 147:24
148:1 166:5 187:25
191:21 211:3,9
213:2

**stated**
187:13

**statement**
4:9,13 28:9 30:8,11
41:20 46:8 48:10,25
63:2 81:13 85:11,24
135:18 141:19
142:13 158:1
161:24 162:19
163:12 165:5,9

168:18 173:25
174:3,6,10,14 175:2
176:1,16,18 177:2,7
177:15 178:5,12
180:9,15 181:3,10
183:9 185:12,23
186:3,15,19,22,23
187:2,22 189:12,15
190:1,6,7,9,15,23
191:1,3 200:8 207:2
207:11,12,14,18

**statements**
12:20 76:17 161:7,15
161:16 163:20
170:2,8

**States**
1:1 5:17 23:20,22,25
63:6,9 65:5,8 67:6
68:16,23 69:1,7,25
70:7,15,21 73:25
75:1,7,14,17 76:5
76:14,20 77:2,17
78:2,8,12 96:2,11
106:9 120:5,14,14
121:4 167:1,16
171:13 177:16
185:13,18 189:1,5,8
189:23 194:6

**statistical**
52:13

**stayed**
200:20

**Steensma**
85:7,17

**stenographically**
211:24 213:8

**step**
146:13

**Stephen**
204:15

**stereotypical**
40:22,22

**sterilizing**
132:14,19

**Sterling**
1:7 5:16

**sticks**
104:24

**stimulation**
61:12,14

**stop**
47:17 60:24 85:21
170:15

**stopped**
83:22 87:19 88:8

**stops**
7:23

**streak**
148:7

**stream**
129:8

**Street**
2:4 5:5,21

**striking**
79:4

**string**
189:11

**strong**
53:12 188:25 199:4
201:16,19 202:2,5

**structure**
31:4

**structured**
27:6

**studied**
108:14,18,21 118:25
135:20

**studies**
10:20,23 54:10,13
92:15 136:5 169:22

**study**
10:5 54:14 98:17
103:1,10 104:18
105:5,17,22 106:1
106:16 107:4,13
117:11,14 135:21
136:8 139:11,17
140:3 144:4,7,25
149:23 150:14
167:12

**subject**
48:7 81:23 151:17,25

**subjected**
147:16
**submitted**
9:19
**substances**
7:3
**substantively**
66:22
**success**
150:3,10,13
**sued**
150:16
**sufficient**
68:3
**suggest**
207:10
**suicide**
91:20 136:14 150:8
  150:11,15
**suicides**
136:10
**Suite**
5:5
**summary**
4:17,18,20 64:7,13
  66:6,8,13,17 71:2
  71:23 175:12
  194:24 197:11
**summer**
168:8
**superimposition**
17:8
**supplemental**
4:15 171:5,9
**support**
152:12,23 155:9
  163:20
**supported**
146:4,15 164:8
**supportive**
138:3
**suppose**
140:12
**supposed**
200:13
**suppression**

50:3,7 108:11 142:22
  143:12
**Supreme**
188:2,12,16
**sure**
6:23 7:13 10:19 11:6
  20:3 26:3 32:20
  39:16 42:5 44:7
  51:17 52:13 54:2
  87:7 114:10,12
  116:24 126:1
  127:12 129:5 141:6
  142:14 154:3
  159:17 160:12
  162:6 170:12 173:9
  197:17
**surgeon**
126:14 145:10,14,17
  194:5 203:21
**surgeons**
4:12 144:22 163:25
  164:3,5,7,12,17,19
  165:6,19,25 167:1,5
  167:7,13,22 192:21
  204:5
**surgeries**
18:6,8,10 19:9,13,20
  191:6,9,10,16,16,18
  191:22 204:23
  205:4,13
**surgery**
4:13 18:4,9,12,21,23
  18:24 19:17,23 20:1
  49:16 50:3,7 58:5
  58:10,14,19 59:3,15
  61:21 62:10,13 71:5
  71:5,12 73:14,16
  75:7 76:4,13 77:2
  77:17 78:8 90:18
  91:2,15 93:10
  105:19 106:2,8
  140:6,9,14 166:8,13
  167:14 168:1,8
  191:25 192:3
  193:17 205:15,17
  205:25 206:3

**surgical**
16:22 17:1,3 18:3,16
  18:20 19:4 60:14,16
  63:17,22 64:8 71:14
  142:4 166:2,7,20,23
  168:14 205:19
**surgically**
60:1,5,8
**survey**
107:19,24 162:11
**surveyed**
144:21
**surveys**
147:15 151:22
**sustained**
64:20 71:6 72:4 73:5
  73:18
**swear**
6:13
**Sweden**
91:2 92:18 93:3,4,17
  93:21 94:3,9,12,25
**Swedish**
91:10,19 92:2
**switch**
35:10
**sworn**
6:16
**symptoms**
17:7 47:4
**system**
177:10 202:11,14,20
**systematic**
92:13 135:24 139:11
  139:17
**systems**
15:16
**S15**
69:1
**S17**
69:13
**S252**
45:13,19
**S256**
64:5
**S65**

141:17 142:2

**T**

**table**
29:11,13,14 30:6,15
  35:9
**take**
8:4,4,11,16 36:22
  44:10 47:17 61:7
  75:18 89:1 114:16
  126:3 129:8 134:12
  138:23 143:20
  156:2 206:6
**taken**
8:13 42:23 47:22
  89:5 133:5 170:18
  206:10
**talk**
7:11 16:21 34:19
  63:25 64:1 65:13
  66:2 67:2 68:25
  74:24 76:8 77:9
  82:22 101:19 104:6
  112:20 117:8
  151:25 153:18
**talked**
59:1 155:19 166:6
  188:23 194:3
**talking**
16:22 21:6 35:1
  52:11 57:20 60:25
  77:7 104:3,3 137:22
  151:17 153:19
  157:10 159:22
  182:10,11,16
  184:11,12 185:4
  193:3,9,10 203:17
**talks**
65:14 69:1
**Tangpricha**
204:16
**Tanner**
15:2 72:16,20 116:13
  116:19 128:17,21
  130:2,8,14 131:8,10
  138:1

**team**
22:19 23:6,14 24:1
25:16 26:7 27:6
61:11 204:2
**telehealth**
14:10,13,16
**tell**
6:16 9:8 66:13 84:24
132:5 141:25
181:14 206:25
**tells**
126:5
**ten**
8:24
**tended**
147:21,21
**tends**
111:2
**term**
38:15 40:19 41:3
45:25,25 55:9
**terminology**
75:12
**terms**
23:7 27:6 29:11 30:8
43:1,24,25,25 45:21
79:18 82:4 107:6
113:18 122:1
125:20 129:6
138:14 139:17
142:14 157:17
166:10 173:8
174:22,22 177:24
189:13 205:15
208:23
**terrible**
196:21
**testes**
134:23 135:1
**testicular**
133:18 134:7,13,17
**testified**
6:17 26:13 27:1 33:3
80:8,10,24 158:23
159:18 160:18
193:1

**testify**
24:17 25:13 26:4
32:8 55:13,15 56:9
66:22 80:4 179:21
**testifying**
40:4 66:20
**testimony**
6:25 7:4 8:20 46:24
77:4,19 78:10 159:1
160:8 211:24 212:1
213:8
**testosterone**
134:8,12,18,22 135:1
**text**
34:1,4 52:17,19
**TGNC**
38:6
**thank**
8:6 28:11 48:13 63:2
78:13 91:10 101:11
105:13 118:6 127:9
129:10,21 131:16
133:2 162:8 164:22
176:11,13 194:22
201:13 208:3,5,16
208:23
**Thanks**
185:9
**therapist**
17:9 107:8 148:24
149:12 150:8
**therapists**
115:4
**therapy**
135:12 146:21,24
147:17 148:3,9,10
148:17,18,22,23
149:3,10,16 150:14
154:14,15,17
**thereof**
5:5 214:3
**they'd**
200:20
**thing**
56:11,25
**things**

13:9 33:14 47:1 83:6
123:22 125:3
147:24
**think**
8:24 9:25 10:13
15:19 20:2 23:18
24:14 38:14 40:8
41:15 42:11 44:5
45:1,14 47:17 56:23
57:7 58:25 59:6,18
60:4,10 61:1 62:21
64:4,5 74:20 77:24
79:3,24 80:20 82:3
82:8 85:8 86:4
88:23 92:10 94:9,17
95:22,25 98:21
100:19 101:13
104:6,7 107:12
109:25 110:14,24
111:8 112:1,15,22
112:24 113:14
114:6,14,14,19
117:8 122:25
123:17,24 124:9
125:2,8,10,15
128:14 129:16,17
130:2,10,12,21
132:22,23 135:25
137:19 141:13
142:25 143:1,4
145:23 146:2,20
147:18 148:15
150:24 151:16
153:18,25 157:25
159:2,6 162:5 163:7
164:24 166:18
167:4 168:3 170:14
174:19 175:15
176:22 177:23
182:4 183:7 185:6
186:7,10 193:6,14
193:14,15 194:2
195:3 196:17
199:15,19 201:1
203:14 205:7,14
207:20 208:21

