# IDRX 6 -

# Shumer *Misanin* Deposition Transcript

## (Public document)

                IN THE UNITED STATES DISTRICT COURT

                FOR THE DISTRICT OF SOUTH CAROLINA

                        CHARLESTON DIVISION

STERLING MISANIN, on his own

behalf and on behalf of those

similarly situated; JANE DOE,

on her own behalf and on behalf

of those similarly situated;

JILL RAY, on her own behalf and

on behalf of those similarly

situated; NINA NOE, by and through

her parent and next friend, Nancy

Noe, on her own and on behalf of

those similarly situated; NANCY NOE,

on her own and on behalf of those

similarly situated; GRANT GOE, by

and through his parent and next

friend; GARY GOE, on his own and

on behalf of those similarly

situated; GARY GOE, on his own and

on behalf of those similarly situated,

                Plaintiffs,

 -vs-                    No:  2:24-cv-04734-BHH

ALAN WILSON, in his official

capacity as Attorney General of

1  South Carolina; SOUTH CAROLINA
2  DEPARTMENT OF HEALTH AND HUMAN
3  SERVICES (DHHS); ROBERT KERR, in
4  his official capacity as Director
5  Of DHHS; SOUTH CAROLINA PUBLIC
6  EMPLOYEE BENEFIT AUTHORITY (PEBA);
7  PEGGY BOYKIN, in her official capacity
8  as Executive Director of South Carolina
9  PEBA; MEDICAL UNIVERSITY OF SOUTH
10  CAROLINA (MUSC); JAMES LEMON; GUY
11  CHARLES III; DONALD R. JOHNSON II;
12  RICHARD M. CHRISTIAN, JR.; HENRY
13  FREDERICK BUTEHORN III; G. MURRELL
14  SMITH, SR.; W. MELVIN BROWN III; PAUL
15  T. BINGHAM, SR.; CHARLES W. SCHULZE;
16  THOMAS L. STEPHENSON; TERRI R. BARNES;
17  BARBARA JOHNSON-WILLIAMS; THE HONORABLE
18  JAMES A. BATTLE, JR.; BARTLETT J.
19  WITHERSPOON, JR., each in their official
20  capacities as board members of MUSC;
21  DAVID COLE, in his official capacity as
22  President of MUSC,
23       Defendants.
24  _____/
25  Pages 1 - 158.

1  The videotaped deposition of DANIEL E. SHUMER, M.D.
2  taken at 2966 Woodward Avenue,
3  Detroit, Michigan,
4  commencing at 9:30 a.m.
5  Tuesday, October 15, 2024
6  before Ann L. Bacon CSR-1297.
7
8  VIDEOGRAPHER:  MR. JEFFREY GUDME
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1  APPEARANCES:
2  MX. SRUTI SWAMINATHAN
3  MR. HARPER SELDIN (Via Zoom)
4  ACLU Foundation
5  125 Broad Street, 17th Floor
6  New York, New York 10004
7  (212) 549-2500
8  sswaminathan@aclu.org
9  Appearing on behalf of the Plaintiffs.
10
11  MR. ZACHARY SMITH
12  Selendy Gay, PLLC
13  1290 Avenue of the Americas
14  New York, New York 10104
15  (212) 390-9000
16  zsmith@selendygay.com
17  Appearing on behalf of the Plaintiffs.
18
19  MR. JOHN D. RAMER
20  Cooper & Kirk, PLLC
21  1523 New Hampshire Avenue, N.W.
22  Washington, D.C. 20036
23  (202) 220-9621
24  jramer@cooperkirk.com
25  Appearing on behalf of the Defendants.

1  APPEARANCES, Continued:
2
3  MS. VIVIAN FAIRBAIRN (Via Zoom)
4  Medical University of South Carolina
5  Office of General Counsel
6  22 WestEdge Street, Suite 300
7  Charleston, South Carolina 29403
8  (843) 792-4063
9  Appearing on behalf of Defendant MUSC.
10
11  MR. THOMAS HYDRICK (Via Zoom)
12  Attorney General of South Carolina
13  P.O. Box 11549
14  Columbia, South Carolina 29211
15  (803) 734-4127
16  thomashydrick@scag.gov
17  Appearing on behalf of Deft. AG of South Carolina.
18
19
20
21
22
23
24
25

MAGNA
LEGAL SERVICES

1 T A B L E  O F  C O N T E N T S
2
3 WITNESS                           PAGE
4 DANIEL E. SHUMER, M.D.
5    Examination by Mr. Ramer              8
6
7              E X H I B I T S
8
9
10 NUMBER                           PAGE
11 Deposition Exhibit No. 1          11
12   (8/21/24 Shumer Expert Declaration)
13 Deposition Exhibit No. 2          11
14   (4/2/24 Boe Dep Transcript)
15 Deposition Exhibit No. 3          12
16   (5/15/24 Boe Errata Sheet)
17 Deposition Exhibit No. 4          12
18   (K.C. 5/16/23 Dep Transcript)
19 Deposition Exhibit No. 5          12
20   (6/12/23 K.C. Errata Sheet)
21 Deposition Exhibit No. 6          13
22   (6/20/24 Noe Dep Transcript)
23 Deposition Exhibit No. 7          13
24   (7/30/24 Noe Errata Sheet)
25

1 APPEARANCES, Continued:
2 NUMBER                           PAGE
3 Deposition Exhibit No. 8          13
4   (8/18/23 Noe Preliminary
5    Injunction Hearing)
6 Deposition Exhibit No. 9          14
7   (8/22/24 Voe Dep Transcript)
8 Deposition Exhibit No. 10         14
9   (9/26/24 Voe Errata Sheet)
10 Deposition Exhibit No. 11        15
11   (8/10/23 Koe Dep Transcript)
12 Deposition Exhibit No. 12        19
13   (DSM-5-TR - Gender Dysphoria)
14 Deposition Exhibit No. 13        90
15   (Transgender Health Article)
16 Deposition Exhibit No. 14        110
17   (International Journal of Transgender
18    Health Article - Chapter 6 Adolescents)
19 Deposition Exhibit No. 15        120
20   (Young Adult Psychological Outcome
21    After Puberty Suppression and Gender
22    Reassignment)
23 Deposition Exhibit No. 16        141
24   (8/1/22 Leibowitz E-mail)
25

1                    Detroit, Michigan
2                    Tuesday, October 15, 2024
3                    9:30 a.m.
4                    - - -
5          VIDEOGRAPHER:  On the record.  This is
6    the video deposition of Daniel Shumer being
7    taken in Detroit, Michigan.  Today is Tuesday,
8    October 15th, 2024.  Time on the record is
9    approximately 9:30 a.m. eastern time.  At this
10   time will the attorneys please identify themselves
11   and affiliations and then our court reporter
12   will swear in the witness?
13         MR. RAMER:  My name is John Ramer of
14   the law firm Cooper & Kirk on behalf of Defendants.
15         MX. SWAMINATHAN:  My name is Sruti
16   Swaminathan.  I'm with the ACLU representing
17   Plaintiffs.
18         MR. SMITH:  Zack Smith with the law
19   firm Selendy Gay on behalf of Plaintiffs.
20   D A N I E L   E.   S H U M E R,   M. D.
21   was thereupon called as a witness herein, after
22   having been first duly sworn to tell the truth,
23   the whole truth, and nothing but the truth, was
24   examined and testified as follows:
25

1                    EXAMINATION
2    BY MR. RAMER:
3    Q.  Good morning, Dr. Shumer.
4    A.  Good morning.
5          MX. SWAMINATHAN:  Counsel, prior to
6    starting the deposition, I just want to note for
7    the record that Plaintiffs and Defendants have
8    yet to reach an agreement with respect to the
9    time spent with Dr. Shumer, whether it will be
10   taken from the seven hours total that Defendants
11   have with this expert witness, noting that
12   Plaintiffs' position is that it will, and
13   Defendants' position is that it will not.
14         MR. RAMER:  Yes, I agree with counsel's
15   understanding of our agreement, or lack thereof.
16         MX. SWAMINATHAN:  Thank you.
17         MR. RAMER:  Good morning again, Dr. Shumer.
18         MR. HYDRICK:  I'm sorry, John, I don't
19   mean to interrupt you, but this is Thomas
20   Hydrick out of the South Carolina Attorney
21   General's office.  I'll be on the line.  I'll be
22   here for part of this morning's proceeding.
23         MR. RAMER:  Got it.  That is Thomas
24   Hydrick of the South Carolina Attorney General's
25   Office.

MAGNA
LEGAL SERVICES

1      MR. SELDIN: I'll also note that Harper
2  Seldin from the ACLU on behalf of the Plaintiffs
3  is also present this morning.
4      MS. FAIRBAIRN: And Vivian Fairbairn is
5  present on behalf of the Medical University of
6  South Carolina. I will be permanently on Zoom.
7  Q. (Continuing, by Mr. Ramer) Good morning for the
8  third time, Dr. Shumer.
9  A. Good morning.
10 Q. And I know that you have been deposed several
11 times before, so this will be the usual drill.
12 According to the local rules, I am obligated to
13 inform you that you should ask me rather than
14 your own counsel for clarifications, definitions
15 or explanations of any words, questions or
16 documents presented during the course of the
17 deposition. Does that make sense?
18 A. Yes.
19 Q. Great. And I will aim for breaks on about the
20 hour. If you ever need a break, just let me
21 know. My only request is that you answer any
22 pending questions and we will try not to talk
23 over one another to help out the court reporter
24 and that should be it. Does that all make sense?
25 A. It does.

1      (Marked Exhibit No. 1.)
2  Q. (Continuing, by Mr. Ramer) And Dr. Shumer,
3  you've been handed what's been marked as Shumer
4  Exhibit 1. Is this the declaration that you
5  submitted in this case?
6  A. Yes.
7  Q. And do you have any corrections or updates to it
8  that you're aware of now?
9  A. No.
10 Q. I'd like to go to page five, and this is the
11 carryover paragraph, paragraph 16. Do you see
12 that?
13 A. Yes.
14 Q. And among the cases where you've offered prior
15 testimony, you list Boe versus Marshall, correct?
16 A. Yes.
17      (Marked Exhibit No. 2.)
18 Q. (Continuing, by Mr. Ramer) You've been handed
19 what's been marked as Shumer Exhibit 2, correct?
20 A. Yes.
21 Q. And does this appear to be the transcript of
22 your deposition in Boe versus Marshall?
23 A. Yes.
24 Q. And the first part of this is going to be some
25 housekeeping along these lines.

1      (Marked Exhibit No. 3.)
2  Q. (Continuing, by Mr. Ramer) You've been handed
3  what's been marked as Shumer Exhibit 3, correct?
4  A. Yes.
5  Q. And does this appear to be a copy of your errata
6  sheet for your deposition in Boe versus Marshall?
7  A. Yes.
8  Q. And did you give truthful testimony during your
9  deposition in Boe versus Marshall?
10 A. Yes.
11 Q. So returning to your declaration, same
12 paragraph, you also list K.C., et al versus
13 Medical Licensing Board of Indiana, correct?
14 A. Yes.
15      (Marked Exhibit No. 4.)
16 Q. (Continuing, by Mr. Ramer) And you've been
17 handed what's been marked as Shumer Exhibit 4,
18 and does this appear to be a copy of your
19 deposition transcript from the K.C. case?
20 A. Yes.
21      (Marked Exhibit No. 5.)
22 Q. (Continuing, by Mr. Ramer) Counsel, you've
23 been -- I'm sorry, Dr. Shumer. You've been
24 handed what's been marked as Shumer Exhibit 5.
25 Does this appear to be a copy of your errata

1  sheet for the K.C. deposition?
2  A. Yes.
3  Q. And did you give truthful testimony during your
4  deposition in K.C.?
5  A. Yes.
6  Q. And in your declaration, same paragraph, you
7  list Noe versus Parson, correct?
8  A. Yes.
9      (Marked Exhibit No. 6.)
10 Q. (Continuing, by Mr. Ramer) And, Doctor, you've
11 been handed what's been marked as Shumer
12 Exhibit 6 and does this appear to be a copy of
13 your deposition transcript in Noe versus Parson?
14 A. Yes.
15      (Marked Exhibit No. 7.)
16 Q. (Continuing, by Mr. Ramer) And, Doctor, you've
17 been handed what's been marked as Shumer Exhibit 7.
18 Does this appear to be a copy of your errata
19 sheet for your deposition in Noe versus Parson?
20 A. Yes.
21 Q. And you also testified at a hearing, or at least
22 a preliminary injunction hearing in Noe versus
23 Parson, correct?
24 A. Yes.
25      (Marked Exhibit No. 8.)

MAGNA ▶
LEGAL SERVICES

1  Q.  (Continuing, by Mr. Ramer) And, Doctor, you've
2      been handed what's been marked as Shumer Exhibit 8,
3      and does this appear to be a copy of your
4      testimony during the preliminary injunction
5      hearing in Noe versus Parson?
6  A.  Yes.
7  Q.  And did you give truthful testimony during the
8      preliminary injunction hearing and during your
9      deposition in Noe versus Parson?
10 A.  Yes.
11 Q.  And it's not listed in your declaration, but you
12     recently testified at a deposition in Voe versus
13     Mansfield, a case out of North Carolina, correct?
14 A.  Yes.
15         (Marked Exhibit No. 9.)
16 Q.  (Continuing, by Mr. Ramer) Dr. Shumer, you've
17     been handed what's been marked as Shumer Exhibit 9.
18     Does this appear to be a copy of your deposition
19     transcript from Voe versus Mansfield?
20 A.  Yes.
21         (Marked Exhibit No. 10.)
22 Q.  (Continuing, by Mr. Ramer) Dr. Shumer, you've been
23     handed what's been marked as Shumer Exhibit 10.
24     Does this appear to be a copy of your errata
25     sheet for your deposition in Voe versus Mansfield?

1  A.  Yes.
2  Q.  And last one, in your declaration you also list
3      participating in a case Koe versus Noggle in
4      Georgia.  Do you see that?
5  A.  Yes.
6  Q.  And you testified at a hearing in that case,
7      correct?
8  A.  Yes.
9         (Marked Exhibit No. 11.)
10 Q.  (Continuing, by Mr. Ramer) And you've been
11     handed what's been marked as Shumer Exhibit 11.
12     Does this appear to be a copy of the transcript
13     of your testimony at the hearing in Koe versus
14     Noggle?
15 A.  Yes.
16 Q.  And I don't think I asked this, but did you give
17     truthful testimony during your deposition in Voe
18     versus Mansfield?
19 A.  Yes.
20 Q.  And did you give truthful testimony during this
21     hearing in Koe versus Noggle?
22 A.  Yes.
23 Q.  And, Doctor, what did you do to prepare for your
24     deposition today?
25 A.  I reviewed the legislation in question.  I met

1      with the counselors representing the Plaintiffs
2      and that's it, and I reviewed my expert report.
3  Q.  And without divulging the contents of any
4      conversations with counsel, who specifically did
5      you meet with when you were preparing for today?
6  A.  The two counselors here today.
7  Q.  And other than the law at issue and your
8      declaration that you've submitted, which is
9      Exhibit 1, did you review any other documents
10     when you were preparing for today?
11 A.  No.
12 Q.  And are you aware that Dr. Olson-Kennedy is
13     serving as an expert in this case?
14 A.  Yes.
15 Q.  Are you aware that she was deposed last week?
16 A.  Yes.
17 Q.  Did you read the transcript from her deposition?
18 A.  No.
19 Q.  Okay.  Dr. Shumer, you are a pediatric
20     endocrinologist, correct?
21 A.  Correct.
22 Q.  And do you personally diagnose patients with
23     gender dysphoria?
24 A.  Yes.
25 Q.  And I'd like to go to Shumer Exhibit 4, which is

1      your deposition transcript in K.C. and I'd like
2      to go to page 37 of the transcript so the small
3      numbers and starting at line 16 of this page,
4      you say, "You know, I'm speaking as a pediatric
5      endocrinologist that doesn't make a diagnosis of
6      gender dysphoria, of course, but -- but just
7      like the diagnosis of depression or schizophrenia
8      or anxiety, all of these have clinical criteria,
9      and so someone is diagnosed based on meeting
10     those criteria."  Did I read that correctly?
11 A.  Yes.
12 Q.  And when you say that you were speaking as a
13     pediatric endocrinologist that doesn't make a
14     diagnosis of gender dysphoria, was that
15     statement accurate?
16 A.  It's not accurate in that I make a diagnosis of
17     gender dysphoria when I'm seeing patients in
18     clinic, but that the way that our clinic
19     functions, the primary diagnosis of gender
20     dysphoria, the diagnosis that occurs first and
21     informs the rest of the patient's journey
22     through the clinic happens with one of our
23     mental health professionals.
24 Q.  And so when you said you were speaking as a
25     pediatric endocrinologist that doesn't make a

1  diagnosis of gender dysphoria, you're saying
2  that you actually do make a diagnosis of gender
3  dysphoria, is that right?
4          MX. SWAMINATHAN:  Objection to form.
5  A.  I don't think that's what I was saying in this
6  transcript, but when I spoke, I was -- when I
7  misspoke here, I was thinking of the fact that
8  the primary diagnosis in our clinic is made by a
9  mental health professional, but it is true,
10 despite this particular transcript, that I also
11 make the diagnosis of gender dysphoria when I'm
12 seeing a patient who has subsequently been seen
13 by one of our mental health professionals on our
14 multi-disciplinary team.
15 Q.  (Continuing, by Ramer) Okay.  And you use the
16 DSM-5 to diagnose gender dysphoria, is that right?
17 A.  Yes.
18 Q.  Do you view the DSM-5 as a reliable source?
19         MX. SWAMINATHAN:  Objection to form.
20 A.  I'm not sure that I would call it -- I'm not
21 sure that I understand what you mean by source.
22 It's the handbook of diagnoses that we use to
23 diagnose mental health disorders and it's the
24 criteria that defines gender dysphoria.
25 Q.  (Continuing, by Mr. Ramer) And I guess when I

1  ask whether you think it's a reliable source, my
2  question is do you think that information
3  contained in the DSM-5 is reliable?
4  A.  Yes.
5          (Marked Exhibit No. 12.)
6  Q.  (Continuing, by Mr. Ramer) Dr. Shumer, you've been
7  handed what's been marked as Shumer Exhibit 12
8  and does this appear to be the front page
9  material and then the chapter on gender
10 dysphoria from the DSM-5?
11 A.  Yes.
12 Q.  And when you say you have diagnosed gender
13 dysphoria, have you diagnosed gender dysphoria
14 in childhood?
15         MX. SWAMINATHAN:  Objection to form.
16 A.  Gender dysphoria in children and gender
17 dysphoria in adolescents and adults are two
18 different diagnoses and you would use gender
19 dysphoria in children, that diagnosis, when
20 working with a pre-pubertal individual, so yes,
21 I have used that diagnosis when meeting with
22 pre-pubertal individuals that met these criteria.
23 Q.  (Continuing, by Mr. Ramer) Okay.  I'd like to,
24 in Shumer Exhibit 12, I'd like to go to the
25 third page and starting there and carrying over

1  to the following page, do you see it lists the
2  criteria for gender dysphoria in children?
3  A.  Yes.
4  Q.  And in looking at criterion A-6 on the third
5  page of the document, it lists as one of the
6  criteria, "In boys (assigned gender), a strong
7  rejection of typically masculine toys, games and
8  activities and a strong avoidance of
9  rough-and-tumble play; or in girls (assigned
10 gender), a strong rejection of typically feminine
11 toys, games and activities."  Did I read that
12 correctly?
13 A.  Yes.
14 Q.  And what are typically masculine toys?
15         MX. SWAMINATHAN:  Objection to form.
16 A.  I would say that in 2024 we often go to the
17 store and there is a toy section.  Some toys we
18 might look at and say a stereotypical boy might
19 enjoy these toys.  Some toys you might look at
20 and say a stereotypical girl might enjoy these
21 toys, but I would say that all toys could and
22 should be played or allowed to be played with by
23 boys and girls.  I think when you ask parents
24 this question, do they play with stereotypically
25 boy toys or girl toys, parents are able to

1  answer that question without too much difficulty,
2  that they can recall going to the store and
3  maybe with their child assigned male at birth
4  steering them towards the section of the store
5  that they might think that they would enjoy, but
6  then being pulled by their child towards a
7  different area of the store, and so those sorts
8  of historical comments by parents would imply a
9  difference in toy or play behavior that is more
10 stereotypically masculine or feminine in our
11 society.
12 Q.  (Continuing, by Mr. Ramer) But the parents are
13 not the ones who are applying criterion A-6 to
14 form -- the parents are not the ones applying
15 the criterion in A-6 to inform the diagnosis of
16 gender dysphoria in children, correct?
17         MX. SWAMINATHAN:  Objection, form.
18 A.  Correct.  It's the questions around -- it's the
19 answers the parents provide to these questions
20 that allows the practitioner to apply the
21 diagnosis or not.
22 Q.  (Continuing, by Mr. Ramer) Well, I guess how
23 does it work in practice then when you have the
24 patient and the question is does the patient
25 have a strong rejection of typically masculine

1    toys and the parent tells you, well, my child
2    who was assigned female at birth has a strong
3    rejection of dolls, as the provider, do you
4    consider that as satisfying criterion A-6?
5          MX. SWAMINATHAN: Objection to form.
6  A.  Perhaps if in the context of the full
7    conversation it was clear that A-6 was met.
8  Q.  (Continuing, by Mr. Ramer) And how do you assess
9    whether in the fuller conversation it appears
10    that A-6 is met?
11  A.  I don't think it's very challenging, to be
12    honest. I think that when you're taking a
13    gender history from a parent, you're oftentimes
14    spending time with hearing their story or their
15    experience parenting their child, that if they
16    don't explicitly bring up toy play or toy
17    behavior, toy preference and toy play behavior,
18    you would inquire. They would tell you their
19    experience and then you would use your clinical
20    judgment to determine whether A-6 was met.
21  Q.  Without divulging information related to any
22    particular individual patient, can you just
23    provide some examples of where you have
24    determined that A-6 was met because there was a
25    strong rejection of particular toys, games or

1    activities?
2  A.  I don't have a verbatim example of what a parent
3    might say, but similar to what I said before,
4    that the example of going to the toy store,
5    assuming that they would choose a particular
6    toy, rejecting that aisle of the store and
7    instead pulling their parent towards a different
8    area of the store.
9  Q.  But you'd have to determine whether the
10    particular toy or aisle is typically masculine
11    or typically feminine, right?
12          MX. SWAMINATHAN: Objection to form.
13  A.  The parent would have to determine that, yes.
14    So as a parent myself, I can tell you that my
15    child rejects stereotypically feminine toys and
16    loves stereotypically masculine toys. I know
17    what that means to me and my son doesn't have
18    gender dysphoria. If someone asks me those
19    types of questions, I'd be able to answer them
20    as a parent and in my experience parents are
21    able to answer those questions when I ask them
22    without any difficulty.
23  Q.  (Continuing, by Mr. Ramer) And so you as the
24    clinician are not making a determination of
25    whether a particular toy is typically masculine.

1    Is that what you're saying?
2          MX. SWAMINATHAN: Objection,
3    mischaracterizes the testimony.
4  A.  If you're asking me if I have a list of toys
5    that I ask if they reject or accept, I don't do
6    that, though I ask the parents plainly about
7    their experience with toy preference and play
8    behavior and parents without much difficulty are
9    able to explain their experience to help me
10    understand whether the individual meets or does
11    not meet A-6.
12  Q.  (Continuing, by Mr. Ramer) And I'm not looking
13    for a list. I'm just trying to understand how
14    you as the clinician perform this diagnosis, and
15    please correct my understanding if it's wrong,
16    but my understanding of what you're saying is
17    that you will listen to the parents and if they
18    tell you that the child has a strong rejection
19    of typically masculine toys in the parents' view
20    of what is typically masculine, then you accept
21    that as satisfying A-6, is that right?
22          MX. SWAMINATHAN: Objection, form.
23  A.  I may be relying on the parents' understanding
24    of what they perceive as masculine or feminine
25    toys, although I haven't been in a situation

1    where parents have a view that is distinctly
2    different from our general societal view of
3    stereotypically masculine and feminine toys, and
4    the question of whether I agree with the parents
5    on their definition of toys isn't something that
6    I've spent any time thinking about specifically.
7    It's only to say that the conversation around
8    what toy preferences children have is quite
9    straightforward in that parents are understanding
10    what this question means and I'm understanding
11    what their answer is in a way that typically is
12    unambiguous, and if there isn't a difference in
13    toy preference, then the child wouldn't meet the
14    criteria. I think it's also worth saying that
15    whether or not a pre-pubertal child does or
16    doesn't meet the criteria for gender dysphoria
17    is not a primary focus of my job as a pediatric
18    endocrinologist, as I'm primarily seeing
19    adolescents that are pubertal and making
20    decisions around medical interventions, so the
21    percentage of patients that I see that are
22    pre-pubertal is quite low, and whether or not
23    that's helpful in the course of discussing this
24    line of questioning, I'm not sure, but I thought
25    I would just add that.

MAGNA
LEGAL SERVICES

1    Q.  (Continuing, by Mr. Ramer) Okay.  Let's go to
2        the next page then which has the criteria for
3        adolescents, correct?
4    A.  Yes.
5    Q.  And you've just said this is more often the
6        population that you are diagnosing and treating,
7        is that right?
8    A.  Correct.
9    Q.  And in this list of criteria for A-6, it refers
10       to, "A strong conviction that one has the
11       typical feelings and reactions of the other
12       gender (or some alternative gender different
13       from one's assigned gender)."  Do you see that?
14   A.  Yes.
15   Q.  And what are the typical reactions of the female
16       gender?
17           MX. SWAMINATHAN:  Objection to form.
18   A.  I would suggest that this is something that I
19       learn about from the patients themselves.  If
20       they describe that they have feelings that they
21       feel are consistent with the other gender, then
22       that would satisfy the criteria A-6.
23   Q.  (Continuing, by Mr. Ramer) And so basically if a
24       patient says I think that members of the female
25       gender react this particular way to distressing

1        news and I react this particular way to
2        distressing news, that would be an example of
3        where the patient, if it's assigned male at
4        birth, would satisfy A-6, is that right?
5           MX. SWAMINATHAN:  Objection to form.
6    A.  Yes.
7    Q.  (Continuing, by Mr. Ramer) And sticking with
8        this document, which is Shumer Exhibit 12, I'd
9        like to go three pages later to a page that has
10       a bold word Prevalence in the center, sort of
11       center.  Do you see that?
12   A.  Yes.
13   Q.  And in the first full paragraph on this page, so
14       a few paragraphs above the word Prevalence, it
15       says, "In children, adolescents, and adults with
16       gender dysphoria, an overrepresentation of
17       autism spectrum traits has been observed."  Do
18       you see that?
19   A.  Yes.
20   Q.  And do you agree there's an overrepresentation
21       of those with an autism spectrum disorder among
22       children and adolescents with gender dysphoria?
23           MX. SWAMINATHAN:  Objection to form.
24   A.  Yes.
25   Q.  (Continuing, by Mr. Ramer) And we don't really

1        know why that is, do we?
2    A.  No.
3           MX. SWAMINATHAN:  Objection to form.
4    A.  No.
5    Q.  (Continuing, by Mr. Ramer) And, Doctor, you
6        agree that it is possible to misdiagnose gender
7        dysphoria, correct?
8           MX. SWAMINATHAN:  Objection to form.
9    A.  I would suggest that the criteria for gender
10       dysphoria are pretty clearly laid out by the DSM
11       that gender dysphoria, the diagnosis is made in
12       clinical interview by asking a patient questions
13       related to the diagnostic criteria, and so
14       during that interview they would either meet or
15       not meet the criteria.  I think in that way it's
16       hard to say that it would be misdiagnosed.  Could a
17       patient be answering questions incorrectly or
18       hiding things just like any other medical
19       encounter, that's possible, but I think the
20       question that we're really asking in terms of
21       misdiagnosis would be is someone's gender
22       dysphoria today predictive of their gender
23       identity in the future?  I would say the answer
24       to your question, I don't think that a clinician
25       that knows how to apply the DSM would per se

1        misdiagnose gender dysphoria, but that the
2        question about what that diagnosis means and how
3        predictive it is of future gender identity is
4        more important.
5    Q.  (Continuing, by Mr. Ramer) And if the question
6        is that you agree that it is possible to
7        misdiagnose gender dysphoria?
8    A.  I suppose.
9           MX. SWAMINATHAN:  Objection.
10   A.  I suppose.
11   Q.  (Continuing, by Mr. Ramer) And sticking with
12       Shumer Exhibit 12, the DSM, I'd like to go to
13       the next page from where we just were and you
14       can see there's a page break 516 on this page.
15       Do you see that?
16   A.  Yes.
17   Q.  And down toward the bottom a few paragraphs up
18       from the bottom there is a paragraph with some
19       percentages in it.  Do you see that?
20   A.  Yes.
21           MX. SWAMINATHAN:  Counsel, do you mind
22       giving Dr. Shumer a minute to read the page?
23           MR. RAMER:  Sure.
24   Q.  (Continuing, by Mr. Ramer) Okay.  And in the
25       paragraph with percentages in it, the final

1    sentence of that paragraph says, "Early social
2    transitions may also be a factor in persistence
3    of gender dysphoria in adolescence." Did I read
4    that correctly?
5    A.  Yes.
6    Q.  Do you have any reason to disagree with that
7        statement in the DSM-5?
8            MX. SWAMINATHAN:  Objection, form.
9    A.  To me it's a little bit unclear if they're
10       implying that the early social transition is
11       causative of, a causative factor in persistence
12       or is it an associated factor in persistence.
13       My understanding and my experience is that early
14       social transition is associated with persistence
15       of gender dysphoria in adolescence in that those
16       with strongest and most deeply felt difference
17       in gender identity are the most likely to
18       partake in social transition, and also the most
19       likely to have persistence of gender dysphoria
20       into adolescence rather than the early social
21       transition being causative of persistence.
22   Q.  (Continuing, by Mr. Ramer) Can you name any
23       study that controls for social transition when
24       assessing the likelihood that an adolescent's
25       gender dysphoria will persist into adulthood?

1    A.  I can't.
2    Q.  And you cannot name a study that controls for
3        medical interventions when assessing the
4        likelihood that an adolescent's gender dysphoria
5        will persist into adulthood, correct?
6            MX. SWAMINATHAN:  Objection to form.
7    A.  Correct.
8    Q.  (Continuing, by Mr. Ramer) I'd like to return to
9        Shumer Exhibit 1, which is your declaration in
10       this case, and on page seven and carrying over
11       through page eight, you have about five paragraphs
12       on your opinion that there is a biological basis
13       for gender dysphoria, is that right?
14   A.  Yes.
15   Q.  Why is that significant to you?
16           MX. SWAMINATHAN:  Objection to form.
17   A.  For a few reasons.  One, I think it's important
18       if we are trying to best understand gender
19       identity to understand the origin of gender
20       identity just from a scientific perspective.  I
21       think from the perspective of talking to
22       patients and families, I'll have parents that
23       may come to clinic feeling that there was
24       something that they did to cause their child to
25       be transgender.  They have feelings of guilt

1    around maybe I said this wrong or didn't do this
2    right and they're worried that something about
3    the child's environment caused their gender
4    identity difference and providing information
5    about what we do and don't know about the origin
6    of gender identity can be helpful in having that
7    conversation with parents and with adolescents
8    who are trying to understand why they feel a
9    certain way.  I think that, furthermore, that
10   when in the context of some of the legislation
11   being passed, the defense experts have posited
12   that things like social media have turned people
13   trans and that there is somehow a fraudulentness
14   to gender identity diversity, and understanding
15   that there is a biologic underpinning to gender
16   identity helps to validate the patients that I
17   see every day and that they have a true
18   difference in how they feel that isn't made up
19   in their own heads and that is an element of
20   their person that deserves respect and that is
21   an element of their person that shouldn't be
22   discriminated against.
23   Q.  (Continuing, by Mr. Ramer) Would any of your
24       opinions about the safety and efficacy of
25       medical interventions for gender dysphoria

1    change if there weren't, as you call it, a
2    biological foundation for gender identity?
3            MX. SWAMINATHAN:  Objection to form.
4    A.  Can you ask that question again please?
5    Q.  (Continuing, by Mr. Ramer) Would any of your
6        opinions about the safety and efficacy of
7        medical interventions for gender dysphoria
8        change if there weren't, as you call it, a
9        biological foundation for gender identity?
10           MX. SWAMINATHAN:  Same objection.
11   A.  I don't know.
12   Q.  (Continuing, by Mr. Ramer) And you agree that
13       there is no lab test or other objective physical
14       test to determine somebody's gender identity,
15       correct?
16           MX. SWAMINATHAN:  Objection, form.
17   A.  Yes.
18   Q.  (Continuing, by Mr. Ramer) And we do not know with
19       certainty what causes gender identity, correct?
20           MX. SWAMINATHAN:  Objection to form.
21   A.  Correct.
22   Q.  (Continuing, by Mr. Ramer) And you cannot know
23       for certain what a minor's gender identity will
24       be in the future, correct?
25   A.  Correct.

1 Q. And you only learn someone's gender identity by
2 them telling you what it is, correct?
3    MX. SWAMINATHAN: Objection to form.
4 A. I would add telling me what it is through a
5 clinical interview.
6 Q. (Continuing, by Mr. Ramer) Can a person's gender
7 identity change?
8 A. I would certainly say that a person can describe
9 their gender identity in different ways
10 throughout their life, and so a person's
11 understanding of their gender identity can
12 change and evolve, yes.
13 Q. And am I understanding correctly that you are
14 drawing a distinction between a person's gender
15 identity and their understanding of their gender
16 identity?
17 A. I was.
18 Q. And you agree there are people who identify as
19 female at one point in their life and then later
20 identify as male, correct?
21    MX. SWAMINATHAN: Objection to form.
22 A. Yes.
23 Q. (Continuing, by Mr. Ramer) And your opinion is
24 that their gender identity hasn't changed, correct?
25    MX. SWAMINATHAN: Objection to form.

1 A. Well, I guess I think it's a bit subtle in the
2 semantics, but a person has a gender identity
3 and that is their gender identity, and then
4 they're describing that gender identity, so the
5 description of that person's description of
6 their gender identity has changed and I think
7 that, yes, that's subtly different from what you
8 asked, I agree.
9 Q. (Continuing, by Mr. Ramer) So if a -- if the
10 only way that you can learn a person's gender
11 identity is by them telling you what their
12 gender identity is, which is a reflection of
13 their understanding of their gender identity,
14 what is the basis for your opinion that there is
15 a distinction between gender identity and
16 understanding of gender identity?
17    MX. SWAMINATHAN: Objection to form.
18 A. I think it is a little bit tricky. I guess I'd
19 have to maybe try to explain it through example.
20 If I were, if I were born on a desert island
21 without societal context, would I have a gender
22 identity? I wouldn't know what -- I wouldn't
23 know that there were different types of people,
24 male and female necessarily. I would have a
25 self-concept, but it would be limited in terms

1 of gender identity in any sort of societal way,
2 and then if I was introduced to a society, my
3 gender identity, my understanding of gender
4 identity would be enriched by the social
5 context, then if I moved to a different society
6 with different gender norms, my understanding of
7 my own gender might be different, but my gender
8 identity, my core gender identity is the same,
9 so the way that I'm able to describe it in a
10 societal framework would be different and so
11 would you say that my gender identity has
12 changed? I wouldn't, but I would say that my
13 understanding of my gender identity and my way
14 to describe it in my society has changed and on
15 the desert island I wouldn't identify as
16 anything, and then when I'm now in society, I
17 might identify as a man, but I wouldn't
18 necessarily say my gender identity has changed.
19 I would say my understanding of my gender
20 identity and my social context has changed.
21 Q. (Continuing, by Mr. Ramer) But if a person's
22 understanding of their gender identity is the
23 only way that you can know what their gender
24 identity is, then how can you make the assertion
25 that gender identity does not change?

