# IDRX 10 -

# Karasic Deposition Transcript
### (Public document)

1          UNITED STATES DISTRICT COURT

2          MIDDLE DISTRICT OF NORTH CAROLINA

3

4     VICTOR VOE, by and through

5     his parents and next friends,

6     Vanessa Voe and Vance Voe,

7     et al.,

8              Plaintiffs

9     vs.                          CASE NO.:

10    THOMAS MANSFIELD, in his        1:23-cv-864

11    official capacity as Chief

12    Executive Officer of the

13    North Carolina Medical

14    Board, et al.,

15              Defendants

16    and

17    PHILIP BERGER, in his official

18    Capacity as President Pro

19    Tempore of the North Carolina

20    Senate, and TIMOTHY K. MOORE,

21              (Continued on the next page.)

Case 1:23-cv-00864-LCB-LPA    Document 168-10    Filed 11/12/24    Page 2 of 32

1    (Continued)

2

3    in his official capacity as

4    Speaker of the North Carolina

5    House of Representatives,

6           Intervenor-Defendants

7    _____/

8

9               The Virtual Video-recorded Deposition of

10   DR. DAN H. KARASIC, was held on Tuesday, September

11   10, 2024, commencing at 9:03 a.m., at the offices of

12   the deponent, in Cloverdale, California, before

13   Oneeka S. Hill, Notary Public.

14

15

16

17

18

19

20

21   REPORTED BY:  Oneeka S. Hill

1     APPEARANCES:

2

3         ON BEHALF OF THE PLAINTIFFS:

4         ABIGAIL COURSOLLE, ESQUIRE (Via Zoom)

5         CATHERINE MCKEE, ESQUIRE (Via Zoom)

6            National Health Law Program

7            3701 Wilshire Boulevard

8            Suite 315

9            Los Angeles, California

10           Telephone:  (310) 736-1652

11           E-mail:  Coursolle@healthlaw.org

12

13        ON BEHALF OF THE INTERVENOR-DEFENDANTS:

14        CLARK HILDABRAND, ESQUIRE (Via Zoom)

15           Cooper & Kirk, PLLC

16           1523 New Hampshire Avenue, Northwest

17           Washington, D.C.  20036

18           Telephone:  (202) 220-9600

19           E-mail:  Childabrand@cooperkirk.com

20

21        (Appearances continued on the next page.)

1    APPEARANCES:  (CONTINUED)

2

3                 ON BEHALF OF THE DEFENDANT:

4                 LAURA MCHENRY, ESQUIRE (Via Zoom)

5                     North Carolina Department of Justice

6                     1512 Pony Run Road.

7                     Raleigh, North Carolina  27615.

8

9

10   ALSO PRESENT:  TARA BORELLI

11

12

13   DAN REIDY, VIDEOGRAPHER

14

15

16

17

18

19

20

21

1        the cross-sex hormone side of things --

2              A      Yes.

3              Q      -- the Dutch protocol did not allow

4        prescribing cross-sex hormones before the age of 16?

5              A      Yes.

6              Q      And the Dutch researchers have

7        encountered a steep increase in referrals over the

8        years, right?

9              A      Yes.

10             Q      And the ratio of assigned male at birth

11       to assigned female at birth have shifted for the

12       Dutch researchers, right?

13             A      Yes.

14             Q      And now they treat more minors assigned

15       female at birth than they used to do compared to

16       minors assigned male at birth, right?

17             A      Yes.

18             Q      Let's go back to your rebuttal report,

19       paragraph 46.  So we don't have the same problem,

20       paragraph 46, that should be on page 18.

21                    Do you see where you talk about sex

1      stereotypes that used to exist?

2            A      Yes.

3            Q      And you don't sex stereotype boys and

4      girls today, right?

5            A      Well, I think that -- that society still

6      does have -- I mean, stereotypes still exist, if

7      that's what your question was asking.

8            Q      I mean, do you -- I mean, do you engage

9      in those sex stereotypes?

10           A      I -- I try not to.  It's in psychiatry

11     we talk about kind of transference that you do get

12     -- you know -- that you can make assumptions that

13     are based on you, rather than them, and you have to

14     constantly examine those.

15           Q      So, as for some examples, pink is not a

16     color just for girls, right?

17           A      No, that's correct.  At one time, like,

18     if you look at Ruben's paintings, the boys were

19     wearing pink.  So, in that -- at that time, pink was

20     associated with boys, and now you would not see

21     that.

