# IDRX 17 -

# Smith 2023 Deposition Transcript
## (Public document)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:23-cv-864

VICTOR VOE, by and through his parents    )
and next friends, Vanessa Voe and Vance   )
Voe; et al.,                              )
                                          )
          Plaintiffs                      )
                                          )
     v.                                   )
                                          )
THOMAS MANSFIELD, in his official         )
capacity as Chief Executive Officer of    )
the North Carolina Medical Board; et al.,)
                                          )
          Defendants,                     )
                                          )
and                                       )
                                          )
PHILIP E. BERGER, in his official         )
capacity as President Pro Tempore of      )
the North Carolina Senate, and            )
TIMOTHY K. MOORE, in his official         )
capacity as Speaker of the North          )
Carolina House of Representatives,        )
          Intervenor-Defendants.          )

DECEMBER 20, 2023
1:48 P.M.


ZOOM REMOTE VIDEOCONFERENCE DEPOSITION OF
RILEY SMITH, M.D.




MAGNA LEGAL SERVICES
Seven Penn Center, 1635 Market Street, 8th Floor
Philadelphia, Pennsylvania 19103

```
 1                A P P E A R A N C E S:

 2

 3    Representing Plaintiffs:

 4    LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.

 5    BY:  TARA L. BORELLI, ESQUIRE

 6    1 West Court Square, Suite 105

 7    Decatur, Georgia 30030

 8    (404) 897-1880   tborelli@lambdalegal.org

 9

10    And

11

12    NATIONAL HEALTH LAW PROGRAM

13    BY:  CATHERINE McKEE, ESQUIRE

14    1512 East Franklin Street, Suite 110

15    Chapel Hill, North Carolina 27514

16    (984) 278-7666   mckee@healthlaw.org

17

18    And

19

20    LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.

21    BY:  OMAR GONZALEZ-PAGAN, ESQUIRE

22         SRUTI J. SWAMINATHAN  (Via Zoom)

23    120 Wall Street, 19th Floor

24    New York, New York 10005

25    (212) 809-8585   ogonzalez-pagan@lambdalegal.org
```

```
 1            A P P E A R A N C E S:    (Cont.)
 2   Representing Plaintiffs (cont.):
 3   HWG LLP
 4   BY:  DEEPIKA H. RAVI, ESQUIRE  (Via Zoom)
 5   919 M Street N.W., 8th Floor
 6   Washington, D.C. 20036
 7   (202) 730-1300   dravi@hwglaw.com
 8
 9   And
10
11   NORTH CAROLINA DEPARTMENT OF JUSTICE
12   SPECIAL DEPUTY ATTORNEY GENERAL
13   BY:  MICHAEL T. WOOD, ESQUIRE  (Via Zoom)
14        MICHAEL BULLERI, ESQUIRE  (Via Zoom)
15   114 West Edenton Street
16   Raleigh, North Carolina 27603
17   (919) 716-0186   mwood@ncdoj.gov
18
19   Representing Intervenor-Defendants:
20   COOPER & KIRK, PLLC
21   BY:  CLARK L. HILDABRAND, ESQUIRE
22        BRIAN W. BARNES, ESQUIRE  (Via Zoom)
23   1523 New Hampshire Avenue, NW
24   Washington, D.C. 20036
25   (202) 220-9600   childabrand@cooperkirk.com
```

MAGNA◗
LEGAL SERVICES

```
 1            A P P E A R A N C E S:    (Cont.)

 2

 3   Local Civil Rule 83.1, Counsel for Intervenor-

 4   Defendants:

 5   DOWLING PLLC

 6   BY:  CRAIG D. SCHAUER, ESQUIRE

 7   3801 Lake Boone Trail, Suite 260

 8   Raleigh, North Carolina 27607

 9   (919) 529-3351  cschauer@dowlingfirm.com

10   Washington, D.C. 20036

11

12   Also Present:  Kerri-Ann Pisano, Videographer

13                  Brent Powell, Esquire, UNC Health Care

14                  Maia Zelkind, Paralegal  (Via Zoom)

15

16

17

18

19

20

21

22

23

24

25
```

1          MS. BORELLI:  Object to form.

2   A.     Yes.

3   Q.     How did you get involved in this case?

4          MS. BORELLI:  Object to form.

5   A.     After the Equality North Carolina rally in June,

6   we decided -- they -- one of my coworkers had

7   connected me with someone there who I believe

8   was through ACLU.

