# IDRX 19 -

# Antommaria Deposition Transcript

(Public document)

```
 1              UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF NORTH CAROLINA
 2
 3    VICTOR VOE, by and            :
      through his parents and       :
 4    next friends, Vanessa Voe     :
      and Vance Voe, et al.,        :
 5        Plaintiffs,               :
                                    : CASE NO. 1:23-cv-864
 6              vs.                 :
                                    :
 7    THOMAS MANSFIELD, in his      :
      office capacity as Chief      :
 8    Executive Officer of the      :
      North Carolina Medical        :
 9    Board, et al.,                :
          Defendants,               :
10                                  :
      and                           :
11                                  :
      PHILIP E. BERGER, in his      :
12    official capacity as          :
      President Pro Tempore of      :
13    the North Carolina            :
      Senate, and TIMOTHY K.        :
14    MOORE, in his official        :
      capacity as Speaker of        :
15    the North Carolina House      :
      of Representatives,           :
16        Intervenor-Defendants.    :
17
18              Thursday, September 5, 2024
19    Virtual Deposition of:
20              DR. ARMAND H. MATHENY ANTOMMARIA,
21
22
23
24
25
```

Thursday, September 5, 2024

Virtual Deposition of:

DR. ARMAND H. MATHENY ANTOMMARIA,

Called for oral examination by counsel for the Intervenor-Defendants, pursuant to notice via Zoom technology, before Melissa L. Clark, of Veritext Legal Solutions, a Registered Professional Reporter and Notary Public in and for the State of Maryland, beginning at 9:36 a.m., when were present on behalf of the respective parties:

1  behavioral research involving humans; correct?
2       A.    I don't recall off the top of my
3  head your characterization as being required by an
4  act of Congress.  But yes, it outlines basic
5  ethical principles and the protection of human
6  subjects and research.
7       Q.    And eventually the Belmont Report
8  was published in the Federal Register, this final
9  version in 1979; is that right?
10            MR. HASKEL:  Objection to form.
11            THE WITNESS:  Again, there are a
12  variety of formats in which it was published.  I
13  had not recalled that it was published in the
14  Federal Register, but your exhibit is that version
15  of its publication.
16  BY MR. HILDABRAND:
17       Q.    So do you see on the left where it
18  talks about summary of July 12th, 1974, the
19  National Research Act, Public Law 93-348, was
20  signed into law, therefore creating the National
21  Commission for the Protection of Human Subjects of
22  Biomedical and Behavioral Research.
23       Are you --
24       A.    So you're on page 23, 192, sir?
25       Q.    Correct.  Yes.

1        A.      Yes, I see in the left-hand column
2    the summary that begins with the sentence that
3    you've read.
4        Q.      Okay.  So a layer of the -- so can
5    you explain to me the process you understand of
6    how the Belmont Report came about?
7        A.      So I know, sir, that in general
8    there have been a variety of national bioethics
9    commissions, which are either established by the
10   executive branch or the legislative branch.  I
11   don't know that I have specific recall about the
12   establishment of the commission that resulted in
13   the Belmont Report.
14       Q.      So as a bioethicist, you're not
15   familiar with the background of the Belmont Report
16   besides just its existence and what's described in
17   the Belmont Report?
18               MR. HASKEL:  Objection to form.
19               THE WITNESS:  Sir, that's an
20   exceptionally broad question, and I understand the
21   general history, particularly the issues about the
22   inadequate protection of participates, even
23   research that lead to the development of the
24   Belmont Report, and the eventual establishment of
25   the common rule, and institutional review boards.

 1                  I'm just stating that I don't
 2      remember off the top of my head all of the
 3      proximate causes that resulted in the
 4      establishment of commission that offered the
 5      Belmont Report.
 6      BY MR. HILDABRAND:
 7          Q.     Feel free to answer the next
 8      question to turn to page 23-193, which would be
 9      page 3 in the PDF to the right-hand column there.
10      You may be able to answer without reference to it,
11      but I just wanted to -- I'm sorry, it's
12      page 23-194.  Sorry.  So page 4, 23-194 on the
13      right-hand column.
14          Was concern about the Tuskegee Syphilis Study
15      one of the driving factors behind the
16      establishment of the committee that drafted and
17      prepared the Belmont Report?
18                  MR. HASKEL:  Objection.  Foundation.
19                  You can answer.
20                  THE WITNESS:  The paragraph to which
21      you're referring me refers to both atrocities that
22      occurred in the Nazi concentration camps and
23      although it's not stated, resulted in the
24      Nuremberg trials, as well as the -- what's
25      referred to as the Tuskegee syphilis study, and I

1     would assume that Henry Beacher's publication of
2     examples of unethical research was also part of
3     the impetus for the establishment of the
4     commission.
5     BY MR. HILDABRAND:
6         Q.    All right.  Turning back a little
7     bit to page 23-193, should be the third page in
8     the PDF.  In the middle column, do you see where
9     the Belmont Report refers to -- describe something
10    as experimental in the sense of new, untested, or
11    different?
12        A.    One moment, sir.  Yes, I see that
13    sentence, sir.
14        Q.    And then the Belmont Report opines
15    that just because something is experimental and
16    it's new, untested, or different, does not
17    automatically place it in the category of
18    research; right?
19        A.    That's what it says, sir.
20        Q.    So as the Belmont Report understands
21    it, just because something is researched does not
22    make it -- sorry.
23            As the Belmont reports understands it, just
24    because something is experimental does not mean
25    that it is researched; correct?

