UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| VICTOR VOE, by and through his parents and next friends, Vanessa Voe and Vance Voe; *et al.*,<br><br>          *Plaintiffs*,<br><br>v.<br><br>THOMAS MANSFIELD, in his official capacity as Chief Executive Officer of the North Carolina Medical Board; *et al.*,<br><br>          *Defendants*,<br><br>and<br><br>PHILIP E. BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate; and DESTIN C. HALL, in his official capacity as Speaker of the North Carolina House of Representatives,<br><br>          *Intervenor-Defendants*. | CASE NO. 1:23-cv-864 |

## **INTERVENOR-DEFENDANTS' NOTICE OF SUBSTITUTION**

Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Intervenors hereby provide notice that Timothy K. Moore has ceased to hold the office of Speaker of the North Carolina House of Representatives and that Destin C. Hall is the successor to that office. Intervenors accordingly request that further proceedings should be in Destin C. Hall's name as the automatically substituted party.

1

Dated: January 8, 2025

/s/ Craig D. Schauer
Craig D. Schauer (State Bar No. 41571)
DOWLING PLLC
3801 Lake Boone Tr., Suite 260
Raleigh, NC 27607
(919) 529-3351
cschauer@dowlingfirm.com

*Local Civil Rule 83.1 Counsel
for Intervenor-Defendants*

Respectfully submitted,

David H. Thompson
Peter A. Patterson
Brian W. Barnes
Nicole J. Moss
Clark L. Hildabrand
John D. Ramer
COOPER AND KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, D.C. 20036
(202) 220-9600
dthompson@cooperkirk.com

*Counsel for Intervenor-Defendants*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that, on January 8, 2025, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system which will send notification of such to all counsel of record in this matter.

/s/ Craig D. Schauer
Craig D. Schauer
*Counsel for Intervenors*
