UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| VICTOR VOE, by and through his parents and next friends, Vanessa Voe and Vance Voe; *et al.*,<br><br>     *Plaintiffs*,<br><br> v.<br><br>THOMAS MANSFIELD, in his official capacity as Chief Executive Officer of the North Carolina Medical Board; *et al.*,<br><br>     *Defendants*,<br><br>and<br><br>PHILIP E. BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate; and DESTIN C. HALL, in his official capacity as Speaker of the North Carolina House of Representatives,<br><br>     *Intervenor-Defendants*. | CASE NO. 1:23-cv-864 |

**JOINT NOTICE REGARDING AGREEMENT OF
INTERVENOR-DEFENDANTS AND PLAINTIFFS TO
WAIVE FEES IN CONNECTION WITH DISCOVERY MOTIONS**

On January 2, 2025, the Court entered a text order providing that "Counsel for Plaintiffs and Intervenor-Defendants shall meet and confer about expense-shifting as to [112] Motion (including the reasonableness of the amount of expenses sought by Intervenor-Defendants) in advance of the hearing" scheduled for January 16, 2025. Text Order, Jan. 2, 2025. In compliance with that Order, counsel for Plaintiffs and Intervenor-Defendants ("Intervenors") have conferred on this topic in good faith. Intervenors and Plaintiffs have agreed that both Plaintiffs and Intervenors waive recovery

1

of any fees or expenses in connection with (1) Plaintiffs' motion for a protective order regarding subpoenas served on third-party University of North Carolina entities, Doc. 112; (2) Intervenors' motion to compel discovery, Doc. 119; and (3) Plaintiffs' motion for a protective order regarding Dr. Smith's deposition, Doc. 122. Plaintiffs and Intervenors make this waiver regardless of the outcome of those three motions, including the two discovery motions that remain pending, and regardless of which parties prevail at the end of this litigation. Moreover, Plaintiffs have agreed that, even if they qualify as the prevailing party at the end of this litigation, they will also forego seeking fees for one hour of time spent preparing Dr. Riley Smith for the September 2024 deposition.

Intervenors and Plaintiffs respectfully submit this notice to inform the Court of their agreement. While Intervenors and Plaintiffs believe this agreement resolves all issues regarding potential fee-shifting for the discovery motions in this case, they welcome any further guidance the Court may have.

***

Dated: January 10, 2025

/s/ Craig D. Schauer
Craig D. Schauer (State Bar No. 41571)
DOWLING PLLC
3801 Lake Boone Tr., Suite 260
Raleigh, NC 27607
(919) 529-3351
cschauer@dowlingfirm.com

*Local Civil Rule 83.1 Counsel*
*for Intervenor-Defendants*

Respectfully submitted,

David H. Thompson
Peter A. Patterson
Brian W. Barnes
Nicole J. Moss
Clark L. Hildabrand
John D. Ramer
COOPER AND KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, D.C. 20036
(202) 220-9600
dthompson@cooperkirk.com

*Counsel for Intervenor-Defendants*

/s/ Amy E. Richardson
Amy E. Richardson (N.C. Bar 28768)
HWG LLP
333 Fayetteville Street, Suite 1500
Raleigh, NC 27601
Telephone: (919) 429-7386
Facsimile: (202) 730-1301
arichardson@hwglaw.com

Dmitriy Tishyevich*
MCDERMOTT WILL & EMERY
One Vanderbilt Avenue
New York, NY 10017-3852
Phone: (212) 547-5534
Facsimile: (646) 417-7668
dtishyevich@mwe.com

Anna Fosberg*
MCDERMOTT WILL & EMERY
The Brandywine Bldg.
1000 N West Street, Suite 1400
Wilmington, DE 19801
Phone: (302) 485-3936
Facsimile: (302) 351-8711
afosberg@mwe.com

/s/ Tara L. Borelli
Tara L. Borelli*
LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
1 West Court Square, Ste. 105
Decatur, GA 30030
Telephone: (404) 897-1880
Facsimile: (404) 897-1884
tborelli@lambdalegal.org

Omar Gonzalez-Pagan*
LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
Telephone: (212) 809-8585
Facsimile: (212) 658-9721
ogonzalez-pagan@lambdalegal.org

Abigail Coursolle*
NATIONAL HEALTH LAW PROGRAM
3701 Wilshire Boulevard, Suite 315
Los Angeles, CA 90010
Telephone: (310) 736-1652
coursolle@healthlaw.org

Catherine McKee*
NATIONAL HEALTH LAW PROGRAM
1512 E. Franklin Street, Suite 110
Chapel Hill, NC 27514
Telephone: (984) 278-7666
mckee@healthlaw.org

* Appearing by notice of special appearance pursuant to L.R. 83.1(d).

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that, on January 10, 2025, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system which will send notification of such to all counsel of record in this matter.

/s/ Craig D. Schauer
Craig D. Schauer
*Counsel for Intervenors*

5

Case 1:23-cv-00864-LCB-LPA   Document 196   Filed 01/10/25   Page 5 of 5