IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| VICTOR VOE, *et al.*,<br><br>　　　　*Plaintiffs*,<br><br>v.<br><br>THOMAS MANSFIELD, *et al.*,<br><br>　　　　*Defendants*. | Case No. 1:23-cv-864 |

**NOTICE OF WITHDRAWAL OF THE UNITED STATES' STATEMENT OF INTEREST**

The United States hereby notifies the Court that it withdraws its Statement of Interest (ECF No. 31), filed on October 27th, 2023, as it no longer represents the United States' position. *See* Letter from Curtis E. Gannon, Deputy Solicitor General, to Hon. Scott S. Harris, Clerk, Supreme Court of the United States, *United States v. Skrmetti*, No. 23-477 (U.S. Feb. 7, 2025) (Ex. 1).

Dated: February 27, 2025

RANDALL S. GALYON
Acting United States Attorney
Middle District of North Carolina


 */s/ Lynne P. Klauer*
LYNNE P. KLAUER
Assistant United States Attorney
NCSB # 13815
Middle District of North Carolina
101 South Edgeworth St., 4th Floor
Greensboro, NC 27401
(336) 333-5351
lynne.klauer@usdoj.gov

Respectfully submitted,

MAC WARNER
Deputy Assistant Attorney General
Civil Rights Division

CHRISTINE STONEMAN
Chief
Federal Coordination & Compliance Section

GLORIA YI
Deputy Chief
Federal Coordination & Compliance Section

MONA H. SIDDIQUI
(VA Bar No. 46455)
Trial Attorney
United States Department of Justice
Civil Rights Division
Federal Coordination & Compliance Section

1

950 Pennsylvania Avenue NW—4CON
Washington, DC 20530
Tel.: (202) 305-2222
Mamoona.Siddiqui@usdoj.gov

*Attorneys for the United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2025, the foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record.

*/s/ Lynne P. Klauer*
LYNNE P. KLAUER
Assistant United States Attorney

**EXHIBIT 1**