UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| VICTOR VOE, by and through his parents and next friends, Vanessa Voe and Vance Voe; *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>THOMAS MANSFIELD, in his official capacity as Chief Executive Officer of the North Carolina Medical Board; *et al.*,<br><br>*Defendants*,<br><br>and<br><br>PHILIP E. BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate; and DESTIN C. HALL, in his official capacity as Speaker of the North Carolina House of Representatives,<br><br>*Intervenor-Defendants*. | CASE NO. 1:23-cv-864 |

## SUGGESTION OF SUBSEQUENTLY DECIDED AUTHORITY

Pursuant to Local Rule 7.3(*i*), Intervenor-Defendants hereby submit this suggestion of subsequently decided authority and attach as Exhibit A a copy of the opinion of the United States Supreme Court in *United States v. Skrmetti*, No. 23-477, 605 U.S. ----, 2025 WL 1698785 (June 18, 2025).

\*\*\*

1

Dated: June 23, 2025                           Respectfully submitted,

/s/ Craig D. Schauer                           David H. Thompson
Craig D. Schauer (State Bar No. 41571)         Peter A. Patterson
DOWLING PLLC                                   Brian W. Barnes
3801 Lake Boone Tr., Suite 260                 Nicole J. Moss
Raleigh, NC 27607                              Clark L. Hildabrand
(919) 529-3351                                 John D. Ramer
cschauer@dowlingfirm.com                       COOPER AND KIRK, PLLC
                                               1523 New Hampshire Avenue, NW
                                               Washington, D.C. 20036
                                               (202) 220-9600
                                               dthompson@cooperkirk.com

*Local Civil Rule 83.1 Counsel*                *Counsel for Intervenor-Defendants*
*for Intervenor-Defendants*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that, on June 23, 2025, I electronically filed the foregoing Suggestion of Subsequently Decided Authority with the Clerk of the Court using the CM/ECF system which will send notification of such to all counsel of record in this matter.

/s/ Craig D. Schauer
Craig D. Schauer
*Counsel for Intervenors*
