# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| VICTOR VOE, by and through his parents and next friends, Vanessa Voe and Vance Voe; *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>THOMAS MANSFIELD, in his official capacity as Chief Executive Officer of the North Carolina Medical Board; *et al.*,<br><br>*Defendants*,<br><br>and<br><br>PHILIP E. BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate; and DESTIN C. HALL, in his official capacity as Speaker of the North Carolina House of Representatives,<br><br>*Intervenor-Defendants*. | CASE NO. 1:23-cv-864 |

## SUGGESTION OF SUBSEQUENTLY DECIDED AUTHORITY

Pursuant to Local Rule 7.3(*i*), Intervenor-Defendants hereby submit this suggestion of subsequently decided authority and attach as Exhibit A a copy of the opinion of the United States Supreme Court in *Trump v. CASA, Inc.*, No. 24A884, 2025 WL 1773631 (June 27, 2025).

***

1

| | |
|---|---|
| Dated: June 27, 2025 | Respectfully submitted, |
| /s/ Craig D. Schauer | David H. Thompson |
| Craig D. Schauer (State Bar No. 41571) | Peter A. Patterson |
| DOWLING PLLC | Brian W. Barnes |
| 3801 Lake Boone Tr., Suite 260 | Nicole J. Moss |
| Raleigh, NC 27607 | Clark L. Hildabrand |
| (919) 529-3351 | John D. Ramer |
| cschauer@dowlingfirm.com | COOPER AND KIRK, PLLC |
| | 1523 New Hampshire Avenue, NW |
| | Washington, D.C. 20036 |
| | (202) 220-9600 |
| | dthompson@cooperkirk.com |
| *Local Civil Rule 83.1 Counsel for Intervenor-Defendants* | *Counsel for Intervenor-Defendants* |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that, on June 27, 2025, I electronically filed the foregoing Suggestion of Subsequently Decided Authority with the Clerk of the Court using the CM/ECF system which will send notification of such to all counsel of record in this matter.

/s/ Craig D. Schauer
Craig D. Schauer
*Counsel for Intervenors*