EXHIBIT A

June 30, 2025 Order List

**MONDAY, JUNE 30, 2025**

**CERTIORARI -- SUMMARY DISPOSITIONS**

23-402    OKLAHOMA, ET AL. V. UNITED STATES, ET AL.

The petition for rehearing is granted. The order entered June 24, 2024, denying the petition for a writ of certiorari is vacated. The petition for a writ of certiorari is granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Sixth Circuit for further consideration in light of *FCC* v. *Consumers' Research*, 606 U. S. ___ (2025).

23-1230   GROWTH ENERGY, ET AL. V. CALUMET SHREVEPORT RFG., ET AL.

The petition for a writ of certiorari is granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Fifth Circuit for further consideration in light of *EPA* v. *Calumet Shreveport Refining, L.L.C.*, 605 U. S. ___ (2025).

23-1341 )  NRC, ET AL. V. FASKEN LAND AND MINERALS, ET AL.
        )
23-1352 )  HOLTEC INTERNATIONAL V. NRC, ET AL.

The petitions for writs of certiorari are granted. The judgment is vacated, and the cases are remanded to the United States Court of Appeals for the Fifth Circuit for further consideration in light of *NRC* v. *Texas*, 605 U. S. ___ (2025).

23-7678   MARTINEZ, JOSE A. V. BONDI, ATT'Y GEN.

The motions of petitioners for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.

1

     The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Fourth Circuit for further consideration in light of *Riley* v. *Bondi*, 606 U. S. \_\_\_ (2025).

23-7845  JACKSON, KENNETH V. UNITED STATES

     The motion of petitioner for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Sixth Circuit for further consideration in light of *Hewitt* v. *United States*, 606 U. S. \_\_\_ (2025).

24-11   SANCHEZ, MARCO A. M. V. BONDI, ATT'Y GEN.

     The petition for a writ of certiorari is granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Fourth Circuit for further consideration in light of *Riley* v. *Bondi*, 606 U. S. \_\_\_ (2025).

24-90   ) CROUCH, SEC., WV DHHR, ET AL. V. ANDERSON, SHAUNTAE
      )
24-99   ) FOLWELL, DALE, ET AL. V. KADEL, MAXWELL, ET AL.

     The petitions for writs of certiorari are granted. The judgments are vacated, and the cases are remanded to the United States Court of Appeals for the Fourth Circuit for further consideration in light of *United States* v. *Skrmetti*, 605 U. S. \_\_\_ (2025).

24-420  WALMSLEY, BILL H., ET AL. V. FTC, ET AL.

     The motion of Cato Institute for leave to file a brief as *amicus curiae* is denied. The petition for a writ of certiorari is granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Eighth Circuit for

2

Case 1:23-cv-00864-LCB-LPA  Document 206-1  Filed 06/30/25  Page 3 of 12

further consideration in light of *FCC* v. *Consumers' Research*, 606 U. S. ___ (2025).

| | | |
|---|---|---|
| 24-429 | ) | FTC, ET AL. V. NAT. HORSEMEN'S ASSN., ET AL. |
| | ) | |
| 24-433 | ) | HISA, INC., ET AL. V. NHBPA, ET AL. |
| | ) | |
| 24-465 | ) | TEXAS, ET AL. V. BLACK, JERRY, ET AL. |
| | ) | |
| 24-472 | ) | NHBPA, ET AL. V. HISA, INC., ET AL. |
| | ) | |
| 24-489 | ) | GULF COAST RACING L.L.C., ET AL. V. HISA, INC., ET AL. |

The petitions for writs of certiorari are granted. The judgment is vacated, and the cases are remanded to the United States Court of Appeals for the Fifth Circuit for further consideration in light of *FCC* v. *Consumers' Research*, 606 U. S. ___ (2025).

24-437   OKLAHOMA V. DEPT. OF H&HS, ET AL.

The petition for a writ of certiorari is granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Tenth Circuit for further consideration in light of *Medina* v. *Planned Parenthood South Atlantic*, 606 U. S. ___ (2025).

24-631   HAMSO, MAGNI V. M. H., ET AL.

The petition for a writ of certiorari is granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Ninth Circuit for further consideration in light of *United States* v. *Skrmetti*, 605 U. S. ___ (2025).

24-801   STITT, GOV. OF OK, ET AL. V. FOWLER, ROWAN, ET AL.

The petition for a writ of certiorari is granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Tenth Circuit for further

3

consideration in light of *United States* v. *Skrmetti*, 605 U. S. ___ (2025).

24-5016    MEDINA, MICHAEL V. UNITED STATES

The motion of petitioner for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Fifth Circuit for further consideration in light of *Hewitt* v. *United States*, 606 U. S. ___ (2025).

