# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| VICTOR VOE, by and through his parents and next friends, Vanessa Voe and Vance Voe; *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>THOMAS MANSFIELD, in his official capacity as Chief Executive Officer of the North Carolina Medical Board; *et al.*,<br><br>*Defendants,*<br><br>and<br><br>PHILIP E. BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate, and TIMOTHY K. MOORE, in his official capacity as Speaker of the North Carolina House of Representatives,<br><br>*Intervenor-Defendants.* | CASE NO. 1:23-cv-864-LCB-LPA |

## NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE that effective August 1, 2025, McDermott Will & Emery LLP, counsel for Plaintiffs in the above-captioned case, merged with Schulte Roth & Zabel LLP. The new name of the firm is McDermott Will & Schulte LLP ("MWS"). The firm address and telephone number remain the same.

Dated: August 5, 2025                    Respectfully submitted,

/s/ Amy E. Richardson
Amy E. Richardson (N.C. Bar 28768)        Tara L. Borelli*
HWG LLP                                    LAMBDA LEGAL DEFENSE AND
333 Fayetteville Street, Suite 1500            EDUCATION FUND, INC.
Raleigh, NC 27601                          1 West Court Square, Ste. 105
Telephone: (919) 429-7386                  Decatur, GA 30030
Facsimile: (202) 730-1301                  Telephone: (404) 897-1880
arichardson@hwglaw.com                     Facsimile: (404) 897-1884
                                           tborelli@lambdalegal.org

Dmitriy Tishyevich*
MCDERMOTT WILL & SCHULTE LLP               Omar Gonzalez-Pagan*
One Vanderbilt Avenue                      LAMBDA LEGAL DEFENSE AND
New York, NY 10017-3852                        EDUCATION FUND, INC.
Phone: (212) 547-5534                      120 Wall Street, 19th Floor
Facsimile: (646) 417-7668                  New York, NY 10005
dtishyevich@mwe.com                        Telephone: (212) 809-8585
                                           Facsimile: (212) 658-9721
Anna Martin*                               ogonzalez-pagan@lambdalegal.org
MCDERMOTT WILL & SCHULTE LLP
The Brandywine Bldg.                       Abigail Coursolle*
1000 N West Street, Suite 1400             NATIONAL HEALTH LAW PROGRAM
Wilmington, DE 19801                       3701 Wilshire Boulevard, Suite 315
Phone: (302) 485-3936                      Los Angeles, CA 90010
Facsimile: (302) 351-8711                  Telephone: (310) 736-1652
afmartin@mwe.com                           coursolle@healthlaw.org

                                           Catherine McKee*
                                           NATIONAL HEALTH LAW PROGRAM
                                           1512 E. Franklin Street, Suite 110
                                           Chapel Hill, NC 27514
                                           Telephone: (984) 278-7666
                                           mckee@healthlaw.org

                                           * Appearing by notice of special
                                           appearance pursuant to L.R. 83.1(d).

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record.

Dated: August 5, 2025

/s/ Amy E. Richardson
Amy E. Richardson (N.C. Bar 28768)
HWG LLP
333 Fayetteville Street, Suite 1500
Raleigh, NC 27601
Telephone: (919) 429-7386
Facsimile: (202) 730-1301
arichardson@hwglaw.com