# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

|  |  |
|---|---|
| VICTOR VOE, by and through his parents and next friends, Vanessa Voe and Vance Voe; *et al.*,<br><br>_Plaintiffs_,<br><br>v.<br><br>THOMAS MANSFIELD, in his official capacity as Chief Executive Officer of the North Carolina Medical Board; *et al.*,<br><br>_Defendants_,<br><br>and<br><br>PHILIP E. BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate; and DESTIN C. HALL, in his official capacity as Speaker of the North Carolina House of Representatives,<br><br>_Intervenor-Defendants_. | CASE NO. 1:23-cv-864-LAF-LPA |

## STIPULATION FOR VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties hereby stipulate that this action be voluntarily dismissed with prejudice, with Plaintiffs and Defendants to bear their own costs, and no fees to be awarded between Plaintiffs and Defendants. Pursuant to the protective order, DE60, any party in possession of another party's Protected Material will return it, destroy it, or transfer it to their counsel within 60 days of this stipulation, with attorneys for parties retaining litigation documents containing Protected Material (such as filings, expert reports, deposition transcripts, and related exhibits) only for the purpose of preserving files from this action.

1

Dated: June 18, 2026

Respectfully submitted,

/s/ Amy E. Richardson
Amy E. Richardson (N.C. Bar 28768)
MAYNARD NEXSEN P.C.
4141 Parklake Ave., Ste. 200
Raleigh, NC 27612
Telephone: (919) 882-7878
Facsimile: (919) 653-0435
Amy Richardson
amy.richardson@maynardnexsen.com

Dmitriy Tishyevich*
MCDERMOTT WILL & EMERY
One Vanderbilt Avenue
New York, NY 10017-3852
Phone: (212) 547-5534
Facsimile: (646) 417-7668
dtishyevich@mwe.com

Anna Fosberg*
MCDERMOTT WILL & EMERY
The Brandywine Bldg.
1000 N West Street, Suite 1400
Wilmington, DE 19801
Phone: (302) 485-3936
Facsimile: (302) 351-8711
afosberg@mwe.com

/s/ Tara L. Borelli
Tara L. Borelli*
LAMBDA LEGAL DEFENSE AND
   EDUCATION FUND, INC.
1 West Court Square, Ste. 105
Decatur, GA 30030
Telephone: (404) 897-1880
Facsimile: (404) 897-1884
tborelli@lambdalegal.org

Omar Gonzalez-Pagan*
LAMBDA LEGAL DEFENSE AND
   EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
Telephone: (212) 809-8585
Facsimile: (212) 658-9721
ogonzalez-pagan@lambdalegal.org

Abigail Coursolle*
NATIONAL HEALTH LAW PROGRAM
3701 Wilshire Boulevard, Suite 315
Los Angeles, CA 90010
Telephone: (310) 736-1652
coursolle@healthlaw.org

Catherine McKee*
NATIONAL HEALTH LAW PROGRAM
1512 E. Franklin Street, Suite 110
Chapel Hill, NC 27514
Telephone: (984) 278-7666
mckee@healthlaw.org

* Appearing by notice of special appearance pursuant to L.R. 83.1(d).

*Counsel for Plaintiffs*

2

/s/ Craig D. Schauer
Craig D. Schauer (State Bar No. 41571)
DOWLING PLLC
3801 Lake Boone Tr., Suite 260
Raleigh, NC 27607
(919) 529-3351
cschauer@dowlingfirm.com


*Local Civil Rule 83.1 Counsel*
*for Intervenor-Defendants*

David H. Thompson
Peter A. Patterson
Brian W. Barnes
Nicole J. Moss
Clark L. Hildabrand
John D. Ramer
COOPER AND KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, D.C. 20036
(202) 220-9600
dthompson@cooperkirk.com


*Counsel for Intervenor-Defendants*


/s/ Michael E. Bulleri
Michael E. Bulleri (State Bar No. 35196)
N.C. DEPARTMENT OF JUSTICE
Post Office Box 629
Raleigh, NC 27602
(919) 716-6400
mbulleri@ncdoj.gov


*Counsel for Chief Executive Officer of the North Carolina Medical Board; and members of the North Carolina Medical Board*

/s/ Michael T. Wood
Colleen M. Crowley (State Bar No. 25375)
Michael T. Wood (State Bar No. 32427)
N.C. DEPT. OF JUSTICE
P.O. Box 629
Raleigh, NC 27602
(919) 716-6400
ccrowley@ncdoj.gov
mwood@ncdoj.gov


*Counsel for Secretary of the North Carolina Department of Health and Human Services; and North Carolina Department of Health and Human Services*

3

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that, on June 18, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such to all counsel of record in this matter.

/s/ Tara L. Borelli
Tara L. Borelli
*Counsel for Plaintiffs*

4