**thinking**
125:17 131:24
**third**
42:16 212:5,15,19
**third-to-last**
64:6
**thirty-year**
166:13
**thought**
60:15 148:5 196:3
**three**
15:15 26:10 199:22
**throwing**
125:12
**time**
5:22 6:2 8:3,10 12:7
15:21 21:11 47:21
47:24 72:5 73:6,18
74:22 75:16 79:1,7
80:16 81:3 83:3
87:25 89:4 90:5
91:24 92:5 93:1
107:24 121:22
125:18 126:3 128:1
130:18 133:4,7
137:23 138:1,7
140:2 144:11 147:4
147:9,12 150:7
163:5 167:24
170:17,20 172:15
173:10 176:22,25
177:3 178:13 188:8
188:10,15 191:3,23
192:16,19,22,22
193:13 198:15
200:8 201:10 204:2
206:9,12 208:23
209:4 212:9 214:6
**timeline**
171:24 173:4,5
**times**
8:23 77:6 83:18
114:7 124:3 138:5
155:2 168:4
**timing**
137:7,14 141:21

142:9,15,16

**tissue**
19:25
**Titled**
4:3
**today**
5:20,24 6:25 7:4,7
8:11 9:9 81:14
98:14 101:20
193:20 194:1 203:5
207:23
**today's**
193:24 209:1,3
**tool**
177:11,15 178:5
**top**
25:22 35:13,20 37:17
45:18 48:4 50:17
101:6 105:16 182:6
182:22 205:10
206:19
**Toronto**
154:7,8
**total**
8:12 103:17
**TR**
52:16
**track**
87:23 88:5
**Trajectories**
4:3
**trans**
18:8,9,13 46:4 82:5,5
96:15 143:20 183:5
183:16,19,24
184:10 187:14
188:3
**transcribing**
83:15
**transcript**
1:19 3:23 25:2,6,22
25:24 33:1 56:1,18
59:19 61:2 80:7
102:3 128:25
129:15 130:12,16
130:19 159:5,5

192:6 208:14,21
210:1 211:25
213:13,17,20,22
214:1,2,5
**transgender**
3:17,19,20 22:13,18
23:3,12,19,24 25:14
26:6 43:8,13,23
44:15 46:4,5,12,14
46:17 53:6,9,13
54:20 55:2,8,11
56:12 57:1,3 82:18
82:19 83:24 84:19
108:3 116:6 126:6
136:11 147:7 149:1
154:10 158:11
160:7 169:18 178:3
184:4 185:1 191:22
194:7
**transition**
38:7 78:24 118:17
128:9 136:9 138:5
184:13 191:6,9,15
**transitioned**
61:19 86:21 139:15
167:24
**transitioning**
62:15 125:16,17
139:13
**transitions**
132:15
**transmasculine**
18:4,21 19:17 20:1
166:9
**trap**
41:19
**treated**
4:4 58:5 59:14 60:1,5
60:8 68:1 90:18
116:4 147:11
**treating**
16:25 69:19 127:15
135:13 149:25
**treatment**
3:12 4:10 20:23
21:24 49:17 50:4,8

58:20,24 64:1,24
69:19,20 88:9,18
99:4 100:7,8,11,12
104:1 109:4 118:13
118:14,15 119:6
122:14,16 128:3,11
131:20 132:9
133:19,23 134:8,18
135:2,19,25 139:3
139:25 142:4 146:1
146:14 148:25
150:7,9 151:13,21
151:21 152:12,23
153:8,12 155:10
163:13 165:21
166:3 167:2,10,17
168:14 193:25
**treatments**
17:15,18 60:22 63:17
63:22 64:8 73:1,4
88:14 118:8 135:17
145:24 146:2,14
205:19,19
**treatment-resistant**
58:13 60:13 61:15
**triage**
103:19
**trial**
3:23 80:4,10 94:18
129:15,18 130:5,19
158:23 159:6 192:5
**trials**
153:11
**tributes**
29:19
**tried**
100:9 114:7
**true**
171:14 202:17 212:1
**truth**
6:16,16,17
**truthful**
6:24 7:4
**truthfully**
131:3 207:23
**try**

7:11,11,12,19,20,24
43:1 82:14 83:9
87:13 97:15,25
124:15 149:20
169:11 178:12
185:5
**trying**
9:25 10:13 34:25
41:14,18 65:16
75:12 93:14 114:15
124:24 125:9 159:2
183:4 184:16,20
189:4
**turn**
25:5 27:9,14 29:9
33:6 56:6 84:16
94:16 101:13 102:5
141:17 156:9 161:3
163:16 171:11,16
175:15 181:13,20
200:25 208:1
**turning**
37:5
**two**
33:23 49:11 50:20
88:6 99:4 100:11
121:25 128:5 151:9
151:20 153:15
199:17
**types**
17:22,23 123:22
**typical**
58:14
**typically**
16:24 19:1,8,9 33:13
34:16 43:12 82:24
122:1 127:18 128:5
134:22,24 166:21
**typo**
132:4

_____
U
_____

**UCLA**
147:5 149:22 150:1,4
**Uh-huh**
48:2

**umbrella**
17:19 38:15 43:13
　79:22
**unable**
82:16
**uncertainty**
166:1,10
**uncommon**
79:3 88:11 122:7
**underestimate**
103:16
**undergoing**
38:6
**underneath**
142:2
**understand**
7:15 20:2 28:6 90:10
　112:13 114:10,25
　115:9,12 124:25
　126:2 141:7 148:22
　174:18
**understanding**
17:6 39:16 43:2,3,4,5
　44:24 46:20 51:19
　65:21,23 67:9,15
　74:20 80:15 81:2
　82:9 87:8 95:19
　105:4 106:20
　107:10,13 109:8
　112:4 113:22
　114:12 121:3,7
　126:2 139:21 149:4
　153:25 161:21
　193:19
**understandings**
112:16
**understands**
165:25 168:12
**understate**
100:15
**understatement**
92:1
**understood**
7:16
**unexpected**
153:13

**unhealthy**
177:10
**United**
1:1 5:17 23:20,21,25
　63:6,9 65:5,8 67:6
　68:16,23 69:1,7,25
　70:7,15,20 73:25
　75:1,7,14,17 76:4
　76:14,19 77:2,17
　78:2,8,12 95:23
　96:2,11,15,20 106:9
　120:5,13,14 121:4
　167:1,16 171:13
　177:16 185:13,18
　189:1,5,7,23 194:6
**University**
154:6,8
**unnecessary**
57:18
**unspecified**
51:14,18,19 52:2
**unusual**
131:12 145:6 158:6
**update**
52:19 115:21 185:10
　191:3
**updated**
52:15 177:4 186:4
　207:1
**updating**
178:14
**upfront**
148:24
**urologist**
126:20
**usage**
38:13 39:22 40:8
　42:4
**use**
40:12,13,19 41:3
　42:25 55:9 63:6,9
　67:3,13 68:20 69:2
　74:19 75:2,12,22
　76:17,22 77:12,21
　108:15,22 114:11
　136:19,25 166:2

　177:11,15 178:6
　181:18
**useful**
144:2 186:21
**uses**
32:22 63:17,22 71:21
**usually**
18:4 27:6 31:19
　33:24 34:23
**utility**
185:13 186:20
**U.K**
119:13 120:10
**U.S**
22:17 23:3,12 25:14
　26:5 65:20,22 67:11
　67:12 77:23 97:7
　98:3,7 119:15
　176:24 177:8 183:1
　183:4,15,23,25
　184:3,15,20 185:24
　186:20,23 187:2,11
　187:15 188:1,11,12
　193:11 207:18
**U.S.A**
4:11 163:14 196:1,4
　196:21

────────────
**V**
**v**
12:14 24:10,18 32:11
　33:4 80:3,4,11
　171:5 197:11,12
**vaginoplasties**
144:4,15,21,22 145:6
　167:2,17 193:7,12
　193:20,23
**vaginoplasty**
19:15 61:21 106:5
　145:2 166:23
　192:13,18,24 193:4
　193:10
**Vague**
23:7
**vagus**
61:12

**valuable**
169:17,19
**Vanderloos**
10:23
**Vandermaesen**
10:23
**Vander-something**
10:24
**variables**
153:12
**variation**
112:24
**variations**
31:4
**vary**
112:8 120:1
**vast**
23:24 131:18 132:8
**verbal**
7:9
**verbally**
7:8
**version**
3:20 22:9 45:5,22
　52:16 63:21 70:3,18
　75:5 76:11 77:15
　78:6 96:25 97:2,9
　98:2,9 108:16 119:5
　141:16 144:10,15
　154:21,24 156:24
　157:22 158:4,16,20
　158:23 159:15
　164:9 169:2,6 170:5
　171:8,25 172:4,7,12
　172:25 173:1,15,16
　174:7,11 176:9,19
　179:24 181:11
　190:2,12 195:4
　197:6 198:19,24
　200:17 204:13
**versus**
5:16 35:2 188:3
**videographer**
2:17 5:12,24 6:12
　47:20,23 89:3 90:4
　133:3,6 170:16,19