1    MX. SWAMINATHAN: Objection to form.
2 A. I don't know how to answer the question other
3 than how I have.
4 Q. (Continuing, by Mr. Ramer) But my understanding
5 of what you were saying was your understanding
6 of your gender identity can change based on
7 different social contexts and I get that. You
8 are making a different claim that even though
9 your understanding of your gender identity
10 changes or can change, there is this separate
11 concept of core gender identity as you've put
12 it, and my question is what evidence do you have
13 to support that idea?
14    MX. SWAMINATHAN: Objection to form.
15 A. I would suggest that that's my understanding in
16 talking to patients and hearing their experience,
17 so, for example, a patient who suggests that as
18 a younger child they felt that there was a
19 difference in how they felt about themselves,
20 but they had a hard time understanding what that
21 difference was, and then as they continued to
22 grow into an older child, they understood that
23 difference to be a difference in gender identity
24 and now as an adolescent they're seeing a
25 difference in their secondary sex characteristics

1    develop, they're feeling distressed about that.
2    They're describing a core difference about their
3    feeling that they have now different words to
4    describe as they grow. A person who identified
5    as a trans man as an adolescent and then as an
6    adult says, you know, as I've continued to learn
7    in the world, I now better define my gender
8    identity as nonbinary, but their description of
9    how they feel isn't necessarily different, but
10    they have different contexts and social contexts
11    and vocabulary to describe how they feel and
12    they're expressing it in a different way, so
13    that's how I've experienced gender identity in
14    talking to patients. I understand that a person
15    who may classify themselves as a detransitioner
16    will have had a very strong feeling of gender
17    identity as a male at one time in their life,
18    may have undergone some interventions related to
19    that, and then has regret and states just as
20    affirmatively that they have a gender identity
21    as female and that they describe that their
22    gender identity has changed. I don't have any
23    evidence to tell them that they're wrong or to
24    dis-validate that experience or their feelings.
25    My experience is I haven't had that experience

1    and the experiences that I've had with patients
2    in describing their gender identity has been as
3    I've described.
4  Q. (Continuing, by Mr. Ramer) If you are relying on
5    what a patient is describing for you, you're
6    necessarily relying on their understanding of
7    their gender identity, correct?
8          MX. SWAMINATHAN: Objection, argumentative.
9  A. I'm asking about their understanding of their
10    gender identity and their experience in the
11    world. Is that your question?
12  Q. (Continuing, by Mr. Ramer) My question is --
13    let's back up. We were talking about a
14    distinction between core gender identity, as you
15    put it, and a person's understanding of their
16    gender identity, and I asked you what evidence
17    do you have for this distinction between these
18    two things where you say that core gender
19    identity never changes, but understanding of
20    gender identity can change, and it sounded like
21    in your answer you were saying the evidence you
22    have for that distinction and knowledge that
23    core gender identity never changes comes from
24    talking to patients and hearing their experience,
25    and my question is if you are talking to

1    patients and hearing their experience, isn't
2    what you are discussing the patient's
3    understanding of their gender identity?
4          MX. SWAMINATHAN: Objection,
5    mischaracterizes the testimony and I believe the
6    witness has answered this question.
7  A. I think I understand what you're asking. Yes,
8    so you're asking that I'm learning about their
9    experience with their gender identity and if
10    their experience with gender identity can change
11    over time, is that problematic, or that's not
12    what you're asking, but that's what I'm thinking
13    and I guess, yes, I'm asking their experience of
14    their gender identity. I'm applying a diagnostic
15    tool in assessment of their understanding of
16    their gender identity and that diagnostic tool
17    is something that I use to understand whether or
18    not their understanding of their gender identity
19    and their experience with that understanding
20    equates to them having a medical problem which
21    we call gender dysphoria and that diagnosis in a
22    post-pubertal person, while not perfect, is
23    helpful and predictive of their future
24    understanding of their gender identity or, as I
25    said before, their gender identity.

1  Q. (Continuing, by Mr. Ramer) Apart from talking to
2    patients and hearing their experience, do you
3    have any evidence to support the proposition
4    that there is a concept of core gender identity
5    that is distinct from a person's understanding
6    of their gender identity?
7  A. Well, I guess that would go back to the evidence
8    that I've put forward with regards to the
9    biologic underpinning. So if there is a
10    biologic underpinning, then the -- so, for
11    example, I referenced twin studies, right? So
12    if identical twins are always concordant with
13    something, with a trait, then that would be a
14    mendelian trait inherited on a particular gene,
15    so, for example, I think Huntington's disease is
16    an example where if one identical twin has
17    Huntington's disease, the other one must also
18    have Huntington's disease because it's inherited
19    on a one-to-one ratio on a particular gene, you
20    have it or you don't. Then there is things that
21    are completely unrelated to genetics and in that
22    case identical twins would have the same
23    likelihood of sharing that trait as fraternal
24    twins, and then there is situations where
25    identical twins are more concordant with a trait

MAGNA ◆
LEGAL SERVICES

```
 1        than fraternal twins, but less than 100 percent
 2        of the time, and in those situations there seems
 3        to be something that is genetic that is
 4        biological, that is not a figment of our
 5        imagination, but a true biologic feature that is
 6        being described, and so if identical twins are
 7        more concordant with gender identity than
 8        fraternal twins, that would be a piece of evidence
 9        to support that gender identity itself is an
10        immutable biologic feature or human characteristic.
11   Q.   And so your opinion is that the twins study
12        demonstrates that there is a concept of core
13        gender identity that never changes, is that right?
14            MX. SWAMINATHAN:  Objection,
15        mischaracterizes the testimony and asked and
16        answered.
17   A.   I don't think it's as clear-cut as you put it.
18        I think it's a piece of evidence to support the
19        proposition that we're talking about.
20   Q.   (Continuing, by Mr. Ramer) And is there any
21        other evidence?
22   A.   So other examples of biologic underpinning that
23        I would put forward would include studies of the
24        prenatal hormonal milieu contributing to gender
25        identity development that we know that
```

```
 1        individuals that have XX chromosomes that have
 2        congenital adrenal hyperplasia are exposed to
 3        higher than normal levels of testosterone in
 4        fetal life, that the majority of those
 5        individuals grow up and identify as girls and as
 6        women, but we have a growing understanding that
 7        there's a higher degree of gender identity
 8        difference in adult XX chromosome individuals
 9        who have congenital adrenal hyperplasia, which
10        suggests that the brain may be organized in some
11        way by our prenatal hormonal milieu towards
12        gender identity, again, not as clear-cut as we
13        might want when understanding a biologic human
14        characteristic, but a piece of evidence to
15        support the notion of an immutable biologic
16        foundation of gender identity.
17   Q.   Do you think we know that there is a core sense
18        of gender identity that never changes?
19            MX. SWAMINATHAN:  Objection to form,
20        asked and answered.
21   A.   I don't want to overplay my hand with respect to
22        this.  The understanding of the biology of gender
23        identity or the strength of my understanding of
24        gender identity as a biologic human characteristic,
25        but I can suggest that the evidence supporting
```

```
 1        the biologic underpinning matches my experience
 2        clinically where parents come to me and suggest,
 3        you know, there was nothing different about how
 4        we raised this child and it's clear to us that
 5        they have a difference in their gender identity,
 6        that that clinical experience matching the
 7        biologic data that I'm familiar with leads me to
 8        the conclusion that I've shared.  I don't have a
 9        way to prove it further, but that's the evidence
10        that I've presented in support of that notion.
11            MX. SWAMINATHAN:  Counsel, do you think
12        this is a good time to take a break?
13            MR. RAMER:  I have one more question on
14        this line.
15            MX. SWAMINATHAN:  Okay.  Thank you.
16   Q.   (Continuing, by Mr. Ramer) You don't recall ever
17        encountering a person where you discerned that
18        their gender identity was something other than
19        what the person understood their own gender to
20        be, correct?
21            MX. SWAMINATHAN:  Objection to form.
22   A.   One more time please.
23   Q.   (Continuing, by Mr. Ramer) You do not recall
24        ever encountering a person where you discerned
25        that their gender identity was something other
```

```
 1        than what the person understood their own gender
 2        to be, correct?
 3            MX. SWAMINATHAN:  Same objection.
 4   A.   I don't think that's correct.  I think that
 5        there's been situations where a young person may
 6        be expressing a difference in gender identity,
 7        but that in talking to the parents, there is
 8        concern that I've had about some ulterior motive
 9        to presenting that gender identity and that
10        person hasn't met criteria for gender dysphoria,
11        but generally that would be an exception.
12   Q.   (Continuing, by Mr. Ramer) What do you mean that
13        would be an exception?
14            MX. SWAMINATHAN:  Objection, form.
15   A.   That a person's stated gender identity would be
16        different than what I believe their gender
17        identity to be.
18   Q.   (Continuing, by Mr. Ramer) Okay.  Sorry.  Just
19        to wrap this up, I'd like to go to Shumer
20        Exhibit 4 which is your deposition in K.C.
21        Before turning to this, I'll ask you at your
22        deposition in K.C. when you were asked, "Have
23        you ever encountered a person where you discerned
24        their gender identity to be something other than
25        what that person understood their own gender
```

1    identity to be," you answered, "I don't know,"
2    correct?
3          MX. SWAMINATHAN: Objection to form.
4    A.  I don't know if I answered I don't know.
5    Q.  (Continuing, by Mr. Ramer) Okay.  I'll go to
6    Exhibit 4 and page 29 and at the bottom of page
7    29, line 23 there is a question that says,
8    "Okay.  And my question was, simply:  Have you
9    ever encountered a person where you discerned
10   their gender identity to be something other than
11   what that person understood their own gender
12   identity to be?"  Answer, "I don't know," correct?
13         MX. SWAMINATHAN: Objection to form.
14   A.  Correct.
15         MR. RAMER:  Time for a break?
16         VIDEOGRAPHER:  Going off the record.
17   The time is 10:33.
18         (Recess 10:33 a.m. to 10:44 a.m.)
19         VIDEOGRAPHER:  We're back on the
20   record.  The time is 10:44.
21   Q.  (Continuing, by Mr. Ramer) Dr. Shumer, welcome
22   back.  You sometimes treat minor patients who
23   have gender dysphoria with psychotherapy alone,
24   correct?
25         MX. SWAMINATHAN: Objection to form.

1    A.  I'm not a psychotherapist, so I don't treat
2    anyone with psychotherapy myself, no.
3    Q.  (Continuing, by Mr. Ramer) And during your
4    deposition in Boe versus Marshall when you were
5    asked, "And sometimes do you treat patients,
6    minor patients with gender dysphoria with
7    psychotherapy alone," you answered, "If that
8    helps to address their gender dysphoria or if
9    they otherwise are unable to receive hormonal
10   interventions," correct?
11         MX. SWAMINATHAN: Objection to form.
12   A.  If that was my answer, I meant that the patient
13   is treated with psychotherapy alone, but not
14   that I treat them with psychotherapy.
15   Q.  (Continuing, by Mr. Ramer) Understood.  And
16   sometimes non-medical approaches such as
17   psychotherapy are sufficient to resolve gender
18   dysphoria, correct?
19         MX. SWAMINATHAN: Objection to form.
20   A.  I'd suggest that if a patient is receiving
21   psychotherapy and has resolution of gender
22   dysphoria, then yes, they would not require any
23   other intervention, and that could be possible.
24   Q.  (Continuing, by Mr. Ramer) And you cannot name a
25   study showing that psychotherapy without medical

1    intervention will fail to alleviate gender
2    dysphoria, correct?
3          MX. SWAMINATHAN: Objection to form.
4    A.  Well, of course there are studies that include
5    patients that have gender dysphoria despite
6    psychotherapy, so that clearly some patients
7    have gender dysphoria despite psychotherapy, but
8    not a specific study as you described it, no.
9    Q.  (Continuing, by Mr. Ramer) And you provide
10   puberty blockers to minors at least as young as
11   nine years old, correct?
12         MX. SWAMINATHAN: Objection to form.
13   A.  Yes.
14   Q.  (Continuing, by Mr. Ramer) And a patient could
15   receive puberty blockers during their first
16   medical visit with you, correct?
17   A.  The decision may be to prescribe the blockers at
18   the first medical visit, but they're not
19   receiving it at that visit per se.
20   Q.  Understood.  And you agree that a patient who is
21   receiving pubertal suppression may experience
22   distress due to the fact that the patient's
23   peers are going through puberty but the patient
24   is not, correct?
25         MX. SWAMINATHAN: Objection to form.

1    A.  That's possible, especially if the pubertal
2    suppression is occurring at an age at which most
3    of their peers are progressing through puberty.
4    Q.  (Continuing, by Mr. Ramer) And over 95 percent
5    of minors who take puberty blockers to treat
6    gender dysphoria proceed on to take cross-sex
7    hormones, correct?
8          MX. SWAMINATHAN: Objection to form.
9    A.  I'm not sure that I would agree with that number
10   per se, but it is a significantly high percentage.
11   Q.  (Continuing, by Mr. Ramer) How high are you
12   talking?
13   A.  You said above 95 percent?
14   Q.  Correct.
15   A.  I don't have any reason to dispute that number.
16   I would say above 90 percent, but it's in the
17   range where I would support the notion that the
18   majority of patients that are prescribed
19   pubertal suppression also meet criteria and
20   choose to start hormones in later adolescence.
21   Q.  I mean it's not just the majority.  You would
22   agree that if we're talking in the nineties for
23   percentage, that is almost all of them, correct?
24         MX. SWAMINATHAN: Objection to form.
25   A.  It's in the nineties, yeah.

1   Q.  (Continuing, by Mr. Ramer) And you provide
2       cross-sex hormones to minors as young as 12
3       years old, correct?
4           MX. SWAMINATHAN:  Objection to form.
5   A.  I have.
6   Q.  (Continuing, by Mr. Ramer) And a patient could
7       be prescribed cross-sex hormones during their
8       first medical visit with you, correct?
9           MX. SWAMINATHAN:  Objection to form.
10  A.  While that's true, that question is juxtaposed
11      next to the one that suggested that I have
12      prescribed hormones to someone as young as 12.
13      I would say that the patients that may be
14      eligible to receive hormones and that decision
15      is made in the first visit would not be 12, but
16      would be older, but, yes, the decision has been
17      made to start hormones after the first medical
18      visit with me which follows the assessment visit
19      with the mental health professionals on our team.
20  Q.  (Continuing, by Mr. Ramer) What's the reason for
21      the distinction you're drawing between this
22      question about receiving cross-sex hormones
23      during the first medical visit and the providing
24      cross-sex hormones to minors as young as 12?
25  A.  Well, I didn't want it to sound like I've seen a

1       patient that's 12 and then in the first visit I
2       prescribed testosterone and estrogen to them
3       because that wouldn't be true.  In the rare
4       cases that a patient as young as 12 has been
5       eligible for hormonal intervention, it's been a
6       patient that I've known over the course of many
7       years who has been treated with pubertal
8       suppression first.
9   Q.  And so you have never provided cross-sex
10      hormones to a minor as young as 12 years old
11      during their first medical visit with you, is
12      that what you're saying?
13          MX. SWAMINATHAN:  Objection to form.
14  A.  I provided -- a patient has been eligible for
15      and has been prescribed hormones in their first
16      visit with me, but those patients are older than
17      12.  That would fulfill that answer, so, for
18      example, I've seen a patient who is 17 who has
19      met criteria for and been prescribed hormones in
20      the first medical visit with me, but I have not
21      seen a 12-year-old who meets that who I've
22      prescribed hormones after the first visit.
23  Q.  (Continuing, by Mr. Ramer) What's the youngest
24      patient for which you've ever prescribed
25      hormones after the first visit?

1   A.  I don't know the answer to that, but I would
2       imagine 14.
3   Q.  Testosterone can have mood-elevating effects,
4       correct?
5   A.  Well, that's not what I would necessarily -- how
6       I would necessarily describe testosterone.  I
7       think that you could say that an adult man who
8       has low testosterone may note that he has lower
9       energy or decreased libido and when given
10      testosterone, those symptoms improve, but I
11      don't think that's exactly the way that you
12      described it.
13  Q.  So testosterone can improve mood, correct?
14  A.  That's a funny question for me to try to answer.
15      I don't think that you would -- you would never
16      say somebody has depression, so let's give them
17      testosterone, for example.  That someone with
18      low testosterone may have symptoms related to
19      low testosterone that might include fatigue, and
20      that giving them testosterone would improve
21      their fatigue, and could that improve their
22      mood?  Perhaps, but I don't think of
23      testosterone as a mood medication.
24  Q.  And so then it wouldn't make sense to measure
25      the effect of testosterone on depression, right?

1           MX. SWAMINATHAN:  Objection to form.
2   A.  I guess I don't understand your question.
3   Q.  (Continuing, by Mr. Ramer) What don't you
4       understand about it?
5   A.  Could you ask it again?  Maybe I just didn't
6       hear it correctly.
7   Q.  I just asked based on what you were saying about
8       the relationship between testosterone and how
9       you would never prescribe it for depression
10      because that's not what it's thought of, and my
11      question is so then it would not make sense to
12      measure the effect of testosterone on depression,
13      correct?
14          MX. SWAMINATHAN:  Objection to form.
15  A.  I mean you could certainly measure the response
16      to depression by giving testosterone, but I
17      wouldn't expect it to improve it, so no, it
18      wouldn't make sense.
19  Q.  (Continuing, by Mr. Ramer) And is the same true
20      of anxiety?
21          MX. SWAMINATHAN:  Same objection.
22  A.  Yes.
23  Q.  (Continuing, by Mr. Ramer) If you thought that
24      prescribing someone testosterone, regardless of
25      a medical diagnosis, would improve their quality

1   of life, would you do it?
2          MX. SWAMINATHAN:  Objection to form.
3   A.   Only if there was some scientific basis for that
4   decision.
5   Q.   (Continuing, by Mr. Ramer) Are there any examples
6   that you can provide of that phenomenon?
7   A.   Sure.  So there is debate in adult endocrinology
8   about whether postmenopausal women benefit from
9   a small amount of testosterone supplementation.
10  I'm not totally familiar with that literature,
11  but if I was an adult endocrinologist, I would
12  become familiar with that literature and then
13  have a discussion with women about the literature
14  and make an evidence-based decision around it.
15  I see patients with Klinefelter Syndrome with
16  low testosterone.  There is a decision about
17  when to start the testosterone.  A boy might
18  have a low normal testosterone level and the
19  decision is do we get the testosterone to bring
20  it up into the middle of the normal range.  Do
21  we tolerate your low normal level, and we might
22  discuss the literature on that topic and discuss
23  the symptoms that the patient is having in
24  making that decision.
25  Q.   And just to make sure we're on the same page, my

1   initial question to you was whether, regardless
2   of a medical condition -- let me back up.
3   Klinefelter Syndrome is a medical condition,
4   correct?
5   A.   Yes.
6   Q.   And my initial question was if you thought -- if
7   you thought prescribing someone testosterone,
8   regardless of a medical condition, would improve
9   their quality of life, would you do it?
10         MX. SWAMINATHAN:  Objection to form.
11  A.   Sorry.  Could you say it one more time?
12  Q.   (Continuing, by Mr. Ramer) If you thought
13  prescribing someone testosterone, regardless of
14  whether they're suffering from a medical
15  condition, would improve their quality of life,
16  would you do it?
17         MX. SWAMINATHAN:  Same objection.
18  A.   So I guess I would say again only if there was
19  medical literature to support that decision.
20  Q.   (Continuing, by Mr. Ramer) If you have -- let me
21  back up.  If there is a person who is transgender
22  but does not meet the criteria for a diagnosis
23  of gender dysphoria, but you have concluded
24  their quality of life would improve if they
25  medically transitioned, would you deny that

1   person treatment?
2          MX. SWAMINATHAN:  Objection to form.
3   A.   I don't think that there would be a situation
4   where someone that identifies as transgender who
5   would benefit from treatment wouldn't also meet
6   the diagnostic criteria for gender dysphoria.
7   Q.   (Continuing, by Mr. Ramer) So you think it would
8   be impossible for somebody -- let me start again.
9   You think it would be impossible for there to be
10  a patient who is transgender, does not suffer
11  from clinically significant distress, but their
12  quality of life would improve through medical
13  transition?
14         MX. SWAMINATHAN:  Objection,
15  mischaracterizes the testimony.
16  A.   If they really had clinical improvement on
17  testosterone, my thinking is that there was
18  distress or it treated something that led to
19  this improvement, so is it impossible?  I don't
20  like to speak in absolutes, but from my experience,
21  I would expect that if someone has benefit from
22  testosterone from a gender perspective, then
23  they have gender dysphoria.
24  Q.   (Continuing, by Mr. Ramer) Just to make sure I
25  understand that last part, you said if someone

1   would obtain benefit from taking testosterone as
2   part of a medical transition, then they have
3   gender dysphoria?
4          MX. SWAMINATHAN:  Objection to form.
5   A.   I don't think that that would be -- that wouldn't
6   be a way to diagnose gender dysphoria, but what
7   I'm saying is that if a person benefits, the
8   person has benefited from testosterone for the
9   purpose of medical transition, I can't think of
10  a situation where that person wouldn't have had
11  gender dysphoria.  Now, I guess you're asking
12  about clinical distress, and so could there be a
13  situation where a person doesn't feel clinical
14  distress, but they feel even better on the
15  testosterone from a gender perspective perhaps,
16  I think that's possible.  In pediatrics I have
17  to rely on the evidence, and so as a pediatric
18  endocrinologist in a field that clearly there's
19  a lot of controversy and discussion, I do feel
20  strongly that a young person under 18 with a
21  medical intervention on the table does need to
22  meet the clinical criteria for gender dysphoria
23  in order to qualify.  Simply saying I don't have
24  distress, but I would feel better if I started
25  testosterone would not be sufficient for me to

1    prescribe.
2    Q.  (Continuing, by Mr. Ramer) But isn't it your
3    opinion that improving a patient's quality of
4    life is more important than resolving the
5    patient's gender dysphoria?
6          MX. SWAMINATHAN:  Objection,
7    mischaracterizes the testimony.
8    A.  Perhaps, but the data that we're talking about
9    that we're relying on to suggest that
10   gender-affirming care is safe and effective is
11   based upon a diagnosis of gender dysphoria, so
12   if I'm treating someone without that diagnosis,
13   then I'm being hypocritical and I'm treating
14   someone without evidence base to support me.
15   Q.  (Continuing, by Mr. Ramer) And you said perhaps,
16   and I'd just like to make sure we get a clear
17   answer on this.  It is your opinion that
18   improving quality of life is more important than
19   resolving gender dysphoria, correct?
20         MX. SWAMINATHAN:  Objection, asked and
21   answered.
22   A.  Well, I think that if we're talking about the
23   bigger picture of someone's life, you know,
24   would you ask someone how are you or how is your
25   gender dysphoria?  You would ask someone how are

1    you because gender dysphoria impairs your quality
2    of life and it's ultimately your quality of life
3    that you're trying to improve, that you improve
4    gender dysphoria in order to help someone to
5    meet their full potential as a person to have a
6    happy healthy productive life, so that's the
7    most important end outcome.  The proximal
8    outcome is improvement in gender dysphoria.
9    Q.  (Continuing, by Mr. Ramer) But you would agree
10   that when assessing the potential benefit of
11   hormone therapy for treatment of gender
12   dysphoria, quality of life is a separate outcome
13   from reduced gender dysphoria, correct?
14         MX. SWAMINATHAN:  Objection.
15   A.  Yes, those are both possible outcomes that you
16   could measure and our outcomes that people have
17   measured in some of the articles that are in
18   this field, that one of the questions when
19   thinking about safety and efficacy data in this
20   field is what is the outcome measure that we
21   should be talking about?  Is it reduction in
22   gender dysphoria?  Is it reduction in co-occurring
23   depression or anxiety or suicidality?  Is it
24   reduction in completed suicide?  Is it reduction
25   in -- is it improvement of quality of life?  Is

1    it improvement in appearance congruence, and I
2    don't think there's an easy answer to that
3    question, so what we do have is we have a
4    collection of outcomes that we can measure, and
5    as a clinician, I'm thinking to myself, you
6    know, what do I know about the clinical question
7    that I have sitting in front of me, whether or
8    not this patient would benefit from testosterone,
9    for example.  Well, I know this study looked at
10   these outcomes and this other study looked at
11   these other outcomes and I know that if there is
12   likely an improvement in appearance congruence
13   from starting testosterone, that there is likely
14   a reduction in gender dysphoria, there is likely
15   an improvement in suicidality, but I know those
16   from different studies looking at different
17   outcome measures and putting all of those things
18   together.
19   Q.  (Continuing, by Mr. Ramer) And if you have on
20   the one hand the outcome measure of reducing
21   gender dysphoria and on the other hand the
22   outcome measure of improving quality of life, in
23   your opinion, you would prefer improving quality
24   of life over reducing gender dysphoria, correct?
25        MX. SWAMINATHAN:  Objection to form.

1    A.  I think ultimately improving quality of life is
2    more meaningful than outcome measure to me, but
3    it's much harder to measure.  Well, I wouldn't
4    say it's much harder to measure, but they both
5    have challenges in measurement, but that
6    ultimately, yes, I agree that improved quality
7    of life would be an excellent outcome measure
8    and that the improvement in gender dysphoria in
9    and of itself is more proximal to the more
10   distal and more important outcome of improved
11   life in general.
12   Q.  (Continuing, by Mr. Ramer) But the reducing
13   gender dysphoria is the entire purpose of
14   providing medicalized transition, right?
15         MX. SWAMINATHAN:  Objection to form.
16   A.  I think the purpose of providing the care is all
17   of the things that we have been talking about.
18   I would hope that gender dysphoria would be
19   reduced, quality of life would be improved.
20   Q.  (Continuing, by Mr. Ramer) And if you were
21   picking one over the other, you would prefer
22   quality of life over reduced gender dysphoria?
23        MX. SWAMINATHAN:  Objection,
24   mischaracterizes the testimony.
25   A.  Why would I have to pick one over the other

1    though is the question. I think that I've never
2    seen someone who has -- if someone had improved
3    quality -- improved gender dysphoria, but
4    reduced quality of life, then something else is
5    affecting the quality of life at the same time
6    that needs to be addressed, right?
7  Q.  (Continuing, by Mr. Ramer) Have you ever seen a
8    study where it showed improved quality of life,
9    but did not show reduction in gender dysphoria
10    from medicalized transition?
11        MX. SWAMINATHAN: Objection to form.
12  A.  I don't think that I can give you a name of a
13    study per se, but like, for example, the Chen
14    study I believe, I'm not sure that gender
15    dysphoria outcome is the primary focus of that
16    study. It's appearance congruence is one of
17    their primary outcomes, but certainly there are
18    studies that choose more distal outcome measures
19    and studies that choose gender dysphoria as an
20    outcome measure in the literature, yes.
21  Q.  (Continuing, by Mr. Ramer) And so when you say
22    why would I have to choose, if you're following
23    the evidence and you have studies that only
24    report on improved quality of life, but do not
25    report on reduced gender dysphoria, that would

1    be an example where you have to decide whether
2    you're justified in relying on that study as
3    evidence to provide the intervention, correct?
4        MX. SWAMINATHAN: Objection to form.
5  A.  I'm not sure if this answers your question, but
6    let's say in the hypothetical universe it was
7    clear that by providing gender-affirming care,
8    gender dysphoria worsened and quality of life
9    improved. I would think that then you could say
10    that gender-affirming care is safe and
11    efficacious with the most important outcome
12    being improvement in quality of life. In the
13    real world that isn't what we actually see. We
14    see that the improvements in gender dysphoria
15    and other quality of life outcome measures tend
16    to go hand in hand and, of course, as you know,
17    we don't have a randomized control trial where
18    we can demonstrate that the medical intervention
19    outcome or the medical intervention itself has
20    both improved quality of life and gender dysphoria
21    in a certain mathematical ratio, but from the
22    library of evidence that we do have, those
23    positive outcomes tend to improve in parallel.
24  Q.  (Continuing, by Mr. Ramer) When you say in the
25    real world, as you put it, you see a reduction

1    in gender dysphoria, how are you measuring that?
2  A.  I'm measuring it myself in the clinic, right,
3    that I'm seeing patients and seeing their
4    improvements over time and the literature
5    evaluates it. Some literature evaluates gender
6    dysphoria changes directly and others measure
7    other outcomes.
8  Q.  Sorry. Can you explain that last part?
9  A.  Some studies of course use gender dysphoria as
10    the outcome of interest and others don't.
11    Others use other quality of life or mental
12    health outcomes.
13  Q.  Ultimately the use of puberty blockers and
14    cross-sex hormones for medicalized transition is
15    to treat gender dysphoria, correct?
16  A.  Yes.
17  Q.  And when you prescribe puberty blockers, do you
18    require a bone density scan for your patients?
19  A.  Not uniformly, no.
20  Q.  And is it fair to say you are not particularly
21    concerned about bone density as a side-effect
22    for these interventions?
23        MX. SWAMINATHAN: Objection to form.
24  A.  I would be quite concerned if someone had risk
25    factors for low bone density and was going to be

1    using GnRH agonists for an extended period of
2    time past 16, for example. I think that there
3    would be consequences to that from a bone
4    density perspective, but in general a patient
5    using GnRH agonists for a more limited period of
6    time extending puberty to the outer ends of what
7    a normally timed puberty would be, I'm less
8    concerned in those scenarios.
9  Q.  (Continuing, by Mr. Ramer) And what's the basis
10    for being less concerned in those scenarios?
11  A.  A combination of understanding of bone physiology
12    and puberty and a review of the related literature.
13  Q.  With respect to bone density, what you're actually
14    concerned about is the risk of fractures, correct?
15  A.  Yes.
16  Q.  And that risk would most often manifest itself
17    years down the line, right?
18        MX. SWAMINATHAN: Objection to form.
19  A.  Right.
20  Q.  (Continuing, by Mr. Ramer) And not just years,
21    but decades down the line, right?
22  A.  That would be a concern, yes. If someone has at
23    20, if they have a low bone marrow density, then
24    the concern is less that they're going to have a
25    fracture today, but they would be at higher risk

1       for osteoporosis later.
2  Q.  And in your clinic you do not actually use a form
3      to help you obtain informed consent, correct?
4          MX. SWAMINATHAN:  Objection to form.
5  A.  I don't use a form that the patient and parents
6      physically sign, no.
7  Q.  (Continuing, by Mr. Ramer) And maybe this is
8      implied in your answer, but do you just do it
9      all from memory when you're providing the risks
10     and benefits of the interventions?
11        MX. SWAMINATHAN:  Objection to form.
12  A.  Similar to how I obtained informed consent with
13     medical treatments in diabetes clinic and in
14     general endocrinology clinic, I review the
15     rationale for using the medication, the intended
16     potential benefits, the potential side-effects,
17     the potential risks, things to call me if they
18     notice, the plans for follow-up and, yes, I
19     don't read that from a script.  It's something
20     that I've incorporated into my doctor/patient
21     conversation with patients that I'm also able to
22     individualize to each patient for what is
23     relevant to that particular patient's clinical
24     situation.
25  Q.  (Continuing, by Mr. Ramer) And what are the

1      potential risks associated with using testosterone
2      as a treatment for gender dysphoria?
3  A.  I'd start by saying that when we're using
4     testosterone as a medication, for anyone the
5     goal is to bring the testosterone level up to
6     the normal male range for age and we know what
7     that range is and we know how much testosterone
8     tends to bring someone's testosterone level up
9     into that range.  If someone has a normal male
10     level of testosterone, then you would expect
11     similar risks that other men would have
12     pertaining to having a normal male level of
13     testosterone, so an example that I like to use
14     that I think is easy to understand is going
15     bald, that a person who never takes testosterone
16     who is assigned a female at birth would likely
17     never go bald.  On testosterone I would
18     anticipate that that individual would go bald at
19     the same risk as other men in their family and
20     that I wouldn't expect him to go bald in his
21     twenties, but maybe if everyone in his family
22     goes bald in their fifties, then he would expect
23     that as well, and that's because going bald is a
24     combination of genetics and a sustained over
25     time normal male testosterone level.  Going bald

1      is arguably not a medical problem, but more of a
2      vanity thing, and so if we think about the fact
3      that men do have different risks for other
4      medical problems that you would put them, put
5      trans men on testosterone in that male category,
6      you know, an example that is relevant to my
7      clinical practice is polycythemia, or having an
8      elevated red blood cell count, that if someone
9      is on too much testosterone, that would be a
10     concern, so that's something that we have to
11     measure.  As part of this conversation, I would
12     also then point out that having an excessively
13     high testosterone level is also not healthy,
14     that if you think of a baseball player who is
15     abusing testosterone to hit more home runs, that
16     that baseball player would have a testosterone
17     in the superman level and would be at higher
18     risk for things like high blood pressure, high
19     blood sugar, acne, and that that wouldn't be
20     healthy for him or any other man, so by measuring
21     the testosterone level and for screening things
22     that other men need screening for by measuring
23     things like the CBC to screen for polycythemia,
24     then it would be monitoring and minimizing those
25     risks.

1  Q.  Do you agree that taking estrogen likely
2     increases the risk of blood clots?
3        MX. SWAMINATHAN:  Objection to form.
4  A.  Yes, that's an example that I used when I'm
5     talking about estrogen and potential side-effects,
6     that women have higher blood clot risk than men,
7     that you hear that women that take birth control
8     are at higher risk for blood clots.  Now,
9     remember that estrogen and birth control is
10     given a super-physiologic level, meaning higher
11     than normal, and that when we're using estrogen
12     in a trans woman, we're aiming for a normal
13     amount of estrogen.  We're using 17 beta
14     Estradiol instead of Ethinylestradiol in birth
15     control, which has a higher blood clotting risk
16     profile, all that to say the answer to your
17     question is yes, that estrogen imparts a higher
18     risk for blood clots than if a trans woman never
19     took the estrogen in the first place.
20  Q.  (Continuing, by Mr. Ramer) And you said for a
21     transgender female, you're aiming for normal
22     ranges, but for that patient, the level of
23     estrogen would, in fact, be super-physiologic,
24     correct?
25        MX. SWAMINATHAN:  Objection to form.

MAGNA
LEGAL SERVICES

1   A.  A normal range if that patient were assigned
2   female at birth, so the normal range for a
3   female is the range that we're aiming for which
4   is, yes, higher than normal for someone assigned
5   male at birth.
6   Q.  (Continuing, by Mr. Ramer) So in the context of
7   providing estrogen as a treatment for gender
8   dysphoria, you are obtaining a super-physiologic
9   level of estrogen for that patient, correct?
10       MX. SWAMINATHAN: Objection to form.
11   A.  Yes, but I would also just point out when I use
12   the word super-physiologic, I was talking about
13   super-physiologic for either a female or a male,
14   right, that above, you know, would you hypothesize
15   that if we have a trans woman with an estrogen
16   level of 100, a cis woman with an estrogen level
17   of 100, and a trans woman or a cis woman with an
18   estrogen level of 500, which would you expect to
19   have the higher risk for blood clots, you would
20   expect the one with the level of 500, which is
21   super-physiologic for either sex and that would
22   be correct. That person would have the highest
23   risk for blood clots. Would the trans women
24   with the estrogen level of 100 have a higher
25   risk for blood clots than the cis woman or the

1   person assigned female at birth with an estrogen
2   level of 100? I don't think so, based on my
3   understanding of the literature.
4   Q.  (Continuing, by Mr. Ramer) But the point is that
5   increasing estrogen increases the risk of blood
6   clots, correct?
7       MX. SWAMINATHAN: Objection to form.
8   A.  Yes.
9   Q.  (Continuing, by Mr. Ramer) And when you are
10   prescribing cross-sex hormones as a treatment
11   for gender dysphoria in adolescents, is the
12   range you are using based on the normal range
13   for individuals the same age as the patient or
14   do you use adult ranges?
15       MX. SWAMINATHAN: Objection to form.
16   A.  So you're trying to mimic the normal timing and
17   tempo of puberty, so you would start with an
18   amount of hormone that's based on the earlier
19   stages of puberty, and then advance to higher
20   levels to mimic the normal ranges of adulthood
21   over the course of a couple years.
22   Q.  (Continuing, by Mr. Ramer) And the point is
23   you're starting at lower doses and then you
24   scale it up to replicate puberty, is that right?
25       MX. SWAMINATHAN: Objection to form.

1   A.  Yes.
2   Q.  (Continuing, by Mr. Ramer) And do the Endocrine
3   Society guidelines provide guidance on that
4   process of scaling up?
5   A.  The Endocrine Society guidelines don't go into
6   granular detail about how to prescribe what
7   doses, what levels, et cetera. It provides more
8   of an overview of the structure of care.
9   Q.  And so where are you getting the dosing for the
10   scaling up? From the UCSF guidelines?
11   A.  Well, I think as a pediatric endocrinologist, I
12   induce male puberty in patients for a variety of
13   reasons, and so it's not that complicated to do,
14   and so, yes, there is guidance in the UCSF
15   standard of care, or I don't know what they call
16   it, the UCSF website. Rosenthal, et al has
17   published an article that goes into more detail
18   about dosing, but also just my training as a
19   pediatric endocrinologist allows me to know how
20   to do that.
21   Q.  And using testosterone or estrogen to treat
22   gender dysphoria may increase a person's risk
23   for infertility, correct?
24       MX. SWAMINATHAN: Objection to form.
25   A.  Yes.