1       Q    So, even today -- so, today is pink just

2    a color for girls?

3       A    No.  I mean, men -- boys and men wear

4    pink as well, but if -- if you look, for example, in

5    the all gender clinics at UCLA and you visit

6    Toronto, they -- the world-documented efforts of

7    trying to remove pink from the lives of feminine

8    boys in hopes that that might, you know, somehow

9    lessen their femininity.

10       Q    So modern practice wouldn't do that, as

11    well?

12       A    So modern -- I think modern practice

13    would not -- you know -- would not do it in such a

14    blatant way.

15       Q    And to use example of toys, trains are

16    not toys just for boys, right?

17       A    No.  Girls can play with trains, but the

18    only reason it -- that even comes up is because of,

19    you know, stereotypes of boys with trains.

20       Q    And doesn't make someone any less of a

21    girl if she likes to play with boys on the

 1          playground, right?

 2                A     No, that in -- in of itself is -- is --

 3          you know -- is a preference.

 4                Q     Let's go to your affirmative report.

 5          This is Exhibit 1.  We're going to go to paragraph

 6          100, page 28.

 7                A     Yes.

 8                Q     So gender atypical behavior is not

 9          enough to establish transgender identity, right?

10                A     It's not in the -- if -- if you're

11          establishing a -- the gender -- if you're referring

12          to the paragraph the gender dysphoria in children

13          diagnosis requires the A1 criteria of having a

14          gender identity other than the one assigned at birth

15          or -- or -- or identifying with or -- or wanting to

16          be the other gender.

17                Q     So, like, if -- makes sense if a minor

18          engages in gender atypical behavior, that doesn't

19          necessarily mean that the minor is transgender,

20          right?

21                A     Yes.

1          Q      So -- and so, I think here in paragraph

2     101, it comes immediately next, was that the concern

3     with the DSM-4 criteria was it allowed a child to be

4     diagnosed with gender identity disorder in children

5     solely based on gender atypical behavior without

6     identifying as a different sex than the one assigned

7     at birth?

8          A      That's correct.  That was the change --

9     the biggest change that was made from DSM-4 to DSM-5

10    and -- along with changing the name from gender

11    identity disorder in children to gender dysphoria in

12    child was a requirement of the A1 criteria.  You

13    could get the diagnosis from the behavioral criteria

14    without the identity criteria -- criterion.

15         Q      When did that change happen?  Or when

16    did the DSM-5 come out?

17         A      That was 2013.

18         Q      So before 2013 for practitioners

19    followed the DSM, they would have been using DSM-4

20    gender identity, is that right?

21         A      Yes, or even some of the -- the studies

1          with the highest desistance rates, like at UCLA's

2          feminine boys studies there was no diagnosis.  It

3          was before there was a DSM diagnosis even of gender

4          identity disorder in children, and in the Toronto

5          studies I've seen maybe a third of the young boys

6          did not have any diagnosis.

7                    And so, they either -- in those studies,

8          they either had no diagnosis or gender identity

9          disorder of children.

10              Q    So --

11              A    In children.

12              Q    So starting once the DSM-5 came out,

13          that's when practitioners started diagnosing either

14          children or adolescents with gender dysphoria, the

15          different types?

16              A    Yes.

17              Q    Let's go up to paragraph 43.  This is on

18          page 11.  It goes on to page 12.

19              A    Yes.

20              Q    All right.  Is this the criteria for

21          gender dysphoria in children?

1        A     Yes.

2        Q     Am I correct that your reports did not

3    consider any material from the North Carolina

4    Department of Health and Human Services about the

5    cost providing gender-affirming care?

6        A     No.

7        Q     So just to be clear what yes and no

8    means here, you -- you did not -- am I correct that

9    your reports did not consider any material from the

10   North Carolina Department of Health and Human

11   Services for the cost of providing gender-affirming

12   care?

13       A     Yes, you are correct.

14       Q     Thanks for clarifying.  I'm going to

15   introduce the Padula article here in a second.

16             (Karasic Exhibit 8 was marked for

17   purposes of identification.)

18             I've introduced Exhibit 8.  When you get

19   a chance to pull this up, is this document Padula,

20   2016?

21             A     Yes.

1          Q     Let's turn to page 3 -- 3696 and the

2     journal pages should be around page 3 in the PDF.

3     If you can look at where the article says

4     "Assumptions"?