9          And after the rally, it was either

10  them or someone at Equality NC, who had asked if

11  I would be interested in participating in a

12  lawsuit if one were to happen.  And I said I

13  would be.

14  Q.     Who is the coworker you discussed the potential

15  lawsuit with?

16  A.     I didn't discuss the potential lawsuit with the

17  coworker.  She's just who connected me with

18  someone else.

19  Q.     All right.  Who connected you with someone else?

20  A.     Dr. Erica Pettigrew.

21  Q.     Does Dr. Pettigrew work at UNC?

22  A.     Yes.

23  Q.     Are you testifying as an expert in this case?

24          MS. BORELLI:  Object to form.

25  A.     No.



1    NORTH CAROLINA

2    VANCE COUNTY

3              C E R T I F I C A T E

4    I, Marta J. Charles, Court Reporter and Notary

5      Public, the officer before whom the foregoing

6      proceeding was conducted, do hereby certify that the

7      witness whose testimony appears in the foregoing

8      proceeding was duly sworn by me; that the testimony

9      of said witness was taken by me to the best of my

10     ability and thereafter transcribed under my

11     supervision; and that the foregoing pages, inclusive,

12     constitute a true and accurate transcription of the

13     testimony of the witness.

14   I do further certify that I am neither counsel

15     for, related to, nor employed by any of the parties

16     to this action in which this proceeding was

17     conducted, and further, that I am not a relative or

18     employee of any attorney or counsel employed by the

19     parties thereof, nor financially or otherwise

20     interested in the outcome of the action.

21   This the 20th day of December, 2023.

22                     _____*Marta J. Charles*_____

23                     Marta J. Charles

24                     Court Reporter and Notary Public

25                     #201026500057

ERRATA SHEET

Case name:          Victor Voe, et al. vs.

                    Thomas Mansfield, et al.


Case No.:           1:23-cv-864


Deponent:           Riley Smith, M.D.


Date:               December 20, 2023


| PAGE | LINE | READS | | SHOULD READ |
|---|---|---|---|---|
| 30/ | 4 / | "would speak at" | / | "did speak at" |
| 38 / | 21/ | "again, the" | / | "in the" |
| 41/ | 17/ | "procedure like that" | / | "procedure. Some- |
| / | / | | / | thing like that." |
| 43 / | 10 / | "It" | / | "I" |
| 43 / | 11 / | "for me" | / | delete "for me" |
| 52 / | 21/ | "sometimes -- somewhere" | / | "sometime, somewhere" |
| 59 / | 6 / | "Make me do math." | / | "You're going to |
| / | / | | / | make me do math." |
| 59 / | 6 / | "just had" | / | "had" |
| 68 / | 7 / | "spans" | / | "is banned" |
| 69 / | 24/ | "of" | / | "in" |
| 73 / | 7 / | "plan" | / | "funds ban" |
| 100/ | 17/ | "of scenarios" | / | "scenario" |

MAGNA
LEGAL SERVICES

ERRATA SHEET

Case name:          Victor Voe, et al. vs.

                    Thomas Mansfield, et al.


Case No.:           1:23-cv-864


Deponent:           Riley Smith, M.D.


Date:               December 20, 2023


| PAGE | LINE | READS | SHOULD READ |
|------|------|-------|-------------|
| 103 / | 7 / | "So many" | / "So, many" |
| 103 / | 10 / | "trans phobia" | /"transphobia" |
| / | / | | / |
| / | / | | / |
| / | / | | / |
| / | / | | / |
| / | / | | / |
| / | / | | / |
| / | / | | / |
| / | / | | / |
| / | / | | / |
| / | / | | / |
| / | / | | / |
| / | / | | / |

MAGNA ❯
LEGAL SERVICES

I, Riley Smith, M.D., do hereby state
under oath that I have read the above and
foregoing deposition in its entirety and
that the same is a full, true and correct
transcript of my testimony.

Signature is subject to corrections on
attached errata sheet, if any.

Riley Smith, M.D. _(signature)_

State of _North Carolina_

County of _Durham_

Sworn to and subscribed before me this
13th day of _January_ , ~~2023~~. Y.B.P.J.
2024

Notary Public _(signature)_

My commission expires: 12/16/2025

_[Notary seal: YMA BENOIT PETIT JEUNE — NOTARY PUBLIC — ORANGE COUNTY, N.C.]_