CERTIFICATION

I HEREBY CERTIFY that I am a Court Reporter and Notary Public.

I FURTHER CERTIFY that the witness was sworn to testify to the truth.

I FURTHER CERTIFY that the following is, to the best of my ability, a true and accurate transcription of the testimony taken stenographically by me at the time, place, and date herein before set forth.

I FURTHER CERTIFY that I am neither a relative, employee, attorney nor counsel to any of the parties to the action, and that I am neither a relative nor employee of such attorney or counsel and that I am not financially interested in the action.

*Melissa R. Clark*

_____

Court Reporter

Melissa L. Clark

ERRATA SHEET

IN RE: Victor Voe, et al. v. Thomas Mansfield, et al., and Philip E. Berger, et al.
DEPO OF: Armand Antommaria
TAKEN: September 5, 2024

DO NOT WRITE ON TRANSCRIPT, ENTER ANY CHANGES HERE

| PAGE # | LINE # | CHANGE | REASON |
|---|---|---|---|
| 1 | 18 | "September 9" to "September 5" | Correction |
| 4 | 21 | "Change Practice Guidelines We Can Trust" to "CMS OpenPayments for Safer.pdf" | Correction |
| 9 | 10 | "deposition" to "report" | Mistranscription |
| 24 | 15 | "document that you in" to "document that you reviewed in" | Mistranscription |
| 28 | 1 | "no" to "on" | Mistranscription |
| 28 | 7 | "normal" to "formal" | Mistranscription |
| 32 | 20 | "bronchiolitis respiratory" to "bronchiolitis, respiratory" | Mistranscription |
| 32 | 23 | "We" to "They" | Mistranscription |
| 33 | 3 | "ethics center" to "Ethics Center" | Mistranscription |
| 33 | 18 | "rounding areas" to "rounding in areas" | Mistranscription |
| 42 | 12 | "wildly" to "widely" | Mistranscription |
| 45 | 19-20 | "nor to my general understanding, the term" to "nor to my general understanding of the term, | Mistranscription |
| 55 | 14-15 | "credentialing, licensing. And malpractice litigation, because" to "credentialing, licensing, and malpractice litigation. Because" | Mistranscription |
| 56 | 10 | "determination, so" to "determination. So" | Mistranscription |
| 63 | 20 | "consent" to "assent" | Mistranscription |
| 65 | 24 | "peripheral" to "preferable" | Mistranscription |
| 71 | 4 | "legal" to "clinical" | Mistranscription |
| 72 | 9 | "care" to "time" | Mistranscription |
| 80 | 9 | "colleagues" to "colleagues'" | Mistranscription |
| 83 | 6-7 | "next of the" to "next page of the" | Mistranscription |
| 83 | 12 | "noncompliant" to "not competent" | Mistranscription |

| 85 | 25 | "on" to "of" | Mistranscription |
|---|---|---|---|
| 87 | 25 | "exact time" to "effect on" | Mistranscription |
| 90 | 17 | "he'd use," to "that had used" | Mistranscription |
| 94 | 15 | "." to "?" | Mistranscription |
| 96 | 17 | "my question" to "language" | Mistranscription |
| 97 | 4 | "2018s" to "2010s" | Mistranscription |
| 100 | 25 | "seeking" to "taking" | Mistranscription |
| 122 | 22 | "participates" to "participants" | Mistranscription |
| 122 | 25 | "common rule" to "Common Rule" | Mistranscription |
| 123 | 4 | "offered" to "authored" | Mistranscription |
| 124 | 25 | "researched" to "research" | Mistranscription |
| 126 | 12 | "both sides, to where" to "locations where" | Mistranscription |
| 127 | 3-4 | "clinical practice has different goals and methods from research or experimentation" to ""clinical practice has different goals and methods from research or experimentation"" | Misquotation |
| 128 | 8 | "no" to "no," | Mistranscription |
| 129 | 16 | "a" to "the" | Mistranscription |
| 129 | 23 | "clinical pathogens research" to "clinical effectiveness research" | Mistranscription |
| 130 | 17 | "improving" to "unproven" | Mistranscription |
| 132 | 1 | "." to "?" | Mistranscription |
| 134 | 4 | "autonomy non-malfeasance injustice" to "autonomy, nonmaleficence, and justice" | Mistranscription |
| 136 | 2 | "your" to "their" | Mistranscription |
| 136 | 19 | "and effective," to "and effective,"" | Mistranscription |
| 136 | 22 | "since" to "sentence in" | Mistranscription |
| 137 | 2 | "we'd" to "when I'd" | Mistranscription |
| 137 | 15 | "Register in" to "Register. In" | Mistranscription |
| 138 | 17 | "procedure. What" to "procedure, what" | Mistranscription |
| 138 | 18 | "normal" to "formal" | Mistranscription |
| 138 | 20 | "wouldn't" to "would" | Mistranscription |
| 141 | 12 | "mass" to "masked" | Mistranscription |
| 141 | 16 | "weather" to "what were" | Mistranscription |
| 141 | 23 | "knew" to "know" | Mistranscription |