24-5456    DURRELL, ROBERT P. V. UNITED STATES

The motion of petitioner for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Sixth Circuit for further consideration in light of *Esteras* v. *United States*, 606 U. S. ___ (2025).

24-6727    WOOD, DAVID V. PATTON, RACHEL

The motion of petitioner for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Fifth Circuit for further consideration in light of *Gutierrez* v. *Saenz*, 606 U. S. ___ (2025). Justice Thomas would deny the petition for a writ of certiorari.

**ORDERS IN PENDING CASES**

24M97      DeFRANCE, MICHAEL B. V. UNITED STATES
24M98      SAP SE, ET AL. V. TERADATA CORPORATION, ET AL.

The motions for leave to file petitions for writs of

4

certiorari with the supplemental appendices under seal are granted.

24-983    HAVANA DOCKS CORP. V. ROYAL CARIBBEAN CRUISES, ET AL.

The Solicitor General is invited to file a brief in this case expressing the views of the United States.

24-1030   PARKER-HANNIFIN CORP., ET AL. V. JOHNSON, MICHAEL D., ET AL.

The Solicitor General is invited to file a brief in this case expressing the views of the United States. Justice Alito took no part in the consideration of this petition.

24-1068   MONSANTO CO. V. DURNELL, JOHN L.

The Solicitor General is invited to file a brief in this case expressing the views of the United States.

24-7098   PETERSON, DOROTA V. STAPLES SUPERSTORE, LLC

The motion of petitioner for leave to proceed *in forma pauperis* is denied. Petitioner is allowed until July 21, 2025, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

## CERTIORARI GRANTED

23-1209   M & K EMPLOYEE SOLUTIONS, ET AL. V. TRUSTEES OF THE IAM PENSION

The petition for a writ of certiorari is granted limited to the following question: Whether 29 U. S. C. §1391's instruction to compute withdrawal liability "as of the end of the plan year" requires the plan to base the computation on the actuarial assumptions to which its actuary subscribed at the end of the year, or allows the plan to use different actuarial assumptions that were adopted after the end of the year.

| | |
|---|---|
| 24-171 | COX COMMUNICATIONS, INC., ET AL. V. SONY MUSIC ENTERTAINMENT, ET AL. |
| 24-345 | FS CREDIT CORP., ET AL. V. SABA CAPITAL MASTER FUND, ET AL. |
| 24-777 | URIAS-ORELLANA, DOUGLAS, ET AL. V. BONDI, ATT'Y GEN. |
| 24-783 | ENBRIDGE ENERGY, LP, ET AL. V. NESSEL, ATT'Y GEN. OF MI |
| 24-1056 | RICO, ISABEL V. UNITED STATES |

The petitions for writs of certiorari are granted.

| | |
|---|---|
| 24-621 | NRSC, ET AL. V. FEC, ET AL. |

The motion of Democratic National Committee, et al. for leave to intervene is granted. The petition for a writ of certiorari is granted.

### CERTIORARI DENIED

| | |
|---|---|
| 23-466 ) | L. W., ET AL. V. SKRMETTI, JONATHAN, ET AL. |
| 23-492 ) | DOE, JANE, ET AL. V. KENTUCKY |
| 23-1213 | MULREADY, GLEN, ET AL. V. PHARMACEUTICAL CARE MANAGEMENT |
| 23-1360 | FIEHLER, VERNON V. MECKLENBURG, CATHERINE, ET AL. |
| 24-86 | CAREER COUNSELING, INC. V. AMERIFACTORS FIN. GROUP, LLC |
| 24-181 | SONY MUSIC ENTERTAINMENT, ET AL. V. COX COMMUNICATIONS, INC., ET AL. |
| 24-277 | BOROCHOV, SHARI M., ET AL. V. IRAN, ET AL. |
| 24-350 | PORT OF TACOMA, ET AL. V. PUGET SOUNDKEEPER ALLIANCE |
| 24-732 | CHILDREN'S HEALTH DEFENSE V. META PLATFORMS, INC., ET AL. |
| 24-871 | B. W. V. AUSTIN INDEP. SCH. DIST. |
| 24-881 | GA ASSN. CLUB EXECUTIVES V. GEORGIA, ET AL. |
| 24-943 | RABADI, FARES J. V. DEA, ET AL. |
| 24-952 | SOUTH POINT ENERGY CENTER V. AZ DEPT. OF REVENUE, ET AL. |
| 24-957 | STENGER, WILLIAM V. UNITED STATES |
| 24-960 | COINMARKETCAP OpCO, LLC, ET AL. V. COX, RYAN |
| 24-961 | EPA, ET AL. V. KENTUCKY, ET AL. |
| 24-968 | MOORE, DIONTAI V. UNITED STATES |