206:8,11 209:1
**Videotaped**
1:18 3:10,15,21
**video-recorded**
5:14
**view**
8:14 96:22 124:5
  142:16 178:10
**views**
150:23 177:21
**Vin**
204:16
**Virginia**
55:13,16
**visible**
38:4
**voce**
25:20 59:7
**Voe**
9:1 12:14 171:5
**Volume**
3:24
**voluntarily**
80:25
**voluntary**
48:7 81:23
**voting**
168:21 170:7,7
  195:10
**vs**
1:9

-----
**W**
-----
**W**
157:25
**wait**
7:20 35:17 59:9
  138:12 139:10,19
  141:18 182:10
**waited**
192:3
**waiting**
200:5
**Walter**
198:11,15
**want**

7:6 8:4 11:16 27:9,14
28:7 47:17 59:5,19
60:24 62:25 84:24
88:14 90:10,11
94:18 98:20 101:13
101:19 102:5,14
114:9,11 124:10
127:5,11,12 128:8
129:18 130:20
138:21 161:3
165:14 175:15
177:21 189:14
194:11 199:1
205:20 206:6
208:13
**wanted**
8:15 19:19 115:9
121:1 162:2
**wants**
168:1
**Washington**
2:13 24:8 25:7
**wasn't**
10:25 40:21 97:17,18
157:9 178:20
179:10 184:5
188:16
**way**
13:8 24:4 51:24
72:17 78:23 83:8
87:6 92:11 93:11
111:16 113:14
123:20 134:13
152:18 155:21
183:12 185:2,5,6
189:11
**ways**
38:16 42:17 44:19
92:1,8 93:14 160:6
203:15
**website**
101:22 162:14
**week**
155:2 165:9,16
**went**
173:25 186:19

187:23
**weren't**
169:18
**West**
55:13,16
**western**
4:7 87:23,24 88:2,2
**we'll**
7:24 8:4,14,18 27:11
36:22,23 84:7 85:23
88:12 162:6 208:18
**we're**
16:22 21:5 22:8 26:3
44:22 47:23 52:10
55:19 60:25 62:22
64:4 79:24 85:8
88:23 89:3 90:4
100:19 104:2,3
127:12 129:4,22,23
133:3,6 139:10,19
151:16,17 159:22
163:8 170:16,19
182:1,1 184:12
185:21 206:8,11,16
208:11
**we've**
6:20 9:17,18 44:6
59:18 208:8
**who've**
58:9 140:8,9
**widely**
156:14
**Williams**
162:3
**williamsinstitute.la...**
162:14
**Wilson**
1:10 5:16
**win**
185:5
**wing**
184:15,20
**wished**
88:18
**wishing**
180:17,17 181:6

**witness**
6:13,15 10:22 12:14
12:23 13:4,25 16:16
17:13 18:19 19:8
20:12 21:1,17 22:2
23:17 24:3,8 26:13
28:15 30:14 31:10
31:25 36:16 39:20
43:10 44:12,17
46:25 51:23 52:6
53:10,19 54:1 55:4
56:23 57:6 58:7,22
60:10 61:5 66:8,22
67:17 69:11 70:24
74:12,17 75:10 76:7
76:16 77:5,20 78:11
79:3 82:22 84:2
86:4,13 88:17 91:17
91:23 92:4,25 93:8
93:21 94:22 95:16
95:22 96:13 97:4,11
98:6,13,25 99:12,23
100:5,17 103:6
104:20 105:8 106:4
106:14,19 108:1,18
108:25 109:14,19
109:25 110:5,10,22
111:13,18 112:1,7
112:15 113:11
114:6 115:2,14
118:12 119:3,9
120:4 121:7,19
122:18 123:17
124:9 125:8 126:10
129:13,19,21
130:24 131:3,23
132:12,18 133:22
134:11,21 135:4
136:13,23 137:4,12
137:19 139:7
140:20 142:25
143:16 145:13
146:1,17,23 148:5
148:14 149:8
151:16 152:8,15
153:1 154:5 155:13



157:1 158:6 161:2
163:1 165:16
167:20 168:18
169:8,25 170:10
175:5 178:9 179:14
179:18,21 180:1,20
184:3,23 185:15
188:15 190:4
191:12 194:9 195:8
196:17 199:1
200:11,24 201:23
202:5,14,22 203:12
204:7,15,25 205:6
208:4 212:13,18
**woman**
37:22 42:11,13 86:23
**women**
18:9,9,13 116:15
**wondering**
186:7
**word**
29:15 30:5 31:17
33:13 136:17,19,25
173:11 180:17
181:17,18,19
**worded**
127:4
**words**
20:20 27:5 34:5,9
40:12
**work**
14:2 20:20 21:21
113:18 124:14,24
129:12 150:22
151:3,5 179:14
**worked**
79:4 170:1 173:6
**working**
27:6 44:22 96:15
186:6
**workings**
161:22
**world**
65:6 67:5,22 68:9
75:19 76:20 78:2
88:4 96:9 153:7

185:17,19 186:21
188:22 189:5
**worried**
196:22
**worse**
184:17,21 185:11
196:23
**worth**
143:2
**wouldn't**
128:13 131:13 179:6
**WPATH**
4:9 20:7,8,22 21:7,12
21:22 22:10 45:4
63:16,20 64:3 66:23
67:14 70:17 72:7
73:13 74:5,7 76:11
76:22 93:18 95:1
96:24 97:1,9,11
98:1,9 108:10,16
117:22 118:4 119:4
141:12 144:10,14
144:22 154:20,23
155:16 156:13,23
157:5,21,21,24
158:3,8,16,19,22
159:14,21,23 160:5
160:17 162:18
163:21 164:8
168:24 169:5 170:5
171:24 172:3,7,11
172:25 173:15
174:10 175:25
179:2,5,24 180:16
181:10 190:1,11
195:4 196:14
198:16,19,21,23
201:6,7,9,11 203:6
204:13
**WPATH's**
45:22 70:2 72:3 73:3
75:4 77:14 78:5
141:16 168:20
169:1 177:21
**write**
156:12 182:7

**writing**
192:10,11
**written**
143:5 182:5 213:10
**wrote**
91:24 156:9 177:17
**W-P-A-T-H**
20:8

**X**

**X-Y**
32:5

**Y**

**yeah**
12:14 17:23 19:19
25:17 29:13 31:14
38:22 41:24 43:20
44:12 46:25 49:25
53:21 54:3 57:7
62:23 63:20 65:2
78:11 80:20 84:3
85:1,6 88:17 94:2
99:13,23 103:6
104:22 109:15
112:1 114:9 115:8
117:9 121:19
126:10 129:7,13
130:24 132:7
133:16,22 137:13
139:24 140:2 141:3
141:25 142:2
143:16 145:3 152:2
153:21 156:7
162:17 165:16
180:25 184:12
191:14 192:25
195:13 197:15
198:4 203:14,22
205:22
**year**
15:12 54:7 168:9
**years**
14:8 15:15 75:19
79:5 86:18 91:1
92:5,22 93:6,9,13

113:7 116:1,19
128:5,12,20 131:10
136:3 138:17,23
139:5 140:7 145:18
150:18,25 154:6,12
166:15 183:19
184:16,21 185:11
192:3
**Yep**
94:19
**yes-or-no**
78:4
**York**
2:5,5,8,8 155:2
**young**
39:25 94:3,12 109:25
116:1 117:7 124:18
124:22 134:4
137:25 138:20
139:12 151:20
166:14
**younger**
113:7
**youth**
18:2,3,5,22 39:12,15
54:9 57:17 61:6
85:8 96:15 98:18
99:2,7,15,20 105:17
105:23,25 106:16
106:25 107:4 109:6
111:6 113:18 128:8
137:10,17,24,24
141:24 142:11,20
143:20 154:10
166:9