1   Q.  (Continuing, by Mr. Ramer) And do you know
2   whether the use of testosterone as a treatment
3   for gender dysphoria impairs the ability of the
4   patient to later breastfeed a child?
5   A.  That's possible.
6   Q.  But do you know?
7   A.  Do I know whether testosterone will -- I'm
8   sorry. Maybe ask again.
9   Q.  I'll rephrase it. I think it was a little
10   unclear. Have you ever investigated whether the
11   use of testosterone as a treatment for gender
12   dysphoria impairs the ability of the patient to
13   breastfeed?
14       MX. SWAMINATHAN: Objection to form.
15   A.  No.
16   Q.  (Continuing, by Mr. Ramer) Have you ever been
17   asked about that before?
18   A.  I don't believe so.
19   Q.  Okay. I'd like to go to Exhibit 11, Shumer
20   Exhibit 11 which is your testimony in Koe and
21   I'd like to go to page 52, and I will ask you to
22   read lines three through eight and let me know
23   when you've finished reading that.
24   A.  Page 53 you said?
25   Q.  On page 52, lines three through eight.

MAGNA ▶
LEGAL SERVICES

1   A.  Okay.  Thank you.  Okay.
2   Q.  And do you think that during this hearing this
3       was the first time you had ever thought about
4       that question?
5           MX. SWAMINATHAN: Objection to form.
6   A.  Do I think during the Koe hearing that was the
7       first time I ever thought about it?
8   Q.  (Continuing, by Mr. Ramer) Correct.
9   A.  I'm not sure.
10  Q.  After you were asked this question and you said
11      you don't know if there's data to support that
12      or not, did you ever try to go out and look up
13      the answer?
14  A.  Not that I recall.
15  Q.  If a patient has their puberty suppressed and
16      then proceeds on to take cross-sex hormones,
17      that patient will be infertile, correct?
18          MX. SWAMINATHAN: Objection to form.
19  A.  If a patient had pubertal suppression followed
20      by hormones and now is an adult and is asking --
21      is interested in using their body to create a
22      fetus, my advice would be to discontinue
23      medications, allow for endogenous puberty to
24      occur, and then attempt fertility.  Do I have
25      evidence to suggest that a person has used

1   pubertal suppression in Tanner Stage 2 followed
2   by hormones and then as an adult discontinue
3   medications and then achieved a pregnancy?  I
4   don't.  I don't know that that's been attempted,
5   but that would be my suggestion to a person that
6   asked that question.
7   Q.  (Continuing, by Mr. Ramer) And this suggestion
8       is what in your declaration, Exhibit 1, what you
9       are talking about at page 22 paragraph 80, right?
10          MX. SWAMINATHAN: Objection to form.
11      What did you say, page 24?
12          MR. RAMER:  Page 22, paragraph 80.
13  A.  Yes.
14  Q.  (Continuing, by Mr. Ramer) And just so I understand
15      this process, in paragraph 80, the penultimate
16      sentence says, "If attempting fertility after
17      previous treatment with GnRHa followed by
18      hormone therapy is desired, an adult patient
19      would withdraw from hormones and allow pubertal
20      progression," and that's what we were just
21      discussing, right?
22  A.  Yes.
23  Q.  And to do this, a transgender female -- let me
24      back up.  To do this, you're basically undoing
25      your transition, correct?

1           MX. SWAMINATHAN: Objection to form.
2   A.  Correct.
3   Q.  (Continuing, by Mr. Ramer) And so a transgender
4       female would experience a permanently lower
5       voice as a result of this, correct?
6           MX. SWAMINATHAN: Objection to form.
7   A.  Yes.
8   Q.  (Continuing, by Mr. Ramer) And a transgender
9       male would experience permanent breast enlargement
10      that would require surgery to then transition
11      back, right?
12          MX. SWAMINATHAN: Objection to form.
13  A.  I'm sorry.
14  Q.  (Continuing, by Mr. Ramer) So you have a
15      transgender male who has gone through pubertal
16      suppression, proceeded to cross-sex hormones,
17      wants to go through the process that you are
18      describing in paragraph 80.  This transgender
19      male would withdraw from hormones and allow
20      pubertal progression, and as part of this you
21      expect the individual's breasts to grow as they
22      would during female puberty, correct?
23          MX. SWAMINATHAN: Objection to form.
24  A.  Yes.
25  Q.  (Continuing, by Mr. Ramer) And so if the patient

1   goes through this process and then wants to live
2   in accordance with the patient's male gender
3   identity, that patient would have to have chest
4   surgery, correct?
5           MX. SWAMINATHAN: Objection to form.
6   A.  If they wanted, if in this hypothetical they
7       wanted a masculine-appearing chest, yes.
8   Q.  (Continuing, by Mr. Ramer) And do you tell your
9       transgender male patients that if they proceed
10      from pubertal suppression to cross-sex hormones,
11      the only way they'll be able to have biological
12      children and live in their gender identity is by
13      eventually having chest surgery?
14          MX. SWAMINATHAN: Objection to form.
15  A.  So I'd have a very serious and in-depth
16      conversation about this topic, not exactly the
17      way that you just phrased it, but that if you
18      can imagine that a young person who has been
19      living his whole life as a boy, that knows
20      himself as a boy and is now starting to develop
21      breast buds, that he goes to school every day
22      with everyone knowing him as a boy, not knowing
23      that he was assigned female at birth and that
24      you're talking to him and his parents about the
25      fact that there is a way to continue to allow

1    him to live the life that he's currently living,
2    but that he could never have a pregnancy, that
3    he could never have a pregnancy in his body
4    unless he undid all these things that we're
5    talking about, the most common response that I
6    would get is, "Why the heck would I ever want a
7    pregnancy in my body?  I'm a boy," and that the
8    value that he would have on his fertility
9    potential as a uterus-carrying person is not the
10   same as other people might expect a person to
11   value fertility or biologic fertility, that his
12   value of fertility and his parents' understanding
13   of his value of his fertility and their value of
14   his fertility might look really different than
15   you might imagine and that when, if I suggest --
16   when I'm suggesting that the prospect of
17   blockers plus testosterone could have long-term
18   implications on fertility, the answer that I
19   might hear is, "Good.  I would never want to
20   have a biological child using my body."  That's
21   not uniformly the case, and if there was a
22   situation where a person didn't feel that way,
23   this conversation around fertility might very
24   well lead them to make a different decision
25   about starting the blockers, but you don't know

1    what someone's, what a patient's and family's
2    attitude around this topic would be until you
3    have an in-depth conversation around it.  You
4    might ask is that feeling about fertility
5    allowed to change over time and I would of
6    course say yes too, and that's something that I
7    would talk to with the patient and the parents
8    and if at the end of the conversation we're
9    making a clear-eyed decision about really
10   important topics that we get to have in gender
11   clinic, but, hey, we get to have those same
12   conversations in other areas of pediatrics too
13   and that's what pediatricians do with parents
14   and families as part of our job.
15   Q.   (Continuing, by Mr. Ramer) And in your practice
16        you've encountered patients who did not value
17        having children when they were younger, but then
18        valued it more as they got older, correct?
19             MX. SWAMINATHAN:  Objection to form.
20   A.   So when I say value having -- when you say value
21        having children, I'm assuming that you mean
22        biologic children, and there is -- I would say
23        that I haven't had a situation where someone has
24        said I regret having done X, Y or Z because my
25        desire for biologic children has changed over

1    time such that I wish I didn't transition and
2    make it harder for me to achieve biologic
3    fertility, that in my experience some people
4    value having children, some people don't.  Some
5    people value those children to have a biologic
6    relationship to them, some don't, and some
7    people are able to have biologic children and
8    some people aren't, but the discussion around
9    fertility and changing in values over time
10   hasn't presented a situation where someone says
11   to me all of the medical decisions I've made to
12   this point, I wish I could undo them so that I
13   could start my family in a different way than I
14   can in actuality today.
15   Q.   (Continuing, by Mr. Ramer) Just to be clear, you
16        do not have any former patients who are in their
17        thirties yet, do you?
18   A.   I don't take care of patients that are in their
19        thirties, no.
20   Q.   And my question was you do not have any former
21        patients who are now in their thirties, correct?
22   A.   Correct.
23   Q.   And in your deposition in Voe versus Mansfield
24        when you were asked, "In your practice have you
25        ever encountered a minor who does not value

1    having children when they're younger, but then
2    values it more as they get older," you answered
3    yes to that question, correct?
4             MX. SWAMINATHAN:  Objection to form.
5    Can we put the document in front of Dr. Shumer?
6    Q.   (Continuing, by Mr. Ramer) No, the question is,
7        before the document, my question is was that
8        your answer in that deposition?
9    A.   I's have to review the document.
10   Q.   Okay.  Then we'll go to Exhibit 9 which is the
11        Voe transcript and we'll go to page 198, and on
12        page 198, line seven, question, "In your
13        practice, have you ever encountered a minor who
14        does not value having children when they're
15        younger, but then values it more as they get
16        older?"  Answer, "I would say -- I would say yes
17        to that question," correct?
18   A.   Yes.
19             MX. SWAMINATHAN:  Objection to form.
20   A.   Yes.
21             MR. RAMER:  I think we have been going
22        about an hour.  I don't know if this is a good
23        time to break for lunch.
24        THE WITNESS:  Sure.
25             MX. SWAMINATHAN:  Sure.

1      VIDEOGRAPHER:  Going off the record.
2   The time is 11:36.
3         (Recess 11:36 a.m. to 12:18 p.m.)
4      VIDEOGRAPHER:  We're back on the
5   record.  The time is 12:18.
6   Q.  (Continuing, by Mr. Ramer) Good afternoon,
7   Dr. Shumer.  Welcome back.
8   A.  Thank you.
9   Q.  Picking up sort of where we left off, my first
10  question is you have never studied the literature
11  regarding mental health problems in adults
12  resulting from sterility, correct?
13        MX. SWAMINATHAN:  Objection to form.
14  A.  Correct.
15  Q.  (Continuing, by Mr. Ramer) And you do not know
16  the likelihood of whether a natal male who goes
17  through puberty suppression at Tanner Stage 2
18  and proceeds to cross-sex hormones will ever
19  achieve an orgasm, correct?
20        MX. SWAMINATHAN:  Objection to form.
21  A.  Correct.
22  Q.  (Continuing, by Mr. Ramer) In your opinion when
23  nine and ten-year-olds begin puberty suppression,
24  do you think they fully appreciate what it will
25  mean to not be able to have children in later life?

1      MX. SWAMINATHAN:  Objection to form.
2   A.  I can tell you that they're able to have an
3   age-appropriate conversation about the topic.
4   The way that a nine-year-old discusses fertility
5   topics and a 29-year-old are of course different,
6   but the topic is something that we discuss, we
7   can discuss, we do discuss at an age appropriate
8   level in this situation and in other areas of
9   medicine that require challenging conversations
10  that have to happen at an age-appropriate level
11  for different reasons.
12  Q.  (Continuing, by Mr. Ramer) And my question is do
13  you think they fully appreciate what it will mean
14  to not be able to have children in later life?
15        MX. SWAMINATHAN:  Objection to form.
16  A.  I think they fully appreciate it in an
17  age-appropriate way.
18  Q.  (Continuing, by Mr. Ramer) Do you think any nine
19  and ten-year-old can fully appreciate what it
20  will mean to not be able to have children in
21  later life?
22        MX. SWAMINATHAN:  Objection to form.
23  A.  By not being able to have children, you mean
24  biologic children that they produce with their
25  own sperm or eggs, they are able to understand

1   what that means and conceptualize that in their
2   life at their age, and whether that's fully
3   appreciating according to your definition, they
4   have an age-appropriate understanding that we're
5   able to discuss in clinic.
6   Q.  (Continuing, by Mr. Ramer) And switching gears a
7   little bit to talk about precocious puberty,
8   with respect to precocious puberty, the use of
9   puberty blockers in that context would be ceased
10  somewhere between ages eight and 13, correct?
11        MX. SWAMINATHAN:  Objection to form.
12  A.  Yes.
13  Q.  (Continuing, by Mr. Ramer) And you're not aware
14  of any long-term studies of individuals with
15  precocious puberty who have their blockers taken
16  out at ages 15 or 16, correct?
17        MX. SWAMINATHAN:  Objection to form.
18  A.  Correct.
19  Q.  (Continuing, by Mr. Ramer) And the standard
20  course of treatment for precocious puberty does
21  not present significant risks to fertility,
22  correct?
23  A.  Correct.
24  Q.  And you agree that the goals of using puberty
25  blockers to treat gender dysphoria are different

1   from the goals of using puberty blockers to
2   treat precocious puberty, right?
3        MX. SWAMINATHAN:  Objection to form.
4   A.  Right.  The proximal goal of stopping the
5   production of pituitary hormones is the same,
6   but the more distal goals of treatment are
7   different.
8   Q.  (Continuing, by Mr. Ramer) Because with precocious
9   puberty, the plan is that the patient would
10  eventually go through endogenous puberty, correct?
11        MX. SWAMINATHAN:  Objection to form.
12  A.  Yes.
13  Q.  (Continuing, by Mr. Ramer) And that is not the
14  case with medicalized transition, correct?
15        MX. SWAMINATHAN:  Objection to form.
16  A.  While we discuss that the majority of patients
17  do not, the goal is not that the patient will
18  never go through puberty.  The goal is to
19  prevent the progression of an unwanted puberty
20  now and then delay decision-making about the
21  next step in care.
22  Q.  (Continuing, by Mr. Ramer) And when you say the
23  majority, we're talking about that number in the
24  90 percent, correct?
25  A.  Yes.

1  Q. You do not know whether the evidence base
2      supporting medical gender transition of
3      adolescents is greater or lesser than the
4      evidence base supporting treatments of
5      precocious puberty, correct?
6          MX. SWAMINATHAN: Objection to form.
7  A. Correct.
8  Q. (Continuing, by Mr. Ramer) You agree that
9      puberty blockers are not FDA-approved for
10     treating gender dysphoria, correct?
11         MX. SWAMINATHAN: Objection to form.
12 A. Yes.
13 Q. (Continuing, by Mr. Ramer) And they're not
14     FDA-approved in part because the FDA has not
15     received satisfactory data demonstrating safety
16     and efficacy, correct?
17         MX. SWAMINATHAN: Objection to form.
18 A. I don't think they received satisfactory or
19     unsatisfactory data. I don't have any knowledge
20     that a drug company has provided any effort to
21     make their drug FDA-approved for the treatment
22     of gender dysphoria.
23 Q. (Continuing, by Mr. Ramer) But for the FDA to
24     approve a drug for a particular indication, they
25     require satisfactory data demonstrating safety

1      and efficacy, correct?
2  A. Yes. The reason that I answered the way I
3      answered is just because I felt like the
4      question maybe presupposed that there was some
5      data that was unsatisfactory, but I don't
6      believe that to be the case either.
7  Q. And when the FDA is considering whether to
8      approve a drug for an indication, that drug will
9      be studied in animal models, correct?
10 A. Yes.
11 Q. And why is that?
12 A. So when a new drug is invented, the drug has to
13     be understood from a safety perspective, from a
14     pharmacokinetics perspective, and so by using a
15     drug, a novel drug in an animal, if there is
16     significant health impacts that would make a
17     human study inappropriate, then that will be
18     determined in the animal study, and also I think
19     that in animal studies you're trying to choose
20     an animal with a similar physiology related to
21     the way the medication works to try to gain
22     insight into whether the outcomes that you might
23     be choosing to measure in a human study are
24     plausible.
25 Q. Does pubertal suppression affect mental

1      development that would otherwise be taking place
2      during endogenous puberty?
3          MX. SWAMINATHAN: Objection to form.
4  A. So I'll give an answer as a non-neuroscientist,
5      and this answer is going to sound like it's
6      coming from a pediatric endocrinologist because
7      I am a pediatric endocrinologist. I see patients
8      that have delayed puberty and patients with delayed
9      puberty have, you know, maybe a 14-year-old body
10     and a 14-year-old brain, but they haven't gone
11     through puberty yet and they're not scoring
12     lower on I.Q. tests or they're not getting lower
13     math grades, that we don't consider delayed
14     puberty a risk factor for cognitive impairment,
15     and so in that way, I don't think of puberty
16     hormones organizing the brain in a way for
17     cognition in the way that I've sort of framed
18     it. You know, during puberty we have emotional
19     development in different ways granted, and
20     whether or not it's the hormones themselves or
21     simply the chronologic age that allows for that
22     emotional development I think is unknown or
23     maybe partially unknown, so to say that pubertal
24     hormones have no impact on brain development, I
25     can't make that statement, but I don't think

1      that there's evidence to suggest that the use of
2      pubertal suppression is causing an absence of
3      brain development in a way that's clinically
4      significant.
5  Q. (Continuing, by Mr. Ramer) Do you say anything
6      to your patients about a potential impact on
7      brain development from puberty blockers?
8  A. Well, I might say something similar to what I
9      just said in terms of emotional development. I
10     think that if you think about the emotional
11     development of someone who is going through the
12     wrong puberty, the clinical experience I've had
13     in that situation is that the emotional
14     development of a girl developing a deeper voice
15     and how that makes her withdraw from peers,
16     withdraw from school and deteriorate from a
17     mental health perspective is a higher risk to me
18     than some hypothetical that we're talking about
19     today with regards to some aspect of emotional
20     development and puberty hormones, so I really
21     think it's a balancing act of risks and benefits
22     and those are the types of conversations that we
23     have to have.
24 Q. And I understand what you're saying about
25     emotional development. I think my question is

MAGNA
LEGAL SERVICES

1    more about neurological development and the
2    question is do you say anything to your patients
3    about a potential impact on neurological
4    development from puberty blockers?
5  A.  I don't have any data to support that notion, so
6    it's not become part of my discussion, no.
7  Q.  And, Doctor, you've heard of Dr. Diane Chen,
8    correct?
9  A.  Yes.
10  Q.  And she's an expert in the field of transgender
11    medicine, correct?
12  A.  Yes.
13  Q.  And I think you actually cite one of her papers,
14    right?
15  A.  Yes.
16        MR. RAMER:  You want to go off briefly?
17        MX. SWAMINATHAN:  Yes.
18        VIDEOGRAPHER:  We're going to go off
19    the record.  The time is 12:30.
20        (Recess 12:30 p.m. to 12:31 p.m.)
21        VIDEOGRAPHER:  We're back on the record
22    the time is 12:31.
23        (Marked Exhibit No. 13.)
24  Q.  (Continuing, by Mr. Ramer) Dr. Shumer, you've been
25    handed what's been marked as Shumer Exhibit 13,

1    is that right?
2  A.  Yes.
3  Q.  And the first question is whether you've ever
4    seen this article before?
5  A.  I don't recall seeing the article before.
6  Q.  Okay.  I'd like to go to page 254 and I
7    understand you have not seen the article, but
8    there's just some concepts that are discussed in
9    here that I want to get your reaction to.
10        MX. SWAMINATHAN:  Counselor, is this
11    one of the exhibits to your enumerated topics
12    you shared with us?
13        MR. RAMER:  No.
14        MX. SWAMINATHAN:  Do you want to take a
15    minute to review or we can go off the record?
16        THE WITNESS:  I'd just like to read the
17    abstract first.
18        MR. RAMER:  We can go off and take as
19    long as he wants.
20        VIDEOGRAPHER:  Off the record.  The
21    time is 12:32.
22        (Recess 12:32 p.m. to 12:34 p.m.)
23        VIDEOGRAPHER:  We're back on the record
24    at 12:34.
25  Q.  (Continuing, by Mr. Ramer) And Dr. Shumer, we're

1    looking at Shumer Exhibit 13 and I'll first
2    represent to you that there's some stray
3    highlighting in the exhibit.  That highlighting
4    is not in the original document.  I'd like to go
5    to page 254 of this article and in the left
6    column under the bold Discussion, the second
7    sentence in that paragraph I'm going to read and
8    first ask if I read it correctly.  It says,
9    "However, puberty is a major developmental process
10    and the full consequences (both beneficial and
11    adverse) of suppressing endogenous puberty are
12    not yet understood."  Did I read that correctly?
13  A.  Yes.
14  Q.  Do you agree that puberty is a major
15    developmental process?
16  A.  Yes.
17  Q.  And do you agree that the full consequences of
18    suppressing endogenous puberty are not yet
19    understood?
20  A.  I think that as this article seems to point out,
21    it's an area that more research is being done
22    and that research will be helpful in
23    understanding, so I agree with the statement.
24  Q.  And sticking with this exhibit, I'd like to go
25    to page 249, and in the right column, the first

1    full paragraph, it's really just one long
2    sentence, or actually I'll just read the first
3    relatively long sentence and ask if I read it
4    correctly.  It says, "We employed a two-round
5    Delphi procedure to obtain expert consensus
6    regarding the most efficacious research design
7    elements to address the following research
8    question:  What, if any, real-world impact does
9    pubertal suppression have on transgender
10    children's cognitive and neural development?"
11    Did I read that correctly?
12  A.  Yes.
13  Q.  And the question there of what, if any, real
14    world impact does pubertal suppression have on
15    transgender children's cognitive and neural
16    development, do you know the answer to that
17    question?
18  A.  I don't know the answer.  I have opinions on the
19    subject that I've expressed, but I don't know
20    the answer more than that.
21  Q.  Do you agree that learning the answer to that
22    question could have important clinical
23    implications?
24        MX. SWAMINATHAN:  Objection to form.
25  A.  Yes.

1    Q.   (Continuing, by Mr. Ramer) And sticking with
2    this document, Shumer Exhibit 13, I'd like to go
3    to page 248 and in the left column the last
4    paragraph that starts there starts with the word
5    "considerable," and I'm looking at the second
6    sentence, and I'm first going to read it and ask
7    if I read it correctly with the caveat that I
8    will certainly mispronounce some words in here.
9    It says, "Animal studies demonstrate pubertal
10   hormones exert broad neuronal influence, including
11   effects on neurogenesis, differentiation,
12   apoptosis, dendritic branching, spine density
13   and regional gray and white matter volumes."
14   Did I read that correctly?
15   A.   Yes.
16   Q.   And why do you think the authors are mentioning
17   studies on animals?
18        MX. SWAMINATHAN:  Objection to form.
19   A.   I imagine to point out that we know more about
20   certain aspects of physiology in animals because
21   we're able to do more invasive studies related
22   to brain development in animals and perhaps some
23   of the things we learned from animals can be
24   extrapolated to humans.
25   Q.   (Continuing, by Mr. Ramer) And so like we were

1    discussing earlier in the context of FDA, the
2    FDA, excuse me, medical research often begins by
3    studying the effects of treatment on animals
4    like rodents, for example, right?
5        MX. SWAMINATHAN:  Objection, form.
6    A.   Yes.
7    Q.   (Continuing, by Mr. Ramer) And do you agree that
8    ethical principles often require experiments to
9    be done on animals before they are done on humans?
10   A.   Sometimes.
11   Q.   In what situations would it not be required?
12   A.   Well, I guess in this context I'm thinking about
13   whether you're implying that if a drug company
14   say wanted to get a GnRH agonist approved for
15   the treatment of gender dysphoria, if they would
16   have to employ a mouse model first to learn
17   something about cognitive development, and I
18   don't know if that is your question, but I'm not
19   sure that that would be true, but certainly
20   sometimes you need to use mouse models before
21   doing human subject research, and other times
22   you might not.  It would be dependent on the
23   question you're being asked and the IRB's decision
24   on the ethics of the study you're proposing.
25   Q.   Sticking with this exhibit, I'd like to go to

1    page 253 and the right column, and the highlighting
2    is actually sort of helpful.  Part way down that
3    column there's a sentence that begins with, "In
4    addition."  Do you see that?
5    A.   Yes.
6    Q.   And then in that sentence it says, "Studies in
7    rodents show ovarian hormones, acting during
8    puberty, program cognitive flexibility by exerting
9    long-lasting effects on excitatory-inhibitory
10   balance in the prefrontal cortex."  Did I read
11   that correctly?
12   A.   Yes.
13   Q.   And the next sentence says, "Studies in rodents
14   also demonstrate that testosterone, acting
15   during puberty, programs the ability to adapt
16   behavior as a function of social experience."
17   Did I read that correctly?
18   A.   Yes.
19   Q.   Do you agree that rodent studies have shown that
20   ovarian hormones can have long-lasting effects
21   in brain development?
22   A.   I do, although I just want to point out that
23   this is a pair of sentences that follows the
24   sentence that reads, "Although we (the Delphi
25   experts) identify executive function/control and

1    social functioning as key domains to measure, it
2    is important to note that there is no clear
3    evidence that progressing through puberty later
4    than peers is associated with delayed maturation
5    of abstract reasoning, executive function and
6    social capacities," which is sort of the point I
7    was making before.
8    Q.   Talking about emotional development, correct?
9    A.   Well, that was one part of the sentence that I
10   read, but not all of it.
11   Q.   And so my question is do you agree that rodent
12   studies have shown that ovarian hormones can
13   have long-lasting effects in brain development?
14        MX. SWAMINATHAN:  Objection to form.
15   A.   I agree that's what it says here, but I don't
16   have any specific expert knowledge in that.
17   Q.   (Continuing, by Mr. Ramer) And if a scientist is
18   faced with animal studies reporting that
19   pubertal hormones have long-lasting -- excuse
20   me.  I'll just start again.  If a scientist is
21   faced with animal studies reporting that
22   pubertal hormones have long-lasting effects on
23   brain development, shouldn't that scientist
24   conclude there is some possibility that pubertal
25   hormones may also have long-lasting effects on

1  brain development in humans?
2        MX. SWAMINATHAN: Objection to form.
3  A.  I don't disagree with that, but I want to point
4  out that we're talking as if puberty will never
5  happen, that all of the patients that we're
6  talking about will go through puberty and be
7  exposed to puberty hormones, and so I just want
8  to keep that in mind when we're talking through
9  these topics.
10  Q.  (Continuing, by Mr. Ramer) You agree there is a
11  distinction between endogenous puberty and puberty
12  through the use of cross-sex hormones, correct?
13  A.  There is lots of differences, but I don't know
14  if there's differences as it relates to what
15  we're talking about today.
16  Q.  Before seeing this article, were you aware of
17  references in literature regarding the effect of
18  pubertal suppression on brain development in
19  animals?
20  A.  I was aware that there is some study related to
21  sheep, and so yes.
22  Q.  Now that you're aware of this discussion of rodent
23  studies, does this cause you as a clinician to
24  want to know the answer to the question of
25  whether puberty blockers have long-lasting

1  effects on brain development in a human child?
2        MX. SWAMINATHAN: Objection to form.
3  A.  So I think to answer your question I would say
4  that if there was a study that demonstrated that
5  there was significant differences in cognitive
6  outcomes or some other brain outcomes in someone
7  that was provided pubertal suppression for the
8  treatment of gender dysphoria, I would be
9  surprised by that finding, but of course I would
10  want to know that and that would impact my
11  conversation with patients.
12  Q.  (Continuing, by Mr. Ramer) And my question is
13  now that you're aware of these studies in
14  rodents that we just read about, does that cause
15  you as a clinician to want to know the answer to
16  the question of whether puberty blockers have
17  long-lasting effects on brain development in a
18  human child?
19        MX. SWAMINATHAN: Objection to form,
20  asked and answered.
21  A.  I think I would want to know the answer to that
22  question regardless, but I have no piqued
23  interest after hearing this rodent information.
24  I think that I have, as I answered in previous
25  questions, opinions about this topic and would

1  like to learn any new data related to this topic.
2  Q.  (Continuing, by Mr. Ramer) This is new data to
3  you, isn't it?
4        MX. SWAMINATHAN: Objection to form.
5  A.  I want to, if there is new human data related to
6  this topic, I would like to know about it.
7  Sorry.  I think I lost myself in my answer.  Do
8  you have a question that I can start over with?
9  Q.  (Continuing, by Mr. Ramer) Before reading this
10  paragraph, you were unaware of the rodent
11  studies being referenced here, correct?
12        MX. SWAMINATHAN: Objection to form.
13  A.  These specific rodent studies, yes.
14  Q.  (Continuing, by Mr. Ramer) Now that you are
15  aware of them, does that give you any concern
16  about whether these same effects would result in
17  humans?
18        MX. SWAMINATHAN: Objection, asked and
19  answered.
20  A.  So here's why I'm having trouble.  Because, all
21  right, so here's a study about ovarian hormones
22  in rodents that have some action on the
23  excitatory-inhibitory balance in the prefrontal
24  cortex, a study of rodents that testosterone
25  during puberty programs the ability to adapt

1  behavior as a function of social experience, and
2  so the real-life human patients that we're
3  talking about will experience puberty slightly
4  later than they would have otherwise if they're
5  treated with pubertal suppression.  Does this
6  make me more interested in how puberty hormones
7  affect brain development?  Maybe, yes, but the
8  real thing that's most important to me is what
9  would the consequence of exposure to hormones
10  that cause worsening distress do versus delaying
11  puberty and then exposing the brain to the
12  hormones that is in line with their gender
13  identity.  I think that the topics that we're
14  talking about with regards to brain development
15  are interesting that I share with patients, as I
16  said, the information that is available on this
17  topic.  There is, of course, more to learn, but
18  it doesn't change my understanding of the
19  balance of risks and benefits, safety and
20  efficacy of pubertal suppression.
21  Q.  (Continuing, by Mr. Ramer) How can it not change
22  your assessment of the balances of risks and
23  benefits when it goes to a risk that you, by
24  your own statement, don't fully understand?
25        MX. SWAMINATHAN: Objection,

1    mischaracterizes the testimony.
2    A.  I don't think I fully understand a lot of things
3    in medicine, but I'm able to read the literature,
4    understand what the literature has to say with
5    respect to risks and benefits, and then provide
6    counsel.
7    Q.  (Continuing, by Mr. Ramer) And you've never read
8    this part of the literature, correct?
9    A.  I haven't read these mouse studies on brain
10   development, no.
11   Q.  Or the study from Diane Chen that we're reading
12   right now, correct?
13   A.  Correct.
14   Q.  I'd like to go to page 252 of this document, and
15   in the left column about halfway down there's a
16   sentence beginning, "The effects of pubertal
17   suppression."  Do you see that?
18   A.  Yes.
19   Q.  I'm going to read that sentence and the
20   following sentence and ask if I read it
21   correctly.  It says, "The effects of pubertal
22   suppression may not appear for several years.
23   Any GnRHa-related difference in brain structure
24   is likely to be observed over the long term,
25   rather than immediately."  Did I read that

1    correctly?
2    A.  Yes.
3    Q.  And do you agree with those statements?
4    A.  I don't know that I can agree with or not agree
5    with that sentence in isolation.  I could maybe
6    go off the record and read the larger section
7    perhaps?
8    Q.  Did we already go off the record for you to read
9    this article?
10   A.  I went off the record to read the abstract and
11   then I had a better understanding of the
12   article.  You're picking out a sentence in the
13   middle of a paragraph that I haven't read, so if
14   you're asking do I think that the effects of
15   pubertal suppression may not appear for several
16   years, I don't know what effects they're talking
17   about, and so if I say I agree with that, I'm
18   not sure what I'm agreeing to.  "Any GnRHa-related
19   difference in brain structure is likely to be
20   observed over the long time, rather than
21   immediately."  Difference in what, I'm not sure,
22   but I think that the people that are writing
23   this article are probably experts in neuroscience
24   to some degree and I don't have anything to
25   dispute what they're talking about, but I can't

1    give a more cogent expert answer to the question.
2    Q.  I'll rephrase the question then.  Do you have
3    any reason to disagree with those two sentences?
4    A.  No.
5    Q.  And then last part of this paper, page 255, left
6    column, second full paragraph about halfway down
7    there's a sentence that begins, "Yet evidence
8    suggests."  Do you see that?
9    A.  Yes.
10   Q.  I'm going to read that sentence and the
11   following sentence and first ask if I read them
12   correctly.  "Yet, evidence suggests an
13   overoccurrence of neurodiversity characteristics
14   (especially related to autism) among
15   gender-referred youth.  The neurodevelopmental
16   impacts of pubertal suppression on neurodiverse,
17   gender-diverse youth might well be different
18   than in neurotypical gender-diverse youth, given
19   variations in neurodevelopmental trajectories
20   observed across neurodevelopmental conditions."
21   Did I read that correctly?
22   A.  Yes.
23   Q.  And we've already discussed that it's consistent
24   with your own clinical observation that young
25   people with neurodiverse characteristics, such

1    as autism, are disproportionately represented as
2    compared to the general population, correct?
3            MX. SWAMINATHAN:  Objection,
4    mischaracterizes testimony.
5    A.  Yes.
6    Q.  (Continuing, by Mr. Ramer) Are you aware of any
7    study researching the effects of puberty
8    blockers on neurodevelopment in adolescents with
9    neurodiverse characteristics?
10   A.  No.
11   Q.  Okay.  We can move on from that.  Now, switching
12   gears a little bit to talk about your practice,
13   you began practicing at Michigan, the University
14   of Michigan in 2015, correct?
15   A.  Yes.
16   Q.  And was that when you first began prescribing
17   puberty blockers as a treatment for gender
18   dysphoria?
19   A.  Well, as a pediatric endocrinology fellow, I was
20   in training to become a pediatric endocrinologist
21   and I worked within the pediatric gender clinic
22   at Boston Children's Hospital prescribing
23   medications under guidance of a preceptor.
24   Q.  Under guidance of a what?
25   A.  A preceptor or like when a medical trainee sees

1    a patient, then he makes a plan and that plan
2    has to be discussed with the attending physician,
3    and we call that person the preceptor.
4  Q.  Did not know that.  And so, but when you went to
5    Michigan, it would have been the first time that
6    you were prescribing puberty blockers not under
7    the supervision of a preceptor, is that right?
8  A.  Independently, correct.
9  Q.  And is that the same for cross-sex hormones?
10  A.  Yes.
11  Q.  And for patients who were at the beginning of
12    Tanner Stage 2 back when you started, they would
13    be approximately 25 years old now, correct?
14  A.  Yes.
15  Q.  And you do not have a formal system of following
16    your patients when they graduate into adult
17    care, correct?
18  A.  Correct.
19  Q.  And your patients typically graduate into adult
20    care by early twenties, is that correct?
21  A.  Yes.
22  Q.  And your clinic does not collect data to
23    determine the percentage of patients who cease
24    to suffer from diagnosed gender dysphoria
25    without medical intervention, correct?

1            MX. SWAMINATHAN:  Objection to form.
2  A.  Correct.
3  Q.  (Continuing, by Mr. Ramer) And your clinic does
4    not collect data to determine the percentage of
5    patients who begin puberty blockers and then
6    choose to cease puberty blockers without
7    proceeding to cross-sex hormones, correct?
8            MX. SWAMINATHAN:  Objection to form.
9  A.  Yes.
10  Q.  (Continuing, by Mr. Ramer) And your clinic does
11    not collect data to determine the percentage of
12    patients who begin puberty blockers, proceed on
13    to take cross-sex hormones and then later
14    recover healthy levels of fertility, correct?
15            MX. SWAMINATHAN:  Objection to form.
16  A.  Correct.
17  Q.  (Continuing, by Mr. Ramer) And your clinic does
18    not collect data to determine the percentage of
19    patients who begin puberty blockers, proceed on
20    to take cross-sex hormones and then
21    detransition, later on, correct?
22            MX. SWAMINATHAN:  Objection to form.
23  A.  Correct.
24  Q.  (Continuing, by Mr. Ramer) And you do not
25    endeavor to check in with your patients after

1    they graduate to adult care to see how they are
2    doing, correct?
3            MX. SWAMINATHAN:  Objection to form.
4  A.  There is not a formal system of follow-up like
5    that, no.
6  Q.  (Continuing, by Mr. Ramer) You don't even try to
7    maintain an informal system, correct?
8            MX. SWAMINATHAN:  Objection to form.
9  A.  I encourage patients to keep in touch, but not
10    in a methodological way to study outcomes.
11  Q.  (Continuing, by Mr. Ramer) And you aren't aware
12    of any follow-up with your patients beyond the
13    age of 27, correct?
14  A.  Sorry, one more time.
15  Q.  You are not aware of any follow-up with your
16    patients beyond the age of 27, correct?
17  A.  Correct.
18  Q.  So you do not have clinical experience with
19    respect to patient outcomes after 27 years of
20    age, correct?
21  A.  Correct.
22  Q.  And you have never undertaken any longitudinal
23    study of the outcomes of minors treated with
24    gender transition interventions at your clinic,
25    correct?