5          A     Yes.

6          Q     All right.  So under Assumptions,

7     Padula, 2016 did not consider the cost of pubertal

8     suppression, correct?

9          A     It -- yeah, it lists HRT, which usually

10    refers to hormones as opposed to puberty blockers.

11    So -- so, it looks like it -- it says, surgery

12    HRT -- surgery and HRT and -- and the cost

13    associated with not providing -- you know -- for

14    people not getting care.

15         Q     So the article didn't look at puberty

16    blockers, right?

17         A     It -- it says HRT and -- and typically,

18    one would say puberty blockers and HRT if you were

19    considering both.  And so, I think, you know, it's

20    referring to -- to surgery, it does look like it was

21    coming from a perspective of adult care, but it does

1          say the patient population looking at is the U.S.

2          transgender population before transitional therapy.

3                    So there's a little bit of a discrepancy

4          there, and I don't know the -- don't know the

5          explanation for that.

6               Q     So HRT often stands for hormone

7          replacement therapy, is that right?

8               A     Yes.

9               Q     On page 398, if it helps, under Results,

10         but the 0.016 per member per month figure is based

11         on U.S. society paying an additional $10,000 --

12         sorry.  Sorry.

13                    The 0.016 per member per month figure is

14         based on U.S. society paying an additional $10,614

15         per person seeking benefit coverage for

16         gender-affirming care, correct?

17              A     Yes.

18              Q     All right.  Let's look at the other

19         article.  I'll introduce in a second.

20                    (Karasic Exhibit 9 was marked for

21         purposes of identification.)

1          All right.  I've introduced Exhibit 9.

2     When you've had a chance to pull this up, can you

3     confirm that this is Herman, 2013?

4          A     Yes.

5          Q     All right.  This was not a peer-reviewed

6     article, correct?

7          A     This -- yeah, it was a publication of

8     the Williams Institute at UCLA, but I -- I don't

9     think it was a peer -- a peer-reviewed.  I think

10    Williams sometimes comes out with reports that

11    they -- that they publish.

12         Q     Can you turn to page 5?

13         A     Yes.

14         Q     Do you see on the right-hand column

15    we're talking about the University of California,

16    and for the University of California, the cost of

17    individual claims averaged $29,929 per claimant,

18    correct?

19         A     Where are you --

20         Q     Yeah.  So on page -- page 5, right-hand

21    column, do you see the paragraph that states, "The

1          University of California began providing"?

2                A       Yes.

3                Q       All right.  So the last sentence in that

4          paragraph said the cost of individual claims

5          averaged $29,929 per claimant, right?

6                A       Yes.

7                Q       Did you attend the 2023 SEGT Conference?

8                A       No.

9                Q       All right.  Let's look at your rebuttal

10         report at paragraph 59.  So it's going to be

11         Exhibit 2.

12               A       Paragraph 59 --

13               Q       Paragraph 59.  All right.  Are you

14         there?  It should be page 23, paragraph 59.

15               A       Yes.

16               Q       All right.  You note that review by the

17         Florida Agency for Healthcare Administration has

18         since been invalidated, is that right?

19                       Or, sorry.  Do you -- do you note that a

20         -- there was a rule put out by the Florida Agency

21         for Healthcare Administration that has since been

1          Q     Because there was an objection, I'm

2     going to just specify a little bit more.

3               At the time of your interview with

4     Victor Voe, had Dr. Atkins diagnosed Victor Voe with

5     gender dysphoria in adolescents?

6          A     I believe so, but I don't know the

7     timing of -- of her notes.  I know that there was --

8     yeah, I -- I -- you know -- I assume that she had at

9     the time that I did the -- the interview.

10    Because -- because she was starting to have, you

11    know, distress around some changes and the breasts

12    and kind of anticipation and -- of.

13         Q     Okay.  For Victor Voe's therapist, did

14    you examine the qualifications of that therapist to

15    make a diagnosis of gender dysphoria in adolescents?

16         A     I -- I don't recall what I read about

17    that in that therapist note about her qualifications

18    or training.

19         Q     Do you know who Kristen Russell is?

20         A     No.

21         Q     Victor had no evidence of psychosis,

1        A     No.

2        Q     You determined that Victor met the

3    Standards of Care version 8 criteria for starting

4    puberty blockers, is that correct?

5        A     (Inaudible.)

6        Q     Sorry.  Was that a yes?

7        A     Yes.

8        Q     Sorry, I just couldn't hear.  And did

9    you review the therapist's letter of support before

10   opining that Victor Voe met the Standards of Care

11   version 8 criteria for starting puberty blockers?