| | | | |
|---|---|---|---|
| 142 | 4 | "messed" to "masked" | Mistranscription |
| 142 | 24 | "behind" to "designed" | Mistranscription |
| 154 | 5 | Delete "[sic]" | Mistranscription |
| 154 | 25 | "Pediatric" to "Pediatrics" | Mistranscription |
| 156 | 19 | "we" to "they" | Mistranscription |
| 158 | 6 | "suggestively seen" to "suggested routinely" | Mistranscription |
| 163 | 11 | "policy to but" to "Policy. But" | Mistranscription |
| 167 | 3 | "punitive" to "putative" | Mistranscription |
| 173 | 12 | "driving" to "deriving" | Mistranscription |
| 175 | 17 | "universal" to "intellectual" | Mistranscription |
| 185 | 16 | "exactly" to "correctly" | Mistranscription |
| 192 | 12 | "experience." to "experience."" | Mistranscription |
| 199 | 8 | "document, Treatment," to ""document, Treatment," | Mistranscription |
| 201 | 6 | "under Funding Information," to "under "Funding Information," | Mistranscription |
| 201 | 9 | "e-mail," to "in the" | Mistranscription |
| 201 | 19 | "system" to "systematic" | Mistranscription |
| 204 | 20 | "imposition for" to "utilization of the" | Mistranscription |
| 205 | 2 | "corrected" to "correct" | Mistranscription |
| 205 | 10 | "band" to "ban" | Mistranscription |
| 206 | 20 | "analyzing" to "adolescent" | Mistranscription |
| 206 | 23 | "I" to "it" | Mistranscription |
| 207 | 12 | "immobilization" to "utilization" | Mistranscription |
| 208 | 24 | "adolescents" to "adolescents'" | Mistranscription |
| 209 | 8 | "bottom some highlights" to "rebuttal report" | Mistranscription |
| 211 | 5 | "Systematic Review" to "systematic review" | Mistranscription |
| 211 | 17 | "off-sided" to "oft cited" | Mistranscription |
| 212 | 9 | "off-sided" to "oft cited" | Mistranscription |
| 214 | 15 | "off-sided" to "oft cited" | Mistranscription |
| 215-216 | 23-2 | Add quotations marks to the whole question | Mistranscription |
| 215 | 25 | "consider." In" to "consider in" | Mistranscription |
| 216 | 19 | "treatments?" to "treatments"?" | Mistranscription |
| 217 | 16 | "space" to "base" | Mistranscription |
| 219 | 2 | "function."" to "function"?" | Mistranscription |

| 222 | 10 | "Bero where he said" to "your report" | Mistranscription |
| --- | --- | --- | --- |
| 225 | 18 | "we" to "they" | Mistranscription |
| 229 | 4 | "enforce" to "endorse" | Mistranscription |
| 230 | 10-11 | "endocrine societies" to "Endocrine Society's" | Mistranscription |
| 232 | 1 | "opinions" to "information" | Mistranscription |
| 235 | 5 | "fellow" to "Fellow" | Mistranscription |
| 235 | 16 | "BAP" to "AAP" | Mistranscription |
| 236 | 16 | "associates" to "associations" | Mistranscription |
| 242 | 20 | "negative" to "analog" | Mistranscription |
| 244 | 4 | "position" to "information" | Mistranscription |

State of Ohio
County of Hamilton

Under penalties of perjury, I declare that I have read by deposition transcript, and it is true and correct subject to any changes in form or substance entered here.

_10/09/2024_    _Armand Antommaria_
Date            Armand Antommaria

Sworn and subscribed to before me this 9th of October, 2024.

PERSONALLY KNOWN_____ OR I.D._Ohio Drivers License_____

_B. Reid_
Notary Public in and for
the State of [STATE] at Large.    My commission expires: 09/30/2027
                Virginia



**Bryan Reid**
REGISTRATION NUMBER
8063971
COMMISSION EXPIRES
September 30, 2027

Notarized remotely online using communication technology via Proof.