| | |
|---|---|
| 24-972 | BELL, FRANK, ET AL. V. UNITED STATES |
| 24-982 | EXXONMOBIL CORP., ET AL. V. ENVIRONMENT TX CITIZEN, ET AL. |
| 24-996 | HARVEY, TAMMY M., ET AL. V. BAYHEALTH MEDICAL CENTER, INC. |
| 24-1025 | CROWE, DANIEL Z., ET AL. V. STATE BAR OF OR, ET AL. |
| 24-1034 | SNEED, ULYSSES C. V. RAYBON, WARDEN |
| 24-1074 | ENTERGY AR, LLC V. WEBB, DOYLE, CHMN., ET AL. |
| 24-1096 | HALL, JAMES W. V. DAVIS, DORAIN, ET AL. |
| 24-1105 | KUSHNER, ALAN V. SUNDAY, ATT'Y GEN. OF PA, ET AL. |
| 24-1108 | McCARTHY, LISA, ET AL. V. INTERCONTINENTAL EXCH., ET AL. |
| 24-1109 | HANSEN, KARL V. TESLA, INC., ET AL. |
| 24-1111 | PETERSON, DAMON V. DIXON, SEC., FL DOC |
| 24-1115 | WALKER, REUBEN D., ET AL. V. CLERK, ANDREA L., ET AL. |
| 24-1118 | LI, DONGMEI V. PECK, RICHARD, ET AL. |
| 24-1123 | CALDWELL, RAHIM V. PROVIDENCE, RI, ET AL. |
| 24-1136 | PREY, DALE V. FRANCISCAN UNIV., ET AL. |
| 24-1139 | FLARITY, JOE P. V. WASHINGTON |
| 24-1181 | McLEAY, MATTHEW T. V. STEWART, COKE M. |
| 24-1203 | JAKITS, BERNHARD V. UNITED STATES |
| 24-1218 | ALIG, PHILLIP, ET AL. V. ROCKET MORTGAGE, LLC, ET AL. |
| 24-1220 | UHLENBROCK, MARK J. V. UNITED STATES |
| 24-1225 | SMALL, LaWANDA D. V. ALLIANZ LIFE INS. CO. |
| 24-6057 | APARICIO, LUIS A. V. TEXAS |
| 24-6405 | JOSEPH, SIDNEY V. UNITED STATES |
| 24-6452 | NORDVOLD, PHILIP L. V. UNITED STATES |
| 24-6459 | SHEPHARD, KYLE A. V. UNITED STATES |
| 24-6476 | DOSS, REGINALD C. V. UNITED STATES |
| 24-6497 | COLLETTE, JEROSWASKI W. V. UNITED STATES |
| 24-6621 | BROWN, CURTIS V. UNITED STATES |

| | |
|---|---|
| 24-6666 | ANDERSON, MARCUS J. V. UNITED STATES |
| 24-6693 | THOMPSON, SEAN W. V. UNITED STATES |
| 24-6731 | HEMPHILL, EMMANUEL A. V. UNITED STATES |
| 24-6772 | DOMINGUEZ, RAFAEL V. UNITED STATES |
| 24-6847 | EMERY, RICHARD D. V. MISSOURI |
| 24-6875 | BATES, KAYLE B. V. FLORIDA |
| 24-6941 | REYNOLDS, MICHAEL W. V. HAMM, COMM'R, AL DOC |
| 24-7057 | PENN, EARL B. V. UNITED STATES |
| 24-7073 | I. M. V. ILLINOIS |
| 24-7074 | ORTIZ, MIGUEL A. V. TEXAS |
| 24-7080 | STEWART, ROLONDO V. COOLEY, WARDEN |
| 24-7081 | GALLUZZO, MICHAEL V. EDWARDS, ROBIN K. |
| 24-7085 | ATKINS, HOWARD J. V. BOUSCH, WARDEN |
| 24-7086 | BROWN, BAKARI A. V. GUERRERO, DIR., TX DCJ |
| 24-7088 | FLETCHER, SAM A. V. GUERRERO, DIR., TX DCJ |
| 24-7089 | GARCIA, HARRY V. RANKINS, WARDEN |
| 24-7096 | CALHOUN, TIMOTHY W. V. LOUISIANA |
| 24-7097 | TAYLOR, JERMEL A. V. SACRAMENTO, CA, ET AL. |
| 24-7102 | ARMSTRONG, RYAN C. V. FED. GOVT., ET AL. |
| 24-7125 | WILSON, MELAINE R. V. DEPT. OF INTERIOR, ET AL. |
| 24-7129 | RICHARD, FRANK J. V. WINN, WARDEN, ET AL. |
| 24-7145 | RIEBER, JEFFERY D. V. HAMM, COMM'R, AL DOC |
| 24-7182 | RIDDICK, ANTJOUN V. UNITED STATES |
| 24-7217 | DEAN, LADARIUS V. UNITED STATES |
| 24-7271 | CHEVEZ-SOLANO, CRISTIAN J. V. UNITED STATES |
| 24-7272 | LEON, CARLOS B. V. UNITED STATES |
| 24-7273 | GOLSHAN, AMIR H. V. UNITED STATES |
| 24-7275 | MIRELES, JACOB T. V. UNITED STATES |