**Z**

**Zucker**
149:4 153:23 154:2,5
154:19
**Zucker's**
151:5

**$**

**$250**
16:3

| # | | | |
|---|---|---|---|
| **#10710** | **01:06:19** | **01:13:53** | **01:23:02** |
| 211:6 | 140:25 | 145:15 | 150:5 |
| | **01:06:42** | **01:14:06** | **01:23:22** |
| **0** | 141:5 | 145:20 | 150:10 |
| **0.3** | **01:06:59** | **01:14:20** | **01:23:44** |
| 92:6 | 141:10 | 145:25 | 150:15 |
| **01:00:04** | **01:07:50** | **01:15:08** | **01:23:59** |
| 137:5 | 141:15 | 146:5 | 150:20 |
| **01:00:16** | **01:08:16** | **01:15:31** | **01:24:17** |
| 137:10 | 141:20 | 146:10 | 150:25 |
| **01:00:25** | **01:08:42** | **01:15:45** | **01:24:28** |
| 137:15 | 141:25 | 146:15 | 151:5 |
| **01:00:42** | **01:08:54** | **01:16:08** | **01:24:45** |
| 137:20 | 142:5 | 146:20 | 151:10 |
| **01:01:14** | **01:09:01** | **01:16:31** | **01:25:02** |
| 137:25 | 142:10 | 146:25 | 151:15 |
| **01:01:39** | **01:09:26** | **01:16:53** | **01:25:14** |
| 138:5 | 142:15 | 147:5 | 151:20 |
| **01:01:58** | **01:09:48** | **01:17:10** | **01:25:34** |
| 138:10 | 142:20 | 147:10 | 151:25 |
| **01:02:32** | **01:10:08** | **01:17:30** | **01:25:45** |
| 138:15 | 142:25 | 147:15 | 152:5 |
| **01:02:59** | **01:10:24** | **01:17:51** | **01:25:51** |
| 138:20 | 143:5 | 147:20 | 152:10 |
| **01:03:19** | **01:10:45** | **01:18:27** | **01:26:06** |
| 138:25 | 143:10 | 147:25 | 152:15 |
| **01:03:30** | **01:10:58** | **01:18:41** | **01:26:23** |
| 139:5 | 143:15 | 148:5 | 152:20 |
| **01:03:54** | **01:11:21** | **01:19:12** | **01:26:35** |
| 139:10 | 143:20 | 148:10 | 152:25 |
| **01:04:13** | **01:11:42** | **01:19:44** | **01:26:50** |
| 139:15 | 143:25 | 148:15 | 153:5 |
| **01:04:32** | **01:12:01** | **01:20:04** | **01:27:09** |
| 139:20 | 144:5 | 148:20 | 153:10 |
| **01:04:44** | **01:12:13** | **01:20:22** | **01:27:29** |
| 139:25 | 144:10 | 148:25 | 153:15 |
| **01:05:07** | **01:12:26** | **01:20:52** | **01:27:50** |
| 140:5 | 144:15 | 149:5 | 153:20 |
| **01:05:25** | **01:12:49** | **01:21:04** | **01:28:00** |
| 140:10 | 144:20 | 149:10 | 153:25 |
| **01:05:54** | **01:13:10** | **01:21:33** | **01:28:07** |
| 140:15 | 144:25 | 149:15 | 154:5 |
| **01:06:07** | **01:13:23** | **01:22:01** | **01:28:33** |
| 140:20 | 145:5 | 149:20 | 154:10 |
| | **01:13:35** | **01:22:34** | **01:29:02** |
| | 145:10 | 149:25 | 154:15 |

| | | | |
|---|---|---|---|
| **01:29:20** | **01:35:54** | **01:43:01** | **01:50:24** |
| 154:20 | 159:10 | 163:25 | 168:15 |
| **01:29:31** | **01:36:10** | **01:43:15** | **01:50:40** |
| 154:25 | 159:15 | 164:5 | 168:20 |
| **01:29:45** | **01:36:39** | **01:43:30** | **01:50:55** |
| 155:5 | 159:20 | 164:10 | 168:25 |
| **01:30:03** | **01:36:55** | **01:43:46** | **01:51:04** |
| 155:10 | 159:25 | 164:15 | 169:5 |
| **01:30:13** | **01:37:05** | **01:44:03** | **01:51:20** |
| 155:15 | 160:5 | 164:20 | 169:10 |
| **01:30:35** | **01:37:17** | **01:44:16** | **01:51:44** |
| 155:20 | 160:10 | 164:25 | 169:15 |
| **01:31:01** | **01:37:29** | **01:44:45** | **01:52:12** |
| 155:25 | 160:15 | 165:5 | 169:20 |
| **01:31:17** | **01:37:39** | **01:44:57** | **01:52:23** |
| 156:5 | 160:20 | 165:10 | 169:25 |
| **01:31:27** | **01:38:20** | **01:45:08** | **01:52:34** |
| 156:10 | 160:25 | 165:15 | 170:5 |
| **01:31:50** | **01:38:42** | **01:46:02** | **01:52:44** |
| 156:15 | 161:5 | 165:20 | 170:10 |
| **01:32:02** | **01:38:50** | **01:46:17** | **01:52:51** |
| 156:20 | 161:10 | 165:25 | 170:15 |
| **01:32:14** | **01:39:07** | **01:46:33** | **02:02:17** |
| 156:25 | 161:15 | 166:5 | 170:20 |
| **01:32:36** | **01:39:22** | **01:46:53** | **02:02:30** |
| 157:5 | 161:20 | 166:10 | 170:25 |
| **01:32:55** | **01:39:41** | **01:47:23** | **02:02:57** |
| 157:10 | 161:25 | 166:15 | 171:5 |
| **01:33:17** | **01:40:18** | **01:47:44** | **02:03:05** |
| 157:15 | 162:5 | 166:20 | 171:10 |
| **01:33:32** | **01:40:36** | **01:47:57** | **02:03:27** |
| 157:20 | 162:10 | 166:25 | 171:15 |
| **01:33:46** | **01:40:55** | **01:48:14** | **02:03:56** |
| 157:25 | 162:15 | 167:5 | 171:20 |
| **01:34:04** | **01:41:18** | **01:48:35** | **02:04:15** |
| 158:5 | 162:20 | 167:10 | 171:25 |
| **01:34:26** | **01:41:28** | **01:48:50** | **02:04:26** |
| 158:10 | 162:25 | 167:15 | 172:5 |
| **01:34:39** | **01:41:37** | **01:49:04** | **02:04:37** |
| 158:15 | 163:5 | 167:20 | 172:10 |
| **01:34:48** | **01:42:15** | **01:49:30** | **02:04:50** |
| 158:20 | 163:10 | 167:25 | 172:15 |
| **01:35:06** | **01:42:26** | **01:49:53** | **02:05:21** |
| 158:25 | 163:15 | 168:5 | 172:20 |
| **01:35:28** | **01:42:47** | **01:50:12** | **02:05:37** |
| 159:5 | 163:20 | 168:10 | 172:25 |



| | | | |
|---|---|---|---|
| **02:05:57**<br>173:5 | **02:14:18**<br>177:20 | **02:21:50**<br>182:10 | **02:27:51**<br>186:25 |
| **02:06:21**<br>173:10 | **02:14:56**<br>177:25 | **02:22:00**<br>182:15 | **02:28:05**<br>187:5 |
| **02:06:37**<br>173:15 | **02:15:22**<br>178:5 | **02:22:06**<br>182:20 | **02:28:30**<br>187:10 |
| **02:06:56**<br>173:20 | **02:15:37**<br>178:10 | **02:22:16**<br>182:25 | **02:28:52**<br>187:15 |
| **02:07:10**<br>173:25 | **02:16:07**<br>178:15 | **02:22:29**<br>183:5 | **02:29:23**<br>187:20 |
| **02:07:33**<br>174:5 | **02:16:22**<br>178:20 | **02:22:49**<br>183:10 | **02:29:45**<br>187:25 |
| **02:07:52**<br>174:10 | **02:16:48**<br>178:25 | **02:23:08**<br>183:15 | **02:30:08**<br>188:5 |
| **02:08:10**<br>174:15 | **02:17:18**<br>179:5 | **02:23:25**<br>183:20 | **02:30:20**<br>188:10 |
| **02:08:28**<br>174:20 | **02:17:36**<br>179:10 | **02:23:36**<br>183:25 | **02:30:32**<br>188:15 |
| **02:08:54**<br>174:25 | **02:17:50**<br>179:15 | **02:23:50**<br>184:5 | **02:30:52**<br>188:20 |
| **02:09:07**<br>175:5 | **02:18:03**<br>179:20 | **02:24:06**<br>184:10 | **02:31:09**<br>188:25 |
| **02:10:04**<br>175:10 | **02:18:15**<br>179:25 | **02:24:26**<br>184:15 | **02:31:24**<br>189:5 |
| **02:10:20**<br>175:15 | **02:18:27**<br>180:5 | **02:24:34**<br>184:20 | **02:31:41**<br>189:10 |
| **02:10:46**<br>175:20 | **02:18:57**<br>180:10 | **02:24:54**<br>184:25 | **02:32:07**<br>189:15 |
| **02:11:11**<br>175:25 | **02:19:26**<br>180:15 | **02:25:16**<br>185:5 | **02:32:34**<br>189:20 |
| **02:11:52**<br>176:5 | **02:19:50**<br>180:20 | **02:25:36**<br>185:10 | **02:32:49**<br>189:25 |
| **02:12:02**<br>176:10 | **02:20:03**<br>180:25 | **02:25:49**<br>185:15 | **02:33:01**<br>190:5 |
| **02:12:18**<br>176:15 | **02:20:16**<br>181:5 | **02:26:19**<br>185:20 | **02:33:15**<br>190:10 |
| **02:12:32**<br>176:20 | **02:20:29**<br>181:10 | **02:26:33**<br>185:25 | **02:33:26**<br>190:15 |
| **02:12:53**<br>176:25 | **02:20:41**<br>181:15 | **02:26:53**<br>186:5 | **02:33:44**<br>190:20 |
| **02:13:32**<br>177:5 | **02:20:52**<br>181:20 | **02:27:10**<br>186:10 | **02:34:02**<br>190:25 |
| **02:13:43**<br>177:10 | **02:21:14**<br>181:25 | **02:27:26**<br>186:15 | **02:34:18**<br>191:5 |
| **02:13:56**<br>177:15 | **02:21:37**<br>182:5 | **02:27:40**<br>186:20 | **02:34:32**<br>191:10 |