1  A.  Correct.
2  Q.  And you have never conducted any clinical trials
3    related to gender dysphoria, correct?
4  A.  Correct.
5  Q.  In your practice you use the WPATH, W-P-A-T-H,
6    Standards of Care 8 in your practice, correct?
7  A.  Sorry.  Can I just go back to the last question?
8  Q.  Sure.
9  A.  I have performed research in my career, and so I
10    think the my last answer is somewhat incorrect,
11    but I'm not sure that the research is related to
12    the question you asked in terms of a longitudinal
13    study following outcomes, so I have -- so I just
14    wanted to clarify that.
15  Q.  And what's the nature of the research that
16    you've conducted?
17  A.  So, for example, I was involved in a study
18    documenting the co-occurrence of neurodiversity
19    and gender dysphoria.  I was involved in a
20    study, a qualitative study talking about dating
21    and romance in patients with gender dysphoria,
22    studies related to co-occurrence of other mental
23    health disorders and gender dysphoria, so a
24    variety of studies outlined in my C.V., but so I
25    just wanted to make that clarification.

1 Q. No, I appreciate that. And the first study you
2   mentioned about neurodiversity, was that
3   reviewing data from somewhere or reviewing
4   literature or a combination of both?
5         MX. SWAMINATHAN: Objection to form.
6 A. It was reviewing the patient population at
7   Boston Children's Hospital and counting how
8   many -- we were performing an autism spectrum
9   disorder related questionnaire and then
10  documenting how many people met certain criteria
11  for that diagnosis relative to the patient
12  population of the clinic and documenting the
13  increased prevalence, as has been subsequently
14  reported by other centers.
15 Q. (Continuing, by Mr. Ramer) Thank you. And going
16  back to the question I was moving on to
17  regarding guidelines, the first question is you
18  use the WPATH Standards of Care 8 in your
19  practice, correct?
20 A. Yes.
21 Q. And you also use the Endocrine Society
22  guidelines, correct?
23 A. Yes.
24        (Marked Exhibit No. 14.)
25 Q. (Continuing, by Mr. Ramer) Dr. Shumer, you've

1   just been handed what's been marked as Shumer
2   Exhibit 14, is that correct?
3 A. Yes.
4 Q. And does this appear to be the Adolescents
5   chapter of the Standards of Care 8?
6 A. Yes.
7 Q. I'd like to go to page S-46 and left column
8   toward the end of the carryover paragraph in
9   that column, the second to last sentence starts
10  at, "Therefore." Do you see that?
11 A. Yes.
12 Q. And I'll first read it and ask if I read it
13  correctly. It says, "Therefore, a systematic
14  review regarding outcomes of treatment in
15  adolescents is not possible." Did I read that
16  correctly?
17 A. Yes.
18 Q. Do you agree that a systematic review regarding
19  outcomes of treatment in adolescents is not
20  possible?
21        MX. SWAMINATHAN: Objection to form.
22 A. I don't know that I agree. I think, you know, a
23  systematic review is simply a review of the
24  literature using specific inclusion and exclusion
25  criteria, so you can do a systematic review on

1   something. I think maybe what they're saying is
2   they didn't feel like there was enough, the
3   number of studies was insufficient to do this
4   systematic review, but yet there have been
5   systematic reviews attempting to answer these
6   questions subsequently, so I would not agree.
7 Q. (Continuing, by Mr. Ramer) And you've never
8   conducted a systematic review, correct?
9 A. Correct.
10 Q. And it would be wrong to say that the WPATH
11  Standards of Care 8 is a systematic review,
12  correct?
13        MX. SWAMINATHAN: Objection to form.
14 A. Correct.
15 Q. (Continuing, by Mr. Ramer) And it would be wrong
16  to say that the Endocrine Society guidelines are
17  a systematic review, correct?
18        MX. SWAMINATHAN: Same objection.
19 A. Correct.
20 Q. (Continuing, by Mr. Ramer) I'd like to go to
21  Exhibit 4, which is the transcript from your
22  deposition in K.C. and I'd like to go to page 243.
23 A. Which exhibit number is it?
24 Q. I'm sorry, it's Exhibit 4, and page 243 in the
25  transcript.

1         MX. SWAMINATHAN: Page 243 at the top.
2 Q. (Continuing, by Mr. Ramer) And lines three
3   through eight I'll first read and ask if I read
4   it correctly. It says, "So I would suggest that
5   in both the WPATH document and the Endocrine
6   document, they go through at length about how
7   they determined all of the relevant articles
8   that they included and -- and, therefore, I
9   think the term 'systematic review' fits in both
10  of those cases." Did I read that correctly?
11 A. Yes.
12 Q. So that's wrong, correct?
13        MX. SWAMINATHAN: Objection to form.
14 A. I think through the last year or two, as I've
15  been thinking about these words, I would no
16  longer make the same assertion, no.
17 Q. (Continuing, by Mr. Ramer) Thank you. You agree
18  that studies that suffer from a high risk of
19  bias are likely to be excluded from systematic
20  reviews, correct?
21 A. I think there's a few words in there that could
22  use defining, but in general a systematic review
23  will be upfront about their inclusion and exclusion
24  criteria and the goal of the systematic review
25  is to try to answer a question, so they would be

MAGNA ▶
LEGAL SERVICES

1    excluding studies that they didn't feel like
2    helped answer that question, and studies that
3    are thought to be overly biased could,
4    therefore, be excluded for that reason.
5 Q.   And when we're talking about bias in this
6    context, what is your understanding of that word?
7 A.   A bias study, the outcome of a bias study is
8    different from the truth due to some biasing factor.
9 Q.   And what are some examples of a biasing factor
10    in this context?
11 A.   In this context?
12 Q.   I'll rephrase that.  And the reason I'm asking
13    this is because for us non-medical folks, bias
14    tends to carry very different meaning and it's a
15    very specialized meaning here, so that's all I'm
16    trying to understand is when you say that there
17    are issues in a study that might contribute to
18    bias, could you just help me understand what are
19    some examples?
20         MX. SWAMINATHAN:  Objection to form.
21 A.   Yeah, so if you wanted to determine the average
22    height of a student at a Detroit high school and
23    you showed up and measured everyone's height at
24    the basketball practice, you might have a biased
25    result because you wouldn't have randomly

1    sampled.  You would be sampling a group of
2    students that are probably taller than the
3    average, and so your study would be biased.  The
4    error there is that you didn't think about
5    randomizing your study sample in order to
6    capture to eliminate sources of bias, such as
7    while all the tall kids don't usually hang out,
8    they do happen to in basketball.
9 Q.   (Continuing, by Mr. Ramer) And are you familiar
10    with the phrase confound or a confounding factor?
11         MX. SWAMINATHAN:  Objection to form.
12 A.   Yes.
13 Q.   (Continuing, by Mr. Ramer) And can you explain
14    what that means?
15 A.   I think so.  So let's say we're doing a study
16    of, let's say we're doing a study about COVID
17    and we're giving everybody a red lollipop to
18    treat their COVID.  By the end of the study, all
19    of the people have gotten better from COVID.  To
20    say that it was the red lollipop would be
21    confounded by the fact that COVID tends to get
22    better over time and so the cause that the red
23    lollipop helps the COVID is incorrect and
24    there's another reason and that would be a
25    confounding factor.

1 Q.   And just to ask a question with that example
2    slightly modified, if you were -- if everybody
3    who received a COVID vaccine also received a red
4    lollipop and they never contracted COVID as a
5    result, you wouldn't say the lollipop was the
6    reason they didn't contract COVID because of the
7    confound between those two variables, correct?
8         MX. SWAMINATHAN:  Objection to form.
9 A.   Right, that would be true, and I think that you
10    would know that as a scientist in part because
11    there is no scientific rationale that the red
12    lollipop could have prevented COVID.
13 Q.   (Continuing, by Mr. Ramer) And the first example
14    you gave of the basketball team, would it be fair
15    to describe that form of bias as selection bias?
16 A.   Yes.
17 Q.   And do you agree that having a small sample size
18    for a study could potentially contribute to the
19    risk of bias in the study?
20         MX. SWAMINATHAN:  Objection to form.
21 A.   It could.
22 Q.   (Continuing, by Mr. Ramer) And are you familiar
23    with the phrase lost to follow-up?
24 A.   Yes.
25 Q.   And can you explain what that means?

1 A.   In the context of research, it would mean that a
2    person that started in the study didn't continue
3    in the study until the end to report their outcome.
4 Q.   Did you assess the studies you cite in your
5    declaration for risk of bias?
6         MX. SWAMINATHAN:  Objection to form.
7 A.   I think with any study that I read, I expect
8    there to be some sources of potential bias and
9    that I'm reading a study with that in mind, but
10    the answer to your question is yes.
11 Q.   (Continuing, by Mr. Ramer) And you may have
12    slightly answered it, but I just want to make
13    sure I understand.  How do you go about assessing
14    the risk of bias in a particular study?
15 A.   I think I would answer that by saying when I'm
16    reading a study, oftentimes I'm reading that
17    because I have clinical questions and answers
18    myself.  So I have a patient in front of me that
19    is say considering treatment with GnRHa, puberty
20    blockers, and I might read the de Vries study,
21    right, and hear that patients that lived in the
22    Netherlands in the beginning of this century who
23    were prescribed pubertal suppression followed by
24    hormones in the context of a multi-disciplinary
25    clinic while receiving psychotherapy had a

1    positive outcome, and so then I might think to
2    myself how similar is this patient in front of
3    me to that experience and is there bias in the
4    fact that those patients are different than the
5    patients here. It's a different decade. Is the
6    psychotherapy that we're offering here the same
7    as what they were offering there. Is the
8    societal support the same or is it so different
9    that I can't reliably use this study to help
10   answer my question, and so those are the sort of
11   things that I'm thinking about when I'm thinking
12   about a study in how helpful it is, how the
13   biases may impact me clinically in my question
14   that I'm tasked with answering.
15  Q.  In the context of assessing research, have you
16    ever heard the phrase indirectness?
17  A.  I don't believe so.
18  Q.  When you are assessing studies for risk of bias,
19    do you ever use a tool to assist in doing that?
20         MX. SWAMINATHAN: Objection to form.
21  A.  So I wouldn't say that that's a common thing
22    that I would do. I think that say if I was
23    preparing clinical practice guidelines, I might
24    employ a tool to grade the evidence. If I was
25    presenting in a journal club, I might employ a

1    tool to present the article in a professional way.
2    If I'm reading the Journal of Endocrinology and
3    Metabolism New Edition to see what is out there
4    that might be relevant to my practice, I might
5    not apply a particular tool every time I read a
6    new article, no.
7  Q.  (Continuing, by Mr. Ramer) Have you ever used a
8    tool to assess the risk of bias in an individual
9    study?
10         MX. SWAMINATHAN: Objection to form.
11  A.  I haven't, for example, myself used like the grade
12    system to grade an article myself. I'm aware of
13    what that tool does and how it works, but that's
14    not something that I have done or do, no.
15         MR. RAMER: I'm kind of about to pivot
16    into another segment. We have been going just
17    under an hour. Maybe this is a good time to
18    take a short break.
19         MX. SWAMINATHAN: Do you have a sense
20    of approximately how long you have?
21         MR. RAMER: Do you want to go off the
22    record?
23         MX. SWAMINATHAN: That's fine.
24         VIDEOGRAPHER: Off the record. The
25    time is 1:16.

1         (Recess 1:16 p.m. to 1:26 p.m.)
2         VIDEOGRAPHER: We're back on the record
3    at 1:26.
4         (Marked Exhibit No. 15.)
5  Q.  (Continuing, by Mr. Ramer) Dr. Shumer, you've been
6    handed what's been marked as Shumer Exhibit 15
7    and does this appear to be the de Vries study
8    that you were previously discussing?
9  A.  Yes.
10  Q.  And I'd like you to just tell me how you would
11    assess this study for risk of bias.
12  A.  I guess that's a pretty broad question, but I
13    guess in my attempt to answer it, I would say
14    that there is 55 individuals in this study, so
15    that these individuals are being followed across
16    a long period of time and that there is specific
17    things that are unique to these individuals and
18    certain things that are generalize-able about
19    these individuals I would say, so the number, we
20    can start with 55, you know, the larger the
21    number of individuals in a study, the better in
22    terms of eliminating some elements of bias, and
23    so for the study that I would consider the
24    longest longitudinal study, I would say that
25    it's not a tiny number of patients and it's also

1    a number that if there was studies with larger
2    numbers of patients, that would of course be
3    helpful. These patients are Dutch. They are
4    living in families that are supportive of their
5    gender identity with access to medical care at
6    the clinic that they're going to. They're
7    receiving care that is specifically unique to
8    the clinic that they're enrolled in and so those
9    are things that you have to think about how well
10   do those features generalize to the patients
11   that we're seeing here in a different country in
12   a clinic that's not identical to the clinic that
13   they are describing, so they're also picking
14   different measures, outcome measures that may or
15   may not be the outcome measures that we would
16   choose if we were doing a study today, so the
17   strengths of the study would be that it follows
18   patients over a long period of time through a
19   very well-described sequence of interventions.
20   They measure a lot of different outcomes and the
21   results of those outcomes are significant, so
22   there's pros and cons of the study. I think
23   it's in part generalize-able to the care that we
24   do here, but when I'm thinking about how to
25   provide care to pediatric patients in the U.S.

1    strictly focused on this study, for example, I
2    would want to as closely recreate the
3    multi-disciplinary clinic as possible that
4    they're describing for the study to be as
5    applicable as it could be.
6  Q.  You read a lot of medical literature, correct?
7  A.  Yes.
8  Q.  In your opinion, would a sample size of 55 be
9    considered small?
10        MX. SWAMINATHAN:  Objection to form.
11  A.  I think it would be -- I would say it depends on
12    the research question being asked, but small to
13    medium.  I would not call it a large sample.
14  Q.  (Continuing, by Mr. Ramer) And do you think that
15    there are any prominent potential confounding
16    variables in this study?
17  A.  Yes.
18  Q.  Like what?
19  A.  I'm trying to see if they actually list some of
20    their hypotheses on what could be confounding,
21    but from my perspective there are, and as I kind
22    of alluded to this before, there is a whole
23    system of care that they're implementing,
24    including psychological support, including sort
25    of wrap-around services from a mental health

1    perspective, that when you are drawing conclusions
2    from this study, the strongest conclusion you
3    can make is that this particular system of care
4    resulted in the improvement and trying to
5    isolate the use of the blockers and hormones and
6    surgery, which of those helps the most, which of
7    those contributed most to the outcomes that are
8    measured successfully at the end is more
9    challenging to determine.
10  Q.  And all these patients were receiving
11    psychotherapy, correct?
12  A.  Correct.
13  Q.  And so psychotherapy could be a confounding
14    variable with respect to any reported
15    improvement, correct?
16        MX. SWAMINATHAN:  Objection to form.
17  A.  Right.  I think that is what I meant with my
18    answer, that the system of care, including
19    psychotherapy, led to the improvement, and so
20    which components of that system were most
21    important is hard to disentangle from this paper
22    and that the, yes, the psychotherapy could be an
23    example of a potential confounder.
24  Q.  (Continuing, by Mr. Ramer) And we've been
25    discussing risks and benefits in terms of

1    deciding whether to provide a particular
2    intervention, correct?
3  A.  Yes.
4  Q.  And if you set benefits to the side and you're
5    looking only at the risks, do you agree that
6    psychotherapy entails fewer risks than hormone
7    therapy?
8        MX. SWAMINATHAN:  Objection to form.
9  A.  Yes.
10  Q.  (Continuing, by Mr. Ramer) And do you know
11    anything about the number of subjects who were
12    lost to follow-up in this study?
13  A.  I don't know if reading a section of the paper
14    would help remind me of the answer to that, but
15    off the top of my head, no.
16  Q.  Do you think that this study measured the proper
17    outcomes?
18        MX. SWAMINATHAN:  Objection to form.
19  A.  This study measured a lot of outcomes, including
20    things like gender dysphoria, body image, global
21    functioning, depression, anxiety, emotional and
22    behavioral problems, et cetera, and I think that
23    those are examples of things that I care about
24    as a clinician, so in general, yes.
25  Q.  (Continuing, by Mr. Ramer) And we'll set this to

1    the side for a moment.  I'd like to return to
2    Shumer Exhibit 14, which is the adolescents
3    chapter of the SOC8 and I'd like to go to S-46
4    where we were before and specifically left
5    column down toward the bottom of the paragraph
6    that begins in that column.  Do you see it's
7    citing de Vries, et al 2014?
8  A.  Yes.
9  Q.  And the following sentence says, "The 2014
10    long-term follow-up study is the only study that
11    followed youth from early adolescence
12    (pretreatment, mean age of 13.6) through young
13    adulthood (posttreatment, mean age of 20.7)."
14    Do you see that?
15  A.  Yes.
16  Q.  And SOC8 was published in 2022, correct?
17  A.  Yes.
18  Q.  Do you agree that when the SOC8 was published,
19    the only study on gender-affirming care for minors
20    that had long-term follow-up was the de Vries
21    2014 study?
22        MX. SWAMINATHAN:  Objection to form.
23  A.  I think it depends on what we mean by long-term
24    follow-up.  So the beginning of this paragraph
25    outlines, "At the time of this chapter's

1    writing, there were several longer-term
2    longitudinal cohort follow-up studies reporting
3    positive results of early (i.e., adolescent)
4    medical treatment;" and then they list one, two,
5    three, four, five, six studies, but then say
6    that this is the longest term.
7    Q.  (Continuing, by Mr. Ramer) During your deposition
8    in Boe versus Marshall when you were asked
9    whether you agree that when the SOC8 was
10   published in 2022 that the de Vries 2014 study
11   was the only study that had a long-term
12   follow-up, you answered yes, correct?
13  A.  Yes.
14           MX. SWAMINATHAN:  Objection to form.
15  A.  Yes.
16  Q.  (Continuing, by Mr. Ramer) And you're not aware
17  of the any new study since the SOC8 was
18  published that had long-term follow-up, correct?
19  A.  Again, I think it depends on what we mean by
20  long-term follow-up.  So we talked a little bit
21  about Dr. Chen.  There is a longitudinal study
22  that she published that followed people on
23  hormones over two years, so there are
24  longitudinal studies.  There is nothing longer
25  than the de Vries study that we're talking about

1    and nothing that goes over from early puberty to
2    adulthood like de Vries does, so my answer would
3    be the same.
4  Q.  You would describe two years of follow-up as a
5    long-term follow-up study?
6           MX. SWAMINATHAN:  Objection to form.
7  A.  I would call it a longitudinal study that related
8    to the outcomes of the hormone intervention.
9    It's two years.  Is that long or not?  I think
10  that we can agree that it's two years and that
11  is clinically significant to the patients
12  enrolled in the study on hormones.  I use that
13  as part of the body of literature when I'm
14  talking to patients about what we do and don't
15  know about the outcomes of treated patients with
16  gender dysphoria.
17  Q.  (Continuing, by Mr. Ramer) And I'm trying to
18  understand your opinion as somebody who reviews
19  medical literature.  You would describe a study
20  that has two-year follow-up as a long-term
21  follow-up study?
22           MX. SWAMINATHAN:  Objection,
23  mischaracterizes the testimony.
24  A.  I wouldn't call it a long-term follow-up study.
25  In this thing that we're reading from the WPATH,

1    they're describing several longer-term
2    longitudinal cohort follow-up studies.  I don't
3    know what their definition of longer-term
4    longitudinal cohort follow-up studies are
5    either, but I guess the point I'm making is
6    longitudinal studies exist, so the longer, the
7    better, and there are several of them that exist
8    that follow patients on treatment, the longest
9    being Exhibit 15.
10  Q.  (Continuing, by Mr. Ramer) When you first began
11  providing puberty blockers and cross-sex hormones
12  as a treatment for gender dysphoria back in 2015,
13  what evidence were you relying on?
14           MX. SWAMINATHAN:  Objection to form.
15  A.  So in 2015 there had been literature published
16  around the treatment of gender dysphoria, a less
17  robust volume of literature than exists today,
18  and so when describing the medical options to
19  patients in 2015, we could talk about the Dutch
20  experience, we could talk about the current
21  evidence base which is different than it is
22  today and patients would be making decisions
23  with less longitudinal data than they are today.
24  Q.  (Continuing, by Mr. Ramer) When you refer to the
25  Dutch experience, that experience is what is

1    captured in this de Vries 2014 study, correct?
2  A.  Yes.
3  Q.  And so when you saw this study, you thought that
4    you had seen enough to know that you could
5    ethically give these interventions to kids, is
6    that right?
7           MX. SWAMINATHAN:  Objection,
8  mischaracterizes the testimony.
9  A.  While I can't put myself back in 2015 and recall
10  which evidence I was relying upon, at that time
11  I felt that the body of evidence was sufficient
12  that, yes, I could ethically prescribe.
13  Q.  (Continuing, by Mr. Ramer) This de Vries 2014
14  study in 2015 was far and away the best study on
15  these interventions, correct?
16           MX. SWAMINATHAN:  Objection to form.
17  A.  I think it's the best longitudinal study, yes.
18  Q.  (Continuing, by Mr. Ramer) I mean what other
19  study rivals this back in 2015?
20  A.  I don't know that I can answer that question.
21  Q.  Would you provide hormone therapy as a treatment
22  for gender dysphoria if you had little
23  confidence that it achieved a benefit?
24           MX. SWAMINATHAN:  Objection to form.
25  A.  No.

1  Q. (Continuing, by Mr. Ramer) Would you provide
2     puberty blockers as a treatment for gender
3     dysphoria if you had little confidence that they
4     achieved a benefit?
5          MX. SWAMINATHAN: Objection to form.
6  A. No.
7  Q. (Continuing, by Mr. Ramer) As part of your work,
8     you keep track of international developments
9     with respect to transgender medicine, correct?
10         MX. SWAMINATHAN: Objection to form.
11 A. Yes.
12 Q. (Continuing, by Mr. Ramer) And do you discuss
13    developments in Europe regarding gender-affirming
14    care for minors with your patients?
15 A. I have, but not typically.
16 Q. How often do you do that?
17 A. So there have been situations where a parent has
18    asked a question about something she read about
19    something in Europe and then I would talk to
20    them about that. I think I've been more and
21    more incorporating something about the Cass
22    Report because I feel like that has made its way
23    into the lay literature to the extent that
24    describing my understanding of the Cass Report
25    to patients I find to be helpful sometimes, but

1     I'm not in the habit of going around the world
2     and saying how care is provided in Finland
3     versus Sweden versus the United Kingdom versus
4     the Netherlands and then here in the U.S., so
5     there's a lot to go through when we're talking
6     about these medications and that hasn't, that
7     level of detail about Europe, the care in Europe
8     hasn't become incorporated into my patient
9     conversation.
10 Q. You said it has not been incorporated into your
11    patient conversation?
12 A. Correct.
13 Q. I'd like to go to Shumer Exhibit 6, which is the
14    transcript of your deposition in Noe versus
15    Parson.
16 A. Number six?
17 Q. Correct.
18 A. Okay.
19 Q. And I'd like to go page 22 of that transcript,
20    and beginning around line eight, I'd just like
21    you to read to yourself line eight through the
22    beginning of line one on page 23 and just let me
23    know when you have finished that.
24 A. Okay.
25 Q. And so here you seem to suggest that you do talk

1     about the topics of Europe in your discussion with
2     patients about the provision of gender-affirming
3     care, correct?
4  A. Well, I don't think this is different from,
5     necessarily different from what I said. I said
6     that I've been incorporating discussion about
7     the Cass Report, but I don't go around to each
8     country and talk about what they're doing, but
9     that I talk about the fact that there is this
10    controversy to patients and I've been doing that
11    more, but, no, I don't go into detail about each
12    country and how they provide care.
13 Q. So are you saying you only talk about the Cass
14    Report?
15         MX. SWAMINATHAN: Objection, form.
16 A. Out of all of the topics related to Europe,
17    that's the topic that I started spending more
18    time on with patients, yes.
19 Q. (Continuing, by Mr. Ramer) And so lines 14
20    through 19, I'm just going to read. It says,
21    "So I talk about the -- the fact that there's --
22    that in -- in different countries in Europe,
23    they -- they provide care in different ways. In
24    these countries, they review the data and
25    provide their country -- each country has

1     different -- different ways that gender-affirming
2     care is provided." Do you agree that there you
3     are talking about more than one country?
4          MX. SWAMINATHAN: Objection to form.
5  A. I agree I'm not going into details about each
6     country and I'm not sure what to tell you. I
7     think I started talking about the fact that this
8     controversy exists, that different countries in
9     Europe do things differently, that I started to
10    share my understanding of the Cass Report, but
11    that if families want more information about how
12    Sweden is providing care, then I would certainly
13    provide them that material. It's just not a
14    topic that has been important for families to
15    ask more about.
16 Q. (Continuing, by Mr. Ramer) So you have not
17    incorporated a discussion about Sweden into your
18    conversation with patients, is that right?
19 A. Yes.
20         MX. SWAMINATHAN: Objection to form.
21 A. Yes.
22 Q. (Continuing, by Mr. Ramer) And you have not
23    incorporated a discussion about Finland in your
24    conversation with patients, is that right?
25         MX. SWAMINATHAN: Same objection.

MAGNA
LEGAL SERVICES

1  A. That's correct.
2  Q. (Continuing, by Mr. Ramer) And you have not
3     incorporated a discussion about Norway in your
4     conversations with patients, is that right?
5        MX. SWAMINATHAN: Objection to form.
6  A. That's right.
7  Q. (Continuing, by Mr. Ramer) But you have
8     incorporated a discussion about the Cass Review
9     with patients, is that right?
10       MX. SWAMINATHAN: Objection to form.
11 A. I often have been talking about the Cass Report
12    in clinic, yes.
13 Q. (Continuing, by Mr. Ramer) And you do that
14    regardless of whether somebody asks you a
15    question about it, is that right?
16       MX. SWAMINATHAN: Objection to form.
17 A. So I can't say with certain that I mentioned the
18    Cass Report or gone into much detail about it
19    with every patient that I've seen since this
20    deposition or trial that each conversation with
21    each family is individualized such that the
22    relationship built with each family and the
23    exact conversation, there's some variance there.
24    I think that I found it to be helpful recently
25    to talk about the Cass Report when I'm talking

1     about GnRH agonists specifically and that has
2     become I would say part of my general discussion.
3     Whether or not I've done that with every patient
4     that I've seen since then, since this transcript
5     was produced, I can't say for certain, but it's
6     something that I've been talking more about with
7     patients.
8  Q. (Continuing, by Mr. Ramer) This deposition was
9     under four months ago, correct?
10 A. Yes.
11 Q. And why do you find it helpful to discuss the
12    Cass Review in the context of pubertal suppression?
13 A. Because I find that people have heard of the
14    Cass Review in the lay media and parents may
15    have questions related to it. I think that in
16    general it sounds like from my reading of the
17    lay media, that there could be an assumption
18    that the Cass Report suggests banning care and I
19    think it's important to point out that that
20    isn't what the Cass Report says, and so that
21    misconception is something that I've been
22    discussing with families.
23 Q. And so you think it is worth discussing that
24    with families, but you did not think it was
25    worth mentioning in your declaration, is that

1     right?
2        MX. SWAMINATHAN: Objection to form.
3  A. Yes.
4  Q. (Continuing, by Mr. Ramer) Can you explain that?
5  A. Well, I guess I'm explaining a misconception
6     about the lay media of the Cass Report, which I
7     didn't think was appropriate for an expert report.
8  Q. Your declaration does not discuss any
9     developments in Europe, correct?
10       MX. SWAMINATHAN: Objection to form.
11 A. Correct.
12 Q. (Continuing, by Mr. Ramer) Why did you not think
13    it was worth discussing the developments of
14    Europe in your declaration?
15       MX. SWAMINATHAN: Objection to form.
16 A. Well, I focused on the primary literature in my
17    expert report. When we're talking about Europe,
18    I think we're generally talking about systematic
19    reviews performed by various, commissioned by
20    various government bodies, and so it's basically
21    talking about the same literature that I'm
22    talking about that the WPATH Standards of Care
23    is talking about, that the Endocrine Society is
24    talking about. We're all talking about the same
25    studies and at the end of, at the end of the

1     discussion, there is opinions formed about the
2     total body of evidence. The Endocrine Society,
3     WPATH has looked at that body of evidence and
4     come to a similar conclusion as I have, that
5     gender-affirming care, when done appropriately,
6     is safe and efficacious for the treatment of
7     gender dysphoria. The Cass Report has reviewed
8     much of the same literature and come to a
9     conclusion that literature is less robust than
10    Dr. Cass would like, that in order to provide
11    care appropriate in the United Kingdom, she
12    suggests implementing a system of care organized
13    around a longitudinal group of studies that the
14    UK would run, that the systematic reviews
15    published by other government bodies in Europe
16    have other conclusions. So when I'm talking
17    about the treatment of gender dysphoria, I
18    decided to cite the primary sources rather than
19    to say this is my opinion about it and here's
20    other people's opinion about it.
21 Q. (Continuing, by Mr. Ramer) You agree that
22    reasonable people can review the same evidence
23    as you and reach a contrary conclusion, correct?
24       MX. SWAMINATHAN: Objection to form.
25 A. I agree that reasonable people can reach a

1    different conclusion, but I would disagree with
2    their conclusion.
3  Q.  (Continuing, by Mr. Ramer) And you are familiar
4    with the NICE, N-I-C-E, systematic reviews that
5    were performed in support of the Cass Review's
6    interim report, correct?
7  A.  Yes.
8  Q.  And you are familiar with the University of York
9    systematic reviews by Taylor that were performed
10    in support of the Cass Review's final report,
11    correct?
12  A.  Yes.
13  Q.  And you are familiar with the systematic review
14    performed by Ludvigsson, L-u-d-v-i-g-s-s-o-n,
15    and published in Active Pediatrics, correct?
16  A.  Yes, I've seen that.
17  Q.  Okay.  Changing topics, you said you use the
18    WPATH SOC8 and the Endocrine Society guidelines
19    in your practice, correct?
20  A.  Yes.
21  Q.  And how do you determine which guidelines to trust?
22        MX. SWAMINATHAN:  Objection to form.
23  A.  Well, to be clear, both of the guidelines are
24    outlining a very similar system of care with
25    respect to the use of pubertal suppression and

1    hormones in later adolescence.  The Endocrine
2    Society guidelines are a little bit more focused
3    on the actual endocrinology aspects, so hormone
4    prescribing, whereas WPATH Standards of Care,
5    the adolescents chapter is one chapter of many
6    that goes into a lot more detail about other
7    aspects of transgender health, so I don't think
8    that there is -- I can't think of an instance
9    where they specifically contradict one another
10    so to speak, that I have to choose one over the
11    other, and so it's a more broad statement that
12    they influence the overall system of care.
13  Q.  (Continuing, by Mr. Ramer) And I apologize.  My
14    question may have been a little unclear.  My
15    question is just as a general matter as a
16    clinician, there are lots of clinical guidelines
17    out there.  How do you determine which clinical
18    guidelines you are going to trust?
19        MX. SWAMINATHAN:  Objection to form.
20  A.  That's a good question, and I think the Endocrine
21    Society, I'm an endocrinologist, so the
22    Endocrine Society is my professional body's
23    organization that I have respect for, I'm a
24    member of.  The fact of the matter is there's a
25    lot of medical problems that I treat that don't

1    have standards of care documents written for it,
2    that this is in some ways unique in that way.
3    Of course, the Endocrine Society publishes
4    clinical practice guidelines on other topics,
5    but usually they are topics that are somewhat
6    complex in terms of a system of care, so I would
7    rely on, you know, for example, the American
8    Diabetes Association's recommendations for the
9    treatment of diabetes when I'm trying to remember
10    what screening tests I'm supposed to order when
11    I'm taking care of a child with Type 1 diabetes
12    because the ADA is well-regarded and they've
13    taken the time to review the literature and come
14    up with these recommendations, and I have similar
15    reasons for using WPATH and the Endocrine
16    Society for this reason.
17  Q.  (Continuing, by Mr. Ramer) You agree that clinical
18    guidelines should not be written with the goal
19    of obtaining an advantage in litigation, correct?
20        MX. SWAMINATHAN:  Objection to form.
21  A.  Clinical guidelines should not be written -- sorry.
22  Q.  (Continuing, by Mr. Ramer) You agree that clinical
23    guidelines should not be written with the goal
24    of obtaining an advantage in litigation, correct?
25  A.  Correct.

1        MX. SWAMINATHAN:  Objection to form.
2  A.  Correct.
3  Q.  (Continuing, by Mr. Ramer) And you agree that
4    the drafting of clinical guidelines should not
5    be dictated by politics, correct?
6        MX. SWAMINATHAN:  Same objection.
7  A.  Yes.
8  Q.  (Continuing, by Mr. Ramer) And do you agree that
9    the drafting of clinical guidelines should not
10    be influenced by politicians?
11        MX. SWAMINATHAN:  Objection to form.
12  A.  Yes.
13        (Marked Exhibit No. 16.)
14  Q.  (Continuing, by Mr. Ramer) Dr. Shumer, you've
15    just been handed what's been marked as Shumer
16    Exhibit 16, and my first question is have you
17    seen this document before?
18  A.  I don't know if it's this specific document.
19    I've been exposed to documents similar to this
20    in my role as an expert in other cases.  If this
21    is related to e-mail exchanges after the
22    creation of the WPATH Standards of Care, yes.
23  Q.  And I'll just represent to you, the header at
24    the top corresponds with Boe versus Marshall and
25    this was just pulled off the public docket from

1    Boe versus Marshall, and do you recognize the
2    name Scott Leibowitz?
3    A.  Yes.
4    Q.  Who is that?
5    A.  He's a child and adolescent psychiatrist that I
6    believe works at Nationwide Children's Hospital
7    in Columbus, Ohio.
8    Q.  And in the cc. line do you see the name
9    A.L.C. de Vries?
10   A.  Yes.
11   Q.  Do you understand that to be Annelou de Vries
12   that we've been discussing her study today?
13   A.  That would make sense.
14   Q.  Do you know who Eli Coleman is?
15   A.  No.
16   Q.  And I'd like to just ask you to just read me
17   three pages to just read this and let me know
18   when you're finished.  Maybe we can go off the
19   record to do this.
20         MX. SWAMINATHAN:  Sure.
21         VIDEOGRAPHER:  Going off the record.
22   The time is 2:01.
23         (Recess 2:01 p.m. to 2:05 p.m.)
24         VIDEOGRAPHER:  We're back on the
25   record.  The time is 2:05.