12       A     I don't recall.

13       Q     Do you recall, at any point, reviewing a

14   letter of support from Victor Voe's therapist?

15       A     It was a while ago.  I don't recall.

16       Q     A while ago.  Is this before you

17   submitted your affirmative report, before you

18   submitted your rebuttal report, after you submitted

19   your rebuttal report?  Do you have any idea?

20       A     I -- I reviewed the initial records

21   before the initial report, and then I had reviewed

1      the more recent records when -- on submitting the

2      rebuttal report.

3             UNKNOWN:  Come on.  Come on.

4         Q    But you don't know which grouping of

5      documents the letter of support was in --

6             UNKNOWN:  Come on.

7         Q    -- from when you received that?

8         A    I assume it was with the first -- with

9      the first group.

10        Q    Besides yourself, as of the date of your

11     affirmative report, who else had determined that

12     Victor Voe met the Standards of Care version 8

13     criteria for starting puberty blockers?

14        A    I'm not sure.

15        Q    For your rebuttal report, did you review

16     any additional blood draws?

17        A    I -- I believe so.  I got a -- a few

18     records, and there may have been some labs.

19        Q    Do you know what labs were in there?

20        A    I don't recall.

21        Q    And you mentioned reviewing additional

1          A     Well, I assume that the prescription was

2     given, and then they -- they had to wait for a

3     period of time in order to get approval from the

4     pharmaceutical company to -- so that they could --

5     could afford it.

6          Q     The prescription would have been after

7     they met -- after that provider met with Joy Doe, is

8     that right?

9          A     I don't recall how the chronology

10    worked, whether -- whether putting in for the --

11    whether it was that doctor who put in for -- for

12    them to get the grant or if that doctor just worked

13    off of a prior attempt at -- at doing that.

14               I guess, because of the -- perhaps

15    because of the North Carolina law, it may have

16    initially put in to the drug company from the

17    Brillion doctor, but I don't know -- I don't know

18    the chronology.

19          Q     At the clinic where you worked, would it

20    be normal practice for a doctor to prescribe a

21    puberty blocker before ever meeting a patient?

1          A      So at the -- at any of the clinics I've

2     worked at, or in my own private practice, I had no

3     experience working with a system that is so

4     challenging that the state is preventing the regular

5     providers from prescribing the medication.  So I

6     think this was a -- the very current thing that's

7     happening is -- is a very unusual thing.

8                   I was just on a panel.  A local hospital

9     was having a day on transgender care and I was

10    speaking on mental health issues, but there was a

11    panel that included the mother of a child who had

12    recently started puberty blockers and who had had

13    trans-identification from age 4 and just kind of

14    totally coincidentally, they were from North

15    Carolina.  And so, among all the things they had to

16    cope with was moving to the San Francisco Bay Area

17    so that their child could get treatment.

18                  And so, you know, in those kind of

19    settings, it's something quite different from what

20    I've been accustom to with my patients.

21         Q      So two followup questions there.  So,

1    first, am I correct, you don't mention that mother

2    and child in any of your reports, right?

3        A    No, it was quite recently --

4             MS. COURSOLLE:  Objection to form.

5        Q    So since there is an objection to form,

6    am I correct that you did not mention the story you

7    just told me about the family moving to San

8    Francisco in your reports?

9        A    Yes, it just happened.

10       Q    And to go back to my question at your --

11   at the clinic you worked at, is it normal practice

12   to prescribe puberty blockers to a minor as a

13   treatment for gender dysphoria before the prescriber

14   ever meets the minor?

15       A    No, that would not be usual --

16            MS. COURSOLLE:  Objection.  Sorry,

17   objection to form.

18       A    It would not be -- obviously, very

19   different circumstances because the -- the care team

20   is able to prescribe puberty blockers in California.

21       Q    Did the doctor in Virginia administer

1      A      No.

2      Q      And do you know when the Patient

3   Assistance Application was submitted to the drug

4   company?

5      A      I remember the parents reporting that

6   there was a substantial delay as they waited for

7   that determination in order to not have to pay out

8   of pocket for first treatment, but I don't -- I

9   don't know the dates.

10      Q      Okay.  Did you review any records of the

11   Doe's expenses from traveling to Virginia?

12      A      No.

13      Q      Which healthcare providers had noted the

14   start of Tanner Stage 2 for Joy Doe?