| | |
|---|---|
| 24-7277 | MIMS, DEREK M. V. UNITED STATES |
| 24-7278 | MOSS, MALIK J. V. UNITED STATES |
| 24-7289 | SALDANA RODRIGUEZ, FIDEL V. UNITED STATES |
| 24-7290 | CURRY, PAUL V. UNITED STATES |
| 24-7295 | BIRO, RILEY D. V. DOTSON, DIR., VA DOC |
| 24-7296 | HYLTON, KAREN V. UNITED STATES |
| 24-7297 | FLORES, HECTOR V. UNITED STATES |
| 24-7300 | NANEZ-LOPEZ, JORGE A. V. UNITED STATES |
| 24-7303 | LAVENDER, DONTERRIAN M. V. UNITED STATES |
| 24-7304 | WINDHAM, ERIC A. V. UNITED STATES |
| 24-7305 | JOSEPH, FRANCIS F. V. UNITED STATES |
| 24-7307 | ARDON-AMAYA, EBLIN O. V. UNITED STATES |
| 24-7314 | MO, EX REL. WEINHAUS, JEFFREY V. ADAMS, WARDEN |
| 24-7315 | WATSON, KENYON L. V. UNITED STATES |
| 24-7316 | YEPSON-CORTEZ, MIGUEL V. UNITED STATES |
| 24-7318 | SWICK, WESLEY E. V. UNITED STATES |
| 24-7320 | FONSECA, LUIS R. V. V. UNITED STATES |
| 24-7323 | OWENS, JODY D. V. UNITED STATES |
| 24-7327 | GILOWSKI, ARTUR V. UNITED STATES |
| 24-7330 | BRUCE, STETSON V. UNITED STATES |
| 24-7332 | JOHNSON, KAYLIN E. V. UNITED STATES |
| 24-7334 | HILL, BRANDON R. V. UNITED STATES |
| 24-7335 | HARRIS, CURTIS V. UNITED STATES |
| 24-7340 | BAZILE, JERRELL A. V. UNITED STATES |
| 24-7367 | LENERS, TIMOTHY D. V. SCHELHAAS, ATT'Y GEN. WY, ET AL. |

The petitions for writs of certiorari are denied.

| | |
|---|---|
| 24-520 | CONNELL, JAMES G. V. CIA |

The petition for a writ of certiorari is denied. Justice

9

Gorsuch took no part in the consideration or decision of this petition.

24-728     IA PORK PRODUCERS ASSN. V. BONTA, ATT'Y GEN. OF CA, ET AL.

The petition for a writ of certiorari is denied. Justice Kavanaugh would grant the petition for a writ of certiorari.

24-922     HARPER, JAMES V. FAULKENDER, COMM'R, IRS, ET AL.

The motion of Professor Adam J. MacLeod for leave to file a brief as *amicus curiae* is granted. The petition for a writ of certiorari is denied.

24-938     AM. AIRLINES GROUP INC. V. UNITED STATES, ET AL.

24-1026    OREGON V. COMM. TO RECALL HOLLADAY, ET AL.

The petitions for writs of certiorari are denied. Justice Kavanaugh would grant the petitions for writs of certiorari.

24-1200    KAETZ, WILLIAM F. V. UNITED STATES

The petition for a writ of certiorari is denied. Justice Thomas took no part in the consideration or decision of this petition.

24-6676    MERCADO, LOUIS A. V. DIXON, SEC., FL DOC, ET AL.

The petition for a writ of certiorari is denied. Justice Sotomayor would grant the petition for a writ of certiorari.

### HABEAS CORPUS DENIED

24-7383    IN RE ROBERT T. BLAKE

The petition for a writ of habeas corpus is denied.

### MANDAMUS DENIED

24-1216    IN RE MICRON TECHNOLOGY, INC., ET AL.

24-7099    IN RE JANE DOE

24-7215    IN RE JAMIE VARIEUR

The petitions for writs of mandamus are denied.

10

**REHEARINGS DENIED**

| | |
|---|---|
| 23-456 | CONSUMERS' RESEARCH, ET AL. V. FCC, ET AL. |
| 23-743 | CONSUMERS' RESEARCH, ET AL. V. FCC, ET AL. |
| 24-6557 | ROSADO, STEVE V. UNITED STATES |
| 24-6561 | SCOTT, TONIA V. PENNSYLVANIA |
| 24-6673 | ROMERO, ISRAEL V. META PLATFORMS INC., ET AL. |

The petitions for rehearing are denied.