| | | | |
|---|---|---|---|
| **02:34:47** | **02:42:34** | **02:48:57** | **02:55:16** |
| 191:15 | 196:5 | 200:20 | 205:10 |
| **02:35:07** | **02:42:45** | **02:49:07** | **02:55:33** |
| 191:20 | 196:10 | 200:25 | 205:15 |
| **02:35:27** | **02:43:06** | **02:49:38** | **02:56:18** |
| 191:25 | 196:15 | 201:5 | 205:20 |
| **02:36:03** | **02:43:16** | **02:49:50** | **02:56:30** |
| 192:5 | 196:20 | 201:10 | 205:25 |
| **02:36:49** | **02:43:29** | **02:50:13** | **02:56:48** |
| 192:10 | 196:25 | 201:15 | 206:5 |
| **02:37:00** | **02:43:53** | **02:50:23** | **03:06:25** |
| 192:15 | 197:5 | 201:20 | 206:10 |
| **02:37:13** | **02:44:29** | **02:50:32** | **03:06:37** |
| 192:20 | 197:10 | 201:25 | 206:15 |
| **02:37:24** | **02:44:44** | **02:50:47** | **03:07:06** |
| 192:25 | 197:15 | 202:5 | 206:20 |
| **02:37:41** | **02:45:09** | **02:51:09** | **03:07:22** |
| 193:5 | 197:20 | 202:10 | 206:25 |
| **02:38:03** | **02:45:20** | **02:51:25** | **03:07:48** |
| 193:10 | 197:25 | 202:15 | 207:5 |
| **02:38:37** | **02:45:33** | **02:51:47** | **03:08:04** |
| 193:15 | 198:5 | 202:20 | 207:10 |
| **02:38:54** | **02:45:45** | **02:52:06** | **03:08:22** |
| 193:20 | 198:10 | 202:25 | 207:15 |
| **02:39:06** | **02:45:54** | **02:52:24** | **03:08:43** |
| 193:25 | 198:15 | 203:5 | 207:20 |
| **02:39:27** | **02:46:18** | **02:52:43** | **03:08:57** |
| 194:5 | 198:20 | 203:10 | 207:25 |
| **02:39:45** | **02:46:34** | **02:52:56** | **03:09:08** |
| 194:10 | 198:25 | 203:15 | 208:5 |
| **02:40:13** | **02:47:03** | **02:53:05** | **03:09:21** |
| 194:15 | 199:5 | 203:20 | 208:10 |
| **02:40:24** | **02:47:19** | **02:53:18** | **03:09:28** |
| 194:20 | 199:10 | 203:25 | 208:15 |
| **02:40:38** | **02:47:27** | **02:53:33** | **03:09:34** |
| 194:25 | 199:15 | 204:5 | 208:20 |
| **02:40:55** | **02:47:45** | **02:53:57** | **03:09:43** |
| 195:5 | 199:20 | 204:10 | 208:25 |
| **02:41:13** | **02:47:50** | **02:54:08** | **09:02:58** |
| 195:10 | 199:25 | 204:15 | 5:15 |
| **02:41:39** | **02:48:05** | **02:54:28** | **09:03:20** |
| 195:15 | 200:5 | 204:20 | 5:20 |
| **02:42:04** | **02:48:19** | **02:54:40** | **09:03:39** |
| 195:20 | 200:10 | 204:25 | 5:25 |
| **02:42:14** | **02:48:36** | **02:54:56** | **09:03:52** |
| 195:25 | 200:15 | 205:5 | 6:5 |



| | | | |
|---|---|---|---|
| **09:04:06** | **09:09:48** | **09:15:16** | **09:23:05** |
| 6:10 | 11:5 | 15:20 | 20:10 |
| **09:04:23** | **09:09:56** | **09:15:41** | **09:23:18** |
| 6:20 | 11:10 | 15:25 | 20:15 |
| **09:04:39** | **09:10:30** | **09:15:55** | **09:23:30** |
| 6:25 | 11:15 | 16:5 | 20:20 |
| **09:04:48** | **09:10:36** | **09:16:10** | **09:23:45** |
| 7:5 | 11:20 | 16:10 | 20:25 |
| **09:04:59** | **09:11:30** | **09:16:24** | **09:23:58** |
| 7:10 | 11:25 | 16:15 | 21:5,10 |
| **09:05:09** | **09:11:46** | **09:16:40** | **09:24:17** |
| 7:15 | 12:5 | 16:20 | 21:15 |
| **09:05:19** | **09:12:04** | **09:17:05** | **09:24:30** |
| 7:20 | 12:10 | 16:25 | 21:20 |
| **09:05:28** | **09:12:13** | **09:17:26** | **09:24:46** |
| 7:25 | 12:15 | 17:5 | 21:25 |
| **09:05:40** | **09:12:30** | **09:17:56** | **09:24:54** |
| 8:5 | 12:20 | 17:10 | 22:5 |
| **09:05:53** | **09:12:42** | **09:18:06** | **09:25:20** |
| 8:10 | 12:25 | 17:15 | 22:10 |
| **09:06:05** | **09:12:53** | **09:18:20** | **09:25:30** |
| 8:15 | 13:5 | 17:20 | 22:15 |
| **09:06:12** | **09:13:05** | **09:18:41** | **09:25:37** |
| 8:20 | 13:10 | 17:25 | 23:5 |
| **09:06:22** | **09:13:19** | **09:19:16** | **09:25:41** |
| 8:25 | 13:15 | 18:5 | 22:20 |
| **09:06:38** | **09:13:27** | **09:19:40** | **09:25:49** |
| 9:5 | 13:20 | 18:10 | 22:25 |
| **09:06:52** | **09:13:34** | **09:19:55** | **09:26:21** |
| 9:10 | 13:25 | 18:15 | 23:10 |
| **09:07:14** | **09:13:41** | **09:20:13** | **09:26:30** |
| 9:15 | 14:5 | 18:20 | 23:15 |
| **09:07:29** | **09:13:49** | **09:20:30** | **09:26:41** |
| 9:20 | 14:10 | 18:25 | 23:20 |
| **09:07:36** | **09:13:58** | **09:20:52** | **09:26:59** |
| 9:25 | 14:15 | 19:5 | 23:25 |
| **09:08:26** | **09:14:08** | **09:21:05** | **09:27:13** |
| 10:5 | 14:20 | 19:10 | 24:5 |
| **09:08:37** | **09:14:19** | **09:21:25** | **09:27:38** |
| 10:10 | 14:25 | 19:15 | 24:10 |
| **09:08:51** | **09:14:31** | **09:21:52** | **09:27:51** |
| 10:15 | 15:5 | 19:20 | 24:15 |
| **09:09:29** | **09:14:45** | **09:22:24** | **09:28:11** |
| 10:20 | 15:10 | 19:25 | 24:20 |
| **09:09:37** | **09:15:01** | **09:22:48** | **09:28:24** |
| 10:25 | 15:15 | 20:5 | 24:25 |