1    Q.  (Continuing, by Mr. Ramer) Doctor, you have read
2    the document that's been marked as Shumer
3    Exhibit 16, correct?
4    A.  Yes.
5    Q.  Do you find any of the statements in this document
6    troubling with respect to the methodology used
7    to draft the adolescent chapter of the SOC8?
8         MX. SWAMINATHAN:  Objection to form.
9    A.  I think it's really interesting.  I think to
10   start answering your question, I think we can
11   start with this second paragraph of the first
12   page.  "The following aims are all important
13   considerations as it relates to this decision:
14   1) Preserve the scientific and ethical integrity
15   of the chapter and its process; 2) improve/promote
16   access to balanced, ethical, gender-affirming
17   care for those adolescents who are appropriate
18   to receive it; and 3) Minimize any risk that the
19   guidelines would lead to more access challenges."
20   On the face of it you would think -- you would
21   hope that clinical practice guidelines or
22   standard of care documents wouldn't be concerned
23   about minimizing risks that the guideline itself
24   would cause access challenges, e.g. legislative
25   bans in this instance, and yet the authors are

1    not living in a vacuum.  They're aware that the
2    standard of care documents that they release
3    does have the likelihood to result in uproar
4    both from people advocating for less restrictions
5    and people advocating for more restrictions, so
6    the conversation that they're having is a window
7    into a very complex process writing a standard
8    of care document.  I don't envy them.  My hope
9    is that if there is actual political pressure to
10   make changes, that that political pressure would
11   be ignored.  I think in the long and short of
12   it, as it relates to the actual content, I agree
13   that having age cut-offs for a developmental
14   process seems inappropriate, that we make
15   decisions about care based on each individual
16   patient and their needs, so in the end, I agree
17   with not having age cut-offs, for what that's
18   worth, but to answer your question, do I find
19   any of this concerning, I find it concerning
20   that they're having to think about this in the
21   first place because they know that the
22   recommendations that they're going to put
23   forward are going to be attacked by people that
24   want to ban trans health and that they're put in
25   a very difficult yet real predicament that

1    they're trying to navigate through a private
2    e-mail chain, so what the right answer is, I
3    think that's above my pay grade, but my answer
4    to your question is yes, I would love for
5    politics to play no role in the creation of
6    scientific guidance.
7    Q.  (Continuing, by Mr. Ramer) So you do find some
8    of the statements in this document troubling
9    with respect to the methodology used to draft
10   the adolescents chapter of the SOC8?
11         MX. SWAMINATHAN:  Objection,
12   mischaracterizes the testimony.
13   A.  That was your last question.  I think my answer
14   I just gave would be my same answer.
15   Q.  (Continuing, by Mr. Ramer) And so the author is
16   being motivated by what politicians are telling
17   them is a problem with respect to methodology
18   for a scientific care document, correct?
19         MX. SWAMINATHAN:  Objection,
20   mischaracterizes the testimony.
21   A.  If that were the case, yes, I think that what
22   we're seeing is a back-and-forth e-mail exchange,
23   but how much what you're describing is actually
24   true, you know, I'm not in the room, but --
25   Q.  (Continuing, by Mr. Ramer) If that's true, that

MAGNA
LEGAL SERVICES

1    they are making edits to a scientific document
2    based on what a politician is telling them, do
3    you think that is a problem?
4          MX. SWAMINATHAN: Objection, asked and
5    answered and mischaracterizes the exhibit.
6    A.   If that's true, then I would have a problem with
7         that. I think that there seems to me in reading
8         this, there are people that are on both sides of
9         this, frankly, scientific question about whether
10        or not there should be ages introduced to the
11        WPATH Standards of Care and that there is
12        perceived political pressure in both directions,
13        and so how they ended up deciding on what they
14        ended up deciding on, that I don't know.
15   Q.   (Continuing, by Mr. Ramer) Okay. We'll leave
16        that document. And returning to your declaration,
17        Exhibit 1, I'd like to go to page six and in
18        paragraph 24 you say, "Sex is comprised of several
19        components, including, among others, internal
20        reproductive organs, external genitalia,
21        chromosomes, hormones, gender identity, and
22        secondary sex characteristics," correct?
23   A.   Yes.
24   Q.   And what is it you're citing there?
25   A.   I don't think I see the bibliography from this

1    here. If you have what I'm citing, I'm happy to
2    agree with what it is in here.
3    Q.   I guess I mean my question is more the document
4         that you cite here for stating that gender
5         identity is a part of sex does not actually say
6         that, correct?
7    A.   Yes, I understand what your question is. So
8         you're right, the citation that's listed here
9         doesn't link to something that directly co-exists
10        or implies that gender identity is a component
11        of sex. It links to a citation that describes
12        sex as a multi-faceted concept, including
13        various biologic components, so the definition
14        of sex that I've proposed isn't specifically or
15        strictly supported by that citation.
16   Q.   Do you agree that there are individuals whose
17        understanding of their gender identity is
18        sometimes male, sometimes female, and sometimes
19        something different, correct?
20          MX. SWAMINATHAN: Objection to form.
21   A.   I suppose that could be someone's understanding
22        of their gender identity, although I don't know
23        that I've encountered someone with that specific
24        understanding.
25   Q.   (Continuing, by Mr. Ramer) An individual who

1    identifies as nonbinary would not meet your
2    diagnostic criteria for medical interventions to
3    treat gender dysphoria, correct?
4          MX. SWAMINATHAN: Objection to form.
5    A.   So I think that I've probably been asked something
6         like this before and I think that I'll start by
7         saying that in general someone that identifies
8         as nonbinary to me means that they identify as
9         neither male nor female, somewhere in the middle,
10        and that that person would typically not meet
11        criteria for a medical intervention for gender
12        dysphoria according to the current guidelines.
13        That said, you can imagine that someone who
14        meets the criteria for the diagnosis of gender
15        dysphoria identifies as a masculine person,
16        although they were assigned female at birth that
17        has distress associated with their feminine
18        body, desire for masculine characteristics, and
19        when you ask them what their gender identity is,
20        they say they identify as a nonbinary masculine
21        person. That person could meet criteria for the
22        diagnosis of gender dysphoria and treatment with
23        testosterone, for example. The majority of
24        patients that I treat identify as a binary
25        transgender person, but to be black and white

1    about it is I think oversimplifying, so I just
2    want to make sure that I make that clear.
3    Q.   (Continuing, by Mr. Ramer) If a patient identified
4         as nonbinary and told you that neither male for
5         female gender fits them, you would not give that
6         patient hormone therapy, correct?
7          MX. SWAMINATHAN: Objection to form,
8         asked and answered.
9    A.   Well, you're describing one sentence that a
10        patient has told me in the course of what is
11        likely a multi-hour assessment, so I would want
12        to learn a little bit -- if someone said there
13        as their one-liner, I would then be following up
14        and saying, "Tell me more about that. What does
15        that mean to you," and learning about what they
16        mean by neither male nor female as defined by
17        gender identity or however you framed it. It
18        doesn't sound like someone that would meet
19        criteria or that would benefit from a medical
20        intervention, but I would obviously need to
21        perform a full assessment of that patient before
22        I answer it.
23   Q.   (Continuing, by Mr. Ramer) When you say you need
24        further exploration, I guess do you agree that
25        there are people who identify as nonbinary,

1   meaning a gender identity somewhere between male
2   and female?
3           MX. SWAMINATHAN: Objection to form.
4   A.  Yes.
5   Q.  (Continuing, by Mr. Ramer) And do you think
6       people suffer clinically significant distress
7       when their nonbinary identity is inconsistent
8       with their natal sex?
9           MX. SWAMINATHAN: Objection to form.
10  A.  It may.
11  Q.  (Continuing, by Mr. Ramer) And if that patient
12      was in front of you, would you provide that
13      patient hormone therapy to treat that distress?
14          MX. SWAMINATHAN: Objection to form.
15  A.  I would need to know the source of the stress,
16      what the distress was based in.  Is the distress
17      related to lack of secondary sex characteristics
18      that they do not have related to the presence of
19      secondary sex characteristics that they do have?
20      We would be going back to the gender dysphoria
21      definition and seeing if it applied.  It likely
22      wouldn't based on how you're describing it, but
23      I would need to talk to the patient about their
24      experience in order to determine that.
25  Q.  (Continuing, by Mr. Ramer) What about a patient

1   who is about to -- let me back up.  A patient
2   who is at Tanner Stage 2, natal female who says,
3   "I identify as nonbinary and I do not want to
4   develop the secondary sex characteristics
5   associated with my sex assigned at birth," but
6   the patient does not want to develop the
7   secondary sex characteristics associated with a
8   male assigned at birth.  First of all, does that
9   hypothetical make sense to you?
10          MX. SWAMINATHAN: Yes.
11  Q.  (Continuing, by Mr. Ramer) Would that person
12      satisfy the criteria for medical intervention?
13          MX. SWAMINATHAN: Objection to form.
14  A.  I'm trying to be as simple as possible just to
15      answer your question.  I would not suggest that
16      person would meet criteria.
17  Q.  (Continuing, by Mr. Ramer) And you have never
18      provided medical interventions to an individual
19      who identifies as nonbinary, correct?
20          MX. SWAMINATHAN: Objection to form.
21  A.  You know, I can tell you -- I can't tell you
22      that patients that I've prescribed medications
23      to all uniformly describe their gender identity
24      as binary and exactly the same, so I can't say
25      that that statement is 100 percent true.  In

1   general the patients that I treat are binary
2   trans patients, and if there is a nonbinary
3   patient that I'm treating, it's because they
4   fulfilled the criteria of gender dysphoria and
5   that the treatments, to be clear, are binary,
6   right, so the patient that is nonbinary
7   identified that would benefit from a binary
8   treatment, that would have to involve an
9   understanding that their gender dysphoria is
10  such that it's very similar to or similar to
11  other binary trans people.
12  Q.  (Continuing, by Mr. Ramer) You agree we don't
13      have data to support treatment strategies with
14      respect to hormones for people with a nonbinary
15      identity, correct?
16          MX. SWAMINATHAN: Objection to form.
17  A.  Correct.  So, for example, in pediatric patients
18      I would not be doing things like prescribing
19      half doses of medications to try to achieve an
20      androgenous look in a nonbinary patient because
21      that is not based in our current body of evidence.
22  Q.  (Continuing, by Mr. Ramer) So what do you tell
23      that patient?
24  A.  First of all, this hypothetical patient is not a
25      patient that I see frequently.  As I said, the

1   majority of patients that I see are binary trans
2   young people that you can suppose that a person
3   that has a nonbinary identity could be prescribed
4   some sort of intervention that would attempt to
5   achieve some middle road presentation, and as a
6   pediatric endocrinologist working at a Children's
7   Hospital that follows evidence-based medicine, I
8   would tell that person that that isn't the way
9   that we are practicing at University of Michigan,
10  that perhaps adult patients of other providers
11  may be able to receive that care using an
12  informed consent model after they turn 18, but
13  that isn't the way we practice in pediatrics.
14  Q.  You agree that gender-affirming care is highly
15      individualized, correct?
16  A.  Yes.
17  Q.  And you would agree it's a very individualized
18      process going through whether or not someone
19      would be eligible for a particular treatment,
20      correct?
21          MX. SWAMINATHAN: Objection to form.
22  A.  Yes.
23  Q.  (Continuing, by Mr. Ramer) And so, for example,
24      determining whether any particular patient
25      should be prescribed puberty blockers is a

1    process that is individualized for that patient,
2    correct?
3  A.  Well, I mean individualized to the degree that
4    each individual patient and family is different
5    and unique, but not in the way that the entire
6    process is reinvented for every patient.  There
7    is processes that are important to maintain in
8    every patient, the protocol that we use to triage
9    patients to schedule their first evaluation, the
10   areas of inquiry in that evaluation are uniform,
11   but that when we're applying that uniform
12   process to individuals, you know, that's where
13   the medicine happens, right.  We do medicine
14   with individuals using processes that we've
15   created based on best practices.
16  Q.  During your deposition in Voe versus Mansfield,
17   when you were asked whether prescribing pubertal
18   suppression is a very individualized assessment
19   and process that you go through in deciding
20   whether or not to recommend that for a patient,
21   you answered yes, correct?
22        MX. SWAMINATHAN:  Objection to form.
23  A.  I'm happy to confirm that.  Do you have a page
24   number?
25  Q.  (Continuing, by Mr. Ramer) Exhibit 9 is the

1    transcript, and page 41 in the transcript starting
2    at line 23 and carrying over to the following
3    page 42, line three, and I'll just read it.  On
4    line 23 it says, "What is the average -- would
5    prescribing pubertal suppression, is that a very
6    individualized assessment and process that you
7    go through in deciding whether or not to recommend
8    that for a patient?"  Answer, "Yes."  Correct?
9  A.  Yes.
10  Q.  And would you say the same thing about
11   prescribing cross-sex hormones?
12  A.  I would with just the same caveat, that by
13   individualized, I mean think about each individual
14   person as a unique person, but that we're
15   maintaining the same general processes and
16   diagnostic integrity and the system of care that
17   we have in place.
18  Q.  Well, do you think it is challenging to
19   protocolize gender-affirming care?
20        MX. SWAMINATHAN:  Objection to form.
21  A.  I spend a lot of time saying that it's not
22   protocolized, and when I say that, I'm saying
23   that we're thinking about each individual person
24   as an individual person, that the conversations
25   that I have with each patient and family are

1    different and that there may be different needs
2    in terms of explaining things in different ways
3    or in their needs for different supports,
4    whether it's school supports or mental health
5    supports, et cetera, so in that way I don't like
6    to say that this care is protocolized, but at
7    the same token, I don't want that to also imply
8    that it's not driven by data and that we're
9    following a -- that we're adhering to some basic
10   principles.
11  Q.  (Continuing, by Mr. Ramer) Okay.  But basically
12   no two patients are the same.  Is that what
13   you're saying?
14        MX. SWAMINATHAN:  Objection to form.
15  A.  I think that is true and I think that's what I'm
16   saying.
17        MX. SWAMINATHAN:  Counselor, I think we
18   have been going for an hour now.
19        MR. RAMER:  I have two questions left.
20        MX. SWAMINATHAN:  And then we're done?
21        MR. RAMER:  Yes.
22        MX. SWAMINATHAN:  March on.
23  Q.  (Continuing, by Mr. Ramer) I have two planned
24   questions left.  I'm sorry.  You have never had
25   a personal conversation with somebody who has

1    detransitioned, correct?
2        MX. SWAMINATHAN:  Objection to form.
3  A.  I believe that to be true.
4  Q.  (Continuing, by Mr. Ramer) And you agree there
5    is no data linking gender-affirming care to a
6    reduction in suicide, correct?
7        MX. SWAMINATHAN:  Objection to form.
8  A.  Yes, I don't believe that there is strong data
9    linking gender-affirming care in youth to an
10   outcome of less completed suicides.
11        MR. RAMER:  And, Dr. Shumer, thank you
12   very much for your time today.  Pending any
13   follow-up questions, those are all the questions
14   I have for you at this point and I'll turn it
15   over to your counsel.
16        MX. SWAMINATHAN:  No further questions
17  from us.  We would love a copy of the transcript,
18  no video, and just to state on the record, we
19  would love for Dr. Shumer to be able to read and
20  sign the transcript.
21        VIDEOGRAPHER:  I think that concludes
22  the deposition.  We're going to go off the
23  record.  The time is 2:27.
24        (Deposition concluded at 2:27 p.m.)
25

```
 1        STATE OF MICHIGAN)
                           )
 2        COUNTY OF MACOMB )
 3           I, Ann L. Bacon, a Notary Public in and for
 4        the above county and state, do hereby certify
 5        that the witness, whose attached deposition was
 6        taken before me in the entitled cause on the
 7        date, time and place hereinbefore set forth, was
 8        first duly sworn to testify to the truth, and
 9        nothing but the truth; that the testimony
10        contained in said deposition was reduced to
11        writing in the presence of said witness by means
12        of stenography; that said testimony was
13        thereafter reduced to written form by mechanical
14        means; and that the deposition is, to the best
15        of my knowledge and belief, a true and correct
16        transcript of my stenographic notes so taken.
17           I further certify that the signature to and
18        the reading of the deposition by the witness was
19        waived by counsel for the respective parties
20        hereto; also, that I am not of counsel to either
21        party or interested in the event of this case.
22        _____
23        Ann L. Bacon, Notary Public, Macomb County
24        Acting in ^ County
25        My commission expires:  6/29/29
```

**A**

**A-6**
20:4 21:13,15 22:4,7
22:10,20,24 24:11
24:21 26:9,22 27:4

**A.L.C**
142:9

**a.m**
3:4 8:3,9 46:18,18
82:3

**ability**
73:3,12 96:15 100:25

**able**
20:25 23:19,21 24:9
36:9 66:21 77:11
80:7 82:25 83:2,14
83:20,23,25 84:5
94:21 102:3 153:11
157:19

**absence**
89:2

**absolutes**
56:20

**abstract**
91:17 97:5 103:10

**abusing**
68:15

**accept**
24:5,20

**access**
121:5 143:16,19,24

**accurate**
17:15,16

**achieve**
80:2 82:19 152:19
153:5

**achieved**
75:3 129:23 130:4

**ACLU**
4:4 8:16 10:2

**acne**
68:19

**act**
89:21

**acting**

96:7,14 158:24

**action**
100:22

**Active**
138:15

**activities**
20:8,11 23:1

**actual**
139:3 144:9,12

**actuality**
80:14

**ADA**
140:12

**adapt**
96:15 100:25

**add**
25:25 34:4

**addition**
96:4

**address**
47:8 93:7

**addressed**
62:6

**adhering**
156:9

**adolescence**
30:3,15,20 49:20
125:11 139:1

**adolescent**
37:24 38:5 126:3
142:5 143:7

**adolescent's**
30:24 31:4

**adolescents**
7:18 19:17 25:19
26:3 27:15,22 32:7
71:11 86:3 105:8
111:4,15,19 125:2
139:5 143:17
145:10

**adrenal**
43:2,9

**adult**
7:20 38:6 43:8 52:7
54:7,11 71:14 74:20
75:2,18 106:16,19

108:1 153:10

**adulthood**
30:25 31:5 71:20
125:13 127:2

**adults**
19:17 27:15 82:11

**advance**
71:19

**advantage**
140:19,24

**adverse**
92:11

**advice**
74:22

**advocating**
144:4,5

**affect**
87:25 101:7

**affiliations**
8:11

**affirmatively**
38:20

**afternoon**
82:6

**AG**
5:17

**age**
49:2 67:6 71:13 83:7
84:2 88:21 108:13
108:16,20 125:12
125:13 144:13,17

**age-appropriate**
83:3,10,17 84:4

**ages**
84:10,16 146:10

**ago**
135:9

**agonist**
95:14

**agonists**
65:1,5 135:1

**agree**
9:14 25:4 27:20 28:6
29:6 33:12 34:18
35:8 48:20 49:9,22
59:9 61:6 69:1

84:24 86:8 92:14,17
92:23 93:21 95:7
96:19 97:11,15
98:10 103:3,4,4,17
111:18,22 112:6
113:17 116:17
124:5 125:18 126:9
127:10 133:2,5
137:21,25 140:17
140:22 141:3,8
144:12,16 147:2,16
149:24 152:12
153:14,17 157:4

**agreeing**
103:18

**agreement**
9:8,15

**aim**
10:19

**aiming**
69:12,21 70:3

**aims**
143:12

**aisle**
23:6,10

**al**
12:12 72:16 125:7

**ALAN**
1:24

**alleviate**
48:1

**allow**
74:23 75:19 76:19
77:25

**allowed**
20:22 79:5

**allows**
21:20 72:19 88:21

**alluded**
122:22

**alternative**
26:12

**American**
140:7

**Americas**
4:13

**amount**
54:9 69:13 71:18
**androgenous**
152:20
**animal**
87:9,15,18,19,20
94:9 97:18,21
**animals**
94:17,20,22,23 95:3
95:9 98:19
**Ann**
3:6 158:3,23
**Annelou**
142:11
**answer**
10:21 21:1 23:19,21
25:11 28:23 37:2
39:21 46:12 47:12
51:17 52:1,14 58:17
60:2 66:8 69:16
74:13 78:18 81:8,16
88:4,5 93:16,18,20
93:21 98:24 99:3,15
99:21 100:7 104:1
109:10 112:5
113:25 114:2
117:10,15 118:10
120:13 123:18
124:14 127:2
129:20 144:18
145:2,3,13,14
149:22 151:15
155:8
**answered**
40:6 42:16 43:20
46:1,4 47:7 58:21
81:2 87:2,3 99:20
99:24 100:19
117:12 126:12
146:5 149:8 154:21
**answering**
28:17 118:14 143:10
**answers**
21:19 63:5 117:17
**anticipate**
67:18

**anxiety**
17:8 53:20 59:23
124:21
**Apart**
41:1
**apologize**
139:13
**apoptosis**
94:12
**appear**
11:21 12:5,18,25
13:12,18 14:3,18,24
15:12 19:8 102:22
103:15 111:4 120:7
**appearance**
60:1,12 62:16
**APPEARANCES**
4:1 5:1 7:1
**Appearing**
4:9,17,25 5:9,17
**appears**
22:9
**applicable**
122:5
**applied**
150:21
**apply**
21:20 28:25 119:5
**applying**
21:13,14 40:14
154:11
**appreciate**
82:24 83:13,16,19
110:1
**appreciating**
84:3
**approaches**
47:16
**appropriate**
83:7 136:7 137:11
143:17
**appropriately**
137:5
**approve**
86:24 87:8
**approved**

95:14
**approximately**
8:9 106:13 119:20
**area**
21:7 23:8 92:21
**areas**
79:12 83:8 154:10
**arguably**
68:1
**argumentative**
39:8
**article**
7:15,18 72:17 91:4,5
91:7 92:5,20 98:16
103:9,12,23 119:1,6
119:12
**articles**
59:17 113:7
**asked**
15:16 35:8 39:16
42:15 43:20 45:22
47:5 53:7 58:20
73:17 74:10 75:6
80:24 95:23 99:20
100:18 109:12
122:12 126:8
130:18 146:4 148:5
149:8 154:17
**asking**
24:4 28:12,20 39:9
40:7,8,12,13 57:11
74:20 103:14
114:12
**asks**
23:18 134:14
**aspect**
89:19
**aspects**
94:20 139:3,7
**assertion**
36:24 113:16
**assess**
22:8 117:4 119:8
120:11
**assessing**
30:24 31:3 59:10

117:13 118:15,18
**assessment**
40:15 50:18 101:22
149:11,21 154:18
155:6
**assigned**
20:6,9 21:3 22:2
26:13 27:3 67:16
70:1,4 71:1 77:23
148:16 151:5,8
**assist**
118:19
**associated**
30:12,14 67:1 97:4
148:17 151:5,7
**Association's**
140:8
**assuming**
23:5 79:21
**assumption**
135:17
**attached**
158:5
**attacked**
144:23
**attempt**
74:24 120:13 153:4
**attempted**
75:4
**attempting**
75:16 112:5
**attending**
106:2
**attitude**
79:2
**Attorney**
1:25 5:12 9:20,24
**attorneys**
8:10
**author**
145:15
**AUTHORITY**
2:6
**authors**
94:16 143:25
**autism**



27:17,21 104:14
105:1 110:8
**available**
101:16
**Avenue**
3:2 4:13,21
**average**
114:21 115:3 155:4
**avoidance**
20:8
**aware**
11:8 16:12,15 84:13
98:16,20,22 99:13
100:15 105:6
108:11,15 119:12
126:16 144:1

---

**B**

**B**
6:1,8
**back**
39:13 41:7 46:19,22
55:2,21 75:24 76:11
82:4,7 90:21 91:23
106:12 109:7
110:16 120:2
128:12 129:9,19
142:24 150:20
151:1
**back-and-forth**
145:22
**Bacon**
3:6 158:3,23
**balance**
96:10 100:23 101:19
**balanced**
143:16
**balances**
101:22
**balancing**
89:21
**bald**
67:15,17,18,20,22,23
67:25
**ban**
144:24

**banning**
135:18
**bans**
143:25
**BARBARA**
2:17
**BARNES**
2:16
**BARTLETT**
2:18
**base**
58:14 86:1,4 128:21
**baseball**
68:14,16
**based**
17:9 37:6 53:7 58:11
71:2,12,18 144:15
146:2 150:16,22
152:21 154:15
**basic**
156:9
**basically**
26:23 75:24 136:20
156:11
**basis**
31:12 35:14 54:3
65:9
**basketball**
114:24 115:8 116:14
**BATTLE**
2:18
**began**
105:13,16 128:10
**beginning**
102:16 106:11
117:22 125:24
131:20,22
**begins**
95:2 96:3 104:7
125:6
**behalf**
1:5,5,7,7,9,10,13,15
1:19,21 4:9,17,25
5:9,17 8:14,19 10:2
10:5
**behavior**

21:9 22:17,17 24:8
96:16 101:1
**behavioral**
124:22
**belief**
158:15
**believe**
40:5 45:16 62:14
73:18 87:6 118:17
142:6 157:3,8
**beneficial**
92:10
**benefit**
2:6 54:8 56:5,21 57:1
59:10 60:8 129:23
130:4 149:19 152:7
**benefited**
57:8
**benefits**
57:7 66:10,16 89:21
101:19,23 102:5
123:25 124:4
**best**
31:18 129:14,17
154:15 158:14
**beta**
69:13
**better**
38:7 57:14,24 103:11
115:19,22 120:21
128:7
**beyond**
108:12,16
**bias**
113:19 114:5,7,7,13
114:18 115:6
116:15,15,19 117:5
117:8,14 118:3,18
119:8 120:11,22
**biased**
114:3,24 115:3
**biases**
118:13
**biasing**
114:8,9
**bibliography**

146:25
**bigger**
58:23
**binary**
148:24 151:24 152:1
152:5,7,11 153:1
**BINGHAM**
2:15
**biologic**
32:15 41:9,10 42:5
42:10,22 43:13,15
43:24 44:1,7 78:11
79:22,25 80:2,5,7
83:24 147:13
**biological**
31:12 33:2,9 42:4
77:11 78:20
**biology**
43:22
**birth**
21:3 22:2 27:4 67:16
69:7,9,14 70:2,5
71:1 77:23 148:16
151:5,8
**bit**
30:9 35:1,18 84:7
105:12 126:20
139:2 149:12
**black**
148:25
**blockers**
48:10,15,17 49:5
64:13,17 78:17,25
84:9,15,25 85:1
86:9 89:7 90:4
98:25 99:16 105:8
105:17 106:6 107:5
107:6,12,19 117:20
123:5 128:11 130:2
153:25
**blood**
68:8,18,19 69:2,6,8
69:15,18 70:19,23
70:25 71:5
**board**
2:20 12:13



**bodies**
136:20 137:15
**body**
74:21 78:3,7,20 88:9
  124:20 127:13
  129:11 137:2,3
  148:18 152:21
**body's**
139:22
**Boe**
6:14,16 11:15,22
  12:6,9 47:4 126:8
  141:24 142:1
**bold**
27:10 92:6
**bone**
64:18,21,25 65:3,11
  65:13,23
**born**
35:20
**Boston**
105:22 110:7
**bottom**
29:17,18 46:6 125:5
**Box**
5:13
**boy**
20:18,25 54:17 77:19
  77:20,22 78:7
**BOYKIN**
2:7
**boys**
20:6,23
**brain**
43:10 88:10,16,24
  89:3,7 94:22 96:21
  97:13,23 98:1,18
  99:1,6,17 101:7,11
  101:14 102:9,23
  103:19
**branching**
94:12
**break**
10:20 29:14 44:12
  46:15 81:23 119:18
**breaks**

**bodies**
10:19
**breast**
76:9 77:21
**breastfeed**
73:4,13
**breasts**
76:21
**briefly**
90:16
**bring**
22:16 54:19 67:5,8
**broad**
4:5 94:10 120:12
  139:11
**BROWN**
2:14
**buds**
77:21
**built**
134:22
**BUTEHORN**
2:13

---
## C
**C**
6:1
**C.V**
109:24
**call**
18:20 33:1,8 40:21
  66:17 72:15 106:3
  122:13 127:7,24
**called**
8:21
**capacities**
2:20 97:6
**capacity**
1:25 2:4,7,21
**capture**
115:6
**captured**
129:1
**care**
58:10 61:16 63:7,10
  72:8,15 80:18 85:21
  106:17,20 108:1

109:6 110:18 111:5
112:11 121:5,7,23
121:25 122:23
123:3,18 124:23
125:19 130:14
131:2,7 132:3,12,23
133:2,12 135:18
136:22 137:5,11,12
138:24 139:4,12
140:1,6,11 141:22
143:17,22 144:2,8
144:15 146:11
153:11,14 155:16
155:19 156:6 157:5
157:9
**career**
109:9
**Carolina**
1:2 2:1,1,5,8,10 5:4,7
  5:12,14,17 9:20,24
  10:6 14:13
**carry**
114:14
**carrying**
19:25 31:10 155:2
**carryover**
11:11 111:8
**case**
11:5 12:19 14:13
  15:3,6 16:13 31:10
  41:22 78:21 85:14
  87:6 145:21 158:21
**cases**
11:14 51:4 113:10
  141:20
**Cass**
130:21,24 132:7,13
  133:10 134:8,11,18
  134:25 135:12,14
  135:18,20 136:6
  137:7,10 138:5,10
**category**
68:5
**causative**
30:11,11,21
**cause**

31:24 98:23 99:14
  101:10 115:22
  143:24 158:6
**caused**
32:3
**causes**
33:19
**causing**
89:2
**caveat**
94:7 155:12
**CBC**
68:23
**cc**
142:8
**cease**
106:23 107:6
**ceased**
84:9
**cell**
68:8
**center**
27:10,11
**centers**
110:14
**century**
117:22
**certain**
32:9 33:23 63:21
  94:20 110:10
  120:18 134:17
  135:5
**certainly**
34:8 53:15 62:17
  94:8 95:19 133:12
**certainty**
33:19
**certify**
158:4,17
**cetera**
72:7 124:22 156:5
**chain**
145:2
**challenges**
61:5 143:19,24
**challenging**



22:11 83:9 123:9
155:18
**change**
33:1,8 34:7,12 36:25
37:6,10 39:20 40:10
79:5 101:18,21
**changed**
34:24 35:6 36:12,14
36:18,20 38:22
79:25
**changes**
37:10 39:19,23 42:13
43:18 64:6 144:10
**changing**
80:9 138:17
**chapter**
7:18 19:9 111:5
125:3 139:5,5 143:7
143:15 145:10
**chapter's**
125:25
**characteristic**
42:10 43:14,24
**characteristics**
37:25 104:13,25
105:9 146:22
148:18 150:17,19
151:4,7
**CHARLES**
2:11,15
**Charleston**
1:3 5:7
**check**
107:25
**Chen**
62:13 90:7 102:11
126:21
**chest**
77:3,7,13
**child**
21:3,6 22:1,15 23:15
24:18 25:13,15
31:24 37:18,22 44:4
73:4 78:20 99:1,18
140:11 142:5
**child's**

32:3
**childhood**
19:14
**children**
19:16,19 20:2 21:16
25:8 27:15,22 77:12
79:17,21,22,25 80:4
80:5,7 81:1,14
82:25 83:14,20,23
83:24
**children's**
93:10,15 105:22
110:7 142:6 153:6
**choose**
23:5 49:20 62:18,19
62:22 87:19 107:6
121:16 139:10
**choosing**
87:23
**CHRISTIAN**
2:12
**chromosome**
43:8
**chromosomes**
43:1 146:21
**chronologic**
88:21
**cis**
70:16,17,25
**citation**
147:8,11,15
**cite**
90:13 117:4 137:18
147:4
**citing**
125:7 146:24 147:1
**claim**
37:8
**clarification**
109:25
**clarifications**
10:14
**clarify**
109:14
**classify**
38:15

**clear**
22:7 44:4 58:16 63:7
80:15 97:2 138:23
149:2 152:5
**clear-cut**
42:17 43:12
**clear-eyed**
79:9
**clearly**
28:10 48:6 57:18
**clinic**
17:18,18,22 18:8
31:23 64:2 66:2,13
66:14 79:11 84:5
105:21 106:22
107:3,10,17 108:24
110:12 117:25
121:6,8,12,12 122:3
134:12
**clinical**
17:8 22:19 28:12
34:5 44:6 56:16
57:12,13,22 60:6
66:23 68:7 89:12
93:22 104:24
108:18 109:2
117:17 118:23
139:16,17 140:4,17
140:21,22 141:4,9
143:21
**clinically**
44:2 56:11 89:3
118:13 127:11
150:6
**clinician**
23:24 24:14 28:24
60:5 98:23 99:15
124:24 139:16
**closely**
122:2
**clot**
69:6
**clots**
69:2,8,18 70:19,23
70:25 71:6
**clotting**

69:15
**club**
118:25
**co-exists**
147:9
**co-occurrence**
109:18,22
**co-occurring**
59:22
**cogent**
104:1
**cognition**
88:17
**cognitive**
88:14 93:10,15 95:17
96:8 99:5
**cohort**
126:2 128:2,4
**COLE**
2:21
**Coleman**
142:14
**collect**
106:22 107:4,11,18
**collection**
60:4
**Columbia**
5:14
**Columbus**
142:7
**column**
92:6,25 94:3 96:1,3
102:15 104:6 111:7
111:9 125:5,6
**combination**
65:11 67:24 110:4
**come**
31:23 44:2 137:4,8
140:13
**comes**
39:23
**coming**
88:6
**commencing**
3:4
**comments**



**comments**
21:8
**commission**
158:25
**commissioned**
136:19
**common**
78:5 118:21
**company**
86:20 95:13
**compared**
105:2
**completed**
59:24 157:10
**completely**
41:21
**complex**
140:6 144:7
**complicated**
72:13
**component**
147:10
**components**
123:20 146:19
147:13
**comprised**
146:18
**concept**
37:11 41:4 42:12
147:12
**concepts**
91:8
**conceptualize**
84:1
**concern**
45:8 65:22,24 68:10
100:15
**concerned**
64:21,24 65:8,10,14
143:22
**concerning**
144:19,19
**conclude**
97:24
**concluded**
55:23 157:24

**concludes**
157:21
**conclusion**
44:8 123:2 137:4,9
137:23 138:1,2
**conclusions**
123:1 137:16
**concordant**
41:12,25 42:7
**condition**
55:2,3,8,15
**conditions**
104:20
**conducted**
109:2,16 112:8
**confidence**
129:23 130:3
**confirm**
154:23
**confound**
115:10 116:7
**confounded**
115:21
**confounder**
123:23
**confounding**
115:10,25 122:15,20
123:13
**congenital**
43:2,9
**congruence**
60:1,12 62:16
**cons**
121:22
**consensus**
93:5
**consent**
66:3,12 153:12
**consequence**
101:9
**consequences**
65:3 92:10,17
**consider**
22:4 88:13 120:23
**considerable**
94:5

**considerations**
143:13
**considered**
122:9
**considering**
87:7 117:19
**consistent**
26:21 104:23
**contained**
19:3 158:10
**content**
144:12
**contents**
16:3
**context**
22:6 32:10 35:21
36:5,20 70:6 84:9
95:1,12 114:6,10,11
117:1,24 118:15
135:12
**contexts**
37:7 38:10,10
**continue**
77:25 117:2
**continued**
5:1 7:1 37:21 38:6
**Continuing**
10:7 11:2,18 12:2,16
12:22 13:10,16 14:1
14:16,22 15:10
18:15,25 19:6,23
21:12,22 22:8 23:23
24:12 26:1,23 27:7
27:25 28:5 29:5,11
29:24 30:22 31:8
32:23 33:5,12,18,22
34:6,23 35:9 36:21
37:4 39:4,12 41:1
42:20 44:16,23
45:12,18 46:5,21
47:3,15,24 48:9,14
49:4,11 50:1,6,20
51:23 53:3,19,23
54:5 55:12,20 56:7
56:24 58:2,15 59:9
60:19 61:12,20 62:7

62:21 63:24 65:9,20
66:7,25 69:20 70:6
71:4,9,22 72:2 73:1
73:16 74:8 75:7,14
76:3,8,14,25 77:8
79:15 80:15 81:6
82:6,15,22 83:12,18
84:6,13,19 85:8,13
85:22 86:8,13,23
89:5 90:24 91:25
94:1,25 95:7 97:17
98:10 99:12 100:2,9
100:14 101:21
102:7 105:6 107:3
107:10,17,24 108:6
108:11 110:15,25
112:7,15,20 113:2
113:17 115:9,13
116:13,22 117:11
119:7 120:5 122:14
123:24 124:10,25
126:7,16 127:17
128:10,24 129:13
129:18 130:1,7,12
132:19 133:16,22
134:2,7,13 135:8
136:4,12 137:21
138:3 139:13
140:17,22 141:3,8
141:14 143:1 145:7
145:15,25 146:15
147:25 149:3,23
150:5,11,25 151:11
151:17 152:12,22
153:23 154:25
156:11,23 157:4
**contract**
116:6
**contracted**
116:4
**contradict**
139:9
**contrary**
137:23
**contribute**
114:17 116:18

**contributed**
123:7
**contributing**
42:24
**control**
63:17 69:7,9,15
**controls**
30:23 31:2
**controversy**
57:19 132:10 133:8
**conversation**
22:7,9 25:7 32:7
  66:21 68:11 77:16
  78:23 79:3,8 83:3
  99:11 131:9,11
  133:18,24 134:20
  134:23 144:6
  156:25
**conversations**
16:4 79:12 83:9
  89:22 134:4 155:24
**conviction**
26:10
**Cooper**
4:20 8:14
**copy**
12:5,18,25 13:12,18
  14:3,18,24 15:12
  157:17
**core**
36:8 37:11 38:2
  39:14,18,23 41:4
  42:12 43:17
**correct**
11:15,19 12:3,13
  13:7,23 14:13 15:7
  16:20,21 21:16,18
  24:15 26:3,8 28:7
  31:5,7 33:15,19,21
  33:24,25 34:2,20,24
  39:7 44:20 45:2,4
  46:2,12,14,24 47:10
  47:18 48:2,11,16,24
  49:7,14,23 50:3,8
  52:4,13 53:13 55:4
  58:19 59:13 60:24