15      A      So I believe it was both at UNC and at

16   Carilion.

17      Q      Am I correct that your report does not

18   identify any significant distress or impairment in

19   social, school, or other important areas of

20   functioning for Joy Doe?

21      A      So Joy had reported only kind of

1       anticipatory distress about -- about secondary sex

2       characteristics like her brothers did, but that she

3       had been in quite good spirits -- in good mental

4       health more generally.

5           Q    So can you pull up your expert report

6       real fast?  So Exhibit 1.

7           A    Oh, I'm sorry.  Been automatically

8       logged out.

9           Q    Oh, no worries.

10          A    Okay, now it's up.  All right.

11          Q    Yeah.  Do you mind showing me where in

12      your report you identify significant distress or

13      impairment in social, school, or other important

14      areas of functioning for Joy Doe?

15         A    So I had -- I had noted that the --

16      their healthcare providers had noticed her need for

17      more privacy, being more self-aware.  When I asked

18      Joy her -- she was actually in quite good spirits,

19      but she had -- she had had some social anxiety, that

20      she had more kind of anticipatory anxiety that she

21      would have changes to her body as opposed to

1    distress about her body as it was at -- at that

2    time.

3                The -- in this particular circumstance,

4    it was actually one of the arguments with -- or

5    discussions with Peggy Cohen-Kettenis who was a

6    leader on both the DSM and ICD revisions of their

7    diagnosis, so the Dutch would -- experience was that

8    in some of these pre-pubertal youth and then just

9    even on reaching the Tanner Stage 2, that the

10   distress might be more anticipatory worry about what

11   might happen as opposed to about changes to their

12   body before there was significant change.

13         Q    Am I correct that you don't use the

14   terms "anticipatory anxiety" or "anticipatory

15   distress" in your reports?

16         A    Let's see.  I -- let's see what I said.

17   I didn't say that, but that was -- I think I had

18   mentioned this fear of going through puberty like --

19   like her brothers and noting the changes that her

20   brother had made with puberty.  Let's see.

21                But I think that that was probably

1       discussion we had, and Joy -- yeah, it was in

2       paragraph 135.  Joy had observed her older brother

3       and expressed that she didn't want to grow a beard

4       or mustache and didn't want her voice growing

5       deeper.  So it was more distress over the

6       possibility that her body might change with puberty,

7       as opposed to distress with her current body.

8               Q     And you didn't describe that as distress

9       here in your report, right?

10              A     No.

11              Q     Have you been able to find a

12      comprehensive biopsychosocial assessment in Joy

13      Doe's mental health and medical records?

14              A     So there were -- I saw two assessments.

15      One was more detailed.  That one was from the social

16      worker associate earlier on and then there was

17      shorter one.  I think that was logged as an

18      18-minute assessment by the -- by a second

19      assessment that was made, and I think those are the

20      only things that I saw reviewing in the chart.

21              Q     You said an 18 -- is it 18-minute, is

1      clinic underneath her name.

2              Q       Can you scroll back up to page 1041?

3              A       Yes.

4              Q       Do you see under "Risk Assessment" where

5      it says, "There is no acute risk for suicide or

6      violence at this time"?

7              A       Yes.

8              Q       And this assessment was conducted in

9      December of 2023, is that right?

10             A       So, it says -- so where was -- what line

11     was that no -- oh, I see, "no acute risk," but there

12     was -- before that they say there's a chronic

13     elevated risk for other reasons, okay.  Yes, I see

14     it now.

15             Q       Okay.  And this assessment was conducted

16     in -- on December 1st of 2023, is that right?

17             A       December 1, 2023.

18             Q       And at the top of page 1040, is Joy

19     Doe's sex listed as "M"?

20             A       On the -- I'm sorry, at the top of which

21     page?

1        Q      On page 1040.

2        A      Yes.

3        Q      So just to confirm, Joy Doe's sex is

4        listed as "M" here?

5        A      Yes.  I assume if someone hasn't legally

6        changed their sex that the insurance still goes to

7        their sex assigned at birth.  So until that's

8        changed, it's usually not changed until it's changed

9        on the birth certificate or other documents.  It's

10       not -- it's not changed on the medical record.

11       Q      So your understanding is that Joy Doe's

12       birth certificate had not been changed to reflect a

13       female sex at this time?

14       A      Yes, that would be my guess.

15       Q      On page 1040, do you see where it says

16       "Subjective"?