| | | | |
|---|---|---|---|
| **09:28:32** | **09:35:06** | **09:42:06** | **09:49:30** |
| 25:5 | 29:20 | 34:15 | 39:5 |
| **09:28:59** | **09:35:19** | **09:42:28** | **09:50:02** |
| 25:10 | 29:25 | 34:20 | 39:10 |
| **09:29:13** | **09:35:43** | **09:42:41** | **09:50:28** |
| 25:15 | 30:5 | 34:25 | 39:15 |
| **09:29:26** | **09:36:02** | **09:42:58** | **09:50:41** |
| 25:20 | 30:10 | 35:5 | 39:20 |
| **09:29:46** | **09:36:11** | **09:43:20** | **09:51:13** |
| 25:25 | 30:15 | 35:10 | 39:25 |
| **09:30:21** | **09:36:26** | **09:43:43** | **09:51:27** |
| 26:5 | 30:20 | 35:15 | 40:5 |
| **09:30:35** | **09:36:32** | **09:43:57** | **09:52:00** |
| 26:10 | 30:25 | 35:20 | 40:10 |
| **09:30:47** | **09:36:48** | **09:44:12** | **09:52:22** |
| 26:15 | 31:5 | 35:25 | 40:15 |
| **09:31:09** | **09:37:06** | **09:44:26** | **09:52:32** |
| 26:20 | 31:10 | 36:5 | 40:20 |
| **09:31:22** | **09:37:26** | **09:44:39** | **09:52:49** |
| 26:25 | 31:15 | 36:10 | 40:25 |
| **09:31:41** | **09:37:36** | **09:45:05** | **09:53:14** |
| 27:5 | 31:20 | 36:15 | 41:5 |
| **09:32:01** | **09:37:50** | **09:45:20** | **09:53:32** |
| 27:10 | 31:25 | 36:20 | 41:10 |
| **09:32:15** | **09:38:22** | **09:45:53** | **09:53:56** |
| 27:15 | 32:5 | 36:25 | 41:15 |
| **09:32:34** | **09:38:41** | **09:46:09** | **09:54:03** |
| 27:20 | 32:10 | 37:5 | 41:20 |
| **09:32:44** | **09:38:56** | **09:46:38** | **09:54:12** |
| 27:25 | 32:15 | 37:10 | 41:25 |
| **09:32:57** | **09:39:35** | **09:46:48** | **09:54:41** |
| 28:5 | 32:25 | 37:15 | 42:5 |
| **09:33:06** | **09:39:49** | **09:47:07** | **09:55:04** |
| 28:10 | 33:5 | 37:20 | 42:10 |
| **09:33:13** | **09:40:24** | **09:47:32** | **09:55:22** |
| 28:15 | 33:10 | 37:25 | 42:15 |
| **09:33:24** | **09:40:43** | **09:47:49** | **09:55:48** |
| 28:20 | 33:15 | 38:5 | 42:20 |
| **09:33:35** | **09:41:01** | **09:48:09** | **09:56:12** |
| 28:25 | 33:20 | 38:10 | 42:25 |
| **09:34:08** | **09:41:18** | **09:48:43** | **09:56:33** |
| 29:5 | 33:25 | 38:15 | 43:5 |
| **09:34:21** | **09:41:31** | **09:49:04** | **09:56:49** |
| 29:10 | 34:5 | 38:20 | 43:10 |
| **09:34:47** | **09:41:53** | **09:49:18** | **09:57:21** |
| 29:15 | 34:10 | 38:25 | 43:15 |



**09:57:38**
43:20
**09:58:05**
43:25
**09:58:18**
44:5
**09:58:32**
44:10
**09:58:38**
44:15
**09:59:00**
44:20
**09:59:20**
44:25
**09:59:37**
45:5
**09:59:51**
45:10

---

**1**

**1**
3:7,24 5:10,14 9:16
9:18 29:11,13,14
35:18 50:21 88:10
92:14 99:4 104:11
135:7 160:25
**1.9**
85:21 87:17
**1:52**
170:17
**10**
4:3 22:6 56:7 75:20
84:9,12 171:17,18
171:23 173:2 192:9
**10th**
172:8,13,24 173:8,17
**10:00:16**
45:15
**10:00:34**
45:20
**10:00:47**
45:25
**10:01:07**
46:5
**10:01:22**
46:10

**10:01:54**
46:15
**10:02:16**
46:20
**10:02:26**
46:25
**10:02:44**
47:5
**10:03**
47:21
**10:03:08**
47:10
**10:03:19**
47:15
**10:03:31**
47:20
**10:11**
47:24
**10:12:15**
47:25
**10:12:30**
48:5
**10:12:44**
48:10
**10:12:56**
48:15
**10:13:13**
48:20
**10:13:27**
48:25
**10:13:36**
49:5
**10:13:43**
49:10
**10:13:56**
49:15
**10:14:16**
49:20
**10:14:35**
49:25
**10:14:47**
50:5
**10:15:01**
50:10
**10:15:14**
50:15

**10:15:22**
50:20
**10:15:30**
50:25
**10:15:44**
51:5
**10:15:55**
51:10
**10:16:17**
51:15
**10:16:36**
51:20
**10:16:47**
51:25
**10:16:56**
52:5
**10:17:15**
52:10
**10:17:30**
52:15
**10:17:59**
52:20
**10:18:15**
52:25
**10:18:29**
53:5
**10:18:39**
53:10
**10:19:02**
53:15
**10:19:15**
53:20
**10:19:28**
53:25
**10:19:36**
54:5
**10:19:44**
54:10
**10:20:00**
54:15
**10:20:22**
54:20
**10:20:44**
54:25
**10:21:05**
55:5

**10:21:39**
55:10
**10:22:03**
55:15
**10:22:19**
55:20
**10:22:29**
55:25
**10:22:40**
56:5
**10:23:03**
56:10
**10:23:11**
56:15
**10:23:22**
56:20
**10:23:54**
56:25
**10:24:20**
57:5
**10:24:31**
57:10
**10:25:00**
57:15
**10:25:13**
57:20
**10:25:24**
57:25
**10:25:33**
58:5
**10:26:09**
58:10
**10:26:34**
58:15
**10:26:53**
58:20
**10:27:06**
58:25
**10:27:32**
59:5
**10:28:08**
59:10
**10:28:32**
59:15
**10:28:53**
59:20

| | | | |
|---|---|---|---|
| **10:29:31** | **10:36:15** | **10:43:53** | **10:49:32** |
| 59:25 | 64:15 | 69:5 | 73:20 |
| **10:29:45** | **10:36:21** | **10:44:04** | **10:49:49** |
| 60:5 | 64:20 | 69:10 | 73:25 |
| **10:30:03** | **10:36:37** | **10:44:18** | **10:49:59** |
| 60:10 | 64:25 | 69:15 | 74:5 |
| **10:30:18** | **10:36:54** | **10:44:37** | **10:50:11** |
| 60:15 | 65:5 | 69:20 | 74:10 |
| **10:30:36** | **10:37:13** | **10:44:54** | **10:50:23** |
| 60:20 | 65:10 | 69:25 | 74:15 |
| **10:30:49** | **10:37:29** | **10:45:08** | **10:50:36** |
| 60:25 | 65:15 | 70:5 | 74:20 |
| **10:31:04** | **10:37:54** | **10:45:22** | **10:50:58** |
| 61:5 | 65:20 | 70:10 | 74:25 |
| **10:31:30** | **10:38:07** | **10:45:40** | **10:51:12** |
| 61:10 | 65:25 | 70:15 | 75:5 |
| **10:32:00** | **10:38:26** | **10:45:57** | **10:51:23** |
| 61:15 | 66:5 | 70:20 | 75:10 |
| **10:32:25** | **10:38:37** | **10:46:09** | **10:51:38** |
| 61:20 | 66:10 | 70:25 | 75:15 |
| **10:32:56** | **10:38:49** | **10:46:24** | **10:51:59** |
| 61:25 | 66:15 | 71:5 | 75:20 |
| **10:33:03** | **10:39:02** | **10:46:47** | **10:52:18** |
| 62:5 | 66:20 | 71:10 | 75:25 |
| **10:33:17** | **10:39:16** | **10:46:57** | **10:52:31** |
| 62:10 | 66:25 | 71:15 | 76:5 |
| **10:33:37** | **10:39:40** | **10:47:05** | **10:52:42** |
| 62:15 | 67:5 | 71:20 | 76:10 |
| **10:33:53** | **10:40:02** | **10:47:21** | **10:52:57** |
| 62:20 | 67:10 | 71:25 | 76:15 |
| **10:34:03** | **10:40:21** | **10:47:41** | **10:53:09** |
| 62:25 | 67:15 | 72:5 | 76:20 |
| **10:34:21** | **10:40:46** | **10:47:49** | **10:53:21** |
| 63:5 | 67:20 | 72:10 | 76:25 |
| **10:34:28** | **10:41:17** | **10:48:05** | **10:53:33** |
| 63:10 | 67:25 | 72:15 | 77:5 |
| **10:34:37** | **10:41:39** | **10:48:34** | **10:53:49** |
| 63:15 | 68:5 | 72:20 | 77:10 |
| **10:34:40** | **10:42:01** | **10:48:48** | **10:54:02** |
| 63:20 | 68:10 | 72:25 | 77:15 |
| **10:35:07** | **10:42:17** | **10:49:02** | **10:54:14** |
| 63:25 | 68:15 | 73:5 | 77:20 |
| **10:35:34** | **10:42:52** | **10:49:14** | **10:54:32** |
| 64:5 | 68:20 | 73:10 | 77:25 |
| **10:36:03** | **10:43:26** | **10:49:22** | **10:54:46** |
| 64:10 | 68:25 | 73:15 | 78:5 |