63:3 64:15 65:14
66:3 69:24 70:9,22
71:6 72:23 74:8,17
75:25 76:2,5,22
77:4 79:18 80:21,22
81:3,17 82:12,14,19
82:21 84:10,16,18
84:22,23 85:10,14
85:24 86:5,7,10,16
87:1,9 90:8,11 97:8
98:12 100:11 102:8
102:12,13 105:2,14
106:8,13,17,18,20
106:25 107:2,7,14
107:16,21,23 108:2
108:7,13,16,17,20
108:21,25 109:1,3,4
109:6 110:19,22
111:2 112:8,9,12,14
112:17,19 113:12
113:20 116:7 122:6
123:11,12,15 124:2
125:16 126:12,18
129:1,15 130:9
131:12,17 132:3
134:1 135:9 136:9
136:11 137:23
138:6,11,15,19
140:19,24,25 141:2
141:5 143:3 145:18
146:22 147:6,19
148:3 149:6 151:19
152:15,17 153:15
153:20 154:2,21
155:8 157:1,6
158:15
**corrections**
11:7
**correctly**
17:10 20:12 30:4
  34:13 53:6 92:8,12
  93:4,11 94:7,14
  96:11,17 102:21
  103:1 104:12,21
  111:13,16 113:4,10
**corresponds**

141:24
**cortex**
96:10 100:24
**counsel**
5:5 9:5 10:14 12:22
  16:4 29:21 44:11
  102:6 157:15
  158:19,20
**counsel's**
9:14
**Counselor**
91:10 156:17
**counselors**
16:1,6
**count**
68:8
**counting**
110:7
**countries**
132:22,24 133:8
**country**
121:11 132:8,12,25
  132:25 133:3,6
**county**
158:2,4,23,24
**couple**
71:21
**course**
10:16 17:6 25:23
  48:4 51:6 63:16
  64:9 71:21 79:6
  83:5 84:20 99:9
  101:17 121:2 140:3
  149:10
**court**
1:1 8:11 10:23
**COVID**
115:16,18,19,21,23
  116:3,4,6,12
**create**
74:21
**created**
154:15
**creation**
141:22 145:5
**criteria**

17:8,10 18:24 19:22
  20:2,6 25:14,16
  26:2,9,22 28:9,13
  28:15 45:10 49:19
  51:19 55:22 56:6
  57:22 110:10
  111:25 113:24
  148:2,11,14,21
  149:19 151:12,16
  152:4
**criterion**
20:4 21:13,15 22:4
**cross-sex**
49:6 50:2,7,22,24
  51:9 64:14 71:10
  74:16 76:16 77:10
  82:18 98:12 106:9
  107:7,13,20 128:11
  155:11
**CSR-1297**
3:6
**current**
128:20 148:12
  152:21
**currently**
78:1
**cut-offs**
144:13,17

_____
**D**
_____
**D**
4:19 8:20,20
**D.C**
4:22
**Daniel**
3:1 6:4 8:6
**data**
44:7 58:8 59:19
  74:11 86:15,19,25
  87:5 90:5 100:1,2,5
  106:22 107:4,11,18
  110:3 128:23
  132:24 152:13
  156:8 157:5,8
**date**
158:7

dating
109:20
**DAVID**
2:21
**day**
32:17 77:21
**de**
117:20 120:7 125:7
125:20 126:10,25
127:2 129:1,13
142:9,11
**debate**
54:7
**decade**
118:5
**decades**
65:21
**decide**
63:1
**decided**
137:18
**deciding**
124:1 146:13,14
154:19 155:7
**decision**
48:17 50:14,16 54:4
54:14,16,19,24
55:19 78:24 79:9
95:23 143:13
**decision-making**
85:20
**decisions**
25:20 80:11 128:22
144:15
**declaration**
6:12 11:4 12:11 13:6
14:11 15:2 16:8
31:9 75:8 117:5
135:25 136:8,14
146:16
**decreased**
52:9
**deeper**
89:14
**deeply**
30:16

**Defendant**
5:9
**Defendants**
2:23 4:25 8:14 9:7,10
**Defendants'**
9:13
**defense**
32:11
**define**
38:7
**defined**
149:16
**defines**
18:24
**defining**
113:22
**definition**
25:5 84:3 128:3
147:13 150:21
**definitions**
10:14
**Deft**
5:17
**degree**
43:7 103:24 154:3
**delay**
85:20
**delayed**
88:8,8,13 97:4
**delaying**
101:10
**Delphi**
93:5 96:24
**demonstrate**
63:18 94:9 96:14
**demonstrated**
99:4
**demonstrates**
42:12
**demonstrating**
86:15,25
**dendritic**
94:12
**density**
64:18,21,25 65:4,13
65:23 94:12

**deny**
55:25
**Dep**
6:14,18,22 7:7,11
**DEPARTMENT**
2:2
**dependent**
95:22
**depends**
122:11 125:23
126:19
**deposed**
10:10 16:15
**deposition**
3:1 6:11,13,15,17,19
6:21,23 7:3,6,8,10
7:12,14,16,19,23
8:6 9:6 10:17 11:22
12:6,9,19 13:1,4,13
13:19 14:9,12,18,25
15:17,24 16:17 17:1
45:20,22 47:4 80:23
81:8 112:22 126:7
131:14 134:20
135:8 154:16
157:22,24 158:5,10
158:14,18
**depression**
17:7 52:16,25 53:9
53:12,16 59:23
124:21
**describe**
26:20 34:8 36:9,14
38:4,11,21 52:6
116:15 127:4,19
151:23
**described**
39:3 42:6 48:8 52:12
**describes**
147:11
**describing**
35:4 38:2 39:2,5
76:18 121:13 122:4
128:1,18 130:24
145:23 149:9
150:22

**description**
35:5,5 38:8
**desert**
35:20 36:15
**deserves**
32:20
**design**
93:6
**desire**
79:25 148:18
**desired**
75:18
**despite**
18:10 48:5,7
**detail**
72:6,17 131:7 132:11
134:18 139:6
**details**
133:5
**deteriorate**
89:16
**determination**
23:24
**determine**
22:20 23:9,13 33:14
106:23 107:4,11,18
114:21 123:9
138:21 139:17
150:24
**determined**
22:24 87:18 113:7
**determining**
153:24
**detransition**
107:21
**detransitioned**
157:1
**detransitioner**
38:15
**Detroit**
3:3 8:1,7 114:22
**develop**
38:1 77:20 151:4,6
**developing**
89:14
**development**



42:25 88:1,19,22,24
89:3,7,9,11,14,20
89:25 90:1,4 93:10
93:16 94:22 95:17
96:21 97:8,13,23
98:1,18 99:1,17
101:7,14 102:10
**developmental**
92:9,15 144:13
**developments**
130:8,13 136:9,13
**DHHS**
2:3,5
**diabetes**
66:13 140:8,9,11
**diagnose**
16:22 18:16,23 57:6
**diagnosed**
17:9 19:12,13 106:24
**diagnoses**
18:22 19:18
**diagnosing**
26:6
**diagnosis**
17:5,7,14,16,19,20
18:1,2,8,11 19:19
19:21 21:15,21
24:14 28:11 29:2
40:21 53:25 55:22
58:11,12 110:11
148:14,22
**diagnostic**
28:13 40:14,16 56:6
148:2 155:16
**Diane**
90:7 102:11
**dictated**
141:5
**difference**
21:9 25:12 30:16
32:4,18 37:19,21,23
37:23,25 38:2 43:8
44:5 45:6 102:23
103:19,21
**differences**
98:13,14 99:5

**different**
19:18 21:7 23:7 25:2
26:12 34:9 35:7,23
36:5,6,7,10 37:7,8
38:3,9,10,12 44:3
45:16 60:16,16 68:3
78:14,24 80:13 83:5
83:11 84:25 85:7
88:19 104:17 114:8
114:14 118:4,5,8
121:11,14,20
128:21 132:4,5,22
132:23 133:1,1,8
138:1 147:19 154:4
156:1,1,2,3
**differentiation**
94:11
**differently**
133:9
**difficult**
144:25
**difficulty**
21:1 23:22 24:8
**directions**
146:12
**directly**
64:6 147:9
**Director**
2:4,8
**dis-validate**
38:24
**disagree**
30:6 98:3 104:3
138:1
**discerned**
44:17,24 45:23 46:9
**discontinue**
74:22 75:2
**discriminated**
32:22
**discuss**
54:22,22 83:6,7,7
84:5 85:16 130:12
135:11 136:8
**discussed**
91:8 104:23 106:2

**discusses**
83:4
**discussing**
25:23 40:2 75:21
95:1 120:8 123:25
135:22,23 136:13
142:12
**discussion**
54:13 57:19 80:8
90:6 92:6 98:22
132:1,6 133:17,23
134:3,8 135:2 137:1
**disease**
41:15,17,18
**disentangle**
123:21
**disorder**
27:21 110:9
**disorders**
18:23 109:23
**disproportionately**
105:1
**dispute**
49:15 103:25
**distal**
61:10 62:18 85:6
**distinct**
41:5
**distinction**
34:14 35:15 39:14,17
39:22 50:21 98:11
**distinctly**
25:1
**distress**
48:22 56:11,18 57:12
57:14,24 101:10
148:17 150:6,13,16
150:16
**distressed**
38:1
**distressing**
26:25 27:2
**DISTRICT**
1:1,2
**diversity**
32:14

**DIVISION**
1:3
**divulging**
16:3 22:21
**docket**
141:25
**Doctor**
13:10,16 14:1 15:23
28:5 90:7 143:1
**doctor/patient**
66:20
**document**
20:5 27:8 81:5,7,9
92:4 94:2 102:14
113:5,6 141:17,18
143:2,5 144:8 145:8
145:18 146:1,16
147:3
**documenting**
109:18 110:10,12
**documents**
10:16 16:9 140:1
141:19 143:22
144:2
**DOE**
1:6
**doing**
95:21 108:2 115:15
115:16 118:19
121:16 132:8,10
152:18
**dolls**
22:3
**domains**
97:1
**DONALD**
2:11
**doses**
71:23 72:7 152:19
**dosing**
72:9,18
**Dr**
9:3,9,17 10:8 11:2
12:23 14:16,22
16:12,19 19:6 29:22
46:21 81:5 82:7



90:7,24 91:25
110:25 120:5
126:21 137:10
141:14 157:11,19
**draft**
143:7 145:9
**drafting**
141:4,9
**drawing**
34:14 50:21 123:1
**drill**
10:11
**driven**
156:8
**drug**
86:20,21,24 87:8,8
87:12,12,15,15
95:13
**DSM**
28:10,25 29:12
**DSM-5**
18:16,18 19:3,10
30:7
**DSM-5-TR**
7:13
**due**
48:22 114:8
**duly**
8:22 158:8
**Dutch**
121:3 128:19,25
**dysphoria**
7:13 16:23 17:6,14
17:17,20 18:1,3,11
18:16,24 19:10,13
19:13,16,17,19 20:2
21:16 23:18 25:16
27:16,22 28:7,10,11
28:22 29:1,7 30:3
30:15,19,25 31:4,13
32:25 33:7 40:21
45:10 46:23 47:6,8
47:18,22 48:2,5,7
49:6 55:23 56:6,23
57:3,6,11,22 58:5
58:11,19,25 59:1,4

59:8,12,13,22 60:14
60:21,24 61:8,13,18
61:22 62:3,9,15,19
62:25 63:8,14,20
64:1,6,9,15 67:2
70:8 71:11 72:22
73:3,12 84:25 86:10
86:22 95:15 99:8
105:18 106:24
109:3,19,21,23
124:20 127:16
128:12,16 129:22
130:3 137:7,17
148:3,12,15,22
150:20 152:4,9

**E**

**E**
3:1 6:1,1,4,8 8:20,20
8:20
**e-mail**
7:24 141:21 145:2,22
**e.g**
143:24
**earlier**
71:18 95:1
**early**
30:1,10,13,20 106:20
125:11 126:3 127:1
**eastern**
8:9
**easy**
60:2 67:14
**Edition**
119:3
**edits**
146:1
**effect**
52:25 53:12 98:17
**effective**
58:10
**effects**
52:3 94:11 95:3 96:9
96:20 97:13,22,25
99:1,17 100:16
102:16,21 103:14

103:16 105:7
**efficacious**
63:11 93:6 137:6
**efficacy**
32:24 33:6 59:19
86:16 87:1 101:20
**effort**
86:20
**eggs**
83:25
**eight**
31:11 73:22,25 84:10
113:3 131:20,21
**either**
28:14 70:13,21 87:6
128:5 158:20
**element**
32:19,21
**elements**
93:7 120:22
**elevated**
68:8
**Eli**
142:14
**eligible**
50:14 51:5,14 153:19
**eliminate**
115:6
**eliminating**
120:22
**emotional**
88:18,22 89:9,10,13
89:19,25 97:8
124:21
**employ**
95:16 118:24,25
**employed**
93:4
**EMPLOYEE**
2:6
**encounter**
28:19
**encountered**
45:23 46:9 79:16
80:25 81:13 147:23
**encountering**

44:17,24
**encourage**
108:9
**endeavor**
107:25
**ended**
146:13,14
**Endocrine**
72:2,5 110:21 112:16
113:5 136:23 137:2
138:18 139:1,20,22
140:3,15
**endocrinologist**
16:20 17:5,13,25
25:18 54:11 57:18
72:11,19 88:6,7
105:20 139:21
153:6
**endocrinology**
54:7 66:14 105:19
119:2 139:3
**endogenous**
74:23 85:10 88:2
92:11,18 98:11
**ends**
65:6
**energy**
52:9
**enjoy**
20:19,20 21:5
**enlargement**
76:9
**enriched**
36:4
**enrolled**
121:8 127:12
**entails**
124:6
**entire**
61:13 154:5
**entitled**
158:6
**enumerated**
91:11
**environment**
32:3



envy
144:8
equates
40:20
errata
6:16,20,24 7:9 12:5
    12:25 13:18 14:24
error
115:4
especially
49:1 104:14
Estradiol
69:14
estrogen
51:2 69:1,5,9,11,13
    69:17,19,23 70:7,9
    70:15,16,18,24 71:1
    71:5 72:21
et
12:12 72:7,16 124:22
    125:7 156:5
ethical
95:8 143:14,16
ethically
129:5,12
ethics
95:24
Ethinylestradiol
69:14
Europe
130:13,19 131:7,7
    132:1,16,22 133:9
    136:9,14,17 137:15
evaluates
64:5,5
evaluation
154:9,10
event
158:21
eventually
77:13 85:10
everybody
115:17 116:2
everyone's
114:23
evidence

37:12 38:23 39:16,21
41:3,7 42:8,18,21
43:14,25 44:9 57:17
58:14 62:23 63:3,22
74:25 86:1,4 89:1
97:3 104:7,12
118:24 128:13,21
129:10,11 137:2,3
137:22 152:21
evidence-based
54:14 153:7
evolve
34:12
exact
134:23
exactly
52:11 77:16 151:24
Examination
6:5 9:1
examined
8:24
example
23:2,4 27:2 35:19
    37:17 41:11,15,16
    51:18 52:17 60:9
    62:13 63:1 65:2
    67:13 68:6 69:4
    95:4 109:17 116:1
    116:13 119:11
    122:1 123:23 140:7
    148:23 152:17
    153:23
examples
22:23 42:22 54:5
    114:9,19 124:23
excellent
61:7
exception
45:11,13
excessively
68:12
exchange
145:22
exchanges
141:21
excitatory-inhibito...

96:9 100:23
excluded
113:19 114:4
excluding
114:1
exclusion
111:24 113:23
excuse
95:2 97:19
executive
2:8 96:25 97:5
exert
94:10
exerting
96:8
exhibit
6:11,13,15,17,19,21
    6:23 7:3,6,8,10,12
    7:14,16,19,23 11:1
    11:4,17,19 12:1,3
    12:15,17,21,24 13:9
    13:12,15,17,25 14:2
    14:15,17,21,23 15:9
    15:11 16:9,25 19:5
    19:7,24 27:8 29:12
    31:9 45:20 46:6
    73:19,20 75:8 81:10
    90:23,25 92:1,3,24
    94:2 95:25 110:24
    111:2 112:21,23,24
    120:4,6 125:2 128:9
    131:13 141:13,16
    143:3 146:5,17
    154:25
exhibits
91:11
exist
128:6,7
exists
128:17 133:8
expect
53:17 56:21 67:10,20
    67:22 70:18,20
    76:21 78:10 117:7
experience
22:15,19 23:20 24:7

24:9 30:13 37:16
38:24,25,25 39:10
39:24 40:1,9,10,13
40:19 41:2 44:1,6
48:21 56:20 76:4,9
80:3 89:12 96:16
101:1,3 108:18
118:3 128:20,25,25
150:24
experienced
38:13
experiences
39:1
experiments
95:8
expert
6:12 9:11 16:2,13
    90:10 93:5 97:16
    104:1 136:7,17
    141:20
experts
32:11 96:25 103:23
expires
158:25
explain
24:9 35:19 64:8
    115:13 116:25
    136:4
explaining
136:5 156:2
explanations
10:15
explicitly
22:16
exploration
149:24
exposed
43:2 98:7 141:19
exposing
101:11
exposure
101:9
expressed
93:19
expressing
38:12 45:6

**extended**
65:1
**extending**
65:6
**extent**
130:23
**external**
146:20
**extrapolated**
94:24

**F**

**F**
6:1
**face**
143:20
**faced**
97:18,21
**fact**
18:7 48:22 68:2
69:23 77:25 115:21
118:4 132:9,21
133:7 139:24
**factor**
30:2,11,12 88:14
114:8,9 115:10,25
**factors**
64:25
**fail**
48:1
**fair**
64:20 116:14
**Fairbairn**
5:3 10:4,4
**familiar**
44:7 54:10,12 115:9
116:22 138:3,8,13
**families**
31:22 79:14 121:4
133:11,14 135:22
135:24
**family**
67:19,21 80:13
134:21,22 154:4
155:25
**family's**

79:1
**far**
129:14
**fatigue**
52:19,21
**FDA**
86:14,23 87:7 95:1,2
**FDA-approved**
86:9,14,21
**feature**
42:5,10
**features**
121:10
**feel**
26:21 32:8,18 38:9
38:11 57:13,14,19
57:24 78:22 112:2
114:1 130:22
**feeling**
31:23 38:1,3,16 79:4
**feelings**
26:11,20 31:25 38:24
**fellow**
105:19
**felt**
30:16 37:18,19 87:3
129:11
**female**
22:2 26:15,24 34:19
35:24 38:21 67:16
69:21 70:2,3,13
71:1 75:23 76:4,22
77:23 147:18 148:9
148:16 149:5,16
150:2 151:2
**feminine**
20:10 21:10 23:11,15
24:24 25:3 148:17
**fertility**
74:24 75:16 78:8,11
78:11,12,13,14,18
78:23 79:4 80:3,9
83:4 84:21 107:14
**fetal**
43:4
**fetus**

74:22
**fewer**
124:6
**field**
57:18 59:18,20 90:10
**fifties**
67:22
**figment**
42:4
**final**
29:25 138:10
**find**
130:25 135:11,13
143:5 144:18,19
145:7
**finding**
99:9
**fine**
119:23
**finished**
73:23 131:23 142:18
**Finland**
131:2 133:23
**firm**
8:14,19
**first**
8:22 11:24 17:20
27:13 48:15,18 50:8
50:15,17,23 51:1,8
51:11,15,20,22,25
69:19 74:3,7 82:9
91:3,17 92:1,8,25
93:2 94:6 95:16
104:11 105:16
106:5 110:1,17
111:12 113:3
116:13 128:10
141:16 143:11
144:21 151:8
152:24 154:9 158:8
**fits**
113:9 149:5
**five**
11:10 31:11 126:5
**flexibility**
96:8

**Floor**
4:5
**focus**
25:17 62:15
**focused**
122:1 136:16 139:2
**folks**
114:13
**follow**
128:8
**follow-up**
66:18 108:4,12,15
116:23 124:12
125:10,20,24 126:2
126:12,18,20 127:4
127:5,20,21,24
128:2,4 157:13
**followed**
74:19 75:1,17 117:23
120:15 125:11
126:22
**following**
20:1 62:22 93:7
102:20 104:11
106:15 109:13
125:9 143:12
149:13 155:2 156:9
**follows**
8:24 50:18 96:23
121:17 153:7
**form**
18:4,19 19:15 20:15
21:14,17 22:5 23:12
24:22 26:17 27:5,23
28:3,8 30:8 31:6,16
33:3,16,20 34:3,21
34:25 35:17 37:1,14
43:19 44:21 45:14
46:3,13,25 47:11,19
48:3,12,25 49:8,24
50:4,9 51:13 53:1
53:14 54:2 55:10
56:2 57:4 60:25
61:15 62:11 63:4
64:23 65:18 66:2,4
66:5,11 69:3,25



70:10 71:7,15,25
72:24 73:14 74:5,18
75:10 76:1,6,12,23
77:5,14 79:19 81:4
81:19 82:13,20 83:1
83:15,22 84:11,17
85:3,11,15 86:6,11
86:17 88:3 93:24
94:18 95:5 97:14
98:2 99:2,19 100:4
100:12 107:1,8,15
107:22 108:3,8
110:5 111:21
112:13 113:13
114:20 115:11
116:8,15,20 117:6
118:20 119:10
122:10 123:16
124:8,18 125:22
126:14 127:6
128:14 129:16,24
130:5,10 132:15
133:4,20 134:5,10
134:16 136:2,10,15
137:24 138:22
139:19 140:20
141:1,11 143:8
147:20 148:4 149:7
150:3,9,14 151:13
151:20 152:16
153:21 154:22
155:20 156:14
157:2,7 158:13
**formal**
106:15 108:4
**formed**
137:1
**former**
80:16,20
**forth**
158:7
**forward**
41:8 42:23 144:23
**found**
134:24
**foundation**

4:4 33:2,9 43:16
**four**
126:5 135:9
**fracture**
65:25
**fractures**
65:14
**framed**
88:17 149:17
**framework**
36:10
**frankly**
146:9
**fraternal**
41:23 42:1,8
**fraudulentness**
32:13
**FREDERICK**
2:13
**frequently**
152:25
**friend**
1:12,18
**front**
19:8 60:7 81:5
117:18 118:2
150:12
**fulfill**
51:17
**fulfilled**
152:4
**full**
22:6 27:13 59:5
92:10,17 93:1 104:6
149:21
**fuller**
22:9
**fully**
82:24 83:13,16,19
84:2 101:24 102:2
**function**
96:16 97:5 101:1
**function/control**
96:25
**functioning**
97:1 124:21

**functions**
17:19
**funny**
52:14
**further**
44:9 149:24 157:16
158:17
**furthermore**
32:9
**future**
28:23 29:3 33:24
40:23

---
**G**
---
**G**
2:13
**gain**
87:21
**games**
20:7,11 22:25
**GARY**
1:18,20
**Gay**
4:12 8:19
**gears**
84:6 105:12
**gender**
7:13,21 16:23 17:6
17:14,17,19 18:1,2
18:11,16,24 19:9,12
19:13,16,16,18 20:2
20:6,10 21:16 22:13
23:18 25:16 26:12
26:12,13,16,21,25
27:16,22 28:6,9,11
28:21,22 29:1,3,7
30:3,15,17,19,25
31:4,13,18,19 32:3
32:6,14,15,25 33:2
33:7,9,14,19,23
34:1,6,9,11,14,15
34:24 35:2,3,4,6,10
35:12,13,15,16,21
36:1,3,3,6,7,7,8,11
36:13,18,19,22,23
36:25 37:6,9,11,23

38:7,13,16,20,22
39:2,7,10,14,16,18
39:20,23 40:3,9,10
40:14,16,18,21,24
40:25 41:4,6 42:7,9
42:13,24 43:7,12,16
43:18,22,24 44:5,18
44:19,25 45:1,6,9
45:10,15,16,24,25
46:10,11,23 47:6,8
47:17,21 48:1,5,7
49:6 55:23 56:6,22
56:23 57:3,6,11,15
57:22 58:5,11,19,25
59:1,4,8,11,13,22
60:14,21,24 61:8,13
61:18,22 62:3,9,14
62:19,25 63:8,14,20
64:1,5,9,15 67:2
70:7 71:11 72:22
73:3,11 77:2,12
79:10 84:25 86:2,10
86:22 95:15 99:8
101:12 105:17,21
106:24 108:24
109:3,19,21,23
121:5 124:20
127:16 128:12,16
129:22 130:2 137:7
137:17 146:21
147:4,10,17,22
148:3,11,14,19,22
149:5,17 150:1,20
151:23 152:4,9
**gender-affirming**
58:10 63:7,10 125:19
130:13 132:2 133:1
137:5 143:16
153:14 155:19
157:5,9
**gender-diverse**
104:17,18
**gender-referred**
104:15
**gene**
41:14,19

**general**
1:25 5:5,12 25:2
    61:11 65:4 66:14
    105:2 113:22
    124:24 135:2,16
    139:15 148:7 152:1
    155:15
**General's**
9:21,24
**generalize**
121:10
**generalize-able**
120:18 121:23
**generally**
45:11 136:18
**genetic**
42:3
**genetics**
41:21 67:24
**genitalia**
146:20
**Georgia**
15:4
**getting**
72:9 88:12
**girl**
20:20,25 89:14
**girls**
20:9,23 43:5
**give**
12:8 13:3 14:7 15:16
    15:20 52:16 62:12
    88:4 100:15 104:1
    129:5 149:5
**given**
52:9 69:10 104:18
**giving**
29:22 52:20 53:16
    115:17
**global**
124:20
**GnRH**
65:1,5 95:14 135:1
**GnRHa**
75:17 117:19
**GnRHa-related**

102:23 103:18
**go**
11:10 16:25 17:2
    19:24 20:16 26:1
    27:9 29:12 41:7
    45:19 46:5 63:16
    67:17,18,20 72:5
    73:19,21 74:12
    76:17 81:10,11
    85:10,18 90:16,18
    91:6,15,18 92:4,24
    94:2 95:25 98:6
    102:14 103:6,8
    109:7 111:7 112:20
    112:22 113:6
    117:13 119:21
    125:3 131:5,13,19
    132:7,11 142:18
    146:17 154:19
    155:7 157:22
**goal**
67:5 85:4,17,18
    113:24 140:18,23
**goals**
84:24 85:1,6
**GOE**
1:16,18,20
**goes**
67:22 72:17 77:1,21
    82:16 101:23 127:1
    139:6
**going**
11:24 21:2 23:4
    46:16 48:23 64:25
    65:24 67:14,23,25
    81:21 82:1 88:5
    89:11 90:18 92:7
    94:6 102:19 104:10
    110:15 119:16
    121:6 131:1 132:20
    133:5 139:18
    142:21 144:22,23
    150:20 153:18
    156:18 157:22
**good**
9:3,4,17 10:7,9 44:12

78:19 81:22 82:6
    119:17 139:20
**gotten**
115:19
**government**
136:20 137:15
**grade**
118:24 119:11,12
    145:3
**grades**
88:13
**graduate**
106:16,19 108:1
**GRANT**
1:16
**granted**
88:19
**granular**
72:6
**gray**
94:13
**Great**
10:19
**greater**
86:3
**group**
115:1 137:13
**grow**
37:22 38:4 43:5
    76:21
**growing**
43:6
**GUDME**
3:8
**guess**
18:25 21:22 35:1,18
    40:13 41:7 53:2
    55:18 57:11 95:12
    120:12,13 128:5
    136:5 147:3 149:24
**guidance**
72:3,14 105:23,24
    145:6
**guideline**
143:23
**guidelines**

72:3,5,10 110:17,22
    112:16 118:23
    138:18,21,23 139:2
    139:16,18 140:4,18
    140:21,23 141:4,9
    143:19,21 148:12
**guilt**
31:25
**GUY**
2:10

**H**

**H**
6:8 8:20
**habit**
131:1
**half**
152:19
**halfway**
102:15 104:6
**Hampshire**
4:21
**hand**
43:21 60:20,21 63:16
    63:16
**handbook**
18:22
**handed**
11:3,18 12:2,17,24
    13:11,17 14:2,17,23
    15:11 19:7 90:25
    111:1 120:6 141:15
**hang**
115:7
**happen**
83:10 98:5 115:8
**happens**
17:22 154:13
**happy**
59:6 147:1 154:23
**hard**
28:16 37:20 123:21
**harder**
61:3,4 80:2
**Harper**
4:3 10:1

head
124:15
header
141:23
heads
32:19
health
2:2 7:15,18 17:23
18:9,13,23 50:19
64:12 82:11 87:16
89:17 109:23
122:25 139:7
144:24 156:4
healthy
59:6 68:13,20 107:14
hear
53:6 69:7 78:19
117:21
heard
90:7 118:16 135:13
hearing
7:5 13:21,22 14:5,8
15:6,13,21 22:14
37:16 39:24 40:1
41:2 74:2,6 99:23
heck
78:6
height
114:22,23
help
10:23 24:9 59:4 66:3
114:18 118:9
124:14
helped
114:2
helpful
25:23 32:6 40:23
92:22 96:2 118:12
121:3 130:25
134:24 135:11
helps
32:16 47:8 115:23
123:6
HENRY
2:12
hereinbefore

158:7
hereto
158:20
hey
79:11
hiding
28:18
high
49:10,11 68:13,18,18
113:18 114:22
higher
43:3,7 65:25 68:17
69:6,8,10,15,17
70:4,19,24 71:19
89:17
highest
70:22
highlighting
92:3,3 96:1
highly
153:14
historical
21:8
history
22:13
hit
68:15
home
68:15
honest
22:12
HONORABLE
2:17
hope
61:18 143:21 144:8
hormonal
42:24 43:11 47:9
51:5
hormone
59:1 71:18 75:18
124:6 127:8 129:21
139:3 149:6 150:13
hormones
49:7,20 50:2,7,12,14
50:17,22,24 51:10
51:15,19,22,25

64:14 71:10 74:16
74:20 75:2,19 76:16
76:19 77:10 82:18
85:5 88:16,20,24
89:20 94:10 96:7,20
97:12,19,22,25 98:7
98:12 100:21 101:6
101:9,12 106:9
107:7,13,20 117:24
123:5 126:23
127:12 128:11
139:1 146:21
152:14 155:11
Hospital
105:22 110:7 142:6
153:7
hour
10:20 81:22 119:17
156:18
hours
9:10
housekeeping
11:25
human
2:2 42:10 43:13,24
87:17,23 95:21 99:1
99:18 100:5 101:2
humans
94:24 95:9 98:1
100:17
Huntington's
41:15,17,18
Hydrick
5:11 9:18,20,24
hyperplasia
43:2,9
hypocritical
58:13
hypotheses
122:20
hypothesize
70:14
hypothetical
63:6 77:6 89:18
151:9 152:24

| I |
| --- |
I's
81:9
i.e
126:3
I.Q
88:12
idea
37:13
identical
41:12,16,22,25 42:6
121:12
identified
38:4 149:3 152:7
identifies
56:4 148:1,7,15
151:19
identify
8:10 34:18,20 36:15
36:17 43:5 96:25
148:8,20,24 149:25
151:3
identity
28:23 29:3 30:17
31:19,20 32:4,6,14
32:16 33:2,9,14,19
33:23 34:1,7,9,11
34:15,16,24 35:2,3
35:4,6,11,12,13,15
35:16,22 36:1,3,4,8
36:8,11,13,18,20,22
36:24,25 37:6,9,11
37:23 38:8,13,17,20
38:22 39:2,7,10,14
39:16,19,20,23 40:3
40:9,10,14,16,18,24
40:25 41:4,6 42:7,9
42:13,25 43:7,12,16
43:18,23,24 44:5,18
44:25 45:6,9,15,17
45:24 46:1,10,12
77:3,12 101:13
121:5 146:21 147:5
147:10,17,22
148:19 149:17



150:1,7 151:23
152:15 153:3
**ignored**
144:11
**II**
2:11
**III**
2:11,13,14
**image**
124:20
**imagination**
42:5
**imagine**
52:2 77:18 78:15
94:19 148:13
**immediately**
102:25 103:21
**immutable**
42:10 43:15
**impact**
88:24 89:6 90:3 93:8
93:14 99:10 118:13
**impacts**
87:16 104:16
**impairment**
88:14
**impairs**
59:1 73:3,12
**imparts**
69:17
**implementing**
122:23 137:12
**implications**
78:18 93:23
**implied**
66:8
**implies**
147:10
**imply**
21:8 156:7
**implying**
30:10 95:13
**important**
29:4 31:17 58:4,18
59:7 61:10 63:11
79:10 93:22 97:2

101:8 123:21
133:14 135:19
143:12 154:7
**impossible**
56:8,9,19
**improve**
52:10,13,20,21 53:17
53:25 55:8,15,24
56:12 59:3,3 63:23
**improve/promote**
143:15
**improved**
61:6,10,19 62:2,3,8
62:24 63:9,20
**improvement**
56:16,19 59:8,25
60:1,12,15 61:8
63:12 123:4,15,19
**improvements**
63:14 64:4
**improving**
58:3,18 60:22,23
61:1
**in-depth**
77:15 79:3
**inappropriate**
87:17 144:14
**include**
42:23 48:4 52:19
**included**
113:8
**including**
94:10 122:24,24
123:18 124:19
146:19 147:12
**inclusion**
111:24 113:23
**inconsistent**
150:7
**incorporated**
66:20 131:8,10
133:17,23 134:3,8
**incorporating**
130:21 132:6
**incorrect**
109:10 115:23

**incorrectly**
28:17
**increase**
72:22
**increased**
110:13
**increases**
69:2 71:5
**increasing**
71:5
**Independently**
106:8
**Indiana**
12:13
**indication**
86:24 87:8
**indirectness**
118:16
**individual**
19:20 22:22 24:10
67:18 119:8 144:15
147:25 151:18
154:4 155:13,23,24
**individual's**
76:21
**individualize**
66:22
**individualized**
134:21 153:15,17
154:1,3,18 155:6,13
**individuals**
19:22 43:1,5,8 71:13
84:14 120:14,15,17
120:19,21 147:16
154:12,14
**induce**
72:12
**infertile**
74:17
**infertility**
72:23
**influence**
94:10 139:12
**influenced**
141:10
**inform**

10:13 21:15
**informal**
108:7
**information**
19:2 22:21 32:4
99:23 101:16
133:11
**informed**
66:3,12 153:12
**informs**
17:21
**inherited**
41:14,18
**initial**
55:1,6
**injunction**
7:5 13:22 14:4,8
**inquire**
22:18
**inquiry**
154:10
**insight**
87:22
**instance**
139:8 143:25
**insufficient**
112:3
**integrity**
143:14 155:16
**intended**
66:15
**interest**
64:10 99:23
**interested**
74:21 101:6 158:21
**interesting**
101:15 143:9
**interim**
138:6
**internal**
146:19
**international**
7:17 130:8
**interrupt**
9:19
**intervention**



47:23 48:1 51:5
57:21 63:3,18,19
106:25 124:2 127:8
148:11 149:20
151:12 153:4
**interventions**
25:20 31:3 32:25
33:7 38:18 47:10
64:22 66:10 108:24
121:19 129:5,15
148:2 151:18
**interview**
28:12,14 34:5
**introduced**
36:2 146:10
**invasive**
94:21
**invented**
87:12
**investigated**
73:10
**involve**
152:8
**involved**
109:17,19
**IRB's**
95:23
**island**
35:20 36:15
**isolate**
123:5
**isolation**
103:5
**issue**
16:7
**issues**
114:17

**J**

**J**
2:18
**JAMES**
2:10,18
**JANE**
1:6
**JEFFREY**

3:8
**JILL**
1:9
**job**
25:17 79:14
**John**
4:19 8:13 9:18
**JOHNSON**
2:11
**JOHNSON-WILL...**
2:17
**journal**
7:17 118:25 119:2
**journey**
17:21
**JR**
2:12,18,19
**jramer@cooperkir...**
4:24
**judgment**
22:20
**justified**
63:2
**juxtaposed**
50:10