17       A      Yes.

18       Q      And then it says -- going down a little

19       bit, it says, "Previous treatment and relevant MH

20       history"?

21       A      Yes.

1    Q    Is it your understanding there that "MH"

2    means mental health?

3    A    Yes.

4    Q    And then, does it say that "has not seen

5    therapist in past --

6    A    Yes.

7    Q    -- parents state they're" -- so the full

8    statement, "has not seen therapist in past.  Parents

9    state they are interested in this."

10    A    Yes.

11    Q    Does this assessment mention any

12    nightmares that Joy Doe experiences or has

13    experienced?

14    A    No, I don't believe so.  This is -- you

15    know -- it was sometime later than the other

16    assessment.  There's no mention of it.

17    Q    And if you can scroll back down to page

18    1042.  Under "Treatment Plan" -- do you see where

19    Treatment Plan is?

20    A    Yes.

21    Q    And Joy Doe's diagnosis in this

1    assessment was gender dysphoria in child, right?

2         A     Yes.

3         Q     I'm sorry, I think I misstate it.

4    Gender dysphoria in childhood, correct?

5         A     Right.

6         Q     All right.  We can put this aside for

7    now.  But at the time of your interview with Joy

8    Doe, who had diagnosed Joy Doe with gender dysphoria

9    in adolescents?

10        A     Well, so the switch to gender dysphoria

11   in adolescents of course would be with -- with the

12   start of -- of puberty.  I think in the records that

13   -- that primary care had started using that, but I

14   don't recall.

15              But, you should, you know, assess that

16   someone had -- meets gender dysphoria adolescents

17   and adulthood, you know, with the start of puberty.

18        Q     And those are different -- that's a

19   different diagnosis from gender dysphoria in

20   childhood, correct?

21        A     Yes.

Docusign Envelope ID: 60DFF5F1-3B77-4980-B37B-914FBB90BE4A

1                    CERTIFICATE OF DEPONENT

2

3              I hereby certify that I have read and

4        examined the foregoing transcript, and the same is a

5        true and accurate record of the testimony given by

6        me.

7

8              Any additions or corrections that I feel

9        are necessary will be made on the Errata Sheet.

10

11       State of New York
         County of Suffolk
12       The foregoing instrument was
         acknowledged before me this 20th day
13        of September, 2024, by DAN HALABAN          _____
         KARASIC.                                     Dan Karasic

14                                                    DR. DAN H. KARASIC
         Ariel Leigh Grimaldi
         Notary Public - State of New York
         No. 01GR0026438
         Qualified in Suffolk County
         My Commission Expires Jul. 02, 2028
15       Ariel Grimaldi
         Notary Public
16       My commission expires July 2nd, 2028     9/20/24
         This electronic notarial act              _____
         involved a remote online appearance
17       involving the use of communication              DATE
         technology.

18

19            (If needed, make additional copies of the Errata

20       Sheet on the next page or use a blank piece of

21       paper.)

Docusign Envelope ID: 60DFF5F1-3B77-4980-B37B-914FBB90BE4A

1                                    ERRATA SHEET

2          CASE:

3          WITNESS NAME:                    DATE:

4          PAGE/LINE              SHOULD READ              REASON FOR CHANGE

5          P. 25 l.21:        change from "It is" to "it is not"              transcription error

6          P. 28 l. 9:        change "their" to "there"              transcription error

7          P. 28 l. 14:        change "adolescents" to "adolescence"          transcription error

8          P. 30 l. 1        change "will refer" to "were referred"              transcription error

9          P. 30 l. 8-9        change "and those" to "and two of those"          transcription error

10         P. 71 l. 6        change "the world-documented" to "there were documented"        transcription error

11         P. 77 l. 9-11:        change "have ovaries. Typically, a cisgender girl could          transcription error
                    have testes. Typically, transcription error a transgender
                    girl." to "have ovaries -- typically, a cisgender girl, or have
12                  testes -- typically a transgender girl."

13         P.86 l.17-18:        change "the behavior of the first author whose DS              transcription error
                    -- which --  who is anonymous" to "the behavior of the
                    first author, who is anonymous"

14

15         P. 120 l. 4:        change "who misstate" to "who used they/them"          transcription error

16         P. 146 l. 17:        change "Brillion" to "Carilion"              transcription error

17         P. 170 l. 7:        change "Victor Joy" to "Victor Voe"          transcription error

18         _____

19         _____

20         _____

21         _____