**10:54:59**
78:10
**10:55:24**
78:15
**10:55:48**
78:20
**10:56:07**
78:25
**10:56:20**
79:5
**10:56:44**
79:10
**10:57:12**
79:15
**10:57:31**
79:20
**10:57:42**
79:25
**10:58:00**
80:5
**10:58:05**
80:10
**10:58:32**
80:15
**10:58:42**
80:20
**10:58:50**
80:25
**10:59:04**
81:5
**10:59:14**
81:10
**10:59:29**
81:15
**100**
4:6
**10004**
2:5
**10104**
2:8
**10710**
1:24 211:10
**11**
3:9 4:6 100:19,20
116:1,18 117:1
138:22 139:3

195:16
**11:00:15**
81:20
**11:00:25**
81:25
**11:00:45**
82:5
**11:01:17**
82:10
**11:01:44**
82:15
**11:02:01**
82:20
**11:02:17**
82:25
**11:02:38**
83:5
**11:03:06**
83:10
**11:03:33**
83:15
**11:03:45**
83:20
**11:03:58**
83:25
**11:04:17**
84:5
**11:04:46**
84:10
**11:04:52**
84:15
**11:05:19**
84:20
**11:05:36**
84:25
**11:05:44**
85:5
**11:06:09**
85:10
**11:06:25**
85:15
**11:06:52**
85:20
**11:07:11**
85:25
**11:07:26**

86:5
**11:07:51**
86:10
**11:08:08**
86:15
**11:08:35**
86:20
**11:09:00**
86:25
**11:09:22**
87:5
**11:09:37**
87:10
**11:10:03**
87:15
**11:10:24**
87:20
**11:10:53**
87:25
**11:11**
89:4
**11:11:11**
88:5
**11:11:34**
88:10
**11:11:55**
88:15
**11:12:08**
88:20
**11:12:23**
88:25
**11:47**
90:5
**11:48:10**
90:5
**11:48:20**
90:10
**11:48:32**
90:15
**11:48:44**
90:20
**11:49:06**
90:25
**11:49:22**
91:5
**11:49:34**

91:10
**11:49:56**
91:15
**11:50:01**
91:20
**11:50:10**
91:25
**11:50:22**
92:5
**11:50:40**
92:10
**11:51:14**
92:15
**11:51:21**
92:20
**11:51:32**
92:25
**11:51:55**
93:5
**11:52:13**
93:10
**11:52:32**
93:15
**11:52:43**
93:20
**11:53:02**
93:25
**11:53:22**
94:5
**11:53:44**
94:10
**11:53:57**
94:15
**11:54:16**
94:20
**11:54:36**
94:25
**11:54:46**
95:5
**11:54:59**
95:10
**11:55:15**
95:15
**11:55:31**
95:20
**11:55:40**



| | | | |
|---|---|---|---|
| 95:25 | **12:00:37** | **12:06:24** | **12:12:15** |
| **11:55:57** | 99:20 | 104:10 | 108:25 |
| 96:5 | **12:00:49** | **12:06:48** | **12:12:31** |
| **11:56:10** | 99:25 | 104:15 | 109:5 |
| 96:10 | **12:00:58** | **12:07:08** | **12:12:39** |
| **11:56:22** | 100:5 | 104:20 | 109:10 |
| 96:15 | **12:01:21** | **12:07:25** | **12:12:54** |
| **11:56:43** | 100:10 | 104:25 | 109:15 |
| 96:20 | **12:01:41** | **12:07:45** | **12:13:04** |
| **11:56:58** | 100:15 | 105:5 | 109:20 |
| 96:25 | **12:01:49** | **12:07:57** | **12:13:15** |
| **11:57:13** | 100:20 | 105:10 | 109:25 |
| 97:5 | **12:02:14** | **12:08:06** | **12:13:29** |
| **11:57:26** | 100:25 | 105:15 | 110:5 |
| 97:10 | **12:02:23** | **12:08:28** | **12:13:46** |
| **11:57:57** | 101:5 | 105:20 | 110:10 |
| 97:15 | **12:02:31** | **12:08:36** | **12:14:14** |
| **11:58:12** | 101:10 | 105:25 | 110:15 |
| 97:20 | **12:02:44** | **12:08:49** | **12:14:31** |
| **11:58:32** | 101:15 | 106:5 | 110:20 |
| 97:25 | **12:02:53** | **12:09:06** | **12:14:51** |
| **11:58:43** | 101:20 | 106:10 | 110:25 |
| 98:5 | **12:03:08** | **12:09:12** | **12:15:14** |
| **11:58:57** | 101:25 | 106:15 | 111:5 |
| 98:10 | **12:03:21** | **12:09:22** | **12:15:27** |
| **11:59:09** | 102:5 | 106:20 | 111:10 |
| 98:15 | **12:03:37** | **12:09:33** | **12:15:38** |
| **11:59:18** | 102:10 | 106:25 | 111:15 |
| 98:20 | **12:04:01** | **12:09:52** | **12:15:56** |
| **11:59:43** | 102:15 | 107:5 | 111:20 |
| 98:25 | **12:04:20** | **12:10:08** | **12:16:09** |
| **110** | 102:20 | 107:10 | 111:25 |
| 15:16 | **12:04:37** | **12:10:25** | **12:16:27** |
| **12** | 102:25 | 107:15 | 112:5 |
| 4:9 14:8 94:24 116:1 | **12:04:50** | **12:10:51** | **12:16:45** |
| 116:19 163:8,8,9 | 103:5 | 107:20 | 112:10 |
| **12-year-old** | **12:04:57** | **12:11:04** | **12:17:05** |
| 115:5,10 | 103:10 | 107:25 | 112:15 |
| **12-year-olds** | **12:05:20** | **12:11:13** | **12:17:32** |
| 114:24 | 103:15 | 108:5 | 112:20 |
| **12:00:02** | **12:05:34** | **12:11:40** | **12:17:58** |
| 99:5 | 103:20 | 108:10 | 112:25 |
| **12:00:16** | **12:05:46** | **12:11:53** | **12:18:14** |
| 99:10 | 103:25 | 108:15 | 113:5 |
| **12:00:29** | **12:05:58** | **12:12:03** | **12:18:26** |
| 99:15 | 104:5 | 108:20 | 113:10 |



| | | | |
|---|---|---|---|
| **12:18:41** | **12:26:45** | **12:33:09** | **12:39:21** |
| 113:15 | 118:5 | 122:20 | 127:10 |
| **12:19:08** | **12:26:58** | **12:33:27** | **12:39:34** |
| 113:20 | 118:10 | 122:25 | 127:15 |
| **12:19:32** | **12:27:15** | **12:33:47** | **12:39:55** |
| 113:25 | 118:15 | 123:5 | 127:20 |
| **12:19:49** | **12:27:44** | **12:34:03** | **12:40:09** |
| 114:5 | 118:20 | 123:10 | 127:25 |
| **12:19:58** | **12:27:52** | **12:34:14** | **12:40:34** |
| 114:10 | 118:25 | 123:15 | 128:5 |
| **12:20:09** | **12:28:00** | **12:34:25** | **12:40:55** |
| 114:15 | 119:5 | 123:20 | 128:10 |
| **12:20:28** | **12:28:15** | **12:34:42** | **12:41:12** |
| 114:20 | 119:10 | 123:25 | 128:15 |
| **12:20:42** | **12:28:37** | **12:35:00** | **12:41:29** |
| 114:25 | 119:15 | 124:5 | 128:20 |
| **12:21:14** | **12:28:57** | **12:35:20** | **12:41:40** |
| 115:5 | 119:20 | 124:10 | 128:25 |
| **12:21:33** | **12:29:12** | **12:35:47** | **12:41:49** |
| 115:10 | 119:25 | 124:15 | 129:5 |
| **12:21:53** | **12:29:23** | **12:36:06** | **12:41:59** |
| 115:15 | 120:5 | 124:20 | 129:10 |
| **12:22:42** | **12:29:39** | **12:36:24** | **12:42:06** |
| 115:20 | 120:10 | 124:25 | 129:15 |
| **12:23:12** | **12:29:58** | **12:36:35** | **12:42:23** |
| 115:25 | 120:15 | 125:5 | 129:20 |
| **12:23:40** | **12:30:21** | **12:36:55** | **12:42:57** |
| 116:5 | 120:20 | 125:10 | 129:25 |
| **12:23:59** | **12:30:38** | **12:37:18** | **12:43:09** |
| 116:10 | 120:25 | 125:15 | 130:5 |
| **12:24:25** | **12:30:57** | **12:37:36** | **12:43:18** |
| 116:15 | 121:5 | 125:20 | 130:10 |
| **12:24:51** | **12:31:05** | **12:37:57** | **12:43:30** |
| 116:20 | 121:10 | 125:25 | 130:15 |
| **12:25:12** | **12:31:15** | **12:38:11** | **12:43:42** |
| 116:25 | 121:15 | 126:5 | 130:20 |
| **12:25:31** | **12:31:23** | **12:38:27** | **12:43:57** |
| 117:5 | 121:20 | 126:10 | 130:25 |
| **12:25:49** | **12:31:48** | **12:38:48** | **12:44:04** |
| 117:10 | 121:25 | 126:15 | 131:5 |
| **12:25:57** | **12:32:10** | **12:38:53** | **12:44:14** |
| 117:15 | 122:5 | 126:20 | 131:10 |
| **12:26:08** | **12:32:28** | **12:39:00** | **12:44:25** |
| 117:20 | 122:10 | 126:25 | 131:15 |
| **12:26:34** | **12:32:51** | **12:39:10** | **12:44:38** |
| 117:25 | 122:15 | 127:5 | 131:20 |