**K**

**K.C**
6:18,20 12:12,19
13:1,4 17:1 45:20
45:22 112:22
**keep**
98:8 108:9 130:8
**KERR**
2:3
**key**
97:1
**kids**
115:7 129:5
**kind**
119:15 122:21
**Kingdom**
131:3 137:11
**Kirk**
4:20 8:14
**Klinefelter**

54:15 55:3
**know**
10:10,21 17:4 23:16
28:1 32:5 33:11,18
33:22 35:22,23
36:23 37:2 38:6
42:25 43:17 44:3
46:1,4,4,12 52:1
58:23 60:6,6,9,11
60:15 63:16 67:6,7
68:6 70:14 72:15,19
73:1,6,7,22 74:11
75:4 78:25 81:22
82:15 86:1 88:9,18
93:16,18,19 94:19
95:18 98:13,24
99:10,15,21 100:6
103:4,16 106:4
111:22,22 116:10
120:20 124:10,13
127:15 128:3 129:4
129:20 131:23
140:7 141:18
142:14,17 144:21
145:24 146:14
147:22 150:15
151:21 154:12
**knowing**
77:22,22
**knowledge**
39:22 86:19 97:16
158:15
**known**
51:6
**knows**
28:25 77:19
**Koe**
7:11 15:3,13,21
73:20 74:6

**L**

**L**
2:16 3:6 6:1 8:20
158:3,23
**L-u-d-v-i-g-s-s-o-n**
138:14

**lab**
33:13
**lack**
9:15 150:17
**laid**
28:10
**large**
122:13
**larger**
103:6 120:20 121:1
**law**
8:14,18 16:7
**lay**
130:23 135:14,17
136:6
**lead**
78:24 143:19
**leads**
44:7
**learn**
26:19 34:1 35:10
38:6 95:16 100:1
101:17 149:12
**learned**
94:23
**learning**
40:8 93:21 149:15
**leave**
146:15
**led**
56:18 123:19
**left**
82:9 92:5 94:3
102:15 104:5 111:7
125:4 156:19,24
**legislation**
15:25 32:10
**legislative**
143:24
**Leibowitz**
7:24 142:2
**LEMON**
2:10
**length**
113:6
**lesser**



86:3
**let's**
26:1 39:13 52:16
63:6 115:15,16
**level**
54:18,21 67:5,8,10
67:12,25 68:13,17
68:21 69:10,22 70:9
70:16,16,18,20,24
71:2 83:8,10 131:7
**levels**
43:3 71:20 72:7
107:14
**libido**
52:9
**library**
63:22
**Licensing**
12:13
**life**
34:10,19 38:17 43:4
54:1 55:9,15,24
56:12 58:4,18,23
59:2,2,6,12,25
60:22,24 61:1,7,11
61:19,22 62:4,5,8
62:24 63:8,12,15,20
64:11 77:19 78:1
82:25 83:14,21 84:2
**likelihood**
30:24 31:4 41:23
82:16 144:3
**limited**
35:25 65:5
**line**
9:21 17:3 25:24
44:14 46:7 65:17,21
81:12 101:12
131:20,21,22 142:8
155:2,3,4
**lines**
11:25 73:22,25 113:2
132:19
**link**
147:9
**linking**

157:5,9
**links**
147:11
**list**
11:15 12:12 13:7
15:2 24:4,13 26:9
122:19 126:4
**listed**
14:11 147:8
**listen**
24:17
**lists**
20:1,5
**literature**
54:10,12,13,22 55:19
62:20 64:4,5 65:12
71:3 82:10 98:17
102:3,4,8 110:4
111:24 122:6
127:13,19 128:15
128:17 130:23
136:16,21 137:8,9
140:13
**litigation**
140:19,24
**little**
30:9 35:18 73:9 84:7
105:12 126:20
129:22 130:3 139:2
139:14 149:12
**live**
77:1,12 78:1
**lived**
117:21
**living**
77:19 78:1 121:4
144:1
**local**
10:12
**lollipop**
115:17,20,23 116:4,5
116:12
**long**
91:19 93:1,3 102:24
103:20 119:20
120:16 121:18

127:9 144:11
**long-lasting**
96:9,20 97:13,19,22
97:25 98:25 99:17
**long-term**
78:17 84:14 125:10
125:20,23 126:11
126:18,20 127:5,20
127:24
**longer**
113:16 126:24 128:6
**longer-term**
126:1 128:1,3
**longest**
120:24 126:6 128:8
**longitudinal**
108:22 109:12
120:24 126:2,21,24
127:7 128:2,4,6,23
129:17 137:13
**look**
20:18,19 74:12 78:14
152:20
**looked**
60:9,10 137:3
**looking**
20:4 24:12 60:16
92:1 94:5 124:5
**lost**
100:7 116:23 124:12
**lot**
57:19 102:2 121:20
122:6 124:19 131:5
139:6,25 155:21
**lots**
98:13 139:16
**love**
145:4 157:17,19
**loves**
23:16
**low**
25:22 52:8,18,19
54:16,18,21 64:25
65:23
**lower**
52:8 71:23 76:4

88:12,12
**Ludvigsson**
138:14
**lunch**
81:23

---

## M

**M**
2:12 8:20,20
**M.D**
3:1 6:4
**Macomb**
158:2,23
**maintain**
108:7 154:7
**maintaining**
155:15
**major**
92:9,14
**majority**
43:4 49:18,21 85:16
85:23 148:23 153:1
**making**
23:24 25:19 37:8
54:24 79:9 97:7
128:5,22 146:1
**male**
21:3 27:3 34:20
35:24 38:17 67:6,9
67:12,25 68:5 70:5
70:13 72:12 76:9,15
76:19 77:2,9 82:16
147:18 148:9 149:4
149:16 150:1 151:8
**man**
36:17 38:5 52:7
68:20
**manifest**
65:16
**Mansfield**
14:13,19,25 15:18
80:23 154:16
**March**
156:22
**marked**
11:1,3,17,19 12:1,3



12:15,17,21,24 13:9
13:11,15,17,25 14:2
14:15,17,21,23 15:9
15:11 19:5,7 90:23
90:25 110:24 111:1
120:4,6 141:13,15
143:2
**marrow**
65:23
**Marshall**
11:15,22 12:6,9 47:4
126:8 141:24 142:1
**masculine**
20:7,14 21:10,25
23:10,16,25 24:19
24:20,24 25:3
148:15,18,20
**masculine-appeari...**
77:7
**matches**
44:1
**matching**
44:6
**material**
19:9 133:13
**math**
88:13
**mathematical**
63:21
**matter**
94:13 139:15,24
**maturation**
97:4
**mean**
9:19 18:21 45:12
49:21 53:15 79:21
82:25 83:13,20,23
117:1 125:12,13,23
126:19 129:18
147:3 149:15,16
154:3 155:13
**meaning**
69:10 114:14,15
150:1
**meaningful**
61:2

**means**
23:17 25:10 29:2
84:1 115:14 116:25
148:8 158:11,14
**meant**
47:12 123:17
**measure**
52:24 53:12,15 59:16
59:20 60:4,20,22
61:2,3,4,7 62:20
64:6 68:11 87:23
97:1 121:20
**measured**
59:17 114:23 123:8
124:16,19
**measurement**
61:5
**measures**
60:17 62:18 63:15
121:14,14,15
**measuring**
64:1,2 68:20,22
**mechanical**
158:13
**media**
32:12 135:14,17
136:6
**medical**
2:9 5:4 10:5 12:13
25:20 28:18 31:3
32:25 33:7 40:20
47:25 48:16,18 50:8
50:17,23 51:11,20
53:25 55:2,3,8,14
55:19 56:12 57:2,9
57:21 63:18,19
66:13 68:1,4 80:11
86:2 95:2 105:25
106:25 121:5 122:6
126:4 127:19
128:18 139:25
148:2,11 149:19
151:12,18
**medicalized**
61:14 62:10 64:14
85:14

**medically**
55:25
**medication**
52:23 66:15 67:4
87:21
**medications**
74:23 75:3 105:23
131:6 151:22
152:19
**medicine**
83:9 90:11 102:3
130:9 153:7 154:13
154:13
**medium**
122:13
**meet**
16:5 24:11 25:13,16
28:14,15 49:19
55:22 56:5 57:22
59:5 148:1,10,21
149:18 151:16
**meeting**
17:9 19:21
**meets**
24:10 51:21 148:14
**MELVIN**
2:14
**member**
139:24
**members**
2:20 26:24
**memory**
66:9
**men**
67:11,19 68:3,5,22
69:6
**mendelian**
41:14
**mental**
17:23 18:9,13,23
50:19 64:11 82:11
87:25 89:17 109:22
122:25 156:4
**mentioned**
110:2 134:17
**mentioning**

**94:16 135:25**
**met**
15:25 19:22 22:7,10
22:20,24 45:10
51:19 110:10
**Metabolism**
119:3
**methodological**
108:10
**methodology**
143:6 145:9,17
**Michigan**
3:3 8:1,7 105:13,14
106:5 153:9 158:1
**middle**
54:20 103:13 148:9
153:5
**milieu**
42:24 43:11
**mimic**
71:16,20
**mind**
29:21 98:8 117:9
**Minimize**
143:18
**minimizing**
68:24 143:23
**minor**
46:22 47:6 51:10
80:25 81:13
**minor's**
33:23
**minors**
48:10 49:5 50:2,24
108:23 125:19
130:14
**minute**
29:22 91:15
**MISANIN**
1:4
**mischaracterizes**
24:3 40:5 42:15
56:15 58:7 61:24
102:1 105:4 127:23
129:8 145:12,20
146:5



**misconception**
135:21 136:5
**misdiagnose**
28:6 29:1,7
**misdiagnosed**
28:16
**misdiagnosis**
28:21
**mispronounce**
94:8
**misspoke**
18:7
**model**
95:16 153:12
**models**
87:9 95:20
**modified**
116:2
**moment**
125:1
**monitoring**
68:24
**months**
135:9
**mood**
52:13,22,23
**mood-elevating**
52:3
**morning**
9:3,4,17 10:3,7,9
**morning's**
9:22
**motivated**
145:16
**motive**
45:8
**mouse**
95:16,20 102:9
**move**
105:11
**moved**
36:5
**moving**
110:16
**multi-disciplinary**
18:14 117:24 122:3

**multi-faceted**
147:12
**multi-hour**
149:11
**MURRELL**
2:13
**MUSC**
2:10,20,22 5:9
**MX**
4:2 8:15 9:5,16 18:4
    18:19 19:15 20:15
    21:17 22:5 23:12
    24:2,22 26:17 27:5
    27:23 28:3,8 29:9
    29:21 30:8 31:6,16
    33:3,10,16,20 34:3
    34:21,25 35:17 37:1
    37:14 39:8 40:4
    42:14 43:19 44:11
    44:15,21 45:3,14
    46:3,13,25 47:11,19
    48:3,12,25 49:8,24
    50:4,9 51:13 53:1
    53:14,21 54:2 55:10
    55:17 56:2,14 57:4
    58:6,20 59:14 60:25
    61:15,23 62:11 63:4
    64:23 65:18 66:4,11
    69:3,25 70:10 71:7
    71:15,25 72:24
    73:14 74:5,18 75:10
    76:1,6,12,23 77:5
    77:14 79:19 81:4,19
    81:25 82:13,20 83:1
    83:15,22 84:11,17
    85:3,11,15 86:6,11
    86:17 88:3 90:17
    91:10,14 93:24
    94:18 95:5 97:14
    98:2 99:2,19 100:4
    100:12,18 101:25
    105:3 107:1,8,15,22
    108:3,8 110:5
    111:21 112:13,18
    113:1,13 114:20
    115:11 116:8,20

117:6 118:20
119:10,19,23
122:10 123:16
124:8,18 125:22
126:14 127:6,22
128:14 129:7,16,24
130:5,10 132:15
133:4,20,25 134:5
134:10,16 136:2,10
136:15 137:24
138:22 139:19
140:20 141:1,6,11
142:20 143:8
145:11,19 146:4
147:20 148:4 149:7
150:3,9,14 151:10
151:13,20 152:16
153:21 154:22
155:20 156:14,17
156:20,22 157:2,7
157:16

---

**N**

**N**
6:1,1 8:20
**N-I-C-E**
138:4
**N.W**
4:21
**name**
8:13,15 30:22 31:2
    47:24 62:12 142:2,8
**Nancy**
1:12,14
**natal**
82:16 150:8 151:2
**Nationwide**
142:6
**nature**
109:15
**navigate**
145:1
**necessarily**
35:24 36:18 38:9
    39:6 52:5,6 132:5
**need**

10:20 57:21 68:22
    95:20 149:20,23
    150:15,23
**needs**
62:6 144:16 156:1,3
**neither**
148:9 149:4,16
**Netherlands**
117:22 131:4
**neural**
93:10,15
**neurodevelopment**
105:8
**neurodevelopmental**
104:15,19,20
**neurodiverse**
104:16,25 105:9
**neurodiversity**
104:13 109:18 110:2
**neurogenesis**
94:11
**neurological**
90:1,3
**neuronal**
94:10
**neuroscience**
103:23
**neurotypical**
104:18
**never**
39:19,23 42:13 43:18
    51:9 52:15 53:9
    62:1 67:15,17 69:18
    78:2,3,19 82:10
    85:18 98:4 102:7
    108:22 109:2 112:7
    116:4 151:17
    156:24
**new**
4:6,6,14,14,21 87:12
    100:1,2,5 119:3,6
    126:17
**news**
27:1,2
**NICE**
138:4



**NINA**
1:11
**nine**
48:11 82:23 83:18
**nine-year-old**
83:4
**nineties**
49:22,25
**Noe**
1:11,13,14 6:22,24
   7:4 13:7,13,19,22
   14:5,9 131:14
**Noggle**
15:3,14,21
**non-medical**
47:16 114:13
**non-neuroscientist**
88:4
**nonbinary**
38:8 148:1,8,20
   149:4,25 150:7
   151:3,19 152:2,6,14
   152:20 153:3
**normal**
43:3 54:18,20,21
   67:6,9,12,25 69:11
   69:12,21 70:1,2,4
   71:12,16,20
**normally**
65:7
**norms**
36:6
**North**
14:13
**Norway**
134:3
**Notary**
158:3,23
**note**
9:6 10:1 52:8 97:2
**notes**
158:16
**notice**
66:18
**noting**
9:11

**notion**
43:15 44:10 49:17
   90:5
**novel**
87:15
**number**
6:10 7:2 49:9,15
   85:23 112:3,23
   120:19,21,25 121:1
   124:11 131:16
   154:24
**numbers**
17:3 121:2

---

**O**

**O**
6:1,1
**objection**
18:4,19 19:15 20:15
   21:17 22:5 23:12
   24:2,22 26:17 27:5
   27:23 28:3,8 29:9
   30:8 31:6,16 33:3
   33:10,16,20 34:3,21
   34:25 35:17 37:1,14
   39:8 40:4 42:14
   43:19 44:21 45:3,14
   46:3,13,25 47:11,19
   48:3,12,25 49:8,24
   50:4,9 51:13 53:1
   53:14,21 54:2 55:10
   55:17 56:2,14 57:4
   58:6,20 59:14 60:25
   61:15,23 62:11 63:4
   64:23 65:18 66:4,11
   69:3,25 70:10 71:7
   71:15,25 72:24
   73:14 74:5,18 75:10
   76:1,6,12,23 77:5
   77:14 79:19 81:4,19
   82:13,20 83:1,15,22
   84:11,17 85:3,11,15
   86:6,11,17 88:3
   93:24 94:18 95:5
   97:14 98:2 99:2,19
   100:4,12,18 101:25

105:3 107:1,8,15,22
108:3,8 110:5
111:21 112:13,18
113:13 114:20
115:11 116:8,20
117:6 118:20
119:10 122:10
123:16 124:8,18
125:22 126:14
127:6,22 128:14
129:7,16,24 130:5
130:10 132:15
133:4,20,25 134:5
134:10,16 136:2,10
136:15 137:24
138:22 139:19
140:20 141:1,6,11
143:8 145:11,19
146:4 147:20 148:4
149:7 150:3,9,14
151:13,20 152:16
153:21 154:22
155:20 156:14
157:2,7
**objective**
33:13
**obligated**
10:12
**observation**
104:24
**observed**
27:17 102:24 103:20
   104:20
**obtain**
57:1 66:3 93:5
**obtained**
66:12
**obtaining**
70:8 140:19,24
**obviously**
149:20
**occur**
74:24
**occurring**
49:2
**occurs**

17:20
**October**
3:5 8:2,8
**offered**
11:14
**offering**
118:6,7
**office**
5:5 9:21,25
**official**
1:24 2:4,7,19,21
**oftentimes**
22:13 117:16
**Ohio**
142:7
**Okay**
16:19 18:15 19:23
   26:1 29:24 44:15
   45:18 46:5,8 73:19
   74:1,1 81:10 91:6
   105:11 131:18,24
   138:17 146:15
   156:11
**old**
48:11 50:3 51:10
   106:13
**older**
37:22 50:16 51:16
   79:18 81:2,16
**Olson-Kennedy**
16:12
**one's**
26:13
**one-liner**
149:13
**one-to-one**
41:19
**ones**
21:13,14
**opinion**
31:12 34:23 35:14
   42:11 58:3,17 60:23
   82:22 122:8 127:18
   137:19,20
**opinions**
32:24 33:6 93:18

99:25 137:1
**options**
128:18
**order**
57:23 59:4 115:5
137:10 140:10
150:24
**organization**
139:23
**organized**
43:10 137:12
**organizing**
88:16
**organs**
146:20
**orgasm**
82:19
**origin**
31:19 32:5
**original**
92:4
**osteoporosis**
66:1
**outcome**
7:20 59:7,8,12,20
60:17,20,22 61:2,7
61:10 62:15,18,20
63:11,15,19 64:10
114:7 117:3 118:1
121:14,15 157:10
**outcomes**
59:15,16 60:4,10,11
62:17 63:23 64:7,12
87:22 99:6,6 108:10
108:19,23 109:13
111:14,19 121:20
121:21 123:7
124:17,19 127:8,15
**outer**
65:6
**outlined**
109:24
**outlines**
125:25
**outlining**
138:24

**ovarian**
96:7,20 97:12 100:21
**overall**
139:12
**overly**
114:3
**overoccurrence**
104:13
**overplay**
43:21
**overrepresentation**
27:16,20
**oversimplifying**
149:1
**overview**
72:8

---
**P**
---

**p.m**
82:3 90:20,20 91:22
91:22 120:1,1
142:23,23 157:24
**P.O**
5:13
**page**
6:3,10 7:2 11:10 17:2
17:3 19:8,25 20:1,5
26:2 27:9,13 29:13
29:14,14,22 31:10
31:11 46:6,6 54:25
73:21,24,25 75:9,11
75:12 81:11,12 91:6
92:5,25 94:3 96:1
102:14 104:5 111:7
112:22,24 113:1
131:19,22 143:12
146:17 154:23
155:1,3
**pages**
2:25 27:9 142:17
**pair**
96:23
**paper**
104:5 123:21 124:13
**papers**
90:13

**paragraph**
11:11,11 12:12 13:6
27:13 29:18,25 30:1
75:9,12,15 76:18
92:7 93:1 94:4
100:10 103:13
104:6 111:8 125:5
125:24 143:11
146:18
**paragraphs**
27:14 29:17 31:11
**parallel**
63:23
**parent**
1:12,17 22:1,13 23:2
23:7,13,14,20
130:17
**parenting**
22:15
**parents**
20:23,25 21:8,12,14
21:19 23:20 24:6,8
24:17 25:1,4,9
31:22 32:7 44:2
45:7 66:5 77:24
79:7,13 135:14
**parents'**
24:19,23 78:12
**Parson**
13:7,13,19,23 14:5,9
131:15
**part**
9:22 11:24 56:25
57:2 64:8 68:11
76:20 79:14 86:14
90:6 96:2 97:9
102:8 104:5 116:10
121:23 127:13
130:7 135:2 147:5
**partake**
30:18
**partially**
88:23
**participating**
15:3
**particular**

18:10 22:22,25 23:5
23:10,25 26:25 27:1
41:14,19 66:23
86:24 117:14 119:5
123:3 124:1 153:19
153:24
**particularly**
64:20
**parties**
158:19
**party**
158:21
**passed**
32:11
**patient**
18:7 21:24,24 22:22
26:24 27:3 28:12,17
37:17 39:5 47:12,20
48:14,20,23 50:6
51:1,4,6,14,18,24
54:23 56:10 60:8
65:4 66:5,22 69:22
70:1,9 71:13 73:4
73:12 74:15,17,19
75:18 76:25 77:3
79:7 85:9,17 106:1
108:19 110:6,11
117:18 118:2 131:8
131:11 134:19
135:3 144:16 149:3
149:6,10,21 150:11
150:13,23,25 151:1
151:6 152:3,6,20,23
152:24,25 153:24
154:1,4,6,8,20
155:8,25
**patient's**
17:21 40:2 48:22
58:3,5 66:23 77:2
79:1
**patients**
16:22 17:17 25:21
26:19 31:22 32:16
37:16 38:14 39:1,24
40:1 41:2 46:22
47:5,6 48:5,6 49:18



50:13 51:16 54:15
64:3,18 66:21 72:12
77:9 79:16 80:16,18
80:21 85:16 88:7,8
89:6 90:2 98:5
99:11 101:2,15
106:11,16,19,23
107:5,12,19,25
108:9,12,16 109:21
117:21 118:4,5
120:25 121:2,3,10
121:18,25 123:10
127:11,14,15 128:8
128:19,22 130:14
130:25 132:2,10,18
133:18,24 134:4,9
135:7 148:24
151:22 152:1,2,17
153:1,10 154:9
156:12
**PAUL**
2:14
**pay**
145:3
**PEBA**
2:6,9
**pediatric**
16:19 17:4,13,25
25:17 57:17 72:11
72:19 88:6,7 105:19
105:20,21 121:25
152:17 153:6
**pediatricians**
79:13
**pediatrics**
57:16 79:12 138:15
153:13
**peers**
48:23 49:3 89:15
97:4
**PEGGY**
2:7
**pending**
10:22 157:12
**penultimate**
75:15

**people**
32:12 34:18 35:23
59:16 78:10 80:3,4
80:5,7,8 103:22
104:25 110:10
115:19 126:22
135:13 137:22,25
144:4,5,23 146:8
149:25 150:6
152:11,14 153:2
**people's**
137:20
**perceive**
24:24
**perceived**
146:12
**percent**
42:1 49:4,13,16
85:24 151:25
**percentage**
25:21 49:10,23
106:23 107:4,11,18
**percentages**
29:19,25
**perfect**
40:22
**perform**
24:14 149:21
**performed**
109:9 136:19 138:5,9
138:14
**performing**
110:8
**period**
65:1,5 120:16 121:18
**permanent**
76:9
**permanently**
10:6 76:4
**persist**
30:25 31:5
**persistence**
30:2,11,12,14,19,21
**person**
32:20,21 34:8 35:2
38:4,14 40:22 44:17

44:19,24 45:1,5,10
45:23,25 46:9,11
55:21 56:1 57:7,8
57:10,13,20 59:5
67:15 70:22 71:1
74:25 75:5 77:18
78:9,10,22 106:3
117:2 148:10,15,21
148:21,25 151:11
151:16 153:2,8
155:14,14,23,24
**person's**
34:6,10,14 35:5,10
36:21 39:15 41:5
45:15 72:22
**personal**
156:25
**personally**
16:22
**perspective**
31:20,21 56:22 57:15
65:4 87:13,14 89:17
122:21 123:1
**pertaining**
67:12
**pharmacokinetics**
87:14
**phenomenon**
54:6
**phrase**
115:10 116:23
118:16
**phrased**
77:17
**physical**
33:13
**physically**
66:6
**physician**
106:2
**physiology**
65:11 87:20 94:20
**pick**
61:25
**picking**
61:21 82:9 103:12

121:13
**picture**
58:23
**piece**
42:8,18 43:14
**piqued**
99:22
**pituitary**
85:5
**pivot**
119:15
**place**
69:19 88:1 144:21
155:17 158:7
**plainly**
24:6
**Plaintiffs**
1:22 4:9,17 8:17,19
9:7 10:2 16:1
**Plaintiffs'**
9:12
**plan**
85:9 106:1,1
**planned**
156:23
**plans**
66:18
**plausible**
87:24
**play**
20:9,24 21:9 22:16
22:17 24:7 145:5
**played**
20:22,22
**player**
68:14,16
**please**
8:10 24:15 33:4
44:22
**PLLC**
4:12,20
**plus**
78:17
**point**
34:19 68:12 70:11
71:4,22 80:12 92:20



94:19 96:22 97:6
98:3 128:5 135:19
157:14
**political**
144:9,10 146:12
**politician**
146:2
**politicians**
141:10 145:16
**politics**
141:5 145:5
**polycythemia**
68:7,23
**population**
26:6 105:2 110:6,12
**posited**
32:11
**position**
9:12,13
**positive**
63:23 118:1 126:3
**possibility**
97:24
**possible**
28:6,19 29:6 47:23
49:1 57:16 59:15
73:5 111:15,20
122:3 151:14
**post-pubertal**
40:22
**postmenopausal**
54:8
**posttreatment**
125:13
**potential**
59:5,10 66:16,16,17
67:1 69:5 78:9 89:6
90:3 117:8 122:15
123:23
**potentially**
116:18
**practice**
21:23 68:7 79:15
80:24 81:13 105:12
109:5,6 110:19
114:24 118:23

119:4 138:19 140:4
143:21 153:13
**practices**
154:15
**practicing**
105:13 153:9
**practitioner**
21:20
**pre-pubertal**
19:20,22 25:15,22
**preceptor**
105:23,25 106:3,7
**precocious**
84:7,8,15,20 85:2,8
86:5
**predicament**
144:25
**predictive**
28:22 29:3 40:23
**prefer**
60:23 61:21
**preference**
22:17 24:7 25:13
**preferences**
25:8
**prefrontal**
96:10 100:23
**pregnancy**
75:3 78:2,3,7
**preliminary**
7:4 13:22 14:4,8
**prenatal**
42:24 43:11
**prepare**
15:23
**preparing**
16:5,10 118:23
**prescribe**
48:17 53:9 58:1
64:17 72:6 129:12
**prescribed**
49:18 50:7,12 51:2
51:15,19,22,24
117:23 151:22
153:3,25
**prescribing**

53:24 55:7,13 71:10
105:16,22 106:6
139:4 152:18
154:17 155:5,11
**presence**
150:18 158:11
**present**
10:3,5 84:21 119:1
**presentation**
153:5
**presented**
10:16 44:10 80:10
**presenting**
45:9 118:25
**Preserve**
143:14
**President**
2:22
**pressure**
68:18 144:9,10
146:12
**presupposed**
87:4
**pretreatment**
125:12
**pretty**
28:10 120:12
**prevalence**
27:10,14 110:13
**prevent**
85:19
**prevented**
116:12
**previous**
75:17 99:24
**previously**
120:8
**primarily**
25:18
**primary**
17:19 18:8 25:17
62:15,17 136:16
137:18
**principles**
95:8 156:10
**prior**

9:5 11:14
**private**
145:1
**probably**
103:23 115:2 148:5
**problem**
40:20 68:1 145:17
146:3,6
**problematic**
40:11
**problems**
68:4 82:11 124:22
139:25
**procedure**
93:5
**proceed**
49:6 77:9 107:12,19
**proceeded**
76:16
**proceeding**
9:22 107:7
**proceeds**
74:16 82:18
**process**
72:4 75:15 76:17
77:1 92:9,15 143:15
144:7,14 153:18
154:1,6,12,19 155:6
**processes**
154:7,14 155:15
**produce**
83:24
**produced**
135:5
**production**
85:5
**productive**
59:6
**professional**
18:9 119:1 139:22
**professionals**
17:23 18:13 50:19
**profile**
69:16
**program**
96:8



**programs**
96:15 100:25
**progressing**
49:3 97:3
**progression**
75:20 76:20 85:19
**prominent**
122:15
**proper**
124:16
**proposed**
147:14
**proposing**
95:24
**proposition**
41:3 42:19
**pros**
121:22
**prospect**
78:16
**protocol**
154:8
**protocolize**
155:19
**protocolized**
155:22 156:6
**prove**
44:9
**provide**
21:19 22:23 48:9
  50:1 54:6 63:3 72:3
  102:5 121:25 124:1
  129:21 130:1
  132:12,23,25
  133:13 137:10
  150:12
**provided**
51:9,14 86:20 99:7
  131:2 133:2 151:18
**provider**
22:3
**providers**
153:10
**provides**
72:7
**providing**

32:4 50:23 61:14,16
  63:7 66:9 70:7
  128:11 133:12
**provision**
132:2
**proximal**
59:7 61:9 85:4
**psychiatrist**
142:5
**psychological**
7:20 122:24
**psychotherapist**
47:1
**psychotherapy**
46:23 47:2,7,13,14
  47:17,21,25 48:6,7
  117:25 118:6
  123:11,13,19,22
  124:6
**pubertal**
25:19 48:21 49:1,19
  51:7 74:19 75:1,19
  76:15,20 77:10
  87:25 88:23 89:2
  93:9,14 94:9 97:19
  97:22,24 98:18 99:7
  101:5,20 102:16,21
  103:15 104:16
  117:23 135:12
  138:25 154:17
  155:5
**puberty**
7:21 48:10,15,23
  49:3,5 64:13,17
  65:6,7,12 71:17,19
  71:24 72:12 74:15
  74:23 76:22 82:17
  82:23 84:7,8,9,15
  84:20,24 85:1,2,9
  85:10,18,19 86:5,9
  88:2,8,9,11,14,15
  88:18 89:7,12,20
  90:4 92:9,11,14,18
  96:8,15 97:3 98:4,6
  98:7,11,11,25 99:16
  100:25 101:3,6,11

105:7,17 106:6
  107:5,6,12,19
  117:19 127:1
  128:11 130:2
  153:25
**public**
2:5 141:25 158:3,23
**published**
72:17 125:16,18
  126:10,18,22
  128:15 137:15
  138:15
**publishes**
140:3
**pulled**
21:6 141:25
**pulling**
23:7
**purpose**
57:9 61:13,16
**put**
37:11 39:15 41:8
  42:17,23 63:25 68:4
  68:4 81:5 129:9
  144:22,24
**putting**
60:17

---
      **Q**
**qualify**
57:23
**qualitative**
109:20
**quality**
53:25 55:9,15,24
  56:12 58:3,18 59:1
  59:2,12,25 60:22,23
  61:1,6,19,22 62:3,4
  62:5,8,24 63:8,12
  63:15,20 64:11
**question**
15:25 19:2 20:24
  21:1,24 25:4,10
  28:20,24 29:2,5
  33:4 37:2,12 39:11
  39:12,25 40:6 44:13

46:7,8 50:10,22
52:14 53:2,11 55:1
55:6 60:3,6 62:1
63:5 69:17 74:4,10
75:6 80:20 81:3,6,7
81:12,17 82:10
83:12 87:4 89:25
90:2 91:3 93:8,13
93:17,22 95:18,23
97:11 98:24 99:3,12
99:16,22 100:8
104:1,2 109:7,12
110:16,17 113:25
114:2 116:1 117:10
118:10,13 120:12
122:12 129:20
130:18 134:15
139:14,15,20
141:16 143:10
144:18 145:4,13
146:9 147:3,7
151:15
**questioning**
25:24
**questionnaire**
110:9
**questions**
10:15,22 21:18,19
  23:19,21 28:12,17
  59:18 99:25 112:6
  117:17 135:15
  156:19,24 157:13
  157:13,16
**quite**
25:8,22 64:24

---
      **R**
**R**
2:11,16 8:20
**raised**
44:4
**Ramer**
4:19 6:5 8:13,13 9:2
  9:14,17,23 10:7
  11:2,18 12:2,16,22
  13:10,16 14:1,16,22

15:10 18:15,25 19:6
19:23 21:12,22 22:8
23:23 24:12 26:1,23
27:7,25 28:5 29:5
29:11,23,24 30:22
31:8 32:23 33:5,12
33:18,22 34:6,23
35:9 36:21 37:4
39:4,12 41:1 42:20
44:13,16,23 45:12
45:18 46:5,15,21
47:3,15,24 48:9,14
49:4,11 50:1,6,20
51:23 53:3,19,23
54:5 55:12,20 56:7
56:24 58:2,15 59:9
60:19 61:12,20 62:7
62:21 63:24 65:9,20
66:7,25 69:20 70:6
71:4,9,22 72:2 73:1
73:16 74:8 75:7,12
75:14 76:3,8,14,25
77:8 79:15 80:15
81:6,21 82:6,15,22
83:12,18 84:6,13,19
85:8,13,22 86:8,13
86:23 89:5 90:16,24
91:13,18,25 94:1,25
95:7 97:17 98:10
99:12 100:2,9,14
101:21 102:7 105:6
107:3,10,17,24
108:6,11 110:15,25
112:7,15,20 113:2
113:17 115:9,13
116:13,22 117:11
119:7,15,21 120:5
122:14 123:24
124:10,25 126:7,16
127:17 128:10,24
129:13,18 130:1,7
130:12 132:19
133:16,22 134:2,7
134:13 135:8 136:4
136:12 137:21
138:3 139:13

140:17,22 141:3,8
141:14 143:1 145:7
145:15,25 146:15
147:25 149:3,23
150:5,11,25 151:11
151:17 152:12,22
153:23 154:25
156:11,19,21,23
157:4,11
**randomized**
63:17
**randomizing**
115:5
**randomly**
114:25
**range**
49:17 54:20 67:6,7,9
70:1,2,3 71:12,12
**ranges**
69:22 71:14,20
**rare**
51:3
**ratio**
41:19 63:21
**rationale**
66:15 116:11
**RAY**
1:9
**reach**
9:8 137:23,25
**react**
26:25 27:1
**reaction**
91:9
**reactions**
26:11,15
**read**
16:17 17:10 20:11
29:22 30:3 66:19
73:22 91:16 92:7,8
92:12 93:2,3,11
94:6,7,14 96:10,17
97:10 99:14 102:3,7
102:9,19,20,25
103:6,8,10,13
104:10,11,21

111:12,12,15 113:3
113:3,10 117:7,20
119:5 122:6 130:18
131:21 132:20
142:16,17 143:1
155:3 157:19
**reading**
73:23 100:9 102:11
117:9,16,16 119:2
124:13 127:25
135:16 146:7
158:18
**reads**
96:24
**real**
63:13,25 93:13 101:8
144:25
**real-life**
101:2
**real-world**
93:8
**really**
27:25 28:20 56:16
78:14 79:9 89:20
93:1 143:9
**reason**
30:6 49:15 50:20
87:2 104:3 114:4,12
115:24 116:6
140:16
**reasonable**
137:22,25
**reasoning**
97:5
**reasons**
31:17 72:13 83:11
140:15
**Reassignment**
7:22
**recall**
21:2 44:16,23 74:14
91:5 129:9
**receive**
47:9 48:15 50:14
143:18 153:11
**received**

86:15,18 116:3,3
**receiving**
47:20 48:19,21 50:22
117:25 121:7
123:10
**Recess**
46:18 82:3 90:20
91:22 120:1 142:23
**recognize**
142:1
**recommend**
154:20 155:7
**recommendations**
140:8,14 144:22
**record**
8:5,8 9:7 46:16,20
82:1,5 90:19,21
91:15,20,23 103:6,8
103:10 119:22,24
120:2 142:19,21,25
157:18,23
**recover**
107:14
**recreate**
122:2
**red**
68:8 115:17,20,22
116:3,11
**reduced**
59:13 61:19,22 62:4
62:25 158:10,13
**reducing**
60:20,24 61:12
**reduction**
59:21,22,24,24 60:14
62:9 63:25 157:6
**refer**
128:24
**referenced**
41:11 100:11
**references**
98:17
**refers**
26:9
**reflection**
35:12



**regarding**
82:11 93:6 98:17
   110:17 111:14,18
   130:13
**regardless**
53:24 55:1,8,13
   99:22 134:14
**regards**
41:8 89:19 101:14
**regional**
94:13
**regret**
38:19 79:24
**reinvented**
154:6
**reject**
24:5
**rejecting**
23:6
**rejection**
20:7,10 21:25 22:3
   22:25 24:18
**rejects**
23:15
**related**
22:21 28:13 38:18
   52:18 65:12 87:20
   94:21 98:20 100:1,5
   104:14 109:3,11,22
   110:9 127:7 132:16
   135:15 141:21
   150:17,18
**relates**
98:14 143:13 144:12
**relationship**
53:8 80:6 134:22
**relative**
110:11
**relatively**
93:3
**release**
144:2
**relevant**
66:23 68:6 113:7
   119:4
**reliable**