MAGNA
LEGAL SERVICES

**12:44:46**
131:25
**12:44:55**
132:5
**12:45**
133:4
**12:45:05**
132:10
**12:45:14**
132:15
**12:45:28**
132:20
**12:45:40**
132:25
**12:54**
133:7
**12:54:31**
133:5
**12:54:41**
133:10
**12:54:56**
133:15
**12:55:12**
133:20
**12:55:27**
133:25
**12:55:48**
134:5
**12:56:01**
134:10
**12:56:18**
134:15
**12:56:29**
134:20
**12:56:43**
134:25
**12:57:00**
135:5
**12:57:25**
135:10
**12:57:58**
135:15
**12:58:17**
135:20
**12:58:31**
135:25

**12:58:51**
136:5
**12:59:02**
136:10
**12:59:17**
136:15
**12:59:40**
136:20
**12:59:52**
136:25
**125**
2:4
**125th**
3:9
**1267**
175:18
**1290**
2:8
**13**
3:11 4:12 135:7,11
164:24,25 175:19
175:20
**13th**
102:6
**130**
15:4,20
**137**
59:20,22
**14**
4:14,15 26:16,21
90:24 171:1,2,11
**14th**
165:7
**15**
3:22 4:17 69:5
106:16,22 113:7
145:2,6 175:8,9
206:14
**15-year-old**
111:19
**15-year-olds**
109:11,16,22 110:1,6
111:9,22 112:3,8,12
113:12 114:3,21
**1523**
2:13

**16**
4:18 83:11 94:24
119:13 194:11,12
194:16
**160**
15:18
**162**
25:23
**163**
4:9
**164**
4:12
**17**
3:24 4:20 70:2,17
136:16 156:11
159:8,12 167:25
197:5,8
**17th**
159:1
**170**
15:18
**171**
4:15
**175**
4:17
**18**
120:7,15,17 144:18
144:21 167:8,14
173:20
**18th**
2:4
**181**
4:17
**186**
4:19 194:24
**188**
4:20 197:11
**19**
26:21 107:15
**190**
192:7
**194**
4:18
**1950s**
139:14
**196**

99:2,15 104:3
**1960**
147:3,6
**197**
4:20
**1970s**
136:2
**1971**
136:1
**1981**
183:15,23 184:4

---

**2**

**2**
3:9 11:13,14 14:23
15:2 59:23 72:16,20
91:4,18 92:1,10,18
116:19 128:17,21
130:14 131:8,10
138:2 159:24
173:25 190:15
**2:01**
170:20
**2:24-cv-4734**
1:10 5:19
**2:56**
206:9
**20**
3:15 26:24 59:8
75:18 145:18
165:11 192:3
**20/20**
150:17
**200**
88:6
**2000s**
38:12
**20036**
2:13
**2009**
176:25
**2010**
140:16,20,24 141:4,7
141:11
**2010s**
38:12

**2011**
85:7,17 176:25
**2012**
161:18
**2013**
52:21 53:16,23 54:7
140:1 192:17 193:9
193:21
**2014**
91:4,11 107:1 140:14
183:15,23 184:9
192:17 193:9
201:12
**2014's**
140:3
**2015**
36:14 37:3,20
**2016**
4:9 162:19 163:3,12
176:18 177:2
178:11,23 186:2
189:12,12 190:5,9
190:20 192:17
193:25
**2017**
28:18,22,22 29:7,18
30:4 31:1,3 108:22
136:1 144:4,12
166:25 167:22
203:7,9,19 204:4,21
205:2,11,23 206:2
**2018**
107:17,19,22 108:2
156:20 157:6 179:2
201:12
**202**
2:14
**2020**
83:13,21 84:14 87:18
88:13 102:18 178:2
179:18
**2021**
97:13,13 98:9 172:4
178:2 179:19
187:21 206:23
**2022**

3:11,15,22,24 24:21
33:3 56:1 117:22
118:3,4 157:21
159:1,8,13 162:3
172:4,9,13 173:2,17
176:13 180:6,10
181:25 184:25
187:7 195:6 196:11
198:22 200:18
207:8
**2023-2024**
3:9
**2024**
1:17 4:6,14,16 5:1,4
90:1 98:15 100:14
102:6 118:5 165:7
176:10 194:21
**2025.320**
211:21
**2025.320(a))**
211:16
**2025.320(b))**
212:10
**2025.320(c))**
212:20
**2025.520(a)**
213:11
**2025.520(e))**
211:2 213:1
**2025.540(a))**
211:22 212:2
**2093(b)**
211:19
**21**
4:9 33:7
**212)390-9337**
2:9
**22**
4:16
**220-9600**
2:14
**23**
33:11
**24**
3:10 128:20 130:8,14
131:6,7,10,15,25

**25**
1:17 5:1 14:8 56:17
56:22 80:24 90:1
**25th**
5:3
**256**
71:4
**26**
56:6,7 85:1
**2615**
84:16
**267)615-4686**
2:6
**27**
187:21
**28**
206:23
**282**
129:23,23
**29**
3:12 27:15 180:6,10
**29th**
196:10

_____
**3**
_____
**3**
3:10 24:14,15 25:13
25:19 159:24
171:16,18
**3.5**
88:17
**3:05**
206:12
**3:09**
209:4,6
**30**
28:17 79:5 80:22
138:17 166:15
**300**
5:5 16:4
**31**
35:12,19 36:6 48:3
80:13 81:17,19
**32**
3:15
**33**

48:17,19 159:20
**333**
85:21
**34**
49:11 159:19
**35**
49:12 50:12
**36**
3:16
**37**
22:5,7
**38**
201:1
**3875**
29:10
**3893**
205:21
**39**
5:5,21

_____
**4**
_____
**4**
3:12 4:6 29:2,3
101:13 171:16,21
203:15,16
**40s**
139:8
**42**
206:16,18
**43**
187:17,18,19
**44**
108:8 109:2 161:4
**45**
3:18
**4624**
12:21

_____
**5**
_____
**5**
3:7,15 25:13,19
32:15,16 59:7 94:15
102:5 116:13 129:1
129:24 130:1
**5.3**
104:9

**50**
57:10 91:1 92:5
93:10,13 139:4
**500**
196:6
**51**
135:6,10
**527**
72:23
**54**
98:20 99:2 105:15
**548**
98:18 99:20 104:4,23
105:2
**55**
3:21 88:21 90:22,24
106:21
**552**
104:21 105:2
**558**
98:18
**56**
57:12,15
**57**
67:18 68:15,15 83:11
83:12
**59**
136:16 156:10,11
**598**
25:23

---
**6**

**6**
3:3,16 36:23,24
50:21 59:23 102:13
176:13 200:18
**60**
139:4
**64**
187:4 207:4
**65**
181:20 182:1,8,12,20
**66**
33:6 181:20 182:22
182:23
**67**

107:15,17
**69**
180:13

---
**7**

**7**
3:18 27:15 35:13,19
45:1,2 64:4 81:8
141:13 144:10,15
154:21 157:7
176:19,22 179:8
190:12
**70**
105:22 106:15
138:23 140:12
180:3
**703**
181:22
**704**
181:22
**75**
175:22
**79**
3:23 59:11

---
**8**

**8**
3:20,21 22:9 26:25
35:13,20 45:5,22
48:4,19 55:19,20
56:7 59:20 68:20,22
70:3,8,13,18 71:9
75:5 76:11,22 77:6
77:15 78:6 81:19
96:25 97:2,4,5,9,12
98:2 108:16 119:5,9
141:16 154:24
156:13,24 157:22
158:4,16,20,23
159:2,15 164:9
169:2,6,9 170:5
171:25 172:4,7,12
173:1,16 174:8,11
179:8,24 181:11
190:2,8 195:5,21
198:10,19,24 199:6

200:17 204:13,18
204:20
**8's**
63:21
**80**
138:22
**80s**
136:2
**8016**
211:12
**84**
4:3
**86**
26:11,16,24
**860**
37:6,8,9 72:22
**862**
36:14,16 37:5,15
**87**
25:5,13,19,21,25
26:1,11,25

---
**9**

**9**
3:23 75:20 79:24,25
129:16,24 159:6
192:6
**9th**
176:10 194:20
**9:03**
5:5,22
**93**
94:16,23
**99**
105:3