18:18 19:1,3
**reliably**
118:9
**rely**
57:17 140:7
**relying**
24:23 39:4,6 58:9
   63:2 128:13 129:10
**remember**
69:9 140:9
**remind**
124:14
**rephrase**
73:9 104:2 114:12
**replicate**
71:24
**report**
16:2 62:24,25 117:3
   130:22,24 132:7,14
   133:10 134:11,18
   134:25 135:18,20
   136:6,7,17 137:7
   138:6,10
**reported**
110:14 123:14
**reporter**
8:11 10:23
**reporting**
97:18,21 126:2
**represent**
92:2 141:23
**represented**
105:1
**representing**
8:16 16:1
**reproductive**
146:20
**request**
10:21
**require**
47:22 64:18 76:10
   83:9 86:25 95:8
**required**
95:11
**research**
92:21,22 93:6,7 95:2

95:21 109:9,11,15
   117:1 118:15
   122:12
**researching**
105:7
**resolution**
47:21
**resolve**
47:17
**resolving**
58:4,19
**respect**
9:8 32:20 43:21
   65:13 84:8 102:5
   108:19 123:14
   130:9 138:25
   139:23 143:6 145:9
   145:17 152:14
**respective**
158:19
**response**
53:15 78:5
**rest**
17:21
**restrictions**
144:4,5
**result**
76:5 100:16 114:25
   116:5 144:3
**resulted**
123:4
**resulting**
82:12
**results**
121:21 126:3
**return**
31:8 125:1
**returning**
12:11 146:16
**review**
16:9 65:12 66:14
   81:9 91:15 111:14
   111:18,23,23,25
   112:4,8,11,17
   113:22,24 132:24
   134:8 135:12,14

137:22 138:13
   140:13
**review'**
113:9
**Review's**
138:5,10
**reviewed**
15:25 16:2 137:7
**reviewing**
110:3,3,6
**reviews**
112:5 113:20 127:18
   136:19 137:14
   138:4,9
**RICHARD**
2:12
**right**
18:3,16 23:11 24:21
   26:7 27:4 31:13
   32:2 41:11 42:13
   52:25 61:14 62:6
   64:2 65:17,19,21
   70:14 71:24 75:9,21
   76:11 85:2,4 90:14
   91:1 92:25 95:4
   96:1 100:21 102:12
   106:7 116:9 117:21
   123:17 129:6
   133:18,24 134:4,6,9
   134:15 136:1 145:2
   147:8 152:6 154:13
**risk**
64:24 65:14,16,25
   67:19 68:18 69:2,6
   69:8,15,18 70:19,23
   70:25 71:5 72:22
   88:14 89:17 101:23
   113:18 116:19
   117:5,14 118:18
   119:8 120:11
   143:18
**risks**
66:9,17 67:1,11 68:3
   68:25 84:21 89:21
   101:19,22 102:5
   123:25 124:5,6

143:23
**rivals**
129:19
**road**
153:5
**ROBERT**
2:3
**robust**
128:17 137:9
**rodent**
96:19 97:11 98:22
    99:23 100:10,13
**rodents**
95:4 96:7,13 99:14
    100:22,24
**role**
141:20 145:5
**romance**
109:21
**room**
145:24
**Rosenthal**
72:16
**rough-and-tumble**
20:9
**rules**
10:12
**run**
137:14
**runs**
68:15

---

**S**

**S**
  6:1,8 8:20
**S-46**
  111:7 125:3
**safe**
58:10 63:10 137:6
**safety**
32:24 33:6 59:19
    86:15,25 87:13
    101:19
**sample**
115:5 116:17 122:8
    122:13

**sampled**
115:1
**sampling**
115:1
**satisfactory**
86:15,18,25
**satisfy**
26:22 27:4 151:12
**satisfying**
22:4 24:21
**saw**
129:3
**saying**
18:1,5 24:1,16 25:14
    37:5 39:21 51:12
    53:7 57:7,23 67:3
    89:24 112:1 117:15
    131:2 132:13 148:7
    149:14 155:21,22
    156:13,16
**says**
26:24 27:15 30:1
    38:6 46:7 75:16
    80:10 92:8 93:4
    94:9 96:6,13 97:15
    102:21 111:13
    113:4 125:9 132:20
    135:20 151:2 155:4
**scale**
71:24
**scaling**
72:4,10
**scan**
64:18
**scenarios**
65:8,10
**schedule**
154:9
**schizophrenia**
17:7
**school**
77:21 89:16 114:22
    156:4
**SCHULZE**
2:15
**scientific**

31:20 54:3 116:11
    143:14 145:6,18
    146:1,9
**scientist**
97:17,20,23 116:10
**scoring**
88:11
**Scott**
142:2
**screen**
68:23
**screening**
68:21,22 140:10
**script**
66:19
**se**
28:25 48:19 49:10
    62:13
**second**
92:6 94:5 104:6
    111:9 143:11
**secondary**
37:25 146:22 150:17
    150:19 151:4,7
**section**
20:17 21:4 103:6
    124:13
**see**
11:11 15:4 20:1
    25:21 26:13 27:11
    27:18 29:14,15,19
    32:17 54:15 63:13
    63:14,25 88:7 96:4
    102:17 104:8 108:1
    111:10 119:3
    122:19 125:6,14
    142:8 146:25
    152:25 153:1
**seeing**
17:17 18:12 25:18
    37:24 64:3,3 91:5
    98:16 121:11
    145:22 150:21
**seen**
18:12 50:25 51:18,21
    62:2,7 91:4,7 129:4

134:19 135:4
138:16 141:17
**sees**
105:25
**segment**
119:16
**Seldin**
4:3 10:1,2
**selection**
116:15
**Selendy**
4:12 8:19
**self-concept**
35:25
**semantics**
35:2
**sense**
10:17,24 43:17 52:24
    53:11,18 119:19
    142:13 151:9
**sentence**
30:1 75:16 92:7 93:2
    93:3 94:6 96:3,6,13
    96:24 97:9 102:16
    102:19,20 103:5,12
    104:7,10,11 111:9
    125:9 149:9
**sentences**
96:23 104:3
**separate**
37:10 59:12
**sequence**
121:19
**serious**
77:15
**services**
2:3 122:25
**serving**
16:13
**set**
124:4,25 158:7
**seven**
9:10 31:10 81:12
**sex**
37:25 70:21 146:18
    146:22 147:5,11,12



147:14 150:8,17,19
151:4,5,7
**share**
101:15 133:10
**shared**
44:8 91:12
**sharing**
41:23
**sheep**
98:21
**sheet**
6:16,20,24 7:9 12:6
13:1,19 14:25
**short**
119:18 144:11
**show**
62:9 96:7
**showed**
62:8 114:23
**showing**
47:25
**shown**
96:19 97:12
**Shumer**
3:1 6:4,12 8:6 9:3,9
9:17 10:8 11:2,3,19
12:3,17,23,24 13:11
13:17 14:2,16,17,22
14:23 15:11 16:19
16:25 19:6,7,24
27:8 29:12,22 31:9
45:19 46:21 73:19
81:5 82:7 90:24,25
91:25 92:1 94:2
110:25 111:1 120:5
120:6 125:2 131:13
141:14,15 143:2
157:11,19
**side**
124:4 125:1
**side-effect**
64:21
**side-effects**
66:16 69:5
**sides**
146:8

**sign**
66:6 157:20
**signature**
158:17
**significant**
31:15 56:11 84:21
87:16 89:4 99:5
121:21 127:11
150:6
**significantly**
49:10
**similar**
23:3 66:12 67:11
87:20 89:8 118:2
137:4 138:24
140:14 141:19
152:10,10
**similarly**
1:6,8,10,14,16,19,21
**simple**
151:14
**simply**
46:8 57:23 88:21
111:23
**sitting**
60:7
**situated**
1:6,8,11,14,16,20,21
**situation**
24:25 56:3 57:10,13
66:24 78:22 79:23
80:10 83:8 89:13
**situations**
41:24 42:2 45:5
95:11 130:17
**six**
126:5 131:16 146:17
**size**
116:17 122:8
**slightly**
101:3 116:2 117:12
**small**
17:2 54:9 116:17
122:9,12
**Smith**
2:14 4:11 8:18,18

**SOC8**
125:3,16,18 126:9,17
138:18 143:7
145:10
**social**
30:1,10,14,18,20,23
32:12 36:4,20 37:7
38:10 96:16 97:1,6
101:1
**societal**
25:2 35:21 36:1,10
118:8
**society**
21:11 36:2,5,14,16
72:3,5 110:21
112:16 136:23
137:2 138:18 139:2
139:21,22 140:3,16
**somebody**
52:16 56:8 127:18
134:14 156:25
**somebody's**
33:14
**someone's**
28:21 34:1 58:23
67:8 79:1 147:21
**somewhat**
109:10 140:5
**son**
23:17
**sorry**
9:18 12:23 45:18
55:11 64:8 73:8
76:13 100:7 108:14
109:7 112:24
140:21 156:24
**sort**
27:10 36:1 82:9
88:17 96:2 97:6
118:10 122:24
153:4
**sorts**
21:7
**sound**
50:25 88:5 149:18
**sounded**

**39:20**
**sounds**
135:16
**source**
18:18,21 19:1 150:15
**sources**
115:6 117:8 137:18
**South**
1:2 2:1,1,5,8,9 5:4,7
5:12,14,17 9:20,24
10:6
**speak**
56:20 139:10
**speaking**
17:4,12,24
**specialized**
114:15
**specific**
48:8 97:16 100:13
111:24 120:16
141:18 147:23
**specifically**
16:4 25:6 121:7
125:4 135:1 139:9
147:14
**spectrum**
27:17,21 110:8
**spend**
155:21
**spending**
22:14 132:17
**spent**
9:9 25:6
**sperm**
83:25
**spine**
94:12
**spoke**
18:6
**SR**
2:14,15
**Sruti**
4:2 8:15
**sswaminathan@ac...**
4:8
**Stage**

75:1 82:17 106:12
151:2
**stages**
71:19
**standard**
72:15 84:19 143:22
144:2,7
**standards**
109:6 110:18 111:5
112:11 136:22
139:4 140:1 141:22
146:11
**start**
49:20 50:17 54:17
56:8 67:3 71:17
80:13 97:20 100:8
120:20 143:10,11
148:6
**started**
57:24 106:12 117:2
132:17 133:7,9
**starting**
9:6 17:3 19:25 60:13
71:23 77:20 78:25
155:1
**starts**
94:4,4 111:9
**state**
157:18 158:1,4
**stated**
45:15
**statement**
17:15 30:7 88:25
92:23 101:24
139:11 151:25
**statements**
103:3 143:5 145:8
**states**
1:1 38:19
**stating**
147:4
**steering**
21:4
**stenographic**
158:16
**stenography**

158:12
**step**
85:21
**STEPHENSON**
2:16
**stereotypical**
20:18,20
**stereotypically**
20:24 21:10 23:15,16
25:3
**sterility**
82:12
**STERLING**
1:4
**sticking**
27:7 29:11 92:24
94:1 95:25
**stopping**
85:4
**store**
20:17 21:2,4,7 23:4,6
23:8
**story**
22:14
**straightforward**
25:9
**strategies**
152:13
**stray**
92:2
**Street**
4:5 5:6
**strength**
43:23
**strengths**
121:17
**stress**
150:15
**strictly**
122:1 147:15
**strong**
20:6,8,10 21:25 22:2
22:25 24:18 26:10
38:16 157:8
**strongest**
30:16 123:2

**strongly**
57:20
**structure**
72:8 102:23 103:19
**student**
114:22
**students**
115:2
**studied**
82:10 87:9
**studies**
41:11 42:23 48:4
60:16 62:18,19,23
64:9 84:14 87:19
94:9,17,21 96:6,13
96:19 97:12,18,21
98:23 99:13 100:11
100:13 102:9
109:22,24 112:3
113:18 114:1,2
117:4 118:18 121:1
126:2,5,24 128:2,4
128:6 136:25
137:13
**study**
30:23 31:2 42:11
47:25 48:8 60:9,10
62:8,13,14,16 63:2
87:17,18,23 95:24
98:20 99:4 100:21
100:24 102:11
105:7 108:10,23
109:13,17,20,20
110:1 114:7,7,17
115:3,5,15,16,18
116:18,19 117:2,3,7
117:9,14,16,20
118:9,12 119:9
120:7,11,14,21,23
120:24 121:16,17
121:22 122:1,4,16
123:2 124:12,16,19
125:10,10,19,21
126:10,11,17,21,25
127:5,7,12,19,21,24
129:1,3,14,14,17,19

142:12
**studying**
95:3
**subject**
93:19 95:21
**subjects**
124:11
**submitted**
11:5 16:8
**subsequently**
18:12 110:13 112:6
**subtle**
35:1
**subtly**
35:7
**successfully**
123:8
**suffer**
56:10 106:24 113:18
150:6
**suffering**
55:14
**sufficient**
47:17 57:25 129:11
**sugar**
68:19
**suggest**
26:18 28:9 37:15
43:25 44:2 47:20
58:9 74:25 78:15
89:1 113:4 131:25
151:15
**suggested**
50:11
**suggesting**
78:16
**suggestion**
75:5,7
**suggests**
37:17 43:10 104:8,12
135:18 137:12
**suicidality**
59:23 60:15
**suicide**
59:24 157:6
**suicides**

157:10
**Suite**
5:6
**super-physiologic**
69:10,23 70:8,12,13
70:21
**superman**
68:17
**supervision**
106:7
**supplementation**
54:9
**support**
37:13 41:3 42:9,18
43:15 44:10 49:17
55:19 58:14 74:11
90:5 118:8 122:24
138:5,10 152:13
**supported**
147:15
**supporting**
43:25 86:2,4
**supportive**
121:4
**supports**
156:3,4,5
**suppose**
29:8,10 147:21 153:2
**supposed**
140:10
**suppressed**
74:15
**suppressing**
92:11,18
**suppression**
7:21 48:21 49:2,19
51:8 74:19 75:1
76:16 77:10 82:17
82:23 87:25 89:2
93:9,14 98:18 99:7
101:5,20 102:17,22
103:15 104:16
117:23 135:12
138:25 154:18
155:5
**sure**

18:20,21 25:24 29:23
49:9 54:7,25 56:24
58:16 62:14 63:5
74:9 81:24,25 95:19
103:18,21 109:8,11
117:13 133:6
142:20 149:2
**surgery**
76:10 77:4,13 123:6
**surprised**
99:9
**sustained**
67:24
**Swaminathan**
4:2 8:15,16 9:5,16
18:4,19 19:15 20:15
21:17 22:5 23:12
24:2,22 26:17 27:5
27:23 28:3,8 29:9
29:21 30:8 31:6,16
33:3,10,16,20 34:3
34:21,25 35:17 37:1
37:14 39:8 40:4
42:14 43:19 44:11
44:15,21 45:3,14
46:3,13,25 47:11,19
48:3,12,25 49:8,24
50:4,9 51:13 53:1
53:14,21 54:2 55:10
55:17 56:2,14 57:4
58:6,20 59:14 60:25
61:15,23 62:11 63:4
64:23 65:18 66:4,11
69:3,25 70:10 71:7
71:15,25 72:24
73:14 74:5,18 75:10
76:1,6,12,23 77:5
77:14 79:19 81:4,19
81:25 82:13,20 83:1
83:15,22 84:11,17
85:3,11,15 86:6,11
86:17 88:3 90:17
91:10,14 93:24
94:18 95:5 97:14
98:2 99:2,19 100:4
100:12,18 101:25

105:3 107:1,8,15,22
108:3,8 110:5
111:21 112:13,18
113:1,13 114:20
115:11 116:8,20
117:6 118:20
119:10,19,23
122:10 123:16
124:8,18 125:22
126:14 127:6,22
128:14 129:7,16,24
130:5,10 132:15
133:4,20,25 134:5
134:10,16 136:2,10
136:15 137:24
138:22 139:19
140:20 141:1,6,11
142:20 143:8
145:11,19 146:4
147:20 148:4 149:7
150:3,9,14 151:10
151:13,20 152:16
153:21 154:22
155:20 156:14,17
156:20,22 157:2,7
157:16
**swear**
8:12
**Sweden**
131:3 133:12,17
**switching**
84:6 105:11
**sworn**
8:22 158:8
**symptoms**
52:10,18 54:23
**Syndrome**
54:15 55:3
**system**
106:15 108:4,7
119:12 122:23
123:3,18,20 137:12
138:24 139:12
140:6 155:16
**systematic**
111:13,18,23,25

112:4,5,8,11,17
113:9,19,22,24
136:18 137:14
138:4,9,13

**T**
**T**
2:15 6:1,1,1,8
**table**
57:21
**take**
44:12 49:5,6 69:7
74:16 80:18 91:14
91:18 107:13,20
119:18
**taken**
3:2 8:7 9:10 84:15
140:13 158:6,16
**takes**
67:15
**talk**
10:22 79:7 84:7
105:12 128:19,20
130:19 131:25
132:8,9,13,21
134:25 150:23
**talked**
126:20
**talking**
31:21 37:16 38:14
39:13,24,25 41:1
42:19 45:7 49:12,22
58:8,22 59:21 61:17
69:5 70:12 75:9
77:24 78:5 85:23
89:18 97:8 98:4,6,8
98:15 101:3,14
103:16,25 109:20
114:5 126:25
127:14 131:5 133:3
133:7 134:11,25
135:6 136:17,18,21
136:22,23,24,25
137:16
**tall**
115:7

taller
115:2
**Tanner**
75:1 82:17 106:12
151:2
**tasked**
118:14
**Taylor**
138:9
**team**
18:14 50:19 116:14
**tell**
8:22 22:18 23:14
24:18 38:23 77:8
83:2 120:10 133:6
149:14 151:21,21
152:22 153:8
**telling**
34:2,4 35:11 145:16
146:2
**tells**
22:1
**tempo**
71:17
**ten-year-old**
83:19
**ten-year-olds**
82:23
**tend**
63:15,23
**tends**
67:8 114:14 115:21
**term**
102:24 113:9 126:6
**terms**
28:20 35:25 89:9
109:12 120:22
123:25 140:6 156:2
**TERRI**
2:16
**test**
33:13,14
**testified**
8:24 13:21 14:12
15:6
**testify**

158:8
**testimony**
11:15 12:8 13:3 14:4
14:7 15:13,17,20
24:3 40:5 42:15
56:15 58:7 61:24
73:20 102:1 105:4
127:23 129:8
145:12,20 158:9,12
**testosterone**
43:3 51:2 52:3,6,8,10
52:13,17,18,19,20
52:23,25 53:8,12,16
53:24 54:9,16,17,18
54:19 55:7,13 56:17
56:22 57:1,8,15,25
60:8,13 67:1,4,5,7,8
67:10,13,15,17,25
68:5,9,13,15,16,21
72:21 73:2,7,11
78:17 96:14 100:24
148:23
**tests**
88:12 140:10
**thank**
9:16 44:15 74:1 82:8
110:15 113:17
157:11
**therapy**
59:11 75:18 124:7
129:21 149:6
150:13
**thereof**
9:15
**thing**
68:2 101:8 118:21
127:25 155:10
**things**
28:18 32:12 39:18
41:20 60:17 61:17
66:17 68:18,21,23
78:4 94:23 102:2
118:11 120:17,18
121:9 124:20,23
133:9 152:18 156:2
**think**

15:16 18:5 19:1,2
20:23 21:5 22:11,12
25:14 26:24 28:15
28:19,24 31:17,21
32:9 35:1,6,18 40:7
41:15 42:17,18
43:17 44:11 45:4,4
52:7,11,15,22 56:3
56:7,9 57:5,9,16
58:22 60:2 61:1,16
62:1,12 63:9 65:2
67:14 68:2,14 71:2
72:11 73:9 74:2,6
81:21 82:24 83:13
83:16,18 86:18
87:18 88:15,22,25
89:10,10,21,25
90:13 92:20 94:16
99:3,21,24 100:7
101:13 102:2
103:14,22 109:10
111:22 112:1 113:9
113:14,21 115:4,15
116:9 117:7,15
118:1,22 121:9,22
122:11,14 123:17
124:16,22 125:23
126:19 127:9
129:17 130:20
132:4 133:7 134:24
135:15,19,23,24
136:7,12,18 139:7,8
139:20 143:9,9,10
143:20 144:11,20
145:3,13,21 146:3,7
146:25 148:5,6
149:1 150:5 155:13
155:18 156:15,15
156:17 157:21
**thinking**
18:7 25:6 40:12
56:17 59:19 60:5
95:12 113:15
118:11,11 121:24
155:23
**third**

10:8 19:25 20:4
**thirties**
80:17,19,21
**Thomas**
2:16 5:11 9:19,23
**thomashydrick@s...**
5:16
**thought**
25:24 53:10,23 55:6
55:7,12 74:3,7
114:3 129:3
**three**
27:9 73:22,25 113:2
126:5 142:17 155:3
**time**
8:8,9,10 9:9 10:8
22:14 25:6 37:20
38:17 40:11 42:2
44:12,22 46:15,17
46:20 55:11 62:5
64:4 65:2,6 67:25
74:3,7 79:5 80:1,9
81:23 82:2,5 90:19
90:22 91:21 103:20
106:5 108:14
115:22 119:5,17,25
120:16 121:18
125:25 129:10
132:18 140:13
142:22,25 155:21
157:12,23 158:7
**timed**
65:7
**times**
10:11 95:21
**timing**
71:16
**tiny**
120:25
**today**
8:7 15:24 16:5,6,10
28:22 65:25 80:14
89:19 98:15 121:16
128:17,22,23
142:12 157:12
**token**

156:7
**told**
149:4,10
**tolerate**
54:21
**tool**
40:15,16 118:19,24
119:1,5,8,13
**top**
113:1 124:15 141:24
**topic**
54:22 77:16 79:2
83:3,6 99:25 100:1
100:6 101:17
132:17 133:14
**topics**
79:10 83:5 91:11
98:9 101:13 132:1
132:16 138:17
140:4,5
**total**
9:10 137:2
**totally**
54:10
**touch**
108:9
**toy**
20:17 21:9 22:16,16
22:17,17 23:4,6,10
23:25 24:7 25:8,13
**toys**
20:7,11,14,17,19,19
20:21,21,25,25 22:1
22:25 23:15,16 24:4
24:19,25 25:3,5
**track**
130:8
**trainee**
105:25
**training**
72:18 105:20
**trait**
41:13,14,23,25
**traits**
27:17
**trajectories**

104:19
**trans**
32:13 38:5 68:5
69:12,18 70:15,17
70:23 144:24 152:2
152:11 153:1
**transcript**
6:14,18,22 7:7,11
11:21 12:19 13:13
14:19 15:12 16:17
17:1,2 18:6,10
81:11 112:21,25
131:14,19 135:4
155:1,1 157:17,20
158:16
**transgender**
7:15,17 31:25 55:21
56:4,10 69:21 75:23
76:3,8,15,18 77:9
90:10 93:9,15 130:9
139:7 148:25
**transition**
30:10,14,18,21,23
56:13 57:2,9 61:14
62:10 64:14 75:25
76:10 80:1 85:14
86:2 108:24
**transitioned**
55:25
**transitions**
30:2
**treat**
46:22 47:1,5,14 49:5
64:15 72:21 84:25
85:2 115:18 139:25
148:3,24 150:13
152:1
**treated**
47:13 51:7 56:18
101:5 108:23
127:15
**treating**
26:6 58:12,13 86:10
152:3
**treatment**
56:1,5 59:11 67:2

70:7 71:10 73:2,11
75:17 84:20 85:6
86:21 95:3,15 99:8
105:17 111:14,19
117:19 126:4 128:8
128:12,16 129:21
130:2 137:6,17
140:9 148:22 152:8
152:13 153:19
**treatments**
66:13 86:4 152:5
**triage**
154:8
**trial**
63:17 134:20
**trials**
109:2
**tricky**
35:18
**trouble**
100:20
**troubling**
143:6 145:8
**true**
18:9 32:17 42:5
50:10 51:3 53:19
95:19 116:9 145:24
145:25 146:6
151:25 156:15
157:3 158:15
**trust**
138:21 139:18
**truth**
8:22,23,23 114:8
158:8,9
**truthful**
12:8 13:3 14:7 15:17
15:20
**try**
10:22 35:19 52:14
74:12 87:21 108:6
113:25 152:19
**trying**
24:13 31:18 32:8
59:3 71:16 87:19
114:16 122:19

123:4 127:17 140:9
145:1 151:14
**Tuesday**
3:5 8:2,7
**turn**
153:12 157:14
**turned**
32:12
**turning**
45:21
**twenties**
67:21 106:20
**twin**
41:11,16
**twins**
41:12,22,24,25 42:1
42:6,8,11
**two**
16:6 19:17 39:18
104:3 113:14 116:7
126:4,23 127:4,9,10
156:12,19,23
**two-round**
93:4
**two-year**
127:20
**Type**
140:11
**types**
23:19 35:23 89:22
**typical**
26:11,15
**typically**
20:7,10,14 21:25
23:10,11,25 24:19
24:20 25:11 106:19
130:15 148:10

---

**U**

**U**
8:20
**U.S**
121:25 131:4
**UCSF**
72:10,14,16
**UK**



137:14
**ulterior**
45:8
**ultimately**
59:2 61:1,6 64:13
**unable**
47:9
**unambiguous**
25:12
**unaware**
100:10
**unclear**
30:9 73:10 139:14
**undergone**
38:18
**underpinning**
32:15 41:9,10 42:22
44:1
**understand**
18:21 24:10,13 31:18
31:19 32:8 38:14
40:7,17 53:2,4
56:25 67:14 75:14
83:25 89:24 91:7
101:24 102:2,4
114:16,18 117:13
127:18 142:11
147:7
**understanding**
9:15 24:15,16,23
25:9,10 30:13 32:14
34:11,13,15 35:13
35:16 36:3,6,13,19
36:22 37:4,5,9,15
37:20 39:6,9,15,19
40:3,15,18,19,24
41:5 43:6,13,22,23
65:11 71:3 78:12
84:4 92:23 101:18
103:11 114:6
130:24 133:10
147:17,21,24 152:9
**understood**
37:22 44:19 45:1,25
46:11 47:15 48:20
87:13 92:12,19

**undertaken**
108:22
**undid**
78:4
**undo**
80:12
**undoing**
75:24
**uniform**
154:10,11
**uniformly**
64:19 78:21 151:23
**unique**
120:17 121:7 140:2
154:5 155:14
**United**
1:1 131:3 137:11
**universe**
63:6
**University**
2:9 5:4 10:5 105:13
138:8 153:9
**unknown**
88:22,23
**unrelated**
41:21
**unsatisfactory**
86:19 87:5
**unwanted**
85:19
**updates**
11:7
**upfront**
113:23
**uproar**
144:3
**use**
18:15,22 19:18 22:19
40:17 64:9,11,13
66:2,5 67:13 70:11
71:14 73:2,11 84:8
89:1 95:20 98:12
109:5 110:18,21
113:22 118:9,19
123:5 127:12
138:17,25 154:8

**usual**
10:11
**usually**
115:7 140:5
**uterus-carrying**
78:9

---

**V**

**vaccine**
116:3
**vacuum**
144:1
**validate**
32:16
**value**
78:8,11,12,13,13
79:16,20,20 80:4,5
80:25 81:14
**valued**
79:18
**values**
80:9 81:2,15
**vanity**
68:2
**variable**
123:14
**variables**
116:7 122:16
**variance**
134:23
**variations**
104:19
**variety**
72:12 109:24
**various**
136:19,20 147:13
**verbatim**
23:2
**versus**
11:15,22 12:6,9,12
13:7,13,19,22 14:5
14:9,12,19,25 15:3
15:13,18,21 47:4
80:23 101:10 126:8
131:3,3,3,14 141:24
142:1 154:16

**video**
8:6 157:18
**VIDEOGRAPHER**
3:8 8:5 46:16,19 82:1
82:4 90:18,21 91:20
91:23 119:24 120:2
142:21,24 157:21
**videotaped**
3:1
**view**
18:18 24:19 25:1,2
**visit**
48:16,18,19 50:8,15
50:18,18,23 51:1,11
51:16,20,22,25
**Vivian**
5:3 10:4
**vocabulary**
38:11
**Voe**
7:7,9 14:12,19,25
15:17 80:23 81:11
154:16
**voice**
76:5 89:14
**volume**
128:17
**volumes**
94:13
**Vries**
117:20 120:7 125:7
125:20 126:10,25
127:2 129:1,13
142:9,11
**vs-**
1:23

---

**W**

**W**
2:14,15
**W-P-A-T-H**
109:5
**waived**
158:19
**want**
9:6 43:13,21 50:25

MAGNA ▶
LEGAL SERVICES

78:6,19 90:16 91:9
91:14 96:22 98:3,7
98:24 99:10,15,21
100:5 117:12
119:21 122:2
133:11 144:24
149:2,11 151:3,6
156:7
**wanted**
77:6,7 95:14 109:14
109:25 114:21
**wants**
76:17 77:1 91:19
**Washington**
4:22
**way**
17:18 25:11 26:25
27:1 28:15 32:9
35:10 36:1,9,13,23
38:12 43:11 44:9
52:11 57:6 77:11,17
77:25 78:22 80:13
83:4,17 87:2,21
88:15,16,17 89:3
96:2 108:10 119:1
130:22 140:2 153:8
153:13 154:5 156:5
**ways**
34:9 88:19 132:23
133:1 140:2 156:2
**we'll**
81:10,11 124:25
146:15
**we're**
28:20 42:19 46:19
49:22 54:25 58:8,9
58:22 67:3 69:11,12
69:13 70:3 78:4
79:8 82:4 84:4
85:23 89:18 90:18
90:21 91:23,25
94:21 98:4,5,8,15
101:2,13 102:11
114:5 115:15,16,17
118:6 120:2 121:11
126:25 127:25

131:5 136:17,18,24
142:24 145:22
154:11 155:14,23
156:8,9,20 157:22
**we've**
104:23 123:24
142:12 154:14
**website**
72:16
**week**
16:15
**welcome**
46:21 82:7
**well-described**
121:19
**well-respected**
140:12
**went**
103:10 106:4
**weren't**
33:1,8
**WestEdge**
5:6
**white**
94:13 148:25
**WILSON**
1:24
**window**
144:6
**wish**
80:1,12
**withdraw**
75:19 76:19 89:15,16
**WITHERSPOON**
2:19
**witness**
6:3 8:12,21 9:11 40:6
81:24 91:16 158:5
158:11,18
**woman**
69:12,18 70:15,16,17
70:17,25
**women**
43:6 54:8,13 69:6,7
70:23
**Woodward**

3:2
**word**
27:10,14 70:12 94:4
114:6
**words**
10:15 38:3 94:8
113:15,21
**work**
21:23 130:7
**worked**
105:21
**working**
19:20 153:6
**works**
87:21 119:13 142:6
**world**
38:7 39:11 63:13,25
93:14 131:1
**worried**
32:2
**worsened**
63:8
**worsening**
101:10
**worth**
25:14 135:23,25
136:13 144:18
**wouldn't**
25:13 35:22,22 36:12
36:15,17 51:3 52:24
53:17,18 56:5 57:5
57:10 61:3 67:20
68:19 114:25 116:5
118:21 127:24
143:22 150:22
**WPATH**
109:5 110:18 112:10
113:5 127:25
136:22 137:3
138:18 139:4
140:15 141:22
146:11
**wrap**
45:19
**wrap-around**
122:25

**writing**
103:22 126:1 144:7
158:11
**written**
140:1,18,21,23
158:13
**wrong**
24:15 32:1 38:23
89:12 112:10,15
113:12

---
**X**
---
**X**
6:8 79:24
**XX**
43:1,8

---
**Y**
---
**Y**
79:24
**yeah**
49:25 114:21
**year**
113:14
**years**
48:11 50:3 51:7,10
65:17,20 71:21
102:22 103:16
106:13 108:19
126:23 127:4,9,10
**York**
4:6,6,14,14 138:8
**young**
7:20 45:5 48:10 50:2
50:12,24 51:4,10
57:20 77:18 104:24
125:12 153:2
**younger**
37:18 79:17 81:1,15
**youngest**
51:23
**youth**
104:15,17,18 125:11
157:9

---
**Z**
---



**Z**
79:24
**ZACHARY**
4:11
**Zack**
8:18
**Zoom**
4:3 5:3,11 10:6
**zsmith@selendyga...**
4:16

---
**0**
---
**1**

**1**
2:25 6:11 11:1,4 16:9
31:9 75:8 140:11
143:14 146:17
**1:16**
119:25 120:1
**1:26**
120:1,3
**10**
7:8 14:21,23
**10:33**
46:17,18
**10:44**
46:18,20
**100**
42:1 70:16,17,24
71:2 151:25
**10004**
4:6
**10104**
4:14
**11**
6:11,13 7:10 15:9,11
73:19,20
**11:36**
82:2,3
**110**
7:16
**11549**
5:13
**12**
6:15,17,19 7:12 19:5

19:7,24 27:8 29:12
50:2,12,15,24 51:1
51:4,10,17
**12-year-old**
51:21
**12:18**
82:3,5
**12:30**
90:19,20
**12:31**
90:20,22
**12:32**
91:21,22
**12:34**
91:22,24
**120**
7:19
**125**
4:5
**1290**
4:13
**13**
6:21,23 7:3,14 84:10
90:23,25 92:1 94:2
**13.6**
125:12
**14**
7:6,8,16 52:2 110:24
111:2 125:2 132:19
**14-year-old**
88:9,10
**141**
7:23
**15**
3:5 7:10,19 8:2 84:16
120:4,6 128:9
**1523**
4:21
**158**
2:25
**15th**
8:8
**16**
7:23 11:11 17:3 65:2
84:16 141:13,16
143:3

**17**
51:18 69:13
**17th**
4:5
**18**
57:20 153:12
**19**
7:12 132:20
**198**
81:11,12

---
**2**

**2**
6:13 11:17,19 75:1
82:17 106:12
143:15 151:2
**2:01**
142:22,23
**2:05**
142:23,25
**2:24-cv-04734-BHH**
1:23
**2:27**
157:23,24
**20**
65:23
**20.7**
125:13
**20036**
4:22
**2014**
125:7,9,21 126:10
129:1,13
**2015**
105:14 128:12,15,19
129:9,14,19
**202**
4:23
**2022**
125:16 126:10
**2024**
3:5 8:2,8 20:16
**212**
4:7,15
**22**
5:6 75:9,12 131:19

**220-9621**
4:23
**23**
46:7 131:22 155:2,4
**24**
75:11 146:18
**243**
112:22,24 113:1
**248**
94:3
**249**
92:25
**25**
106:13
**252**
102:14
**253**
96:1
**254**
91:6 92:5
**255**
104:5
**27**
108:13,16,19
**29**
46:6,7
**29-year-old**
83:5
**29211**
5:14
**29403**
5:7
**2966**
3:2

---
**3**

**3**
6:15 12:1,3 143:18
**300**
5:6
**37**
17:2
**390-9000**
4:15

---
**4**

MAGNA
LEGAL SERVICES

**4**
  6:17 12:15,17 16:25
    45:20 46:6 112:21
    112:24
**4/2/24**
  6:14
**41**
  155:1
**42**
  155:3

---
**5**

**5**
  6:19 12:21,24
**5/15/24**
  6:16
**5/16/23**
  6:18
**500**
  70:18,20
**516**
  29:14
**52**
  73:21,25
**53**
  73:24
**549-2500**
  4:7
**55**
  120:14,20 122:8

---
**6**

**6**
  6:21 7:18 13:9,12
    131:13
**6/12/23**
  6:20
**6/20/24**
  6:22
**6/29/29**
  158:25

---
**7**

**7**
  6:23 13:15,17
**7/30/24**

**6:24**
**734-4127**
  5:15
**792-4063**
  5:8

---
**8**

**8**
  6:5 7:3 13:25 14:2
    109:6 110:18 111:5
    112:11
**8/1/22**
  7:24
**8/10/23**
  7:11
**8/18/23**
  7:4
**8/21/24**
  6:12
**8/22/24**
  7:7
**80**
  75:9,12,15 76:18
**803**
  5:15
**843**
  5:8

---
**9**

**9**
  7:6 14:15,17 81:10
    154:25
**9/26/24**
  7:9
**9:30**
  3:4 8:3,9
**90**
  7:14 49:16 85:24
**95**
  49:4,13